DAVID B. GOLUBCHIK (SBN 185520)
EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: dbg@lnbyb.com, ehk@lnbyb.com,
jyo@lnbyb.com; lls@lnbyb.com.

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**FILED & ENTERED**

**JUN 17 2015**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANNA'S LINENS, INC.,<br><br>              Debtor. | Case No. 8:15-bk-13008-TA<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER LIMITING NOTICE AND RELATED RELIEF**<br><br>DATE:    June 16, 2015<br>TIME:    2:00 p.m.<br>PLACE:  Courtroom 5B<br>              411 West Fourth Street<br>              Santa Ana, California |

A hearing was held on June 16, 2015, at 2:00 p.m., before the Honorable Theodor C. Albert, United States Bankruptcy Judge for the Central District of California, in Courtroom "5B" located at 411 West Fourth Street, Santa Ana, California, to consider the emergency motion (the "Motion") filed by Anna's Linens, Inc., the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy cases (the "Debtor"), for the entry of an order authorizing the Debtor to limit notice of certain matters requiring notice to creditors and equity security holders in the Debtor's pending chapter 11 case (the "Case").  Appearances at the hearing on the Motion were made as set forth on the record of the Court.

The Court, having considered the Motion and all papers filed by the Debtor in support of the Motion, and the oral arguments and statements of counsel made at the hearing on the Motion, proper notice of the Motion and the emergency hearing on the Motion having been provided, and other good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

A.    The Motion is granted in its entirety.

B.    Notice in the Case is limited as described in the Motion and the noticing procedures set forth in the Motion are approved.

### #

Date: June 17, 2015

_____
Theodor C. Albert
United States Bankruptcy Judge

1