DAVID B. GOLUBCHIK (SBN 185520)
EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dbg@lnbyb.com, ehk@lnbyb.com, jyo@lnbyb.com; lls@lnbyb.com.

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>ANNA'S LINENS, INC.,<br><br>　　　　　　Debtor. | Case No. 8:15-bk-13008-TA<br><br>Chapter 11<br><br>**NOTICE OF FINAL HEARING ON: DEBTOR'S EMERGENCY MOTION FOR ENTRY FINAL ORDER: (I) AUTHORIZING DEBTOR TO (A) OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c), 364(d)(1) AND 364(e), AND (B) UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED LENDERS PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND 4001(c); AND (IV) GRANTING RELATED RELIEF**<br><br><u>Final Hearing Date</u><br>DATE:　　July 10, 2015<br>TIME:　　10:00 a.m. (Pacific)<br>PLACE:　Courtroom "5B"<br>　　　　　411 West Fourth Street<br>　　　　　Santa Ana, California |

**PLEASE TAKE NOTICE** that a final hearing has been scheduled for **July 10, 2015 at 10:00 a.m. (Pacific)** before the Honorable Theodor C. Albert, United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in Courtroom "5B" located at 411 West Fourth Street, Santa Ana, California, on the following motion ("Motion") filed by Anna's Linens, Inc., the debtor and debtor in possession in the above-captioned chapter 11 bankruptcy case (the "Debtor"):

> EMERGENCY MOTION BY DEBTOR FOR ENTRY OF INTERIM AND FINAL ORDERS: (A) AUTHORIZING ASSUMPTION OF AGENCY AGREEMENT; (B) AUTHORIZING SALE FREE AND CLEAR OF ALL LIENS, CLAIMS, AND ENCUMBRANCES PURSUANT TO BANKRUPTCY CODE SECTIONS 363(B) AND (F); (C) APPROVING THE STORE CLOSING SALE GUIDELINES; (D) AUTHORIZING THE DEBTOR TO ABANDON; AND (E) AUTHORIZING LEASE REJECTION PROCEDURES WITH RESPECT TO THE CLOSING STORES PURSUANT TO SECTION 365

**PLEASE TAKE FURTHER NOTICE** that any objection to the entry of a final order granting the Motion must be in writing in accordance with Local Bankruptcy Rule 9013-1(f)(1), filed with the United States Bankruptcy Court, and served upon:

(a)    Levene, Neale, Bender, Yoo &Brill L.L.P., 10250 Constellation Blvd., Suite 1700, Los Angeles, California 90067 (Attn: David B. Golubchik, Esq.), proposed counsel to the Debtor;

(b)    the Office of the United States Trustee for the Central District of California, Santa Ana Division, 411 W. Fourth Street, Suite 9041, Santa Ana, CA 92701-8000 (Attn: Michael Hauser, Esq.);

(c)    counsel to any Official Committee of Unsecured Creditors formed in the Debtor's case; and

(d)    Greenberg Traurig, LLP, One International Place, Boston, MA 02110 (Attn: Nancy A. Mitchell, Esq. and Jeffrey M. Wolf, Esq.), attorneys for the secured creditors,

with a courtesy copy delivered to Chambers, so that such objections are filed with the Court and received by said parties on or before **July 6, 2015** with respect to entry of the Final Order in connection with the Motion.

**PLEASE TAKE FURTHER NOTICE** that a copy of the Motion may be obtained free of charge, by accessing the Debtor's case information website at http://dm.epiq11.com/Annaslinens. If any party desires a hard copy of the Motion, such hard copies will be promptly provided upon written request to the Debtor's proposed counsel whose contact information is set forth in the upper-left hand corner of this Notice.

Dated: June 17, 2015                                ANNA'S LINENS, INC.

                                            By:    */s/ Lindsey L. Smith*
                                                   DAVID B. GOLUBCHIK
                                                   EVE H. KARASIK
                                                   JULIET Y. OH
                                                   LINDSEY L. SMITH
                                                   LEVENE, NEALE, BENDER,
                                                      YOO & BRILL L.L.P.
                                                   Proposed Attorneys for
                                                   Chapter 11 Debtor and
                                                   Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF FINAL HEARING ON: DEBTOR'S EMERGENCY MOTION FOR ENTRY FINAL ORDER: (I) AUTHORIZING DEBTOR TO (A) OBTAIN POST-PETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 364(c), 364(d)(1) AND 364(e), AND (B) UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363; (II) GRANTING ADEQUATE PROTECTION TO PRE-PETITION SECURED LENDERS PURSUANT TO 11 U.S.C. §§ 361, 362, 363 AND 364; (III) SCHEDULING A FINAL HEARING PURSUANT TO BANKRUPTCY RULES 4001(b) AND 4001(c); AND (IV) GRANTING RELATED RELIEF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 17, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Todd M Arnold**    tma@lnbyb.com
- **Michael Avanesian**    michael@avanesianlaw.com, michael@ecf.inforuptcy.com
- **Wanda Borges**    ecfcases@borgeslawllc.com
- **Dustin P Branch**    dustin.branch@kattenlaw.com, jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
- **Heather D Brown**    heather@hdbrownlaw.com
- **Gary B Elmer**    gelmer@ciardilaw.com
- **John-Patrick M Fritz**    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **David B Golubchik**    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **Eve H Karasik**    ehk@lnbyb.com
- **Mette H Kurth**    mkurth@foxrothschild.com, vcordi@foxrothschild.com;pchlum@foxrothschild.com
- **Steven N Kurtz**    nlessard@laklawyers.com, rfeldon@laklawyers.com;lkaplan@laklawyers.com
- **Ian Landsberg**    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;yalarcon@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- **James V Lombardi**    jlombardi@rossbanks.com, kjohnson@rossbanks.com
- **Robert S Marticello**    Rmarticello@swelawfirm.com, csheets@swelawfirm.com
- **William Novotny**    william.novotny@mwmf.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **David M Poitras**    dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- **David L Pollack**    pollack@ballardspahr.com, petlaka@ballardspahr.com
- **Jennifer Pruski**    jpruski@trainorfairbrook.com
- **Scott H Siegel**    ssiegel@laklawyers.com, aaguirre@laklawyers.com
- **Evan D Smiley**    esmiley@swelawfirm.com, gcruz@swelawfirm.com
- **Lindsey L Smith**    lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Ronald M Tucker**    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov
- **Elizabeth Weller**    dallas.bankruptcy@publicans.com
- **Barouir B Yeretzian**    byeretzian@jhindslaw.com, yeretzian@gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                **F 9013-3.1.PROOF.SERVICE**

**2. SERVED BY UNITED STATES MAIL**: On **June 17, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 17, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Attorney Service*
Hon. Theodor C. Albert
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 17, 2015 | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**