DAVID B. GOLUBCHIK (SBN 185520)
EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; EHK@LNBYB.COM;
      JYO@LNBYB.COM; JPF@LNBYB.COM

Proposed Attorneys for Chapter 11 Debtor
and Debtor in Possession

**FILED & ENTERED**

**JUN 17 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY deramus DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANNA'S LINENS, INC.,<br><br>    Debtor. | Case No. 8:15-bk-13008-TA<br><br>Chapter 11<br><br>**ORDER AUTHORIZING THE DEBTOR TO PROVIDE ADEQUATE PROTECTION FOR WAREHOUSE LIENS AND CARRIER LIENS**<br><br>Emergency Hearing:<br>DATE:    June 16, 2015<br>TIME:    2:00 p.m.<br>PLACE:  Courtroom 5B<br>             411 West Fourth Street<br>             Santa Ana, California |

1  At the above-referenced date, time and location, the Honorable Theodor C. Albert, United States Bankruptcy Judge for the Central District of California (the "Court"), held an emergency hearing on the *Debtor's Emergency Motion for an Order Authorizing the Debtor to Provide Adequate Protection for Warehouse Liens and Carrier Liens* (the "Motion") filed by Anna's Linens, Inc. (the "Debtor"), the debtor and debtor in possession in the above-captioned bankruptcy case. Appearances were made as set forth on the record of the Court.

Upon consideration of the Notice of the Motion, the Motion, the Memorandum of Points and Authorities in support of the Motion, the declarations in support of the Motion, including the declaration of J.E. Rick Bunka, evidence duly admitted by the Court in support of the Motion, the arguments and statements of counsel made on the record at the hearing on the Motion, the record in the case, the docket in the case, and for good cause appearing, therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Notice of the Motion was good and proper.
2. The Motion is granted on a final basis.
3. The Debtor is authorized to provide the Possessory Lien Creditors, as that term is defined in the Motion, with adequate protection as set forth in the Motion.
4. The Debtor is authorized to make cash payments in the ordinary course of business to apply to and reduce the Possessory Lien Creditors' secured claims.

5. Notwithstanding anything to the contrary contained herein, any payments to be made, or authorization contained hereunder, shall be subject to the terms and provisions hereof and subject to compliance with any Financing Order and any Budget approved thereunder. To the extent there is any conflict between this Order and any Financing Order, or the Budget, the terms of such Financing Order or the Budget shall control.

**IT IS SO ORDERED.**

###

Date: June 17, 2015

Theodor C. Albert
United States Bankruptcy Judge

2