| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Howard J. Steinberg (SBN 89291)<br>Greenberg Traurig, LLP<br>1840 Century Park East, Suite 1900<br>Los Angeles, California 90067<br>Tel: (310) 586-7700<br>Fax: (310) 586-0204<br>steinbergh@gtlaw.com<br><br>*Attorney for:* Salus Capital Partners, LLC | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>Anna's Linens, Inc. | CASE NO.: 8:15-bk-13008-TA<br><br>ADVERSARY NO:<br><br>CHAPTER: 11 |
|---|---|
| Debtor(s). | **APPLICATION OF NON-RESIDENT ATTORNEY NANCY A. MITCHELL TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| vs.<br><br>Plaintiff(s). | |
| Defendant(s). | DATE:<br>TIME:<br>COURTROOM:<br>PLACE: |

1.  I, Nancy A. Mitchell _____, hereby apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

    Salus Capital Partners, LLC

2.  The required fee specified in LBR 2090-1(b)(5) shall be paid to the United States District Court no later than June 26, 2015, and a declaration regarding payment of fees shall be filed upon payment.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
Greenberg Traurig, LLP
200 Park Avenue
New York, NY 10166

4. I am a member in good standing and eligible to practice before the following courts, and admitted to practice on the following dates (*specify name of jurisdiction and date of admission to practice in such jurisdiction*):
Illinois (January 5, 1988); New York (2007)

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|-------|-------------|-----------------|---------------------|----------------------------|
|       |             |                 |                     |                            |

7. I ☐ have  ☒ have not been disciplined by any court or administrative body  ☐ disciplinary proceedings are pending; details are as follows:

_____
_____
_____
_____
_____
_____
_____

I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

Name of attorney (Designee):
Howard J. Steinberg

Name and address of law firm, or residence address:
Greenberg Traurig, LLP
1840 Century Park East, Suite 1900
Los Angeles, CA  90067

Telephone number of law firm:
(310) 586-7700

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: June 23, 2015

_____
Signature of applicant

Nancy A. Mitchell
Printed name of applicant

## CONSENT OF DESIGNEE

I hereby consent to the foregoing designation.

Date: June 23, 2015

_____
Signature of Designee

Howard J. Steinberg
Printed name of Designee

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                          F 2090-1.2.APP.NONRES.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1840 Century Park East, Suite 1900, Los Angeles, California 90067.

A true and correct copy of the foregoing document entitled (*specify*): **APPLICATION OF NON-RESIDENT ATTORNEY NANCY A. MITCHELL TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 23, 2015, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyb.com
- Michael Avanesian    michael@avanesianlaw.com, michael@ecf.inforuptcy.com
- Karen C Bifferato    kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
- Wanda Borges    ecfcases@borgeslawllc.com
- Dustin P Branch    dustin.branch@kattenlaw.com, jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
- Heather D Brown    heather@hdbrownlaw.com
- David L Bruck    bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- Gary B Elmer    gelmer@ciardilaw.com
- Amanda N Ferns    aferns@fernslaw.com, mmakalintal@fernslaw.com
- John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- Sidney Garabato    sgarabato@epiqsystems.com, sgarabato@epiqsystems.com
- Ronald E Gold    rgold@fbtlaw.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Andrew A Goodman    agoodman@greenbass.com, ksopky@greenbass.com
- William A Gray    bgray@sandsanderson.com, rarrington@sandsanderson.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Eve H Karasik    ehk@lnbyb.com
- Doah Kim    Doah.Kim@LewisBrisbois.com, Monique.Talamante@LewisBrisbois.com
- Steven N Kurtz    nlessard@laklawyers.com, rfeldon@laklawyers.com;lkaplan@laklawyers.com
- Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;yalarcon@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- William J Levant    wlevant@kaplaw.com, wlevant@gmail.com
- James V Lombardi    jlombardi@rossbanks.com, kjohnson@rossbanks.com
- Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com
- Gordon G May    hpc@ggb-law.com
- Kevin M Newman    knewman@menterlaw.com, kmnbk@menterlaw.com
- William Novotny    william.novotny@mwmf.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Christopher J Petersen    cjpetersen@blankrome.com, arc@blankrome.com
- David M Poitras    dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- David L Pollack    pollack@ballardspahr.com, petlaka@ballardspahr.com
- Jennifer Pruski    jpruski@trainorfairbrook.com
- Scott H Siegel    ssiegel@laklawyers.com, aaguirre@laklawyers.com
- Evan D Smiley    esmiley@swelawfirm.com, gcruz@swelawfirm.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Howard Steinberg    steinbergh@gtlaw.com, laik@gtlaw.com;LALitDock@GTLAW.com
- Rick A Steinberg    rsteinberg@nakblaw.com
- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Daniel R Utain    dutain@kaplaw.com, kcoughlin@kaplaw.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- Kimberly Walsh      bk-kwalsh@texasattorneygeneral.gov
- Elizabeth Weller      dallas.bankruptcy@publicans.com
- Eric R Wilson      kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- Barouir B Yeretzian      byeretzian@jhindslaw.com, yeretzian@gmail.com
- Roye Zur      rzur@lgbfirm.com, kalandy@lgbfirm.com;marizaga@lgbfirm.com;rspahnn@lgbfirm.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On June 23, 2015, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 23, 2015, I served the following persons and/or entities by personal delivery, overnight mail service, or, (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA OVERNIGHT:**
Honorable Theodor C. Albert
United States Bankruptcy Court
411 West Fourth Street, Suite 5085
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 23, 2015 | Kathy Lai | *Kathy Lai* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.