PETER C. ANDERSON
United States Trustee
Frank Cadigan (Bar No. 95666)
Assistant United States Trustee
Ronald Reagan Federal Building & U.S. Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email: Frank.Cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>Anna's Linens, Inc.<br><br><br><br>                                              Debtor | CASE NUMBER:  8:15-bk-13008-TA<br><br>CHAPTER 11<br><br>APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS |

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, DEBTOR'S ATTORNEY AND PARTIES IN INTEREST:**

Pursuant to 11 U.S.C. §1102(a)(1), the undersigned hereby appoints the following seven members to serve on a Committee of Creditors holding unsecured claims.

**SEE EXHIBIT "A" ATTACHED**

Dated: June 24, 2015

Respectfully submitted,
PETER C. ANDERSON
UNITED STATES TRUSTEE

By:    */S/ Frank Cadigan*
         Frank Cadigan
         Assistant United States Trustee

In re: Anna's Linens, Inc.

Case no. 8: 15-bk13008-TA

**Shewak Lajwanti Home Fashions, Inc**.

Bhart Manwani

5601 S. Downey Rd.

Vernon, CA 90068

**Brixmor Property Group, Inc.**

Michael Moss or Matthew Berger

420 Lexington Avenue, 7th Floor

New York, NY 10170

**Roind Hometex Co, Ltd.**

Feng ("Eric") Huang

91 E. Zhongxing Rd.

Luoshe Town, Wuxi, Jiangsu

China, 214187

**Welcome Industrial Corp**.

John Morgenson

2724 N. 1825 E.

Layton, UT 84040

EXHIBIT A

**S. Lichtenberg & Co., Inc.**

Michael Lichtenberg

295 Fifth Ave.

Suite 918

New York, NY 10016


**P and A Marketing**

Andy Pisciona

10 Crescent Drive

Albertson, NY 11507


**Greenleaf Advertising & Media, Inc.**

Kevin White

6-1 Silveron Blvd., Suite 200

Flower Mound, TX 75028

EXHIBIT A

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 411 W. 4th St., #9041, Santa Ana, CA  92701

A true and correct copy of the foregoing document entitled (*specify*): **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 24, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Todd M Arnold    tma@lnbyb.com
Michael Avanesian    michael@avanesianlaw.com, michael@ecf.inforuptcy.com
Karen C Bifferato    kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
Wanda Borges    ecfcases@borgeslawllc.com
Dustin P Branch    dustin.branch@kattenlaw.com, jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
Robert Brier    bbrier@bihlaw.com, smann@bihlaw.com
Heather D Brown    heather@hdbrownlaw.com
David L Bruck    bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com
Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
Denise Diaz    Denise.Diaz@rmsna.com
Eldia M Diaz-Olmo    diazolmo@villamil.net, eldia.diazolmo@gmail.com
Gary B Elmer    gelmer@ciardilaw.com
Amanda N Ferns    aferns@fernslaw.com, mmakalintal@fernslaw.com
John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
Sidney Garabato    sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
Richard Girgado    rgirgado@counsel.lacounty.gov
Bernard R Given    bgiven@loeb.com, mortiz@loeb.com,ladocket@loeb.com
Ronald E Gold    rgold@fbtlaw.com
David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
Andrew A Goodman    agoodman@greenbass.com, ksopky@greenbass.com
William A Gray    bgray@sandsanderson.com, rarrington@sandsanderson.com
Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
Andrew Haley    ahaley@gpfm.com, kbarone@gpfm.com
Michael J Hauser    michael.hauser@usdoj.gov
Eve H Karasik    ehk@lnbyb.com
Doah Kim    Doah.Kim@LewisBrisbois.com, Monique.Talamante@LewisBrisbois.com
Steven N Kurtz    nlessard@laklawyers.com, rfeldon@laklawyers.com;lkaplan@laklawyers.com
Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;yalarcon@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
William J Levant    wlevant@kaplaw.com, wlevant@gmail.com
James V Lombardi    jlombardi@rossbanks.com, kjohnson@rossbanks.com
David J Mahoney    efilings@spallp.com
Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com
Gordon G May    hpc@ggb-law.com
Kevin M Newman    knewman@menterlaw.com, kmnbk@menterlaw.com
William Novotny    william.novotny@mwmf.com
Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
Ernie Zachary Park    ernie.park@bewleylaw.com
Christopher L Parnell    cparnell@dunncarney.com, taichele@dunncarney.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**

Andrew S Pauly    apauly@gpfm.com, lburns@gpfm.com
Christopher J Petersen    cjpetersen@blankrome.com, arc@blankrome.com
David M Poitras    dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
David L Pollack    pollack@ballardspahr.com, petlaka@ballardspahr.com
Jennifer Pruski    jpruski@trainorfairbrook.com
Scott H Siegel    ssiegel@laklawyers.com, aaguirre@laklawyers.com
Evan D Smiley    esmiley@swelawfirm.com, gcruz@swelawfirm.com
Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
Howard Steinberg    steinbergh@gtlaw.com, laik@gtlaw.com;LALitDock@GTLAW.com
Rick A Steinberg    rsteinberg@nakblaw.com
Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Daniel R Utain    dutain@kaplaw.com, kcoughlin@kaplaw.com
Kimberly Walsh    bk-kwalsh@texasattorneygeneral.gov
Elizabeth Weller    dallas.bankruptcy@publicans.com
Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com
Barouir B Yeretzian    byeretzian@jhindslaw.com, yeretzian@gmail.com
Roye Zur    rzur@lgbfirm.com, kalandy@lgbfirm.com;marizaga@lgbfirm.com;rspahnn@lgbfirm.com

**2. SERVED BY UNITED STATES MAIL**: On **June 24, 2015,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Anna's Linens, Inc., Attn: Scott Gladstone, CFO, 3550 Hyland Avenue, Costa Mesa, CA 92626

**SEE ATTACHED EXHIBIT A**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 24, 2015,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Theodor C. Albert– bin on the 5th fl.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 6/24/15 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**