1 | DAVID B. GOLUBCHIK (SBN 185520)
EVE H. KARASIK (SBN 155356)
2 | JULIET Y. OH (SBN 211414)
JOHN-PATRICK M. FRITZ (SBN 245240)
3 | LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
4 | Los Angeles, California 90067
5 | Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; EHK@LNBYB.COM;
6 |     JYO@LNBYB.COM; JPF@LNBYB.COM

7 | Proposed Attorneys for Chapter 11 Debtor
8 | and Debtor in Possession

9

10                    **UNITED STATES BANKRUPTCY COURT**
11                    **CENTRAL DISTRICT OF CALIFORNIA**
                        **SANTA ANA DIVISION**
12

13 | In re:                              ) Case No. 8:15-bk-13008-TA
                                        )
14 | ANNA'S LINENS, INC.,                ) Chapter 11
                                        )
15 |                                     )
              Debtor.                    ) **STIPULATION BETWEEN DEBTOR**
16 |                                     ) **AND TRANSPLACE TEXAS LP FOR**
                                        ) **ADEQUATE PROTECTION OF**
17 |                                     ) **POSSESSORY LIEN AND TURNOVER**
                                        ) **OF PROPERTY OF THE ESTATE**
18 |                                     )
                                        )
19 |                                     )
                                        )
20 |                                     )
                                        )
21 |                                     )
                                        )
22 |                                     )
                                        )
23 |                                     )
                                        )
24 |                                     )
                                        )
25 |                                     )
                                        )
26 |                                     )
                                        )
27

28

Anna's Linens, Inc. (the "Debtor"), the debtor and debtor in possession in the above-referenced chapter 11 case, on the one hand, and Transplace Texas LP ("Transplace"), on the other hand, hereby enter in this Stipulation for Adequate Protection of Possessory Lien and Turnover of Property of the Estate (the "Stipulation"), with respect to the following facts:

1.    The Debtor commenced this case by filing a voluntary petition for relief under Chapter 11 of title 11, United States Code (the "Bankruptcy Code") on June 14, 2015 (the "Petition Date"). The Debtor is managing its affairs and operating its business as a debtor in possession in accordance with §§ 1107 and 1108 of the Bankruptcy Code.

2.    Prior to the Petition Date, the Debtor entered into one or more agreements (the "Agreements") with Transplace, pursuant to which Transplace agreed to store goods delivered by the Debtor ("Stored Goods") and provide certain warehouse services.

3.    Transplace contends and the Debtor agrees that Transplace has a statutory possessory lien on the Stored Goods that has priority over any other security interests asserted by any creditor, the Debtor or other party in interest against the Stored Goods so long as they remain in Transplace's possession.

4.    On June 15, 2015, the Debtor filed the *Debtor's Emergency Motion for an Order Authorizing the Debtor to Provide Adequate Protection for Warehouse Liens and Carrier Liens* (the "Motion"). On June 16, 2015, the Court held a hearing on the Motion, and, on June 17, 2015, signed and entered an order (the "Order") granting the Motion.

5.    The Order provides Transplace with, *inter alia*, adequate protection in the form of: (i) cash payments made in the ordinary course of business to be credited against and reduce Transplace's prepetition claim and (ii) replacement liens on post-petition inventory and goods in its possession, to the same validity, priority, and extent as its existing prepetition lien.

6.    Processing and sale of the Stored Goods is integral to the operation of the Debtor's business.

7.    As of the Petition Date, Transplace has calculated that prepetition the total amount due and payable by the Debtor to Transplace under the Agreements, was approximately

1   $1,814,256 (the "Prepetition Amount Due").   The Debtor agrees with this contention and

2   calculation. Transplace and the Debtor agree that Transplace was in possession of Stored Goods

3   with a value in excess of the Prepetition Amount Due such that Transplace has a secured claim

4   for the Prepetition Amount due (the "Transplace Secured Claim.")

