Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
James K. T. Hunter (CA Bar No. 73369)
Stanley E. Goldich (CA Bar No. 92659)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   jpomerantz@pszjlaw.com
          ikharasch@pszjlaw.com
          jhunter@pszjlaw.com
          sgoldich@pszjlaw.com

[Proposed] Attorneys for the Official Committee of Unsecured Creditors

FILED & ENTERED

JUL 22 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber   DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANNA'S LINENS, INC.,<br><br>              Debtor. | Case No. 8:15-bk-13008-TA<br><br>Chapter 11<br><br>**ORDER RE MOTION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR (1) RECONSIDERATION OF DEBTOR'S EMERGENCY MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE PAYMENT OF CERTAIN PREPETITION TAXES AND CUSTOM DUTIES AND (2) UPON RECONSIDERATION, ENTRY OF ORDER TERMINATING AUTHORITY OF DEBTOR TO PAY PREPETITION TAXES**<br><br>**[Relates to Docket No. 273]**<br><br>Date:    July 16, 2015<br>Time:   10:00 a.m.<br>Place:   Courtroom 5B<br>           411 West Fourth Street<br>           Santa Ana, California<br><br>Judge:   Honorable Theodor C. Albert |

DOCS_LA:290543.4 03751/001

The Court having considered the *Motion of Official Committee of Unsecured Creditors for (1) Reconsideration of Debtor's Emergency Motion for Entry of an Order Authorizing the Payment of Certain Prepetition Taxes and Custom Duties and (2) Upon Reconsideration, Entry of Order Terminating Authority of Debtor to Pay Prepetition Taxes* (the "Motion")[1], all papers filed in support of and opposition to the Motion, having heard oral argument at the hearing on the Motion (the "Hearing"), and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is denied.

2. Pursuant to the agreement between the Debtor and the Committee, the Debtor has agreed to not pay prepetition Taxes in the aggregate amount of $194,197.50 (the "Contested Taxes") owed to four Taxing Authorities, Arizona, California, District of Columbia and Nevada (collectively, the "Contested Jurisdictions"), pending a further hearing that has been scheduled as set forth in paragraph 3 below.

3. A further hearing on (a) whether the Contested Taxes owed to the Contested Jurisdictions are trust fund taxes, and (b) the Debtors authority to pay the Contested Taxes should be terminated is hereby set on **July 29, 2015** at **10:00 a.m**. (the "Further Hearing") with any briefing on these issues to be filed by **Noon** on **July 27, 2015** (the "Briefing Deadline").

4. Counsel for the Committee shall send a notice of the Further Hearing and the Briefing Deadline to the Debtor, the Office of the United States Trustee, the Contested Jurisdictions, and other parties requesting special notice by no later than Tuesday, July 21, 2015.

# # #

Date: July 22, 2015

*/s/ Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

---

[1] Unless otherwise defined herein, capitalized terms shall have the same meaning as set forth in the Motion.