Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
Stanley E. Goldich (CA Bar No. 92659)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   jpomerantz@pszjlaw.com
          ikharasch@pszjlaw.com
          sgoldich@pszjlaw.com

[Proposed] Attorneys for the Official Committee of Unsecured Creditors

**FILED & ENTERED**

**JUL 31 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** deramus  **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANNA'S LINENS, INC.<br><br>Debtor. | Case No. 8:15-bk-13008-TA<br><br>Chapter 11<br><br>**ORDER TERMINATING AUTHORITY OF DEBTOR TO PAY PREPETITION SALES TAXES OF ARIZONA, CALIFORNIA, DISTRICT OF COLUMBIA AND NEVADA**<br><br>[Relates to Docket No. 273 and 354]<br><br>**Hearing Held:**    July 29, 2015<br>**Time:**                  10:00 a.m.<br>**Courtroom:**        5B |

The Court having considered (1) the further briefing of the Official Committee of Unsecured Creditors (the "Committee"), the California State Board of Equalization (the "SBE"), and the Nevada Department of Taxation (the "Nevada DOT") pursuant to the Court's July 16, 2015 Order [Docket No. 354] denying the Committee's motion for reconsideration and setting a further hearing on whether (a) the prepetition Taxes in the aggregate amount of $194,197.50 (the "Contested Taxes") owed to the four Taxing Authorities, Arizona, California, the District of Columbia and Nevada (collectively, the "Contested Jurisdictions") are "trust fund' taxes, and

DOCS_LA:290912.1 03751/002                    1

(b) the Debtor's authority to pay the Contested Taxes should be terminated, (2) the arguments and statements of counsel made on the record at the July 29, 2015 hearing, and (3) the record of the Debtor's case; and finding that there is a material difference between the tax statutes of the Contested Jurisdictions and the tax statutes of the so-called "trust fund" States; and good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Court's previous authorization of the Debtor to pay the Contested Taxes of the Contested Jurisdictions granted in the Order Authorizing the Payment of Certain Prepetition Taxes and Customs Duties entered on July 1, 2015 [Docket No. 198] is hereby rescinded.

2. The Debtor shall hold the amount of the Contested Taxes, $194,197.50, until further order of the Court by either a new hearing or stipulation.

3. If a new hearing regarding payment of the Contested Taxes to the Contested Jurisdictions is requested, the Court will entertain additional briefs from all parties on only the pre-petition transmutation of title as discussed by the Court at the July 29, 2015 hearing.

###

Date: July 31, 2015

Theodor C. Albert
United States Bankruptcy Judge

DOCS_LA:290912.1 03751/002

2