Epiq Bankruptcy Solutions, LLC
777 Third Avenue, 12th Floor
New York, NY 10017
Phone: 646-282-2500
www.epiqsystems.com

Proposed Claims & Noticing Agent for Chapter 11 Debtor
and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re | ) Case No.: 8:15-bk-13008-TA |
| | ) |
| ANNA'S LINENS, INC., | ) Chapter 11 |
| | ) |
| Debtor. | ) **AFFIDAVIT OF SERVICE REGARDING** |
| | ) **NOTICE OF FILING OF APPLICATION** |
| | ) **OF DEBTOR AND DEBTOR IN** |
| | ) **POSSESSION TO EMPLOY BDO USA,** |
| | ) **LLP AS ACCOUNTANT AND TAX** |
| | ) **CONSULTANT PURSUANT TO 11 U.S.C.** |
| | ) **§§ 327, 328 AND 330** |
| | ) |
| | ) [No Hearing Required] |
| | ) |
| | ) **Ref. Docket No. 398** |

**<u>AFFIDAVIT OF SERVICE</u>**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

T:\Clients\ALINENS\Affidavits\BDO Employment Notice_DI 398_AFF_7-31-15_SS.doc

| | |
|---|---|
| 1 | 2. On July 31, 2015, I caused to be served the "Notice of Filing of Application of Debtor and Debtor in Possession to Employ BDO USA, LLP as Accountant and Tax Consultant Pursuant to 11 U.S.C. §§ 327, 328 and 330," dated July 31, 2015 [Docket No. 398], by causing true and correct copies to be enclosed securely in separate pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A. |
| 2 | |
| 3 | |
| 4 | 3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT." |
| 5 | |
| 6 | |
| 7 | _____ |
| | Carol Zhang |
| 8 | Sworn before me this |
| | 5th day of August, 2015 |
| 9 | |
| 10 | _____ |
| | Notary Public |
| 11 | PANAGIOTA MANATAKIS |
| | NOTARY PUBLIC STATE OF NEW YORK |
| 12 | QUEENS COUNTY |
| | LIC. #01MA6221096 |
| 13 | COMM. EXP. APRIL 26, 20 18 |

