PETER C. ANDERSON
UNITED STATES TRUSTEE
Michael Hauser (Bar No. 140165)
Attorney for the U.S. Trustee
Ronald Reagan Federal Building &
       United States Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:   michael.hauser@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANNA'S LINENS, INC.,<br><br><br>Debtor and Debtor in Possession | CASE NUMBER: **8:15-bk-13008-TA**<br><br>CHAPTER 11<br><br>STIPULATION TO THE APPOINTMENT OF A CONSUMER PRIVACY OMBUDSMAN<br><br><br><br><br><br>[NO HEARING REQUIRED] |

The United States Trustee for Region 16 (" the U.S. Trustee"), by and through his attorney Michael Hauser, and Anna's Linens, Inc. ("Debtor-in-Possession"),  through its attorney David B. Golubchik, of the law firm of Levene, Neale, Bender, Yoo & Brill L.L.P., hereby submits this Stipulation and request, subject to court approval, that the Court direct the appointment of a Consumer Privacy Ombudsman in the above captioned case as set forth below.

1

**WHEREAS,** the Debtor-in-Possession filed a voluntary chapter 11 petition on June 14, 2015;

**WHEREAS,** Debtor-in-Possession filed a motion on August 4, 2015, to approve bid procedures for the sale of its assets, including customer lists, by way of an auction to be conducted on September 1, 2015 [see dkt #417]; and

**WHEREAS,** the U.S. Trustee and the Debtor-in-Possession believe that a Consumer Privacy Ombudsman should be appointed to assist the court in its consideration of the facts, circumstances, and conditions of the proposed sale of personally identifiable information as required under section 332 of the Bankruptcy Code;

**NOW WHEREFORE,** the parties request that the Court approve this Stipulation for the appointment of a Consumer Privacy Ombudsman and enter an Order directing the U.S. Trustee to appoint a Consumer Privacy Ombudsman in this case.

**IT IS SO STIPULATED:**

Dated: August 5, 2015          PETER C. ANDERSON
                               UNITED STATES TRUSTEE FOR REGION 16

                               By:_/s/ Michael Hauser_____
                                  Michael Hauser
                                  Attorney for the United States Trustee


Dated: Augsut 5, 2015          LEVNE, NEALE, BENDER, YOO & BRILL L.L.P.

                               By:
                                  David B. Golubchik
                                  Attorney for the Debtor in Possession

