| | |
|---|---|
| 1 | **Epiq Bankruptcy Solutions, LLC** |
| 2 | 777 Third Avenue, 12th Floor |
|   | New York, NY 10017 |
| 3 | Phone: 646-282-2500 |
|   | www.epiqsystems.com |
| 4 | |
| 5 | Proposed Claims & Noticing Agent for Chapter 11 Debtor and Debtor in Possession |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | | |
|---|---|---|
| In re | ) | Case No.: 8:15-bk-13008-TA |
| | ) | |
| ANNA'S LINENS, INC., | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | **AFFIDAVIT OF SERVICE REGARDING NOTICE OF FILING OF DEBTOR'S MOTION FOR AUTHORITY TO IMPLEMENT EMPLOYEE RETENTION PLAN;** |
| | ) | |
| | ) | **AND** |
| | ) | |
| | ) | ***EX PARTE* APPLICATION FOR ORDER SHORTENING TIME ON NOTICE FOR HEARING ON DEBTOR'S MOTION FOR AUTHORITY TO IMPLEMENT EMPLOYEE RETENTION PLAN; DECLARATION OF J.E. RICK BUNKA** |
| | ) | |
| | ) | Hearing: |
| | ) | DATE: [To Be Set] |
| | ) | TIME: [To Be Set] |
| | ) | PLACE: Courtroom 5B |
| | ) | 411 West Fourth Street |
| | ) | Santa Ana, California |
| | ) | |
| | ) | **Ref. Docket Nos. 465 and 466** |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

CAROL ZHANG, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On August 10, 2015, I caused to be served the:

   a) "Notice of Filing of Debtor's Motion for Authority to Implement Employee Retention Plan," dated August 10, 2015 [Docket No. 465], and

   b) "Ex Parte Application for Order Shortening Time on Notice for Hearing on Debtor's Motion for Authority to Implement Employee Retention Plan; Declaration of J.E. Rick Bunka," dated August 10, 2015 [Docket No. 466],

   by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Carol Zhang

Sworn before me this
11th day of August, 2015

_____
Notary Public

ELLI KREMPA
Notary Public, State of New York
No. 01KR6175879
Qualified in Suffolk County
Commission Expires October 22, 2015

