| | |
|---|---|
| DAVID B. GOLUBCHIK (SBN 185520)<br>EVE H. KARASIK (SBN 155356)<br>JULIET Y. OH (SBN 211414)<br>JOHN-PATRICK M. FRITZ (SBN 245240)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234; Facsimile: (310) 229-1244<br>Email: DBG@LNBYB.COM; EHK@LNBYB.COM;<br>        JYO@LNBYB.COM; JPF@LNBYB.COM<br><br>Proposed Attorneys for Chapter 11 Debtor<br>and Debtor in Possession | FOR COURT USE ONLY |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION** ||
| In re:<br><br>ANNA'S LINENS, INC.,<br><br>                                              Debtor. | Case No. 8:15-bk-13008-TA<br>Chapter 11 |
| | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:**<br><br>**MOTION FOR A COURT ORDER (1) COMPELLING THE DEBTOR TO ASSUME OR REJECT THE CONTRACT; (2) COMPELLING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES; AND (3) COMPELLING TIMELY PERFORMANCE OF ALL CONTRACT OBLIGATIONS** |

PLEASE TAKE NOTE that the order titled **ORDER RE: MOTION FOR A COURT ORDER (1) COMPELLING THE DEBTOR TO ASSUME OR REJECT THE CONTRACT; (2) COMPELLING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES; AND (3) COMPELLING TIMELY PERFORMANCE OF ALL CONTRACT OBLIGATIONS** was lodged on August 12, 2015 and is attached. This order relates to the motion which is docket number 130.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                                                          Page 1                   **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                              Page 2              **F 9021-1.2.BK.NOTICE.LODGMENT**

DAVID B. GOLUBCHIK (SBN 185520)
EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
JOHN-PATRICK M. FRITZ (SBN 245240)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM; EHK@LNBYB.COM;
JYO@LNBYB.COM; JPF@LNBYB.COM

Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:15-bk-13008-TA |
| ANNA'S LINENS, INC., | Chapter 11 |
| Debtor. | **ORDER RE: MOTION FOR A COURT ORDER (1) COMPELLING THE DEBTOR TO ASSUME OR REJECT THE CONTRACT; (2) COMPELLING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES; AND (3) COMPELLING TIMELY PERFORMANCE OF ALL CONTRACT OBLIGATIONS** |
| | Hearing:<br>DATE: August 12, 2015<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 5B<br>411 West Fourth Street<br>Santa Ana, California |

A hearing was held on August 12, 2015 at 10:00 a.m., before the Honorable Theodor C. Albert, United States Bankruptcy Judge for the Central District of California, Santa Ana Division, in Courtroom 5B located at 411 West Fourth Street, Santa Ana, California, for the Court to consider that certain *Motion For A Court Order (1) Compelling The Debtor To Assume Or Reject The Contract; (2) Compelling Immediate Payment Of Administrative Expenses; And (3) Compelling Timely Performance Of All Contract Obligations* [Doc. No. 130] (the "Motion") filed by Ivie & Associates, Inc. ("Ivie") in the Chapter 11 bankruptcy case of Anna's Linens, Inc., the debtor and debtor in possession herein (the "Debtor"). Appearances at the hearing on the Motion were made as set forth on the record of the Court.

Upon consideration of the Motion, the opposition to the Motion filed by the Debtor, all evidence submitted in support of the foregoing, the statements and representations of counsel made on the record at the hearing on the Motion, the entire record of the Debtor's bankruptcy case, and for good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion is granted in part, subject to the terms and conditions set forth in this Order.

2. The Print Management and Marketing Services Agreement dated July 31, 2014 between the Debtor and Ivie (the "Contract") is deemed rejected effective as of July 31, 2015.

3. Ivie is deemed to have an allowed administrative expense claim against the Debtor and its bankruptcy estate pursuant to 11 U.S.C. § 503(b)(1) in the sum of $7,170.30 (the "Allowed Administrative Claim"). The Allowed Administrative Claim will not be subject to setoff.

4. Promptly upon the entry of this Order, the Debtor shall pay the amount of the Allowed Administrative Claim to Ivie in full and final satisfaction of any and all administrative expense claims that Ivie has or may be able to assert against the Debtor and its estate under 11 U.S.C. § 503(b)(1).

