AMANDA N. FERNS, Bar No. 233104
FERNS, ADAMS & ASSOCIATES
a Professional Corporation
2815 Mitchell Drive, Suite 210
Walnut Creek, CA 94598
(925) 927-3401
aferns@fernslaw.com

Attorneys for Creditor
Signature Financial, LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Anna's Linens, Inc. dba Anna's Linens dba Linens Outlet fka Anna's Linen Company dba Anna's,<br><br>Debtor<br>_____/ | CASE NO. 8:15-bk-13008-TA<br><br>Chapter 11 Case<br><br>LIMITED OPPOSITION TO MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. §365 AND MEMORANDUM OF POINTS AND AUTHORITIES<br><br>Date: August 26, 2015<br>Time: 10:00 a.m.<br>Place: USB-Santa Ana |

TO THE COURT, TRUSTEE AND ALL INTERESTED PARTIES:

COMES NOW Creditor Signature Financial, LLC, (hereinafter referred to as "Creditor") and submits the following limited opposition to the Debtor Anna's Linens, Inc. dba Anna's Linens dba Linens Outlet fka Anna's Linen Company dba Anna's's Motion for Entry of an Order Authorizing Debtor to Reject Certain Unexpired

1

---

LIMITED OPPOSITION TO MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. §365 AND MEMORANDUM OF POINTS AND AUTHORITIES

1  Leases and Executory Contracts Pursuant to 11 U.S.C. §365.

2      This opposition is made on the grounds that fourteen days from
3  the filing of the Motion to pick up hundreds of pieces of equipment
4  in over twenty locations across the United States is not reasonable
5  and Creditor may need more time to pick up the equipment before it
6  is considered abandoned. Further Creditor requests that this Court
7  consider this late filed opposition as Creditor counsel did not
8  know of the motion until today.

9      This opposition is based upon the Opposition, Memorandum of
10 Points and Authorities; Declaration of AMANDA N. FERNS, the
11 pleadings and court papers, and any oral argument this court may
12 request at the time of hearing.

14 Dated: August 13, 2015    FERNS, ADAMS & ASSOCIATES
                                A  Professional Corporation

17                         /s/ Amanda N. Ferns
                        AMANDA N. FERNS
18                         Attorneys for Creditor
                        Signature Financial, LLC

28                                   2

MEMORANDUM OF POINTS AND AUTHORITIES

I

STATEMENT OF FACTS

On or about December 4, 2013, First American Commercial Bancorp, Inc. entered into a Lease Agreement with Debtor Anna's Linens, Inc. wherein it leased personal property as more particularly described in the attached Exhibit "A" to Equipment Schedule Under Master Lease No. 2013319 to Debtor. The Lease Agreement was subsequently assigned by First American Commercial Bancorp, Inc. to Creditor Signature Financial, LLC. A true copy of the Lease Agreement Exhibit "A" to Equipment Schedule Under Master Lease No. 2013319 is attached hereto as Exhibit "1" and is incorporated herein by reference.

The equipment listed in the aforementioned Equipment Schedule is located in over twenty (20) locations which are located in multiple states across the country.

On or about June 14, 2015, Debtor Anna's Linens, Inc. dba Anna's Linens dba Linens Outlet fka Anna's Linen Company dba Anna's, filed their Chapter 11 Bankruptcy Petition.

On or about August 5, 2015, the Debtor filed the within Motion and a Notice of Motion. Nowhere in the Notice of Motion does it state that this Motion had anything to do with Signature Financial, LLC or personal property that Signature Financial, LLC either owned or had an interest in. In addition the Motion itself does not even mention Signature Financial, LLC until page nine (9) of the Motion.

The Debtor's Motion for Entry of an Order Authorizing Debtor to Reject Certain Unexpired Leases and Executory Contracts Pursuant

3

LIMITED OPPOSITION TO MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. §365 AND MEMORANDUM OF POINTS AND AUTHORITIES

to 11 U.S.C. § 365 states in part that:

> "proposes that Signature have fourteen (14) days from the date of the service of this Motion to pick up the personal property leased by the Debtor pursuant to the Master Lease. To the extent that any personal property leased by the Debtor pursuant to the Master Lease is not picked up by Signature within fourteen (14) days after the date of the service of this Motion, such personal property shall be deemed abandoned and may be disposed of by the Debtor and/or the landlord of the applicable premises without further notice or order of the Court." page 11 of the motion

Fourteen (14) days from the service of the motion would be August 19, 2015. The hearing on this motion is set for August 26, 2015.

Creditor's counsel was out of the office due to illness at the end of last week and saw the motion for the first time today.

