DAVID B. GOLUBCHIK (SBN 185520)
EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: DBG@LNBYB.COM, EHK@LNBYB.COM,
       JYO@LNBYB.COM, LLS@LNBYB.COM

Attorneys for Chapter 11 Debtor
and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANNA'S LINENS, INC.,<br><br>Debtor and Debtor in Possession. | Case No. 8:15-bk-13008-TA<br><br>Chapter 11<br><br>**NOTICE TO PROFESSIONALS OF HEARING ON INTERIM APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES**<br><br>Hearing:<br>DATE:  December 2, 2015<br>TIME:  10:00 a.m.<br>PLACE: Courtroom "5B"<br>       411 West Fourth Street<br>       Santa Ana, California |

**TO ALL PROFESSIONALS EMPLOYED IN THE ABOVE-CAPTIONED CHAPTER 11 BANKRUPTCY CASE:**

**PLEASE TAKE NOTICE** that a hearing will be held on December 2, 2015, at 10:00 a.m., before the Theodor C. Albert, United States Bankruptcy Judge for the Central District of California, in Courtroom 5B of the Bankruptcy Courthouse located at 411 West Fourth Street, Santa Ana, California, for the Court to consider the interim applications for approval of fees and reimbursement of expenses of the professionals who have been employed in the bankruptcy case of Anna's Linens, Inc., the debtor and debtor in possession herein (the "Debtor").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Bankruptcy Rule 2016-1(a)(2):

> Other professional persons retained pursuant to Court approval may also seek approval of interim fees at this hearing, provided that they file and serve their applications in a timely manner. Unless otherwise ordered by the Court, hearings on interim fee applications will not be scheduled less than 120 days apart.

**PLEASE TAKE FURTHER NOTICE** that Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB"), bankruptcy counsel to the Debtor, will be serving a notice (the "Notice") of its interim application for approval of fees and reimbursement of expenses on November 9, 2015. If you wish for LNBYB to include in the Notice the amount of interim fees and expenses that you will be requesting, you must furnish this information in writing to LNBYB, attention David B. Golubchik and Lindsey L. Smith (e-mail addresses DBG@LNBYB.COM and LLS@LNBYB.COM), no later than 5:00 p.m. on Friday, November 6, 2015. Otherwise, you will be required to file and serve your own notice.

**PLEASE TAKE FURTHER NOTICE** that the Office of the United States Trustee generally requires professionals filling applications for compensation and reimbursement of expenses to comply with *Appendix A–Guidelines for Reviewing Applications for Compensation filed under 11 U.S.C. § 330 in (1) larger chapter 11 cases by those seeking compensation who are*

2

1  *not attorneys, (2) all chapter 11 cases below the larger case thresholds, and (3) cases under other*

2  *chapters of the Bankruptcy Code* ("Appendix A").

3  However, in the above-captioned bankruptcy case, the Office of the United States Trustee

4  is requiring compliance by certain professionals employed in the above-captioned bankruptcy

5  cases with those certain *Appendix B – Guidelines For Reviewing Applications For Compensation*

6  *And Reimbursement Of Expenses Filed Under 11 U.S.C. § 330 For Attorneys In Larger Chapter*

7  *11 Cases* ("Appendix B" together with Appendix A, the "Appendixes"). Copies of the

8  Appendixes can be found at:

9  http://www.justice.gov/ust/eo/rules_regulations/guidelines/index.htm.

