EXHIBIT 1
Marks Group, LLC
Invoices for 503(b)(1) Administrative Expenses

| Invoice # | Date | Store #, Location | Total of Goods, Fixtures and Services for Closing Store |
|---|---|---|---|
| 2012724 | 04/27/15 | Store 295, Denton, TX | $1,826.38 |
| 2012725 | 04/27/15 | Store 625, Durham, NC | $5,844.00 |
| 2012726 | 04/27/15 | Store 560, Baltimore, MD | $6,986.00 |
| 2012727 | 04/27/15 | Store 426, Chicago, IL | $7,000.00 |
| 2012728 | 05/12/15 | Store 426, Chicago, IL | $1,673.35 |
| 2012729 | 05/12/15 | Store 625, Durham, NC | $2,112.07 |
| 2012730 | 05/12/15 | Store 560, Baltimore, MD | $3,674.58 |
| 2012731 | 05/12/15 | Store 208, Houston, TX | $1,460.00 |
| 2012732 | 05/28/15 | Store 301, Marietta, GA | $1,865.00 |
| 2012733 | 05/28/15 | Store 314, Atlanta, GA | $1,250.00 |
| 2012734 | 05/28/15 | Store 751, Overland, MO | $6,822.00 |
| 2012735 | 05/28/15 | Store 559, Philadelphia, PA | $7,000.00 |
| 2012737 | 06/08/15 | Store 559, Philadelphia, PA | $1,328.51 |
| 2012738 | 06/08/15 | Store 751, Overland, MO | $961.23 |
| 2012742 | 06/06/15 | Store 303, Decator, GA | $1,500.00 |
| 2012743 | 06/06/15 | Store 299, Houston, TX | $1,500.00 |
| 2012744 | 06/06/15 | Store 512, Hyattsville, MD | $7,000.00 |
| 2012745 | 06/06/15 | Store 230, Dallas, TX | $1,500.00 |
| 2012746 | 06/06/15 | Store 318, Stone Mountain, GA | $7,000.00 |
| Bank Charge Back Fee | 06/17/15 | | $10.00 |
| | **TOTALS** | | **$68,313.12** |