# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 4/27/2015 | 2012724 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

*Paid
Returned-check*

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Store 295 Oak Tree Plaza<br>1435  S.Loop 288 ste 123<br>Denton TX 76205 | 300.00 | 300.00 |
|  | Patch and repair walls |  |  |
|  |  pallets for closing | 317.98 | 317.98 |
|  | rental equipment | 1,040.40 | 1,040.40 |
|  | over head and profit | 168.00 | 168.00 |

| **Total** | **$1,826.38** |
|-----------|---------------|

**DELIVERY TICKET**

**DFW A-1 PALLET**
10705 Newkirk Street
Dallas, Texas 75220
(972) 401-3502

A 29529

Date _____ 3-24-15

Sold To _____

Shipped To _____

| Your Order No. | Date Shipped | Quantity Ordered | Quantity Shipped | Shipped VIA | Driver | Special Instructions | Stock Number/Description |
|---|---|---|---|---|---|---|---|
| | 3-24-15 | | | | Christine | | |

Approved By: _____

# BLUELINE RENTAL

1410 N. McDONALD
McKINNEY, TX 95071
Phone: 972-548-4999

| | Telephone | Fax |
|---|---|---|
| | ( 972) 548-4999 | (972) 569-9098 |

## INVOICE

**Remit To:**
BLUELINE RENTAL LLC
PO BOX 840062
DALLAS, TX  75284-0062

**Phone:** -

**Customer:** 49520
MARKS GROUP L.L.C.
3110 GRANDVIEW PLACE
SLIDELL, LA  70458

C#: 985-960-6700

| | |
|---|---|
| Invoice #... | 19622480001 |
| Invoice date | 4/01/15 |
| Date out.... | 3/26/15    3:00 PM |
| Date in..... | 3/30/15   10:45 AM |
| Job Loc..... | ANNA'S LINEN; DENTON |
| Job No...... | 654 |
| P.O. #...... | 1 |
| Ordered By.. | MARK |
| Terms....... | DUE UPON RECEIPT |
| Written by.. | VR0675MMA |
| Sales Rep... | # 579 ALAN COLLIER |

**Job Site:**
ANNA'S LINEN
1435 S LOOP 288 SUITE 123
ALEX 985-290-7547
DENTON, TX  76201

J#: 985-960-6700

| QTY | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 5000 LB IND FORKLIFT DF | 204.00 | 204.00 | 612.00 | 1485.00 | 612.00 |
| | 52716-02XL Make: HELI   Model: CPYD25-TY5   Ser #: 230250N8235 | | | | | |
| | HR OUT1 1064.00    HR IN1  1070.00    TOTAL: | | | 6.00 | | |

| SALES | ITEMS: | | | | | |
|---|---|---|---|---|---|---|
| Qty | Item number | | Unit | Price | | |
| 1 | 7 | | EA | 12.240 | | 12.24 |
| | ENVIRONMENTAL FEE | | | | | |
| 1 | TX | | EA | 1.290 | | 1.29 |
| | TEXAS SPECIALTY FEE | | | | | |
| | DELIVERY CHARGE | | | | | 125.00 |
| | PICKUP CHARGE | | | | | 125.00 |

| | |
|---|---|
| Sub-total: | 875.53 |
| Damage waiver: | 85.68 |
| Tax: | 79.19 |
| Total: | 1040.40 |

--------------------------------------------------------------------------
TELL US HOW WE ARE DOING AT www.bluelinerental.com/review.
YOUR FEEDBACK IS AN ESSENTIAL PART OF OUR CONTINUED IMPROVEMENT.
--------------------------------------------------------------------------

**-PLEASE CONTACT BLUELINE IMMEDIATELY IF YOU ARE NOT COMPLETELY SATISFIED WITH YOUR EQUIPMENT-**

**LIMITED DAMAGE WAIVER - see reverse side for details and limitations.**

1. Limited Damage Waiver (LDW) is entirely optional at a cost of 14% of the rental price.
2. If accepted, Customer's loss/damage liability to BlueLine may be reduced. See reverse for limitations.
3. If not accepted, all damage is the customer's responsibility.
4. If acceptable Certificate of Insurance is not provided, LDW MUST BE ACCEPTED.

Please initial if LDW is ACCEPTED

I have received, read and understand the Instructions regarding the use and operation of the rental equipment.  I assume full responsibility for all rented
Equipment.  I have read and understand the terms and conditions of this rental agreement and I understand that I am entering into a binding contract with
Lessor, as listed on the reverse.

