**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/12/2015 | 2012729 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 625<br>4600 Durham Chapel Hill<br>Durham NC 27707 | 0.00 | 0.00 |
| | patch walls to like new condition. The store will be left in normal wear and tear condition | 275.00 | 275.00 |
| | rental equipment and materials needed for closing and fixture shipment | 1,047.07 | 1,047.07 |
| | labor and accommodations to stay another day because trucks did not show up | 600.00 | 600.00 |
| | overhead and profit | 190.00 | 190.00 |

| **Total** | $2,112.07 |
|-----------|-----------|

**NC Pallet Recycling LLC**
9216 Miranda Drive
Raleigh, NC 27617

**919-625-0807**

INVOICE

TO Marks Group

TERMS:

DATE 4-21-15

CUSTOMER ORDER NO.

SALESPERSON

VIA

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 45 | Pallets | | 225.00 |
| | P.d. Cash | | |

Alex Marx

THANK YOU



**SUNBELT** RENTALS®

SEND ALL PAYMENTS TO:
**SUNBELT RENTALS, INC.**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**

| INVOICE NO. | 51940315-001 |
|---|---|
| ACCOUNT NO. | LA 006296 |
| INVOICE DATE | 4/29/15 |
| PAGE | 1 |

| INVOICE TO | RECEIVED BY | CONTRACT NO. |
|---|---|---|
| MARKS, DANIEL JOHN<br>248 BLUE CRANE 1 DR<br>SLIDELL, LA 70461 | MARKS, DANIEL | 51940315 |

PURCHASE ORDER NO.
ANNA'S

JOB NO.
1

| JOB ADDRESS | BRANCH |
|---|---|
| ANNA'S<br>4600 DURHAM- CHAPEL HILL RD<br>DURHAM, NC 27701<br><br>C#: 985-960-6700 J#: 985-960-6700 | 003    PC003 RALEIGH PC003<br><br>5701 CHAPEL HILL RD<br>RALEIGH, NC 27607-5103<br>919-233-4692 |

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 5000LB FORKLIFT LOW MAST GAS / PROPANE | 265.00 | 265.00 | 595.00 | 1685.00 | 265.00 |
| | 517575   Make: KOMATSU  Model: FG25T-16  Ser #: A226014 | | | | | |
| | HR OUT: 576.400   HR IN: 581.400   TOTAL: 5.000 | | | | | |
| | Billed from  4/24/15 thru  4/27/15 | | | | | |
| 1 | LONG FORKS SET OF 2 - WAREHOUSE | 45.00 | 45.00 | 105.00 | 310.00 | 45.00 |
| 1 | 30-40LB PROPANE CYLINDER | 11.00 | 11.00 | 20.00 | 54.00 | 11.00 |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|---|---|---|---|---|---|---|
| 1 | NCHERS003 | EA | 2.120 | | | 2.12 |
| | NC 0.8% HEAVY EQUIPMENT SURCHARGE | | | | | |
| 1 | DLPKSRCHG | EA | 13.000 | | | 13.00 |
| | TRANSPORTATION SURCHARGE | | | | | |
| 1 | ENVIRONMENTAL | EA | 3.710 | | | 3.71 |
| | ENVIRONMENTAL | | | | | |
| | GAS | | | | | 47.10 |
| | 2141XXX000 | | | | | |
| 1 | RENTAL PROTECTION PLAN | | | | | 48.15 |
| | | | | | | |
| | DELIVERY CHARGE | | | | | 130.00 |
| | | | | | | |
| | PICKUP CHARGE | | | | | 130.00 |

PAYMENT HISTORY

| DATE TYPE | REF # AUTH # TRANS TYPE | AMOUNT | APPLIED |
|---|---|---|---|

COPY

| | | SUBTOTAL | NT | APPL |
|---|---|---|---|---|
| NET DUE UPON RECEIPT | | TAX | 44 | 696 |
| **RENTAL RETURN** | | INVOICE TOTAL | | |

EMAILINV (Rev 05/27/09)

# SUNBELT RENTALS®

**SEND ALL PAYMENTS TO:**
**SUNBELT RENTALS, INC.**
**P.O. Box 409211**
**Atlanta, GA 30384-9211**

| INVOICE NO. | 51940315-001 |
|---|---|
| ACCOUNT NO. | LA 006296 |
| INVOICE DATE | 4/29/15 |
| PAGE | 2 |

**INVOICE TO**

MARKS, DANIEL JOHN
248 BLUE CRANE 1 DR
SLIDELL, LA 70461

**JOB ADDRESS**

ANNA'S
4600 DURHAM- CHAPEL HILL RD
DURHAM, NC 27701

C#: 985-960-6700 J#: 985-960-6700

| RECEIVED BY | CONTRACT NO. |
|---|---|
| MARKS, DANIEL | 51940315 |

**PURCHASE ORDER NO.**

ANNA'S

**JOB NO.**

1

**BRANCH**
003    PC003 RALEIGH PC003

5701 CHAPEL HILL RD
RALEIGH, NC 27607-5103
919-233-4692

| QTY | EQUIPMENT # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| | | | Deposit: | | | 696.44 |
| | | | Amount paid: | | | 50.63 |

FINAL BILL: 4/24/15 03:00 PM THRU 4/27/15 08:30 AM.

