DAVID B. GOLUBCHIK (SBN 185520)
EVE H. KARASIK (SBN 155356)
JULIET Y. OH (SBN 211414)
LINDSEY L. SMITH (SBN 265401)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234; Facsimile: (310) 229-1244
Email: dbg@lnbyb.com, ehk@lnbyb.com, jyo@lnbyb.com, lls@lnbyb.com

Attorneys for Chapter 11 Debtor
and Debtor in Possession

**FILED & ENTERED**

**DEC 10 2015**

**CLERK U.S. BANKRUPTCY COURT**
Central District of California
BY deramus DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
### (SANTA ANA DIVISION)

In re:

Anna's Linen's, Inc.

    Debtor and Debtor in Possession.

) Case No.: 8:15-bk-13008-TA
)
)
) Chapter 11 Case
)
)
) **ORDER RE: FIRST INTERIM**
) **APPLICATIONS FOR APPROVAL OF**
) **FEES AND REIMBURSEMENT OF**
) **EXPENSES**
)
)
) Date:    December 2, 2015
) Time:    10:00 a.m.
) Place:   Courtroom "5B"
)          411 West Fourth Street
)          Santa Ana, CA 92701
)
) **CHANGES MADE BY COURT, SEE**
) **BOLDED, UNDERLINED AND**
) **STRICKEN LANGUAGE ON PAGE 3**

1

A hearing was held on December 2, 2015, at 10:00 a.m., before the Honorable Theodor C. Albert, United States Bankruptcy Judge for the Central District of California, in Courtroom 5B of the Bankruptcy Courthouse located at 411 West Fourth Street, Santa Ana, California, for the Court to consider the first interim applications for approval of fees and reimbursement of expenses (collectively, the "Applications" and each a "Application") of the professionals who have been employed in the chapter 11 bankruptcy case of the above-referenced chapter 11 debtor and debtor-in-possession (the "Debtor"). Appearances were as set forth on the Court's record.

This Court, having considered the Applications filed by Levene, Neale, Bender, Yoo & Bill L.L.P. ("LNBYB"), bankruptcy counsel for the Debtor, PricewaterhouseCoopers LLP ("PwC"), financial advisors for the Debtor, Pachulski, Stang, Ziehl & Jones LLP ("PSZJ"), counsel for the Official Committee of Unsecured Creditors (the "Committee"), and EisnerAmper LLP ("EA"), financial advisors for the Committee, all declarations and other evidence in support of the Applications, the opposition and amended opposition to PSZJ's Application filed by California State Board of Equalization ("CSBE"), the Stipulation regarding PSZJ Application between PSZJ and CSBE, the Stipulation regarding PSZJ Application between PSZJ and the Office of the United States Trustee ("OUST"), the Stipulation regarding LNBYB Application between LNBYB and the OUST, the statements and representations of counsel at the hearing on the Applications, the entire record in this case, and for good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Stipulation between LNBYB and OUST is hereby approved in its entirety and incorporated herein by this reference;

2. The Stipulation between PSZJ and OUST is hereby approved in its entirety and incorporated herein by this reference;

3. The Stipulation between PSZJ and CSBE is hereby approved in its entirety and incorporated herein by this reference;

4. LNBYB's fees, in the amount of $964,035.50 (after reduction of $15,000 pursuant to Stipulation with OUST), and expenses, in the amount of $72,788.92, for total fees and

2

1    expenses in the amount of $1,036,824.42, for the time period from June 14, 2015 through October

2    15, 2015, are hereby approved on an interim basis;

3        5.    After application of LNBYB's pre-petition retainer available on the Petition Date,

4    in the amount of $191,398.34, to the foregoing allowed fees and costs of $1,036,824.42, a balance

5    of $845,426.08 remains unpaid;

6        6.    PwC's fees, in the amount of $354,802.50, expenses, in the amount of $9,782.90,

7    for total fees and expenses in the amount of $364,585.40, for the time period from June 14, 2015

8    through September 30, 2015, are hereby approved on an interim basis;

9        7.    After application of PwC's pre-petition retainer available on the Petition Date, in

10    the amount of $8,437.00, to the foregoing allowed fees and costs of $364,585.40, a balance of

11    $356,148.40 remains unpaid;

12        8.    LNBYB, which is holding segregated carveout funds for the exclusive benefit of

13    the Debtor's professionals, in the amount of $915,000, is hereby authorized and instructed to

14    disburse such funds to LNBYB and PWC on a pro-rata basis by distributing $643,614.92 to

15    LNBYB and $271,385.08 to PwC;

16        9.    PSZJ's fees, in the amount of ~~**$767,166.25**~~ **$766,572.75 (see Stip #1201 filed**

17    **11/20/15 at page 3)** (after reduction of $66,000 pursuant to Stipulation with OUST), and

18    expenses, in the amount of $16,842.23, for total fees and expenses in the amount of ~~**$784,008.48**~~,

19    **$783,414.98 (see Stip #1201 filed 11/20/15 at page 3)** for the time period from June 25, 2015

20    through September 30, 2015, are hereby approved on an interim basis, subject to the terms of the

21    Stipulation between PSZJ and the CSBE;

22        10.    EA's fees, in the amount of ~~**$176,162.50**~~ **$176,566.60 (see Application #1172 fled**

23    **11/11/15 at page 14)**, and expenses, in the amount of ~~**$15.83,**~~ **$0.00 (see Application #1172 fled**

24    **11/11/15 at page 14)** for total fees and expenses in the amount of ~~**$176,178.33**~~, **$176,566.50** for

25    the time period from June 30, 2015 through September 30, 2015, are hereby approved on an

26    interim basis;

27        11.    LNBYB, which is holding segregated carveout funds for the exclusive benefit of

28    the Committee's professionals, in the amount of $625,000, is hereby authorized and instructed to

disburse such funds to PSZJ and EA on a pro-rata basis by distributing $510,322.88 to PSZJ and $114,677.12 to EA; and

12. The unpaid balance of the foregoing allowed fees and costs (i.e., allowed fees and costs less payment made per provisions of this Order) shall be paid upon further order of this Court.

IT IS SO ORDERED.

###

Date: December 10, 2015

*Theodor C. Albert*
Theodor C. Albert
United States Bankruptcy Judge

4