Anthony R. Calascibetta, CPA, CFF, CTP
EisnerAmper LLP
111 Wood Ave S
Iselin, NJ 08861
Telephone: (732) 243-7389
Facsimile:  (732) 951-7589
Email: *Anthony.Calascibetta@eisneramper.com*

Financial Advisors to the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No.: 8:15-13008 TA |
| ANNA'S LINENS, INC., | Chapter 7 |
| Debtor. | |
| | **SECOND INTERIM AND FINAL APPLICATION OF EISNERAMPER LLP, FINANCIAL ADVISORS  TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF ANTHONY R. CALASCIBETTA** |
| | [Fee Period:  June 30, 2015 through March 30, 2016] |
| | <u>Hearing</u><br>Date:   April 10, 2017<br>Time:  10:00 a.m.<br>Place: Courtroom 5B<br>      411 West Fourth Street<br>      Santa Ana, CA  92701 |
| | Judge:  Honorable. Theodor C. Albert |

*EisnerAmper LLP*
*Iselin, NJ*

DOCS_SF:93451.5 03751/002

**TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE, DEBTOR, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL PARTIES REQUESTING SPECIAL NOTICE:**

EisnerAmper LLP ("EisnerAmper" or the "Firm"), the financial advisors to the Official Committee of Unsecured Creditors in the Anna's Linens Inc. (the "Debtor") case hereby submits this *Second Interim and Final Application of EisnerAmper LLP, Financial Advisors to the Official Committee of Unsecured Creditors to the Debtor for Payment of Fees and Reimbursement of Expenses* (the "Application") requesting (i) interim and final approval for the second interim period of October 1, 2015 through March 30, 2016 (the "Interim Fee Period"); and (ii) final approval for the first interim period.  Any opposition or responsive paper must be filed and served at least fourteen (14) days prior to the hearing on this Application in the form required by Local Bankruptcy Rule 9013-1(f).

During the Interim Fee Period, EisnerAmper performed necessary services on behalf of the Official Committee of Unsecured Creditors (the "Committee") for the benefit of the Debtor's bankruptcy estate. In support of this Application, EisnerAmper respectfully represents as follows:

**I.**

**SUMMARY**

| | |
|---|---|
| **Name of Applicant:** | EisnerAmper LLP |
| **Authorized to provide Professional services to:** | The Official Committee of Unsecured Creditors, Anna's Linens, Inc. |
| **Second Interim Fee Period:** | October 1, 2015 through March 30, 2016 |
| **Amount of Compensation sought as actual, reasonable & necessary:** | $74,180.00 |
| **Amount of Expenses sought as actual, reasonable & necessary:** | $31.93 |
| **Petition Date:** | The Debtor commenced its Chapter 11 bankruptcy case with filing of voluntary petition under Chapter 11 of the Bankruptcy Code on June 14, 2015. |
| **Date of Retention:** | June 30, 2015 |

EISNERAMPER LLP
ISELIN, NJ

DOCS_SF:93451.5 03751/002

| | |
|---|---|
| **Date of entry of Order approving Employment:** | August 12, 2015 with employment effective as of June 30, 2015 |
| **Total compensation approved by interim order to date:** | $176,566.60 |
| **Total expenses approved by interim order to date:** | $0.00 |
| **Total allowed compensation paid to date:** | $114,677.12 |
| **Total allowed expenses paid to date:** | $0.00 |

## II.

## FEES AND EXPENSES INCURRED AND NOTICE

### A.    Fees and Expenses Previously Requested

On November 11, 2015, EisnerAmper filed a first interim application for Compensation and Reimbursement of Expenses ("First Interim Application") for services rendered to the Committee during the period June 30, 2015 to September 30, 2015, seeking fees in the amount of $176,566.50 and expenses of $0.00. On December 10, 2015, an Order was entered awarding the Applicant $176,566.50 and $0.00 in reimbursable expense. A true and correct copy of the Order approving the First Interim Fee Application is attached here to as **Exhibit A**.  Subsequently, on December 14, 2015, EisnerAmper received partial payment of fees of $114,667.12.  The First Interim Fee Application is incorporated as through fully set forth herein.  By this Application, EisnerAmper requests final approval of the fees and expenses incurred under the First Interim Fee Application.

### B.    Request for Allowance and Payment of Fees and Reimbursement of Expenses

During the Fee Period, EisnerAmper incurred fees in the amount of $74,180.00 and expenses in the amount of $31.93 for total fees and expenses in the amount of $74,211.93 for the benefit of the Committee.  EisnerAmper requests interim and final approval of the fees and costs incurred during the Interim Fee Period.  EisnerAmper has not received and payments from the Debtor on account of the fees and costs incurred during the Fee Period.

EISNERAMPER LLP
Iselin, NJ

1    Pursuant to Federal Rules of Bankruptcy Procedure 2016(b), EisnerAmper has not shared nor

2    has EisnerAmper agreed to share (a) any compensation it may receive with another person other than

3    with the member of EisnerAmper or (b) any compensation another person or party has not received

4    or may receive in this case.

5    As described in more detail below, during the Fee Period, EisnerAmper has performed

6    critical and necessary services on behalf of the Committee. These services have benefited the

7    Committee. EisnerAmper believes that the compensation requested for these services is reasonable

8    and should be approved.

9    **C.    <u>Proper Notice</u>**

10    Pursuant to Federal Rule of Bankruptcy Procedure 2002(a)(6) and Local Bankruptcy Rule

11    2016-1(c)(3), notice of this Application and the amount of fees and expenses sought herein has been

12    served upon the Debtor, Trustee, the Office of the United States Trustee, and all parties who have

13    requested special notice.

**III.**

**<u>STATEMENT OF FACTS AND RELEVANT INFORMATION</u>**

16    **A.    <u>Brief Narrative History</u>**

17    The Debtor filed a voluntary petition under Chapter 11 of 11 U.S.C. §§ 101 *et seq.* (the

18    "<u>Bankruptcy Code</u>") on June 14, 2015 (the "<u>Petition Date</u>").

19    On March 2, 2016, a motion to convert the case under Chapter 7 of the Bankruptcy Code was

20    filed by the Debtor.

21    On March 30, 2016, an Order was entered by the Court to convert the Chapter 11 case to a

22    case under Chapter 7. On March 31, 2016, a Notice of Appointment of Trustee and Fixing of Bond;

23    Receiver of Appointment of Trustee was filed with the Court identifying Karen S. Naylor as the

24    Trustee.

25    **B.    <u>Retention and Date of the Entry of the Order</u>**
26    **<u>Approving the Employment of EisnerAmper</u>**

27    On June 30, 2015, the Committee elected to retain EisnerAmper to serve as financial advisors

28    to the Committee. On July 16, 2015, the Committee filed an *Application pursuant to Section 1103*

EisnerAmper LLP
Iselin, NJ

*(A) of the Bankruptcy Code for Authority to employ EisnerAmper LLP, as Financial Advisors to the Committee Effective as of June 30, 2015*; *Declaration of Anthony R. Calascibetta in Support Thereof* (the "Employment Application"). Pursuant to the Employment Application, the Committee sought court authority to employ EisnerAmper, effective as of June 30, 2015, to provide financial advisory services to the Committee.

Upon consideration of the Employment Application, and having received no opposition to the Employment Application, the Court approved the Employment Application pursuant to the entry of an order on August 12, 2015.

EisnerAmper has performed critical and necessary services on behalf of the Committee and its estate and not on behalf of any Debtor, creditor or other person. EisnerAmper believes that the fees and costs requested to be approved and awarded are reasonable and are based upon necessary services performed on behalf of and at the request of the Debtor.

**C.    Brief Narrative Statements of the Services
        Rendered by EisnerAmper during the Fee Period**

**Asset Analysis and Recovery**

This category relates to work regarding the analysis of assets of the estate and the recovery thereof for the benefit of the estate and its creditors. During the Interim Fee Period, the Firm, among other things:  (1) reviewed inventory sharing calculation and reconciliation of expenses; (2) prepared and revised the waterfall analysis and held discussions with Committee's and Debtor's professionals regarding analysis; and (3) reviewed Debtor's budget, liens schedule and 503(b)(9) analyses and inclusion in waterfall analysis.

EisnerAmper spent 29.0 hours on matters relating to the Asset Analysis and Recovery category, accounting for $14,874.00 of the fees incurred during the Interim Fee Period.

**Business Operations**

This category relates to work regarding the going out of business sales and winddown process of the Debtor. During the Interim Fee Period, the Firm, among other things:  (1) reviewed, analyzed and reconciled budgets, budget to actuals and winddown plans and various discussions with professionals to the Debtor and the Committee; (2) reviewed and reconciled reserves related to

EISNERAMPER LLP
ISELIN, NJ

secured creditor; (3) various discussions with Committee's professionals and Debtor's professionals regarding winddown of Debtor.

The Firm spent 46.8 hours on matters relating to the Business Operations category, accounting for $23,832.50 of the fees incurred during the Interim Fee Period.

**Claims Admin & Objections**

This category relates to work regarding warehouse and shippers claims, lease rejection claims and 503(b)(9) claims. During the Interim Fee Period, the Firm, among other things:  (1) reviewed claims register and claims database and discussed claims reconciliation process with Debtor's professionals; (2) reviewed and analyzed 503(b)(9) claims analysis and individual 503(b)(9) claims by creditor and related proposed settlements and motions; (3) reviewed, analyzed and discussed various lease related claims and settlements with Debtor's and Committee's professionals.

The Firm spent 30.3 hours on matters relating to the Claims Admin & Objections category, accounting for $14,864.00 of the fees incurred during the Interim Fee Period.

**Client Meeting**

This category relates to client meetings. During the Interim Fee Period, the Firm, among other things:  (1) analyzed and prepared various analyses for presentation to the Committee; (2) discussions with Committee's counsel regarding Committee conference calls; and (3) attendance during Committee conference calls to discuss asset recoveries, DIP budget matters, 503(b)(9) analyses, inventory sharing calculation and Debtor's winddown process.

The Firm spent 9.7 hours on matters relating to the Client Meeting category, accounting for $4,989.00 of the fees incurred during the Interim Fee Period.

**Fee/Employment Application**

This category relates to work regarding the preparation of EisnerAmper's first interim fee application and attendance telephonically at the fee hearing.

The Firm spent 8.0 hours on matters relating to the Fee/Employment Application category, accounting for $3,426.50 of the fees incurred during the Interim Fee Period.

EISNERAMPER LLP
ISELIN, NJ

**Litigation Support**

This category relates to the time spent related to potential causes of action against secured lender. During the Interim Fee Period the Firm, among other things, (1) reviewed and analyzed capitalization schedules, unsecured debt schedules and discussed with Committee counsel; (2) discussions with Committee counsel regarding secured lender litigation; and (3) reviewed and discussed mediation documents, exhibits and submissions with Committee counsel.

The Firm spent 17.9 hours on matters relating to the Litigation Support category, accounting for $7,408.00 of the fees incurred during the Interim Fee Period.

**Preferences**

This category relates to the time spent related to potential preference causes of action. During the Interim Fee Period the Firm, among other things, (1) reviewed and analyzed Debtor's preference schedules and pivot tables and discussed with Debtor's professionals; (2) discussed preference related schedules and pivot tables with Committee counsel.

The Firm spent 9.4 hours on matters relating to the Preferences category, accounting for $4,786.00 of the fees incurred during the Interim Fee Period.

