Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA  90067-4114
Telephone: 310/277-6910
Facsimile: 310/201-0760
E-mail:   jpomerantz@pszjlaw.com
           ikharasch@pszjlaw.com
           scho@pszjlaw.com

Attorneys for the Official Committee of Unsecured Creditors

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>ANNA'S LINENS, INC.,<br><br>Debtor. | Case No. 8:15-bk-13008-TA<br><br>Chapter 7<br><br>**NOTICE OF ADJOURNMENT OF HEARING ON SECOND INTERIM AND FINAL APPLICATION OF EISNERAMPER LLP, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** |

**PLEASE TAKE NOTICE** that the hearing "(Hearing")" on the Second Interim and Final Fee Application of EisnerAmper LLP [Docket No. 1816] that was scheduled for **April 11, 2017,** at **11:00 a.m., has been adjourned to a date to be determined** at the request of the Chapter 7 Trustee. The hearing will be rescheduled to a later date and a further notice of hearing shall be then filed.

Dated: March 29, 2017              PACHULSKI STANG ZIEHL & JONES LLP

                                   By:  */s/ Shirley S. Cho*
                                        Jeffrey N. Pomerantz
                                        Ira D. Kharasch
                                        Shirley S. Cho

                                        Attorneys for the Official Committee
                                        of Unsecured Creditors

DOCS_SF:93584.2 03751/002

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**150 California Street, 15th Floor, San Francisco, CA 90067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF ADJOURNMENT OF HEARING ON SECOND INTERIM AND FINAL APPLICATION OF EISNERAMPER LLP, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **March 29, 2017**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **March 29, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

| **VIA US First Class Mail** | **VIA US First Class Mail** | **VIA US First Class Mail** |
|---|---|---|
| Honorable Theodor C. Albert | Office of the United States Trustee | Karen S Naylor |
| United States Bankruptcy Court | Michael J. Hauser, Esq. | Chapter 7 Trustee |
| Ronald Reagan Federal Building and Courthouse | 411 W. 4th Street, Ste 7160 | P.O. Box 504 |
| 411 West Fourth Street, Suite 5040 | Santa Ana, CA 92701-4593 | Santa Ana, CA 92702-0504 |
| Courtroom 5B | | |
| Santa Ana, CA 92701-4593 | | |

**VIA US First Class Mail**
Counsel to Chapter 7 Trustee
Christopher Minier
Ringstad & Sanders LLP
2030 Main Street, Suite 1600
Irvine, CA 92614

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| MARCH 29, 2017 | SOPHIA L. LEE | */s/ Sophia L. Lee* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

DOCS_SF:93584.2 03751/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
**In re Anna's Linens, Inc.**
**USBC, Central District of California, Santa Ana Division Case No. 8:15-bk-13008-TA**