5        8.    The Debtor has requested that Transplace agree to release the Stored Goods.

6   Transplace has advised the Debtor that it is not willing to release any of the Stored Goods

7   without obtaining other adequate protection (in addition to,but in conformance with, that

8   provided by the Order) of its possessory lien in the form of an administrative claim under 11

9   U.S.C. §§ 503(b)(1), 507(a)(2), and 507(b) for any amount of the Transplace Secured Claim for

10  which the collateral granted by the Order is insufficient to satisfy said claim.

11       9.    The Debtor and Transplace have engaged in good faith, arms' length negotiations

12  that have resolved the parties' disputes on the mutually agreeable terms and conditions set forth

13  herein.

14       WHEREFORE, parties hereto stipulate and agree, as follows:

15       A.    The Debtor shall immediately pay $700,000 to Transplace on account of

16  Transplace Secured Claim, as authorized in the Order.

17       B.    In addition to all of its other rights, liens claims and/or remedies provided for in

18  the Order, Transplace shall have an administrative priority claim pursuant to 11 U.S.C. §§

19  503(b)(1), 507(a)(2), and 507(b) for the balance of the Transplace Secured Claim in the

20  remaining amount of approximately $1,114,256.

21       C.    The Debtor shall fully pay Transplace no less frequently than once a week by

22  wire transfer, for all of Transplace's post-petition invoices for services provided post-petition,

23  without deduction or setoff.

24       D.    Transplace shall release and cause the Stored Goods to be delivered to the Debtor

25  and its stores as directed by the Debtor.

26  ///

27  ///

28

E.    This Stipulation is entered into pursuant to and is fully consistent with the Order. Except as expressly set forth herein, all of the terms and conditions of the Agreement and the Order shall remain in full force and effect.

Dated: June 25, 2015

ANNA'S LINENS, INC.

By: _____
    DAVID B. GOLUBCHIK
    EVE H. KARASIK
    JULIET Y. OH
    JOHN-PATRICK M. FRITZ
    LEVENE, NEALE, BENDER, YOO
        & BRILL L.L.P.
    Proposed Attorneys for Chapter 11 Debtor and
    Debtor in Possession

Dated: June 25, 2015

TRANSPLACE TEXAS LP

By: _____
    Simon Kimmelman
    (Admitted in New Jersey, not California)
    Sills Cummis & Gross P.C.
    600 College Road East
    Princeton, NJ 08540

    Its: Attorneys

APPROVED AS TO FORM AND CONTENT:

Dated: June 25, 2015

SALUS CAPITAL PARTNERS, LLC, as
Administrative Agent and Collateral Agent

By: _____
    (Admitted in New York, not California)
    Greenberg Traurig
    200 Park Ave
    New York, NY

    Its: Attorneys

3

# PROOF OF SERVICE OF DOCUMENT

1
2

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

3
4

A true and correct copy of the foregoing document entitled **STIPULATION BETWEEN DEBTOR AND TRANSPLACE TEXAS LP FOR ADEQUATE PROTECTION OF POSSESSORY LIEN AND TURNOVER OF PROPERTY OF THE ESTATE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

5
6
7

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **June 25, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

8

☒ *Service information continued on attached page*

9
10
11

**2.  SERVED BY UNITED STATES MAIL**: On **June 25, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

12

☐ *Service information continued on attached page*

13
14
15

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **June 25, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

16
17
18
19

***Served via Overnight Mail***
Hon. Theodor C. Albert
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

20

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

21

| June 25, 2015 | Jason Klassi | /s/ Jason Klassi |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

22
23
24
25
26
27
28

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**8:15-bk-13008-TA Notice will be electronically mailed to:**

1  Todd M Arnold on behalf of Debtor Anna's Linens, Inc.
tma@lnbyb.com
2
Michael Avanesian on behalf of Interested Party Courtesy NEF
3  michael@avanesianlaw.com, michael@ecf.inforuptcy.com