T:\Clients\ALINENS\Affidavits\BDO Employment Notice_DI 398_AFF_7-31-15_SS.doc

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| ADAMS AND REESE LLP | COUNSEL TO EAST FOREST PLAZA III, LLC ATTN: WILLIAM H. SHORT JR. SC FEDERAL ID NO. 1501 MAIN STREET, 5TH FLOOR COLUMBIA SC 29201 |
| BALLARD SPAHR LLP | COUNSEL TO BRIXMOR PROPERTY GROUP, INC. ATTN: DAVID L. POLLACK, ESQ. 1735 MARKET STREET, 51ST FLOOR MELLON BANK CENTER PHILADELPHIA PA 19103 |
| BALLARD SPAHR LLP | COUNSEL TO BRIXMOR PROPERTY GROUP, INC. ATTN: CHRISTOPHER CELENTINO, ESQ. 655 WEST BROADWAY, SUITE 1600 SAN DIEGO CA 92101 |
| BANKRUPTCY & COLLECTIONS DIVISION | COUNSEL TO BANKRUPTCY & COLLECTIONS DIVISION ATTN: KIMBERLY A. WALSH ASST ATTORNEY GENERAL P.O. BOX 12548 AUSTIN TX 78711-2548 |
| BLANK ROME LLP | COUNSEL TO LICHTENBERG ATTN: CHRISTOPHER J. PETERSEN, ESQ. 2029 CENTURY PARK EAST, 6TH FLOOR LOS ANGELES CA 90067 |
| BLANK ROME LLLP | COUNSEL TO AZALEA JOINT VENTURE AND PRIME /CRDF MISION HILLS (THE "CREDITORS") ATTN: CHRISTOPHER J. PETERSEN, ESQ. 2029 CENTUREY PARK EAST, 6TH FLOOR LOS ANGELES CA 90067 |
| BLANK ROME LLP | COUNSEL TO LICHTENBERG ATTN: MICHAEL Z. BROWNSTEIN, ESQ. THE CHRYSLER BUILDING 405 LEXINGTON AVENUE NEW YORK NY 10174 |
| BLANK ROME LLP | COUNSEL TO LIBERTY ATTN: JOHN E. LUCIAN, ESQ. ONE LOGAN SQUARE 130 NORTH 18TH STREET PHILADELPHIA PA 19103 |
| BLANK ROME LLP | COUNSEL TO LIBERTY ATTN: CHRISTOPHER J. PETERSEN, ESQ. 2029 CENTURY PARK EAST, 6TH FLOOR LOS ANGELES CA 90067 |
| CIARDI, CIARDI & ASTIN | COUNSEL TO IVIE AND ASSOICATES, INC. ATTN: GARY B. ELMER, ESQ. 402 W. BROADWAY, SUITE 400 SAN DIEGO CA 92101 |
| CIARDI, CIARDI & ASTIN | COUNSEL TO GREENLEAF ADVERTISING & MEDIA, INC. ATTN: GARY B. ELMER, ESQ. 402 W. BRAODWAY, SUITE 400 SAN DIEGO CA 92101 |
| CISCO SYSTEMS CAPITAL CORPORATION | 170 W TASMAN DRIVE MS SJ133 SAN JOSE CA 95134 |
| CLARK HILL PLC | COUNSEL TO RAMCO-GERSHENSON PROPERTIES, LP, LINTON DELRAY, LLC AND JANAF SHOPPING CENTERS (THE "CREDITORS") ATTN: DAVID M. BLAU, ESQ. 151 S. OLD WOODWARD AVENUE, SUITE 200 BIRMINGHAM MI 48009 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| DENTONS US LLP | COUNSEL TO PETSMART, INC. ATTN: GARY OWEN CARIS, ESQ 300 SOUTH GRAND AVE, 14TH FL LOS ANGELES CA 90071 |
| DICONNZA, TRAURIG & KADISH LLP | ATTN: MAURA I RUSSELL 630 THIRD AVENUE 7TH FLOOR NEW YORK NY 10017 |
| DOUGHERTY & GUENTHER, APC | COUNSEL TO ("SAMMUT") ATTN: RALPH P. GUENTHER, ESQ. 601 MAIN STREET SALINAS CA 93901 |
| FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP | COUNSEL TO THE NEWSPAPERS ATTN: PAUL J PASCUZZI LLP 400 CAPITOL MALL SUITE 1750 SACRAMENTO CA 95814 |
| GENERAL ELECTRIC CAPITAL CORPORATION | PO BOX 35713 BILLINGS MT 59107 |
| GGP LIMITED PARTNERSHIP, AS AGENT | MONDAWMIN BUSINESS TRUST ATTN: KRISTEN N. PATE 110 N. WACKER DRIVE CHICAGO IL 60606 |
| GORDON BROTHERS RETAIL PARTNERS, LLC | PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02119 |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | COUNSEL TO BEATRICE HOME FASHIONS ATTN: DAVID L. BRUCK, ESQ. 99 WOOD AVENUE SOUTH ISELIN NJ 08830 |
| GREENBERG TRAURIG LLP | COUNSEL TO SALUS CAPITAL PARTERS LLC ATTN: NANCY A. MITCHELL, MATTHEW L. HINKER 200 PARK AVENUE NEW YORK NY 10166 |
| GREENBERG TRAURIG, LLP | COUNSEL TO SALUS CAPITAL PARTNERS, LLC ATTN: JEFFREY M. WOLF ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| GREENBURG TRAURIG LLP | COUNSEL TO SALUS CAPITAL PARTNERS ATTN: HOWARD J. STEINBERG 1840 CENTURY PARK EAST SUITE 1900 LOS ANGELES CA 90067 |
| HAIGHT BROWN & BONESTEEL LLP | COUNSEL TO BRANDED GROUP ATTN: WILLIAM IRELAND, ESQ. 555 S. FLOWER STREET, 45TH FLOOR LOS ANGELES CA 90072 |
| HILCO MERCHANT RESOURCES, LLC | IAN S. FREDERICKS 5 REVERE DRIVE, SUITE 206 NORTHBROOK IL 60062 |
| IBM CREDIT LLC | ATT: PAUL WEARING SPECIAL HANDLING GROUP - MD NC317 NORTH CASTLE DRIVE ARMONK NY 10504 |
| IBM CREDIT LLC | ATTN: PAUL WEARING, RESTRUCTURING ANALYST SPECIAL HANDLING GROUP 7100 |