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

OFFICE OF THE U.S. TRUSTEE, 3801 University Ave., #720, Riverside, CA  92501

A true and correct copy of the foregoing document entitled: STIPULATION FOR THE APPOINTMENT OF A CONSUMER PRIVACY OMBUDSMAN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 11, 2015,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold     tma@lnbyb.com
- Michael Avanesian     michael@avanesianlaw.com, michael@ecf.inforuptcy.com
- Sabrina Beavens     sbeavens@iurillolaw.com, ciurillo@iurillolaw.com
- Alan Betten     abetten@sagallaw.com
- Karen C Bifferato     kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
- Mikel R Bistrow     bistrowm@ballardspahr.com, burkec@ballardspahr.com
- Wanda Borges     ecfcases@borgeslawllc.com
- Dustin P Branch     dustin.branch@kattenlaw.com, jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
- Robert Brier     bbrier@bihlaw.com, smann@bihlaw.com
- Heather D Brown     heather@hdbrownlaw.com
- David L Bruck     bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com
- Gary O Caris     gary.caris@dentons.com, chris.omeara@dentons.com
- Shirley Cho     scho@pszjlaw.com
- Shawn M Christianson     cmcintire@buchalter.com, schristianson@buchalter.com
- Gail L Chung     GL@outtengolden.com, JXH@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Leslie A Cohen     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- Michael W Davis     mdavis@ebg-law.com, ecf@ebg-law.com
- Denise Diaz     Denise.Diaz@rmsna.com
- Eldia M Diaz-Olmo     diazolmo@villamil.net, eldia.diazolmo@gmail.com
- John P Dillman     houston_bankruptcy@publicans.com
- Glen Dresser     gombd@aol.com
- Reid E Dyer     reiddyer@mvalaw.com, davidwheeler@mvalaw.com
- Gary B Elmer     gelmer@ciardilaw.com
- Amanda N Ferns     aferns@fernslaw.com, mmakalintal@fernslaw.com
- Roger F Friedman     rfriedman@rutan.com
- John-Patrick M Fritz     jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- Sidney Garabato     sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- Richard Girgado     rgirgado@counsel.lacounty.gov
- Bernard R Given     bgiven@loeb.com, mortiz@loeb.com,ladocket@loeb.com
- Barry S Glaser     bglaser@swesq.com, erhee@swesq.com
- Ronald E Gold     rgold@fbtlaw.com, joguinn@fbtlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- Stanley E Goldich    sgoldich@pszjlaw.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Andrew A Goodman    agoodman@greenbass.com, ksopky@greenbass.com
- William A Gray    bgray@sandsanderson.com, rarrington@sandsanderson.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Ralph P Guenther    rguenther@montereylaw.com
- Andrew Haley    ahaley@gpfm.com, kbarone@gpfm.com
- Michael J Hauser    michael.hauser@usdoj.gov
- James H Henderson    henderson@title11.com, ginny@title11.com
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Brian D Huben    brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;ecf.lax.docket@kattenlaw.com;lora.anderson@kattenlaw.com
- James KT Hunter    jhunter@pszjlaw.com
- William E Ireland    wireland@hbblaw.com, cdraper@hbblaw.com
- Ronald N Ito    Ronald.Ito@doj.ca.gov, Linda.Richardson@doj.ca.gov
- Jeanne M Jorgensen    jjorgensen@pj-law.com, esorensen@pj-law.com
- Eve H Karasik    ehk@lnbyb.com
- Ori Katz    okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com
- Doah Kim    Doah.Kim@LewisBrisbois.com, Monique.Talamante@LewisBrisbois.com
- Simon Kimmelman    skimmelman@sillscummis.com
- Steven N Kurtz    nlessard@laklawyers.com, rfeldon@laklawyers.com;lkaplan@laklawyers.com
- Ian Landsberg    ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;yalarcon@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- William J Levant    wlevant@kaplaw.com, wlevant@gmail.com
- Lori A Lewis    lewisl004@mail.maricopa.gov
- James V Lombardi    jlombardi@rossbanks.com, kjohnson@rossbanks.com
- David J Mahoney    efilings@spallp.com
- Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- David A Mawhinney    david.mawhinney@klgates.com
- Gordon G May    hpc@ggb-law.com
- Thor D McLaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- David W. Meadows    david@davidwmeadowslaw.com
- Kevin M Newman    knewman@menterlaw.com, kmnbk@menterlaw.com
- William Novotny    william.novotny@mwmf.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Keith C Owens    kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Christopher L Parnell    cparnell@dunncarney.com, taichele@dunncarney.com
- Paul J Pascuzzi    ppascuzzi@ffwplaw.com
- Kristen N Pate    ggpbk@ggp.com
- Andrew S Pauly    apauly@gpfm.com, lburns@gpfm.com
- Christopher J Petersen    cjpetersen@blankrome.com, arc@blankrome.com
- David M Poitras    dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- David L Pollack    pollack@ballardspahr.com, petlaka@ballardspahr.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Kelly L Pope    kpope@downeybrand.com, kbaughman@downeybrand.com;courtfilings@downeybrand.com
- David L Prince    dlp@redchamber.com
- Jennifer Pruski    jpruski@trainorfairbrook.com
- Steven B Sacks    ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com
- Susan K Seflin    sseflin@ebg-law.com
- William H Short    bill.short@arlaw.com, candice.carter@arlaw.com
- Scott H Siegel    ssiegel@laklawyers.com, aaguirre@laklawyers.com
- Evan D Smiley    esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Louis F Solimine    Louis.Solimine@thompsonhine.com
- Owen M Sonik    osonik@pbfcm.com, tpope@pbfcm.com
- Howard Steinberg    steinbergh@gtlaw.com, laik@gtlaw.com;pearsallt@gtlaw.com
- Rick A Steinberg    rsteinberg@nakblaw.com
- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Daniel R Utain    dutain@kaplaw.com, kcoughlin@kaplaw.com
- Kimberly Walsh    bk-kwalsh@texasattorneygeneral.gov
- Catherine Weinberg    cweinberg@bamlaw.net, jnoble@bamlaw.net
- Gilbert B Weisman    notices@becket-lee.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Brian D Wesley    brian.wesley@doj.ca.gov
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com
- Barouir B Yeretzian    byeretzian@jhindslaw.com, yeretzian@gmail.com
- Roye Zur    rzur@lgbfirm.com, kalandy@lgbfirm.com;marizaga@lgbfirm.com;rspahnn@lgbfirm.com

**2. SERVED BY UNITED STATES MAIL**: On **August 11, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Anna's Linens, Inc.**
3550 Hyland Avenue
Costa Mesa, CA 92626


//
//

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 11, 2015,** I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Federal Express:**
Honorable Theodor C. Albert–U.S. Bankruptcy Court, 411 W. 4th St., Suite #5085, Santa Ana, CA  92701

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/11/15 | Tari King | /s/ Tari King |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**