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BANKRUPTCY & COLLECTIONS DIVISION | COUNSEL TO BANKRUPTCY & COLLECTIONS DIVISION ATTN: KIMBERLY A. WALSH ASST ATTORNEY GENERAL P.O. BOX 12548 AUSTIN TX 78711-2548 |
| CIARDI, CIARDI & ASTIN | COUNSEL TO IVIE AND ASSOICATES, INC. ATTN: GARY B. ELMER, ESQ. 402 W. BROADWAY, SUITE 400 SAN DIEGO CA 92101 |
| CIARDI, CIARDI & ASTIN | COUNSEL TO GREENLEAF ADVERTISING & MEDIA, INC. ATTN: GARY B. ELMER, ESQ. 402 W. BRAODWAY, SUITE 400 SAN DIEGO CA 92101 |
| CISCO SYSTEMS CAPITAL CORPORATION | 170 W TASMAN DRIVE MS SJ133 SAN JOSE CA 95134 |
| CORPORATION SERVICE COMPANY | AS REPRESENTATIVE PO BOX 2576 SPRINGFIELD IL 62708 |
| GENERAL ELECTRIC CAPITAL CORPORATION | PO BOX 35713 BILLINGS MT 59107 |
| GORDON BROTHERS RETAIL PARTNERS, LLC | PRUDENTIAL TOWER 800 BOYLSTON STREET BOSTON MA 02119 |
| GREENBAUM, ROWE, SMITH & DAVIS LLP | COUNSEL TO BEATRICE HOME FASHIONS ATTN: DAVID L. BRUCK, ESQ. 99 WOOD AVENUE SOUTH ISELIN NJ 08830 |
| HILCO MERCHANT RESOURCES, LLC | IAN S. FREDERICKS 5 REVERE DRIVE, SUITE 206 NORTHBROOK IL 60062 |
| IBM CREDIT LLC | ATTN: PAUL WEARING, RESTRUCTURING ANALYST SPECIAL HANDLING GROUP 7100 HIGHLANDS PARKWAY MD NC317 SMYRNA GA 30082 |
| JEFFREY M WOLF | GREENBERG TRAURIG LLP ONE INTERNATIONAL PLACE BOSTON MA 02110 |
| JP MORGAN CHASE BANK NA | 1111 POLARIS PARKWAY SUITE A3 COLUMBUS OH 43240 |
| KAPLIN STEWART MELOFF REITTER, & STEIN,P.C. | COUNSEL TO WV MORGANTOWN CROSSINGS, LLC ATTN: DNAIEL R. UTAIN, ESQ 910 HARVEST DRIVE BLUE BELL PA 19422 |
| KIRKLAND & ELLIS LLP | COUNSEL TO HLCO MERCHANT RESOURCES, LLC AND GORDON BROTHERS RETAIL PARTNERS ATTN: JOSHUA A. SUSSBERG, P.C. 601 LEXINGTON AVENUE NEW YORK NY 10022 |
| MACQUARIE EQUIPMENT FINANCE LLC | 2285 FRANKLIN ROAD SUITE 100 BLOOMFIELD HILLS MI 48302 |
| PACHULSKI STANG ZIEHL & JONES LLP | COUNSEL TO THE UNSECURED CREDITORS COMMITTEE ATTN: JEFFREY N. POMERANTZ, IRA D. KHARASCH, IRA D. KHARASCH 10100 SANTA MONICA BLVD., SUITE 1300 LOS ANGELES CA 90067-4114 |
| REVERE MILLS INTERNATIONAL GROUP INC. | 2860 S RIVER ROAD SUITE 250 DES PLAINES IL 60018 |
| ROSENTHAL & ROSENTHAL, INC. | ATTN: ANTHONY DITIRRO 1370 BROADWAY, 3RD FLOOR NEW YORK NY 10018 |
| ROSS, BANKS, MAY, CRON & CAVIN, P.C. | COUNSEL TO A-S PASADENA V. LOMBARDI, III 2 RIVERWAY, SUITE 700 HOUSTON TX 77056 |
| ROSS, BANKS, MAY, CRON & CAVIN, P.C. | COUNSEL TO BRAZOS TC SOUTH PARTNERSHIP A, L.P. ATTN: JAMES V. LOMBARDI, III 2 RIVERWAY, SUITE 700 HOUSTON TX 77056 |
| SALUS CAPITAL PARTNERS LLC | AS ADMINISTRATIVE AGENT 197 FIRST AVENUE SUITE 250 NEEDHAM MA 02494 |
| SANDS ANDERSON P.C. | COUNSEL TO LINDER ATTN: WILLIAM A. GRAY, ESQ. 1111 EAST MAIN STREET P.O. BOX 1998 RICHMOND VA 23218-1998 |
| SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | COUNSEL TO ROIND HOMETEX CO., LTD. ATTN: ORI KATZ FOUR EMBARCADERO CENTER, 17TH FLOOR SAN FRANCISCO CA 94111 |
| SIGNATURE FINANCIAL LLC | 225 BROADHOLLOW ROAD MELVILLE NY 11747 |
| STERLING NATIONAL BANK | 42 BROADWAY 3RD FLOOR NEW YORK NY 10004 |
| THE HENDERSON LAW FIRM | COUNSEL TO COPPER CENTER PARTNERSHIP ATTN: JAMES H. HENDERSON 1201 HARDING PLACE CHARLOTTE NC 28204-2826 |
| TIGER CAPITAL GROUP, LLC | DAN KANE; BRADLEY SNYDER 340 N. WESTLAKE BLVD, STE 260 WESTLAKE VILLAGE CA 91362 |
| TRAINOR FAIRBROOK | COUNNSEL TO PETER P. BOLLINGER 2003 LLC ATTN: JENNIFER L. PRUSKI 980 FULTON AVENUE SACRAMENTO CA 95825 |
| TRAINOR FAIRBROOK | COUNSEL TO COUNTRE CLUB ATTN: JENNIFER L. PRUSLKI, ESQ. POST OFFICE BOX 255824 SACREMENTO CA 95865 |
| UNITED STATES TRUSTEE | 411 W FOURTH STREET SUITE 9041 SANTA ANA CA 92701-8000 |
| WACHTELL, LIPTON, ROSEN & KATZ | SCOTT K. CHARLES, NEIL M. SNYDER 51 WEST 52ND STREET NEW YORK NY 10019 |
| YELLEN PARTNERS, LLC | HARVEY YELLEN; MARK NAUGHTON 570 LAKE COOK ROAD, STE 125 DEERFIELD IL 60015 |

# ANNA'S LINENS, INC.
## Service List

| Claim Name | Address Information |
|---|---|

Total Creditor count  32