///

1

5.   Notwithstanding anything to the contrary herein, Ivie shall have the right to file a proof of claim for a general unsecured claim and/or request for payment of an administrative claim (but solely under 11 U.S.C. § 503(b)(9), if applicable) against the Debtor and its bankruptcy estate for any other costs, damages, liabilities and obligations, including attorneys' fees and costs, which Ivie believes is due and owing by the Debtor under the Contract. Further, rejection of the Contract shall not affect Ivie's rights with respect to any general unsecured claim and/or request for payment of an administrative claim (but solely under 11 U.S.C. § 503(b)(9), if applicable) it may assert against the Debtor and its bankruptcy estate. The Debtor, the Official Committee of Unsecured Creditors appointed in the Debtor's bankruptcy case and any other party in interest shall have the right to object to any such proof of claim and/or request for payment of an administrative claim filed by Ivie.

<u>IT IS SO ORDERED</u>.

###

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE OF LODGMENT OF ORDER RE: MOTION FOR A COURT ORDER (1) COMPELLING THE DEBTOR TO ASSUME OR REJECT THE CONTRACT; (2) COMPELLING IMMEDIATE PAYMENT OF ADMINISTRATIVE EXPENSES; AND (3) COMPELLING TIMELY PERFORMANCE OF ALL CONTRACT OBLIGATIONS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 12, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Todd M Arnold    tma@lnbyb.com
- Michael Avanesian    michael@avanesianlaw.com, michael@ecf.inforuptcy.com
- Sabrina Beavens    sbeavens@iurillolaw.com, ciurillo@iurillolaw.com
- Alan Betten    abetten@sagallaw.com
- Karen C Bifferato    kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
- Mikel R Bistrow    bistrowm@ballardspahr.com, burkec@ballardspahr.com
- Wanda Borges    ecfcases@borgeslawllc.com
- Dustin P Branch    dustin.branch@kattenlaw.com, jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
- Robert Brier    bbrier@bihlaw.com, smann@bihlaw.com
- Heather D Brown    heather@hdbrownlaw.com
- David L Bruck    bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com
- Gary O Caris    gary.caris@dentons.com, chris.omeara@dentons.com
- Shirley Cho    scho@pszjlaw.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Gail L Chung    GL@outtengolden.com, JXH@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- Michael W Davis    mdavis@ebg-law.com, ecf@ebg-law.com
- Denise Diaz    Denise.Diaz@rmsna.com
- Eldia M Diaz-Olmo    diazolmo@villamil.net, eldia.diazolmo@gmail.com
- John P Dillman    houston_bankruptcy@publicans.com
- Glen Dresser    gombd@aol.com
- Reid E Dyer    reiddyer@mvalaw.com, davidwheeler@mvalaw.com
- Gary B Elmer    gelmer@ciardilaw.com
- Amanda N Ferns    aferns@fernslaw.com, mmakalintal@fernslaw.com
- Roger F Friedman    rfriedman@rutan.com
- John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- Sidney Garabato    sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Bernard R Given    bgiven@loeb.com, mortiz@loeb.com,ladocket@loeb.com
- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
- Ronald E Gold    rgold@fbtlaw.com, joguinn@fbtlaw.com
- Stanley E Goldich    sgoldich@pszjlaw.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Andrew A Goodman    agoodman@greenbass.com, ksopky@greenbass.com
- William A Gray    bgray@sandsanderson.com, rarrington@sandsanderson.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| 1 | |
| 2 | - Ralph P Guenther   rguenther@montereylaw.com |
| | - Andrew Haley   ahaley@gpfm.com, kbarone@gpfm.com |
| 3 | - Michael J Hauser   michael.hauser@usdoj.gov |
| | - James H Henderson   henderson@title11.com, ginny@title11.com |
| 4 | - Matthew C. Heyn   Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com |
| | - Brian D Huben   brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;ecf.lax.docket@kattenlaw.com;lora.anderson@kattenlaw.com |
| 5 | - James KT Hunter   jhunter@pszjlaw.com |
| | - William E Ireland   wireland@hbblaw.com, cdraper@hbblaw.com |