## II.

**CREDITOR OBJECTS TO THE DEBTOR'S MOTION AS CREDITOR IS THE OWNER OF THE PERSONAL PROPERTY AND THEREFORE SHOULD BE ACCORDED REASONABLE AMOUNT OF TIME TO PICK UP THEIR PERSONAL PROPERTY**

As stated above and shown the attached lease agreement, Creditor is the owner of hundreds of pieces of equipment that pertain to the aforementioned lease agreement. The personal property items located in over twenty (20) locations across the country. The Debtor filed their Motion to Reject the Lease and requested that Creditor be allowed only fourteen (14) days to remove their personal property and if not removed in such time it shall be deemed abandoned and may be disposed of by the Debtor

4

LIMITED OPPOSITION TO MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. §365 AND MEMORANDUM OF POINTS AND AUTHORITIES

and/or the landlord without further notice or order of the Court.

Creditor has a limited opposition to the within motion in that the Debtor does not give the Creditor enough time to repossess their personal property. While the Creditor understands that the Debtor is conducting Going out of Business sales Creditor should be afforded a reasonable amount of time to repossess their equipment given the amount of equipment, the multitude of locations that are located in states all across the country.

In anticipation that the Debtor argues that Creditor would have had only five (5) days to oppose any Notice of Rejection of Lease using the form that was approved by the Court and attached as Exhibit "A" to the Final Order Granting Emergency Motion by Debtor for Entry of Interim and Final Orders: (A) Authorizing Assumption of Agency Agreement; (B) Authorizing Sale Free and Clear of All Liens, Claims, and Encumbrances Pursuant to Bankruptcy Code Sections 363(b) and (F); (C) Approving the Store Closing Sale Guidelines; (D) Authorizing the Debtor to Abandon; and (E) Authorizing Lease Rejection Procedures with Respect to the Closing Stores Pursuant to Section 365, Docket Number 240, Creditor argues that the use of the rejection of lease form would pertain to one store at a time and therefore would be easier to pick up equipment at one location as opposed to over twenty (20) locations all at one. And if Creditor needed more time, as a party in interest the would have time to object to the notice of rejection of unexpired lease.

///

### III.

### CREDITOR REQUESTS THAT THIS COURT ALLOW THIS LATE FILED OPPOSITION TO THE MOTION BE CONSIDERED BECAUSE THE NOTICE OF MOTION AND MOTION DOES NOT PUT CREDITOR ON NOTICE THAT THEIR PERSONAL PROPERTY OR THEIR INTEREST IN PERSONAL PROPERTY WOULD BE AFFECTED AND BECAUSE THEIR COUNSEL WAS OUT OF THE OFFICE DUE TO ILLNESS AND ONLY JUST BECAME AWARE OF THIS MOTION

Creditor respectfully requests that this Court allow this late filed opposition to the Motion be considered as the Creditor's counsel, Amanda Ferns, was out of the office due illness at the end of the last week and only just became aware of this motion today.

As more particularly described in the attached Declaration of Amanda N. Ferns, the within Motion was filed and electronically served on Creditor's counsel on August 5, 2015. The caption of the motion is Motion for Entry of an Order Authorizing Debtor to Reject Certain Unexpired Leases and Executory Contracts pursuant to 11 U.S.C. §365. Nowhere in the notice of electronic filing description, Notice of Motion or the Motion caption does the Motion state that the motion will affect Creditor and/or personal property that Creditor has an interest in. Especially in light of the amount of filings that have been made (approximately fifty since the hearing on this motion was set) and electronic notices that have been sent, it is difficult for creditors to ascertain whether or not every filing affects the creditor when the notice of motion, motion, motion caption page and electronic filing description use

6

LIMITED OPPOSITION TO MOTION FOR ENTRY OF AN ORDER AUTHORIZING DEBTOR TO REJECT CERTAIN UNEXPIRED LEASES AND EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. §365 AND MEMORANDUM OF POINTS AND AUTHORITIES

nonspecific descriptions such as unexpired leases.

### **CONCLUSION**

Creditor Signature Financial, LLC respectfully requests that this court deny the Debtor Anna's Linens, Inc. dba Anna's Linens dba Linens Outlet fka Anna's Linen Company dba Anna's motion to for the reasons set forth above and allow Creditor's late filed opposition to be considered due to the circumstances stated above.

                                        Respectfully Submitted,

Dated: August 13, 2015   FERNS, ADAMS & ASSOCIATES
                                      A Professional Corporation


                                      /s/ Amanda N. Ferns
                                      AMANDA N. FERNS
                                      Attorneys for Creditor

File No. 53617

7