10 Dated:  September 25, 2015              ANNA'S LINENS, INC.

11                                         By:    */s/ David B. Golubchik*
12                                                DAVID B. GOLUBCHIK
                                                  EVE H. KARASIK
13                                                JULIET Y. OH
                                                  LINDSEY L. SMITH
14                                                LEVENE, NEALE, BENDER,
                                                     YOO & BRILL L.L.P.
15                                                Attorneys for Chapter 11
16                                                Debtor and Debtor in Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 10250 Constellation Boulevard, Suite 1700, Los Angeles, CA 90067

A true and correct copy of the foregoing document entitled **NOTICE TO PROFESSIONALS OF HEARING ON INTERIM APPLICATIONS FOR APPROVAL OF FEES AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 25, 2015**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Todd M Arnold**     tma@lnbyb.com
- **Michael Avanesian**     michael@avanesianlaw.com, michael@ecf.inforuptcy.com
- **Wesley H Avery**     wamiracle6@yahoo.com, wavery@rpmlaw.com
- **Sabrina Beavens**     sbeavens@iurillolaw.com, ciurillo@iurillolaw.com
- **Alan Betten**     abetten@sagallaw.com
- **Karen C Bifferato**     kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
- **Mikel R Bistrow**     bistrowm@ballardspahr.com, burkec@ballardspahr.com
- **Wanda Borges**     ecfcases@borgeslawllc.com
- **Dustin P Branch**     dustin.branch@kattenlaw.com, jessica.mickelsen@kattenlaw.com;brian.huben@kattenlaw.com;adelle.shafer@kattenlaw.com;donna.carolo@kattenlaw.com
- **Jess R Bressi**     jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Robert Brier**     bbrier@bihlaw.com, smann@bihlaw.com
- **Heather D Brown**     heather@hdbrownlaw.com
- **David L Bruck**     bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com
- **Frank Cadigan**     frank.cadigan@usdoj.gov
- **Gary O Caris**     gary.caris@dentons.com, chris.omeara@dentons.com
- **Shirley Cho**     scho@pszjlaw.com
- **Shawn M Christianson**     cmcintire@buchalter.com, schristianson@buchalter.com
- **Gail L Chung**     GL@outtengolden.com, JXH@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com
- **Leslie A Cohen**     leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- **Joseph Corrigan**     Bankruptcy2@ironmountain.com
- **Randy J Creswell**     rcreswell@perkinsthompson.com, lmccleer@perkinsthompson.com
- **Michael W Davis**     mdavis@ebg-law.com, ecf@ebg-law.com
- **Denise Diaz**     Denise.Diaz@rmsna.com
- **Eldia M Diaz-Olmo**     diazolmo@villamil.net, eldia.diazolmo@gmail.com
- **John P Dillman**     houston_bankruptcy@publicans.com
- **Glen Dresser**     gombd@aol.com
- **Reid E Dyer**     reiddyer@mvalaw.com, davidwheeler@mvalaw.com
- **Gary B Elmer**     gelmer@ciardilaw.com
- **Amanda N Ferns**     aferns@fernslaw.com, mmakalintal@fernslaw.com
- **M Douglas Flahaut**     flahaut.douglas@arentfox.com
- **Joseph D Frank**     jfrank@fgllp.com, rheiligman@fgllp.com;ccarpenter@fgllp.com;jkleinman@fgllp.com
- **Roger F Friedman**     rfriedman@rutan.com
- **John-Patrick M Fritz**     jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **Sidney Garabato**     sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- **Richard Girgado**     rgirgado@counsel.lacounty.gov
- **Bernard R Given**     bgiven@loeb.com, mortiz@loeb.com,ladocket@loeb.com
- **Barry S Glaser**     bglaser@swesq.com, erhee@swesq.com
- **Ronald E Gold**     rgold@fbtlaw.com, joguinn@fbtlaw.com
- **Stanley E Goldich**     sgoldich@pszjlaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                   **F 9013-3.1.PROOF.SERVICE**