CUSTOMER SIGNATURE          DATE          NAME PRINTED                    DELIVERED BY          DATE

IN CALIFORNIA - NO VEHICLE OR ENGINE SUBJECT TO THE IN-USE OFF-ROAD DIESEL REGULATION MAY IDLE FOR MORE THAN 5 CONSECUTIVE MINUTES, YOU AS
RENTER/LESSEE ARE RESPONSIBLE FOR ABIDING BY THE REGULATION.  MORE INFO AT WWW.ARB.CA.GOV/MSPROG/ORDIESEL/ORDIESEL.HTM
BLINV



**ANNA'S LINENS**

*3550 Hyland Avenue, Costa Mesa, California  92626*

# PURCHASE ORDER

| | |
|---|---|
| **P.O. Number:** | 426 Closure |
| **Date of PO:** | 3/23/2015 |
| **Dept. Number:** | 9001 |
| **Ship Via:** | N/A |
| **Invoice Terms:** | Net 30 |

**Vendor:**

**The Marks Group**
3110 Grandview Pl
Slidell, LA  70458
985-960-6700

**Location:**

Anna's Linens #426
3145 S. Ashland Ave. #104
Chicago, IL  60608

| Item | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | Provide insurance, tools, transportation, accommodations and labor | 1 | | $    5,500.00 |
| 2 | for the take down of fixtures at closing store #426 about the end of April 015 | | | $            - |
| 3 | Includes loading trucks, discarding old fixtures and leaving space broom clean. | | | $            - |
| 4 | | | | $            - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $            - |
| 7 | Remove any pylons from monuments | | | $            - |
| 8 | | | | $            - |
| 9 | | | | $            - |
| 10 | Any additional charges will require original invoices / receipts | | | $            - |
| 11 | | | | $            - |
| 12 | | | | $            - |
| 13 | | | | $            - |
| 14 | | | | $            - |
| 15 | | | | $            - |
| 16 | | | | $            - |
| | | | **Subtotal** | $    5,500.00 |
| | | | **Sales Tax** | |
| | | | **TOTAL** | $    5,500.00 |

*Michael C. Harnetiaux*                    3/23/2015

Michael Harnetiaux, SR. VP of Administration                    Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 4/27/2015 | 2012727 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

*Returned check*

| P.O. No. | Terms | Project |
|----------|-------|---------|
| closing 426 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 426<br>3145 Ashland Ave<br>Chicago IL 60608 | 0.00 | 0.00 |
| | Provide labor, tools ,insurance, transportation and accommodations for crew to remove fixtures from sales floor and stock room. To load all fixtures in trucks provided by Annas Linens. Crew will also discard any fixture that is considered unusable and dismantle and discard of the cash wrap . | 5,500.00 | 5,500.00 |
| | Remove store sign from front of store and remove pylons signs as well. Seal all penetrations. Dispose of sign properly. | 1,500.00 | 1,500.00 |

| | **Total** | $7,000.00 |
|--|-----------|-----------|



# ANNA'S LINENS

*3550 Hyland Avenue, Costa Mesa, California  92626*

## PURCHASE ORDER

| | |
|---|---|
| **P.O. Number:** | Closing #625 |
| **Date of PO:** | 2/20/2015 |
| **Dept. Number:** | 9001 |
| **Ship Via:** | N/A |
| **Invoice Terms:** | Net 30 |

**Vendor:**

**The Marks Group**
**3110 Grandview Pl**
**Slidell, LA  70458**
**985-960-6700**

**Location:**

**Anna's Linens #625**
**Oakcreek Village**
**4600 Durham Chapel Hill, #10**
**Durham, NC  27707**

| Item | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | Provide insurance, tools, transportation, accommodations and labor | 1 | $    4,500.00 | $    4,500.00 |
| 2 | for the take down of fixtures at closing store #625 about the last week of April 2015 | | | $    - |
| 3 | Includes loading trucks, discarding old fixtures and leaving space broom clean. | | | $    - |
| 4 | | | | $    - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | 1 | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $    - |
| 7 | Remove any pylons from monuments | | | $    - |
| 8 | | | | $    - |
| 9 | | | | $    - |
| 10 | Any additional charges will require original invoices / receipts | | | $    - |
| 11 | | | | $    - |
| 12 | | | | $    - |
| 13 | | | | $    - |
| 14 | | | | $    - |
| 15 | | | | $    - |
| 16 | | | | $    - |

| | | |
|---|---|---|
| **Subtotal** | $ | 4,500.00 |
| **Sales Tax** | | |
| **TOTAL** | $ | 4,500.00 |

*Michael C. Harnetiaux*                    2/20/2015

Michael Harnetiaux, SR. VP of Administration                    Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 4/27/2015 | 2012725 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

*Returned check*

| P.O. No. | Terms | Project |
|----------|-------|---------|
| closing 625 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 625<br>4600 Durham Chapel Hill<br>Durham NC 27707 | 0.00 | 0.00 |
| | Provide labor, tools ,insurance, transportation and accommodations for crew to remove fixtures from sales floor and stock room. To load all fixtures in trucks provided by Annas Linens. Crew will also discard any fixture that is considered unusable | 4,500.00 | 4,500.00 |
| | Remove store sign from front of store and remove pylons signs as well. Seal all penetrations. Dispose of sign properly. | 1,344.00 | 1,344.00 |

| | **Total** | $5,844.00 |
|--|-----------|-----------|



## ANNA'S LINENS

*3550 Hyland Avenue, Costa Mesa, California 92626*

## PURCHASE ORDER

**P.O. Number:** Closing #560
**Date of PO:** 2/20/2015
**Dept. Number:** 9001
**Ship Via:** N/A
**Invoice Terms:** Net 30