695.08

COPY

| | | |
|---|---|---|
| SUBTOTAL | 695.08 |
| TAX | 51.99 |
| INVOICE TOTAL | 747.07 |

NET DUE UPON RECEIPT

**RENTAL RETURN**

EMAILINV (Rev 05/27/09)

# MARKS GROUP LLC

# Invoice

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
| --- | --- |
| 5/12/2015 | 2012730 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
| --- | --- | --- |
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| | Store 560<br>2301 Liberty Height Ave<br>Baltimore MD 21215 | 0.00 | 0.00 |
| | rental equipment and materials needed for closing and fixture transport<br>pallets were $385 dollars and manager Danti received them and i never received a receipt | 1,115.58 | 1,115.58 |
| | patch walls to like new condition. The store will be left in normal wear and tear condition and removed sensormatics for Bryan | 300.00 | 300.00 |
| | Dumpster | 569.00 | 569.00 |
| | labor and accommodations of making another trip to store because of the riot and unsafe conditions that made us leave the job. | 1,500.00 | 1,500.00 |
| | overhead and profit | 190.00 | 190.00 |
| | **Total** | | $3,674.58 |



**More saving.
More doing.**

6620 REISTERSTOWN RD BALTIMORE, MD 21215
STORE MANAGER PAUL KALINOWSKI 4103584046

2584  00005  68253    04/27/15   07:39 AM
CASHIER MICHELLE - MVT1143

051751011678 8' AL STEP <A>                 69.00
  8' ALUM STEP LADDER TI 250LB

              SUBTOTAL                    69.00
              SALES TAX                    4.14
              TOTAL                       $73.14
                                          73.14
XXXXXXXXXXXXX5197 MASTERCARD                 TA
AUTH CODE 07976E/7053185

P.O.#/JOB NAME: ANNAS



2584 05 68253 04/27/2015 5555

RETURN POLICY DEFINITIONS



**More saving.
More doing.**

6620 REISTERSTOWN RD BALTIMORE, MD 21215
STORE MANAGER PAUL KALINOWSKI 4103584046

2584  00001  73385    04/27/15   01:21 PM
CASHIER DARLENE - DDD2340

098945060111 92-5/8 STUD <A>
  2X4-92 5/8" PREMIUM STUD
  4@2.76                                  11.04

              SUBTOTAL                    11.04
              SALES TAX                    0.67
              TOTAL                       $11.71
                                          11.71
XXXXXXXXXXXXX6197 MASTERCARD                 TA
AUTH CODE 04561E/7012837

P.O.#/JOB NAME: ANASAS





**More saving.
More doing.**

6620 REISTERSTOWN RD BALTIMORE, MD 21215
STORE MANAGER PAUL KALINOWSKI 4103584046

2584  00057  57513    05/08/15   10:31 AM
CASHIER SELF CHECK OUT - SCOT57

088381424638 9PCIMGOLD <A>                 19.97
  MAKITA 9PC GLD 3/8" DR IM SOCKET SET
070798123304 DRYDEX QT <A>                  7.48
  DRYDEX 1QT
049727220742 4" HMMERKNF <A>                7.97
  WB HAMMER-END JOINT KNIFE 4"

              SUBTOTAL                    35.42
              SALES TAX                    2.13
              TOTAL                       $37.55
                                          37.55
XXXXXXXXXXXXX6197 MASTERCARD                 TA
AUTH CODE 06597E/5570344



**More saving.
More doing.**

6620 REISTERSTOWN RD BALTIMORE, MD 21215
STORE MANAGER PAUL KALINOWSKI 4103584046

2584  00058  05324    05/06/15   06:03 PM
CASHIER SELF CHECK OUT - SCOT56

851414002582 HD MEDIM BOX <A>
  HEAVY DUTY MEDIUM BOX 18 1/8X18X16
  2@2.28                                   4.56
037103247983 H3DWEX 3PC <A>               16.97
  3PC 3/8" WOBBLE EXTENSION SET
037103278593 10TGPLVJW <A>                14.97
  CRESCENT 10" 18G V-JAW PLIER BLK OX
851414002251 STRTH WRAP <A>
  5"X1000' STRETCH WRAP
  2@8.97                                  17.94
077027900183 WD SUPREME <A>                8.22
  GE SILICONE SUPREME W&D CLEAR
692000060109? CAULK GUN <A>                2.77
  SMOOTH ROD CAULK GUN 100Z

              SUBTOTAL                    65.43
              SALES TAX                    3.93
              TOTAL                       $69.36
                                          69.36
XXXXXXXXXXXXX6197 MASTERCARD                 TA
AUTH CODE 02536E/8564617



Bin There Dump That of
Greater Baltimore
10108 Tipperary Road
Baltimore, Maryland 21234

# Invoice

| Date | Invoice # |
|------|-----------|
| 5/11/2015 | 050915-758 |

**PAID**
**05/11/2015**

**Bill To**

Marks Group, LLC/ Daniel Marks
3110 Granview Place
Slidell, LA 70458

| P.O. No. | Terms | Due Date | Account # | Project |
|----------|-------|----------|-----------|---------|
| | | 5/11/2015 | | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| 14 yd dumpster- Flat rate to 3000 lbs- delivered on 5/8/2015 to Mondawmin Mall, 2301 Liberty Heights Ave, Balto, MD 21215 | | 369.00 | 369.00 |
| Excess Weight Charge- 2.0 ton @ $100 per ton | 2 | 100.00 | 200.00 |

Thank you for your business.

| | |
|---|---|
| Total | $569.00 |
| Payments/Credits | -$569.00 |
| Balance Due | $0.00 |

| Phone # | Fax # | E-mail | Web Site |
|---------|-------|--------|----------|
| 410-882-2838 | 410-882-2825 | Baltimore@BinThereDumpThat.com | www.BaltimoreDumpsterRental.net |

# BlueLine Rental

3201 ANNAPOLIS/KINGSBURG HWY
CURTIS BAY, MD 21226
Phone: 443-909-7722

| | Telephone | Fax |
|---|---|---|
| | ( 443) 909-7722 | (410) 355-1216 |

**1**

## INVOICE

**Remit To:**
BLUELINE RENTAL LLC
PO BOX 840062
DALLAS, TX 75284-0062

**Phone:** —

**Customer:    49520**
MARKS GROUP L.L.C.
3110 GRANDVIEW PLACE
SLIDELL, LA 70458

C#: 985-960-6700

| | |
|---|---|
| Invoice #... | **20931590001** |
| Invoice date | 5/11/15 |
| Date out.... | 5/07/15    5:00 PM |
| Date in..... | 5/11/15    2:06 PM |
| Job Loc..... | 2301 LIBERTY HEIGHTS, BALTIMORE |
| Job No...... | 20 |
| P.O. #...... | NONE |
| Ordered By.. | DANNY MARKS |
| Terms....... | DUE UPON RECEIPT |
| Written by.. | VR0865MHA |