**D.    Detailed Listing of All Time Spent By EisnerAmper for which Compensation is Sought**

**Exhibit B** contains a summary of hours and fees by project category, of the Firm's services in this Chapter 11 case that were incurred during the Interim Fee Period covered by this Application. Such summary includes the time spent, rate and billing attributable to each person who performed compensable services for the Committee. As noted in such exhibit, where appropriate, the Firm may combine some categories with minor amounts of time. **Exhibit C** contains the Firm's detailed time records during the Interim Fee Period.

**E.    Hourly Rates (Local Bankruptcy Rule 2016-1(a) (1) (G) and (I)**

The hourly rates of all professionals and paraprofessionals rendering services in this case are set forth on **Exhibit D** attached hereto.

**F.    Detailed Listing of Expenses**

Based upon review of EisnerAmper's internal billing records, EisnerAmper professionals incurred out-of-pocket expenditures during the Interim Fee Period. The expense records of

EISNERAMPER LLP
ISELIN, NJ

EisnerAmper LLP
Iselin, NJ

1   EisnerAmper provide individual entries for each expenditure are attached as **Exhibit E**. The Firm

2   believes that all of its expenses were necessarily incurred and are properly charged.

3   **G.    Description of Professional Education and Experience**
       **(Local Bankruptcy Rule 2016-1(a) (1) (H))**

4       **Exhibit F** contains a description of the professional education and biographies of the primary

5   professionals employed by the Firm who provided services in this Case. The Firm has no

6   understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the

7   fees to be awarded in these proceedings, except to be shared among members of the Firm.

8   **H.    Source and Amount of Cash Available to Pay**
       **EisnerAmper's Allowed Fees and Expenses**

9       The source of funds to be used to pay EisnerAmper's Fees and Expenses are funds belonging

10  to and that are being held by the Debtor's estate.

11  **I.    Notice of Application and Hearing**

12      Notice of this Application and the Application has been served on the Chapter 7 Trustee, the

13  United States Trustee, and their counsel by first class mail, and by ECF on all other parties

14  requesting special notice under Federal Rule of Bankruptcy Procedure 2002. Complete copies of the

15  Application will be promptly furnished to any other party upon specific request. Therefore, notice

16  should be deemed adequate under the circumstances.

17                                   **IV.**

18                            **STANDARD OF LAW**

19      Prior to the enactment of the Bankruptcy Code, the rule with respect to compensation

20  requests in the Ninth Circuit was that the Bankruptcy Court should award attorneys' fees in

21  accordance with a "strict rule of economy test." *In re THC Financial Corp*., 659 F.2d 951, 955 n.2

22  (9th Cir.1981), *cert. denied*, 456 U.S. 977 (1982). This is no longer the law. The legislative history

23  to section 330 of the Bankruptcy Code indicates that Congress was primarily concerned with

24  protecting the public interest in the smooth, efficient operation of the bankruptcy system by

25  encouraging competent bankruptcy specialists to remain in the field. *First National Bank of Chicago

26  v. Committee of Creditors Holding Unsecured Claims* (*In re Powerline Oil Co.*), 71 B.R. 767, 770

27  (Bankr. 9th Cir. 1986); *In re Baldwin-United Corp*., 79 B.R. 321, 346 (Bankr. S.D. Ohio 1987).

DOCS_SF:93451.5 03751/002

Toward this end, Congress specifically disavowed notions of economy of administration, and provided that compensation in bankruptcy case should be comparable to what is charged in nonbankruptcy matters. *Id.* at 346.

Under the lodestar approach, the Court is to determine the number of hours reasonably expended in an attorney's representation of a debtor and multiply such number by a reasonable hourly rate for the services performed. *See Delaware Valley Citizens' Council for Clear Air*, 478 U.S. at 565; *In re Powerline Oil Co.*, 71 B.R. at 770. A reasonable hourly rate is presumptively the rate the marketplace pays for the services rendered. *Missouri v. Jenkins by Agyei,* 491 U.S. 274, 109 S.Ct. 2463, 2469 (1989); *Burgess v. Klenske* (*In re Manoa Finance Co., Inc.),* 853 F.2d 687, 691 (9th Cir.1988). Recognizing that the determination of an appropriate "market rate" for the services of a lawyer is inherently difficult, the Supreme Court stated:

> Market prices of commodities and most services are determined by supply and demand. In this traditional sense there is no such thing as a prevailing market rate for the service of lawyers in a particular community. The type of services rendered by lawyers, as well as its experience, skill, and reputation, varies extensively --even within a law firm. Accordingly, the hourly rates of lawyers in private practice also vary widely. The fees charged often are based on the product of hours devoted to the representation multiplied by the lawyer's customary rate.

*Blum v. Stenson*, 465 U.S. 886, 895 n.11 (1984). The Supreme Court has stated that a reasonable attorney's fee "means a fee that would have been deemed reasonable if billed to affluent plaintiffs by its own attorneys." *Missouri v. Jenkins by Agyei*, 109 S.Ct. at 2470 (quoting *City of Riverside v. Rivera*, 477 U.S. 561, 591 (1986) (Rehnquist, J. dissenting)). Accordingly, a reasonable hourly rate is the hourly amount to which attorneys in the area with comparable skill, experience and reputation typically would be entitled as compensation. *Blum v. Stenson*, 465 U.S. at 895 n.11. EisnerAmper respectfully submits that the hourly rate of its professionals are reasonable and appropriate in the relevant community, and that the fees and expenses incurred by EisnerAmper in this case are reasonable and appropriate, particularly in light of the results achieved in this case.

EISNERAMPER LLP
Iselin, NJ

DOCS_SF:93451.5 03751/002

1     **WHEREFORE,** based on the foregoing EisnerAmper LLP respectfully requests that this

2    Court enter an Order:

3     (1) allowing on an interim and final basis EisnerAmper's fees in the amount of $74,180.00

4    and reimbursement of expenses in the amount of $31.93 for the period October 1, 2015 through

5    March 30, 2016 for a total of fees and expenses of $74,211.93;

6     (2) approving the First Interim Fee Application on a final basis; and

7     (3) granting such other and further relief as is appropriate.

8

9    Dated: March 16 , 2017       EISNERAMPER LLP

10

11              By

12                    Anthony R. Calascibetta
Financial Advisor for the Official

13                    Committee of Unsecured Creditors

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EISNERAMPER LLP
ISELIN, NJ

## DECLARATION OF ANTHONY R. CALASCIBETTA

I, Anthony R. Calascibetta, declare as follows:

1.      I am a Partner in the Bankruptcy and Restructuring Group of EisnerAmper LLP ("EisnerAmper" or the "Firm"), and accounting firm having significant expertise in bankruptcy, restructuring, and financial advisory services. EisnerAmper has offices located at 111 Wood Avenue South, Iselin, NJ 08830.

2.      I have assisted in the preparation of and reviewed, the second interim and final application of EisnerAmper for approval of fees and reimbursement of expenses (the "Application") to which this declaration is attached. To the best of my knowledge, information and belief, all of the matters stated in the Application are true and correct. All capitalized terms not specifically defined herein shall have the meanings ascribed to them in the Application.

3.      Pursuant to the Application, EisnerAmper seeks interim and final approval and allowance of its fees and expenses incurred during the period from October 1, 2015 through and including March 30, 2016 (the "Interim Fee Period") in the sum of $74,211.93, representing allowances of fees in the amount of $74,180.00 and expenses in the amount of $31.93, for total fees and expenses in the amount of $74,211.93 (the "Fees and Expenses") and final approval of its First Interim Fee Application. The amounts requested in the Application for fees incurred by EisnerAmper are based on EisnerAmper's business records which are kept in the ordinary course of business by EisnerAmper.

4.      Attached hereto as **Exhibits B** and **C**, which summarize the fees billed by the professional level members of EisnerAmper that performed services for the Official Committee of Unsecured Creditors, (the "Committee"), and include a detailed listing of all of the time that EisnerAmper spent during the Interim Fee Period in connection with the services that EisnerAmper provided to the Committee and for which EisnerAmper seeks compensation, including the date EisnerAmper rendered the service, a description of the services, the amount of time spent and designation of the person who rendered the service for the period of time for the Interim Fee Period.

5.      **Exhibit D** hereto also includes a list of the hourly billing rates for the professionals of EisnerAmper that performed financial advisory services to the Unsecured Creditors Committee

EISNERAMPER LLP
ISELIN, NJ

6.      **Exhibit E** hereto also includes a list of expenses incurred by the professionals of EisnerAmper that performed financial advisory services to the Unsecured Creditors Committee.

7.      Attached hereto as **Exhibit F** is professional biographical information about William Pederson, Director, and myself as we are the primary financial advisors from EisnerAmper that provided services to the Committee.

8.      The amounts requested in the Application for compensation of fees and reimbursement of expenses incurred are based on EisnerAmper's business records, which are kept and maintained by EisnerAmper in the ordinary course of business. I reviewed such business records to the extent necessary to prepare the Application and this declaration.

9.      EisnerAmper has not received either a post-petition retainer and/or any payments from the Debtor in connection with the fees and costs referenced herein in the Fee Period. Based on the foregoing, pursuant to the Application, EisnerAmper is seeking: (a) interim and final approval and allowance of its fees and expenses incurred during the Fee Period, in the total sum of $74,211.93 and (b) final allowance of the First Interim Fee Application.

10.      EisnerAmper has not shared nor has EisnerAmper agreed to share (a) any compensation it may receive with another person other than with the member of EisnerAmper or (b) any compensation another person or party has received or may receive.

11.      The Application is the second interim and final fee application of EisnerAmper. EisnerAmper has performed critical and necessary services on behalf of the Committee to the Debtor's estate and not on behalf of the Debtor, creditor, or other person. I believe that the fees and costs requested to be approved and awarded are reasonable and are based upon necessary services performed on behalf of and at the request of the Committee and its counsel.

12.      Throughout the Debtor's bankruptcy case, EisnerAmper reviewed the Debtor's going out of business sales and winddown process, reviewed and analyzed the DIP budget and budget to actuals, inventory sharing allocation, and assisted Committee's Counsel relating to potential preference and secured creditor related litigation.

13.      Additionally, EisnerAmper advised the Committee on other financial matters throughout the course of the Debtor's bankruptcy case, including financial matters regarding the

EISNERAMPER LLP
Iselin, NJ

1  warehouse and shipper lien claims, taxes, claims analyses, 503(b)(9) analyses and the winddown

2  process of the Debtor.

3       14.    In addition to the services described above, EisnerAmper advised the Debtor on other

4  financial matters as they arose during the course of the Debtor's bankruptcy case.