- Todd M Arnold    tma@lnbyb.com
- Michael Avanesian    nef@jtlegalgroup.com, michael@ecf.inforuptcy.com
- Wesley H Avery    wavery@thebankruptcylawcenter.com, lucy@averytrustee.com
- James C Bastian    jbastian@shbllp.com
- Cristina E Bautista    , ecf.lax.docket@kattenlaw.com,nicole.jones@kattenlaw.com
- Sabrina Beavens    sbeavens@iurillolaw.com, ciurillo@iurillolaw.com
- Alan Betten    abetten@sagallaw.com
- Karen C Bifferato    kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
- Mikel R Bistrow    bistrowm@ballardspahr.com, burkec@ballardspahr.com
- Wanda Borges    ecfcases@borgeslawllc.com
- Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- Jerrold L Bregman    ecf@brutzkusgubner.com, jbregman@brutzkusgubner.com
- Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- Robert Brier    bbrier@bihlaw.com, smann@bihlaw.com
- Mark Bringardner    Mark@stolllaw.com
- Heather D Brown    heather@hdbrownlaw.com
- David L Bruck    bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com
- Larry Butler    secured@becket-lee.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Gary O Caris    gcaris@diamondmccarthy.com, vgarcia@diamondmccarthy.com
- Shirley Cho    scho@pszjlaw.com
- Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com
- Gail L Chung    GL@outtengolden.com, JXH@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com;JAR@outtengolden.com;RSR@outtengolden.com;rfisher@outtengolden.com;rima-8863@ecf.pacerpro.com
- Ronald Clifford    rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com
- Cynthia M Cohen    cynthiacohen@paulhastings.com
- Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;Brian@lesliecohenlaw.com
- Lee A Collins    LCOLLINS@BOYARMILLER.COM
- Joseph Corrigan    Bankruptcy2@ironmountain.com
- Randy J Creswell    rcreswell@perkinsthompson.com, lmccleer@perkinsthompson.com
- Jeffry A Davis    jdavis@mintz.com, docketing@mintz.com
- Joseph P Davis    davisjo@gtlaw.com, wangm@gtlaw.com;laik@gtlaw.com
- Michael W Davis    mdavis@brutzkusgubner.com, ecf@brutzkusgubner.com
- Richard F DeLossa    rdelossa@kelleydrye.com, wtaylor@kelleydrye.com
- Denise Diaz    Denise.Diaz@rmsna.com
- Eldia M Diaz-Olmo    diazolmo@villamil.net, eldia.diazolmo@gmail.com
- John P Dillman    houston_bankruptcy@publicans.com
- Caroline Djang    cdjang@rutan.com
- Jonathan R Doolittle    jdoolittle@reedsmith.com, renee-pelusi-2054@ecf.pacerpro.com;rpelusi@reedsmith.com;ashively@reedsmith.com;dkelley@reedsmith.com;bobmiller@kilmerlaw.com;cbroock@kilmerlaw.com;llhomedieu@kilmerlaw.com
- Glen Dresser    gombd@aol.com
- Reid E Dyer    reiddyer@mvalaw.com, davidwheeler@mvalaw.com
- Gary B Elmer    gelmer@ciardilaw.com
- Amanda N Ferns    aferns@fernslaw.com, mmakalintal@fernslaw.com
- M Douglas Flahaut    flahaut.douglas@arentfox.com
- Margaret G Foley    mgfoley05@gmail.com
- Joseph D Frank    jfrank@fgllp.com, rheiligman@fgllp.com;ccarpenter@fgllp.com;jkleinman@fgllp.com
- Roger F Friedman    rfriedman@rutan.com
- John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- Lauren N Gans    lgans@shensonlawgroup.com
- Sidney Garabato    sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- John S Garner    , semerson@frfirm.com
- Richard Girgado    rgirgado@counsel.lacounty.gov
- Bernard R Given    bgiven@loeb.com, mortiz@loeb.com,ladocket@loeb.com
- Barry S Glaser    bglaser@swesq.com, erhee@swesq.com
- Ronald E Gold    rgold@fbtlaw.com, joguinn@fbtlaw.com
- Stanley E Goldich    sgoldich@pszjlaw.com
- David B Golubchik    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- Leon B Gordon    sonya.ragsdale@mvbalaw.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**

DOCS_SF:93584.2 03751/002

- William A Gray    bgray@sandsanderson.com, rarrington@sandsanderson.com
- Irving M Gross    img@lnbyb.com, john@lnbyb.com
- Steven T Gubner    sgubner@brutzkusgubner.com, ecf@brutzkusgubner.com
- Ralph P Guenther    rguenther@montereylaw.com
- Mina Hakakian    mhakakian@lwmpartners.com
- Michael J Hauser    michael.hauser@usdoj.gov
- James H Henderson    henderson@title11.com, ginny@title11.com
- William H Heslup    william.heslup@illinois.gov
- Matthew C. Heyn    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com
- Brian D Huben    hubenb@ballardspahr.com, carolod@ballardspahr.com
- James KT Hunter    jhunter@pszjlaw.com
- William E Ireland    wireland@hbblaw.com, cdraper@hbblaw.com
- Ronald N Ito    Ronald.Ito@doj.ca.gov, Susan.Lincoln@doj.ca.gov
- Jeanne M Jorgensen    jjorgensen@pj-law.com, cpage@pj-law.com
- Eve H Karasik    ehk@lnbyb.com
- Ori Katz    okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com
- Doah Kim    doah.kim@whitecase.com
- Simon Kimmelman    skimmelman@sillscummis.com
- Stuart I Koenig    Skoenig@leechtishman.com, fscardino@leechtishman.com
- Michael S Kogan    mkogan@koganlawfirm.com
- Jason B Komorsky    jkomorsky@brutzkusgubner.com, jkomorsky@gmail.com
- Matthew Kramer    mkramer@wwhgd.com, iperez@wwhgd.com
- Mette H Kurth    mkurth@foxrothschild.com, pchlum@foxrothschild.com;mette-kurth-7580@ecf.pacerpro.com
- Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- Ian Landsberg    ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- William J Levant    wlevant@kaplaw.com, wlevant@gmail.com
- Lori A Lewis    lewisl004@mail.maricopa.gov
- James V Lombardi    jlombardi@rossbanks.com, kjohnson@rossbanks.com
- Melissa Davis Lowe    mdavis@shbllp.com, sswartzell@shbllp.com
- David J Mahoney    efilings@spallp.com
- Robert S Marticello    Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
- David A Mawhinney    david.mawhinney@klgates.com
- Gordon G May    hpc@ggb-law.com
- Thor D McLaughlin    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- David W. Meadows    david@davidwmeadowslaw.com
- Christopher Minier    becky@ringstadlaw.com
- Eric A Mitnick    MitnickLaw@aol.com
- Sean N Nagel    , ldc@dr-slo.com
- Karen S. Naylor    knaylor@burd-naylor.com
- Karen S Naylor (TR)    acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
- Brian R Nelson    becky@ringstadlaw.com, brian@ringstadlaw.com
- Mike D Neue    mneue@dynamic-law.com
- Kevin M Newman    knewman@menterlaw.com, kmnbk@menterlaw.com
- Victor W Newmark    bankruptcy@evict.net
- William Novotny    william.novotny@mwmf.com
- Abigail V O'Brient    avobrient@mintz.com, docketing@mintz.com;CJGreen@mintz.com;DEHashimoto@mintz.com
- Juliet Y Oh    jyo@lnbrb.com, jyo@lnbrb.com
- Keith C Owens    kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com
- Ernie Zachary Park    ernie.park@bewleylaw.com
- Christopher L Parnell    cparnell@dunncarney.com, kburin@dunncarney.com
- Paul J Pascuzzi    ppascuzzi@ffwplaw.com
- Kristen N Pate    ggpbk@ggp.com
- Christopher J Petersen    cjpetersen@blankrome.com, gsolis@blankrome.com
- David M Poitras    dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com
- David L Pollack    pollack@ballardspahr.com, petlaka@ballardspahr.com
- Jeffrey N Pomerantz    jpomerantz@pszjlaw.com
- Kelly L Pope    kpope@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- David L Prince    dlp@redchamber.com
- Jennifer Pruski    jpruski@trainorfairbrook.com
- David M Reeder    dmr@vrmlaw.com, jle@vrmlaw.com
- Steven B Sacks    , jnakaso@sheppardmullin.com
- Steven B Sacks    ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com
- Nanette D Sanders    becky@ringstadlaw.com
- Allan D Sarver    ADSarver@aol.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