4  Karen C Bifferato on behalf of Creditor RioCan America Management, LP
kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
5
Wanda Borges on behalf of Creditor Kenney Mtg.
6  ecfcases@borgeslawllc.com

7  Dustin P Branch on behalf of Creditor Acadia Realty Trust
dustin.branch@kattenlaw.com,
8  jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car
olo@kattenlaw.com
9
Dustin P Branch on behalf of Creditor Brentwood Originals, Inc.
10 dustin.branch@kattenlaw.com,
jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car
11 olo@kattenlaw.com

12 Dustin P Branch on behalf of Creditor Deutsche Asset & Wealth Management
dustin.branch@kattenlaw.com,
13 jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car
olo@kattenlaw.com
14
Dustin P Branch on behalf of Creditor JANAF Shopping Center, LLC
15 dustin.branch@kattenlaw.com,
jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car
16 olo@kattenlaw.com

17 Dustin P Branch on behalf of Creditor Linton Delray, LLC
dustin.branch@kattenlaw.com,
18 jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car
olo@kattenlaw.com
19
Dustin P Branch on behalf of Creditor Ramco-Gershenson Properties, LP
20 dustin.branch@kattenlaw.com,
jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car
21 olo@kattenlaw.com

22 Dustin P Branch on behalf of Creditor Starwood Retail Partners LLC
dustin.branch@kattenlaw.com,
23 jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car
olo@kattenlaw.com
24
Dustin P Branch on behalf of Creditor UCR Asset Services
25 dustin.branch@kattenlaw.com,
jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car
26 olo@kattenlaw.com

27 Dustin P Branch on behalf of Creditor Watt Management Company
dustin.branch@kattenlaw.com,
28 jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                          **F 9013-3.1.PROOF.SERVICE**

olo@kattenlaw.com

1   Dustin P Branch on behalf of Interested Party Courtesy NEF
    dustin.branch@kattenlaw.com,
2   jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.car
    olo@kattenlaw.com
3
    Robert Brier on behalf of Interested Party Courtesy NEF
4   bbrier@bihlaw.com, smann@bihlaw.com

5   Heather D Brown on behalf of Creditor KDI Atlanta Mall, LLC
    heather@hdbrownlaw.com
6
    David L Bruck on behalf of Creditor Beatrice Home Fashions, Inc.
7   bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com

8   Leslie A Cohen on behalf of Creditor Welcome Industrial
    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
9
    Leslie A Cohen on behalf of Interested Party Courtesy NEF
10  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com

11  Denise Diaz on behalf of Attorney Earth Link
    Denise.Diaz@rmsna.com
12
    Eldia M Diaz-Olmo on behalf of Interested Party Courtesy NEF
13  diazolmo@villamil.net, eldia.diazolmo@gmail.com

14  John P Dillman on behalf of Creditor Cypress Fairbanks ISD
    houston_bankruptcy@publicans.com
15
    John P Dillman on behalf of Creditor Fort Bend County
16  houston_bankruptcy@publicans.com

17  John P Dillman on behalf of Creditor Harris County
    houston_bankruptcy@publicans.com
18
    John P Dillman on behalf of Creditor Montgomery County
19  houston_bankruptcy@publicans.com

20  Gary B Elmer on behalf of Creditor Greenleaf Advertising & Media, Inc.
    gelmer@ciardilaw.com
21
    Gary B Elmer on behalf of Creditor Ivie & Associates, Inc.
22  gelmer@ciardilaw.com

23  Amanda N Ferns on behalf of Creditor Signature Financial, LLC
    aferns@fernslaw.com, mmakalintal@fernslaw.com
24
    Amanda N Ferns on behalf of Interested Party Courtesy NEF
25  aferns@fernslaw.com, mmakalintal@fernslaw.com