| Claim Name | Address Information |
|---|---|
| IBM CREDIT LLC | HIGHLANDS PARKWAY MD NC317 SMYRNA GA 30082 |
| JEFFREY M WOLF | GREENBERG TRAURIG LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| JP MORGAN CHASE BANK NA | 1111 POLARIS PARKWAY SUITE A3 COLUMBUS OH 43240 |
| KAPLIN STEWART MELOFF REITTER, & STEIN,P.C. | COUNSEL TO WV MORGANTOWN CROSSINGS, LLC ATTN: DNAIEL R. UTAIN, ESQ 910 HARVEST DRIVE BLUE BELL PA 19422 |
| KATTEN MUCHIN RSOSENMAN LLP | COUNSEL TO ("THE CREDITORS") ATTN: DUSTIN P. BRANCH, ESQ. 2029 CENTURY PARK EAST, SUITE 2600 LOS ANGELES CA 90067-3012 |
| KELLEY DRYE &WARREN LLP | COUNSEL TO (THE "LANDLORDS") ATTN: ROBERT L. LEHANE, ESQ. GILBERT R. SAYDAH JR., ESQ. 101 PARK AVENUE NEW YORK NY 10178 |
| KIRKLAND & ELLIS LLP | COUNSEL TO HLCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS ATTN: JOSHUA A. SUSSBERG, P.C. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| KIRKLAND & ELLIS LLP | COUNSEL TO HILCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS, LLC ATTN: JONATHAN FARIA 333 SOUTH HOPE STREET LOS ANGELES CA 90071 |
| LANDAU GOTTFRIED & BERGER LLP | COUNSEL TO WESTERN & VENICE SC. LLC ATTN: ROYE ZUR 1801 CENTURY PARK EAST, SUITE 700 LOS ANGELES CA 90067 |
| LAW OFFICES OF TODD R. GABRIEL | COUNSEL TO CERRITOS GARP, LLC ATTN: TODD R. GABRIEL, ESQ. 3525 DEL MAR HEIGHTS RD, SUITE 240 SAN DIEGO CA 92130-2122 |
| LAW OFFICES OF TODD R. GABRIEL | COUNSEL TO TRC MMM, LLC ATTN: TODD R. GABRIEL, ESQ. 3525 DEL MAR HEIGHTS, RD., SUITE 240 SAN DIEGO CA 92130-2122 |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | COUNSEL TO DALLAS COUNTY ATTN: ELIZABETH WELLER 2777 N. STEMMONS FREEWAY SUITE 1000 DALLAS TX 75207 |
| MACQUARIE EQUIPMENT FINANCE LLC | 2285 FRANKLIN ROAD SUITE 100 BLOOMFIELD HILLS MI 48302 |
| NORTON ROSE FULBRIGHT US LLP | COUNSEL TO REBECCA J. WINTHROP ATTN: REBECCA J. WINTHROP 555 SOUTH FLOWER STREET, 41ST FLOOR LOS ANGELES CA 90071 |
| PACHULSKI STANG ZIEHL & JONES LLP | COUNSEL TO THE UNSECURED CREDITORS COMMITTEE ATTN: JEFFREY N. POMERANTZ, IRA D. KHARASCH, IRA D. KHARASCH 10100 SANTA MONICA BLVD., SUITE 1300 LOS ANGELES CA 90067-4114 |
| PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | COUNSEL TO KLEIN INDEPENDENT SCHOOL DISTRICT ATTN: OWEN M. SONIK 1235 NORTH LOOP WEST SUITE 600 HOUSTON TX 77008 |