| 6 | - Ronald N Ito   Ronald.Ito@doj.ca.gov, Linda.Richardson@doj.ca.gov |
| | - Jeanne M Jorgensen   jjorgensen@pj-law.com, esorensen@pj-law.com |
| 7 | - Eve H Karasik   ehk@lnbyb.com |
| | - Ori Katz   okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com |
| 8 | - Doah Kim   Doah.Kim@LewisBrisbois.com, Monique.Talamante@LewisBrisbois.com |
| | - Simon Kimmelman   skimmelman@sillscummis.com |
| 9 | - Steven N Kurtz   nlessard@laklawyers.com, rfeldon@laklawyers.com;lkaplan@laklawyers.com |
| | - Ian Landsberg   ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;yalarcon@landsberg-law.com;ilandsberg@ecf.inforuptcy.com |
| 10 | - William J Levant   wlevant@kaplaw.com, wlevant@gmail.com |
| | - Lori A Lewis   lewisl004@mail.maricopa.gov |
| 11 | - James V Lombardi   jlombardi@rossbanks.com, kjohnson@rossbanks.com |
| | - David J Mahoney   efilings@spallp.com |
| 12 | - Robert S Marticello   Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com |
| 13 | - David A Mawhinney   david.mawhinney@klgates.com |
| | - Gordon G May   hpc@ggb-law.com |
| 14 | - Thor D McLaughlin   tmclaughlin@allenmatkins.com, igold@allenmatkins.com |
| | - David W. Meadows   david@davidwmeadowslaw.com |
| 15 | - Kevin M Newman   knewman@menterlaw.com, kmnbk@menterlaw.com |
| | - William Novotny   william.novotny@mwmf.com |
| 16 | - Juliet Y Oh   jyo@lnbrb.com, jyo@lnbrb.com |
| | - Keith C Owens   kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com |
| 17 | - Ernie Zachary Park   ernie.park@bewleylaw.com |
| | - Christopher L Parnell   cparnell@dunncarney.com, taichele@dunncarney.com |
| 18 | - Paul J Pascuzzi   ppascuzzi@ffwplaw.com |
| | - Kristen N Pate   ggpbk@ggp.com |
| 19 | - Andrew S Pauly   apauly@gpfm.com, lburns@gpfm.com |
| | - Christopher J Petersen   cjpetersen@blankrome.com, arc@blankrome.com |
| 20 | - David M Poitras   dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com |
| | - David L Pollack   pollack@ballardspahr.com, petlaka@ballardspahr.com |
| 21 | - Jeffrey N Pomerantz   jpomerantz@pszjlaw.com |
| 22 | - Kelly L Pope   kpope@downeybrand.com, kbaughman@downeybrand.com;courtfilings@downeybrand.com |
| | - David L Prince   dlp@redchamber.com |
| 23 | - Jennifer Pruski   jpruski@trainorfairbrook.com |
| | - Steven B Sacks   ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com |
| 24 | - Susan K Seflin   sseflin@ebg-law.com |
| | - William H Short   bill.short@arlaw.com, candice.carter@arlaw.com |
| 25 | - Scott H Siegel   ssiegel@laklawyers.com, aaguirre@laklawyers.com |
| 26 | - Evan D Smiley   esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com |
| | - Lindsey L Smith   lls@lnbyb.com, lls@ecf.inforuptcy.com |
| 27 | - Louis F Solimine   Louis.Solimine@thompsonhine.com |
| | - Owen M Sonik   osonik@pbfcm.com, tpope@pbfcm.com |
| 28 | - Howard Steinberg   steinbergh@gtlaw.com, laik@gtlaw.com;pearsallt@gtlaw.com |
| | - Rick A Steinberg   rsteinberg@nakblaw.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

- Ronald M Tucker    rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Daniel R Utain    dutain@kaplaw.com, kcoughlin@kaplaw.com
- Kimberly Walsh    bk-kwalsh@texasattorneygeneral.gov
- Catherine Weinberg    cweinberg@bamlaw.net, jnoble@bamlaw.net
- Gilbert B Weisman    notices@becket-lee.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Brian D Wesley    brian.wesley@doj.ca.gov
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com
- Barouir B Yeretzian    byeretzian@jhindslaw.com, yeretzian@gmail.com
- Roye Zur    rzur@lgbfirm.com, kalandy@lgbfirm.com;marizaga@lgbfirm.com;rspahnn@lgbfirm.com

**2. SERVED BY UNITED STATES MAIL**: On **August 12, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **August 12, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

***Served via Overnight Mail***
Hon. Theodor C. Albert
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 12, 2015 | Stephanie Reichert | */s/ Stephanie Reichert* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*     **F 9013-3.1.PROOF.SERVICE**