|   |   |
|---|---|
| 1 | - **David B Golubchik**  dbg@lnbyb.com, dbg@ecf.inforuptcy.com |
|   | - **William A Gray**  bgray@sandsanderson.com, rarrington@sandsanderson.com |
|   | - **Irving M Gross**  img@lnbrb.com, angela@lnbrb.com |
| 2 | - **Steven T Gubner**  sgubner@ebg-law.com, ecf@ebg-law.com |
|   | - **Ralph P Guenther**  rguenther@montereylaw.com |
| 3 | - **Andrew Haley**  ahaley@gpfm.com, kbarone@gpfm.com |
|   | - **Michael J Hauser**  michael.hauser@usdoj.gov |
| 4 | - **James H Henderson**  henderson@title11.com, ginny@title11.com |
|   | - **Matthew C. Heyn**  Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com |
| 5 | - **Brian D Huben**  brian.huben@kattenlaw.com, donna.carolo@kattenlaw.com;ecf.lax.docket@kattenlaw.com;lora.anderson@kattenlaw.com |
|   | - **James KT Hunter**  jhunter@pszjlaw.com |
| 6 | - **William E Ireland**  wireland@hbblaw.com, cdraper@hbblaw.com |
|   | - **Ronald N Ito**  Ronald.Ito@doj.ca.gov, Linda.Richardson@doj.ca.gov |
| 7 | - **Jeanne M Jorgensen**  jjorgensen@pj-law.com, esorensen@pj-law.com |
|   | - **Eve H Karasik**  ehk@lnbyb.com |
| 8 | - **Ori Katz**  okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com |
|   | - **Doah Kim**  Doah.Kim@LewisBrisbois.com, Monique.Talamante@LewisBrisbois.com |
| 9 | - **Simon Kimmelman**  skimmelman@sillscummis.com |
|   | - **Steven N Kurtz**  nlessard@laklawyers.com, rfeldon@laklawyers.com;lkaplan@laklawyers.com |
| 10 | - **Ian Landsberg**  ilandsberg@landsberg-law.com, bgomelsky@landsberg-law.com;cdonoyan@landsberg-law.com;dzuniga@landsberg-law.com;yalarcon@landsberg-law.com;ilandsberg@ecf.inforuptcy.com |
| 11 | - **William J Levant**  wlevant@kaplaw.com, wlevant@gmail.com |
|   | - **Lori A Lewis**  lewisl004@mail.maricopa.gov |
| 12 | - **James V Lombardi**  jlombardi@rossbanks.com, kjohnson@rossbanks.com |
|   | - **David J Mahoney**  efilings@spallp.com |
| 13 | - **Robert S Marticello**  Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com |
| 14 | - **David A Mawhinney**  david.mawhinney@klgates.com |
|   | - **Gordon G May**  hpc@ggb-law.com |
| 15 | - **Thor D McLaughlin**  tmclaughlin@allenmatkins.com, igold@allenmatkins.com |
|   | - **David W. Meadows**  david@davidwmeadowslaw.com |
| 16 | - **Mike D Neue**  mneue@lntlaw.com, jokeefe@lntlaw.com;nlockwood@lntlaw.com |
|   | - **Kevin M Newman**  knewman@menterlaw.com, kmnbk@menterlaw.com |
| 17 | - **William Novotny**  william.novotny@mwmf.com |
|   | - **Juliet Y Oh**  jyo@lnbrb.com, jyo@lnbrb.com |
| 18 | - **Keith C Owens**  kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com |
| 19 | - **Ernie Zachary Park**  ernie.park@bewleylaw.com |
|   | - **Christopher L Parnell**  cparnell@dunncarney.com, taichele@dunncarney.com |
| 20 | - **Paul J Pascuzzi**  ppascuzzi@ffwplaw.com |
|   | - **Kristen N Pate**  ggpbk@ggp.com |
| 21 | - **Andrew S Pauly**  apauly@gpfm.com, jjung@gpfm.com |
|   | - **Christopher J Petersen**  cjpetersen@blankrome.com, arc@blankrome.com |
| 22 | - **David M Poitras**  dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com |
|   | - **David L Pollack**  pollack@ballardspahr.com, petlaka@ballardspahr.com |
| 23 | - **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com |
|   | - **Kelly L Pope**  kpope@downeybrand.com, kbaughman@downeybrand.com;courtfilings@downeybrand.com |
| 24 | - **David L Prince**  dlp@redchamber.com |
|   | - **Jennifer Pruski**  jpruski@trainorfairbrook.com |
| 25 | - **Steven B Sacks**  ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com |
|   | - **Susan K Seflin**  sseflin@ebg-law.com |
| 26 | - **Michael J Shane**  mshane@eplawyers.com, bsilva@eplawyers.com |
|   | - **William H Short**  bill.short@arlaw.com, candice.carter@arlaw.com |
| 27 | - **Scott H Siegel**  ssiegel@laklawyers.com, aaguirre@laklawyers.com |
| 28 | - **Evan D Smiley**  esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                          **F 9013-3.1.PROOF.SERVICE**