**Vendor:**
The Marks Group
3110 Grandview Pl
Slidell, LA 70458
985-960-6700

**Location:**
Anna's Linens #560
Mondawmin Mall
2301 Liberty Heights Ave., #2730
Baltimore, MD 21215

| Item | Description | Quantity | Unit Price | Extended Price |
|------|-------------|----------|------------|----------------|
| 1 | Provide insurance, tools, transportation, accommodations and labor | 1 | $ 5,500.00 | $ 5,500.00 |
| 2 | for the take down of fixtures at closing store #295 about the last week of March 2015 | | | $ - |
| 3 | Includes loading trucks, discarding old fixtures and leaving space broom clean. | | | $ - |
| 4 | | | | $ - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | 1 | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $ - |
| 7 | Remove any pylons from monuments | | | $ - |
| 8 | | | | $ - |
| 9 | | | | $ - |
| 10 | Any additional charges will require original invoices / receipts | | | $ - |
| 11 | | | | $ - |
| 12 | | | | $ - |
| 13 | | | | $ - |
| 14 | | | | $ - |
| 15 | | | | $ - |
| 16 | | | | $ - |

| | |
|---|---|
| Subtotal | $ 5,500.00 |
| Sales Tax | |
| TOTAL | $ 5,500.00 |

*Michael C. Harnetiaux*                    2/20/2015
Michael Harnetiaux, SR. VP of Administration            Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 4/27/2015 | 2012726 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

*Returned check*

| P.O. No. | Terms | Project |
|----------|-------|---------|
| closing 560 | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | | 0.00 | 0.00 |
| | Store 560
2301 Liberty Height Ave
Baltimore MD 21215 | | |
| | Provide labor, tools ,insurance, transportation and accommodations for crew to remove fixtures from sales floor and stock room. To load all fixtures in trucks provided by Annas Linens. Crew will also discard any fixture that is considered unusable and dismantle and discard of the cash wrap . | 5,500.00 | 5,500.00 |
| | Remove store sign from front of store and remove pylons signs as well. Seal all penetrations. Dispose of sign properly. | 1,486.00 | 1,486.00 |

| | **Total** | $6,986.00 |
|--|-----------|-----------|



*3550 Hyland Avenue, Costa Mesa, California  92626*

# PURCHASE ORDER

**P.O. Number:**      301 Sign only
**Date of PO:**      4/20/2015
**Dept. Number:**      9001
**Ship Via:**      N/A
**Invoice Terms:**      Net 30

**Vendor:**

**The Marks Group**
**3110 Grandview Pl**
**Slidell, LA  70458**
**985-960-6700**

**Location:**

**Anna's Linens #301**
**Marietta Trade Center**
**280-A Cobb Parkway South**
**Maretta, GA  30060**

| Item | Description | Quantity | Unit Price | Extended Price |
|------|-------------|----------|-----------|----------------|
| 1 | Provide insurance, tools, transportation, accommodations and labor | 1 | | $          - |
| 2 | for the take down of fixtures at closing store # | | | $          - |
| 3 | Includes loading trucks, discarding old fixtures and leaving space broom clean. | | | $          - |
| 4 | | | | $          - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $          - |
| 7 | Remove any pylons from monuments | | | $          - |
| 8 | Remove any banners and give to store personnel | | | $          - |
| 9 | | | | $          - |
| 10 | Any additional charges will require original invoices / receipts | | | $          - |
| 11 | | | | $          - |
| 12 | | | | $          - |
| 13 | | | | $          - |
| 14 | | | | $          - |
| 15 | | | | $          - |
| 16 | | | | $          - |

| | | |
|---|---|---|
| Subtotal | $ | - |
| Sales Tax | | |
| **TOTAL** | **$** | **-** |

*Michael C. Harnetiaux*      4/20/2015

Michael Harnetiaux, SR. VP of Administration      Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 5/28/2015 | 2012732 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 301 sign only | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 301<br>280 A Cobb Parkway South<br>Marietta GA, 30060 | 0.00 | 0.00 |
| | Remove three large signs from building | 1,865.00 | 1,865.00 |

| | **Total** | **$1,865.00** |
|---|---|---|



## ANNA'S LINENS

*3550 Hyland Avenue, Costa Mesa, California  92626*

# PURCHASE ORDER

**P.O. Number:**      314 Sign Only
**Date of PO:**       4/20/2015
**Dept. Number:**     9001
**Ship Via:**         N/A
**Invoice Terms:**    Net 30

**Vendor:**

**The Marks Group**
**3110 Grandview Pl**
**Slidell, LA  70458**
**985-960-6700**

**Location:**

**Anna's Linens #314**
**Briarcliff Village**
**2176 Henderson Mill Rd.**
**Atlanta, GA  30345**

| Item | Description | Quantity | Unit Price | Extended Price |
|------|-------------|----------|------------|----------------|
| 1 | Provide insurance, tools, transportation, accommodations and labor | 1 | | $        - |
| 2 | for the take down of fixtures at closing store #314 Atlanta GA about end of May 2015 | | | $        - |
| 3 | Includes loading trucks, discarding old fixtures and leaving space broom clean. | | | $        - |
| 4 | | | | $        - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $        - |
| 7 | Remove any pylons from monuments | | | $        - |
| 8 | Remove any banners and give to store personnel | | | $        - |
| 9 | | | | $        - |
| 10 | Any additional charges will require original invoices / receipts | | | $        - |
| 11 | | | | $        - |
| 12 | | | | $        - |
| 13 | | | | $        - |
| 14 | | | | $        - |
| 15 | | | | $        - |
| 16 | | | | $        - |