**Job Site:**
ANNA'S LINENS
2301 LIBERTY HEIGHTS
BALTIMORE, MD 21215

J#: 985-960-6700

Sales Rep... # 293 BRANDON ROOK

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 5000 LB IND FORKLIFT DF | 200.00 | 200.00 | 520.00 | 1480.00 | 200.00 |
| | 20106    Make: DOOSAN  Model: G25E5 | | | Ser #: | FGA08-1820-05482 | |
| | HR OUT1    44.00    HR IN1    51.80 | | | TOTAL: | 7.80 | |
| | SENT W/ PROPANE TANK | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | | | |
|---|---|---|---|---|---|---|
| 20 | PROPANE | EA | 3.250 | | | 65.00 |
| | PROPANE | | | | | |
| 1 | 7 | EA | 4.000 | | | 4.00 |
| | ENVIRONMENTAL FEE | | | | | |
| 1 | MD | EA | 4.000 | | | 4.00 |
| | MARYLAND SPECIALTY TAX | | | | | |
| | DELIVERY CHARGE | | | | | 110.00 |
| | PICKUP CHARGE | | | | | 110.00 |

| | |
|---|---|
| Sub-total: | 428.00 |
| Fuel: | 65.00 |
| Damage waiver: | 28.00 |
| Tax: | 17.82 |
| Total: | 538.82 |

CONTINUED

-PLEASE CONTACT BLUELINE IMMEDIATELY IF YOU ARE NOT COMPLETELY SATISFIED WITH YOUR EQUIPMENT-

**LIMITED DAMAGE WAIVER - see reverse side for details and limitations.**

1. Limited Damage Waiver (LDW) is entirely optional at a cost of 14% of the rental price.
2. If accepted, Customer's loss/damage liability to BlueLine may be reduced.  See reverse for limitations.
3. If not accepted, all damage is the customer's responsibility.
4. If acceptable Certificate of Insurance is not provided, LDW MUST BE ACCEPTED.

Please initial if LDW is ACCEPTED

I have received, read and understand the Instructions regarding the use and operation of the rental equipment.  I assume full responsibility for all rented Equipment.  I have read and understand the terms and conditions of this rental agreement and I understand that I am entering into a binding contract with Lessor, as listed on the reverse.

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

IN CALIFORNIA - NO VEHICLE OR ENGINE SUBJECT TO THE IN-USE OFF-ROAD DIESEL REGULATION MAY IDLE FOR MORE THAN 5 CONSECUTIVE MINUTES, YOU AS
RENTER/LESSEE ARE RESPONSIBLE FOR ABIDING BY THE REGULATION.  MORE INFO at WWW.ARB.CA.GOV/MSPROG/ORDIESEL/ORDIESEL.HTM

BLINV

**2**

# BlueLine Rental

1701 CHILDS KINGSTON ROAD
CURTIS BAY, MD  21226
Phone: 443-909-7722

Telephone                Fax
( 443) 909-7722    (410) 355-1216

## INVOICE

**Remit To:**
BLUELINE RENTAL LLC
PO BOX 840062
DALLAS, TX  75284-0062

**Phone:**  –

**Customer:    49520**
MARKS GROUP L.L.C.
3110 GRANDVIEW PLACE
SLIDELL, LA  70458

C#: 985-960-6700

| | |
|---|---|
| Invoice #... | 20931590001 |
| Invoice date | 5/11/15 |
| Date out.... | 5/07/15    5:00 PM |
| Date in..... | 5/08/15    2:06 PM |
| Job Loc..... | 2301 LIBERTY HEIGHTS, BALTIMORE |
| Job No...... | 20 |
| P.O. #...... | NONE |
| Ordered By.. | DANNY MARKS |
| Terms....... | DUE UPON RECEIPT |
| Written by.. | VR0865MHA |
| Sales Rep... | # 293 BRANDON ROOK |

**Job Site:**
ANNA'S LINENS
2301 LIBERTY HEIGHTS
BALTIMORE, MD  21215

J#: 985-960-6700

| Qty | Equipment # | | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|---|

TELL US HOW WE ARE DOING AT www.bluelinerental.com/review.
YOUR FEEDBACK IS AN ESSENTIAL PART OF OUR CONTINUED IMPROVEMENT.
----------------------------------------------------------------

COPY

-PLEASE CONTACT BLUELINE IMMEDIATELY IF YOU ARE NOT COMPLETELY SATISFIED WITH YOUR EQUIPMENT-

**LIMITED DAMAGE WAIVER - see reverse side for details and limitations.**

1. Limited Damage Waiver (LDW) is entirely optional at a cost of 14% of the rental price.
2. If accepted, Customer's loss/damage liability to BlueLine may be reduced.  See reverse for limitations.
3. If not accepted, all damage is the customer's responsibility.
4. If acceptable Certificate of Insurance is not provided, LDW MUST BE ACCEPTED.

Please initial if LDW is ACCEPTED

I have received, read and understand the Instructions regarding the use and operation of the rental equipment.  I assume full responsibility for all rented Equipment.  I have read and understand the terms and conditions of this rental agreement and I understand that I am entering into a binding contract with Lessor, as listed on the reverse.

IN CALIFORNIA - NO VEHICLE OR ENGINE SUBJECT TO THE IN-USE OFF-ROAD DIESEL REGULATION MAY IDLE MORE THAN 5 CONSECUTIVE MINUTES, YOU AS
RENTER/LESSEE ARE RESPONSIBLE FOR ABIDING BY THE REGULATION.  MORE INFO AT WWW.ARB.CA.GOV/MSPROG/ORDIESEL/ORDIESEL.HTM