5       15.    It is my understanding and belief that there is sufficient cash in the estate of the

6  Debtor to pay all of the fees and costs requested by such professionals.

7

8       I declare and verify under penalty of perjury under the laws of the State of California and the

9  United States of America that the foregoing is true and correct.

10

11       Executed this 16 day of March, 2017 at Iselin, New Jersey

12

13                                  Anthony R. Calascibetta

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EISNERAMPER LLP
ISELIN, NJ

DOCS_SF:93451.2 03751/002            14

# Summary of Exhibits

                                                                    **Exhibit**:

*Fees and Expenses Previously Requested*

    First Interim Fee Application Order                         A

*Hourly and Case Administration Services*

    Summary of Hours and Fees by Project Category               B

    Detail of Hours and Fees by Project and Professional        C

    Summary of Hours and Fees by Professional                   D

*Listing of Expenses*

    Summary of Expense Records                                  E

*Background Information – Biographies*                          F

EISNERAMPER LLP
ISELIN, NJ

# ~ Exhibit A ~

1   DAVID B. GOLUBCHIK (SBN 185520)
2   EVE H. KARASIK (SBN 155356)
    JULIET Y. OH (SBN 211414)
3   LINDSEY L. SMITH (SBN 265401)
    LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
4   10250 Constellation Boulevard, Suite 1700
    Los Angeles, California 90067
5   Telephone:  (310) 229-1234; Facsimile:  (310) 229-1244
    Email: dbg@lnbyb.com, ehk@lnbyb.com, jyo@lnbyb.com, lls@lnbyb.com
6

**FILED & ENTERED**

**DEC 10 2015**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus  DEPUTY CLERK

7   Attorneys for Chapter 11 Debtor
    and Debtor in Possession

<span style="color:red">CHANGES MADE BY COURT</span>

8                    UNITED STATES BANKRUPTCY COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
                          (SANTA ANA DIVISION)
10

11  In re:                                    ) Case No.: 8:15-bk-13008-TA
                                              )
12  Anna's Linen's, Inc.                      )
                                              ) Chapter 11 Case
13           Debtor and Debtor in Possession. )
                                              )
14                                            ) **ORDER RE: FIRST INTERIM**
                                              ) **APPLICATIONS FOR APPROVAL OF**
15                                            ) **FEES AND REIMBURSEMENT OF**
                                              ) **EXPENSES**
16                                            )
                                              )
17                                            ) Date:      December 2, 2015
                                              ) Time:      10:00 a.m.
18                                            ) Place:     Courtroom "5B"
                                              )            411 West Fourth Street
19                                            )            Santa Ana, CA 92701
                                              )
20                                            )
                                              ) **CHANGES MADE BY COURT, SEE**
21                                            ) **BOLDED, UNDERLINED AND**
                                              ) **STRICKEN LANGUAGE ON PAGE 3**
22                                            )
                                              )
23                                            )
                                              )
24                                            )
                                              )
25                                            )
                                              )
26                                            )
                                              )
27                                            )
                                              )
28  _____ )

17

A hearing was held on December 2, 2015, at 10:00 a.m., before the Honorable Theodor C. Albert, United States Bankruptcy Judge for the Central District of California, in Courtroom 5B of the Bankruptcy Courthouse located at 411 West Fourth Street, Santa Ana, California, for the Court to consider the first interim applications for approval of fees and reimbursement of expenses (collectively, the "<u>Applications</u>" and each a "<u>Application</u>") of the professionals who have been employed in the chapter 11 bankruptcy case of the above-referenced chapter 11 debtor and debtor-in-possession (the "<u>Debtor</u>").  Appearances were as set forth on the Court's record.

This Court, having considered the Applications filed by Levene, Neale, Bender, Yoo & Bill L.L.P. ("<u>LNBYB</u>"), bankruptcy counsel for the Debtor, PricewaterhouseCoopers LLP ("<u>PwC</u>"), financial advisors for the Debtor, Pachulski, Stang, Ziehl & Jones LLP ("<u>PSZJ</u>"), counsel for the Official Committee of Unsecured Creditors (the "<u>Committee</u>"), and EisnerAmper LLP ("<u>EA</u>"), financial advisors for the Committee, all declarations and other evidence in support of the Applications, the opposition and amended opposition to PSZJ's Application filed by California State Board of Equalization ("<u>CSBE</u>"), the Stipulation regarding PSZJ Application between PSZJ and CSBE, the Stipulation regarding PSZJ Application between PSZJ and the Office of the United States Trustee ("<u>OUST</u>"), the Stipulation regarding LNBYB Application between LNBYB and the OUST, the statements and representations of counsel at the hearing on the Applications, the entire record in this case, and for good cause appearing therefor,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     The Stipulation between LNBYB and OUST is hereby approved in its entirety and incorporated herein by this reference;

2.     The Stipulation between PSZJ and OUST is hereby approved in its entirety and incorporated herein by this reference;

3.     The Stipulation between PSZJ and CSBE is hereby approved in its entirety and incorporated herein by this reference;

4.     LNBYB's fees, in the amount of $964,035.50 (after reduction of $15,000 pursuant to Stipulation with OUST), and expenses, in the amount of $72,788.92, for total fees and

expenses in the amount of $1,036,824.42, for the time period from June 14, 2015 through October 15, 2015, are hereby approved on an interim basis;

5.    After application of LNBYB's pre-petition retainer available on the Petition Date, in the amount of $191,398.34, to the foregoing allowed fees and costs of $1,036,824.42, a balance of $845,426.08 remains unpaid;

6.    PwC's fees, in the amount of $354,802.50, expenses, in the amount of $9,782.90, for total fees and expenses in the amount of $364,585.40, for the time period from June 14, 2015 through September 30, 2015, are hereby approved on an interim basis;

7.    After application of PwC's pre-petition retainer available on the Petition Date, in the amount of $8,437.00, to the foregoing allowed fees and costs of $364,585.40, a balance of $356,148.40 remains unpaid;

8.    LNBYB, which is holding segregated carveout funds for the exclusive benefit of the Debtor's professionals, in the amount of $915,000, is hereby authorized and instructed to disburse such funds to LNBYB and PWC on a pro-rata basis by distributing $643,614.92 to LNBYB and $271,385.08 to PwC;

9.    PSZJ's fees, in the amount of ~~$767,166.25~~ **$766,572.75 (see Stip #1201 filed 11/20/15 at page 3)** (after reduction of $66,000 pursuant to Stipulation with OUST), and expenses, in the amount of $16,842.23, for total fees and expenses in the amount of ~~$784,008.48~~, **$783.414.98 (see Stip #1201 filed 11/20/15 at page 3)** for the time period from June 25, 2015 through September 30, 2015, are hereby approved on an interim basis, subject to the terms of the Stipulation between PSZJ and the CSBE;

10.    EA's fees, in the amount of ~~$176,162.50~~ **$176,566.60 (see Application #1172 fled 11/11/15 at page 14)**, and expenses, in the amount of ~~$15.83,~~ **$0.00 (see Application #1172 fled 11/11/15 at page 14)** for total fees and expenses in the amount of ~~$176,178.33~~, **$176,566.50** for the time period from June 30, 2015 through September 30, 2015, are hereby approved on an interim basis;

11.    LNBYB, which is holding segregated carveout funds for the exclusive benefit of the Committee's professionals, in the amount of $625,000, is hereby authorized and instructed to

1  disburse such funds to PSZJ and EA on a pro-rata basis by distributing $510,322.88 to PSZJ and

2  $114,677.12 to EA; and

3      12.    The unpaid balance of the foregoing allowed fees and costs (i.e., allowed fees and

4  costs less payment made per provisions of this Order) shall be paid upon further order of this

5  Court.

6      IT IS SO ORDERED.

7                                          ###

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  Date: December 10, 2015

24                                          Theodor C. Albert
                                            United States Bankruptcy Judge

25

26

27

28

# ~ Exhibit B ~

**ANNA'S LINENS, INC.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors Committee**
**Summary of Hours and Fees by Project Category**
**For the Period of October 1, 2015 through March 30, 2016**

| Project Category and Billing Category | Hours | Total Compensation |
|---|---|---|
| **Hourly Services** | | |
| *Financial Advisor Services* | | |
| Asset Analysis & Recovery | 29.00 | $    14,874.00 |
| Business Operations | 46.80 | 23,832.50 |
| Claims Admin & Objections | 30.30 | 14,864.00 |
| Client Meeting | 9.70 | 4,989.00 |
| Litigation Support | 17.90 | 7,408.00 |
| Preferences | 9.40 | 4,786.00 |
| *Subtotal- Hours and Compensation- Financial Advisor Services* | *143.10* | *70,753.50* |
| **Subtotal- Hours and Compensation-Hourly Services** | **143.10** | **70,753.50** |
| **Case Administration** | | |
| *Bankruptcy Requirements and Other Court Obligations* | | |
| Monthly, Interim, and Final Fee Applications | 8.00 | 3,426.50 |
| *Subtotal- Hours and Compensation- Bankruptcy Requirements and other Court Obligations* | *8.00* | *3,426.50* |
| **Subtotal- Hours and Compensation-Case Administration** | **8.00** | **3,426.50** |
| **Total- Hours and Compensation Sought for Reimbursement** | **151.10** | **$    74,180.00** |

# ~ Exhibit C ~

Exhibit C

**Anna's Linens, Inc.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors Committee**
**Hourly Services-Professional Services by Project Category, Professional and Date**
**For the Period of October 1, 2015 through March 30, 2016**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William J. Pederson | 10/01/2015 | Review of SOFA, part 3b. | $ 490.00 | 0.2 | $ 98.00 |
| Anthony Calascibetta | 10/06/2015 | Follow up regarding sharing calculation. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 10/13/2015 | Discussion with R. Bunka, CFO regarding agent/merchant reconciliation of expenses, sharing calculation and current operations. | 530.00 | 0.5 | 265.00 |
| Anthony Calascibetta | 10/14/2015 | Review of sharing calculation, follow-up relating to correspondences. | 530.00 | 1.0 | 530.00 |
| William J. Pederson | 10/14/2015 | Review of Anna's Final P&L and COGS reconciliation. | 490.00 | 0.4 | 196.00 |
| William J. Pederson | 10/15/2015 | Review of Augment sales report. | 490.00 | 0.3 | 147.00 |
| William J. Pederson | 10/19/2015 | Call with Committee Counsel re: expenses going forward, need for waterfall analysis, inventory analysis issues. | 490.00 | 0.6 | 294.00 |
| Anthony Calascibetta | 10/21/2015 | Review of updated budget, preparation of draft waterfall liquidation. | 530.00 | 1.6 | 848.00 |
| Anthony Calascibetta | 10/22/2015 | Preparation of waterfall liquidation and discussed analysis with W. Pederson, EisnerAmper. | 530.00 | 0.6 | 318.00 |
| William J. Pederson | 10/22/2015 | Call with, EisnerAmper, re: payout waterfall analysis. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 10/23/2015 | Discussed components of waterfall analysis with W. Pederson, EisnerAmper. | 530.00 | 0.2 | 106.00 |
| William J. Pederson | 10/23/2015 | Call with Committee Counsel re: waterfall analysis including 503(b)(9) claims. | 490.00 | 0.5 | 245.00 |
| William J. Pederson | 10/23/2015 | Call with, EisnerAmper, re: revisions to waterfall analysis. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 10/25/2015 | Review of emails and revised waterfall analysis. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 10/25/2015 | Review of 503(b)(9) claims, motions, liens schedules and preparation of 503(b)(9), liens and waterfall analyses. | 530.00 | 1.8 | 954.00 |
| Anthony Calascibetta | 10/30/2015 | Review of 503(b)(9) claims, review docket and follow-up with Debtor. | 530.00 | 0.5 | 265.00 |
| William J. Pederson | 11/02/2015 | Call with, EisnerAmper, re:503(b)(9) claims and waterfall analysis. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 11/03/2015 | Discussed  waterfall analysis and supporting schedules with W. Pederson, EisnerAmper. | 530.00 | 0.5 | 265.00 |
| Anthony Calascibetta | 11/03/2015 | Conference call with I. Kharasch and J. Hunter, PSZ&J and W. Pederson, EisnerAmper regarding waterfall analysis. | 530.00 | 0.5 | 265.00 |
| William J. Pederson | 11/03/2015 | Call with, EisnerAmper, re: budget and waterfall analysis. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 11/03/2015 | Call with Counsel re: waterfall analysis. | 490.00 | 0.6 | 294.00 |
| William J. Pederson | 11/03/2015 | Follow-up call with, EisnerAmper, re: budget and waterfall analysis. | 490.00 | 0.3 | 147.00 |
| William J. Pederson | 11/03/2015 | Update/revise waterfall analysis. | 490.00 | 1.6 | 784.00 |
| Anthony Calascibetta | 11/04/2015 | Preparation of waterfall analysis. | 530.00 | 0.6 | 318.00 |
| William J. Pederson | 11/04/2015 | Revise/update waterfall analysis. | 490.00 | 0.6 | 294.00 |
| Anthony Calascibetta | 11/05/2015 | Review of draft waterfall and DIP budget and summarize questions for call with Debtor's CRO and PwC. | 530.00 | 0.5 | 265.00 |
| Anthony Calascibetta | 11/05/2015 | Conference call with Debtor's CRO, PwC and W. Pederson, EisnerAmper to discuss DIP budget, sharing analysis, | 530.00 | 1.0 | 530.00 |
| William J. Pederson | 11/05/2015 | Discussion with, EisnerAmper, re: waterfall analysis. | 490.00 | 0.3 | 147.00 |
| William J. Pederson | 11/05/2015 | Call with Debtor re: budget, waterfall analysis and inventory calculation. | 490.00 | 1.0 | 490.00 |
| William J. Pederson | 11/06/2015 | Review of cash flow budget re: expenses and wind down. | 490.00 | 0.5 | 245.00 |
| William J. Pederson | 11/06/2015 | Revise waterfall and forward to Committee Counsel. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 11/08/2015 | Preparation of PowerPoint slides. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 11/11/2015 | Review of DIP budget and waterfall liquidation. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 11/17/2015 | Discussion with I. Kharasch, PSZ&J regarding waterfall analysis. | 530.00 | 0.3 | 159.00 |
| William J. Pederson | 11/18/2015 | Creditor Committee call re: case update and waterfall analysis. | 490.00 | 1.1 | 539.00 |
| Anthony Calascibetta | 11/25/2015 | Discussed case matters relating to asset collections and stipulations with I. Kharasch, PSZ&J and W. Pederson, EisnerAmper. | 530.00 | 0.4 | 212.00 |
| William J. Pederson | 12/10/2015 | Revise 503(b)(9) analysis. | 490.00 | 1.2 | 588.00 |
| William J. Pederson | 12/10/2015 | Discussions with A. Calascibetta, EisnerAmper, and R. Bunka re: waterfall analysis, and preference recoveries. | 490.00 | 0.6 | 294.00 |