DOCS_SF:93584.2 03751/002

- Lance A Selfridge  lances@lbbslaw.com, Susan.Awe@lewisbrisbois.com
- James R Selth  jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Michael J Shane  mshane@eplawyers.com, bsilva@eplawyers.com
- William H Short  bill.short@arlaw.com, candice.carter@arlaw.com
- Evan D Smiley  esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com
- Lindsey L Smith  lls@lnbyb.com, lls@ecf.inforuptcy.com
- Louis F Solimine  Louis.Solimine@thompsonhine.com
- Owen M Sonik  osonik@pbfcm.com, tpope@pbfcm.com
- Howard Steinberg  steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- Rick A Steinberg  rsteinberg@nakblaw.com
- Norman C Sullivan  jgarner@frfirm.com,semerson@frfirm.com
- Salina R Thomas  bankruptcy@co.kern.ca.us
- United States Trustee (SA)  ustpregion16.sa.ecf@usdoj.gov
- Daniel R Utain  dutain@kaplaw.com, kcoughlin@kaplaw.com
- Kimberly Walsh  bk-kwalsh@texasattorneygeneral.gov
- Howard J Weg  hweg@robinskaplan.com
- Jeffrey T Wegner  jeffrey.wegner@kutakrock.com, lisa.peters@kutakrock.com
- Catherine Weinberg  cweinberg@bamlaw.net, jnoble@bamlaw.net
- David R. Weinstein  dweinstein@weinsteinlawfirm.net
- Daniel J Weintraub  dan@wsrlaw.net, melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com
- Gilbert B Weisman  notices@becket-lee.com
- Elizabeth Weller  dallas.bankruptcy@publicans.com
- Steven Werth  swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;slee@sulmeyerlaw.com;slee@ecf.inforuptcy.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
- Brian D Wesley  brian.wesley@doj.ca.gov
- Eric R Wilson  kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- Rebecca J Winthrop  , darla.rodrigo@nortonrosefulbright.com
- Rebecca J Winthrop  rebecca.winthrop@nortonrosefulbright.com, darla.rodrigo@nortonrosefulbright.com
- Brian Barouir Yeretzian  byeretzian@jhindslaw.com, yeretzian@gmail.com
- Roye Zur  rzur@lgbfirm.com, kalandy@lgbfirm.com;srichmond@lgbfirm.com;cboyias@lgbfirm.com;mmocciaro@lgbfirm.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                    **F 9013-3.1.PROOF.SERVICE**

DOCS_SF:93584.2 03751/002