26  Roger F Friedman on behalf of Interested Party Courtesy NEF
    rfriedman@rutan.com
27
    John-Patrick M Fritz on behalf of Debtor Anna's Linens, Inc.
28  jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                           F 9013-3.1.PROOF.SERVICE

1
Sidney Garabato on behalf of Interested Party Courtesy NEF
sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com

2
Richard Girgado on behalf of Interested Party Courtesy NEF
rgirgado@counsel.lacounty.gov

3

4
Bernard R Given on behalf of Interested Party Local Texas Tax Authorities
bgiven@loeb.com, mortiz@loeb.com,ladocket@loeb.com

5
Ronald E Gold on behalf of Creditor WP Glimcher Inc.
rgold@fbtlaw.com

6

7
David B Golubchik on behalf of Debtor Anna's Linens, Inc.
dbg@lnbyb.com, dbg@ecf.inforuptcy.com

8
Andrew A Goodman on behalf of Interested Party Courtesy NEF
agoodman@greenbass.com, ksopky@greenbass.com

9

10
William A Gray on behalf of Creditor Linder Ventures IV, LLC
bgray@sandsanderson.com, rarrington@sandsanderson.com

11
Steven T Gubner on behalf of Interested Party Courtesy NEF
sgubner@ebg-law.com, ecf@ebg-law.com

12

13
Andrew Haley on behalf of Interested Party 99 Cents Only Stores
ahaley@gpfm.com, kbarone@gpfm.com

14
Michael J Hauser on behalf of U.S. Trustee United States Trustee (SA)
michael.hauser@usdoj.gov

15

16
Eve H Karasik on behalf of Debtor Anna's Linens, Inc.
ehk@lnbyb.com

17
Doah Kim on behalf of Interested Party Courtesy NEF
Doah.Kim@LewisBrisbois.com, Monique.Talamante@LewisBrisbois.com

18

19
Steven N Kurtz on behalf of Interested Party Courtesy NEF
nlessard@laklawyers.com, rfeldon@laklawyers.com;lkaplan@laklawyers.com

20
Ian Landsberg on behalf of Debtor Anna's Linens, Inc.
ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-

21
law.com;dzuniga@landsberg-law.com;yalarcon@landsberg-law.com;ilandsberg@ecf.inforuptcy.com

22
William J Levant on behalf of Interested Party Courtesy NEF
wlevant@kaplaw.com, wlevant@gmail.com

23

24
James V Lombardi, III on behalf of Attorney A-S 106 Pasadena Town Center, L.P.
jlombardi@rossbanks.com, kjohnson@rossbanks.com

25
James V Lombardi, III on behalf of Attorney Brazos TC South-Partnership A, L.P.
jlombardi@rossbanks.com, kjohnson@rossbanks.com

26

27
David J Mahoney on behalf of Creditor P&A Marketing
efilings@spallp.com

28
David J Mahoney on behalf of Creditor Panda Home Fashions LLC

efilings@spallp.com

1   Robert S Marticello on behalf of Interested Party Courtesy NEF
  Rmarticello@swelawfirm.com, csheets@swelawfirm.com

2

  David A Mawhinney on behalf of Interested Party Courtesy NEF
3   david.mawhinney@klgates.com

4   Gordon G May on behalf of Creditor SM 101 SIX, LLC
  hpc@ggb-law.com

5

  Kevin M Newman on behalf of Interested Party Courtesy NEF
6   knewman@menterlaw.com, kmnbk@menterlaw.com

7   William Novotny on behalf of Creditor Vestar California XXVI, L.L.C.
  william.novotny@mwmf.com

8

  Juliet Y Oh on behalf of Debtor Anna's Linens, Inc.
9   jyo@lnbrb.com, jyo@lnbrb.com

10   Juliet Y Oh on behalf of Interested Party Courtesy NEF
  jyo@lnbrb.com, jyo@lnbrb.com

11

  Ernie Zachary Park on behalf of Creditor Vestar California XXVI, LLC
12   ernie.park@bewleylaw.com