| PURDUE, BRANDON, FIELDER, COLLINS & MOTT L.L.P. | COUNSEL TO ARLINGTON ISD, CITY OF LAKE WORTH ATTN: ELIZABETH BANDA CALVO 500 E. BORDER STREET, SUITE 640 ARLINGTON TX 76010 |
| RECEIVABLE MANAGEMENT SERICES (RMS) | AGENT TO EARTHLINK BUSINESS ATN: RONALD L. ROWLAND AGENT 307 INTERNATIONAL CIRCLE, SUITE 270 HUNT VALLEY MD 21030 |
| REVERE MILLS INTERNATIONAL GROUP INC. | 2860 S RIVER ROAD SUITE 250 DES PLAINES IL 60018 |
| ROSENTHAL & ROSENTHAL, INC. | ATTN: ANTHONY DITIRRO 1370 BROADWAY, 3RD FLOOR NEW YORK NY 10018 |
| ROSS, BANKS, MAY, CRON & CAVIN, P.C. | COUNSEL TO  A-S PASADENA V. LOMBARDI, III 2 RIVERWAY, SUITE 700 HOUSTON TX 77056 |
| ROSS, BANKS, MAY, CRON & CAVIN, P.C. | COUNSEL TO BRAZOS TC SOUTH PARTNERSHIP A, L.P. ATTN: JAMES V. LOMBARDI, III 2 RIVERWAY, SUITE 700 HOUSTON TX 77056 |
| SALUS CAPITAL PARTNERS LLC | AS ADMINISTRATIVE AGENT 197 FIRST AVENUE SUITE 250 NEEDHAM MA 02494 |
| SANDS ANDERSON P.C. | COUNSEL TO LINDER ATTN: WILLIAM A. GRAY, ESQ. 1111 EAST MAIN STREET P.O. BOX 1998 RICHMOND VA 23218-1998 |
| SIGNATURE FINANCIAL LLC | 225 BROADHOLLOW ROAD MELVILLE NY 11747 |
| SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER, ESQ. 225 WEST WASHINGTON STREET INIDANAPOLIS IN 46204 |
| STERLING NATIONAL BANK | 42 BROADWAY 3RD FLOOR NEW YORK NY 10004 |
| THE HENDERSON LAW FIRM | COUNSEL TO COPPER CENTER PARTNERSHIP ATTN: JAMES H. HENDERSON 1201 HARDING PLACE CHARLOTTE NC 28204-2826 |
| THE MCCLATCHY COMPANY | COUNSEL TO THE NEWSPAPERS ATTN: JUAN CORNEJO THE LEGAL DEPARTMENT, SECOND FLOOR 2100 Q STREET SACRAMENTO CA 95816 |
| TIGER CAPITAL GROUP, LLC | DAN KANE; BRADLEY SNYDER 340 N. WESTLAKE BLVD, STE 260 WESTLAKE VILLAGE CA 91362 |
| TRAINOR FAIRBROOK | COUNNSEL TO PETER P. BOLLINGER 2003 LLC ATTN: JENNIFER L. PRUSKI 980 FULTON AVENUE SACRAMENTO CA 95825 |

| Claim Name | Address Information |
|---|---|
| TRAINOR FAIRBROOK | COUNSEL TO COUNTRE CLUB ATTN: JENNIFER L. PRUSLKI, ESQ. POST OFFICE BOX 255824 SACREMENTO CA 95865 |
| UNITED STATES TRUSTEE | 411 W FOURTH STREET SUITE 9041 SANTA ANA CA 92701-8000 |
| WACHTELL, LIPTON, ROSEN & KATZ | SCOTT K. CHARLES, NEIL M. SNYDER 51 WEST 52ND STREET NEW YORK NY 10019 |
| YELLEN PARTNERS, LLC | HARVEY YELLEN; MARK NAUGHTON 570 LAKE COOK ROAD, STE 125 DEERFIELD IL 60015 |

**Total Creditor count  63**