- **Lindsey L Smith**     lls@fhbyb.com, lls@ecf.inforuptcy.com
- **Louis F Solimine**     Louis.Solimine@thompsonhine.com
- **Owen M Sonik**     osonik@pbfcm.com, tpope@pbfcm.com
- **Howard Steinberg**     steinbergh@gtlaw.com, laik@gtlaw.com;pearsallt@gtlaw.com
- **Rick A Steinberg**     rsteinberg@nakblaw.com
- **Norman C Sullivan**     jgarner@frfirm.com,semerson@frfirm.com
- **Ronald M Tucker**     rtucker@simon.com, cmartin@simon.com;psummers@simon.com;Bankruptcy@simon.com
- **United States Trustee (SA)**     ustpregion16.sa.ecf@usdoj.gov
- **Daniel R Utain**     dutain@kaplaw.com, kcoughlin@kaplaw.com
- **Kimberly Walsh**     bk-kwalsh@texasattorneygeneral.gov
- **Jeffrey T Wegner**     jeffrey.wegner@kutakrock.com, lisa.peters@kutakrock.com
- **Catherine Weinberg**     cweinberg@bamlaw.net, jnoble@bamlaw.net
- **Gilbert B Weisman**     notices@becket-lee.com
- **Elizabeth Weller**     dallas.bankruptcy@publicans.com
- **Brian D Wesley**     brian.wesley@doj.ca.gov
- **Eric R Wilson**     kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- **Rebecca J Winthrop**     rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com
- **Barouir B Yeretzian**     byeretzian@jhindslaw.com, yeretzian@gmail.com
- **Roye Zur**     rzur@lgbfirm.com, kalandy@lgbfirm.com;marizaga@lgbfirm.com;rspahnn@lgbfirm.com;srichmond@lgbfirm.com

**2. SERVED BY UNITED STATES MAIL**: On **September 25, 2015**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ *Service information continued on attached page*

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 25, 2015**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

*Served via Overnight Mail*
Hon. Theodor C. Albert
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 25, 2015 | Stephanie Reichert | /s/ Stephanie Reichert |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

| | | |
|---|---|---|
| BDO<br>Attn: David Des Roches<br>3200 Bristol St., 4th Floor<br>Costa Mesa, CA 92626 | Epiq Bankruptcy Solutions, LLC<br>Attn: Pamela Corrie<br>757 Third Avenue, Third Floor<br>New York, NY 10017 | PricewaterhouseCoopers LLP<br>Attn: Perry Mandarino<br>300 Madison Avenue<br>New York, NY 10017 |
| Estrella, LLC<br>Attn: Alberto G. Estrella<br>P.O. Box 9023596<br>San Juan, P.R. 00902-3596 | Pachulski Stang Ziehl & Jones LLP<br>Attn: Shirley Cho<br>10100 Santa Monica Bl 13th Fl<br>Los Angeles, CA 90067-4100 | EisnerAmper LLP<br>Attn: Anthony R. Calascibetta<br>One Market Landmark<br>Suite 620<br>San Francisco, CA 94105 |
| Hilco Streambank<br>Attn: David Peress<br>980 Washington Street, Suite 330<br>Dedham, MA 02026 | RCS Real Estate Advisors<br>Attn: Ivan Friedman<br>460 West 34th Street<br>New York, NY 10001 | |