|  |  |
|--|--|
| Subtotal | $        - |
| Sales Tax | |
| TOTAL | $        - |

*Michael C. Harnetiaux*                    4/20/2015

Michael Harnetiaux, SR. VP of Administration                    Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 5/28/2015 | 2012733 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 314 sign only | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 314<br>2176 Henderson Mill rd<br>Atlanta Ga 30345 | 0.00 | 0.00 |
| | Remove sign from store front pop up. | 1,250.00 | 1,250.00 |

| | **Total** | $1,250.00 |
|--|-----------|-----------|



### ANNA'S LINENS

*3550 Hyland Avenue, Costa Mesa, California 92626*

## PURCHASE ORDER

**P.O. Number:**      751 Closing - Fixtures & Signs
**Date of PO:**      4/20/2015
**Dept. Number:**      9001
**Ship Via:**      N/A
**Invoice Terms:**      Net 30

**Vendor:**

**The Marks Group**
**3110 Grandview Pl**
**Slidell, LA 70458**
**985-960-6700**

**Location:**

**Anna's Linens #751**
**9038 Overland Plaza**
**Overland, MO 63114**

| Item | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | Provide insurance, tools, transportation, accommodations and labor | 1 | $ 8,000.00 | $ 8,000.00 |
| 2 | for the take down of fixtures at closing store #751 in Overland, MO the end of May 2015 | | | $ - |
| 3 | Includes loading trucks, discarding old fixtures and leaving space broom clean. | | | $ - |
| 4 | | | | $ - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $ - |
| 7 | Remove any pylons from monuments | | | $ - |
| 8 | Remove any banners and give to store personnel | | | $ - |
| 9 | | | | $ - |
| 10 | Any additional charges will require original invoices / receipts | | | $ - |
| 11 | | | | $ - |
| 12 | | | | $ - |
| 13 | | | | $ - |
| 14 | | | | $ - |
| 15 | | | | $ - |
| 16 | | | | $ - |

| | | |
|---|---|---|
| **Subtotal** | $ | 8,000.00 |
| **Sales Tax** | | |
| **TOTAL** | $ | 8,000.00 |

*Michael C. Harnetiaux*      4/20/2015

Michael Harnetiaux, SR. VP of Administration      Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 5/28/2015 | 2012734 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 751 closing &sign | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 751<br>9038 Overland Plaza<br>Overland MO 63114 | 0.00 | 0.00 |
| | Provide labor, tools ,insurance, transportation and accommodations for crew to remove fixtures from sales floor and stock room. To load all fixtures in trucks provided by Annas Linens. Crew will also discard any fixture that is considered unusable and dismantle and discard of the cash wrap . | 5,500.00 | 5,500.00 |
| | Remove store sign from front of store and remove pylons signs as well. Seal all penetrations. Dispose of sign properly. | 1,322.00 | 1,322.00 |

| | **Total** | $6,822.00 |
|---|-----------|-----------|



**ANNA'S LINENS**

*3550 Hyland Avenue, Costa Mesa, California  92626*

# PURCHASE ORDER

| | |
|---|---|
| **P.O. Number:** | 559 Closing - Fixtures and Signs |
| **Date of PO:** | 4/20/2015 |
| **Dept. Number:** | 9001 |
| **Ship Via:** | N/A |
| **Invoice Terms:** | Net 30 |

**Vendor:**

The Marks Group
3110 Grandview Pl
Slidell, LA  70458
985-960-6700

**Location:**

Anna's Linens #559
Chelten Plaza
301 W. Chelten Ave., Ste E
Philadelphia, PA  19144

| Item | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | Provide insurance, tools, transportation, accommodations and labor | 1 | $      8,600.00 | $      8,600.00 |
| 2 | for the take down of fixtures at closing store #559 Philadelphia PA the end of May 2015 | | | $          - |
| 3 | Includes loading trucks, discarding old fixtures and leaving space broom clean. | | | $          - |
| 4 | | | | $          - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $          - |
| 7 | Remove any pylons from monuments | | | $          - |
| 8 | Remove any banners and give to store personnel | | | $          - |
| 9 | | | | $          - |
| 10 | Any additional charges will require original invoices / receipts | | | $          - |
| 11 | | | | $          - |
| 12 | | | | $          - |
| 13 | | | | $          - |
| 14 | | | | $          - |
| 15 | | | | $          - |
| 16 | | | | $          - |

| | | |
|---|---|---|
| | **Subtotal** | $      8,600.00 |
| | **Sales Tax** | |
| | **TOTAL** | $      8,600.00 |

*Michael C. Harnetiaux*          4/20/2015

Michael Harnetiaux, SR. VP of Administration                Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 5/28/2015 | 2012735 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 559 fixture and signs | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 559<br>301 Chelton Ave<br>Philadelphia PA 19144 | 0.00 | 0.00 |
| | Provide labor, tools ,insurance, transportation and accommodations for crew to remove fixtures from sales floor and stock room. To load all fixtures in trucks provided by Annas Linens. Crew will also discard any fixture that is considered unusable and dismantle and discard of the cash wrap . | 5,500.00 | 5,500.00 |
| | Remove store sign from front of store and remove pylons signs as well. Seal all penetrations. Dispose of sign properly. | 1,500.00 | 1,500.00 |

| | **Total** | $7,000.00 |
|--|-----------|-----------|



*3550 Hyland Avenue, Costa Mesa, California 92626*

# PURCHASE ORDER

**P.O. Number:**      #208 Sign Removal
**Date of PO:**      2/20/2015
**Dept. Number:**      9001
**Ship Via:**      N/A
**Invoice Terms:**      Net 30