BLINV

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 6/8/2015 | 2012738 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 751
9038 Overland Plaza
Overland MO 63114 | 0.00 | 0.00 |
| | Materials and rental equipment needed to ship fixtures for closing and loading trucks | 881.23 | 881.23 |
| | over head and profit | 80.00 | 80.00 |

| | **Total** | $961.23 |
|--|-----------|---------|

08798

# Ash Pallet Management, Inc.

*"When no one else can, Ash Can"*

**2715 Deborah Avenue • Zion, IL 60099**
Phone (847) 473-5700 • Fax (847) 473-5600
sales@ashpallet.com

Date: _____

Received by: _____

Customer Name: _Mike Denton_

Trailer #: _N/A_

Time Unloaded: _6:00 a.m._

| Quantity | Description | Amount | Total |
|----------|-------------|--------|-------|
| 38 | 48x40 #1 | $5.50 | $209 |
|  | 48x40 #2 |  |  |
|  | Large Odds |  |  |
|  | Small Odds |  |  |
|  | Trash |  |  |
|  | Chep |  |  |
|  | Expandable |  |  |
|  | $50 |  | $50 |
|  | | **GRAND TOTAL** | |

*Thank You!*



**More saving.
More doing.**

8901 PAGE AVENUE
OVERLAND, MO 63114 (314)733-1534

3037 00001 53908   05/23/15  01:07 PM
CASHIER SHAMIR - SMW1151

750298152997 2X4-7 STUDS <A>
  2X4-84" KD WHITEWOOD STUD      43.60
2002.18
  MAX REFUND VALUE $41.42/20
85141400Z162 SMALL BOXES <A>
  SMALL BOX 16"X12"X12"           4.14
680.69
  MAX REFUND VALUE $3.93/6
051141915982 TAPE <A>
  MOVING 8STORAGE TAPE 1.88X109   7.94
203.97
  MAX REFUND VALUE $7.54/2
851414002261 STRTH WRAP <A>
  5"X1000' STRETCH WRAP          17.14
208.57
  MAX REFUND VALUE $16.28/2
656615010025 1.88PRTAP <A>
  1.88IN HDX BLUE PAINTERS TAPE   5.93
  MAX REFUND VALUE $5.64
070798183056 230 CLEAR <A>
  DYNAFLEX 230 CLEAR              8.24
204.12
  MAX REFUND VALUE $7.83/2
-----5% Off Credit Offer. No defer------
No Deferred
86.99 5% Off Credit Offer        -4.35
MUST RETURN ALL ITEMS FOR A FULL REFUND
----------------------------------------
                  SUBTOTAL       82.64
                  SALES TAX       6.50
                  TOTAL         $89.14
XXXXXXXXXXXX2536 HOME DEPOT      89.14
AUTH CODE 023954/1013542          TA
CREDIT PROMOTION      6737  8970



3037 01 53908 05/23/2015 6243

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A       1       90         08/21/2015
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!
Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE
ENCUESTA PARA LA OPORTUNIDAD DE GANAR.

User ID:
H8B 111142 108106

Password:
15273 108105

---



**More saving.
More doing.**

8901 PAGE AVENUE
OVERLAND, MO 63114 (314)733-1534

3037 00001 53890   05/23/15  01:06 PM
CASHIER SHAMIR - SMW1151

034139026214 HAMMER <A>          21.97
  ESTWING 4LB ENGINEER FIBERGLASS HMR
  MAX REFUND VALUE $20.87
037103248725 H2012POP1 <A>        5.28
  1/2" DRIVE 1 12PT DEEP
  MAX REFUND VALUE $5.01
037103248701 H2012POP78 <A>       3.68
  1/2 DRIVE 7/8" 12PT DEEP
  MAX REFUND VALUE $3.50
885911359697 1PK3PH2 <A>          2.97
  DEWALT 3.5 IN PHILLIPS #2 MAXFIT 1PC
  MAX REFUND VALUE $2.82
-----5% Off Credit Offer. No defer-----
33.90 5% Off Credit Offer        -1.70
No Deferred
MUST RETURN ALL ITEMS FOR A FULL REFUND
----------------------------------------
                  SUBTOTAL       32.20
                  SALES TAX       2.48
                  TOTAL         $34.68
XXXXXXXXXXXX2536 HOME DEPOT      34.68
AUTH CODE 023125/1013541          TA
CREDIT PROMOTION      6737  8970



3037 01 53890 05/23/2015 6243

RETURN POLICY DEFINITIONS
POLICY ID    DAYS    POLICY EXPIRES ON
A       1       90         08/21/2015
THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
DETAILS.

BUY ONLINE PICK-UP IN STORE
AVAILABLE NOW ON HOMEDEPOT.COM.
CONVENIENT, EASY AND MOST ORDERS
READY IN LESS THAN 2 HOURS!
************************************
ENTER FOR A CHANCE
TO WIN A $5,000
HOME DEPOT GIFT
CARD!
Share Your Opinion With Us! Complete
the brief survey about your store visit
and enter for a chance to win at:

www.homedepot.com/opinion

COMPARTA SU OPINION EN UNA BREVE
ENCUESTA PARA LA OPORTUNIDAD DE GANAR.

User ID:
H8B 111106 108070

Password:
15273 108069

Entries must be entered by 06/22/2015.
Entrants must be 18 or older to enter.
See complete rules on website. No
purchase necessary.

# BLUELINE RENTAL

|  |  | Telephone | Fax |
|---|---|---|---|
| ST. LOUIS #1 | | ( 314 ) 588-1300 | (314) 588-1305 |
| SAINT LOUIS, MO 63163 | | | |
| **Phone: 314-588-1300** | | | |

## INVOICE

**Remit To:**
BLUELINE RENTAL LLC
PO BOX 840062
DALLAS, TX  75284-0062

**Phone:** -

**Customer:  49520**
MARKS GROUP L.L.C.
3110 GRANDVIEW PLACE
SLIDELL, LA  70458

C#: 985-960-6700

| | |
|---|---|
| **Invoice #...** | **21367690001** |
| **Invoice date** | 5/27/15 |
| **Date out....** | 5/26/15    6:00 AM |
| **Date in.....** | 5/26/15    1:00 PM |
| **Job Loc....** | ANNAS LINENS,9038 OVERLAND PLAZA |
| **Job No.....** | ANNAS LINENS |
| **P.O. #.....** | ANNAS LINENS |
| **Ordered By..** | DANNY MARKS |
| **Terms.......** | DUE UPON RECEIPT |
| **Written by..** | VR0679KHI |
| **Sales Rep...** | # 750 ADAM VEINFURT |

**Job Site:**
ANNA'S LINENS
9038 OVERLAND PLAZA
OVERLAND, MO  63114

J#:

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 5000 LB IND FORKLIFT DF | 178.00 | 178.00 | 588.00 | 1658.00 | 178.00 |
|  | 21401     Make: DOOSAN  Model: G25E5   Ser #: FGA08-1820-05645 | | | | | |
|  | HR OUT1    5.40    HR IN1   10.50    TOTAL:        5.10 | | | | | |
|  | == 5 OR 6' FORKS | | | | | |
|  | ==REFUELING IS $6.75/GALLON == | | | | | |
|  | ~~ FUEL GUAGE MAY READ EMPTY,IT IS NOT! | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|---|---|---|---|---|
| 6 | GASOLINE | EA | 6.750 | 40.50 |
|  | GASOLINE | | | |
| 1 | 7 | EA | 3.560 | 3.56 |
|  | ENVIRONMENTAL FEE | | | |
|  | DELIVERY CHARGE | | | 115.00 |
|  | PICKUP CHARGE | | | 115.00 |

| | |
|---|---|
| Sub-total: | 411.56 |
| Fuel: | 40.50 |
| Damage waiver: | 24.92 |
| Tax: | 21.43 |
| Total: | 498.41 |

CONTINUED

-------------------------------------------------------------------

-PLEASE CONTACT BLUELINE IMMEDIATELY IF YOU ARE NOT COMPLETELY SATISFIED WITH YOUR EQUIPMENT-

**LIMITED DAMAGE WAIVER - see reverse side for details and limitations.**

1. Limited Damage Waiver (LDW) is entirely optional at a cost of 14% of the rental price.
2. If accepted, Customer's loss/damage liability to BlueLine may be reduced.  See reverse for limitations.
3. If not accepted, all damage is the customer's responsibility.
4. If acceptable Certificate of Insurance is not provided, LDW MUST BE ACCEPTED.

Please initial if LDW is ACCEPTED

I have received, read and understand the Instructions regarding the use and operation of the rental equipment.  I assume full responsibility for all rented Equipment.  I have read and understand the terms and conditions of this rental agreement and I understand that I am entering into a binding contract with Lessor, as listed on the reverse.

| CUSTOMER SIGNATURE | DATE | NAME PRINTED | DELIVERED BY | DATE |
|---|---|---|---|---|

**IN CALIFORNIA -** NO VEHICLE OR ENGINE SUBJECT TO THE IN-USE OFF-ROAD DIESEL REGULATION MAY IDLE FOR MORE THAN 5 CONSECUTIVE MINUTES, YOU AS
BLINV     RENTER/LESSEE ARE RESPONSIBLE FOR ABIDING BY THE REGULATION.  MORE INFO AT WWW.ARB.CA.GOV/MSPROG/ORDIESEL/ORDIESEL.HTM

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 6/8/2015 | 2012737 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
| | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 559<br>301 Chelton Ave<br>Philadelphia PA 19144 | 0.00 | 0.00 |
| | materials and rental equipment to load trucks | 1,208.51 | 1,208.51 |
| | overhead and profit | 120.00 | 120.00 |

| | **Total** | $1,328.51 |
|--|-----------|-----------|

**More saving.**
**More doing.**

```
2085 CHELTENHAM AVE. PHILA, PA 19150
STORE MANAGER JOE RAGGIO (215)881-9600

4109  00057  94433  05/25/15  11:44 AM
CASHIER SELF CHECK OUT - SC0157

76466654404 TAN 1# SCREW <A>
  DECKMATE SCREW, TAN, 3 IN,  1LB     9.37
094664018327 GEAR TIE 32" 2 PACK <A>
  GEAR TIE 32" 2 PACK - LIME          11.44
205.72
885911359558 1PKGPH2 <A>
  DEWALT 6-IN PHILLIPS #2 MAXFIT 1PC   3.97
030699141241 HOLLOW POLY <A>         11.98
761542206383 2X6-8 BDF <A>
  3/8"X 100'HOLLOW BRAID POLY
2X6-8FT #2/BTR PREMIUM DOUG FIR       9.96
204.98

                    SUBTOTAL         46.72
                    SALES TAX         2.81
                    TOTAL           $49.53
XXXXXXXXXXXX2629 VISA                49.53
AUTH CODE 061980/9572253            TA

P.O.#:008 NAME: NNN
```

```
RETURN POLICY DEFINITIONS
POLICY ID          DAYS  POLICY EXPIRES ON
A                   90   08/23/2015

4109 57 94433 05/25/2015 2709

THE HOME DEPOT RESERVES THE RIGHT TO
LIMIT / DENY RETURNS. PLEASE SEE THE
RETURN POLICY SIGN IN STORES FOR
            DETAILS.

***************************************
*  BUY ONLINE PICK-UP IN STORE        *
*  AVAILABLE NOW ON HOMEDEPOT.COM,    *
*  CONVENIENT, EASY AND MOST ORDERS   *
*  READY IN LESS THAN 2 HOURS!        *
***************************************
```

---

CUSTOMER'S ORDER NO.

DEPT.

DATE: 5/21/15

NAME: Lavina's Linens

ADDRESS: 301 W Chelten Ave Phila PA

CITY, STATE, ZIP

SOLD BY:

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 1 |  |  |  |
| 2 |  |  |  |
| 3 |  |  |  |
| 4 | 45 x 4150 | 203.50 |  |
| 5 | #5 Delivery | K |  |
| 6 |  |  |  |
| 7 |  |  |  |
| 8 |  | 277.50 |  |