Exhibit C

**Anna's Linens, Inc.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors Committee**
**Hourly Services-Professional Services by Project Category, Professional and Date**
**For the Period of October 1, 2015 through March 30, 2016**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 12/11/2015 | Discussion with I. Kharasch and J. Hunter, PSZ&J regarding waterfall analysis. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 12/11/2015 | Update and revisions to waterfall analysis including reconciling to DIP budget. | 530.00 | 1.6 | 848.00 |
| Anthony Calascibetta | 12/11/2015 | Discussed updated and revised waterfall analysis with I. Kharasch and J. Hunter, PSZ&J and W. Pederson, EisnerAmper. | 530.00 | 0.2 | 106.00 |
| William J. Pederson | 12/11/2015 | Call with Committee Counsel re: waterfall analysis and 503(b)(9) analysis. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 01/15/2016 | Review and update waterfall analysis. | 530.00 | 0.6 | 318.00 |
| William J. Pederson | 01/19/2016 | Review of Debtors December Monthly Operating Report. | 490.00 | 0.3 | 147.00 |
| William J. Pederson | 02/18/2016 | Call with re: update and waterfall analysis. | 490.00 | 0.2 | 98.00 |
| Anthony Calascibetta | 02/21/2016 | Update and preparation of liquidation analysis. | 530.00 | 1.2 | 636.00 |
| William J. Pederson | 02/22/2016 | Call with re: waterfall, ongoing costs, and prep for committee call. | 490.00 | 0.2 | 98.00 |
| Anthony Calascibetta | 02/23/2016 | Preparation of liquidation analysis. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 02/23/2016 | Preparation of liquidation analysis and discussed with W. Pederson, EisnerAmper. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 02/26/2016 | Discussed waterfall analysis with W. Pederson, EisnerAmper. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 03/01/2016 | Discussed waterfall analysis with W. Pederson, EisnerAmper. | 530.00 | 0.2 | 106.00 |
| | | **Asset Analysis & Recovery  Total** | | **29.0** | **14,874.00** |
| William J. Pederson | 10/05/2015 | Review of variance analysis, week 13. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 10/07/2015 | Review 90 day cash disbursements schedules. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 10/08/2015 | Follow-up and correspondences relating to budget to actuals. | 530.00 | 0.6 | 318.00 |
| William J. Pederson | 10/08/2015 | Review of variance analysis provided by Debtor's advisor. | 490.00 | 0.3 | 147.00 |
| William J. Pederson | 10/08/2015 | Follow-up with Debtor re: change orders in the Forecast. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 10/09/2015 | Discussion with A. Calascibetta, EisnerAmper, re: weekly cash flow and petty cash at stores. | 490.00 | 0.2 | 98.00 |
| Anthony Calascibetta | 10/12/2015 | Review budgets to actuals and summarize extended period. | 530.00 | 1.4 | 742.00 |
| Anthony Calascibetta | 10/12/2015 | Discussed current status of sharing calculation and other estate matters with J. Pomerantz and I. Kharoch, PSZ&J and W. Pederson, EisnerAmper. | 530.00 | 0.3 | 159.00 |
| S. Prinston-Grando | 10/13/2015 | Revisions to Budget Report per A. Calascibetta's, EisnerAmper, guidance. | 175.00 | 1.1 | 192.50 |
| Anthony Calascibetta | 10/13/2015 | Review of forbearance and letters of credit motions. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 10/13/2015 | Discussed various filings and estate matters with S. Cho, PSZ&J. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 10/14/2015 | Discussion with S. Cho, PSZ&J regarding claims, forbearance and letters of credit. | 530.00 | 0.2 | 106.00 |
| William J. Pederson | 10/15/2015 | Revise/update forecast spreadsheet analysis. | 490.00 | 0.7 | 343.00 |
| Anthony Calascibetta | 10/16/2015 | Review of budget to actual analysis. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 10/16/2015 | Discussed expense reconciliation with W. Pederson, EisnerAmper. | 530.00 | 0.2 | 106.00 |
| William J. Pederson | 10/16/2015 | Discussion with , EisnerAmper, re: updated weekly cash flow | 490.00 | 0.4 | 196.00 |
| Anthony Calascibetta | 10/19/2015 | Conference call with I. Kharasck and J. Hunter, PSZ&J  and W. Pederson, EisnerAmper to discuss winddown and other estate matters. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 10/19/2015 | Review of budgets to actual and sharing reconciliation. | 530.00 | 0.8 | 424.00 |
| Anthony Calascibetta | 10/20/2015 | Review of extended budget through week #27. | 530.00 | 0.7 | 371.00 |
| Anthony Calascibetta | 10/20/2015 | Conference call with H. Schenk, PwC, R. Bunka, CFO and W. Pederson, EisnerAmper to discuss sharing reconciliation, claims, updated budget and winddown. | 530.00 | 1.7 | 901.00 |
| Anthony Calascibetta | 10/20/2015 | Discussed revised budget and other estate matters with S. Cho, PSZ&J. | 530.00 | 0.4 | 212.00 |
| William J. Pederson | 10/20/2015 | Call with , EisnerAmper, re: follow up on revised budget prepared by Debtor/PWC. | 490.00 | 0.4 | 196.00 |

25

Exhibit C

**Anna's Linens, Inc.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors Committee**
**Hourly Services-Professional Services by Project Category, Professional and Date**
**For the Period of October 1, 2015 through March 30, 2016**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William J. Pederson | 10/20/2015 | Call with Debtor/PWC to discuss revised budget and run-off expenses. | 490.00 | 1.7 | 833.00 |
| Anthony Calascibetta | 10/21/2015 | Review updated budget and discussed with W. Pederson, EisnerAmper. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 10/21/2015 | Discussion with I. Kharasch and J. Hunter, PSZ&J and W. Pederson, EisnerAmper regarding updated budget, Salus and wind down. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 10/21/2015 | Review of supporting schedules provided by R. Bunka, CFO and warehouse and shipper lien schedule. | 530.00 | 0.4 | 212.00 |
| William J. Pederson | 10/21/2015 | Follow-up with Committee Counsel on lender professional fees. | 490.00 | 0.2 | 98.00 |
| S. Prinston-Granado | 10/22/2015 | Revisions to DIP Budget schedule. | 175.00 | 0.6 | 105.00 |
| Anthony Calascibetta | 10/22/2015 | Reconciliation of budgeted receipts and disbursements. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 10/22/2015 | Review revised budget, Salus letter and follow up discussion with S. Cho, PSZ&J. | 530.00 | 1.2 | 636.00 |
| William J. Pederson | 10/23/2015 | Discussion with A. Calascibetta, EisnerAmper, re: revised budget and 3rd Amended Lender Agreement. | 490.00 | 0.5 | 245.00 |
| William J. Pederson | 10/23/2015 | Review revised DIP Budget. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 10/23/2015 | Review of Paydown letter. | 490.00 | 0.1 | 49.00 |
| Anthony Calascibetta | 10/23/2015 | Review budget and Salus correspondence and discussed with W. Pederson, EisnerAmper. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 10/23/2015 | Review and reconcile revised budget, review 503(b)(9) stipulation. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 10/23/2015 | Conference call with Counsels to the Committee to discuss revised budget, Salus reserves and waterfall. | 530.00 | 0.5 | 265.00 |
| William J. Pederson | 10/23/2015 | Discussion with, EisnerAmper, re: revised budget and open | 490.00 | 0.2 | 98.00 |
| Anthony Calascibetta | 10/30/2015 | Discussed current status of matter with I. Kharasch, PSZ&J. | 530.00 | 0.1 | 53.00 |
| Anthony Calascibetta | 11/01/2015 | Review of revised budget through 10/25. | 530.00 | 0.4 | 212.00 |
| William J. Pederson | 11/02/2015 | Review of cash flow projection. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 11/03/2015 | Review of current budget actuals and prior budgets and reconcile. | 530.00 | 0.7 | 371.00 |
| Anthony Calascibetta | 11/03/2015 | Discussed filings with I. Kharasch, PSZ&J. | 530.00 | 0.1 | 53.00 |
| Anthony Calascibetta | 11/04/2015 | Review of DIP budget and supporting calculations. | 530.00 | 0.7 | 371.00 |
| William J. Pederson | 11/04/2015 | Analysis on cash flow projection provided by the Debtor. | 490.00 | 0.5 | 245.00 |
| William J. Pederson | 11/05/2015 | Call with, EisnerAmper, re: open issues, expenses, pro-forma analysis. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 11/12/2015 | Preparation of analyses for Committee call. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 11/13/2015 | Discussion with R. Bunka, CRO and review of budget to actual for week ended 11/08/15. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 11/15/2015 | Review original budget, most recent budget, variances and preparation for presentation for Committee call. | 530.00 | 1.8 | 954.00 |
| Anthony Calascibetta | 11/16/2015 | Review of budget to actual and preparation of summary analyses. | 530.00 | 0.8 | 424.00 |
| Anthony Calascibetta | 11/17/2015 | Discussions with W. Pederson, EisnerAmper regarding DIP budget components. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 11/18/2015 | Discussed budget and variances with W. Pederson, EisnerAmper. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 11/18/2015 | Review of monthly operating report. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 11/18/2015 | Discuss operating report with R. Bunka, CRO for Debtor. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 11/19/2015 | Discussed winddown budget with R. Bunka, CRO of Debtor. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 11/24/2015 | Discussed waterfall, stipulations and preference schedules and pivot table with W. Pederson, EisnerAmper. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 11/25/2015 | Review budget to actual, follow up regarding most recent week and review stipulations. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 11/30/2015 | Review of DIP budget actuals and docket for recent filings. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 11/30/2015 | Conference call with R. Bunka, CRO for Anna's and W. Pederson, EisnerAmper to discuss estate winddown, tax filings, asset collection work and claims reconciliation work. | 530.00 | 1.0 | 530.00 |
| William J. Pederson | 11/30/2015 | Call with, EisnerAmper and R. Bunka re: winddown costs and net steps. | 490.00 | 1.0 | 490.00 |
| Anthony Calascibetta | 12/01/2015 | Review of the cash budget information. | 530.00 | 0.4 | 212.00 |