13   Christopher L Parnell on behalf of Creditor ROIC California, LLC
  cparnell@dunncarney.com, taichele@dunncarney.com

14

  Paul J Pascuzzi on behalf of Creditor The McClatchy Company et al
15   ppascuzzi@ffwplaw.com

16   Andrew S Pauly on behalf of Interested Party 99 Cents Only Stores
  apauly@gpfm.com, lburns@gpfm.com

17

  Christopher J Petersen on behalf of Creditor Liberty Property Limited Partnership
18   cjpetersen@blankrome.com, arc@blankrome.com

19   Christopher J Petersen on behalf of Creditor S. Lichtenberg & Co., Inc.
  cjpetersen@blankrome.com, arc@blankrome.com

20

  David M Poitras on behalf of Interested Party Courtesy NEF
21   dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com

22   David L Pollack on behalf of Creditor Brixmor Property Group Inc.
  pollack@ballardspahr.com, petlaka@ballardspahr.com

23

  Jennifer Pruski on behalf of Creditor Countre Club Centre, LLC
24   jpruski@trainorfairbrook.com

25   Jennifer Pruski on behalf of Creditor Peter P. Bollinger 2003 LLC
  jpruski@trainorfairbrook.com

26

  Scott H Siegel on behalf of Interested Party Courtesy NEF
27   ssiegel@laklawyers.com, aaguirre@laklawyers.com

28   Evan D Smiley on behalf of Interested Party Courtesy NEF

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*         **F 9013-3.1.PROOF.SERVICE**

esmiley@swelawfirm.com, gcruz@swelawfirm.com

1  Evan D Smiley on behalf of Interested Party Joint Ventura Comprising Tiger Capital Group, LLC and
   Yellen Partners, LLC
2  esmiley@swelawfirm.com, gcruz@swelawfirm.com

3  Lindsey L Smith on behalf of Debtor Anna's Linens, Inc.
   lls@lnbyb.com, lls@ecf.inforuptcy.com
4
   Howard Steinberg on behalf of Interested Party Salus Capital Partners, LLC
5  steinbergh@gtlaw.com, laik@gtlaw.com;LALitDock@GTLAW.com

6  Rick A Steinberg on behalf of Creditor Transplace Texas, LP
   rsteinberg@nakblaw.com
7
   Ronald M Tucker, Esq on behalf of Creditor Simon Property Group, Inc.
8  rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com

9  United States Trustee (SA)
   ustpregion16.sa.ecf@usdoj.gov
10
   Daniel R Utain on behalf of Creditor WV Morgantown Crossings, LLC t/a Morgantown Crossings, L.P.
11 dutain@kaplaw.com, kcoughlin@kaplaw.com

12 Kimberly Walsh on behalf of Creditor Texas Comptroller of Public Accounts
   bk-kwalsh@texasattorneygeneral.gov
13
   Elizabeth Weller on behalf of Creditor Dallas County
14 dallas.bankruptcy@publicans.com

15 Elizabeth Weller on behalf of Interested Party Local Texas Tax Authorities
   dallas.bankruptcy@publicans.com
16
   Eric R Wilson on behalf of Creditor Aston Properties, DDR Corp., Equity One LLC, Gregory Greenfield &
17 Associates, Ltd., Philips International and Rouse Properties, Inc.
   kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
18
   Rebecca J Winthrop on behalf of Interested Party Courtesy NEF
19 rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com

20 Barouir B Yeretzian on behalf of Interested Party Courtesy NEF
   byeretzian@jhindslaw.com, yeretzian@gmail.com
21
   Roye Zur on behalf of Interested Party Courtesy NEF
22 rzur@lgbfirm.com, kalandy@lgbfirm.com;marizaga@lgbfirm.com;rspahnn@lgbfirm.com

23
24
25
26
27
28

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                          F 9013-3.1.PROOF.SERVICE