**Vendor:**

**The Marks Group**
**3110 Grandview Pl**
**Slidell, LA 70458**
**985-960-6700**

**Location:**

**Anna's Linens #208**
**Westhill Village SC**
**7525 Westheimer**
**Houston, TX 77063**

| Item | Description | Quantity | Unit Price | Extended Price |
|------|-------------|----------|-----------|----------------|
| 1 | | | | $ - |
| 2 | To be completed after 4/19/15 but before 4/30/15 | | | $ - |
| 3 | | | | $ - |
| 4 | | | | $ - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | 1 | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $ - |
| 7 | Remove any pylons from monuments | | | $ - |
| 8 | | | | $ - |
| 9 | | | | $ - |
| 10 | Any additional charges will require original invoices / receipts | | | $ - |
| 11 | | | | $ - |
| 12 | | | | $ - |
| 13 | | | | $ - |
| 14 | | | | $ - |
| 15 | | | | $ - |
| 16 | | | | $ - |

|  | | |
|--|--|--|
| **Subtotal** | $ | - |
| **Sales Tax** | | |
| **TOTAL** | $ | - |

*Michael C. Harnetiaux*      2/20/2015

Michael Harnetiaux, SR. VP of Administration      Date

1

# BlueLine Rental

4650 S. SAM HOUSTON PARKW
HOUSTON, TX 77048
Phone: 713-987-0206

| Telephone | Fax |
|---|---|
| ( 713) 987-0206 | (713) 987-0267 |

## INVOICE

**Remit To:**
BLUELINE RENTAL LLC
PO BOX 840062
DALLAS, TX  75284-0062

**Phone:** -

**Customer:**  49520
MARKS GROUP L.L.C.
3110 GRANDVIEW PLACE
SLIDELL, LA  70458

C#: 985-960-6700

**Job Site:**
MARKS GROUP L.L.C.
7525 WESTHEIMER
HOUSTON, TX  77063

J#: 985-960-6700

| | |
|---|---|
| Invoice #... | 20552040001 |
| Invoice date | 4/29/15 |
| Date out.... | 4/27/15    12:00 PM |
| Date in..... | 4/28/15     7:49 AM |
| Job Loc..... | 7525 WESTHEIMER |
| Job No...... | . |
| P.O. #...... | ANNA'S LINENS |
| Ordered By.. | DAN 985-960-6700 |
| Terms....... | DUE UPON RECEIPT |
| Written by.. | VR0686CCA |
| Sales Rep... | # 403 KYLE HICKS |

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 26' SCISSOR LIFT ELEC | 150.00 | 150.00 | 450.00 | 575.00 | 150.00 |
| | 54757-27TX Make: GENIE  Model: GS-2632  Ser #: 94565 | | | | | |
| | HR OUT1  202.00    HR IN1    203.00    TOTAL:        1.00 | | | | | |

SALES ITEMS:
| Qty | Item number | Unit | Price | | | |
|---|---|---|---|---|---|---|
| 1 | 7 | EA | 3.000 | | | 3.00 |
| | ENVIRONMENTAL FEE | | | | | |
| 1 | TX | EA | .320 | | | .32 |
| | TEXAS SPECIALTY FEE | | | | | |

| | | |
|---|---|---|
| DELIVERY CHARGE | | 125.00 |
| PICKUP CHARGE | | 125.00 |

| | |
|---|---|
| Sub-total: | 403.32 |
| Damage waiver: | 21.00 |
| Tax: | 35.01 |
| Total: | 459.33 |

TELL US HOW WE ARE DOING AT www.bluelinerental.com/review.
YOUR FEEDBACK IS AN ESSENTIAL PART OF OUR CONTINUED IMPROVEMENT.

-PLEASE CONTACT BLUELINE IMMEDIATELY IF YOU ARE NOT COMPLETELY SATISFIED WITH YOUR EQUIPMENT-

### LIMITED DAMAGE WAIVER - see reverse side for details and limitations.

1. Limited Damage Waiver (LDW) is entirely optional at a cost of 14% of the rental price.
2. If accepted, Customer's loss/damage liability to BlueLine may be reduced.  See reverse for limitations.
3. If not accepted, all damage is the customer's responsibility.
4. If acceptable Certificate of Insurance is not provided, LDW MUST BE ACCEPTED.

Please initial if LDW is ACCEPTED

I have received, read and understand the Instructions regarding the use and operation of the rental equipment.  I assume full responsibility for all rented Equipment.  I have read and understand the terms and conditions of this rental agreement and I understand that I am entering into a binding contract with Lessor, as listed on the reverse.