RECEIVED BY

KEEP THIS COPY FOR YOUR RECORDS
©2001 REDIFORM® 5L3220

464843



**SHIPPING SUPPLY SPECIALISTS**

**800-295-5510**
uline.com
2200 S. Lakeside Drive Waukegan, IL 60085

67745724

## INVOICE

ULINE FED ID#: 36-3684738

THANK YOU FOR YOUR ORDER. ULINE CUSTOMER SINCE   2013     **YOUR ORDER #**    71745166

**SOLD TO:**

SE LA TRANSPORTATION LLC
3110 GRANDVIEW PL
SLIDELL          LA 70458-4211

**SHIP TO:**

SE LA TRANSPORTATION LLC
301 W CHELTEN AVE
PHILADELPHIA        PA 19144-3804

| CUSTOMER NO. | PURCHASE ORDER NO. | SHIP VIA | ORDER DATE | DATE SHIPPED | TERMS | INVOICE DATE |
|---|---|---|---|---|---|---|
| 8276508 | DANIEL | CUST PICKUP | 5/20/15 | 5/22/15 | MASTER CARD | 5/22/15 |

| QUANTITY | | | ITEM NUMBER | DESCRIPTION | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|
| ORDERED | U/M | BACK ORDERED | | | | |
| 1 | CL | | S-6434 | 5/8"X3000' POLYESTER CORD STRAP REORDER/ADD LINE | 78.00 | 78.00 |

CHARGED TO YOUR CREDIT CARD 82.68 XXXX-XXXX-XXXX-6197

| | SUB-TOTAL | SALES TAX | FRT/HNDLNG | AMOUNT DUE |
|---|---|---|---|---|
| | 78.00 | 4.68 | .00 | .00 |

ORDER PLACED BY:  DANIEL MARKS
KRUDOLPH

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DATE:    05/23/15

TO:      DANIEL MARKS

FROM:    KRISTEN R.

MAKE CHECK PAYABLE AND MAIL TO:

**ULINE**
PO Box 88741
Chicago, IL 60680-1741

**BLUELINE RENTAL**
597 NEW FALL RIVER RD
BRISTOL, PA 19007
Phone: 215-750-0823

Telephone   Fax
( 215) 750-0823   (866) 875-2803

## INVOICE

**Remit To:**
BLUELINE RENTAL LLC
PO BOX 840062
DALLAS, TX  75284-0062

**Phone:** -

**Customer:**  49520
MARKS GROUP L.L.C.
3110 GRANDVIEW PLACE
SLIDELL, LA  70458

C#: 985-960-6700

**Job Site:**
ANNA'S LINENS
301 W. CHELTEN AVE
PHILADELPHIA, PA  19144

J#: 985-960-6700

| | |
|---|---|
| Invoice #... | 21390240001 |
| Invoice date | 5/29/15 |
| Date out.... | 5/26/15   7:00 AM |
| Date in..... | 5/26/15   3:00 PM |
| Job Loc..... | 301 W CHELTEN AVE, PHILADELPHIA, |
| Job No..... | ANNA'S LINENS 19144 |
| P.O. #...... | |
| Ordered By.. | DAN |
| Terms....... | DUE UPON RECEIPT |
| Written by.. | VR0806JAR |
| Sales Rep... | # 257 RICH CAMPAGNA |

| Qty | Equipment # | Min | Day | Week | 4 Week | Amount |
|---|---|---|---|---|---|---|
| 1 | 32-33' SCISSOR LIFT ELEC | 175.00 | 175.00 | 495.00 | 975.00 | 175.00 |
| | 54760-111W Make: GENIE  Model: GS-3232  Ser #: GS4612A-98657 | | | | | |
| | HR OUT1  158.40   HR IN1  159.00   TOTAL:   .60 | | | | | |
| 1 | 5000 LB IND FORKLIFT DF | 250.00 | 250.00 | 515.00 | 1250.00 | 250.00 |
| | 22145    Make: DOOSAN  Model: G25E5   Ser #: FGA08-1820-05862 | | | | | |
| | HR OUT1  15.00   HR IN1  17.70   TOTAL:   2.70 | | | | | |

SALES ITEMS:

| Qty | Item number | Unit | Price | |
|---|---|---|---|---|
| 2.5 | GASOLINE | EA | 6.000 | 15.00 |
| | GASOLINE | | | |
| 1 | 7 | EA | 8.500 | 8.50 |
| | ENVIRONMENTAL FEE | | | |
| | DELIVERY CHARGE | | | 125.00 |
| | PICKUP CHARGE | | | 125.00 |

| | |
|---|---|
| Sub-total: | 683.50 |
| Fuel: | 15.00 |
| Damage waiver: | 59.50 |
| Tax: | 45.48 |
| Total: | 803.48 |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
(

**-PLEASE CONTACT BLUELINE IMMEDIATELY IF YOU ARE NOT COMPLETELY SATISFIED WITH YOUR EQUIPMENT-**

**LIMITED DAMAGE WAIVER - see reverse side for details and limitations.**

1. Limited Damage Waiver (LDW) is entirely optional at a cost of 14% of the rental price.
2. If accepted, Customer's loss/damage liability to BlueLine may be reduced.  See reverse for limitations.
3. If not accepted, all damage is the customer's responsibility.
4. If acceptable Certificate of Insurance is not provided, LDW MUST BE ACCEPTED.

Please initial if LDW is ACCEPTED

I have received, read and understand the Instructions regarding the use and operation of the rental equipment.  I assume full responsibility for all rented Equipment.  I have read and understand the terms and conditions of this rental agreement and I understand that I am entering into a binding contract with Lessor, as listed on the reverse.

CUSTOMER SIGNATURE          DATE          NAME PRINTED                    DELIVERED BY          DATE

IN CALIFORNIA -NO VEHICLE OR ENGINE SUBJECT TO THE IN-USE OFF-ROAD DIESEL REGULATION MAY IDLE FOR MORE THAN 5 CONSECUTIVE MINUTES, YOU AS RENTER/LESSEE ARE RESPONSIBLE FOR ABIDING BY THE REGULATION.  MORE INFO at WWW.ARB.CA.GOV/MSPROG/ORDIESEL/ORDIESEL.HTM
BLINV



## ANNA'S LINENS

*3550 Hyland Avenue, Costa Mesa, California 92626*

## PURCHASE ORDER

**P.O. Number:**      318 Closing
**Date of PO:**       5/13/2015
**Dept. Number:**     9001
**Ship Via:**         N/A
**Invoice Terms:**    Net 30