Exhibit C

**Anna's Linens, Inc.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors Committee**
**Hourly Services-Professional Services by Project Category, Professional and Date**
**For the Period of October 1, 2015 through March 30, 2016**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William J. Pederson | 12/03/2015 | Summarize 11/30 call with R. Bunka and provide to, EisnerAmper. | 490.00 | 0.4 | 196.00 |
| Anthony Calascibetta | 12/04/2015 | Discussed wind down and records with I. Kharasch, PSZ&J. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 12/09/2015 | Discussed current status of wind down, claims reconciliation process and DIP Budget with I. Kharasch, PSZ&J. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 12/09/2015 | Review of updated DIP budget. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 12/09/2015 | Discussed DIP budget with W. Pederson, EisnerAmper. | 530.00 | 0.1 | 53.00 |
| Anthony Calascibetta | 12/10/2015 | Review of DIP budget and cash receipts and disbursements details. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 12/11/2015 | Review of budget to actuals and worksheet reconciliations. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 12/14/2015 | Review DIP budget and summarize reserves. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 12/14/2015 | Discuss DIP budget and reserves with R. Bunka, CRO. | 530.00 | 0.1 | 53.00 |
| Anthony Calascibetta | 12/16/2015 | Review of correspondences relating to budget and other claims. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 12/22/2015 | Conference call with R. Bunka, CRO, D. Golubchik, INBYB, I. Kharasch, PSZ&J and W. Pederson, EisnerAmper to discuss status of matter and 503(b)(9) claims. | 530.00 | 0.7 | 371.00 |
| William J. Pederson | 12/22/2015 | Call with Debtor, Debtor's Counsel and Committee Counsel re:503(b)(9) claims, preferences, wind-down and next steps. | 490.00 | 0.7 | 343.00 |
| Anthony Calascibetta | 01/06/2016 | Review of budget to actual schedules. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 01/07/2016 | Review potential arrangement for preparation of the Federal and State tax returns. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 01/07/2016 | Discussed proposed arrangement with BDO to perform tax work with R. Bunka, CRO and follow-up correspondence with Committee counsel. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 01/12/2016 | Reviewed updated DIP budget. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 01/13/2016 | Discussed DIP budget details and escrow accounts with R. Bunka, CRO. | 530.00 | 0.7 | 371.00 |
| Anthony Calascibetta | 01/14/2016 | Review of cash activity and estimates. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 01/14/2016 | Review of DIP budget. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 01/14/2016 | Reconcile to waterfall analysis. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 01/14/2016 | Preparation of summary of matters relating to wind down of the estate. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 01/15/2016 | Discussed wind down status with I. Kharasch, PSZ&J. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 01/15/2016 | Review correspondence from Debtor regarding DIP budget. | 530.00 | 0.1 | 53.00 |
| Anthony Calascibetta | 01/15/2016 | Reconcile revisions to analyses. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 01/20/2016 | Discussed wind down process with I. Kharasch, PSZ&J. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 02/01/2016 | Review of Anna's update DIP budget. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 02/01/2016 | Conference call with R. Bunka, CRO and W. Pederson, EisnerAmper to discuss asset collections, Exel claim, unpaid liabilities and preference demand letters. | 530.00 | 0.9 | 477.00 |
| William J. Pederson | 02/01/2016 | Follow-up call with, EisnerAmper, re: discussion with R. Bunka and next steps. | 490.00 | 0.2 | 98.00 |
| Anthony Calascibetta | 02/02/2016 | Review listing of motions. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 02/19/2016 | Review of DIP budget, summarize collections, expenses and questions for R. Bunka, CRO. | 530.00 | 1.0 | 530.00 |
| Anthony Calascibetta | 02/19/2016 | Conference call with R. Bunka, CRO and W. Pederson, EisnerAmper relating to a discussion and review of the DIP budget. | 530.00 | 0.8 | 424.00 |
| William J. Pederson | 02/19/2016 | Review of documents from Counsel to prepare for upcoming Committee call. | 490.00 | 0.4 | 196.00 |
| Anthony Calascibetta | 02/22/2016 | Review of Budget and waterfall. | 530.00 | 0.7 | 371.00 |
| Anthony Calascibetta | 02/22/2016 | Discussed professional fees, lienholders and 503(b)(9) claims. | 530.00 | 0.5 | 265.00 |
| Anthony Calascibetta | 02/25/2016 | Discussed case status with I. Kharasch, PSZ&J. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 03/07/2016 | Review of motions and cash budgets to actual. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 03/09/2016 | Review of budget to actual and summary of open matters. | 530.00 | 0.4 | 212.00 |
| | | **Business Operations  Total** | | **46.8** | **23,832.50** |

Exhibit C

**Anna's Linens, Inc.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors Committee**
**Hourly Services-Professional Services by Project Category, Professional and Date**
**For the Period of October 1, 2015 through March 30, 2016**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 10/12/2015 | Review of claims register. | 530.00 | 0.3 | 159.00 |
| William J. Pederson | 10/12/2015 | Call with Committee Counsel re: 503(b)(9) claims and all non-secured claims. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 10/21/2015 | Reviewed claims schedules discussed claims schedules and 503(b)(9) with S. Cho, PSZ&J. | 530.00 | 0.4 | 212.00 |
| William J. Pederson | 10/21/2015 | Creditor Committee call re:503(b)(9) claims, professional fees, liens. | 490.00 | 0.6 | 294.00 |
| Anthony Calascibetta | 11/16/2015 | Preparation of materials for Committee conference call. | 530.00 | 0.7 | 371.00 |
| William J. Pederson | 11/17/2015 | Discussion with A. Calascibetta, EisnerAmper, re: prepare for upcoming Committee call, follow-up on cash flow budget. | 490.00 | 0.4 | 196.00 |
| William J. Pederson | 11/17/2015 | Call with A. Calascibetta, EisnerAmper, and Counsel (partial) re:503(b)(9) claims and case update. | 490.00 | 0.4 | 196.00 |
| William J. Pederson | 11/18/2015 | Post Committee call with professionals re:503(b)(9) claims, fee splitting arrangement, professional fees. | 490.00 | 0.5 | 245.00 |
| William J. Pederson | 11/18/2015 | Follow-up call with A. Calascibetta, EisnerAmper, re: fees and claims. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 11/19/2015 | Call with, EisnerAmper, re: order - payment on lien. | 490.00 | 0.2 | 98.00 |
| Anthony Calascibetta | 11/23/2015 | Review of draft stipulation. | 530.00 | 0.5 | 265.00 |
| Anthony Calascibetta | 11/23/2015 | Various follow-up discussions with S. Cho, PSZ&J regarding components. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 11/23/2015 | Discussion with S. Cho, PSZ&J and W. Pederson, EisnerAmper regarding proposed stipulation and supporting documentation to claim. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 11/23/2015 | Reviewed and discussed claim and proposed stipulation with W. Pederson, EisnerAmper. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 11/23/2015 | Discussed claims reconciliation and components of claim with R. Bunka, CRO. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 11/28/2015 | Review of various stipulations and draft stipulations relating to warehouse and shipper liens. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 11/30/2015 | Discussed claims reconciliation process with I. Kharasch, PSZ&J. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 11/30/2015 | Discussed 503(b)(9) claims with R. Bunka, CRO. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 11/30/2015 | Reviewed docket and motions filed. | 530.00 | 0.1 | 53.00 |
| Anthony Calascibetta | 12/10/2015 | Review of claims data base and 503(b)(9) claims and motions. | 530.00 | 1.2 | 636.00 |
| Anthony Calascibetta | 12/10/2015 | Discussed database sorting and analyses with W. Pederson, EisnerAmper. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 12/10/2015 | Discussed claims data base with R. Bunka, CRO. | 530.00 | 0.1 | 53.00 |
| Anthony Calascibetta | 12/10/2015 | Discussed claims data base sorting and 503(b)(9) claims reconciliations with J. Swisher, Anna's. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 12/11/2015 | Conference call with R. Bunka, CRO and J. Swisher, Anna's regarding claims base and summaries and 503(b)(9) information. | 530.00 | 0.9 | 477.00 |
| Anthony Calascibetta | 12/11/2015 | Review of 503(b)(9) claims analysis and claims base. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 12/11/2015 | Discussed 503(b) (9) claims analysis and claims base with W. Pederson, EisnerAmper. | 530.00 | 0.1 | 53.00 |
| William J. Pederson | 12/11/2015 | Update 503(b)(9) worksheet analysis. | 490.00 | 1.9 | 931.00 |
| William J. Pederson | 12/11/2015 | Call with Debtor (J. Swisher) re: claims analysis and 503(b)(9) sort. | 490.00 | 0.5 | 245.00 |
| William J. Pederson | 12/17/2015 | Update 503(b)(9) analysis using Debtor's data. | 490.00 | 2.3 | 1,127.00 |
| Anthony Calascibetta | 12/18/2015 | Reviewed proposed stipulation relating to 503(b)(9) claim. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 12/18/2015 | Discussed proposed stipulation relating to 503(b)(9) claim with R. Bunka, CRO. | 530.00 | 0.1 | 53.00 |
| Anthony Calascibetta | 12/18/2015 | Discussed claims reconciliation and other estate matters with I. Kharasch, PSZ&J. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 12/18/2015 | Discussed 503(b)(9) schedule and reconciliation with W. Pederson, EisnerAmper. | 530.00 | 0.2 | 106.00 |
| William J. Pederson | 12/18/2015 | Discussion with A. Calascibetta, EisnerAmper re: claim | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 12/21/2015 | Discussed various types of claims with I. Kharasch, PSZ&J. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 12/23/2015 | Discussed 503(b)(9) claims review with W. Pederson, EisnerAmper. | 530.00 | 0.2 | 106.00 |