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

IN CALIFORNIA - NO VEHICLE OR ENGINE SUBJECT TO THE IN-USE OFF-ROAD DIESEL REGULATION MAY IDLE FOR MORE THAN 5 CONSECUTIVE MINUTES, YOU AS RENTER/LESSEE ARE RESPONSIBLE FOR ABIDING BY THE REGULATION.  MORE INFO at WWW.ARB.CA.GOV/MSPROG/ORDIESEL/ORDIESEL.HTM

BL.INV

# BlueLine Rental

4650 S. SAM HOUSTON PARKW
HOUSTON, TX 77048
Phone: 713-987-0206

Telephone ( 713) 987-0206    Fax (713) 987-0267

1

## INVOICE

**Remit To:**
BLUELINE RENTAL LLC
PO BOX 840062
DALLAS, TX  75284-0062

**Phone:** -

**Customer:** 49520
MARKS GROUP L.L.C.
3110 GRANDVIEW PLACE
SLIDELL, LA  70458

C#: 985-960-6700

| | |
|---|---|
| Invoice #... | 20675790001 |
| Invoice date | 5/04/15 |
| Date out.... | 4/30/15   10:30 AM |
| Date in..... | 5/01/15    7:05 AM |
| Job Loc..... | 7525 WESTHEIMER |
| Job No...... | . |
| P.O. #...... | ANNA'S LINENS |
| Ordered By.. | DAN 985-960-6700 |
| Terms....... | DUE UPON RECEIPT |
| Written by.. | VR0686CCA |

**Job Site:**
MARKS GROUP L.L.C.
7525 WESTHEIMER
HOUSTON, TX  77063

J#: 985-960-6700

**Sales Rep..** # 403 KYLE HICKS

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|-----|-------------|-----|-----|------|--------|--------|
| 1 | 45-46' ARTIC BOOM LIFT ELEC | 310.00 | 310.00 | 930.00 | 2475.00 | 310.00 |
| | 54725-08AU Make: GENIE  Model: Z-45/25J  Ser #: Z452512A-44034 | | | | | |
| | HR OUT1   228.80    HR IN1    229.80    TOTAL:    1.00 | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|-----|-------------|------|-------|---|
| 1 | 7 | EA | 6.200 | 6.20 |
| | ENVIRONMENTAL FEE | | | |
| 1 | TX | EA | .650 | .65 |
| | TEXAS SPECIALTY FEE | | | |

DELIVERY CHARGE                                      125.00

PICKUP CHARGE                                        125.00

|  | |
|---|---|
| Sub-total: | 566.85 |
| Damage waiver: | 43.40 |
| Tax: | 50.34 |
| Total: | 660.59 |

TELL US HOW WE ARE DOING AT www.bluelinerental.com/review.
YOUR FEEDBACK IS AN ESSENTIAL PART OF OUR CONTINUED IMPROVEMENT.

**-PLEASE CONTACT BLUELINE IMMEDIATELY IF YOU ARE NOT COMPLETELY SATISFIED WITH YOUR EQUIPMENT-**

**LIMITED DAMAGE WAIVER - see reverse side for details and limitations.**

1. Limited Damage Waiver (LDW) is entirely optional at a cost of 14% of the rental price.
2. If accepted, Customer's loss/damage liability to BlueLine may be reduced. See reverse for limitations.
3. If not accepted, all damage is the customer's responsibility.
4. If acceptable Certificate of Insurance is not provided, LDW MUST BE ACCEPTED.

Please initial if LDW is ACCEPTED

I have received, read and understand the instructions regarding the use and operation of the rental equipment.  I assume full responsibility for all rented Equipment.  I have read and understand the terms and conditions of this rental agreement and I understand that I am entering into a binding contract with Lessor, as listed on the reverse.

CUSTOMER SIGNATURE          DATE          NAME PRINTED                          DELIVERED BY          DATE

IN CALIFORNIA - NO VEHICLE OR ENGINE SUBJECT TO THE IN-USE OFF-ROAD DIESEL REGULATION MAY IDLE FOR MORE THAN 5 CONSECUTIVE MINUTES, YOU AS
RENTER/LESSEE ARE RESPONSIBLE FOR ABIDING BY THE REGULATION.  MORE INFO AT WWW.ARB.CA.GOV/MSPROG/ORDIESEL/ORDIESEL.HTM
BLINV

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 5/12/2015 | 2012731 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
|  | Due on receipt |  |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
|  | Store 208<br>7525 Westheimer<br>Houston TX 77063 | 0.00 | 0.00 |
|  | Remove store sign from front of store and remove pylons signs as well. Seal all penetrations. Dispose of sign properly. | 1,460.00 | 1,460.00 |

| | **Total** | $1,460.00 |
|--|-----------|-----------|

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 5/12/2015 | 2012728 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 426<br>3145 Ashland Ave<br>Chicago IL 60608 | 0.00 | 0.00 |
| | patch walls to like new condition. The store will be left in normal wear and tear condition | 225.00 | 225.00 |
| | Rental equipment and materials needed to finish closing and ship fixtures | 1,048.35 | 1,048.35 |
| | Had to send a man back to the store to remove sensormatic as per Bryan stern | 250.00 | 250.00 |
| | over head and profit | 150.00 | 150.00 |