**Vendor:**

**The Marks Group**
**3110 Grandview Pl**
**Slidell, LA  70458**
**985-960-6700**

**Location:**

**Anna's Linens #318**
**5370 Stone Mountain HWY #510**
**Stone Mountain, GA  30087**

| Item | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | Provide insurance, tools, transportation, accommodations and labor | 1 | $    5,500.00 | $    5,500.00 |
| 2 | for the take down of fixtures at closing store #318 the end of June 2015 | | | $        - |
| 3 | Includes loading trucks, discarding old fixtures and leaving space broom clean. | | | $        - |
| 4 | | | | $        - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $        - |
| 7 | Remove any pylons from monuments | | | $        - |
| 8 | Remove any banners and give to store personnel | | | $        - |
| 9 | | | | $        - |
| 10 | Any additional charges will require original invoices / receipts | | | $        - |
| 11 | | | | $        - |
| 12 | | | | $        - |
| 13 | | | | $        - |
| 14 | | | | $        - |
| 15 | | | | $        - |
| 16 | | | | $        - |

| | | |
|---|---|---|
| Subtotal | $ | 5,500.00 |
| Sales Tax | | |
| TOTAL | $ | 5,500.00 |

*Michael C. Harnetiaux*                    5/13/2015

Michael Harnetiaux, SR. VP of Administration                    Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 6/6/2015 | 2012746 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 318 closing | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 318<br>5370 Stone Mountain HWY 510<br>Stone Mountain GA 30087 | 0.00 | 0.00 |
| | Provide labor, tools ,insurance, transportation and accommodations for crew to remove fixtures from sales floor and stock room. To load all fixtures in trucks provided by Annas Linens. Crew will also discard any fixture that is considered unusable and dismantle and discard of the cash wrap . | 5,500.00 | 5,500.00 |
| | Remove any Annas Linens Sign from Property Patch all Penetrations ,Cap all electrical and dispose of sign properly. Remove any pylons from monument. | 1,500.00 | 1,500.00 |
| | | **Total** | $7,000.00 |



# ANNA'S LINENS

*3550 Hyland Avenue, Costa Mesa, California  92626*

## PURCHASE ORDER

| | |
|---|---|
| **P.O. Number:** | 512 Closing |
| **Date of PO:** | 5/13/2015 |
| **Dept. Number:** | 9001 |
| **Ship Via:** | N/A |
| **Invoice Terms:** | Net 30 |

**Vendor:**

**The Marks Group**
**3110 Grandview Pl**
**Slidell, LA  70458**
**985-960-6700**

**Location:**

**Anna's Linens #512**
**University Plaza**
**1535 University Blvd. E, Suite B**
**Hyattsville, MD  20783**

| Item | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | Provide insurance, tools, transportation, accommodations and labor | 1 | $    5,500.00 | $    5,500.00 |
| 2 | for the take down of fixtures at closing store #512 The end of June 2015 | | | $            - |
| 3 | Includes loading trucks, discarding old fixtures and leaving space broom clean. | | | $            - |
| 4 | | | | $            - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $            - |
| 7 | Remove any pylons from monuments | | | $            - |
| 8 | Remove any banners and give to store personnel | | | $            - |
| 9 | | | | $            - |
| 10 | Any additional charges will require original invoices / receipts | | | $            - |
| 11 | | | | $            - |
| 12 | | | | $            - |
| 13 | | | | $            - |
| 14 | | | | $            - |
| 15 | | | | $            - |
| 16 | | | | $            - |

| | | |
|---|---|---|
| | **Subtotal** | $      5,500.00 |
| | **Sales Tax** | |
| | **TOTAL** | $      5,500.00 |

*Michael C. Harnetiaux*                          5/13/2015

Michael Harnetiaux, SR. VP of Administration                  Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|---|---|
| 6/6/2015 | 2012744 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|---|---|---|
| 512 closing | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Store 512<br>University Plaza<br>1535 University Blvd E Suite B<br>Hyattsville MD 20783 | 0.00 | 0.00 |
| | Provide labor, tools ,insurance, transportation and accommodations for crew to remove fixtures from sales floor and stock room. To load all fixtures in trucks provided by Annas Linens. Crew will also discard any fixture that is considered unusable and dismantle and discard of the cash wrap . | 5,500.00 | 5,500.00 |
| | Remove any Annas Linens Sign from Property Patch all Penetrations ,Cap all electrical and dispose of sign properly. Remove any pylons from monument. | 1,500.00 | 1,500.00 |

| | **Total** | $7,000.00 |
|---|---|---|



## ANNA'S LINENS

*3550 Hyland Avenue, Costa Mesa, California  92626*

## PURCHASE ORDER

| | |
|---|---|
| **P.O. Number:** | #230 Sign Only |
| **Date of PO:** | 5/13/2015 |
| **Dept. Number:** | 9001 |
| **Ship Via:** | N/A |
| **Invoice Terms:** | Net 30 |

**Vendor:**

**The Marks Group**
**3110 Grandview Pl**
**Slidell, LA  70458**
**985-960-6700**

**Location:**

**Anna's Linens #230**
**White Rock Marketplace**
**11255 Garland Rd., #1150**
**Dallas, TX  75218**

| Item | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | | | | $        - |
| 2 | | | | $        - |
| 3 | End of June 2015 | | | $        - |
| 4 | | | | $        - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $        - |
| 7 | Remove any pylons from monuments | | | $        - |
| 8 | Remove any banners and give to store personnel | | | $        - |
| 9 | | | | $        - |
| 10 | Any additional charges will require original invoices / receipts | | | $        - |
| 11 | | | | $        - |
| 12 | | | | $        - |
| 13 | | | | $        - |
| 14 | | | | $        - |
| 15 | | | | $        - |
| 16 | | | | $        - |
| | | | Subtotal | $        - |
| | | | Sales Tax | |
| | | | TOTAL | $        - |

*Michael C. Harnetiaux*                5/13/2015

Michael Harnetiaux, SR. VP of Administration                Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 6/6/2015 | 2012745 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 230 sign only | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 230<br>White Rock Marketplace<br>11255 Garland RD 1150<br>Dallas TX 75218 | 0.00 | 0.00 |
| | Remove any Annas Linens Sign from Property Patch all Penetrations ,Cap all electrical and dispose of sign properly. Remove any pylons from monument. | 1,500.00 | 1,500.00 |

| | **Total** | $1,500.00 |
|---|-----------|-----------|



## ANNA'S LINENS

*3550 Hyland Avenue, Costa Mesa, California  92626*

# PURCHASE ORDER

| | |
|---|---|
| **P.O. Number:** | #299 Sign Only |
| **Date of PO:** | 5/13/2015 |
| **Dept. Number:** | 9001 |
| **Ship Via:** | N/A |
| **Invoice Terms:** | Net 30 |