Exhibit C

**Anna's Linens, Inc.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors Committee**
**Hourly Services-Professional Services by Project Category, Professional and Date**
**For the Period of October 1, 2015 through March 30, 2016**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 01/05/2016 | Discussion with R. Bunka, CRO regarding 503(b)(9) and unsecured claim settlements. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 01/05/2016 | Discussed claims related motions with S. Cho, PSZ&J. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 01/06/2016 | Conference call with R. Bunka, CRO and W. Pederson, EisnerAmper to discuss 503(b((9) claims and other claims matters. | 530.00 | 0.4 | 212.00 |
| William J. Pederson | 01/06/2016 | Call with Debtor (R. Bunka) and re:503(b)(9) claims and professional fees pending. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 01/13/2016 | Review of 503(b)(9) claims stipulations. | 530.00 | 0.3 | 159.00 |
| William J. Pederson | 01/13/2016 | Call with R. Bunka re:503(b)(9) analysis and specific claims. | 490.00 | 0.4 | 196.00 |
| William J. Pederson | 01/13/2016 | Revise 503(b)(9) analysis for use in comparison to Debtor's analysis. | 490.00 | 0.8 | 392.00 |
| William J. Pederson | 01/13/2016 | Prepare for discussion with R. Bunka. | 490.00 | 0.4 | 196.00 |
| Anthony Calascibetta | 01/14/2016 | Review 503(b)(9) claims matters. | 530.00 | 0.2 | 106.00 |
| S. Prinston-Granado | 01/15/2016 | Revise and update Liquidation schedule and 505 (b)(9) analysis. | 175.00 | 1.8 | 315.00 |
| Anthony Calascibetta | 01/15/2016 | Review and revise 503(b)(9) schedule. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 01/25/2016 | Review filings and respond to questions relating to potential Exel settlement. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 01/28/2016 | Discussed proposed Exel settlement with R. Bunka, CRO. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 01/29/2016 | Discussed proposed Exel settlement with I. Kharasch, PSZ&J. | 530.00 | 0.2 | 106.00 |
| William J. Pederson | 01/29/2016 | Research on Excel claim and settlement. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 02/01/2016 | Call with Debtor (R. Bunka) re: office status, wind-down of operations, claims, demand letters - preferences and 503(b)(9) claims. | 490.00 | 1.0 | 490.00 |
| Anthony Calascibetta | 02/03/2016 | Review of status of 503(b)(9) claims, cash budget and open matters. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 02/08/2016 | Discussed 503(b)(9) claims with S. Cho, PSZ&J. | 530.00 | 0.1 | 53.00 |
| William J. Pederson | 02/10/2016 | Discussion with A. Calascibetta, EisnerAmper, re: review of Triangle claim. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 02/10/2016 | Review of claims including Triangle claim. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 02/12/2016 | Call with Committee Counsel re: claim settlement thresholds. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 02/13/2016 | Review various motions filed relating to claims objections. | 530.00 | 0.6 | 318.00 |
| William J. Pederson | 02/15/2016 | Review of status of 503(b)(9) claims and objections re: Panda, Welcome, and Shwak. | 490.00 | 0.6 | 294.00 |
| Anthony Calascibetta | 02/22/2016 | Discussed claims schedule and allocations with W. Pederson, EisnerAmper. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 02/22/2016 | Review and follow-up regarding Performance Team proposed settlement and discussed with R. Bunka, CRO. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 02/23/2016 | Discussed Performance Team proposed stipulation with S. Cho, PSZ&J and follow up. | 530.00 | 0.3 | 159.00 |
| William J. Pederson | 02/24/2016 | Review of Committee Counsel's memorandum on settled and open claims. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 02/24/2016 | Follow-up on Bankruptcy Appellate Panel finding re: payments to general unsecured creditors. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 03/02/2016 | Review of creditor admin claim stipulations. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 03/03/2016 | Discussed 503(b)(9) settlements with W. Pederson, EisnerAmper. | 530.00 | 0.2 | 106.00 |
| William J. Pederson | 03/03/2016 | Call with Committee Counsel (S. Cho) re: 503(b)(9) claims, pending settlements, and Admin/unsecured settlement. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 03/09/2016 | Review of claim stipulations and 503(b)(9) analysis. | 490.00 | 0.4 | 196.00 |
| Anthony Calascibetta | 03/10/2016 | Review of stipulation, objection and claims analysis relating to Lichtenberg. | 530.00 | 0.7 | 371.00 |
| Anthony Calascibetta | 03/10/2016 | Conference call with R. Bunka, CRO and W. Pederson, EisnerAmper, regarding 503(b)(9) claims and open matters. | 530.00 | 0.5 | 265.00 |
| William J. Pederson | 03/10/2016 | Call with R. Bunka re:503(b)(9) settlements, pending claims with Panda and Welcome. | 490.00 | 0.6 | 294.00 |
| | | **Claims Admin & Objections  Total** | | **30.3** | **14,864.00** |

Exhibit C

**Anna's Linens, Inc.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors Committee**
**Hourly Services-Professional Services by Project Category, Professional and Date**
**For the Period of October 1, 2015 through March 30, 2016**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 11/17/2015 | Discussed materials for Committee meeting with I. Kharasch, PSZ&J and W. Pederson, EisnerAmper. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 11/17/2015 | Preparation of materials for Committee meeting. | 530.00 | 0.7 | 371.00 |
| Anthony Calascibetta | 11/17/2015 | Preparation of materials for Committee conference call. | 530.00 | 0.8 | 424.00 |
| William J. Pederson | 11/17/2015 | Creditor Committee call re: auction update and next steps. | 490.00 | 0.7 | 343.00 |
| Anthony Calascibetta | 11/18/2015 | Preparation of information for Committee conference call. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 11/18/2015 | Discussion with . Kharasch, PSZ&J and W. Pederson, EisnerAmper regarding agenda for Committee conference call. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 11/18/2015 | Attended and participated in Committee conference call regarding update of status of case. | 530.00 | 1.1 | 583.00 |
| William J. Pederson | 11/18/2015 | Discussion with A. Calascibetta, EisnerAmper, re: prep for upcoming Committee call. | 490.00 | 0.4 | 196.00 |
| William J. Pederson | 11/18/2015 | Call with A. Calascibetta, EisnerAmper, and Counsel re: Committee call prep and agenda. | 490.00 | 0.1 | 49.00 |
| Anthony Calascibetta | 11/30/2015 | Committee conference call, discussed status of matter. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 01/15/2016 | Attended conference call with Creditors Committee members and counsels to the Committee. | 530.00 | 0.7 | 371.00 |
| William J. Pederson | 01/15/2016 | Attend Creditor Committee call re: waterfall analysis, 503(b)(9) claims and next steps. | 490.00 | 0.7 | 343.00 |
| William J. Pederson | 02/15/2016 | Call with, EisnerAmper, re: next steps and upcoming committee call. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 02/19/2016 | Call with Debtor (R. Bunka) and  re: cash flow budget, ongoing costs, claims, and next steps. | 490.00 | 0.7 | 343.00 |
| Anthony Calascibetta | 02/22/2016 | Conference call with the Committee and Counsel to the Committee to discuss current status of 503(b)(9) process, and other estate matters. | 530.00 | 0.5 | 265.00 |
| William J. Pederson | 02/22/2016 | Creditors' Committee call re: upcoming Omnibus hearing, conversion of case, Excel settlement and next steps. | 490.00 | 0.5 | 245.00 |
| Anthony Calascibetta | 03/11/2016 | Participated in Committee conference call. | 530.00 | 0.5 | 265.00 |
| William J. Pederson | 03/11/2016 | Participated in Anna's Creditor Committee call. | 490.00 | 0.5 | 245.00 |
| | | **Client Meeting  Total** | | **9.7** | **4,989.00** |
| Anthony Calascibetta | 11/06/2015 | Preparation of first interim fee application. | 530.00 | 1.4 | 742.00 |
| DelMarie Velazquez | 11/07/2015 | Preparation of first interim fee application. | 125.00 | 1.9 | 237.50 |
| Anthony Calascibetta | 11/08/2015 | Continuation of Anna's first interim fee application. | 530.00 | 1.2 | 636.00 |
| Anthony Calascibetta | 11/09/2015 | Completion of first interim fee application. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 11/11/2015 | Review of first interim fee application and discussions with S. Cho, PSZ&J. | 530.00 | 1.8 | 954.00 |
| William J. Pederson | 12/02/2015 | Prepare for upcoming fee hearing. | 490.00 | 0.4 | 196.00 |
| William J. Pederson | 12/02/2015 | Attend telephonic fee hearing. | 490.00 | 0.6 | 294.00 |
| William J. Pederson | 12/03/2015 | Review of fee order, provide comments to Counsel. | 490.00 | 0.1 | 49.00 |
| | | **Fee/Employment Application  Total** | | **8.0** | **3,426.50** |
| Miki Novitski | 10/06/2015 | Prepping, scanning and sending motions to legal team. | 130.00 | 0.2 | 26.00 |
| Anthony Calascibetta | 10/06/2015 | Review capitalization tables. | 530.00 | 0.6 | 318.00 |
| S. Prinston-Granado | 10/07/2015 | Review schedules of capitalization and combine stock information from 2013 through 2015 for further review. | 175.00 | 1.8 | 315.00 |
| William J. Pederson | 10/13/2015 | Discussion with, EisnerAmper, follow-up discussion following yesterday's call with Counsel. | 490.00 | 0.3 | 147.00 |
| William J. Pederson | 11/04/2015 | Call with Counsel re: sale update. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 11/17/2015 | Review and discussion litigation matters with W. Pederson, EisnerAmper. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 11/17/2015 | Discussion with J. Hunter, PSZ&J regarding secured lender litigation. | 530.00 | 0.3 | 159.00 |
| Nancy Pham | 11/18/2015 | Update on case status. | 230.00 | 0.2 | 46.00 |
| Anthony Calascibetta | 11/19/2015 | Discussed secured lender litigation with I. Kharasch, PSZ&J. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 11/19/2015 | Discussed litigation and budget matters with W. Pederson, EisnerAmper. | 530.00 | 0.3 | 159.00 |