| | **Total** | $1,673.35 |
|--|-----------|-----------|



**More saving.**
**More doing.**

4555 S WESTERN BLVD
CHICAGO, IL 60609 (773)247-4766

1986  00006 86691   04/27/15 01:02 PM
CASHIER DAKOTA - DXW4611

027541001235 BOTTLE WATER <A>      3.97Z
  1/2 LITER WATER 24PK
  16.90 OZ
077089701128 8PC TRAY SET <A>      9.97Y
  BETTER 9 IN TRAY SET - 8 PIECE
  1.00 EA
081099004292 SHT/RCK PT <A>
  USG ALL PURP GREEN LID PAIL 1.75 PT
  1.00 EA
  2@3.95                           7.90Y
851414002162 SMALL BOXES <A>
  SMALL BOX 16"X12"X12"
  1.00 EA
  4@0.74                           2.96Y
851414002186 LARGE BOXES <A>
  LARGE BOX 18"X18"X24"
  1.00 EA
  20@1.46                         29.20Y
750298153253 2X4-96 STUD <A,S>
  2X4-96" PREMIUM KD WHITEWOOD STUD
  8.00 ft
  18@1.98                         35.64Y

              SUBTOTAL            89.64
TAX Z =  2.2500%                   0.09
TAX Y =  9.2500%                   7.92
              TOTAL              $97.65
XXXXXXXXXXXX2536 HOME DEPOT       97.65
AUTH CODE 027504/7062098           TA



1986 06 86691 04/27/2015 0870

          RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
A        1       90        07/26/2015
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
              DETAILS.

     BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
********************************************

     ENTER FOR A CHANCE
     TO WIN A $5,000
     HOME DEPOT GIFT
          CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

     www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE
ENCUESTA PARA LA OPORTUNIDAD DE GANAR.
          User ID:
     H8B 175657 173677
        Password:
        15227 173671

Entries must be entered by 05/27/2015.
Entrants must be 18 or older to enter.
    See complete rules on website. No
          purchase necessary.



**More saving.**
**More doing.**

493 NORTH MILWAUKEE AVENUE
VERNON HILLS, IL 60061  (847)549-0110

1938 00056 70526    04/25/15 10:07 AM
CASHIER SELF CHECK OUT - SCOT56

885911359597 1PK3PH2 <A>
  DEWALT 3.5-IN PHILLIPS #2 MAXFIT 1PC
  2@2.97                           5.94
070798183056 230 CLEAR <A>
  DYNAFLEX 230 CLEAR
  2@4.12                           8.24
851414002261 STRTH WRAP <A>
  5"X1000' STRETCH WRAP
  2@8.97                          17.94
027541001235 BOTTLE WATER <A>      3.97
  1/2 LITER WATER 24PK
851414002162 SMALL BOXES <A>
  SMALL BOX 16"X12"X12"
  2@0.74                           1.48

              SUBTOTAL            37.57
              SALES TAX            2.51
              TOTAL             $40.08
XXXXXXXXXXXX2536 HOME DEPOT       40.08
AUTH CODE 025035/9562054           TA



1938 56 70526 04/25/2015 3214

          RETURN POLICY DEFINITIONS
     POLICY ID   DAYS   POLICY EXPIRES ON
A        1       90        07/24/2015
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
              DETAILS.

     BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
********************************************

     ENTER FOR A CHANCE
     TO WIN A $5,000
     HOME DEPOT GIFT
          CARD!

Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

     www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE
ENCUESTA PARA LA OPORTUNIDAD DE GANAR.
          User ID:
     2PX5 143279 141397
        Password:
        15225 141341

Entries must be entered by 05/25/2015.
Entrants must be 18 or older to enter.
    See complete rules on website. No
          purchase necessary.

08797

# Ash Pallet Management, Inc.

*"When no one else can, Ash Can"*

**2715 Deborah Avenue • Zion, IL 60099**
Phone (847) 473-5700 • Fax (847) 473-5600
sales@ashpallet.com

Date: _____
Received by: _Michael Denton_
Customer Name: _Anna's Linens - #426_
Trailer #: _____
Time Unloaded: _____

| Quantity | Description | Amount | Total |
|----------|-------------|--------|-------|
| 32 | 48x40 #1 | 6.50 | $208.00 |
| | 48x40 #2 | | |
| | Large Odds | | |
| | Small Odds | | |
| | Trash | | |
| Michael Denton - 847-363-2492 | Chep | | |
| | Expandable | | |
| | | **GRAND TOTAL** | $208.00 |

*Thank You!*

# ULINE

SHIPPING SUPPLY SPECIALISTS

uline.com

2105 S. Lakeside Drive, Waukegan, IL 60085

**PACKAGE ID:  150424787**

SOLD TO:
MICHAEL DENTON
19324 W LAKE VIEW AVE
MUNDELEIN           IL 60060

SHIP TO:
MICHAEL DENTON
19324 W LAKE VIEW AVE
MUNDELEIN           IL 60060

Order #:   71108827

| CUSTOMER NO. | PURCHASE ORDER NO. | SHIP VIA | ORDER DATE | TERMS | INVOICE DATE |
|---|---|---|---|---|---|
| 7776176 | MICHAEL | CUST PICKUP | 4/26/15 | C.O.D. | 4/26/15 |

| MODEL NUMBER | DESCRIPTION | QUANTITY ORDERED | U/M | SHIPPED | BACK ORDERED |
|---|---|---|---|---|---|
| S-642 | 18X1500 80GA ULINE BLOWN WRAP | 4 | RL | 4 | |

```
***************************
PICK UP TIME 11:00 AM
ON 04/26/15
%%%%%%%%%%%%%%%%%%%%%%%%%
COD Amount $73.61
```

*** REFER TO ABOVE WILL SHIP DATE ON BACK ORDERED ITEMS ***
RETURNS: WE HOPE YOU ARE HAPPY WITH THIS ORDER. HOWEVER, IF YOU NEED TO RETURN MERCHANDISE,
PLEASE REFER TO THE BACK OF THIS FORM. THERE IS NO NEED TO CALL ULINE.