**Vendor:**

**The Marks Group**
**3110 Grandview Pl**
**Slidell, LA  70458**
**985-960-6700**

**Location:**

**Anna's Linens #299**
**Sugar Park**
**11852 Wilcrest Drive**
**Houston, TX  77031**

| Item | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | | | | $          - |
| 2 | | | | $          - |
| 3 | End of June 2015 | | | $          - |
| 4 | | | | $          - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $          - |
| 7 | Remove any pylons from monuments | | | $          - |
| 8 | Remove any banners and give to store personnel | | | $          - |
| 9 | | | | $          - |
| 10 | Any additional charges will require original invoices / receipts | | | $          - |
| 11 | | | | $          - |
| 12 | | | | $          - |
| 13 | | | | $          - |
| 14 | | | | $          - |
| 15 | | | | $          - |
| 16 | | | | $          - |
| | | | Subtotal | $          - |
| | | | Sales Tax | |
| | | | TOTAL | $          - |

*Michael C. Harnetiaux*                    5/13/2015

Michael Harnetiaux, SR. VP of Administration                    Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
| --- | --- |
| 6/6/2015 | 2012743 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
| --- | --- | --- |
| 299 sign only | Due on receipt | |

| Quantity | Description | Rate | Amount |
| --- | --- | --- | --- |
| | Store 299<br>Sugar Park<br>11852 Wilcrest drive<br>Houston TX 77031 | 0.00 | 0.00 |
| | Remove any Annas Linens Sign from Property Patch all Penetrations ,Cap all electrical and dispose of sign properly. Remove any pylons from monument. | 1,500.00 | 1,500.00 |

| | **Total** | $1,500.00 |
| --- | --- | --- |



**ANNA'S LINENS**

*3550 Hyland Avenue, Costa Mesa, California 92626*

## PURCHASE ORDER

| | |
|---|---|
| **P.O. Number:** | #303 Sign Only |
| **Date of PO:** | 5/13/2015 |
| **Dept. Number:** | 9001 |
| **Ship Via:** | N/A |
| **Invoice Terms:** | Net 30 |

**Vendor:**

**The Marks Group**
**3110 Grandview Pl**
**Slidell, LA 70458**
**985-960-6700**

**Location:**

**Anna's Linens #303**
**South DeKalb Mall**
**2801 Candler Rd., #61B**
**Decatur, GA 30034**

| Item | Description | Quantity | Unit Price | Extended Price |
|---|---|---|---|---|
| 1 | | | | $ - |
| 2 | | | | $ - |
| 3 | End of June 2015 | | | $ - |
| 4 | | | | $ - |
| 5 | Remove any Anna's Linens exterior Signage, patch all penetrations, | | TBD | TBD |
| 6 | cap all electrical, and dispose of signage off premises properly. | | | $ - |
| 7 | Remove any pylons from monuments | | | $ - |
| 8 | Remove any banners and give to store personnel | | | $ - |
| 9 | | | | $ - |
| 10 | Any additional charges will require original invoices / receipts | | | $ - |
| 11 | | | | $ - |
| 12 | | | | $ - |
| 13 | | | | $ - |
| 14 | | | | $ - |
| 15 | | | | $ - |
| 16 | | | | $ - |

| | | |
|---|---|---|
| **Subtotal** | $ | - |
| **Sales Tax** | | |
| **TOTAL** | $ | - |

*Michael C. Harnetiaux*                    5/13/2015

Michael Harnetiaux, SR. VP of Administration                    Date

# Invoice

**MARKS GROUP LLC**

3110 Grandview pl.
Slidell, LA 70458

| Date | Invoice # |
|------|-----------|
| 6/6/2015 | 2012742 |

**Bill To**

Anna's Linen
3550 Hyland Ave
Costa Mesa ,CA 92626

| P.O. No. | Terms | Project |
|----------|-------|---------|
| 303 sign only | Due on receipt | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| | Store 303<br>South Dekalb Mall<br>2801 Candler rd 61b<br>Decatur GA 30034 | 0.00 | 0.00 |
| | Remove any Annas Linens Sign from Property Patch all Penetrations ,Cap all electrical and dispose of sign properly. Remove any pylons from monument. | 1,500.00 | 1,500.00 |

| | **Total** | $1,500.00 |
|---|-----------|-----------|



**Capital One Bank**
P.O. Box 85504
Richmond, VA 23285-5504
Date: June 17, 2015  Advice D-100658

Acct: ▮▮▮▮▮▮▮                    Sub: 0

Cash Item:/

| | Reason | Seq # | Item Amount |
|---|---|---|---|
| | Refer to Maker | | $21,656.38 |

THE FOLLOWING IS A LIST OF CHECK(S)
DEPOSITED BY YOU THAT HAVE BEEN RETURNED
UNPAID.

MARK GROUP LLC
3110 GRANDVIEW PL
SLIDELL LA        70458

1 Item(s) Charged Back Totaling  $21,656.38
1 Item Fee(s) Totaling        $10.00

Advice Total:        $21,666.38 D

Branch: 42481



06/17/2015

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

RETURN REASON-S
REFER TO MAKER

**REFER TO MAKER**

06/12/2015

**ANNA'S LINENS**
Bed & Bath and Windows, Too!

Union Bank Disbursement Services
Los Angeles, CA 90071
90-4160/1222

253525

AMOUNT
***21,656.38*

CHECK NO. 253525        DATE 06/10/15

*****Twenty-One Thousand Six Hundred Fifty-Six Dollars and Thirty-Eight Cents

PAY
TO THE    MARKS GROUP L.L.C.
ORDER     248 Blue Crane 1 Drive
OF        Slidell, LA 70461

⑈253525⑈