Exhibit C

**Anna's Linens, Inc.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors Committee**
**Hourly Services-Professional Services by Project Category, Professional and Date**
**For the Period of October 1, 2015 through March 30, 2016**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| William J. Pederson | 11/19/2015 | Respond to document request from Counsel (J. Hunter). | 490.00 | 0.1 | 49.00 |
| William J. Pederson | 11/19/2015 | Call with Counsel (J. Hunter) re: unsecured debt. | 490.00 | 0.1 | 49.00 |
| Nancy Pham | 11/20/2015 | Analysis of general unsecured debt. | 230.00 | 1.7 | 391.00 |
| William J. Pederson | 11/20/2015 | Review of documents and supervision of staff re: mediation analysis. | 490.00 | 1.1 | 539.00 |
| William J. Pederson | 11/23/2015 | Call with, EisnerAmper and Counsel re: draft stipulation with creditor. | 490.00 | 0.2 | 98.00 |
| Anthony Calascibetta | 11/25/2015 | Discussed liquidation analysis with J. Hunter, PSZ&J and W. Pederson, EisnerAmper. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 11/25/2015 | Discussed liquidation analysis provided by defendant with W. Pederson, EisnerAmper. | 530.00 | 0.2 | 106.00 |
| William J. Pederson | 11/25/2015 | Call with Counsel re: Salus settlement split, creditor stipulation, and lien order. | 490.00 | 0.4 | 196.00 |
| William J. Pederson | 11/25/2015 | Call with Counsel (J. Hunter) and, EisnerAmper, re: upcoming mediation documents/exhibits. | 490.00 | 0.3 | 147.00 |
| William J. Pederson | 11/25/2015 | Review of mediation analysis. | 490.00 | 0.2 | 98.00 |
| Nancy Pham | 12/02/2015 | Analysis of mediation issues. | 230.00 | 1.5 | 345.00 |
| William J. Pederson | 12/02/2015 | Review of documents and analysis re: Mediation exhibit and unsecured claims at 5/5/15. | 490.00 | 1.2 | 588.00 |
| William J. Pederson | 12/04/2015 | Review of accounts receivable and general unsecured balances as of May 5, 2015 re: Mediation exhibit.  Provide Counsel with email update. | 490.00 | 0.7 | 343.00 |
| Anthony Calascibetta | 12/07/2015 | Review of analysis for mediation. | 530.00 | 0.5 | 265.00 |
| Anthony Calascibetta | 12/07/2015 | Discussed with W. Pederson, EisnerAmper. | 530.00 | 0.1 | 53.00 |
| William J. Pederson | 12/07/2015 | Update/revise mediation exhibit and provide to Counsel. | 490.00 | 1.8 | 882.00 |
| William J. Pederson | 12/07/2015 | Discussion with Counsel re: Mediation exhibit. | 490.00 | 0.3 | 147.00 |
| Anthony Calascibetta | 12/10/2015 | Review of mediation submission. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 12/14/2015 | Review of mediation submissions. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 12/14/2015 | Discussions with I. Kharasch, PSZ&J regarding mediation and reserves. | 530.00 | 0.2 | 106.00 |
| William J. Pederson | 12/14/2015 | Review of mediations statements from Committee. | 490.00 | 0.4 | 196.00 |
| William J. Pederson | 12/14/2015 | Review of mediations statements from Vendors. | 490.00 | 0.4 | 196.00 |
| William J. Pederson | 12/14/2015 | Review of mediations statements from Salus. | 490.00 | 0.6 | 294.00 |
| William J. Pederson | 12/15/2015 | Call with A. Calascibetta, EisnerAmper, re: mediation update. | 490.00 | 0.1 | 49.00 |
| Anthony Calascibetta | 03/11/2016 | Discussed status of matter with I. Kharasch, PSZ&J. | 530.00 | 0.2 | 106.00 |
| | | **Litigation Support  Total** | | **17.9** | **7,408.00** |
| William J. Pederson | 10/01/2015 | Discussion with A. Calascibetta re: 90 day payments. | 490.00 | 0.2 | 98.00 |
| Anthony Calascibetta | 10/07/2015 | Review shareholder schedules and summary. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 10/07/2015 | discussed 90 day payment schedules with A. Caine, PSZ&J. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 10/21/2015 | Reviewed and discussed disbursements schedule with A. Caine, PSZ&J. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 10/21/2015 | Discussed preference related work performed by Debtor with R. Bunka, CFO. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 11/01/2015 | Review of preference schedules. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 11/06/2015 | Conference call with A. Caine, PSZ&J regarding preference schedules. | 530.00 | 0.3 | 159.00 |
| William J. Pederson | 11/06/2015 | Call with Committee Counsel re: preference analysis. | 490.00 | 0.2 | 98.00 |
| Anthony Calascibetta | 11/13/2015 | Conference call with PwC, R. Bunka and A. Caine, PSZ&J regarding preference schedules. | 530.00 | 0.6 | 318.00 |
| Anthony Calascibetta | 11/13/2015 | Follow up discussion regarding preference schedules with A. Caine, PSZ&J and review summary. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 11/13/2015 | Review of preference information. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 11/18/2015 | Review of preference information. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 11/18/2015 | Discussed utilization of pivot table for analyses with R. Bunka, CRO for Debtor. | 530.00 | 0.1 | 53.00 |
| Robert Wright | 11/18/2015 | Analysis of preference information from Debtor and discuss with A. Calascibetta and S. Prinston-Granado, EisnerAmper. | 410.00 | 0.9 | 369.00 |
| Anthony Calascibetta | 11/20/2015 | Reviewed pivot table information. | 530.00 | 0.4 | 212.00 |

**Anna's Linens, Inc.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors Committee**
**Hourly Services-Professional Services by Project Category, Professional and Date**
**For the Period of October 1, 2015 through March 30, 2016**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Anthony Calascibetta | 11/20/2015 | Discussed preference analyses work with W. Pederson, EisnerAmper. | 530.00 | 0.3 | 159.00 |
| William J. Pederson | 11/20/2015 | Review of Debtor's preference analysis/pivot table, prepare for call with Counsel. | 490.00 | 0.7 | 343.00 |
| William J. Pederson | 11/20/2015 | Call with, EisnerAmper, re: Debtor's preference analysis and upcoming mediation. | 490.00 | 0.5 | 245.00 |
| William J. Pederson | 11/23/2015 | Review of historical vendor payment history, review of draft stipulation with creditor. | 490.00 | 0.2 | 98.00 |
| William J. Pederson | 11/24/2015 | Discussions with, EisnerAmper, re: invoice history, creditor stipulation, and fee sharing agreement. | 490.00 | 0.4 | 196.00 |
| Anthony Calascibetta | 11/24/2015 | Discussion with R. Bunka, CRO regarding pivot table and review of pivot table. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 11/24/2015 | Follow-up regarding information for counsel for preference information. | 530.00 | 0.2 | 106.00 |
| Anthony Calascibetta | 11/25/2015 | Follow-up regarding preference information. | 530.00 | 0.1 | 53.00 |
| Anthony Calascibetta | 12/07/2015 | Review of preference related file and tabs. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 02/01/2016 | Follow-up on demand letters. | 530.00 | 0.1 | 53.00 |
| Anthony Calascibetta | 02/09/2016 | Review of preference information and discuss with R. Bunka, CRO. | 530.00 | 0.3 | 159.00 |
| Anthony Calascibetta | 02/09/2016 | Follow up with counsel to Committee regarding preference matrix. | 530.00 | 0.1 | 53.00 |
| Anthony Calascibetta | 02/10/2016 | Review of preference related correspondences and discussed preference settlement matrix with W. Pederson, EisnerAmper. | 530.00 | 0.4 | 212.00 |
| Anthony Calascibetta | 02/12/2016 | Discussed preference matrix with A. Caine, PSZ&J and W. Pederson, EisnerAmper. | 530.00 | 0.2 | 106.00 |
| | | **Preferences  Total** | | **9.4** | **4,786.00** |
| | | Total Hours and Fees | | 151.1 | 74,180.00 |
| | | Plus Expense: Postage | | | 31.93 |
| | | **Grand Total** | | | **$ 74,211.93** |

# ~ Exhibit D ~

**ANNA'S LINENS, INC.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors Committee**
**Summary of Hours and Fees by Professional**
**For the Period of October 1, 2015 through March 30, 2016**

| Project Category and Professional | Position | Rate* | Hours | Total Compensation |
|---|---|---|---|---|
| **Hourly Services** | | | | |
| *Financial Advisor Services* | | | | |
| Anthony Calascibetta | Partner | $ 530.00 | 83.30 | $ 44,149.00 |
| William Pederson | Director | 490.00 | 50.00 | 24,500.00 |
| Robert Wright | Sr. Manager | 410.00 | 0.90 | 369.00 |
| Nancy Pham | Manager | 230.00 | 3.40 | 782.00 |
| Stephanie Prinston-Granado | Paraprofessional | 175.00 | 5.30 | 927.50 |
| Miki Novitski | Paraprofessional | 130.00 | 0.20 | 26.00 |
| | | | | |
| *Subtotal- Hours and Compensation- Financial Advisor Services* | | | ***143.10*** | ***70,753.50*** |
| | | | | |
| **Subtotal- Hours and Compensation-Hourly Services** | | | **143.10** | **70,753.50** |
| | | | | |
| **Case Administration** | | | | |
| *Bankruptcy Requirements and Other Court Obligations* | | | | |
| Anthony Calascibetta | Partner | 530.00 | 5.00 | 2,650.00 |
| William Pederson | Director | 490.00 | 1.10 | 539.00 |
| DelMarie Velazquez | Paraprofessional | 125.00 | 1.90 | 237.50 |
| | | | | |
| *Subtotal- Hours and Compensation- Bankruptcy Requirements and other Court Obligations* | | | ***8.00*** | ***3,426.50*** |
| | | | | |
| **Subtotal- Hours and Compensation-Case Administration** | | | **8.00** | **3,426.50** |
| | | | | |
| **Total- Hours and Compensation Sought for Reimbursement** | | | **151.10** | **$ 74,180.00** |

**\* Rate adjustment effective August 1, 2015**

# ~ Exhibit E ~

**Exhibit E**

**ANNA'S LINENS, INC.**
**EisnerAmper LLP- Financial Advisors to the Official Unsecured Creditors**
**Summary of Expenses by Project and Type**
**For the Period of October 1, 2015 through March 30, 2016**

| Transaction Type by Project | Total Expenditures |
|---|---|
| **Hourly Services** | |
| *Financial Advisor Services* | |
|  | $            - |
| *Subtotal- Expenditures Sought for Financial Advisor Services* | **-** |
| **Subtotal- Hours and Compensation-Hourly Services** | **-** |
| **Case Administration** | |
| *Bankruptcy Requirements and Other Court Obligations* | |
| 11/2/2015   Postage | $        31.93 |
| *Subtotal- Expenditures Sought for Financial Advisor Services* | ***31.93*** |
| **Total- Compensation Sought for Reimbursement** | **$        31.93** |

# ~ Exhibit F ~



**ANTHONY R. CALASCIBETTA**
*Partner*

732.243.7389
ANTHONY.CALASCIBETTA@EISNERAMPER.COM

**SPECIALTIES**
- Bankruptcy & Restructuring

**CREDENTIALS/EDUCATION**
- Certified Public Accountant (CPA)
- Certified Turnaround Professional (CTP)
- Certified in Financial Forensics (CFF)
- Iona College: BS, Business Administration

**AFFILIATIONS**
- American Institute of Certified Public Accountants
- New Jersey Society of Certified Public Accountants
- New York State Society of Certified Public Accountants
- Association of Insolvency & Restructuring Advisors
- American Bankruptcy Institute
- Association of Certified Fraud Examiners
- Turnaround Management Association: NJ Chapter Board of Directors

Anthony R. Calascibetta is a Partner in the Bankruptcy and Restructuring Group and has nearly 30 years of public accounting and consulting experience.  As an industry expert, Tony provides consulting on bankruptcy cases, litigation matters, financial and related advisory services to creditor committees and individual creditors, Chapter 7 & 11 trustees, debtors in possession and bankruptcy examiners.

Tony has also been appointed as a bankruptcy examiner, Chapter 7 trustee, Chapter 11 trustee, plan trustee, fiscal agent and as a future asbestos claims representative. He has assisted trustees and their counsel in performing forensic and fraud investigations, Rule 2004 investigations, and has assisted in the development of plans of reorganization. Working across an array of industries, his litigation consulting experience includes cases involving white-collar crime, purchase price disputes, breaches of contract, fraudulent financial reporting and damage calculations, mergers and acquisitions, tax investigations, environmental evaluations and divestitures.

Tony has lectured to attorneys and other professionals, including the New Jersey Institute for Continuing Legal Education, Turnaround Management Association and Essex County Bar Association on topics such as business fraud, municipal bankruptcy, common fraudulent schemes, and locating hidden assets.



EisnerAmper LLP
eisneramper.com



# WILLIAM PEDERSON
*Director*

215.881.8859
WILLIAM.PEDERSON@EISNERAMPER.COM

**SPECIALTIES**
- Bankruptcy
- Litigation
- Business Valuation
- Accounting
- Forensic Investigations
- Audit

**CREDENTIALS/EDUCATION**
- Certified Public Accountant (CPA)
- Accredited in Business Valuation (ABV)
- Certified in Financial Forensics (CFF)
- Certified Insolvency & Restructuring Advisor (CIRA)
- Certification in Distressed Business Valuation (CDBV)
- Certified Fraud Examiner (CFE)
- Roanoke College: BBA
- University of Baltimore: MS; MBA
- Loyola College of Law – New Orleans: JD

**AFFILIATIONS**
- American Institute of Certified Public Accountants
- Association of Insolvency & Restructuring Advisors
- American Bankruptcy Institute
- Association of Certified Fraud Examiners
- American Bar Association

William Pederson is a Director in the firm's Bankruptcy and Restructuring Group. He has over 30 years of experience in the areas of bankruptcy, commercial litigation, business valuation, accounting and auditing, and forensic accounting services for a variety of industries.