NAME: _____     SIGNATURE: _____
ORDER PLACED BY: MICHAEL DENTON                     847-363-2492                    I1

4/26/15 10:38    4/26/15 10:39              LLAING           PACKING LIST

# SUNBELT
## RENTALS.

**SEND ALL PAYMENTS TO:**
**Sunbelt Rentals, Inc.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

| | |
|---|---|
| INVOICE NUMBER | 51988366-001 |
| ACCOUNT NUMBER | LA 006296748 |
| INVOICE DATE | 4/29/15 |
| | PAGE    2 |

INVOICE TO

MARKS, DANIEL JOHN
248 BLUE CRANE 1 DR
SLIDELL, LA 70461

| RECEIVED BY | CONTRACT NUMBER |
|---|---|
| MARKS, ROBERT | 51988366 |

PURCHASE ORDER NUMBER
NR

JOB NUMBER
1

JOB ADDRESS

MARKS, DANIEL JOH;3145 S ASHLAND;CHICAGO
MARKS, DANIEL JOHN
3145 S ASHLAND AVE
CHICAGO, IL 60608

C#: 985-960-6700 J#: 985-960-6700

BRANCH
191    CHICAGO LOOP PC191

2311 S BLUE ISLAND AVE
CHICAGO, IL 60608-4227
773-254-6027

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| | | | Deposit: | | | 1060.40 |
| | | | Amount refunded: | | | 441.19 |
| | Amount refunded to customer: 431.39 | | | | | |
| | | | | | | 605.65 |

| | | |
|---|---|---|
| | SUBTOTAL | 605.65 |
| NET DUE UPON RECEIPT | TAX | 23.36 |
| | INVOICE TOTAL | 629.01 |

**RENTAL RETURN**

# SUNBELT RENTALS.

**INVOICE**

| | |
|---|---|
| INVOICE NUMBER | 51988366-001 |
| ACCOUNT NUMBER | LA 006296748 |
| INVOICE DATE | 4/29/15 |
| PAGE | 1 |

**SEND ALL PAYMENTS TO:**
**Sunbelt Rentals, Inc.**
**PO BOX 409211**
**ATLANTA, GA 30384-9211**

INVOICE TO

MARKS, DANIEL JOHN
248 BLUE CRANE 1 DR
SLIDELL, LA 70461

| RECEIVED BY | CONTRACT NUMBER |
|---|---|
| MARKS, ROBERT | 51988366 |

PURCHASE ORDER NUMBER
NR

JOB NUMBER
1

JOB ADDRESS

MARKS, DANIEL JOH;3145 S ASHLAND;CHICAGO
MARKS, DANIEL JOHN
3145 S ASHLAND AVE
CHICAGO, IL 60608

C#: 985-960-6700 J#: 985-960-6700

BRANCH
191   CHICAGO LOOP PC191

2311 S BLUE ISLAND AVE
CHICAGO, IL 60608-4227
773-254-6027

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 5000LB IND FORKLIFT GAS / PROPANE | 195.00 | 195.00 | 490.00 | 1195.00 | 195.00 |
| | 240268    Make: KOMATSU  Model: FG25T-16  Ser #: 219184A | | | | | |
| | HR OUT: 1344.900   HR IN: 1347.100   TOTAL: 2.200 | | | | | |
| | Billed from  4/27/15 thru  4/28/15 | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|---|---|---|---|---|---|---|
| 1 | DLPKSRCHG | EA | 15.000 | | | 15.00 |
| | TRANSPORTATION SURCHARGE | | | | | |
| 1 | ENVIRONMENTAL | EA | 3.600 | | | 3.60 |
| | ENVIRONMENTAL | | | | | |
| | GAS | | | | | |
| | 2141XXX000 | | | | | 62.80 |
| 1 | RENTAL PROTECTION PLAN | | | | | 39.35 |
| | | | | | | |
| | DELIVERY CHARGE | | | | | 130.00 |
| | PICKUP CHARGE | | | | | 105.00 |

PAYMENT HISTORY

| DATE TYPE | REF # | AUTH # | TRANS TYPE | AMOUNT | APPLIED |
|---|---|---|---|---|---|
| 4/24/15 Pay On Return | | | | | |
| 4/27/15 VISA PC191 | **2829 | 09533G | CHARGED | 1060.40 | 1060.40 |
| 4/29/15 VISA PC191 | **2829 | | CREDITED | 431.39- | |

NET DUE UPON RECEIPT

RENTAL RETURN

| SUBTOTAL | |
|---|---|
| TAX | CONTINUED |
| INVOICE TOTAL | |