Bill has experience with debtors and creditors as well as trustees and litigation trusts. Additionally, he has led investigations, conducted analyses and authored expert reports related to fraudulent transfers, valuations and lost profits. He has also conducted a number of forensic assignments which led to recoveries for the Plaintiff.



EisnerAmper LLP
eisneramper.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (specify):  ***SECOND INTERIM AND FINAL APPLICATION OF EISNERAMPER LLP, FINANCIAL ADVISORS  TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES; DECLARATION OF ANTHONY R. CALASCIBETTA*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) __March 16, 2017__ , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (date) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge __will be completed__ no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) **March 16, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge __will be completed__ no later than 24 hours after the document is filed.

**VIA US First Class Mail**
Honorable Theodor C. Albert
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040
Courtroom 5B
Santa Ana, CA 92701-4593
**VIA US First Class Mail**
Counsel to Chapter 7 Trustee
Christopher Minier
Ringstad & Sanders LLP
2030 Main Street, Suite 1600
Irvine, CA 92614

**VIA US First Class Mail**
Office of the United States
Trustee
Michael J. Hauser, Esq.
411 W. 4th Street, Ste 7160
Santa Ana, CA 92701-4593

**VIA US First Class Mail**
Karen S Naylor
Chapter 7 Trustee
P.O. Box 504
Santa Ana, CA 92702-0504

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| March 16, 2017 | Sophia L. Lee | /s/ Sophia L. Lee |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                    **F 9013-3.1.PROOF.SERVICE**

DOCS_SF:93451.5 03751/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
**In re Anna's Linens, Inc.**
**USBC, Central District of California, Santa Ana Division Case No. 8:15-bk-13008-TA**

- Todd M Arnold    tma@lnbyb.com
- Michael Avanesian    nef@jtlegalgroup.com, michael@ecf.inforuptcy.com
- Wesley H Avery    wavery@thebankruptcylawcenter.com, lucy@averytrustee.com
- James C Bastian    jbastian@shbllp.com
- Cristina E Bautista    , ecf.lax.docket@kattenlaw.com,nicole.jones@kattenlaw.com
- Sabrina Beavens    sbeavens@iurillolaw.com, ciurillo@iurillolaw.com
- Alan Betten    abetten@sagallaw.com
- Karen C Bifferato    kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
- Mikel R Bistrow    bistrowm@ballardspahr.com, burkec@ballardspahr.com
- Wanda Borges    ecfcases@borgeslawllc.com
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Jerrold L Bregman    ecf@brutzkusgubner.com, jbregman@brutzkusgubner.com
- Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- Robert Brier    bbrier@bihlaw.com, smann@bihlaw.com
- Mark Bringardner    Mark@stolllaw.com
- Heather D Brown    heather@hdbrownlaw.com
- David L Bruck    bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com
- Larry Butler    secured@becket-lee.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Gary O Caris    gcaris@diamondmccarthy.com, vgarcia@diamondmccarthy.com
- Shirley Cho    scho@pszjlaw.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Gail L Chung    GL@outtengolden.com, JXH@outtengolden.com;rmasubuchi@outtengolden.com;kd eleon@outtengolden.com;JAR@outtengolden.com;RSR@ou ttengolden.com;rfisher@outtengolden.com;rima-8863@ecf.pacerpro.com
- Ronald Clifford    rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforup tcy.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- Lee A Collins    LCOLLINS@BOYARMILLER.COM
- Joseph Corrigan    Bankruptcy2@ironmountain.com

- Randy J Creswell    rcreswell@perkinsthompson.com, lmccleer@perkinsthompson.com
- Jeffry A Davis    jdavis@mintz.com, docketing@mintz.com
- Joseph P Davis    davisjo@gtlaw.com, wangm@gtlaw.com;laik@gtlaw.com
- Michael W Davis    mdavis@brutzkusgubner.com, ecf@brutzkusgubner.com
- Richard F DeLossa    rdelossa@kelleydrye.com, wtaylor@kelleydrye.com
- Denise Diaz    Denise.Diaz@rmsna.com
- Eldia M Diaz-Olmo    diazolmo@villamil.net, eldia.diazolmo@gmail.com
- John P Dillman    houston_bankruptcy@publicans.com
- Caroline Djang    cdjang@rutan.com
- Jonathan R Doolittle    jdoolittle@reedsmith.com, renee-pelusi-2054@ecf.pacerpro.com;rpelusi@reedsmith.com;ashively@ reedsmith.com;dkelley@reedsmith.com;bobmiller@kilmerla w.com;cbroock@kilmerlaw.com;llhomedieu@kilmerlaw.co m
- Glen Dresser    gombd@aol.com
- Reid E Dyer    reiddyer@mvalaw.com, davidwheeler@mvalaw.com
- Gary B Elmer    gelmer@ciardilaw.com
- Amanda N Ferns    aferns@fernslaw.com, mmakalintal@fernslaw.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Margaret G Foley    mgfoley05@gmail.com
- Joseph D Frank    jfrank@fgllp.com, rheiligman@fgllp.com;ccarpenter@fgllp.com;jkleinman@fgll p.com
- Roger F Friedman    rfriedman@rutan.com
- John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- Lauren N Gans    lgans@shensonlawgroup.com
- Sidney Garabato    sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- John S Garner    , semerson@frfirm.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Bernard R Given    bgiven@loeb.com, mortiz@loeb.com,ladocket@loeb.com
- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
- Ronald E Gold    rgold@fbtlaw.com, joguinn@fbtlaw.com
- Stanley E Goldich    sgoldich@pszjlaw.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Leon B Gordon    sonya.ragsdale@mvbalaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- William A Gray    bgray@sandsanderson.com, rarrington@sandsanderson.com
- Irving M Gross    img@lnbyb.com, john@lnbyb.com
- Steven T Gubner    sgubner@brutzkusgubner.com, ecf@brutzkusgubner.com
- Ralph P Guenther    rguenther@montereylaw.com
- Mina Hakakian    mhakakian@lwmpartners.com
- Michael J Hauser    michael.hauser@usdoj.gov
- James H Henderson    henderson@title11.com, ginny@title11.com
- William H Heslup    william.heslup@illinois.gov
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- James KT Hunter    jhunter@pszjlaw.com
- William E Ireland    wireland@hbblaw.com, cdraper@hbblaw.com
- Ronald N Ito    Ronald.Ito@doj.ca.gov, Susan.Lincoln@doj.ca.gov
- Jeanne M Jorgensen    jjorgensen@pj-law.com, cpage@pj-law.com
- Eve H Karasik    ehk@lnbyb.com
- Ori Katz    okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com
- Doah Kim    doah.kim@whitecase.com
- Simon Kimmelman    skimmelman@sillscummis.com
- Stuart I Koenig    Skoenig@leechtishman.com, fscardino@leechtishman.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Jason B Komorsky    jkomorsky@brutzkusgubner.com, jkomorsky@gmail.com
- Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
- Mette H Kurth    mkurth@foxrothschild.com, pchlum@foxrothschild.com;mette-kurth-7580@ecf.pacerpro.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Ian Landsberg    ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- William J Levant    wlevant@kaplaw.com, wlevant@gmail.com
- Lori A Lewis    lewisl004@mail.maricopa.com
- James V Lombardi    jlombardi@rossbanks.com, kjohnson@rossbanks.com
- Melissa Davis Lowe    mdavis@shbllp.com, sswartzell@shbllp.com

- David J Mahoney    efilings@spallp.com
- Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- David A Mawhinney    david.mawhinney@klgates.com
- Gordon G May    hpc@ggb-law.com
- Thor D McLaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- David W. Meadows    david@davidwmeadowslaw.com
- Christopher Minier    becky@ringstadlaw.com
- Eric A Mitnick    MitnickLaw@aol.com
- Sean N Nagel    ldc@dr-slo.com
- Karen S. Naylor    knaylor@burd-naylor.com
- Karen S Naylor (TR)    acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
- Brian R Nelson    becky@ringstadlaw.com, brian@ringstadlaw.com
- Mike D Neue    mneue@dynamic-law.com
- Kevin M Newman    knewman@menterlaw.com, kmnbk@menterlaw.com
- Victor W Newmark    bankruptcy@evict.net
- William Novotny    william.novotny@mwmf.com
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;CJGreen@mintz.com;DEHashimoto@mintz.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Keith C Owens    kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Christopher L Parnell    cparnell@dunncarney.com, kburin@dunncarney.com
- Paul J Pascuzzi    ppascuzzi@ffwplaw.com
- Kristen N Pate    ggpbk@ggp.com
- Christopher J Petersen    cjpetersen@blankrome.com, gsolis@blankrome.com
- David M Poitras    dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- David L Pollack    pollack@ballardspahr.com, petlaka@ballardspahr.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Kelly L Pope    kpope@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- David L Prince    dlp@redchamber.com
- Jennifer Pruski    jpruski@trainorfairbrook.com
- David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
- Steven B Sacks    , jnakaso@sheppardmullin.com
- Steven B Sacks    ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com
- Nanette D Sanders    becky@ringstadlaw.com
- Allan D Sarver    ADSarver@aol.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- Lance A Selfridge    lances@lbbslaw.com, Susan.Awe@lewisbrisbois.com
- James R Selth    jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Michael J Shane    mshane@eplawyers.com, bsilva@eplawyers.com
- William H Short    bill.short@arlaw.com, candice.carter@arlaw.com
- Evan D Smiley    esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Louis F Solimine    Louis.Solimine@thompsonhine.com
- Owen M Sonik    osonik@pbfcm.com, tpope@pbfcm.com
- Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Rick A Steinberg    rsteinberg@nakblaw.com
- Norman C Sullivan    jgarner@frfirm.com,semerson@frfirm.com
- Salina R Thomas    bankruptcy@co.kern.ca.us
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Daniel R Utain    dutain@kaplaw.com, kcoughlin@kaplaw.com
- Kimberly Walsh    bk-kwalsh@texasattorneygeneral.gov
- Howard J Weg    hweg@robinskaplan.com
- Jeffrey T Wegner    jeffrey.wegner@kutakrock.com, lisa.peters@kutakrock.com
- Catherine Weinberg    cweinberg@bamlaw.net, jnoble@bamlaw.net
- David R. Weinstein    dweinstein@weinsteinlawfirm.net
- Daniel J Weintraub    dan@wsrlaw.net, melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Gilbert B Weisman    notices@becket-lee.com
- Elizabeth Weller    dallas.bankruptcy@publicans.com
- Steven Werth    swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
- Brian D Wesley    brian.wesley@doj.ca.gov
- Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- Rebecca J Winthrop , darla.rodrigo@nortonrosefulbright.com
- Rebecca J Winthrop    rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com
- Brian Barouir Yeretzian    byeretzian@jhindslaw.com, yeretzian@gmail.com
- Roye Zur    rzur@lgbfirm.com, kalandy@lgbfirm.com;srichmond@lgbfirm.com;cboyias@lgbfirm.com;mmocciaro@lgbfirm.com
- 

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_SF:93451.5 03751/002