Jeffrey N. Pomerantz (CA Bar No. 143717)
Ira D. Kharasch (CA Bar No. 109084)
Shirley S. Cho (CA Bar No. 192616)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4114
Telephone:  310/277-6910
Facsimile:  310/201-0760
*jpomerantz@pszjlaw.com*
*ikharasch@pszjlaw.com*
*scho@pszjlaw.com*

Attorneys for the Official Committee of
Unsecured Creditors

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No.: 8:15-bk-13008-TA |
| | Chapter 7 |
| ANNA'S LINENS, INC., | |
| Debtor. | **SECOND INTERIM AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 25, 2015 THROUGH MARCH 30, 2016; DECLARATION OF JEFFREY N. POMERANTZ** |
| | [Final Fee Period:  June 25, 2015 through March 30, 2016]
[Second Fee Period:  October 1, 2015 through March 30, 2016]

[No Hearing Required; Local Bankruptcy Rule 9013-1(o)] |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# TABLE OF CONTENTS

I.    INTRODUCTORY STATEMENT ...................................................................................2

    A.    Summary of First and Second Interim Period (June 25, 2015 –
        March 30, 2016).........................................................................................................2

    B.    Summary of Second Interim Period (October 1, 2015 – March 30, 2016).................3

    C.    Compensation and Expense Reimbursement History.................................................3

II.    OVERVIEW OF THE CASE .......................................................................................4

III.    NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME
     EXPENDED FOR THE EMPLOYMENT PERIOD...................................................4

    A.    Services Performed and Time Expended During the Second Interim Period.............6

        1.    Appeals ...........................................................................................................6

        2.    Asset Analysis and Recovery..........................................................................7

        3.    Avoidance Actions...........................................................................................7

        4.    Asset Disposition .............................................................................................8

        5.    Bankruptcy Litigation .....................................................................................8

        6.    Case Administration.........................................................................................9

        7.    Claims Administration and Objections ..........................................................10

        8.    Compensation of Professionals......................................................................10

        9.    Compensation of Professionals/Others ..........................................................11

        10.    Executory Contracts .......................................................................................11

        11.    Financial Filings.............................................................................................11

        12.    Financing........................................................................................................12

        13.    General Business Advice ................................................................................12

        14.    General Creditors Committee .........................................................................12

        15.    Hearing...........................................................................................................13

        16.    Insurance Coverage........................................................................................13

        17.    Operations......................................................................................................13

        18.    Retention of Professionals/Others..................................................................13

        19.    Tax Issues.......................................................................................................13

        20.    Travel ............................................................................................................14

    B.    Detailed Listing of All Time Spent By the Professional
        on the Matters for Which Compensation is Sought (Local
        Bankruptcy Rule 2016-1(a) (1) (E)). ......................................................................14

    C.    List of Expenses by Category (Local Bankruptcy Rule 2016-1(a) (1) (F)). ..............14

    D.    Hourly Rates (Local Bankruptcy Rule 2016-1(a) (1) (G) and (I). ............................14

    E.    Description of Professional Education and Experience (Local
        Bankruptcy Rule 2016-1(a) (1) (H)). .......................................................................15

    F.    Statement of the Applicant.......................................................................................15

G.    Budget ..................................................................................................... 15

H.    Notice of Application and Hearing (Local Bankruptcy
Rule 2016-1(a)(2) and (c)(3) .................................................................... 16

IV.    THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED
BASED UPON APPLICABLE LAW ................................................................. 16

A.    Local Rules and United States Trustee Guidelines .................................. 16

B.    Factors In Evaluating Requests for Compensation. ................................. 16

C.    The Lodestar Award Should be Calculated by Multiplying a
Reasonable Hourly Rate by the Hours Expended. ................................... 17

V. CONCLUSION ............................................................................................................ 19

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  **TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY**

2  **JUDGE, DEBTOR, COUNSEL TO THE DEBTOR, PARTIES REQUESTING NOTICE,**

3  **AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

4      Pachulski Stang Ziehl & Jones LLP ("PSZJ" or the "Firm"), hereby submits its *Second*

5  *Interim and Final Application for Approval of Compensation and Reimbursement of Expenses* (the

6  "Application"), in connection with its representation of the Official Committee of Unsecured

7  Creditors of Anna's Linens, the above-captioned debtor (the "Debtor"), during the chapter 11 period,

8  pursuant to sections 330 and 331 of the Bankruptcy Code.[1]

9      The Application requests entry of an order allowing, on a final basis, compensation to the

10  Firm for services rendered to the Committee and expenses incurred during the period from June 25,

11  2015 through March 30, 2016 (the "Employment Period").

12      For the Employment Period, the Firm seeks final approval of compensation and

13  reimbursement of expenses for legal services rendered in the amount of $1,069,064.02, which sum

14  represents compensation for legal services rendered in the amount of $1,045,803.00 in fees and

15  reimbursement for expenses of $23,261.02.  The amount requested is net of a voluntary write off of

16  fees and expenses totaling $135,670.99.

17      For the first interim period of June 25, 2015 through September 30, 2015 ("First Interim

18  Period"), the Firm submitted its first interim fee application [Docket No. 1171] (the "First Interim

19  Application").  The summary charts of fees and expenses for the First Interim Period are attached as

20  exhibits thereto and incorporated herein by reference.  On account of the First Interim Application,

21  the Firm was allowed fees in the amount of $766,572.75 and expenses in the amount of $16,842.23,

22  which were allowed by the Court on an interim basis pursuant to the *Order Re First Interim*

23  *Applications for Approval of Fees and Reimbursement of Expenses* [Docket No. 1245] (the "Interim

24  Fee Order").  Pursuant to stipulation entered into with the Office of the U.S. Trustee, the Firm

25  reduced its fees requested in the First Interim Period by $66,593.50, which was in addition to

26  $16,323.47 of fees and expenses already written off prior to submitting the First Interim Application.

27

28
_____

[1] All references to sections of the "Bankruptcy Code" are to sections of 11 U.S.C. §§ 101-1532, as amended.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Firm submits this application for fees and costs incurred during the second interim period of October 1, 2015 through March 30, 2016 (the "<u>Second Interim Period</u>").   For the Second Interim Period, the Firm requests $279,230.25 in fees and expenses in the amount of $6,418.79.  The requested amount reflects a reduction of $52,718.25 in fees and $35.77 in costs for working meals.  The summary charts detailing the amount of fees charged and hours worked by each of the Firm's professionals and paraprofessionals during the Second Interim Period are attached hereto as **Exhibit A** and the copies of the Firm's time billing statement for the Second Interim Period is attached hereto as **Exhibit B**.

The summary charts detailing the amount of fees charged and hours worked by each of the Firm's professionals and paraprofessionals during the First Interim Period and the Second Interim Period are attached hereto as **Exhibit C**.

This Application is based upon the contents hereof, together with the exhibits, the declaration of Jeffrey N. Pomerantz filed concurrently herewith, the pleadings, papers, and records on file in this case, and any evidence or argument that the Court may entertain at the time of the hearing on the Application.

## I.

## INTRODUCTORY STATEMENT

**A.      Summary of First and Second Interim Period (June 25, 2015 – March 30, 2016)**

| | |
|---|---|
| Total Fees Requested for Final Approval | $1,045,803.00 |
| Total Expenses Subject to Final Approval | $23,261.02 |
| **Total Request** | **$1,069,064.02** |
| Total Fees Paid per Interim Application | $493,480.65 |
| Total Expenses Paid per Interim Application | $16,842.23 |
| Total Previously Paid | $510,322.88 |
| **Balance Due (net of voluntary discount of $135,670.99)** | **$558,741.14** |
| Total Hours Billed | 1,532.60 |
| Blended Hourly Rate including Paralegals | $625.91 |
| Blended Hourly Rate excluding Paralegals | $721.15 |

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**B.      Summary of Second Interim Period (October 1, 2015 – March 30, 2016)**

| | |
|---|---:|
| Fees Requested | $279,230.25 |
| Expenses Requested | $6,418.79 |
| **Total Request for Second Interim Period** | **$285,649.04** |
| Total Paid | $0.00 |
| **Balance Due (net of voluntary discount of $52,754.02)** | **$285,649.04** |
| Total Hours Billed | 436.20 |
| Blended Hourly Rate including Paralegals | $491.82 |
| Blended Hourly Rate excluding Paralegals | $551.31 |

**C.      Compensation and Expense Reimbursement History**

The California State Board of Equalization (the "CSBE") filed an objection to the Firm's First Interim Application.  Pursuant to the stipulation entered into between the Committee and CSBE [Docket No. 1207], and subsequent order entered thereon [Docket No. 1225], PSZJ agreed not to be paid any amount of its fees and costs that would result in the total amount of allowed fees and costs paid to both the Committee's professionals during the First Interim Period exceeding $625,000 unless (ii) CSBE stipulates that it withdraws any objection to such a payment or (ii) the Bankruptcy Court, after a motion filed by PSZJ, overrules the CSBE Objections.

Thereafter, the Firm entered into a stipulation with the Office of the United States Trustee as set forth in the stipulation at Docket No. 1201 (the "UST Stipulation") agreeing to reduce its fees and expenses requested by $66,593.50.  Pursuant to the Interim Order, the Firm was awarded on an interim basis $766,572.75 in fees and $16,842.23 in costs advanced.

The Firm believes that the fee reduction agreement with the U.S. Trustee's office may have covered the same objection as set forth in the CSBE objection and that, therefore, the CSBE objection may have been resolved.  However, in an abundance of caution and as the record is not clear on this matter, this Application constitutes the Firm's motion for the Bankruptcy Court to find that the CSBE objection was satisfied by virtue of the UST Stipulation.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

## II.

## OVERVIEW OF THE CASE

The Debtor filed a voluntary Chapter 11 petition on June 14, 2015.  On June 24, 2015, the United States Trustee appointed the Committee to represent the interests of all unsecured creditors for the Debtor pursuant to section 1102 of the Bankruptcy Code.  The members appointed to the Committee were: (i) Shewak Lajwanti Home Fashions, Inc.; (ii) Brixmor Property Group. Inc.; (iii) Roind Hometex Co, Ltd., (iv) Welcome Industrial Corp., (v) S. Lichtenberg & Co., Inc., (vi) P and A Marketing; and (vii) Greenleaf Advertising & Media, Inc.

On June 25, 2015, the Committee elected to retain PSZJ to serve as counsel to the Committee.  On August 11, 2015, this Court entered an Order approving the retention and employment of the Firm to serve as counsel to the Committee *nunc pro tunc* to June 25, 2015 [Docket No. 482].

On March 30, 2016, pursuant to 11 U.S.C. § 1112(a), the Court entered an order converting the Chapter 11 case to one under Chapter 7 of the Bankruptcy Code [Docket No. 1455].

Pursuant to Local Bankruptcy Rule 2016-(a)(1)(A) (iv), the Firm hereby incorporates by reference the narrative history, the description of the present posture of the case, and the statement as to the amount of funds on hand as set forth in the final fee application of Debtor's chapter 11 counsel.

## III.

## NARRATIVE STATEMENT OF SERVICES RENDERED AND TIME EXPENDED FOR THE EMPLOYMENT PERIOD

The First Interim Period was marked by several significant work streams that the Firm performed on behalf of the Committee, including (i) creating value for unsecured creditors by requiring the secured lender to set aside dedicated funds to pay unsecured claims; (ii) investigating and pursuing claims against the secured lenders; and (iii) closely monitoring the Debtor's complete self-liquidation on an expedited basis.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### Dedicated Pool of Funds for GUC Claims

Although it appeared that unsecured creditors were initially "out of the money" given the size of the secured debt and administrative claims held by 503(b)(9) claimants, based on the prosecution of two objections by the Committee, the Debtor ultimately set aside a pool of $1.3 million for distribution to unsecured creditors.

First, the Committee investigated and identified several administrative shortfalls to the Debtor's proposed DIP financing budget and prosecuted an objection to the DIP financing on the grounds that the only purpose of the financing was to benefit Salus, the prepetition lender, that there was no demonstrated decrease in the value of the collateral because, in fact, it was being liquidated in the manner dictated by Salus, and that unencumbered property should not be used to grant liens or pay Salus, that the 506(c) waiver was inappropriate, that Salus was not entitled to post-petition fees or default interest, and that Salus should be made to return payments it already received. As a result of the Committee's objection to DIP financing, a pool of $800,000 was ordered to be set aside by the Court for unsecured creditors.

Second, the Committee objected to the Debtor's proposal to assume an agency agreement without assurance that the estate would not be left administratively insolvent given that liquidation had already been commenced prepetition. Specifically, the Firm on behalf of the Committee, argued that prepetition breakup fees could not be treated as administrative expenses. After the issue of breakup fees was severed and supplemental briefing ordered, the Firm filed the objection on filed July 13, 2015, arguing again that prepetition breakup fees are not administrative expenses, that such fees could not be converted into administrative expenses by assuming them, that there was no foundation for the breakup fees, and that the Tiger/Yellen lien to secure the breakup fees was ineffective. As a result of the Committee's objection and subsequent settlement, an additional pool of $500,000 has been set aside for the payment of unsecured creditors.

### Challenge of Secured Debt

In order to assess whether there were any claims against the Debtor's secured lenders, including Salus, that should be brought within the "Challenge Period" provided for in the Final DIP Order, the Committee propounded document requests to the secured lenders and the Debtor, and

reviewed the thousands of documents produced in response.  That review resulted in the

identification of, *inter alia*, a potential claim for the equitable subordination of the secured lenders'

claims in an amount of not less than $6,000,000, which claim was embodied in a draft complaint

provided to the secured lenders prior to the expiration of the Challenge Period.

<u>Asset Disposition</u>

The first few months of these cases were remarkable in that the Debtor completed its going-

out-of-business process, including selling its inventory, furniture, fixture & equipment, lease

designation rights, and intellectual property.  The Firm worked closely with counsel for the Debtor

as a consultation party with respect to the Debtor's efforts on all of these various sale fronts.  Further

detail of the fees and expenses incurred in the First Interim Period are set forth in the First Interim

Application [Docket No. 1171], which is incorporated as though fully set forth herein**.**

During the Second Interim Period, the Firm continued its investigation and litigation efforts

against Salus, evaluated priority claims, and worked closely with the Debtor to evaluate all wind-

down options.  Ultimately, the Debtor, working in conjunction with the Committee, determined that

it was in the best interest of the Debtor to convert the case to one under chapter 7.  Below is a

summary of services provided during the Second Interim Period.

Pursuant to the Compensation Guide and Local Bankruptcy Rule 2016-1(a)(1)(D), the Firm

has classified all services performed for which compensation is sought for the Second Interim Period

into one of various major categories.  The Firm attempted to place the services performed in the

category that best relates to the service provided.  However, because certain services may relate to

one or more categories, services pertaining to one category may in fact be included in another

category.  The invoice for the Second Interim Period with time and expense detail is attached hereto

as Exhibit B.

**A.** **Services Performed and Time Expended During the Second Interim Period.**

**1.** **Appeals**

This category relates to work performed regarding appeals.  During the Second Interim

Period, the Firm corresponded and conferred regarding BAP appellate issues.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Firm spent 0.50 hours on matters relating to the Appeals category, accounting for $382.50 of the fees incurred during the Second Interim Period.

2.    **Asset Analysis and Recovery**

This category relates to work regarding the analysis of assets of the estate and the recovery thereof for the benefit of the estate and its creditors.  During the Second Interim Period, the Firm, among other things:  (1) reviewed and analyzed Rabbi Trust issues; (2) reviewed and analyzed deferred compensation plan issues; (3) reviewed and analyzed Deepwater Horizon claim issues; (4) reviewed and analyzed a letter from plan participants and related documents regarding the Rabbi Trust; (5) performed research regarding the same; (6) reviewed and analyzed issues regarding a preferential transfer analysis; (7) reviewed and analyzed issues regarding the Reeder proposal to purchase Debtor claims; (8) performed work regarding a claims reconciliation analysis; (9) reviewed and analyzed a liquidation analysis; (10) performed work regarding a deferred compensation letter; (11) reviewed and analyzed a Commercial Tort Claims Agreement; (12) reviewed and analyzed indemnification issues; (13) reviewed and analyzed valuation issues regarding the estate's causes of action versus credit card companies; and (14) corresponded and conferred with various parties regarding asset analysis and recovery issues.

The Firm spent 19.70 hours on matters relating to the Asset Analysis and Recovery category, accounting for $17,555.00 of the fees incurred during the Second Interim Period.

3.    **Avoidance Actions**

This category relates to work regarding actions to recover avoidable transfers.  During the Second Interim Period, the Firm, among other things:  (1) reviewed and analyzed the Debtor's Statement of Financial Affairs regarding potential claims for the recovery of preferential transfers; (2) reviewed and analyzed preference payment data and prepared a preliminary spreadsheet; (3) reviewed and analyzed the need for additional information regarding a preference analysis; (4) reviewed and analyzed the Debtor's preference analysis; (5) performed work regarding scheduling issues; (6) reviewed and analyzed ordinary course of business issues; (7) created percentage completion tables relating to target vendors; (8) reviewed and analyzed new value defense issues; (9) reviewed and analyzed insider payment issues; (10) reviewed and analyzed a

motion to compromise with Idea Village; and (11) conferred and corresponded regarding avoidance actions.

The Firm spent 49.60 hours on matters relating to the Avoidance Actions category, accounting for $26,918.00 of the fees incurred during the Second Interim Period.

### 4.    Asset Disposition

This category relates to work regarding the sale and disposition of assets.

During the Second Interim Period, the Firm, among other things:  (1) reviewed and analyzed agency agreement issues; (2) reviewed and analyzed an order on settlement relating to bid protections; (3) reviewed and analyzed reconciliation issues; (4) reviewed and analyzed commercial tort claims bid issues; and (5) conferred and corresponded regarding asset disposition issues.

The Firm spent 1.90 hours on matters relating to the Asset Disposition category, accounting for $1,436.00 of the fees incurred during the Second Interim Period.

### 5.    Bankruptcy Litigation

This category relates to work regarding motions and adversary proceedings pending in the Bankruptcy Court.  During the Second Interim Period, the Firm, among other things:  (1) reviewed and analyzed deepening insolvency issues; (2) reviewed and analyzed equitable subordination issues; (3) reviewed and analyzed aiding and abetting breach of fiduciary duty issues; (4) reviewed and analyzed mediation issues; (5) reviewed and analyzed issues regarding a proposed split with other plaintiffs; (6) reviewed and analyzed Salus loan issues; (7) reviewed and analyzed Deepwater Horizon claim issues; (8) performed work regarding mediation scheduling issues; (9) reviewed and analyzed section 503(b)(9) issues; (10) reviewed and analyzed claims waterfall issues; (11) reviewed and analyzed proposed EBG fee arrangement issues; (12) reviewed and analyzed issues related to the Gubner group and Salus litigation; (13) reviewed and analyzed the effect of the BAP appeal on mediation; (14) reviewed and analyzed Directors and Officers insurance issues; (15) performed work regarding negotiations with Gubner regarding split of settlement proceeds; (16) reviewed and analyzed the Salus request for production of documents; (17) reviewed and analyzed collateral value issues relating to Salus; (18) performed work regarding a damages analysis relating to Salus mediation; (19) reviewed and analyzed documents regarding a response to Salus discovery request;

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(20) coordinated and met with the Committee sub-group regarding Salus litigation issues; (21) reviewed and analyzed privilege issues; (22) performed work regarding the Committee mediation statement; (23) reviewed and analyzed the Salus and Gubner group mediation briefs; (24) prepared for and attended the Salus mediation; (25) reviewed and analyzed tolling agreement issues; (26) reviewed and analyzed issues regarding vendors' revised complaint; (27) reviewed and analyzed WARN Act claim issues; (28) reviewed and analyzed the Exel motion to dismiss and opposition; (29) reviewed and analyzed section 726(a)(4) claim and prepayment penalty issues; (30) reviewed and analyzed potential claw back issues; (31) reviewed and analyzed warehouse lien issues; (32) reviewed and analyzed the Exel settlement offer; (33) reviewed and analyzed advances on indemnity obligation issues; (34) reviewed and analyzed conversion issues; (35) reviewed and analyzed extension of tolling agreement issues; (36) performed work regarding a challenge tolling agreement; (37) reviewed and analyzed a motion to compel return of lenders' attorneys' fees; (38) reviewed and analyzed Salus fee issues in DIP financing documents; (39) performed work regarding a joinder relating to Salus fees motion; (40) performed work regarding a statement of Committee to continue the hearing on Bankruptcy Rule 9019 motion relating to Lichtenberg; (41) prepared for and attended a hearing on March 23, 2016 on the motion to convert; and (42) corresponded and conferred regarding litigation issues.

The Firm spent 144.20 hours on matters relating to the Bankruptcy Litigation category, accounting for $113,994.00 of the fees incurred during the Second Interim Period.

**6.    Case Administration**

The services of the Firm in this category involved attending to case administration issues. During the Second Interim Period the Firm, among other things:  (1) maintained a memorandum of critical dates; (2) attended to scheduling issues; (3) reviewed and analyzed documents; and (4) corresponded regarding case administration issues.

The Firm spent 11.00 hours on matters relating to the Case Administration category, accounting for $3,533.00 of the fees incurred during the Second Interim Period.

### 7.    Claims Administration and Objections

During the Second Interim Period, the Firm, among other things:  (1) performed work regarding a joinder to Debtor's opposition to Kenney's section 503(b)(9) request; (2) reviewed and analyzed section 503(b) claims; (3) reviewed and analyzed bar date issues; (4) reviewed and analyzed letter of credit issues relating to Union Bank; (5) performed work regarding an omnibus objection to administrative claimants' motions; (6)  reviewed and analyzed continuance issues relating to section 503(b)(9) motions; (7) performed research; (8) reviewed and analyzed the CHF and Brentwood stipulations; (9) reviewed and analyzed the Shewak stipulation; (10) reviewed and analyzed the potential settlement of the State Board claim; (11) reviewed and analyzed the Transplace, Shewak and Hollander stipulations; (12)  reviewed and analyzed Warehousemen's lien issues; (13) reviewed and analyzed negotiations by the Debtor relating to potential settlements; (14) reviewed and analyzed indemnification issues regarding Greenberg Traurig invoices; (15) reviewed and analyzed issues regarding the Canjoy matter; (16) responded to inquiries from creditors; (17) performed work regarding the Marks' claim; (18) reviewed and analyzed issues regarding proposed settlement of the alleged Excel secured claim; (19) reviewed and analyzed the proposed settlement with Lichtenberg, including release issues; (20) monitored objections to section 503(b)(9) claims; (21) reviewed and analyzed Debtor's due diligence relating to proposed settlements; (22) reviewed and analyzed issues regarding relationship of claim objections and preference demands and appropriate procedures; (23) performed work regarding hearing binders; (24) reviewed and analyzed the Performance Team stipulation; (25) prepared for and attended a telephonic hearing on February 24, 2016; (26) reviewed and analyzed preference issues regarding Lichtenberg; (27) reviewed and analyzed a bar date motion; (28) performed work regarding a Committee statement concerning the proposed Lichtenberg settlement; and (29) corresponded and conferred regarding claim issues.

The Firm spent 37.30 hours on matters relating to the Claims Administration and Objections category accounting for $28,833.50 of the fees incurred during the Second Interim Period.

### 8.    Compensation of Professionals

This category relates to work regarding compensation issues related to the Firm.  During the Second Interim Period, the Firm, among other things:  (1) drafted its First Interim Fee Application;

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

(2) reviewed and analyzed issues regarding compliance with United States Trustee large case guidelines; (3) performed work regarding exhibits and budget issues; (4) performed work regarding a fee application order; and (5) conferred and corresponded regarding compensation issues.

The Firm spent 76.20 hours on matters relating to the Compensation of Professionals category accounting for $25,832.00 of the fees incurred during the Second Interim Period.

### 9. Compensation of Professionals/Others

This category relates to work regarding compensation issues related to other professionals. During the Second Interim Period, the Firm performed work regarding the Eisner Amper fee application.

The Firm spent 1.30 hours on matters relating to the Compensation of Professionals/Others category accounting for $975.00 of the fees incurred during the Second Interim Period.

### 10. Executory Contracts

Time incurred under this category relates to executory contracts and unexpired leases of real property. During the Interim Fee Period the Firm, among other things:  (1) reviewed and analyzed cure issues regarding Auto Zone; (2) performed work regarding a settlement of the Auto Zone matter; (3) reviewed and analyzed the planet Hollywood motion; and (4) corresponded and conferred regarding contract and lease issues.

The Firm spent 1.80 hours on matters relating to the Executory Contracts category, accounting for $1,710.00 of the fees incurred during the Second Interim Period.

### 11. Financial Filings

Time spent under this category relates to compliance with reporting requirements.  During the Second Interim Period the Firm, among other things, reviewed and analyzed a Statement of Financial Affairs regarding payments to insiders, and reviewed and analyzed issues regarding the Debtor's monthly operating reports.

The Firm spent 0.70 hours on matters relating to the Financial Filings category, accounting for $369.50 of the fees incurred during the Second Interim Period.

**12.    Financing**

This category relates to the Debtor in Possession ("DIP") financing and use of cash collateral. During the Second Interim Period the Firm, among other things: (1) reviewed and analyzed issues regarding a stipulation with ACCO concerning a premium financing agreement; (2) reviewed and analyzed forbearance agreement notice issues; (3) reviewed and analyzed a DIP financing amendment and paydown letter; (4) reviewed and analyzed budget issues; and (5) corresponded and conferred regarding financing issues.

The Firm spent 2.70 hours on matters relating to the Financing category, accounting for $1,847.50 of the fees incurred during the Second Interim Period.

**13.    General Business Advice**

Time spent under this category relates to general business advice issues. During the Second Interim Period the Firm, among other things: (1) reviewed and analyzed sale valuation issues; (2) reviewed and analyzed issues regarding sharing litigation proceeds; (3) communicated with the Committee's financial advisor regarding case business issues; (4) reviewed and analyzed distribution issues; (5) reviewed and analyzed budget issues; (6) reviewed and analyzed waterfall claims distribution analysis; (7) reviewed and evaluated whether to convert the case to chapter 7; (8) performed work regarding mediation issues; and (9) conferred and corresponded regarding general business advice issues.

The Firm spent 13.80 hours on matters relating to the General Business Advice category, accounting for $13,342.50 of the fees incurred during the Second Interim Period.

**14.    General Creditors Committee**

Time spent under this category relates to general Committee issues. During the Second Interim Period the Firm, among other things: (1) prepared and distributed a weekly summary memorandum; (2) prepared for and attended telephonic conferences with the Committee regarding case issues; and (3) corresponded and conferred regarding Committee issues.

The Firm spent 64.40 hours on matters relating to the General Creditors Committee category, accounting for $34,295.50 of the fees incurred during the Second Interim Period.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

### 15.    Hearing

Time spent under this category relates to hearing issues.  During the Second Interim Period the Firm, among other things:  (1) prepared for and attended hearings; (2) performed work regarding hearing binders; (3) monitored the status and scheduling of hearings; and (4) corresponded and conferred regarding hearing issues.

The Firm spent 3.10 hours on matters relating to the Hearings category, accounting for $2,325.00 of the fees incurred during the Second Interim Period.

### 16.    Insurance Coverage

Time spent under this category relates to insurance coverage issues.  During the Second Interim Period the Firm, among other things, reviewed and analyzed indemnity issues, and corresponded regarding insurance issues.

The Firm spent 1.60 hours on matters relating to the Insurance Coverage category accounting for $1,350.00 of the fees incurred during the Second Interim Period.

### 17.    Operations

Time spent under this category relates to operations issues.  During the Second Interim Period the Firm, among other things, reviewed and analyzed conversion and inventory reconciliation issues, and conferred regarding operations issues.

The Firm spent 0.70 hours on matters relating to the Operations category, accounting for $570.00 of the fees incurred during the Second Interim Period.

### 18.    Retention of Professionals/Others

This category relates to work regarding the retention of professionals other than the Firm.  During the Second Interim Period, the Firm, among other things, performed work regarding the BDO retention matter, and corresponded regarding retention issues.

The Firm spent 0.70 hours on matters relating to the Retention of Professionals - Others category, accounting for $525.00 of the fees incurred during the Second Interim Period.

### 19.    Tax Issues

Time spent under this category relates to tax issues.  During the Second Interim Period the Firm, among other things:  (1) reviewed and analyzed a stipulation with the State of Arizona

regarding sales taxes; (2) reviewed and analyzed California sales tax issues; (3) performed work

regarding a resolution with the State Board of Equalization regarding California sale taxes;

(4) reviewed and analyzed net operating loss issues; and (5) corresponded and conferred regarding

tax issues.

The Firm spent 2.50 hours on matters relating to the Tax Issues category, accounting for

$2,217.50 of the fees incurred during the Second Interim Period.

**20.    Travel**

During the Second Interim Period, the Firm incurred non-working time while traveling on

case matters.  Such time is billed at one-half the normal rate.

The Firm spent 2.50 hours on matters relating to the Travel category, accounting for

$1,218.75 of the fees incurred during the Second Interim Period.

**B.    Detailed Listing of All Time Spent By the Professional on the Matters for Which
Compensation is Sought (Local Bankruptcy Rule 2016-1(a) (1) (E)).**

**Exhibit A** contains a summary, by category, of the Firm's services and expenses in this

Chapter 11 case that were incurred during the Second Interim Period covered by this Application.

Such summary includes the time spent, rate and billing attributable to each person who performed

compensable services for the Committee.  As noted in such exhibit where appropriate the Firm may

combine some categories with minor amounts of time.  **Exhibit B** contains the Firm's detailed time

records during these periods.

**C.    List of Expenses by Category (Local Bankruptcy Rule 2016-1(a) (1) (F)).**

The costs incurred are summarized in **Exhibit A** attached hereto, which provides a monthly

breakdown for the Second Interim Period.  The Firm has not charged the Committee for any

outgoing faxes.  The Firm has written off all charges for overtime and working meals.

**D.    Hourly Rates (Local Bankruptcy Rule 2016-1(a) (1) (G) and (I).**

The hourly rates of all professionals and paraprofessionals rendering services in this case

during the Second Interim Period are set forth on **Exhibit A** attached hereto, and **Exhibit C** for the

Employment Period.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**E.** **Description of Professional Education and Experience (Local Bankruptcy Rule 2016-1(a) (1) (H)).**

The *Application for an Order Authorizing and Approving the Employment of Pachulski Stang Ziehl & Jones LLP as Counsel for the Official Committee of Unsecured Creditors, Effective as of June 25, 2015*, included a description of the professional education and biographies of the professionals employed by the Firm who were expected to provide services in this Case. The Firm has no understanding, agreement, or arrangement of any kind to divide with or pay to anyone any of the fees to be awarded in these proceedings, except to be shared among members of the Firm.

**F.** **Statement of the Applicant**

Pursuant to section the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. §330 by Attorneys in Larger Chapter 11 Cases of the Guidelines, PSZJ makes the following statements:

PSZJ did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees or terms for services that were provided during the Compensation Period.

None of the hourly rates of PSZJ's professionals and paraprofessionals included in this Application has been varied based on the geographic location of this Case.

This Application reflects an increase in PSZJ's hourly rates between 2015 and 2016, however the amount is below the 10% increase threshold required to discuss the variation with the Committee.

**G.** **Budget**

In connection with approval of DIP financing and the DIP budget (the "DIP Budget"), the Committees' professionals, including PSZJ, agreed to a line item budget of $625,000 as a professional fee escrow with respect to its Committee professionals' projected fees and expenses for services to be provided to the Committee through September 13, 2015, which projections were shared with the Committee. *See* Docket No. 424, Exhibit B. The amount set forth in the DIP Budget represented the maximum amount that the Debtor's lender, Salus, was willing to agree to and did not act as a cap of allowable fees and expenses. The Committee understood that Committee professionals' fees could exceed the amounts set forth in the DIP budget based upon, among other things, the Committee's investigations of claims against Salus that were being pursued.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**H.    Notice of Application and Hearing (Local Bankruptcy Rule 2016-1(a)(2) and (c)(3).**

This Application, together with all supporting documents, was served on the Debtor, the Chapter 7 trustee, counsel for CSBE, parties requesting notice, and the United States Trustee. Complete copies of the Application will be promptly furnished to any other party upon specific request.  Pursuant to the *Notice of Deadline For Filing Administrative Claims* [Docket No. 1997], no hearing shall be set on any application or request for allowance of an administrative claim (the "Administrative Claim") at the time of filing the Administrative Claim.  The Administrative Claim is deemed allowed unless a party-in-interest objects.  If a party-in interest objects to an Administrative Claim, such objection shall proceed in the manner outlined by Local Bankruptcy Rule 3007-1.

**IV.**

**THE FEES AND EXPENSES REQUESTED SHOULD BE AWARDED**

**BASED UPON APPLICABLE LAW**

The fees and expenses requested by this Application are an appropriate award for the Firm's services in acting as general bankruptcy counsel to the Committee.

**A.    Local Rules and United States Trustee Guidelines**

Local Bankruptcy Rule 2016-1(a) sets forth certain requirements that a professional must satisfy in order to obtain an award for fees and costs.  Additional standards to be employed in the review of fee applications are set forth in the United States Trustee's Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses filed under 11 U.S.C. § 330 (the "Compensation Guide").[2]  As set forth more fully herein, the Firm submits that this Application complies with all statutory guidelines and Court-imposed requirements.

**B.    Factors In Evaluating Requests for Compensation.**

Pursuant to Section 330 of the Bankruptcy Code, the Court may award to a professional person, reasonable compensation for actual, necessary services rendered, and reimbursement for actual, necessary expenses incurred.  As set forth above, the fees for which the Firm requests compensation and the costs incurred for which the Firm requests reimbursement are for actual and necessary services rendered and costs incurred.

---

[2] The Compensation Guide is promulgated by the United States Department of Justice and can be found on the United States Department of Justice website at: https://www.justice.gov/ust/fee-guidelines.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The professional services rendered by the Firm have required an expenditure of substantial time and effort.  During the Second Interim Period, 436.20 hours have been recorded by members of the Firm and more time was actually expended but either was not recorded or was written off.  The Firm's blended hourly rate in these cases for the Second Interim Period of this Application including paraprofessionals is $491.82.

Moreover, time and labor devoted is only one of many pertinent factors in determining an award of fees and costs.  Based on the skills brought to bear in this case by the Firm and the results obtained and in light of the accepted lodestar approach, the Firm submits that the compensation requested herein is reasonable and appropriate.

## C.  The Lodestar Award Should be Calculated by Multiplying a Reasonable Hourly Rate by the Hours Expended.

In determining the amount of allowable fees under 11 U.S.C. § 330(a), courts are to be guided by the same "general principles" as are to be applied in determining awards under the federal fee-shifting statutes, with "some accommodation to the peculiarities of bankruptcy matters." *In re Manoa Finance Co., Inc.,* 853 F.2d 687, 691 (9th Cir. 1988); *see Meronk v. Arter & Hadden, LLP (In re Meronk),* 249 B.R. 208, 213 (BAP 9th Cir. 2000) (reiterating that *Manoa Finance* is the controlling authority and characterizing the factor test[3] identified in *Johnson v. Georgia Highway Express, Inc.* 488 F.2d 714 (5th Cir. 1974) and *Kerr v. Screen Extras Guild, Inc.* 526 F. 2d 67, 70 (9th Cir. 1975), *cert. denied*, 425 U.S. 951 (1976) as an "obsolete laundry list" now subsumed within more refined analyses).

The United States Supreme Court has evaluated the lodestar approach and endorses its usage. In *Hensley v. Eckerhart*, 461 U.S. 424 (1983), a civil rights case, the Court held that while the *Johnson* factors might be considered in setting fees, the lodestar amount subsumed many of those

---

[3] The original twelve Johnson/Kerr factors were: (1) time and labor required;  (2) novelty and difficulty of the questions involved; (3) skill requisite to perform the legal services properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) amount involved and results obtained; (9) experience, reputation, and ability of the attorneys; (10) the "undesirability" of the case; (11) nature and length of the professional relationship with client; and (12) awards in similar cases.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

factors. *Hensley* at 434, n. 9.[4]  The following year, another civil rights case, *Blum vs. Stenson*, 465

U.S. 886 (1984) provided the so-called lodestar calculation:

> The initial estimate of a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably expended on the litigation times a reasonable hourly rate . . . .  Adjustments to that fee then may be made as necessary in the particular case.

*Blum* at 888.

Then in 1986, the Supreme Court more explicitly indicated that the factors relevant to

determining fees should be applied using the lodestar approach, rather than an ad hoc approach.

While holding that the attorney's fee provision of the Clean Air Act, 42 U.S.C. § 7401 et seq.,

should be interpreted like that of the Civil Rights Act, the Court expressly rejected the ad hoc

application of the factors set forth in *Johnson* and thus *Kerr*, stating that, "the lodestar figure

includes most, if not all, of the relevant factors constituting a 'reasonable' attorney's fee . . . "

*Pennsylvania v. Del. Valley Citizens' Council for Clean Air*, 478 U.S. 546, 563-66 (1986); *See also*

*Blanchard v. Bergeron*, 489 U.S. 87, 94 (1989) ("we have said repeatedly that the initial estimate of

a reasonable attorney's fee is properly calculated by multiplying the number of hours reasonably

expended on the litigation times a reasonable hourly rate.").

While the lodestar approach is the chief basis for determining fee awards under the federal

fee-shifting statutes and Bankruptcy Code, some of the Johnson/Kerr factors, previously applied in

an ad hoc fashion, can still apply in calculating the appropriate hourly rate to use under the lodestar

approach. *Buckridge* at 202 ("a court is permitted to adjust the lodestar up or down using a multiplier

based on the criteria listed in §330 and its consideration of the Kerr factors not subsumed within the

initial calculations of the lodestar"); *Dang v. Cross*, 422 F.3d 800, 812 (9th Cir. 2005) (court may

"adjust the lodestar amount after considering other factors that bear on the reasonableness of the

fee"); *Unsecured Creditors' Comm. V. Puget Sound Plywood, Inc.*, 924 F.2d 955, 960 (9th Cir. 1991)

("Although *Manoa* suggests that starting with the lodestar is customary, it does not mandate such an

---

[4] For discussion of the Johnson/Kerr subsumed factors:  *See Morales v. City of San Rafael*, 96 F.3d 359, 364 n.9 (9th Cir. 1996) ("among the subsumed factors…are: (1) the novelty and complexity of the issues, (2) the special skill and experience of counsel, (3) the quality of representation, and (4) the results obtained"); *Davis v. City & County of San Francisco*, 976 F.2d 1536, 1549 (9th Cir. 1992), *vacated in part on other grounds*, 984 F.2d 345 (9th Cir. 1993) (Court extending *City of Burlington v. Dague*, 505 U.S. 557, 567 (1992) held the sixth factor "whether the fee is fixed or contingent, may not be considered in the lodestar calculation.").

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1  approach in all cases…[f]ee shifting cases are persuasive, but due to the uniqueness of bankruptcy

2  proceedings, they are not controlling").

3  During the Second Interim Period, several significant activities occurred, requiring

4  substantial time and commitment of the Firm, including claims analysis and evaluation of the

5  Debtor's best venue to exit Chapter 11.

6  Attached hereto as **Exhibit B** are copies of the Firm's time reports and records kept in the

7  regular course of business reflecting the services rendered and the expenses incurred by the Firm

8  during the Second Interim Period.  The Firm's time reports are initially handwritten or recorded via

9  computer by the attorney or paralegal performing the described services.  The time reports are

10 organized on a daily basis.  The Firm is sensitive to issues of "lumping," and unless time was spent

11 in one time frame on a variety of different matters for a particular client, separate time entries are set

12 forth in the time reports.  The Firm's charges for its professional services are based upon the time,

13 nature, extent and value of such services and the cost of comparable services in the Southern

14 California region, other than in a case under the Bankruptcy Code.

## V.

## <u>CONCLUSION</u>

17 This is the Firm's second and final request for compensation.  Neither the Firm, nor any

18 partners or associates of the Firm, has any agreement or any understanding of any kind or nature to

19 divide, pay over, or share any portion of the fees to be awarded the Firm with any other person or

20 attorney, except among partners and employees of the Firm.

21 The Firm believes that the services rendered for which compensation is sought in this

22 Application have been beneficial to the estate, that the costs incurred have been necessary and

23 proper, and that the sums requested for the services rendered and the costs incurred are fair and

24 reasonable.

25 **WHEREFORE**, Pachulski Stang Ziehl & Jones LLP respectfully requests that this Court

26 enter an order (1) approving on a final basis fees in the amount of  $1,045,803.00 reimbursement of

27 expenses of $23,261.02, for a total amount of $1,069,064.02; (2) approving on an interim and final

28 basis (i) fees in the amount of $279,230.25 and expenses in the amount of $6,418.79 incurred during

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

the Second Interim Period; and (3) authorizing payment to the Firm of unpaid fees and unreimbursed

expenses in the amount of $558,741.14 to the extent of available funds and consistent with the

provisions of the Bankruptcy Code.

Dated: November 15, 2017          PACHULSKI STANG ZIEHL & JONES LLP


By    */s/ Jeffrey N. Pomerantz*
      Jeffrey N. Pomerantz (CA Bar No. 143717)
      Ira D. Kharasch (CA Bar No. 109084)
      Shirley S. Cho (CA Bar No. 192616)
      Attorneys for the Official Committee of
      Unsecured Creditors

# DECLARATION OF JEFFREY N. POMERANTZ

I, Jeffrey N. Pomerantz, declare as follows:

1.      I am an attorney at law duly authorized to practice in the State of California and before this court.  I am a partner of the law firm of Pachulski Stang Ziehl & Jones LLP, general bankruptcy counsel for the Committee.

2.      I have personal knowledge of the facts set forth in the foregoing Application and, if called upon as a witness, I could and would competently testify as to all of the matters stated therein.

3.      I have personally reviewed the information contained in the Application, and believe its contents to be true and correct to the best of my knowledge, information and belief.

4.      The Firm is not charging the Committee for outgoing faxes.  The Firm's photocopying machines automatically record the number of copies made when the person that is doing the copying enters the client's account number into a device attached to the photocopier.  The Firm summarizes each client's photocopying charges on a daily basis.  Whenever feasible, the Firm sends large copying projects to an outside copy service that charges a reduced rate for photocopying.

5.      Regarding providers of on-line legal research (*e.g.*, LEXIS and WESTLAW), the Firm charges the standard usage rates these providers charge for computerized legal research.  The Firm charges the standard usage rates these providers charge for computerized legal research.  Any volume discount received by the Firm is passed on to the client.

6.      The Firm does not charge for local or long distance calls placed by attorneys from their offices.  The Firm only bills its clients for the actual costs charged the Firm by teleconferencing services in the event that a multiple party teleconference is initiated through the Firm.

7.      The Firm believes the foregoing rates are the market rates that the majority of law firms charge clients for such services.  In addition, the Firm believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

8.      I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1

9.      <u>Local Bankruptcy Rule 2016-1(a) (1) (K) Compliance</u> -- I have reviewed Local Bankruptcy Rule 2016-1 and the Application complies with Local Bankruptcy Rule 2016-1.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 15th day of November 2017, at Los Angeles, California.

<u>/s/Jeffrey N. Pomerantz</u>
Jeffrey N. Pomerantz

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2

# EXHIBIT A

**ANNA'S LINENS, INC.**
**Chapter 11**
**Case No. 8:15-13008 TA**

Anna's Linens, Inc. FEE APPLICATION:
Date: October 1, 2015 - March 30, 2016

| ATTORNEYS: | Year Admitted | Hourly Rate | Current Hours | Total |
|---|---|---|---|---|
| Ira D. Kharasch (Partner) | 1983 | $ 975.00 | 84.5 | $76,050.00 |
| Ira D. Kharasch (Travel) | 1983 | $ 487.00 | 2.5 | $1,218.75 |
| Debra I. Grassgreen (Partner) | 1994 | $ 925.00 | 8.6 | $7,955.00 |
| Andrew W. Caine (Partner) | 1983 | $ 925.00 | 19.2 | $17,760.00 |
| Jeffrey N. Pomerantz (Partner) | 1989 | $ 895.00 | 3.4 | $2,864.00 |
| Stanley E. Goldich (Partner) | 1980 | $ 875.00 | 3.9 | $1,925.00 |
| David J. Barton (Partner) | 1981 | $ 875.00 | 2.3 | $2,012.50 |
| Iain A.W. Nasatir (Partner) | 1981 | $ 850.00 | 1.5 | $1,275.00 |
| James K.T. Hunter (Counsel) | 1976 | $ 825.00 | 86 | $64,680.00 |
| Harry D. Hochman (Counsel) | 1987 | $ 750.00 | 0.6 | $450.00 |
| Shirley S. Cho (Counsel) | 1997 | $ 750.00 | 48 | $32,775.00 |
| Jonathan J. Kim (Counsel) | 1996 | $ 695.00 | 31.5 | $21,892.50 |
| William S. Ramseyer (Counsel) | 1980 | $ 650.00 | 23.4 | $11,115.00 |
| Teddy M. Kapur (Partner) | 2004 | $ 575.00 | 0.2 | $115.00 |
| Cia H. Mackle (Counsel) | 2006 | $ 525.00 | 9.4 | $4,935.00 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  | 325 | $247,022.75 |

**ANNA'S LINENS, INC.**
**Chapter 11**
**Case No. 8:15-13008 TA**

| PARAPROFESSIONALS | Year Admitted | Rate | Current Hours | Total |
|---|---|---|---|---|
| Leslie A. Forrester (Law Librarian) | | $ 325.00 | 2 | $ 650.00 |
| Felice Harrison (Paralegal) | | $ 305.00 | 79.9 | $ 23,485.00 |
| Patricia J. Jeffries (Paralegal) | | $ 305.00 | 0.5 | $ 152.50 |
| Michael Matteo (Paralegal) | | $ 275.00 | 28.8 | $ 7,920.00 |
| | | | **111.2** | **$32,207.50** |

| | |
|---|---|
| TOTAL HOURS | 436.20 |
| TOTAL FEES REQUESTED | **$279,230.25** |
| BLENDED HOURLY RATE INCLUDING PARAPROFESSIONALS | $491.82 |
| BLENDED HOURLY RATE EXCLUDING PARAPROFESSIONALS | $551.31 |

ANNA'S LINENS, INC.
Chapter 11
**Case No. 8:15-13008 TA**

| I.  Services | Professional | Rate | Hours | Fees |
|---|---|---|---|---|
| **Appeals** | JKH | $ 825.00 | 0.1 | $ 82.50 |
| | SSC | $ 750.00 | 0.4 | $ 300.00 |
| **Subtotal** | | | **0.50** | **$382.50** |
| | | | | |
| **Asset Analysis** | IDK | $ 975.00 | 3.5 | $ 3,412.50 |
| | DG | $ 925.00 | 8.60 | $ 7,955.00 |
| | JNP | $ 895.00 | 1.00 | $ 895.00 |
| | DJB | $ 875.00 | 2.30 | $ 2,012.50 |
| | JKH | $ 825.00 | 3.70 | $ 3,052.50 |
| | SSC | $ 750.00 | 0.10 | $ 75.00 |
| | PJJ | $ 305.00 | 0.50 | $ 152.50 |
| **Subtotal** | | | **19.70** | **$17,555.00** |
| **Avoidance Actions** | IDK | 975.00 | 0.50 | $487.50 |
| | AWC | 925.00 | 19.20 | $17,760.00 |
| | JNP | 895.00 | 0.10 | $89.50 |
| | SSC | 750.00 | 0.80 | $600.00 |
| | FSH | 305.00 | 0.20 | $61.00 |
| | MAM | 275.00 | 28.80 | $7,920.00 |
| **Subtotal** | | | **49.60** | **$26,918.00** |
| **Asset Disposition** | IDK | 975.00 | 0.50 | $487.50 |
| | JKH | 825.00 | 0.30 | $247.50 |
| | SSC | 750.00 | 0.70 | $525.00 |
| | TMK | 575.00 | 0.20 | $115.00 |
| | FSH | 305.00 | 0.20 | $61.00 |
| | | | **1.90** | **$1,436.00** |
| **Bankruptcy Litigation** | IDK | 975.00 | 28.10 | $27,397.50 |
| | JNP | 895.00 | 0.40 | $358.00 |
| | JKH | 825.00 | 68.80 | $56,760.00 |
| | SSC | 750.00 | 1.80 | $1,350.00 |
| | JJK | 695.00 | 31.50 | $21,892.50 |
| | CHM | 525.00 | 9.40 | $4,935.00 |
| | LAF | 325.00 | 1.00 | $325.00 |
| | FSH | 305.00 | 3.20 | $976.00 |
| **Subtotal** | | | **144.20** | **$113,994.00** |
| | | | | |
| **Case Administration** | SSC | 750.00 | 0.40 | 300.00 |
| | FSH | 305.00 | 10.60 | $3,233.00 |
| **Subtotal** | | | **11.00** | **$3,533.00** |
| **Claims Admin/Obj** | IDK | 975.00 | 16.30 | $15,892.50 |
| | JKH | 825.00 | 2.30 | $1,897.50 |

ANNA'S LINENS, INC.
Chapter 11
Case No. 8:15-13008 TA

|  |  |  |  |  |
|---|---|---|---|---|
|  | SSC | 750.00 | 12.00 | $9,000.00 |
|  | FSH | 305.00 | 6.70 | $2,043.50 |
| **Subtotal** |  |  | **37.30** | **$28,833.50** |

**Compensation of Professionals**

|  |  |  |  |  |
|---|---|---|---|---|
|  | IDK | 975.00 | 7.6 | $1,072.50 |
|  | JNP | 895.00 | 0.3 | $89.50 |
|  | SEG | 875.00 | 1.7 | $0.00 |
|  | JKH | 825.00 | 7.9 | $247.50 |
|  | HDH | 750.00 | 0.6 | $450.00 |
|  | SSC | 750.00 | 14.3 | $7,500.00 |
|  | WLR | 650.00 | 23.4 | $11,115.00 |
|  | LAF | 325.00 | 1 | $325.00 |
|  | FSH | 305.00 | 19.4 | $5,032.50 |
| **Subtotal** |  |  | **76.2** | **$25,832.00** |

**Compensation of Professionals - Others**

|  |  |  |  |  |
|---|---|---|---|---|
|  | SSC | 750.00 | 1.3 | $975.00 |
| **Subtotal** |  |  | **1.3** | **$975.00** |

**Executory Contracts**

|  |  |  |  |  |
|---|---|---|---|---|
|  | IDK | 975.00 | 1.6 | $1,560.00 |
|  | SSC | 750.00 | 0.2 | $150.00 |
| **Subtotal** |  |  | **1.8** | **$1,710.00** |

**Financial Filings**

|  |  |  |  |  |
|---|---|---|---|---|
|  | JKH | 825.00 | 0.3 | $247.50 |
|  | FSH | 305.00 | 0.4 | $122.00 |
| **Subtotal** |  |  | **0.7** | **$369.50** |

**Financing**

|  |  |  |  |  |
|---|---|---|---|---|
|  | IDK | 975.00 | 0.2 | $195.00 |
|  | SSC | 750.00 | 2 | $1,500.00 |
|  | FSH | 305.00 | 0.5 | $152.50 |
| **Subtotal** |  |  | **2.7** | **$1,847.50** |

**Advice**

|  |  |  |  |  |
|---|---|---|---|---|
|  | IDK | 975.00 | 13.3 | $12,967.50 |
|  | SSC | 750.00 | 0.5 | $375.00 |
| **Subtotal** |  |  | **13.8** | **$13,342.50** |

**General Creditors Committee**

|  |  |  |  |  |
|---|---|---|---|---|
|  | IDK | 975 | 12.4 | $12,090.00 |
|  | JNP | 895 | 1.6 | $1,432.00 |
|  | JKH | 825 | 2.6 | $2,145.00 |
|  | SSC | 750 | 9.1 | $6,825.00 |
|  | FSH | 305 | 38.7 | $11,803.50 |
| **Subtotal** |  |  | **64.4** | **$34,295.50** |

ANNA'S LINENS, INC.
Chapter 11
Case No. 8:15-13008 TA

| | | | | |
|---|---|---|---|---|
| **Hearing** | SSC | 750.00 | 3.1 | $2,325.00 |
| **Subtotal** | | | **3.1** | **$2,325.00** |
| **Insurance Coverage** | IAWN | 850 | 1.5 | $1,275.00 |
| | SSC | 750 | 0.1 | $75.00 |
| **Subtotal** | | | **1.6** | **$1,350.00** |
| **Operations** | IDK | 975 | 0.2 | $195.00 |
| | SSC | 750 | 0.5 | $375.00 |
| **Subtotal** | | | **0.7** | **$570.00** |
| **Retention of Other Professionals** | SSC | 750 | 0.7 | $525.00 |
| **Subtotal** | | | **0.7** | **$525.00** |
| **Tax Issues** | IDK | 975 | 0.3 | $292.50 |
| | SEG | 875 | 2.2 | $1,925.00 |
| **Subtotal** | | | **2.5** | **$2,217.50** |
| **Travel** | IDK | 487 | 2.5 | $1,218.75 |
| **Subtotal** | | | **2.5** | **$1,218.75** |
| | | **Total Hrs.** | | **436.2** |
| | | **Total Services** | | **$279,230.25** |

**ANNA'S LINENS, INC.**
**Chapter 11**
**Case No. 8:15-13008 TA**

| | Monthly Fees by Category | | | | | | |
|---|---|---|---|---|---|---|---|
| | October | November | December | January | February | March | Total |
| Appeals | $ - | $ 82.50 | $ - | $ 75.00 | $ 150.00 | $ 75.00 | $ 382.50 |
| Asset Analysis/ Recovery | $6,514.50 | $4,710.00 | $4,179.00 | $749.00 | $1,402.50 | $0.00 | $17,555.00 |
| Avoidance Actions | $3,612.50 | $8,604.50 | $11,150.00 | $1,080.00 | $1,541.00 | $930.00 | $26,918.00 |
| Asset Disposition | $1,188.50 | $0.00 | $0.00 | $0.00 | $247.50 | $0.00 | $1,436.00 |
| Bankruptcy Litigation | $16,858.50 | $13,695.00 | $37,537.00 | $32,376.50 | $ 6,475.00 | $7,052.00 | $113,994.00 |
| Case Administration | $1,525.00 | $427.00 | $532.50 | $532.50 | $516.00 | | $3,533.00 |
| Claims Admin and Objections | $4,999.00 | $3,101.50 | $3,551.50 | $6,741.50 | $6,726.00 | $3,714.00 | $28,833.50 |
| Compensation of Professionals | $10,997.00 | $13,488.00 | $1,347.00 | $0.00 | $0.00 | $0.00 | $25,832.00 |
| Compensation of Proessionals/Others | $0.00 | $975.00 | $0.00 | $0.00 | $0.00 | $0.00 | $975.00 |
| General Creditors Committee | $5,741.50 | $7,064.00 | $776.50 | $8,115.00 | $7,498.50 | $5,100.00 | $34,295.50 |
| Insurance Coverage | $75.00 | $0.00 | $1,275.00 | $0.00 | $0.00 | $0.00 | $1,350.00 |
| Executory Contracts | $0.00 | $1,365.00 | $0.00 | $345.00 | $0.00 | $0.00 | $1,710.00 |
| Financing | $1,441.50 | $211.00 | $195.00 | $0.00 | $0.00 | $0.00 | $1,847.50 |
| Financial Filings | $0.00 | $0.00 | $0.00 | $122.00 | $0.00 | $247.50 | $369.50 |
| General Business Advice | $3,705.00 | $2,535.00 | $2,437.50 | $390.00 | $2,835.00 | $1,440.00 | $13,342.50 |
| Hearing | $375.00 | $150.00 | $225.00 | $900.00 | $300.00 | $375.00 | $2,325.00 |
| Operations | $570.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $570.00 |
| Retention of Professionals/Others | $300.00 | $0.00 | $0.00 | $225.00 | $0.00 | $0.00 | $525.00 |
| Tax Issues | $525.00 | $1,497.50 | $195.00 | $0.00 | $0.00 | $0.00 | $2,217.50 |
| Travel | $0.00 | $0.00 | $1,218.75 | $0.00 | $0.00 | $0.00 | $1,218.75 |
| **Totals** | **$58,428.00** | **$57,906.00** | **$64,619.75** | **$51,651.50** | **$27,691.50** | **$18,933.50** | **$279,230.25** |

ANNA'S LINENS, INC.
**Chapter 11**
**Case No. 8:15-13008 TA**

**II. EXPENSES**

| | | |
|---|---|---:|
| Attorney Service | $ | 335.00 |
| Bloomberg | $ | 187.80 |
| Conference Call | $ | 423.12 |
| Federal Express | $ | 39.53 |
| Lexis/Nexis (Legal Research) | $ | 1,134.33 |
| Outside Reproduction Services | $ | 2,393.60 |
| Pacer | $ | 217.40 |
| Postage | $ | 2.74 |
| Reproduction Expense | $ | 27.30 |
| Reproduction/Scan Copy | $ | 560.00 |
| Travel Expense | $ | 39.00 |
| Transcript | $ | 335.00 |
| Westlaw (Legal Research) | $ | 723.97 |
| | | |
| **TOTAL:** | **$** | **6,418.79** |

**ANNA'S LINENS, INC.**
**Chapter 11**
**Case No. 8:15-13008 TA**

Monthly Expenses by Category

| Monthly Expenses by Category | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | September | October | November | December | January | February | March | Total |
| **II. Expenses** | | | | | | | | |
| Attorney Service | $ - | $ - | $ - | $ - | $ 335.00 | $ - | $ - | $ 335.00 |
| Bloomberg | $ - | $ 187.80 | $ - | $ - | $ - | $ - | $ - | $ 187.80 |
| Conference Call | $ 25.13 | $ 37.00 | $ 116.10 | $ 73.41 | $ 85.50 | $ 7.79 | 78.19 | $ 423.12 |
| Fed Ex | $ - | $ 7.64 | $ 15.54 | $ - | $ - | $ - | 16.35 | $ 39.53 |
| Lexis Nexis | $ - | $ - | $ 73.43 | $ 168.11 | $ 892.79 | $ - | $ - | $ 1,134.33 |
| Outside Services | $ 1,388.60 | $ 335.00 | $ 335.00 | $ - | $ - | $ 335.00 | $ - | $ 2,393.60 |
| Pacer | $ - | $ 83.20 | $ 58.30 | $ 13.40 | $ 7.20 | $ 23.50 | 31.80 | $ 217.40 |
| Postage | $ - | $ - | $ 2.74 | $ - | $ - | $ - | $ - | $ 2.74 |
| Reproduction | $ - | $ 0.10 | $ 27.20 | $ - | $ - | $ - | $ - | $ 27.30 |
| Reproduction Scan/Copy | $ - | $ 55.40 | $ 178.30 | $ 152.60 | $ 24.80 | $ 36.10 | 112.80 | $ 560.00 |
| Transcript | $ - | $ - | $ - | $ - | $ 335.00 | $ - | $ - | $ 335.00 |
| Travel Expense | $ 39.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 39.00 |
| Westlaw | $ - | $ - | $ - | $ 380.10 | $ 343.87 | $ - | $ - | $ 723.97 |
| **Total Expenses** | $ 1,452.73 | $ 706.14 | $ 806.61 | $ 787.62 | $ 2,024.16 | $ 402.39 | 239.14 | $ 6,418.79 |

# EXHIBIT B

# Pachulski Stang Ziehl & Jones LLP

10100 Santa Monica Blvd.
13th Floor
Los Angeles, CA 90067

|  |  |
|---|---|
| | March 30, 2016 |
| JNP | Invoice   117787 |
| | Client    03751 |
| | Matter    00002 |
| | **JNP** |

RE:  Committee Representation

---

### STATEMENT OF PROFESSIONAL SERVICES RENDERED THROUGH   03/30/2016

|  |  |
|---|---|
| FEES | $279,230.25 |
| EXPENSES | $6,418.79 |
| **TOTAL CURRENT CHARGES** | **$285,649.04** |
| **BALANCE FORWARD** | **$558,776.81** |
| **A/R Adjustments** | **-$285,684.71** |
| **TOTAL BALANCE DUE** | **$558,741.14** |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    2

Invoice 117787

March 30, 2016

## Summary of Services by Task Code

| Task Code | Description | Hours | Amount |
|---|---|---|---|
| AA | Asset Analysis/Recovery[B120] | 19.70 | $17,555.00 |
| AC | Avoidance Actions | 49.60 | $26,918.00 |
| AD | Asset Disposition [B130] | 1.90 | $1,436.00 |
| AP | Appeals [B430] | 0.50 | $382.50 |
| BL | Bankruptcy Litigation [L430] | 144.20 | $113,994.00 |
| CA | Case Administration [B110] | 11.00 | $3,533.00 |
| CO | Claims Admin/Objections[B310] | 37.30 | $28,833.50 |
| CP | Compensation Prof. [B160] | 76.20 | $25,832.00 |
| CPO | Comp. of Prof./Others | 1.30 | $975.00 |
| EC | Executory Contracts [B185] | 1.80 | $1,710.00 |
| FF | Financial Filings [B110] | 0.70 | $369.50 |
| FN | Financing [B230] | 2.70 | $1,847.50 |
| GB | General Business Advice [B410] | 13.80 | $13,342.50 |
| GC | General Creditors Comm. [B150] | 64.40 | $34,295.50 |
| HE | Hearing | 3.10 | $2,325.00 |
| IC | Insurance Coverage | 1.60 | $1,350.00 |
| OP | Operations [B210] | 0.70 | $570.00 |
| RPO | Ret. of Prof./Other | 0.70 | $525.00 |
| TI | Tax Issues [B240] | 2.50 | $2,217.50 |
| TR | Travel | 2.50 | $1,218.75 |
| | | 436.20 | $279,230.25 |

## Summary of Services by Professional

| ID | Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|---|
| AWC | Caine, Andrew W. | Partner | 925.00 | 19.20 | $17,760.00 |
| CHM | Mackle, Cia H. | Counsel | 525.00 | 9.40 | $4,935.00 |
| DG | Grassgreen, Debra I. | Partner | 925.00 | 8.60 | $7,955.00 |
| DJB | Barton, David J. | Partner | 875.00 | 2.30 | $2,012.50 |
| FSH | Harrison, Felice  S. | Paralegal | 0.00 | 2.90 | $0.00 |
| FSH | Harrison, Felice  S. | Paralegal | 305.00 | 77.00 | $23,485.00 |
| HDH | Hochman, Harry D. | Counsel | 750.00 | 0.60 | $450.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:      3

Invoice 117787

March 30, 2016

| | | | | | |
|---|---|---|---|---|---|
| IAWN | Nasatir, Iain A. W. | Partner | 850.00 | 1.50 | $1,275.00 |
| IDK | Kharasch, Ira D. | Partner | 0.00 | 6.50 | $0.00 |
| IDK | Kharasch, Ira D. | Partner | 487.50 | 2.50 | $1,218.75 |
| IDK | Kharasch, Ira D. | Partner | 975.00 | 78.00 | $76,050.00 |
| JJK | Kim, Jonathan J. | Counsel | 695.00 | 31.50 | $21,892.50 |
| JKH | Hunter, James K. T. | Counsel | 0.00 | 7.60 | $0.00 |
| JKH | Hunter, James K. T. | Counsel | 825.00 | 78.40 | $64,680.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 0.00 | 0.20 | $0.00 |
| JNP | Pomerantz, Jeffrey N. | Partner | 895.00 | 3.20 | $2,864.00 |
| LAF | Forrester, Leslie A. | Other | 325.00 | 2.00 | $650.00 |
| MAM | Matteo, Mike A. | Paralegal | 275.00 | 28.80 | $7,920.00 |
| PJJ | Jeffries, Patricia J. | Paralegal | 305.00 | 0.50 | $152.50 |
| SEG | Goldich, Stanley E. | Partner | 0.00 | 1.70 | $0.00 |
| SEG | Goldich, Stanley E. | Partner | 875.00 | 2.20 | $1,925.00 |
| SSC | Cho, Shirley S. | Counsel | 0.00 | 4.30 | $0.00 |
| SSC | Cho, Shirley S. | Counsel | 750.00 | 43.70 | $32,775.00 |
| TMK | Kapur, Teddy M. | Partner | 575.00 | 0.20 | $115.00 |
| WLR | Ramseyer, William L. | Counsel | 0.00 | 6.30 | $0.00 |
| WLR | Ramseyer, William L. | Counsel | 650.00 | 17.10 | $11,115.00 |
| | | | | 436.20 | $279,230.25 |

## **Summary of Expenses**

| Description | Amount |
|---|---|
| Attorney Service [E107] | $335.00 |
| Bloomberg | $187.80 |
| Conference Call [E105] | $423.12 |
| Federal Express [E108] | $39.53 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:      4

Invoice 117787

March 30, 2016

## Summary of Expenses

| Description | Amount |
|---|---|
| Lexis/Nexis- Legal Research [E | $1,134.33 |
| Outside Services | $2,393.60 |
| Pacer - Court Research | $217.40 |
| Postage [E108] | $2.74 |
| Reproduction Expense [E101] | $27.30 |
| Reproduction/ Scan Copy | $560.00 |
| Travel Expense [E110] | $39.00 |
| Transcript [E116] | $335.00 |
| Westlaw - Legal Research [E106 | $723.97 |
| | $6,418.79 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    5

Invoice 117787

March 30, 2016

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Asset Analysis/Recovery[B120]** | | | | | | |
| 09/14/2015 | DG | AA | Review MBL analysis and research on Rabbi Trust | 0.50 | 925.00 | $462.50 |
| 10/04/2015 | SSC | AA | Correspond with Fried re deferred compensation plan. | 0.10 | 750.00 | $75.00 |
| 10/07/2015 | IDK | AA | Emails with Debtor's counsel, attorneys re status of info/diligence on Deepwater claim of Debtor. | 0.10 | 975.00 | $97.50 |
| 10/12/2015 | IDK | AA | Emails with attorneys re correspondence from counsel to claimants to rabbi trust, and need to formulate response (.2). | 0.20 | 975.00 | $195.00 |
| 10/12/2015 | JNP | AA | Review Bastian letter and email to Debra Grassgreen. | 0.10 | 895.00 | $89.50 |
| 10/13/2015 | DG | AA | Review letter from plan participants re: Rabbi trust and identify open issues (.6); begin review of key documents (1.1) | 1.70 | 925.00 | $1,572.50 |
| 10/13/2015 | JNP | AA | Review and respond to Debra Grassgreen email regarding Rabbi Trust issues. | 0.10 | 895.00 | $89.50 |
| 10/14/2015 | DG | AA | Review Rabbi Trust plan documents and research | 2.00 | 925.00 | $1,850.00 |
| 10/14/2015 | IDK | AA | Office conference with A. Caine re preference status and need for more analysis (.2); Review his correspondence to financial advisor re same (.1); Review entered order on assets to go to estate from settlement on bid protections (.1); Emails with attorneys re need for further relevant information on rabbi's trust (.2). | 0.60 | 975.00 | $585.00 |
| 10/15/2015 | IDK | AA | Emails with D. Grassgreen re status of rabbi trust analysis and next steps, and consider (.2). | 0.20 | 975.00 | $195.00 |
| 10/15/2015 | JNP | AA | Conference with Debra Grassgreen regarding Rabii Trust and J. Bastian arguments. | 0.10 | 895.00 | $89.50 |
| 10/20/2015 | IDK | AA | Emails with Debtor, Reeder, counsel for potential buyer of Debtor's potential litigation claims, and J. Pomerantz re Reeder's proposal to purchase remaining Debtor claims (.2);  Emails with S. Cho re copy of final reconciliation analysis and brief review of same (.2);  Review of S. Cho memo to Committee re same and her summary of current pleadings (.1); Review correspondence from Committee member re same and estimate of distributions to 503(b)(9)(.1). | 0.60 | 975.00 | $585.00 |
| 10/21/2015 | JNP | AA | Emails with D. Reeder and E. Karasik regarding bid miscellaneous assets. | 0.10 | 895.00 | $89.50 |
| 10/25/2015 | JNP | AA | Review liquidation analysis and emails regarding same. | 0.20 | 895.00 | $179.00 |
| 10/26/2015 | IDK | AA | Review memo from Debtor with analysis of its litigation claims and offer to purchase and next steps. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Page:      6

Anna's Linen OCC

Invoice 117787

03751      00002

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/26/2015 | JKH | AA | Review commercial tort claim assets, term sheet. | 0.20 | 825.00 | $165.00 |
| 11/02/2015 | DG | AA | Review supplemental documents on Rabbi Trust Plan | 0.70 | 925.00 | $647.50 |
| 11/02/2015 | PJJ | AA | Print out deferred compensation plan enrollment confirmations and email to D. Grassgreen. | 0.50 | 305.00 | $152.50 |
| 11/03/2015 | DG | AA | Call with Newport re: Deferred Comp questions (.6); review supplemental documents (.5) | 1.10 | 925.00 | $1,017.50 |
| 11/03/2015 | IDK | AA | Emails with potential buyer re Debtor's claims vs credit card companies (.1);  Emails with A. Caine re initial preference analysis, and brief review of same (.2). | 0.30 | 975.00 | $292.50 |
| 11/04/2015 | DG | AA | Compile information; review documents and prepare draft of deferred compensation letter | 2.10 | 925.00 | $1,942.50 |
| 11/04/2015 | IDK | AA | Emails with attorneys and potential buyers of Debtor's litigation claims re status (.2). | 0.20 | 975.00 | $195.00 |
| 11/05/2015 | DG | AA | Finalize letter re: deferred comp plan | 0.50 | 925.00 | $462.50 |
| 12/14/2015 | JNP | AA | Conference with Ira D. Kharasch regarding litigation. | 0.20 | 895.00 | $179.00 |
| 12/16/2015 | IDK | AA | Emails with S Cho re bank drawdown on LC and stipulation re same (.2);  Emails with debtor's counsel and J. Hunter re Debtor's new proposal on sale of litigation claims (.2). | 0.40 | 975.00 | $390.00 |
| 12/16/2015 | JKH | AA | Emails from, to Ira D. Kharasch regarding review Proposed Commercial Claims Agreement. | 0.10 | 825.00 | $82.50 |
| 12/17/2015 | JKH | AA | Telephone conference with, email from Karaski regarding Commercial Tort Claims Agreement. | 0.30 | 825.00 | $247.50 |
| 12/18/2015 | IDK | AA | Telephone conference/email to J. Hunter and Debtor's counsel regarding our feedback on the Debtor's proposal to sell litigation claims, and other potential buyers. | 0.20 | 975.00 | $195.00 |
| 12/18/2015 | JKH | AA | Telephone call from Ira D. Kharasch regarding Commercial Tort Sale analysis, strategy (.2); Emails to, from Karasik regarding further information requests (.4). | 0.60 | 825.00 | $495.00 |
| 12/22/2015 | JKH | AA | Emails to, from David J. Barton and Iain A. W. Nasatir regarding indemnification issue and office conference with Ira D. Kharasch regarding same. | 0.50 | 825.00 | $412.50 |
| 12/23/2015 | DJB | AA | Consider loan indemnity provisions. | 2.30 | 875.00 | $2,012.50 |
| 12/23/2015 | JKH | AA | Emails from, to David J. Barton analysis regarding indemnification issue. | 0.10 | 825.00 | $82.50 |
| 12/29/2015 | JKH | AA | Emails to, from Karasik regarding commercial torts claims. | 0.10 | 825.00 | $82.50 |
| 01/06/2016 | IDK | AA | Emails and office conferences with Debtor, J. | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Hunter, others re value of estate's causes of action vs credit card companies. | | | |
| 01/07/2016 | IDK | AA | Emails to attorneys and Debtor re issues on value of credit card litigation. | 0.20 | 975.00 | $195.00 |
| 01/07/2016 | JNP | AA | Review emails regarding Visa and Mastercard claims; Forward to James K. T. Hunter. | 0.10 | 895.00 | $89.50 |
| 01/13/2016 | JKH | AA | Emails from Karasik, to, from Jeffrey N. Pomerantz regarding Visa/Mastercard claims. | 0.10 | 825.00 | $82.50 |
| 01/13/2016 | JNP | AA | Review and respond to emails regarding Visa and Mastercard claims. | 0.10 | 895.00 | $89.50 |
| 02/10/2016 | JKH | AA | Emails from, office conference with Cia H. Mackle regarding advancement, indemnification issue regarding Greenberg fees and research same. | 1.70 | 825.00 | $1,402.50 |
| | | | | **19.70** | | **$17,555.00** |

## Avoidance Actions

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/07/2015 | AWC | AC | Call with EisnerAmper regarding preference data and review preliminary information. | 0.40 | 925.00 | $370.00 |
| 10/08/2015 | AWC | AC | Review SOFA data for preliminary preference analysis. | 1.10 | 925.00 | $1,017.50 |
| 10/14/2015 | AWC | AC | Analyze preference payment data, prepare preliminary spreadsheet and discussions with EisnerAmper regarding additional data/analysis. | 1.80 | 925.00 | $1,665.00 |
| 10/21/2015 | AWC | AC | Discussion with TC regarding preference analysis, needed information. | 0.30 | 925.00 | $277.50 |
| 10/29/2015 | AWC | AC | Emails with EA regarding preference data status, timing. | 0.20 | 925.00 | $185.00 |
| 10/29/2015 | IDK | AC | Emails with A. Caine and Financial Advisor re status on preference analysis (.1). | 0.10 | 975.00 | $97.50 |
| 11/03/2015 | AWC | AC | Review debtor preference analysis, prepare working summary spreadsheet, and emails with team thereon. | 1.20 | 925.00 | $1,110.00 |
| 11/06/2015 | AWC | AC | Review Debtor's analysis and call with EA regarding preference analysis/next steps, prepare subset analyses. | 0.90 | 925.00 | $832.50 |
| 11/06/2015 | IDK | AC | Emails with A. Caine, J. Pomerantz re status of preference analysis and info needed (.1). | 0.10 | 975.00 | $97.50 |
| 11/06/2015 | JNP | AC | Review email scheduling regarding potential avoidance actions. | 0.10 | 895.00 | $89.50 |
| 11/09/2015 | AWC | AC | Emails with EA and Debtor regarding additional information, call. | 0.10 | 925.00 | $92.50 |
| 11/13/2015 | AWC | AC | Prepare for and call with Debtor and OCC FAs regarding preference analysis; prepare template and list for ordinary course analyses. | 1.20 | 925.00 | $1,110.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:      8

Invoice 117787

March 30, 2016

| Date | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/17/2015 | SSC | AC | Review correspondence re complaints filed. | 0.10 | 750.00 | $75.00 |
| 11/20/2015 | AWC | AC | Email with EA regarding  analysis status. | 0.10 | 925.00 | $92.50 |
| 11/23/2015 | AWC | AC | Review ordinary course analysis approach with Michael Matteo. | 0.20 | 925.00 | $185.00 |
| 11/24/2015 | AWC | AC | Emails with debtor FA and EA regarding additional information, and review ordinary course available data. | 0.60 | 925.00 | $555.00 |
| 11/24/2015 | MAM | AC | Create percentage completion tables for Andrew W. Caine regarding target vendors. | 4.10 | 275.00 | $1,127.50 |
| 11/25/2015 | AWC | AC | Emails with EisnerAmper regarding additional data and skim historical data file. | 0.40 | 925.00 | $370.00 |
| 11/25/2015 | MAM | AC | Create percentage completion tables for Andrew W. Caine for target vendors. | 3.20 | 275.00 | $880.00 |
| 11/30/2015 | AWC | AC | Review preference period ordinary course of business  analyses and pre-preference period data files. | 0.90 | 925.00 | $832.50 |
| 11/30/2015 | MAM | AC | Create percentage completion tables for Andrew W. Caine regarding target vendors. | 4.20 | 275.00 | $1,155.00 |
| 12/01/2015 | AWC | AC | Review historical data and discussions with team regarding analysis. | 0.50 | 925.00 | $462.50 |
| 12/01/2015 | IDK | AC | Emails with A. Caine re status of preference analysis (.1). | 0.10 | 975.00 | $97.50 |
| 12/01/2015 | MAM | AC | Create percentage completion tables for Andrew W. Caine regarding one year history of target vendors. | 4.30 | 275.00 | $1,182.50 |
| 12/02/2015 | MAM | AC | Create percentage completion tables for Andrew W. Caine. | 1.80 | 275.00 | $495.00 |
| 12/03/2015 | MAM | AC | Create percentage completion tables for Andrew W. Caine. | 4.30 | 275.00 | $1,182.50 |
| 12/04/2015 | MAM | AC | Create percentage completion tables for Andrew W. Caine using 1 year history datum. | 4.10 | 275.00 | $1,127.50 |
| 12/07/2015 | AWC | AC | Analyze ordinary course defenses. | 1.60 | 925.00 | $1,480.00 |
| 12/07/2015 | MAM | AC | Create tab on excel spreadsheet for Andrew W. Caine combining pre-preference and preference percentage tables. | 1.60 | 275.00 | $440.00 |
| 12/08/2015 | AWC | AC | Analyze preference data and emails with team thereon. | 2.80 | 925.00 | $2,590.00 |
| 12/08/2015 | MAM | AC | Revised combined tab for Andrew W. Caine regarding percentage completion tables. | 1.20 | 275.00 | $330.00 |
| 12/09/2015 | AWC | AC | Review defense analysis and new value data. | 1.30 | 925.00 | $1,202.50 |
| 12/10/2015 | AWC | AC | Call with EA regarding  preference data/analysis, prepare summary. | 0.50 | 925.00 | $462.50 |
| 12/10/2015 | IDK | AC | Emails with A. Caine re preference analysis. | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:     9

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/05/2016 | IDK | AC | Emails with A. Caine re status on preferences (.1). | 0.10 | 975.00 | $97.50 |
| 01/26/2016 | AWC | AC | Review Exel proposed resolution and preference exposure issues and emails thereon. | 0.50 | 925.00 | $462.50 |
| 01/27/2016 | AWC | AC | Review files regarding S. Lichtenberg preference claim/settlement and emails thereon. | 0.40 | 925.00 | $370.00 |
| 01/27/2016 | SSC | AC | Analysis re insider payments. | 0.20 | 750.00 | $150.00 |
| 02/08/2016 | FSH | AC | Telephone call from creditor regarding preference letter sent by Debtor. | 0.20 | 305.00 | $61.00 |
| 02/12/2016 | AWC | AC | Calls with EA and Ira D. Kharasch  regarding preferences. | 0.30 | 925.00 | $277.50 |
| 02/22/2016 | AWC | AC | Review notes and prepare memo regarding S. Lichtenberg potential preference exposure. | 0.40 | 925.00 | $370.00 |
| 02/25/2016 | AWC | AC | Review data, revise memo regarding S.Lichtenberg preference issues and emails with counsel thereon. | 0.90 | 925.00 | $832.50 |
| 03/08/2016 | AWC | AC | Review and analyze motion to compromise with Idea Village, et al, and emails with counsel thereon. | 0.60 | 925.00 | $555.00 |
| 03/08/2016 | SSC | AC | Review preference settlement motion. | 0.10 | 750.00 | $75.00 |
| 03/08/2016 | SSC | AC | Correspond with A. Caine re preference motion. | 0.10 | 750.00 | $75.00 |
| 03/10/2016 | SSC | AC | Correspond with Committee re Lichtenberg preference analysis. | 0.20 | 750.00 | $150.00 |
| 03/10/2016 | SSC | AC | Correspond with A. Caine re Lichtenberg preference analysis. | 0.10 | 750.00 | $75.00 |
| | | | | **49.60** | | **$26,918.00** |

## Asset Disposition [B130]

| | | | | | | |
|---|---|---|---|---|---|---|
| 06/29/2015 | TMK | AD | Confer with J. Pomerantz and R. Gruber regarding agency agreement. | 0.20 | 575.00 | $115.00 |
| 10/05/2015 | IDK | AD | Emails with Debtor, Tiger counsel, Salus re final form of proposed order on settlement re bid protections, including review of same and Tiger's counsels request for further revisions (.3). | 0.30 | 975.00 | $292.50 |
| 10/20/2015 | FSH | AD | Review Correspondence from Shirley S. Cho regarding Submission of Final Reconciliation Agreement, prepare copy of same and transmit ti Shirley S. Cho with summary. | 0.20 | 305.00 | $61.00 |
| 10/26/2015 | SSC | AD | Telephone conference with Kharasch re tort claims bid. | 0.10 | 750.00 | $75.00 |
| 10/26/2015 | SSC | AD | Review and analysis re commercial tort claims bid and correspond with committee re same. | 0.30 | 750.00 | $225.00 |
| 10/27/2015 | IDK | AD | Emails and office conference with J. Hunter re status and need for evaluation of Debtor's litigation claims for purpose of sale. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    10

Anna's Linen OCC

Invoice 117787

03751      00002

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/27/2015 | SSC | AD | Telephone conference with potential purchaser of commercial tort claims and correspond re same. | 0.30 | 750.00 | $225.00 |
| 02/11/2016 | JKH | AD | Emails from, to Jeffrey N. Pomerantz, Richards regarding Visa/Mastercard claims status. | 0.30 | 825.00 | $247.50 |
| | | | | 1.90 | | $1,436.00 |

### Appeals [B430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/11/2015 | JKH | AP | Emails from, to Davis regarding BAP appeal stipulation. | 0.10 | 825.00 | $82.50 |
| 01/05/2016 | SSC | AP | Correspond with Kharasch re BAP appeal and 1/6 hearing. | 0.10 | 750.00 | $75.00 |
| 02/26/2016 | SSC | AP | Telephone conference with S. Seflin re BAP appeal. | 0.20 | 750.00 | $150.00 |
| 03/01/2016 | SSC | AP | Correspond with S. Seflin re BAP appeal. | 0.10 | 750.00 | $75.00 |
| | | | | 0.50 | | $382.50 |

### Bankruptcy Litigation [L430]

| | | | | | | |
|---|---|---|---|---|---|---|
| 09/02/2015 | CHM | BL | Legal research and draft email memorandum re deepening insolvency and email to J. Hunter. | 2.10 | 525.00 | $1,102.50 |
| 09/04/2015 | CHM | BL | Legal research re equitable subordination and email case quotes to J. Hunter re same. | 0.40 | 525.00 | $210.00 |
| 09/14/2015 | CHM | BL | Legal research re aiding and abetting breach of fiduciary duty, and punitive damages issues; email J. Hunter re same. | 2.50 | 525.00 | $1,312.50 |
| 10/01/2015 | JKH | BL | Telephone conference, email with Komorsky regarding David conversation mediation strategy and potential discovery. | 0.30 | 825.00 | $247.50 |
| 10/02/2015 | IDK | BL | E-mails with attorneys re coordination of committee consent to proposed split with other plaintiffs and Salus feedback re mediator, including review of same. | 0.20 | 975.00 | $195.00 |
| 10/02/2015 | JKH | BL | Emails from, to Jeffrey P. Nolan, Ira D. Kharasch regarding split offer approval issues (.2); Emails from, to Davis, Komorsky, Jeffrey P. Nolan regarding mediator selection (.2) | 0.40 | 825.00 | $330.00 |
| 10/02/2015 | JNP | BL | Email to Committee Members regarding litigation proposal. | 0.10 | 895.00 | $89.50 |
| 10/03/2015 | JKH | BL | Emails to, from Jeffrey N. Pomerantz regarding Committee contact issue. | 0.30 | 825.00 | $247.50 |
| 10/05/2015 | IDK | BL | Emails with Salus and J. Hunter re mediator (.1); Emails with Debtor's counsel re stipulation re stay of appeal of DIP order (.1); Emails with J. Hunter re committee approval of split offer and getting it to other plaintiffs (.1). | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:    11

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/2015 | JKH | BL | Emails, telephone conferences Shirley S. Cho, Joshua M. Fried (SF) regarding Rabbi Trust issue (.3); Email Davis, Komorsky, telephone conferences with Komorsky, Wynne regarding mediator contact (.2); Telephone conference and emails White, emails from, to Jeffrey N. Pomerantz, Ira D. Kharasch and email to Gubner, Komorsky regarding split proposal (.3); Telephone call from Komorsky regarding split proposal (.3). | 1.10 | 825.00 | $907.50 |
| 10/06/2015 | JKH | BL | Email, review Eisen analysis of Salus loan issues (.2); Emails to, from Jeffrey N. Pomerantz, Ira D. Kharasch regarding Wynne disclosure issues (.2); Emails to, from Golubchik regarding Deepwater Horizon claim analysis. | 0.50 | 825.00 | $412.50 |
| 10/07/2015 | JKH | BL | Email Calascibetta regarding additional Salus fees, review same (.1); Komorsky response, additional questions regarding mediation split proposal and review, begin preparation response to same (.7). | 0.80 | 825.00 | $660.00 |
| 10/08/2015 | JKH | BL | Emails from, to Komorsky regarding mediation issues and work on response to EBG questions. | 0.80 | 825.00 | $660.00 |
| 10/12/2015 | IDK | BL | Office conference with J. Hunter re how to respond to numerous inquiries from counsel to other plaintiffs vs Salus on our split and settlement/mediation memo, including review of same inquires (.3). | 0.30 | 975.00 | $292.50 |
| 10/12/2015 | JKH | BL | Email Calscibetta, Ira D. Kharasch and Jeffrey N. Pomerantz regarding split proposal analysis issues and forward partial draft response to Ira D. Kharasch, Jeffrey N. Pomerantz for review, comment. | 1.00 | 825.00 | $825.00 |
| 10/12/2015 | SSC | BL | Analysis re 10/14 response deadlines. | 0.20 | 750.00 | $150.00 |
| 10/13/2015 | IDK | BL | Email and office conference with J. Hunter re issues on Salus mediation and timing re same, including consider same (.2). | 0.20 | 975.00 | $195.00 |
| 10/13/2015 | JKH | BL | Emails to, from Jeffrey N. Pomerantz, Cascibetta, Komorsky regarding mediation scheduling, split proposal issues and telephone conference with Komorksy regarding same. | 0.50 | 825.00 | $412.50 |
| 10/14/2015 | JKH | BL | Telephone conference with Komorsky regarding mediation dates, split proposal issues. | 0.30 | 825.00 | $247.50 |
| 10/16/2015 | JKH | BL | Telephone call from Komorsky and Davis regarding mediation date and email regarding same. | 0.20 | 825.00 | $165.00 |
| 10/19/2015 | JKH | BL | Conference call with Ira D. Kharasch, Calascibetta, Pedersen regarding split information inquiries (.6); Emails from, to Komorsky regarding same (.1). | 0.70 | 825.00 | $577.50 |
| 10/21/2015 | IDK | BL | Emails with J. Hunter and Gubner office re | 0.10 | 975.00 | $97.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:    12

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | mediation status and status of info requests (.1). | | | |
| 10/21/2015 | JKH | BL | Conference call with Ira D. Kharasch, Calascibetta, Pedersen regarding split issues (.4); Office conferences, emails with Shirley S. Cho, Karasik regarding 503(b)(9) claim issues, analysis (.4). | 0.80 | 825.00 | $660.00 |
| 10/23/2015 | JKH | BL | Teleconference with Ira D. Kharasch and Calascibetta regarding Waterfall analysis (.4); Finalize draft split response, emails Jeffrey N. Pomerantz, Ira D. Kharasch regarding same (.5); Emails from, to Komorsky, Ira D. Kharasch, Jeffrey N. Pomerantz regarding proposed EBG fee arrangement (.4). | 1.30 | 825.00 | $1,072.50 |
| 10/23/2015 | JNP | BL | Emails regarding communication with S. Gubner regarding fee proposal. | 0.10 | 895.00 | $89.50 |
| 10/23/2015 | JNP | BL | Conference with Ira D. Kharasch regarding mediation and related issues. | 0.10 | 895.00 | $89.50 |
| 10/23/2015 | SSC | BL | Meet and confer with I. Kharasch re status of various pending items. | 0.20 | 750.00 | $150.00 |
| 10/24/2015 | JKH | BL | Emails, office conference with Ira D. Kharasch regarding Gubner email, response regarding offer split proposal. | 0.30 | 825.00 | $247.50 |
| 10/25/2015 | JKH | BL | Office conference with Ira D. Kharasch regarding proposed fee issue, forward split proposal responses (.4); Review revised Waterfall, emails from Calascibetta, Jeffrey N. Pomerantz regarding same (.2). | 0.60 | 825.00 | $495.00 |
| 10/26/2015 | IDK | BL | Office conference with J. Hunter re feedback from Gubner office on settlement issues and status (.2). | 0.20 | 975.00 | $195.00 |
| 10/27/2015 | IDK | BL | Numerous emails with Gubner group re issues on Salus litigation and mediation and coordination of call to discuss split of potential settlement (.4); Emails with Ori Katz, representative committee member, re same (.3); Office conferences with J. Hunter re same (.2). | 0.90 | 975.00 | $877.50 |
| 10/28/2015 | IDK | BL | Review and consider Gubner office memo re their feedback to our responses to their many litigation related issues, and their further questions re same (.3); Office conferences with J. Hunter re how to respond to same, and issues for tomorrow's call with them (.2). | 0.50 | 975.00 | $487.50 |
| 10/28/2015 | JKH | BL | Emails from Davis regarding BAP Appeal effect on mediation (.1); Email from Komorsky, office conference with Ira D. Kharasch regarding followup questions on split agreement (.3). | 0.40 | 825.00 | $330.00 |
| 10/29/2015 | IDK | BL | Attend conference call with Gubner group and J. Hunter re issues on Salus litigation, especially how | 1.50 | 975.00 | $1,462.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:    13
Invoice 117787
March 30, 2016

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
|  |  |  | to agree to split of potential settlement, and assessment of various claims of estate and evidence (.9);  Office conferences with J. Hunter re result of call and how to address subsequent litigation vs insiders, and consider same (.2);  Emails with Debtor's counsel re questions on D&O policy and status of same on extension (.2); Office conference and emails with J. Hunter re same and re extension policies re D&O (.2). |  |  |  |
| 10/29/2015 | JKH | BL | Office conferences with Ira D. Kharasch and preparation, participate in conference call with Gubner, Komorsky regarding mediation split, procedure issues (.8); Emails from, to Golubchik, Ira D. Kharasch, Komorsky, Davis regarding D&O policy status and review files regarding same (.5). | 1.30 | 825.00 | $1,072.50 |
| 11/03/2015 | JKH | BL | Teleconference with Ira D. Kharasch, Pedersen, Calascibetta regarding financial issues (.3). | 0.30 | 825.00 | $247.50 |
| 11/04/2015 | IDK | BL | Telephone conference and emails with Gubner re litigation re Salus and his request to continue call (.2). | 0.20 | 975.00 | $195.00 |
| 11/04/2015 | JKH | BL | Office conference with Ira D. Kharasch, emails Gubner regarding split conference call (.1); Telephone call from Davis, Komorsky and email from Davis regarding mediation issues (.2); Review Gubner letter regarding split counterproposal (.2). | 0.50 | 825.00 | $412.50 |
| 11/05/2015 | IDK | BL | Review and consider Gubner's counter re how to split potential settlement proceeds re Salus and his proposal re split and contingency fee re next litigation against Directors and Officers (.3); Office conference with J. Hunter re his feedback on such proposal and how to respond (.2); Attend conference call with Gubner team and J. Hunter re same (.4); Office conference with J. Hunter re next steps in preparing our new counter to splits and re upcoming mediation with Salus (.2); Email to Debtor's counsel re upcoming Salus mediation and Debtor non-role re same (.1). | 1.20 | 975.00 | $1,170.00 |
| 11/05/2015 | JKH | BL | Review, office conference with Ira D. Kharasch and conference call Gubner, Ira D. Kharasch, Komorsky regarding EBG counterproposal regarding split (.8); Review revised waterfall analysis (.1); Review Salus Request for Production of Documents regarding mediation (.1); Teleconference with Davis, Komorsky regarding mediation issues and email Committee regarding same (.5). | 1.50 | 825.00 | $1,237.50 |
| 11/06/2015 | IDK | BL | Emails with J. Hunter and Committee re status of Salus mediation (.1). | 0.10 | 975.00 | $97.50 |
| 11/09/2015 | JKH | BL | Emails from, to Davis regarding BAP appeal | 1.50 | 825.00 | $1,237.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:     14

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | stipulation (.1); Emails to, from, telephone conference with Komorsky, Davis regarding Committee split counterproposal (1.4). | | | |
| 11/13/2015 | IDK | BL | Review Gubner's counter proposal on settlement split re Salus (.2); Office conference with J. Hunter re same and how to respond, and consider (.2). | 0.40 | 975.00 | $390.00 |
| 11/13/2015 | JKH | BL | Telephone conference with and emails from Davis, Gubner regarding revised split counterproposal. | 0.30 | 825.00 | $247.50 |
| 11/16/2015 | IDK | BL | Office conference and e-mail with J. Hunter re evidence on collateral value re Salus and need for further analysis from Financial Advisors (.1). | 0.10 | 975.00 | $97.50 |
| 11/16/2015 | JKH | BL | Emails, telephone conference with Komorsky, Davis regarding preparation for mediation, discovery issues (.4); Search Salus files regarding key documents (1.3); Emails to, from Calascibetta regarding damages analysis for Salus mediation (.3). | 2.00 | 825.00 | $1,650.00 |
| 11/17/2015 | JKH | BL | Emails, telephone conference with Calascibetta, Pedersen regarding Salus damages analyses (.4); Emails from Davis regarding document production status, briefing schedule (.1). | 0.50 | 825.00 | $412.50 |
| 11/18/2015 | JKH | BL | Review files, documents regarding response to Salus pre-mediation discovery request (2.6); Committee conference all (.4); Emails from, to Komorsky, email non-EBG Committee members regarding mediation split, procedure proposal (.3); Email Pederson regarding unsecured creditor analysis request (.1). | 3.40 | 825.00 | $2,805.00 |
| 11/19/2015 | JKH | BL | Emails from, to Davis, Wynne, Komorsky regarding mediation issues and teleconference regarding same (.4); Emails from, to Golubchick, Davis regarding document production, privilege issues and telephone conference with Davis regarding same (.5); Telephone conference with Pederson regarding unsecured creditor analysis request (.3). | 1.20 | 825.00 | $990.00 |
| 11/20/2015 | IDK | BL | Emails with Committee re setting call this week on new revised split proposal re any potential settlement with Salus (.1);  Office conference with J. Hunter re same (.1); Office conference with J. Hunter over weekend re mediation concerns and Salus demand of all committee clients being there and problem with same (.2). | 0.40 | 975.00 | $390.00 |
| 11/21/2015 | JKH | BL | Office conference with Ira D. Kharasch regarding mediation committee member attendance issue. | 0.10 | 825.00 | $82.50 |
| 11/23/2015 | IDK | BL | Attend conference call with sub-committee on the upcoming Salus litigation re proposal on split re settlement (.7). | 0.70 | 975.00 | $682.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:    15

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/23/2015 | JKH | BL | Preparation for, attend non-EBG group call regarding splitting agreement. | 1.10 | 825.00 | $907.50 |
| 11/25/2015 | JKH | BL | Telephone conference with Calascibetta, Pederson regarding preparation for mediation. | 0.20 | 825.00 | $165.00 |
| 11/30/2015 | IDK | BL | E-mails with sub group re call tomorrow on Salus litigation and mediation. | 0.20 | 975.00 | $195.00 |
| 11/30/2015 | JKH | BL | Telephone conferences, emails Ira D. Kharasch regarding Committee meeting scheduling. | 0.10 | 825.00 | $82.50 |
| 12/01/2015 | IDK | BL | Attend conference call with committee sub-group on Salus litigation and open issues re Gubner group on split of settlement proceeds (.5);  Office conference and emails with J. Hunter and other sub-committee members re same on getting other consents to deal with Gubner (.3). | 0.80 | 975.00 | $780.00 |
| 12/01/2015 | JKH | BL | Preparation for, attend Committee sub-group conference call (.7); Email sub-group regarding same (.1). | 0.80 | 825.00 | $660.00 |
| 12/02/2015 | IDK | BL | Office conference with J. Hunter re feedback from other committee members on settlement split and mediation issues (.2). | 0.20 | 975.00 | $195.00 |
| 12/02/2015 | JKH | BL | Emails to, from Committee Members, office conference with Ira D. Kharasch regarding EBG split proposal recommendation, decision. | 0.20 | 825.00 | $165.00 |
| 12/03/2015 | JKH | BL | Emails from White, to EBG group regarding split agreement acceptance. | 0.10 | 825.00 | $82.50 |
| 12/04/2015 | IDK | BL | Emails with Debtor counsel re Gubner massive discovery on Debtor (.2); Office conference with J. Hunter re same and how to respond to same (.1). | 0.30 | 975.00 | $292.50 |
| 12/04/2015 | JKH | BL | Email from Ira D. Kharasch, telephone conference with Ira D. Kharasch regarding EBG letter regarding discovery (.2); Emails to, from Pedersen regarding Salus damages analysis and office conference with Ira D. Kharasch regarding same (.2); Review EBG draft mediation statement and work on Committee mediation statement (3.2). | 3.40 | 825.00 | $2,805.00 |
| 12/06/2015 | JKH | BL | Work on Committee mediation statement. | 5.30 | 825.00 | $4,372.50 |
| 12/07/2015 | CHM | BL | Legal research re deepening insolvency; email J. Hunter re same. | 1.30 | 525.00 | $682.50 |
| 12/07/2015 | IDK | BL | E-mails with mediator and others re mediation statements (.2). | 0.20 | 975.00 | $195.00 |
| 12/07/2015 | JKH | BL | Complete and serve Committee's mediation statement (6.1); Review final statement of EBG clients (.4); Telephone call from Cia H. Mackle regarding deepening insolvency research and review case, memorandum regarding same (.4). | 6.90 | 825.00 | $5,692.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:     16

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 12/08/2015 | IDK | BL | Office conference with J. Hunter re mediation issues, briefs and attendance for next week, and consider. | 0.20 | 975.00 | $195.00 |
| 12/10/2015 | IDK | BL | Office conferences with J. Hunter re upcoming mediation on 12/14 with Salus, need to get settlement authority and create alternatives for Gubner group split (.2);  Emails with financial advisor re same and need for further information on extent of 503(b)(9) claims and need for updated waterfall analysis to assist in mediation (.2); Emails with committee members, J. Hunter re upcoming mediation on Monday (.1). | 0.50 | 975.00 | $487.50 |
| 12/10/2015 | JKH | BL | Emails to, from Committee members regarding mediation issues, attendance (.3); Office conferences with Ira D. Kharasch, emails Calascibetta regarding 503(b)(9), Waterfall (.3). | 0.60 | 825.00 | $495.00 |
| 12/11/2015 | IDK | BL | Emails with committee members re upcoming mediation on 12/14 and coordination and issues to consider (.2);  Review and consider mediation briefs of Salus, Gubner group (.7);  Office conferences with J. Hunter today and over weekend re mediation issues and potential outcomes (.4). | 1.30 | 975.00 | $1,267.50 |
| 12/11/2015 | JKH | BL | Conference call to Ira D. Kharasch, Calascibetta, Pedersen regarding Waterfall, preparation for mediation (.5); Emails from, to Committee members/counsel regarding mediation issues, updated Waterfall (.4). | 0.90 | 825.00 | $742.50 |
| 12/11/2015 | JNP | BL | Review waterfall and emails regarding same. | 0.10 | 895.00 | $89.50 |
| 12/12/2015 | JKH | BL | Emails from, to Wynne, Committee members regarding mediation letter, attendees, call-in information. | 0.30 | 825.00 | $247.50 |
| 12/13/2015 | JKH | BL | Review Salus mediation statement, research cited cases and preparation for Salus mediation, opening statement. | 3.60 | 825.00 | $2,970.00 |
| 12/14/2015 | IDK | BL | Attend most of mediation with Salus and Gubner group and J. Hunter (7.2); Telephone conferences and emails with financial advisor re need for information for mediation re reserves, including review of same (.3); Office conference with J. Hunter re result of mediation and message to be sent to Committee (.2). | 7.70 | 975.00 | $7,507.50 |
| 12/14/2015 | JKH | BL | Attend Salus mediation and email clients regarding final outcome. | 8.10 | 825.00 | $6,682.50 |
| 12/17/2015 | IDK | BL | Emails with J. Hunter re new case on breach of fiduciary duty re failure to send WARN notices, including brief review of same (.2); Email with Gubner group on its termination of tolling agreement | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    17

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | re Salus (.1). | | | |
| 12/18/2015 | IDK | BL | Emails with Financial Advisor regarding Defendant's officer requesting info on mediation. | 0.10 | 975.00 | $97.50 |
| 12/18/2015 | IDK | BL | Emails/telephone conference with J. Hunter regarding how to respond to Gubner group termination of tolling and our position with Salus, and issues re Salus fees. | 0.30 | 975.00 | $292.50 |
| 12/29/2015 | JKH | BL | Telephone conference with Komorsky regarding status of vendors' complaint. | 0.30 | 825.00 | $247.50 |
| 01/04/2016 | SSC | BL | Telephone conference with Hunter re Salus complaint. | 0.10 | 750.00 | $75.00 |
| 01/05/2016 | JKH | BL | Telephone call from Komorsky, Davis regarding Lender identities, developments regarding vendors' complaint and review Gordon Brothers' report, vendors' revised complaint. | 1.20 | 825.00 | $990.00 |
| 01/06/2016 | IDK | BL | Office conference with J. Hunter re status of Salus litigation, and Gubner group already filed complaint, and need to inform committee (.2); Emails with Gubner re his belief in another claim vs Salus re WARN Act based on new caselaw, and my response re same (.3). | 0.50 | 975.00 | $487.50 |
| 01/06/2016 | IDK | BL | Emails with S Cho re Court's comments of status of case at hearing this week. | 0.10 | 975.00 | $97.50 |
| 01/06/2016 | JKH | BL | Telephone call from Brownstein regarding Salus complaint, email, office conference with Ira D. Kharasch regarding same, conversion and email Committee regarding same (.5); Emails Jeffrey N. Pomerantz, Ira D. Kharasch regarding Visa/Mastercard claims, office conference with Jeffrey N. Pomerantz regarding same, internet search regarding same (.5). | 1.00 | 825.00 | $825.00 |
| 01/07/2016 | JKH | BL | Email from Davis, office conference with Ira D. Kharasch regarding conversion (.2); Emails from, to Jeffrey N. Pomerantz regarding Visa/Mastercard claims query, review claims agreement and telephone conference, email with Karasik and office conference with Jeffrey N. Pomerantz regarding same (.6). | 0.80 | 825.00 | $660.00 |
| 01/11/2016 | SSC | BL | Correspond with Kharasch re pending matters. | 0.20 | 750.00 | $150.00 |
| 01/13/2016 | IDK | BL | Office conferences with J. Hunter re Salus litigation issues and its claim to fees. | 0.20 | 975.00 | $195.00 |
| 01/14/2016 | JKH | BL | Telephone conference, emails Cia H. Mackle regarding indemnity issue, background. | 0.30 | 825.00 | $247.50 |
| 01/15/2016 | SSC | BL | Review and analysis re Exel motion to dismiss and opposition. | 0.40 | 750.00 | $300.00 |

Pachulski Stang Ziehl & Jones LLP                     Page:    18
Anna's Linen OCC                                      Invoice 117787
03751     00002                                       March 30, 2016

---

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/20/2016 | IDK | BL | Office conference with J. Hunter re new theory re attack on termination fee of Salus (.2);  Emails with J. Hunter re same, including review of case law (.3). | 0.50 | 975.00 | $487.50 |
| 01/20/2016 | JKH | BL | Office conference with Ira D. Kharasch, research potential 726(a)(4) claim. | 1.90 | 825.00 | $1,567.50 |
| 01/21/2016 | JJK | BL | Conf. Kharasch on 726 / prepayment claim related issues. | 0.30 | 695.00 | $208.50 |
| 01/21/2016 | JJK | BL | Research prepayment penalty related issues. | 4.40 | 695.00 | $3,058.00 |
| 01/22/2016 | JJK | BL | Research prepayment penalty related issues. | 3.70 | 695.00 | $2,571.50 |
| 01/25/2016 | JJK | BL | Conf. Hunter on prepayment fee / clawback related issues. | 0.10 | 695.00 | $69.50 |
| 01/25/2016 | JJK | BL | Research re: potential clawback issues. | 2.90 | 695.00 | $2,015.50 |
| 01/25/2016 | SSC | BL | Review email correspondence from E. Karasik re Excel and correspond with EA same. | 0.10 | 750.00 | $75.00 |
| 01/26/2016 | JJK | BL | Research prepayment fee and clawback related issues and prepare memo. | 5.60 | 695.00 | $3,892.00 |
| 01/26/2016 | JKH | BL | Emails, office conferences with Ira D. Kharasch regarding Excel settlement proposal and review pleadings, research warehouse lien regarding evaluation of same. | 2.80 | 825.00 | $2,310.00 |
| 01/26/2016 | FSH | BL | Review all new dates regarding adversary proceeding deadlines and status conferences and update tracking chart. | 0.40 | 305.00 | $122.00 |
| 01/26/2016 | FSH | BL | Prepare adversary tracking chart of all adversaries filed in the case. | 1.50 | 305.00 | $457.50 |
| 01/27/2016 | JJK | BL | Research prepayment fee and clawback related issues and prepare memo. | 4.10 | 695.00 | $2,849.50 |
| 01/27/2016 | JJK | BL | Emails Forrester on prepayment fee related research. | 0.30 | 695.00 | $208.50 |
| 01/27/2016 | JKH | BL | Review Jonathan J. Kim memorandum regarding 726(a)(4) issue (.3); Office conference with Ira D. Kharasch regarding Excel settlement offer, and preparation of email regarding analysis of same (.8). | 1.10 | 825.00 | $907.50 |
| 01/27/2016 | LAF | BL | Legal research re: Section 726(a)(4) & prepayment penalties. | 0.50 | 325.00 | $162.50 |
| 01/28/2016 | JJK | BL | Emails Forrester on prepayment claim related issues and review her materials. | 0.40 | 695.00 | $278.00 |
| 01/28/2016 | JJK | BL | Emails Hunter on comm. challenge period issues. | 0.10 | 695.00 | $69.50 |
| 01/28/2016 | JJK | BL | Research potential clawback issues and prepare memo on same for Kharasch/Hunter. | 5.60 | 695.00 | $3,892.00 |
| 01/28/2016 | JKH | BL | Emails from, to Jonathan J. Kim regarding tolling agreement status, mediation issues. | 0.10 | 825.00 | $82.50 |
| 01/28/2016 | LAF | BL | Legal research re: 727(a)(4) & prepayment | 0.50 | 325.00 | $162.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    19

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | penalities. | | | |
| 01/29/2016 | JJK | BL | Research potential clawback issues and memo on same. | 4.00 | 695.00 | $2,780.00 |
| 01/29/2016 | FSH | BL | Review new dates and deadlines for litigation matters and update critical dates and provide information to calendar clerk. | 0.40 | 305.00 | $122.00 |
| 02/03/2016 | FSH | BL | Review and analyze new orders on status conference hearings and deadline regarding three adversary actions and update adversary chart and prepare correspondence to calendar clerk regarding same. | 0.50 | 305.00 | $152.50 |
| 02/08/2016 | IDK | BL | Telephone conference with Kogan re status of Salus litigation and status of case (.2); Emails with J Pomerantz re same (.1). | 0.30 | 975.00 | $292.50 |
| 02/10/2016 | CHM | BL | Legal research re advances on indemnity obligation; email J. Hunter re same. | 3.10 | 525.00 | $1,627.50 |
| 02/11/2016 | IDK | BL | Emails with Debtor re issues on plaintiff complaint vs insiders re Salus and violation of automatic stay. | 0.10 | 975.00 | $97.50 |
| 02/22/2016 | IDK | BL | Office conference with J Hunter re issue on challenge period and application to chapter 7 Trustee and need to confirm with Salus, including review of key parts of DIP order. | 0.30 | 975.00 | $292.50 |
| 02/24/2016 | IDK | BL | Emails and office conference with J. Hunter and Salus re conversion issues. | 0.20 | 975.00 | $195.00 |
| 02/24/2016 | JKH | BL | Emails from, to Davis regarding tolling extension discussion. | 0.10 | 825.00 | $82.50 |
| 02/25/2016 | JKH | BL | Emails, telephone conference with Davis regarding extension of tolling agreement to Trustee. | 0.30 | 825.00 | $247.50 |
| 02/25/2016 | JKH | BL | Emails, office conference with Ira D. Kharasch, emails, telephone conference with Komorsky, Davis regarding Greenberg fees review analysis and review files regarding same. | 0.60 | 825.00 | $495.00 |
| 02/26/2016 | IDK | BL | Emails with J. Hunter re his proposed memo to Salus counsel re clarifying DIP order re challenge for chapter 7 trustee and need for revisions to same (.4);  Emails with S Gubner, J. Hunter re Salus fees (.3). | 0.70 | 975.00 | $682.50 |
| 02/26/2016 | JKH | BL | Review Greenberg Traurig bills (.4); Draft email regarding tolling agreement clarification (.9); Emails from, to Davis, Calascibetta regarding Greenberg Traurig invoices and telephone call from Calascibetta regarding same (.3). | 1.60 | 825.00 | $1,320.00 |
| 02/27/2016 | JKH | BL | Emails from, to Ira D. Kharasch, Komorsky, Davis regarding Greenberg Traurig bills, tolling agreement and review memorandum, complaints regarding indemnification issue. | 0.80 | 825.00 | $660.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:    20

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/28/2016 | JKH | BL | Emails from, to Ira D. Kharasch, Gubner, Komorsky regarding challenge tolling agreement. | 0.20 | 825.00 | $165.00 |
| 02/29/2016 | JKH | BL | Emails from, to Gubner, Komorsky and Davis regarding tolling of challenge period. | 0.20 | 825.00 | $165.00 |
| 03/03/2016 | SSC | BL | Review motion to return DIP lenders' fees and correspond with J. Hunter re same. | 0.20 | 750.00 | $150.00 |
| 03/08/2016 | SSC | BL | Review motion to compel return of attorney's fees. | 0.10 | 750.00 | $75.00 |
| 03/08/2016 | SSC | BL | Correspond with I. Kharasch re various motions pending and meet and confer with I. Kharasch re same. | 0.20 | 750.00 | $150.00 |
| 03/08/2016 | SSC | BL | Correspond with D. Golubchick re extensions needed to pending motions. | 0.10 | 750.00 | $75.00 |
| 03/09/2016 | IDK | BL | Review DIP order and related documents re issues on Salus attorney fees (1.5); Office conferences with J. Hunter re issues re same and documents (.3). | 1.80 | 975.00 | $1,755.00 |
| 03/10/2016 | IDK | BL | Review and consider various Salus fee issues in the DIP order, DIP documents, pre-petition documents, including indemnity provision and its right to recoup fees for defending 3d party actions, including prep of internal memo re same (2.1); Office conferences with J. Hunter re issues and concerns re same (.4). | 2.50 | 975.00 | $2,437.50 |
| 03/11/2016 | JKH | BL | Preparation of joinder regarding Salus fees motion, emails to from Komorsky regarding same (.4); Attend conference committee call (.4). | 0.80 | 825.00 | $660.00 |
| 03/11/2016 | FSH | BL | Prepare statement of Committee to continue the hearing on the 9019 motion with Lichtenberg. | 0.40 | 305.00 | $122.00 |
| 03/16/2016 | IDK | BL | Review of draft joinder in motion re return of fees and office conferences with J. Hunter re same | 0.40 | 975.00 | $390.00 |
| 03/16/2016 | JKH | BL | Emails regarding, filing of fees motion joinder. | 0.10 | 825.00 | $82.50 |
| 03/18/2016 | JKH | BL | Emails from, to Komorsky regarding fees stipulation. | 0.10 | 825.00 | $82.50 |
| 03/23/2016 | IDK | BL | Prepare for hearing today on numerous items (.3); Attend hearing telephonically on motion to convert and other motions/stipulations (.5). | 0.80 | 975.00 | $780.00 |
| 03/24/2016 | IDK | BL | Emails with J. Pomerantz re Salus disputes, issues. | 0.30 | 975.00 | $292.50 |
| | | | | **144.20** | | **$113,994.00** |

## Case Administration [B110]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/2015 | FSH | CA | Update weekly memo and critical dates. | 1.20 | 305.00 | $366.00 |
| 10/02/2015 | FSH | CA | Update critical dates and send dates to calendar. | 0.60 | 305.00 | $183.00 |
| 10/05/2015 | FSH | CA | Update critical dates chart. | 0.20 | 305.00 | $61.00 |
| 10/12/2015 | FSH | CA | Update critical dates and attend to calendaring. | 0.30 | 305.00 | $91.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:   21

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/13/2015 | FSH | CA | Update critical dates to reflect continued hearing and prepare correspondence to Melissa regarding calendaring same. | 0.20 | 305.00 | $61.00 |
| 10/19/2015 | FSH | CA | Update critical dates memo. | 0.30 | 305.00 | $91.50 |
| 10/19/2015 | FSH | CA | Prepare correspondence to Melisa regarding calendaring new items and respond thereto. | 0.20 | 305.00 | $61.00 |
| 10/21/2015 | FSH | CA | Update and revise critical dates to account for all matters where stipulations are pending. | 0.40 | 305.00 | $122.00 |
| 10/23/2015 | FSH | CA | Update critical dates. | 0.10 | 305.00 | $30.50 |
| 10/27/2015 | FSH | CA | Update critical dates based upon orders granting stipulations and attend to calendaring of same. | 0.50 | 305.00 | $152.50 |
| 10/27/2015 | FSH | CA | Review and respond to correspondence from Melissa regarding dates to calendar new events. | 0.20 | 305.00 | $61.00 |
| 10/28/2015 | FSH | CA | Update critical dates to reflect continued hearings and response and reply dates. | 0.40 | 305.00 | $122.00 |
| 10/28/2015 | FSH | CA | Further update on critical dates. | 0.20 | 305.00 | $61.00 |
| 10/28/2015 | FSH | CA | Prepare correspondence to Shirley S. Cho regarding weekly memo and critical dates and transmit same. | 0.20 | 305.00 | $61.00 |
| 11/03/2015 | FSH | CA | Review and respond to correspondence from Shirley S. Cho regarding hearing scheduled for 11/4 and send orders regarding hearing change. | 0.20 | 305.00 | $61.00 |
| 11/03/2015 | FSH | CA | Update critical dates to reflect continued hearings and deadline dates and attend to calendaring same. | 0.50 | 305.00 | $152.50 |
| 11/11/2015 | FSH | CA | Update critical dates to reflect hearing and response date for new adversary and attend to calendaring same. | 0.40 | 305.00 | $122.00 |
| 11/24/2015 | FSH | CA | Review pleadings and advise attorney of new dates and hearings. | 0.30 | 305.00 | $91.50 |
| 12/04/2015 | FSH | CA | Review docket for deadlines and hearing dates and prepare description for attorney and submit same. | 0.30 | 305.00 | $91.50 |
| 12/10/2015 | FSH | CA | Review critical dates to determine if exclusivity was extended and Review docket to ascertain the status of if and when a plan will be filed.  Prepare correspondence to Shirley S. Cho regarding same. | 0.30 | 305.00 | $91.50 |
| 12/18/2015 | FSH | CA | Prepare correspondence to Shirley S. Cho with weekly summary and critical dates. | 0.10 | 305.00 | $30.50 |
| 12/20/2015 | SSC | CA | Review critical dates and correspond with F. Harrison re same. | 0.10 | 750.00 | $75.00 |
| 12/23/2015 | FSH | CA | Review docket to obtain new hearing dates and deadlines and update memo to reflect same. | 0.60 | 305.00 | $183.00 |
| 12/24/2015 | FSH | CA | Prepare correspondence to Shirley S. Cho with weekly summary and critical dates. | 0.20 | 305.00 | $61.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:    22

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/04/2016 | FSH | CA | Review and respond to correspondence from Shirley S. Cho regarding January 6, 2016 hearing. | 0.20 | 305.00 | $61.00 |
| 01/06/2016 | FSH | CA | Review and analyze all new dates and deadlines and prepare memo to calendar clerk to attend to calendaring. | 0.40 | 305.00 | $122.00 |
| 01/08/2016 | SSC | CA | Review critical dates. | 0.10 | 750.00 | $75.00 |
| 01/11/2016 | FSH | CA | Review docket for new hearings and deadlines and prepare descriptions of same to include in correspondence to calendar clerk. | 0.30 | 305.00 | $91.50 |
| 01/15/2016 | FSH | CA | Prepare correspondence to Shirley S. Cho regarding critical dates and weekly memo and transmit same. | 0.10 | 305.00 | $30.50 |
| 01/15/2016 | FSH | CA | Review and respond to correspondence from Shirley S. Cho regarding weekly memo edits. | 0.10 | 305.00 | $30.50 |
| 01/21/2016 | FSH | CA | Review docket of adversary proceeding and obtain new deadline dates and hearings and include on critical dates and prepare correspondence to calendar clerk regarding same. | 0.30 | 305.00 | $91.50 |
| 01/25/2016 | FSH | CA | Prepare correspondence to Shirley S. Cho on critical dates. | 0.10 | 305.00 | $30.50 |
| 02/05/2016 | FSH | CA | Prepare correspondence to Shirley S. Cho with weekly summary and updated critical dates memo. | 0.10 | 305.00 | $30.50 |
| 02/08/2016 | FSH | CA | Review paper flow and prepare memo to calendar clerk regarding new deadlines and update memo regarding same. | 0.30 | 305.00 | $91.50 |
| 02/12/2016 | FSH | CA | Prepare correspondence to Shirley S. Cho with critical dates and weekly memo and transmit same. | 0.10 | 305.00 | $30.50 |
| 02/16/2016 | FSH | CA | Review new documents for hearings and deadlines and update memo to attorneys regarding same. | 0.30 | 305.00 | $91.50 |
| 02/19/2016 | FSH | CA | Review numerous notifications from court regarding continued adversary proceedings and prepare updates and send to calendaring. | 0.40 | 305.00 | $122.00 |
| 02/25/2016 | SSC | CA | Correspond with M. Brownstein re order limiting notice. | 0.20 | 750.00 | $150.00 |
| | | | | **11.00** | | **$3,533.00** |

## Claims Admin/Objections[B310]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/01/2015 | SSC | CO | Correspond with T. Arnold re 503(b)(9) claims filed. | 0.10 | 750.00 | $75.00 |
| 10/01/2015 | SSC | CO | Review Debtor's opposition to Kenney's 503(b)(9) request. | 0.20 | 750.00 | $150.00 |
| 10/01/2015 | FSH | CO | Prepare joinder to the Debtor's opposition to Kenny Motion. | 0.50 | 305.00 | $152.50 |
| 10/02/2015 | IDK | CO | E-mails with attorneys re Debtor's summary of 503(b)(9) claims, including review of same. | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Page:    23

Anna's Linen OCC

Invoice 117787

03751    00002

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/04/2015 | SSC | CO | Review 503(b) claims analysis from T. Arnold. | 0.10 | 750.00 | $75.00 |
| 10/05/2015 | SSC | CO | Analysis re filed claims. | 0.10 | 750.00 | $75.00 |
| 10/05/2015 | SSC | CO | Correspond with T. Arnold re 503(b)(9)s. | 0.10 | 750.00 | $75.00 |
| 10/05/2015 | SSC | CO | Telephone conference with Nanshing re bar date. | 0.10 | 750.00 | $75.00 |
| 10/07/2015 | SSC | CO | Execute Tiger/Yellen stipulation. | 0.10 | 750.00 | $75.00 |
| 10/12/2015 | IDK | CO | Emails and telephone conference with attorneys re how to respond to numerous 503(b)(9) motions for payment of administrative claims, and need to confirm authorization from Committee (.3). | 0.30 | 975.00 | $292.50 |
| 10/12/2015 | SSC | CO | Correspond with Committee re 503(b)(9) claims. | 0.20 | 750.00 | $150.00 |
| 10/12/2015 | SSC | CO | Review and revise omnibus objection to 503(b)(9) claims. | 0.30 | 750.00 | $225.00 |
| 10/12/2015 | SSC | CO | Telephone conference with Arnold re 503(b)(9) claims. | 0.20 | 750.00 | $150.00 |
| 10/12/2015 | SSC | CO | Telephone conference with Brownstein re 503(b)(9) claims. | 0.20 | 750.00 | $150.00 |
| 10/12/2015 | SSC | CO | Review and analysis re letter of credit request from Union Bank. | 0.20 | 750.00 | $150.00 |
| 10/12/2015 | FSH | CO | Numerous correspondence with Shirley S. Cho regarding omnibus objection to administrative claimants' motions. | 0.30 | 305.00 | $91.50 |
| 10/13/2015 | IDK | CO | Emails with committee and from Debtor re 503(b)(9) claim status and current estimate. | 0.20 | 975.00 | $195.00 |
| 10/13/2015 | SSC | CO | Review and revise Kenney joinder. | 0.50 | 750.00 | $375.00 |
| 10/13/2015 | SSC | CO | Telephone conference with A. Calscabetta re claims analysis. | 0.10 | 750.00 | $75.00 |
| 10/13/2015 | SSC | CO | Review and revise omnibus hearing joinder; coordinate filing. | 0.20 | 750.00 | $150.00 |
| 10/13/2015 | FSH | CO | Review entered order continuing Kenny Motion and prepare correspondence to Shirley S. Cho regarding same. | 0.20 | 305.00 | $61.00 |
| 10/16/2015 | SSC | CO | Review and execute stipulation to continue from C. Djang. | 0.10 | 750.00 | $75.00 |
| 10/19/2015 | FSH | CO | Prepare another omnibus objection for Hollander, Marks and Ivie regarding 503(b)(9) claims. | 0.50 | 305.00 | $152.50 |
| 10/20/2015 | FSH | CO | Review docket and determine how many stipulations have been filed for continuance of 503(b)(9) motions and determine if any orders have been entered approving the stipulations. | 0.30 | 305.00 | $91.50 |
| 10/20/2015 | FSH | CO | Review correspondence from Shirley S. Cho regarding local rule, research same and prepare correspondence with results of research regarding | 0.30 | 305.00 | $91.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:      24

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | continuance of 503(b)(9) motions. | | | |
| 10/21/2015 | IDK | CO | Emails with J. Hunter and S Cho re need for evaluation of Salus bills, and their feedback re same (.2); Email S Cho and Debtor re issues on 503(b)(9) claims (.1). | 0.30 | 975.00 | $292.50 |
| 10/21/2015 | SSC | CO | Review and analysis re Beatrice stipulation. | 0.10 | 750.00 | $75.00 |
| 10/21/2015 | SSC | CO | Telephone conferences with A. Calscabetta re 503(b)(9) claims. | 0.50 | 750.00 | $375.00 |
| 10/21/2015 | SSC | CO | Telephone conferences with E. Karasik 503(b)(9) claims. | 0.20 | 750.00 | $150.00 |
| 10/21/2015 | SSC | CO | Telephone conference with K. Tran re 503(b)(9) claims. | 0.10 | 750.00 | $75.00 |
| 10/21/2015 | FSH | CO | Review and respond to correspondence with Shirley S. Cho regarding deadline to object to 503(b)(9) objections. | 0.20 | 305.00 | $61.00 |
| 10/22/2015 | SSC | CO | Correspond with T. Arnold re POC form. | 0.10 | 750.00 | $75.00 |
| 10/22/2015 | SSC | CO | Correspond with T. Arnold re Beatrice claim objection. | 0.10 | 750.00 | $75.00 |
| 10/26/2015 | SSC | CO | Telephone conference with W. Borges re 503(b)(9) claim objection. | 0.10 | 750.00 | $75.00 |
| 10/28/2015 | SSC | CO | Review and execute Canjoy stipulation. | 0.10 | 750.00 | $75.00 |
| 10/28/2015 | SSC | CO | Telephone conference with D. Flahaut re Canjoy. | 0.10 | 750.00 | $75.00 |
| 10/30/2015 | IDK | CO | Emails with S Cho re form of 503(b)(9) settlement. | 0.10 | 975.00 | $97.50 |
| 10/30/2015 | SSC | CO | Review CHF's stipulation re 503(b)(9) claim and correspond with counsel re same. | 0.10 | 750.00 | $75.00 |
| 11/12/2015 | SSC | CO | Review CHF stipulation re 503(b)(9). | 0.10 | 750.00 | $75.00 |
| 11/12/2015 | SSC | CO | Review Brentwood stipulation re 503(b)(9). | 0.10 | 750.00 | $75.00 |
| 11/18/2015 | FSH | CO | Update critical dates to reflect settlements with 503(b)(9) claimants and continuances of hearings. | 0.30 | 305.00 | $91.50 |
| 11/19/2015 | SSC | CO | Review and execute Canjoy stipulation. | 0.10 | 750.00 | $75.00 |
| 11/20/2015 | IDK | CO | Emails and telephone conference with S Cho and financial advisor re need to do some due diligence on Debtor's proposed stipulation with Shewack on amount of 503(b)(9) claim and large GUC. | 0.20 | 975.00 | $195.00 |
| 11/20/2015 | SSC | CO | Review and analysis re Shewak stipulation re 503(b)(9) claim. | 0.30 | 750.00 | $225.00 |
| 11/20/2015 | FSH | CO | Review and analyze proof of claim filed by Shewak and prepare correspondence to Shirley S. Cho regarding same. | 0.30 | 305.00 | $91.50 |
| 11/23/2015 | IDK | CO | Numerous emails and telephone conferences with S. Goldich re potential settlement of State Board claim re trust fund taxes, and feedback from State Board re | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:    25

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | potential settlement scenarios (.2); Telephone conference and emails with S Cho re Shewack stipulation on 503(b)(9) and liquidated GUC portion (.2). | | | |
| 11/23/2015 | JKH | CO | Emails from, to Ira D. Kharasch regarding, review Greenberg Traurig, T C Capital invoices. | 0.50 | 825.00 | $412.50 |
| 11/23/2015 | SSC | CO | Telephone conference with A. Calscabetta re Shewak claim stipulation. | 0.10 | 750.00 | $75.00 |
| 11/23/2015 | SSC | CO | Meet and confer with Kharasch re Shewak stipulation. | 0.10 | 750.00 | $75.00 |
| 11/25/2015 | IDK | CO | Emails and telephone conference with S. Cho re status and issues re Debtor's stipulation with Transplace and justification for same. | 0.30 | 975.00 | $292.50 |
| 11/25/2015 | SSC | CO | Draft memo to Committee re Transplace. | 0.30 | 750.00 | $225.00 |
| 11/25/2015 | SSC | CO | Review Transplace analysis from E. Karasik. | 0.20 | 750.00 | $150.00 |
| 11/25/2015 | SSC | CO | Correspond with LNYB re Transplace. | 0.10 | 750.00 | $75.00 |
| 11/25/2015 | SSC | CO | Review Transplace stipulation and telephone conference with I. Kharasch re same. | 0.20 | 750.00 | $150.00 |
| 11/25/2015 | FSH | CO | Review and respond to numerous correspondence regarding the Transplace June stipulation and the stipulation filed in November. | 0.20 | 305.00 | $61.00 |
| 11/30/2015 | IDK | CO | Various e-mails with Debtor, Gubner, others re their dispute on the upcoming hearing and the alleged stipulation re 503(b)(9) claim. | 0.30 | 975.00 | $292.50 |
| 11/30/2015 | SSC | CO | Telephone conference with D. Golubchik re Shewak stipulation. | 0.10 | 750.00 | $75.00 |
| 12/01/2015 | IDK | CO | Telephone conference and emails with Debtor counsel re my position on their dispute with Gubner over the stipulation on 503(b)(9) and his refusal to agree to continue the hearing tomorrow (.3); Emails later with Gubner firm and Debtor re willingness to continue (.1). | 0.40 | 975.00 | $390.00 |
| 12/01/2015 | SSC | CO | Attention to motion for administrative claim by Anthem Blue Cross. | 0.10 | 750.00 | $75.00 |
| 12/01/2015 | SSC | CO | Review Shewak correspondence between Debtor and Shewak counsel; review stipulation for continuance re same. | 0.20 | 750.00 | $150.00 |
| 12/04/2015 | IDK | CO | Telephone conference with Financial Advisor re warehouse claims (.1); Emails with Debtor counsel re same and need to give us head's up (.1). | 0.20 | 975.00 | $195.00 |
| 12/08/2015 | FSH | CO | Review notices from court regarding the status of 503(b) motions which have been continued to January 6, 2016. | 0.20 | 305.00 | $61.00 |
| 12/09/2015 | IDK | CO | Telephone conferences with financial advisor re | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Page:   26

Anna's Linen OCC

Invoice 117787

03751     00002

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | issues on certain 503(b)(9) claims and other claims (.2). | | | |
| 12/17/2015 | IDK | CO | Emails with S Cho and financial advisor re Debtor's proposed stipulation on 503(b)(9) claim allowance. | 0.20 | 975.00 | $195.00 |
| 12/17/2015 | SSC | CO | Review Hollander stipulation and execute same. | 0.10 | 750.00 | $75.00 |
| 12/18/2015 | SSC | CO | Correspond with T Arnold re Hollander stipulation. | 0.10 | 750.00 | $75.00 |
| 12/18/2015 | SSC | CO | Review A. Calscabetta email re Hollander. | 0.10 | 750.00 | $75.00 |
| 12/21/2015 | IDK | CO | Office conference with J. Hunter regarding claim of Salus for atty fees and potential defense. | 0.20 | 975.00 | $195.00 |
| 12/21/2015 | IDK | CO | Emails to Debtor and Financial Advisor regarding need for call on how to go on 503b9 claims and case issues. | 0.20 | 975.00 | $195.00 |
| 12/21/2015 | IDK | CO | Telephone conferences with Financial Advisor regarding status of Debtor's negotiation of 503b9 settlements.forward on 503b9 claims and case issues(.2); | 0.20 | 975.00 | $195.00 |
| 12/21/2015 | SSC | CO | Correspond with T. Arnold re 503(b)(9) claims status. | 0.10 | 750.00 | $75.00 |
| 12/21/2015 | SSC | CO | Correspond with F. Harrison re 503(b)(9) claims status. | 0.10 | 750.00 | $75.00 |
| 12/21/2015 | FSH | CO | Review correspondence from Shirley S. Cho and review docket to determine which claimants the Committee did not file oppositions to their 503(b) claims. | 0.30 | 305.00 | $91.50 |
| 12/21/2015 | FSH | CO | Review correspondence from Shirley S. Cho regarding continuation of hearing and update memo re hearing and deadline dates. | 0.30 | 305.00 | $91.50 |
| 12/28/2015 | JKH | CO | Office conferences with David J. Barton, Iain A. W. Nasatir regarding indemnification issues regarding Greenberg Traurig invoice, emails from Iain A. W. Nasatir and research same. | 1.10 | 825.00 | $907.50 |
| 12/29/2015 | JKH | CO | Office conferences with Ira D. Kharasch, review documents regarding Greenberg Traurig invoice review. | 0.20 | 825.00 | $165.00 |
| 12/30/2015 | SSC | CO | Review opposition to Baltic Linen motion to enlarge time. | 0.10 | 750.00 | $75.00 |
| 01/04/2016 | SSC | CO | Review Canjoy reply and correspond with T. Arnold re same. | 0.20 | 750.00 | $150.00 |
| 01/04/2016 | FSH | CO | Review tentatives to determine which matters are on calendar for January 6, 2016 which have not been continued. | 0.20 | 305.00 | $61.00 |
| 01/05/2016 | IDK | CO | Emails and telephone conference with S Cho re status of current proposed stipulation on 503(b)(9) claim re Canjoy, and status of appeal re initial | 0.30 | 975.00 | $292.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:    27

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | agency agreement. | | | |
| 01/05/2016 | SSC | CO | Correspond with EA re Kenney stipulation. | 0.10 | 750.00 | $75.00 |
| 01/05/2016 | SSC | CO | Telephone conference with A. Calscabetta re Canjoy hearing. | 0.30 | 750.00 | $225.00 |
| 01/05/2016 | SSC | CO | Review Canjoy tentative ruling. | 0.10 | 750.00 | $75.00 |
| 01/06/2016 | FSH | CO | Review and respond to correspondence from Shirley S. Cho regarding calendar. | 0.30 | 305.00 | $91.50 |
| 01/06/2016 | FSH | CO | Review calendar on website for court and prepare notations as to the status of the hearings and transmit to Shirley S. Cho. | 0.30 | 305.00 | $91.50 |
| 01/08/2016 | IDK | CO | Emails with S Cho re issues on stipulations re 503(b)(9) claims. | 0.20 | 975.00 | $195.00 |
| 01/11/2016 | SSC | CO | Review AuZone stipulation. | 0.10 | 750.00 | $75.00 |
| 01/11/2016 | FSH | CO | Telephone call from creditor regarding rumor of claims trader and percentage offered for purchase of claim. | 0.20 | 305.00 | $61.00 |
| 01/12/2016 | SSC | CO | Correspond with A. Calscabetta re 503(b)(9) stipulations. | 0.10 | 750.00 | $75.00 |
| 01/14/2016 | SSC | CO | Review and execute Saturday Knight and Bess stipulations. | 0.20 | 750.00 | $150.00 |
| 01/15/2016 | IDK | CO | Emails with financial advisor re new analysis of 503(b)(9) claims, including review of same (.2); Email and telephone conference with Debtor's counsel re result of committee call and timing of its objection to claims (.2); Emails and telephone conferences with Brownstein, counsel to Lichtenburg, re his concerns on claims objection and anticipated stipulation re Lichtenburg (.3). | 0.70 | 975.00 | $682.50 |
| 01/15/2016 | SSC | CO | Review Canjoy order and correspond with T. Arnold re same. | 0.20 | 750.00 | $150.00 |
| 01/15/2016 | SSC | CO | Telephone conference with M. Brownstein re Lichtenstein claim. | 0.20 | 750.00 | $150.00 |
| 01/20/2016 | SSC | CO | Correspond with T. Arnold re Marks claim. | 0.10 | 750.00 | $75.00 |
| 01/20/2016 | FSH | CO | Review correspondence from Shirley S. Cho regarding Marks' claim and review files to determine if we objected to it and prepare correspondence to Shirley S. Cho regarding same. | 0.30 | 305.00 | $91.50 |
| 01/22/2016 | IDK | CO | Emails with Debtor's counsel re proposed stipulation with Lichtenberg. | 0.20 | 975.00 | $195.00 |
| 01/25/2016 | IDK | CO | Emails with Debtor's counsel re proposed settlement with Excel on secured claim (.2); Emails and office conference with J. Hunter re need for analysis of same (.2). | 0.40 | 975.00 | $390.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:   28

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/26/2016 | IDK | CO | Emails with Debtor's counsel re its desire for committee feedback on proposed settlement with Excel on its alleged secured claim, including review of her summary of situation (.3); Telephone conference and emails with counsel to Salus re same and how to deal with upcoming hearing on Excel (.3);  Emails with A. Caine re his analysis of the preference resolution in the Excel settlement (.2). | 0.80 | 975.00 | $780.00 |
| 01/26/2016 | IDK | CO | Emails with Debtor's counsel re its proposed settlement stipulation with S. Lichtenberg, including my review of same. | 0.40 | 975.00 | $390.00 |
| 01/27/2016 | IDK | CO | Review and consider problematic issues in Debtor's proposed stipulation with S. Lichtenburg, especially re preference and general release and release of affiliates, including shareholders in Debtor (.3); Numerous emails with S Cho and F Harrison re need for due diligence information on Lichtenburg settlement and whether any transfers to Lichtenburg shareholders of Debtor, and review of relevant SOFAs (.4);  E-mails with Debtor's counsel re same and need for information from Debtor re prior distributions to Lichtenburg shareholders for past 4 years (.4);  Emails with A. Caine re his analysis of estate's preference action vs Lichtenburg and proposed settlement of same (.3). | 1.40 | 975.00 | $1,365.00 |
| 01/27/2016 | SSC | CO | Review and respond re T. Arnold re status of 503(b)(9) objections. | 0.10 | 750.00 | $75.00 |
| 01/28/2016 | IDK | CO | Emails with J. Hunter, J. Kim on Salus termination fee and his memo. | 0.20 | 975.00 | $195.00 |
| 01/29/2016 | IDK | CO | Email and telephone conference with financial advisor re issues on Excel settlement and over case and waterfall issues (.3);  Email and telephone conference with Lichtenburg counsel re my initial feedback on the draft settlement agreement and need for further due diligence re same (.3). | 0.60 | 975.00 | $585.00 |
| 02/01/2016 | IDK | CO | Telephone conferences with counsel to Lichtenberg re settlement disputes (.2);  Telephone conference with Debtor's counsel re same (.1). | 0.30 | 975.00 | $292.50 |
| 02/03/2016 | IDK | CO | Emails with financial advisor re new settlements re 503(b)(9) claims, and review of same briefly. | 0.20 | 975.00 | $195.00 |
| 02/03/2016 | SSC | CO | Correspond with A. Calscabetta re Natco Corona claim. | 0.10 | 750.00 | $75.00 |
| 02/04/2016 | IDK | CO | Telephone conference with counsel to Lichtenberg re concerns on their stipulation and re Canjoy stipulation (.2);  Emails with S Cho re same and need to respond (.1). | 0.30 | 975.00 | $292.50 |
| 02/05/2016 | IDK | CO | Telephone conference with Brownstein, counsel to | 0.20 | 975.00 | $195.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    29

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Lichtenberg re status of claims (.1);  Emails with S Cho re same and questions re Canjoy 503(b)(9) settlement (.1). | | | |
| 02/08/2016 | SSC | CO | Attention to 503(b)(9) claims coming up for hearing. | 0.10 | 750.00 | $75.00 |
| 02/08/2016 | FSH | CO | Review and respond to correspondence from Shirley S. Cho regarding 503(b)(9) claims on calendar and if we have objected to them. | 0.20 | 305.00 | $61.00 |
| 02/08/2016 | FSH | CO | Review files and docket to determine which 503(b)(9) claims we have objected to and those we have not and prepare correspondence to Shirley S. Cho regarding same. | 0.30 | 305.00 | $91.50 |
| 02/09/2016 | IDK | CO | Emails with S Cho re Lichtenberg issues and Canjoy. | 0.20 | 975.00 | $195.00 |
| 02/09/2016 | SSC | CO | Review T. Arnold update re 503(b)(9) claims. | 0.10 | 750.00 | $75.00 |
| 02/10/2016 | IDK | CO | Telephone conference with counsel to Lichtenberg re status of its proposed settlement and Debtor's due diligence (.1);  E-mail to Debtor's counsel re result of same due diligence re Lichtenberg (.1);  Emails with S Cho re settlements and Canjoy problem (.1); Telephone conference and e-mail with financial advisor and A. Caine re financial advisor's request for feedback on process on evaluating Debtor's preference settlements (.2). | 0.50 | 975.00 | $487.50 |
| 02/11/2016 | IDK | CO | Emails with Debtor's counsel and Lichtenberg counsel re further modified stipulation re same, including review of same revisions. | 0.20 | 975.00 | $195.00 |
| 02/11/2016 | SSC | CO | Attention to omnibus objections. | 0.10 | 750.00 | $75.00 |
| 02/11/2016 | SSC | CO | Attention to omnibus objections. | 0.10 | 750.00 | $75.00 |
| 02/11/2016 | FSH | CO | Review various correspondence from Shirley S. Cho regarding objections and if any committee members were subject to objections and respond thereto. | 0.20 | 305.00 | $61.00 |
| 02/12/2016 | IDK | CO | Emails with E Kerasik re her summaries of claim objections and preference demands and status, and need for Debtor to refrain from preference process unless tied to administrative claim objections. | 0.30 | 975.00 | $292.50 |
| 02/16/2016 | IDK | CO | Emails with S Cho re coverage of next omnibus claim objection hearing and committee position re same. | 0.20 | 975.00 | $195.00 |
| 02/16/2016 | FSH | CO | Review correspondence from Shirley S. Cho regarding claims; Review claims and prepare correspondence to Shirley S. Cho regarding same. | 0.30 | 305.00 | $91.50 |
| 02/17/2016 | IDK | CO | Emails with S Cho re Lichtenburg material for committee and dealing with Lichtenburg during call. | 0.10 | 975.00 | $97.50 |
| 02/17/2016 | SSC | CO | Review filed 503(b)(a) objections. | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:     30

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/17/2016 | FSH | CO | Review and respond to correspondence from Shirley S. Cho regarding hearing binder for 2/24/16 hearing. | 0.20 | 305.00 | $61.00 |
| 02/18/2016 | IDK | CO | Telephone conferences with Lichtenberg counsel re status and concerns on settlement (.1). | 0.10 | 975.00 | $97.50 |
| 02/22/2016 | IDK | CO | Emails with Debtor's counsel and with Lichtenberg counsel re further due diligence questions on Lichtenberg stipulation re board issues and timing of motion issues (.2); Emails with A. Caine re Gubner request for preference analysis re Lichtenberg, and need for more fulsome analysis (.2). | 0.40 | 975.00 | $390.00 |
| 02/22/2016 | SSC | CO | Review and analysis re Performance Team stipulation. | 0.20 | 750.00 | $150.00 |
| 02/23/2016 | IDK | CO | Review correspondence from Gubner re his long list of information requests to Debtor on proposed Lichtenburg settlement (.1);  Emails with Debtor's counsel re same and next steps (.2); Emails with S Cho re Excel settlement and approval (.1); Emails with A. Caine re status of memo to Gubner on preference analysis re Lichtenburg and need for more information (.2). | 0.60 | 975.00 | $585.00 |
| 02/23/2016 | SSC | CO | Telephone conference with A. Calscabetta re Performance Team. | 0.20 | 750.00 | $150.00 |
| 02/23/2016 | SSC | CO | Correspond with E. Karasik re Performance Team. | 0.20 | 750.00 | $150.00 |
| 02/23/2016 | SSC | CO | Review 4 replies to 503(b)(9) motions. | 0.20 | 750.00 | $150.00 |
| 02/23/2016 | SSC | CO | Telephone conference with S. Seflin re claim resolutions. | 0.20 | 750.00 | $150.00 |
| 02/24/2016 | IDK | CO | Emails with attorneys re upcoming hearing on Excel settlement. | 0.20 | 975.00 | $195.00 |
| 02/24/2016 | JKH | CO | Emails from, to Shirley S. Cho, Ira D. Kharasch, office conference with Ira D. Kharasch regarding Exel settlement position. | 0.30 | 825.00 | $247.50 |
| 02/24/2016 | SSC | CO | Attend court hearing telephonically. | 0.60 | 750.00 | $450.00 |
| 02/25/2016 | IDK | CO | Emails with A. Caine re status of updated analysis of Lichtenburg settlement and preference analysis. | 0.20 | 975.00 | $195.00 |
| 02/29/2016 | IDK | CO | Emails with S Gubner re our analysis of preference claim vs Lichtenburg, and his response re same (.3); Emails with A. Caine re same and how to respond re requested underlying docs and his response to S Gubner (.2). | 0.50 | 975.00 | $487.50 |
| 03/01/2016 | SSC | CO | Telephone conference with A. Calscabetta re status of 503(b)(9) claim resolutions. | 0.20 | 750.00 | $150.00 |
| 03/02/2016 | SSC | CO | Review bar date motion. | 0.10 | 750.00 | $75.00 |
| 03/03/2016 | SSC | CO | Telephone conference with W. Pederson re 503(b)(9) claims. | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/03/2016 | SSC | CO | Review notice of lodgment re Shewak, Welcome, P & A orders and forward to EA. | 0.10 | 750.00 | $75.00 |
| 03/07/2016 | FSH | CO | Review and respond to Shirley S. Cho regarding objections to claims and other matters now on calendar for March 23. | 0.30 | 305.00 | $91.50 |
| 03/08/2016 | IDK | CO | Emails with S. Cho re Excel settlement hearing tomorrow. | 0.10 | 975.00 | $97.50 |
| 03/08/2016 | JKH | CO | Emails from, to Komorksy, Calascibetta regarding TM Capital invoices. | 0.20 | 825.00 | $165.00 |
| 03/10/2016 | IDK | CO | Telephone conferences with Brownstein re objection to Lichtenberg settlement and his concerns re same, and committee call tomorrow (.3);  Emails with S Cho re same and need to disseminate more information to committee re same for call tomorrow (.2);  Review finalized information to committee for call on Friday re issues (.2). | 0.70 | 975.00 | $682.50 |
| 03/10/2016 | SSC | CO | Telephone conference with M. Brownstein re Lichtenberg objection. | 0.20 | 750.00 | $150.00 |
| 03/10/2016 | SSC | CO | Telephone conference with A. Calscabetta re Lichtenberg objection. | 0.10 | 750.00 | $75.00 |
| 03/11/2016 | IDK | CO | Various emails and telephone conferences with Lichtenburg group prior to committee call on the committee view of the Lichtenburg settlement with Debtor (.4);  Telephone conferences with Lichtenburg group after committee call re committee decision regarding same (.3);  Emails with Kevin White, committee member, re his client's 503(b)(9) claim and request for me to discuss with Elmer (.1); Telephone conferences with Elmer re same (.2); Emails and telephone conference with S Cho re need to file committee position on Lichtenburg settlement motion (.2). | 1.20 | 975.00 | $1,170.00 |
| 03/14/2016 | IDK | CO | Emails and telephone conference with S Cho re draft of committee position on Lichtenberg settlement, including review of same (.3). | 0.30 | 975.00 | $292.50 |
| 03/14/2016 | SSC | CO | Review and revise statement re Lichtenberg settlement motion. | 0.10 | 750.00 | $75.00 |
| 03/14/2016 | SSC | CO | Telephone conference with I. Kharasch re Lichtenberg settlement motion statement. | 0.10 | 750.00 | $75.00 |
| 03/15/2016 | IDK | CO | Emails with S Cho re order on class certification on WARN claim lawsuit and review same. | 0.20 | 975.00 | $195.00 |
| 03/21/2016 | IDK | CO | Telephone conferences with Lichtenburg counsel re upcoming hearing on Lichtenburg settlement. | 0.20 | 975.00 | $195.00 |
| | | | | **37.30** | | **$28,833.50** |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:    32

Invoice 117787

March 30, 2016

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Compensation Prof. [B160]** | | | | | | |
| 10/02/2015 | FSH | CP | Review and respond to correspondence from William Ramseyer regarding documents for fee application and obtain same and transmit to him. | 0.40 | 305.00 | $122.00 |
| 10/07/2015 | LAF | CP | Research re: Examples of fee apps under new guidelines. | 1.00 | 325.00 | $325.00 |
| 10/15/2015 | WLR | CP | Draft 1st interim fee application | 4.40 | 650.00 | $2,860.00 |
| 10/15/2015 | WLR | CP | Prepare 1st interim fee application | 3.60 | 650.00 | $2,340.00 |
| 10/17/2015 | WLR | CP | Review and revise 1st interim fee application | 2.90 | 650.00 | $1,885.00 |
| 10/17/2015 | WLR | CP | Review and revise 1st interim fee application | 2.10 | 650.00 | $1,365.00 |
| 10/20/2015 | SSC | CP | Review and revise PSZJ fee application exhibit. | 0.80 | 750.00 | $600.00 |
| 10/21/2015 | SSC | CP | Review and revise PSZJ fee application invoice. | 2.00 | 750.00 | $1,500.00 |
| 11/02/2015 | WLR | CP | Telephone conference with Shirley Cho re fee application (.1), correspondence to Shirley Cho re UST Large Case Guidelines (.2) | 0.30 | 650.00 | $195.00 |
| 11/03/2015 | WLR | CP | Review correspondence from Shirley Cho re budget and send correspondence to Felice Harrison re exhibits | 0.20 | 650.00 | $130.00 |
| 11/03/2015 | WLR | CP | Telephone call from Shirley Cho re budget | 0.10 | 650.00 | $65.00 |
| 11/03/2015 | FSH | CP | Review interim fee application from Bill Ramseyer and prepare correspondence to him with inquiries. | 0.30 | 305.00 | $91.50 |
| 11/04/2015 | WLR | CP | Review correspondence from Felice Harrison and Shirley Cho re exhibits (.3); worked on compliance with United States Trustee large case guidelines (1.3) | 1.60 | 650.00 | $1,040.00 |
| 11/04/2015 | SSC | CP | Telephone conferences with F. Harrison re PSZJ fee application status. | 0.20 | 750.00 | $150.00 |
| 11/04/2015 | FSH | CP | Review and respond to numerous correspondence with Bill Ramseyer and Shirley S. Cho regarding fee application. | 0.40 | 305.00 | $122.00 |
| 11/04/2015 | FSH | CP | Prepare modified draft of interim fee application and insert hours and amounts. | 2.30 | 305.00 | $701.50 |
| 11/04/2015 | FSH | CP | Prepare comprehensive exhibits to fee application. | 4.50 | 305.00 | $1,372.50 |
| 11/05/2015 | JNP | CP | Emails with Shirley S. Cho and Ira D. Kharasch regarding fee application. | 0.10 | 895.00 | $89.50 |
| 11/05/2015 | WLR | CP | Review exhibits to interim fee application | 0.70 | 650.00 | $455.00 |
| 11/05/2015 | WLR | CP | Analysis re budget. | 0.20 | 650.00 | $130.00 |
| 11/05/2015 | WLR | CP | Review correspondence from Felice Harrison and Shirley Cho re exhibits and interim fee application (.4) | 0.40 | 650.00 | $260.00 |

Pachulski Stang Ziehl & Jones LLP

Page:   33

Anna's Linen OCC

Invoice 117787

03751     00002

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/05/2015 | SSC | CP | Telephone conference with Golubchik re fee application. | 0.10 | 750.00 | $75.00 |
| 11/05/2015 | SSC | CP | Correspond with J. Pomerantz re large fee case guidelines. | 0.10 | 750.00 | $75.00 |
| 11/05/2015 | SSC | CP | Correspond with Golubchik re fee application. | 0.20 | 750.00 | $150.00 |
| 11/05/2015 | SSC | CP | Review and revise fee budget. | 0.30 | 750.00 | $225.00 |
| 11/05/2015 | FSH | CP | Assemble exhibits for pdf version for transmission to Shirley S. Cho and Bill Ramseyer. | 0.30 | 305.00 | $91.50 |
| 11/05/2015 | FSH | CP | Prepare edits to fee application and exhibits based upon comments from Shirley S. Cho and Bill Ramseyer. | 0.70 | 305.00 | $213.50 |
| 11/05/2015 | FSH | CP | Review pleadings for name of co-chair of committee and prepare declaration in support of fees. | 1.30 | 305.00 | $396.50 |
| 11/05/2015 | FSH | CP | Review and analysis regarding revised budget exhibit. | 0.10 | 305.00 | $30.50 |
| 11/06/2015 | SSC | CP | Telephone conference with A. Calscabetta re PSZJ fee application. | 0.20 | 750.00 | $150.00 |
| 11/06/2015 | SSC | CP | Meet and confer with I. Kharasch re PSZJ fee application. | 0.20 | 750.00 | $150.00 |
| 11/06/2015 | SSC | CP | Review and revise PSZJ fee application. | 2.50 | 750.00 | $1,875.00 |
| 11/07/2015 | SSC | CP | Review and revise interim fee application. | 0.10 | 750.00 | $75.00 |
| 11/09/2015 | HDH | CP | Review pleadings and draft insert to fee application | 0.60 | 750.00 | $450.00 |
| 11/09/2015 | IDK | CP | Review briefly draft fee app (.3); Emails with S Cho re my proposed revisions for introduction (.3). | 0.60 | 975.00 | $585.00 |
| 11/09/2015 | JKH | CP | Emails, telephone conference with Shirley S. Cho regarding preparation of secured lenders' work summary. | 0.30 | 825.00 | $247.50 |
| 11/09/2015 | SSC | CP | Review and revise PSZJ fee application. | 0.80 | 750.00 | $600.00 |
| 11/10/2015 | SSC | CP | Review and revise PSZJ fee application. | 0.10 | 750.00 | $75.00 |
| 11/10/2015 | FSH | CP | Review correspondence from Shirley S. Cho regarding addition to interim fee application and revise fee application to include a prefatory statement. | 0.30 | 305.00 | $91.50 |
| 11/11/2015 | SSC | CP | Telephone conference with F. Harrison re fee application filing deadline. | 0.10 | 750.00 | $75.00 |
| 11/11/2015 | SSC | CP | Telephone conference with I. Kharasch re fee application filing deadline. | 0.10 | 750.00 | $75.00 |
| 11/11/2015 | SSC | CP | Review and revise PSZJ fee application. | 1.50 | 750.00 | $1,125.00 |
| 11/11/2015 | FSH | CP | Assemble the fee application with exhibits and proof of service for Shirley S. Cho and Ira D. Kharasch. | 0.40 | 305.00 | $122.00 |
| 11/12/2015 | WLR | CP | Review correspondence from Felice Harrison and | 0.40 | 650.00 | $260.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:   34

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | Shirley Cho re fee application exhibit (.1), review sample exhibit (.1) and reply re same | | | |
| 11/12/2015 | SSC | CP | Correspond with M. Brownstein re Committee declaration. | 0.10 | 750.00 | $75.00 |
| 11/12/2015 | SSC | CP | Telephone conference with F. Harrison re revisions needed to Committee declarations. | 0.10 | 750.00 | $75.00 |
| 11/12/2015 | SSC | CP | Telephone conference with Kharasch re fee applications. | 0.10 | 750.00 | $75.00 |
| 11/12/2015 | SSC | CP | Telephone conference with S. Seflin re client declaration. | 0.10 | 750.00 | $75.00 |
| 11/12/2015 | FSH | CP | Numerous correspondence with William Ramseyer regarding exhibits to fee applications. | 0.40 | 305.00 | $122.00 |
| 11/12/2015 | FSH | CP | Prepare declaration of the other co-chair in support of the firms fees. | 0.60 | 305.00 | $183.00 |
| 11/12/2015 | FSH | CP | Prepare supplement to fee application regarding missing exhibit. | 1.10 | 305.00 | $335.50 |
| 11/12/2015 | FSH | CP | Numerous correspondence with Shirley S. Cho regarding supplement and exhibit. | 0.30 | 305.00 | $91.50 |
| 11/13/2015 | FSH | CP | Prepare Exhibit required by the UST guidelines. | 1.20 | 305.00 | $366.00 |
| 11/17/2015 | IDK | CP | Emails re draft objection of UST to fee application (.1); Emails with UST and S Cho re same and stipulation to extend deadline (.1).(No Charge) | 0.20 | 0.00 | $0.00 |
| 11/17/2015 | SSC | CP | Review UST objection to PSZJ fee application. (No Charge) | 0.20 | 0.00 | $0.00 |
| 11/17/2015 | SSC | CP | Review and revise stipulation re PSZJ fee application. (No Charge) | 0.20 | 0.00 | $0.00 |
| 11/17/2015 | SSC | CP | Review and respond to M. Hauser email re PSZJ fee application. (No Charge) | 0.20 | 0.00 | $0.00 |
| 11/17/2015 | SSC | CP | Review and revise order approving stipulation.(No Charge) | 0.20 | 0.00 | $0.00 |
| 11/17/2015 | FSH | CP | Prepare order on stipulation with UST regarding fee objection. (No Charge) | 0.30 | 0.00 | $0.00 |
| 11/18/2015 | IDK | CP | Emails with attorneys re objections of UST and State Board to fee app and how to respond (.1). (No Charge) | 0.10 | 0.00 | $0.00 |
| 11/18/2015 | JNP | CP | Review emails regarding objections to sale and pleadings. (No Charge) | 0.20 | 0.00 | $0.00 |
| 11/18/2015 | SEG | CP | Review I. Kharasch email regarding US Trustee fee application objection and work on sale tax and trust fund tax issues and review objection and emails to I. Kharasch and review information regarding same. (No Charge) | 0.50 | 0.00 | $0.00 |
| 11/18/2015 | SSC | CP | Meet and confer with F. Harrison re PSZJ | 0.20 | 0.00 | $0.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:   35

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | supplement to fee application. (No Charge) | | | |
| 11/18/2015 | SSC | CP | Review SBE objection to PSZJ fee application. (No Charge) | 0.20 | 0.00 | $0.00 |
| 11/18/2015 | SSC | CP | Review and revise PSZJ supplement to fee application. (No Charge) | 1.00 | 0.00 | $0.00 |
| 11/18/2015 | SSC | CP | Correspond with Brownstein re PSZJ client signature needed. (No Charge) | 0.20 | 0.00 | $0.00 |
| 11/18/2015 | FSH | CP | Review and respond to correspondence from Shirley S. Cho regarding supplement and exhibit to fee application and transmit same for review. (No Charge) | 0.20 | 0.00 | $0.00 |
| 11/19/2015 | IDK | CP | Numerous emails with attorneys re objections filed by State Board of Equalization and UST and our potential responses to the sales tax related objections on basis of our objection to same, including review of same (1.0); emails and telephone conferences with UST re our proposal to resolve his objection re same and basis for same re liquidity issues (.4); emails with UST re his proposed stipulation and execute (.2); emails with S Cho re resolution re UST and coverage of hearing re other objection (.2). (No Charge) | 1.80 | 0.00 | $0.00 |
| 11/19/2015 | SEG | CP | Review I. Kharasch emails regarding issues, arguments, amounts at issue and court rulings regarding prepetition sales taxes and review documents and pleadings and emails to I. Kharasch regarding same. (No Charge) | 1.00 | 0.00 | $0.00 |
| 11/19/2015 | SSC | CP | Telephone conference with P. Keane re Anna's PSZJ fee supplement. (No Charge) | 0.10 | 0.00 | $0.00 |
| 11/20/2015 | IDK | CP | Office conferences and emails with J. Hunter re need for him to draft parts of reply brief to State Board of Equalization, and various relevant emails re same, as well as to address other issues (.5); emails and telephone conference with F. Harrison re same (.2); emails with S. Goldich re same for further facts re state tax objections (.3); emails and telephone conference with S Cho and B Ramseyer re need for them to draft remainder of reply to State Board, and issues re same (.4);  email and telephone conference with counsel to State Board re potential resolution of its objection and their questions (.3); Telephone conference and emails with UST re need to revise our stipulation, including review of revised stipulation (.2). (No Charge) | 1.90 | 0.00 | $0.00 |
| 11/20/2015 | JKH | CP | Office conferences with Ira D. Kharasch, Shirley S. Cho regarding preparation of response to SBE opposition to fee application (.4); Review documents, emails from Ira D. Kharasch regarding | 2.00 | 0.00 | $0.00 |

Pachulski Stang Ziehl & Jones LLP                                        Page:    36
Anna's Linen OCC                                                        Invoice 117787
03751      00002                                                        March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | same (1.6). (No Charge) | | | |
| 11/20/2015 | SEG | CP | Review SBE objection to PSZJ fee application and email to I. Kharasch regarding same. (No Charge) | 0.20 | 0.00 | $0.00 |
| 11/20/2015 | WLR | CP | Review correspondence from Ira Kharasch (2x) (.2) and review SBE objection to fee application (.2) and prepare memo to Ira Kharasch re same (.4) (No Charge) | 0.80 | 0.00 | $0.00 |
| 11/20/2015 | SSC | CP | Draft PSZJ reply to SBE objection. (No Charge) | 1.60 | 0.00 | $0.00 |
| 11/20/2015 | SSC | CP | Correspond with Kharasch re PSZJ reply to SBE objection to fee application. (No Charge) | 0.10 | 0.00 | $0.00 |
| 11/20/2015 | FSH | CP | Prepare reply to SBE's objection to PSZJ's fee application (No Charge) | 0.30 | 0.00 | $0.00 |
| 11/20/2015 | FSH | CP | Review correspondence from William Ramseyer and respond to questions regarding SBE's allegation that the PSZJ did not comply with the local rules. (No Charge) | 0.30 | 0.00 | $0.00 |
| 11/20/2015 | FSH | CP | Research issues regarding billing rates. (No Charge) | 0.50 | 0.00 | $0.00 |
| 11/20/2015 | FSH | CP | Review and analyze all pleadings regarding the "tax issue" and provide Ira D. Kharasch with same for response to SBE's objection to fee application. (No Charge) | 1.10 | 0.00 | $0.00 |
| 11/22/2015 | WLR | CP | Review PSZ&J and Levene fee applications, correspondence from Felice Harrison, and Local Rules and prepare memorandum regarding PSZ&J fee application and objections based on alleged failure to comply with Local Rules (No Charge) | 1.10 | 0.00 | $0.00 |
| 11/22/2015 | SSC | CP | Review executed client declaration in support of PSZJ fee application. (No Charge) | 0.10 | 0.00 | $0.00 |
| 11/23/2015 | IDK | CP | Telephone conferences with counsel for State Board re potential resolution of its objection to fee application, and issue re carve out (.2); Telephone conference with J. Pomerantz re same and carve out (.1). (No Charge) | 0.30 | 0.00 | $0.00 |
| 11/23/2015 | JKH | CP | Emails, office conferences with Ira D. Kharasch and telephone conferences with Stanley E. Goldich, Heyn regarding SBE objection, state tax issues (.6); Work on preparation of response to SBE Objection (2.0). (No Charge) | 2.60 | 0.00 | $0.00 |
| 11/23/2015 | SSC | CP | Review Lichtenberg Declaration for filing. | 0.10 | 750.00 | $75.00 |
| 11/23/2015 | FSH | CP | Review correspondence from Bill Ramseyer regarding compliance issues for reply to Fee Objection. (No Charge) | 0.20 | 0.00 | $0.00 |
| 11/24/2015 | IDK | CP | Telephone conferences with counsel for EDD re how to resolve objection to fee application (.2); Telephone conferences with J. Hunter re same and | 0.40 | 0.00 | $0.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:     37

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | terms of stipulation (.2). (No Charge) | | | |
| 11/24/2015 | JKH | CP | Work on Response to SBE objection (1.6); Telephone call from Ira D. Kharasch, draft and revise, emails to, from Heyn regarding stipulation with SBE regarding fee application (1.4). (No Charge) | 3.00 | 0.00 | $0.00 |
| 11/24/2015 | WLR | CP | Prepare section of response to SBE objection to fee application related to asserted violation of local rules, reviewed and analyzed local rules, and reviewed co-chair declarations and other documents (No Charge) | 4.40 | 0.00 | $0.00 |
| 12/01/2015 | IDK | CP | Start organizing for tomorrow's fee app hearing, and brief review of pleadings. (No Charge) | 0.50 | 0.00 | $0.00 |
| 12/01/2015 | FSH | CP | Review and analyze all pleadings for hearing on interim fee applications and assist attorney for hearing with description of all pleadings. | 1.60 | 305.00 | $488.00 |
| 12/02/2015 | IDK | CP | Prep for first interim fee app hearing, including new blended rate calculation given write offs, and how time spent on major topics (1.1);  Emails with Debtor later re draft form of omnibus order, and my feedback re revisions (.2). (No Charge) | 1.30 | 0.00 | $0.00 |
| 12/02/2015 | WLR | CP | Telephone call from Ira Kharasch, and telephone call to Felice Harrison regarding information needed for fee application hearing today | 0.20 | 650.00 | $130.00 |
| 12/03/2015 | IDK | CP | Emails and telephone conference with our Financial Advisor and Debtor re further revisions to omnibus fee order. | 0.30 | 975.00 | $292.50 |
| 12/04/2015 | SSC | CP | Attention to PSZJ first interim fee order. | 0.10 | 750.00 | $75.00 |
| 12/10/2015 | SSC | CP | Attention to interim fee order. | 0.10 | 750.00 | $75.00 |
| 12/10/2015 | FSH | CP | Review correspondence from Shirley S. Cho regarding order regarding fees and research information to respond to her inquiry. | 0.30 | 305.00 | $91.50 |
| 12/16/2015 | IDK | CP | Emails and telephone conference with J. Pomerantz re issues on fees and fee app preparation. | 0.20 | 975.00 | $195.00 |
| | | | | 76.20 | | $25,832.00 |

## Comp. of Prof./Others

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/05/2015 | SSC | CPO | Correspond with EA re fee application deadline. | 0.10 | 750.00 | $75.00 |
| 11/05/2015 | SSC | CPO | Telephone conference with A. Calscabetta re fee application. | 0.10 | 750.00 | $75.00 |
| 11/11/2015 | SSC | CPO | Review and revise Eisner Amper fee application. | 0.70 | 750.00 | $525.00 |
| 11/11/2015 | SSC | CPO | Telephone conference with T. Calscabetta re same. | 0.10 | 750.00 | $75.00 |
| 11/12/2015 | SSC | CPO | Review and revise Committee declaration in support | 0.30 | 750.00 | $225.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    38

Invoice 117787

March 30, 2016

|  |  |  | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | of fee applications. | | | |
| | | | | **1.30** | | **$975.00** |

### Executory Contracts [B185]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/03/2015 | IDK | EC | Emails with counsel to landlord re dispute with Debtor over cure (.2). | 0.20 | 975.00 | $195.00 |
| 11/05/2015 | IDK | EC | Emails with counsel to landlord of Auzone re cure dispute and his request for Committee involvement (.2); Emails with debtor's counsel re same (.1). | 0.30 | 975.00 | $292.50 |
| 11/06/2015 | IDK | EC | Emails with Landsberg re status of his lease problem (.1); Emails with Debtor and Landsberg re same (.1). | 0.20 | 975.00 | $195.00 |
| 11/12/2015 | IDK | EC | Emails and telephone conference with I. Landsberg re dispute of administrative claim re lease assumption (.3). | 0.30 | 975.00 | $292.50 |
| 11/17/2015 | IDK | EC | Emails with Donovan re proposed stipulation on landlord's administrative claim re mistake on cure, including review of same and consider recommendation to committee. | 0.20 | 975.00 | $195.00 |
| 11/18/2015 | IDK | EC | Emails with counsel for landlord Au Zone re committee support of settlement and stipulation, and Debtor's feedback re same (.2). | 0.20 | 975.00 | $195.00 |
| 01/11/2016 | IDK | EC | Emails with S Cho re new stipulation by Debtor re AutoZone administrative claim, and our position (.2). | 0.20 | 975.00 | $195.00 |
| 01/11/2016 | SSC | EC | Review Planet Hollywood motion and correspond with E. Karasik re same. | 0.20 | 750.00 | $150.00 |
| | | | | **1.80** | | **$1,710.00** |

### Financial Filings [B110]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/27/2016 | FSH | FF | Review correspondence from Ira D. Kharasch and Shirley S. Cho regarding Statement of Financial Affairs and review same and provide requested information regarding payment to insiders. | 0.40 | 305.00 | $122.00 |
| 03/07/2016 | JKH | FF | Emails from, to Davis, Calascibetta regarding monthly operating reports, review same. | 0.30 | 825.00 | $247.50 |
| | | | | **0.70** | | **$369.50** |

### Financing [B230]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/05/2015 | FSH | FN | Review correspondence from Shirley S. Cho regarding stipulation with ACCO regarding premium financing agreement, review documents and respond thereto. | 0.30 | 305.00 | $91.50 |
| 10/12/2015 | SSC | FN | Meet and confer with Kharasch re forbearance | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:   39

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | agreement notice. | | | |
| 10/12/2015 | SSC | FN | Review and analysis re forbearance agreement notice and telephone conference with Kharasch re same. | 0.20 | 750.00 | $150.00 |
| 10/12/2015 | SSC | FN | Telephone conference with Golubchik re forbearance agreement notice. | 0.20 | 750.00 | $150.00 |
| 10/12/2015 | SSC | FN | Analysis re 10/14 hearing matters. | 0.30 | 750.00 | $225.00 |
| 10/13/2015 | SSC | FN | Telephone conference with EA re default. | 0.40 | 750.00 | $300.00 |
| 10/22/2015 | SSC | FN | Telephone conference with A. Calscabetta re DIP credit agreement amendment. | 0.20 | 750.00 | $150.00 |
| 10/22/2015 | SSC | FN | Review DIP amendment and paydown letter. | 0.10 | 750.00 | $75.00 |
| 10/22/2015 | SSC | FN | Correspond with Golubchik re DIP amendment. | 0.10 | 750.00 | $75.00 |
| 10/23/2015 | SSC | FN | Telephone conference with Calscabetta re DIP paydown. | 0.10 | 750.00 | $75.00 |
| 11/04/2015 | SSC | FN | Review and revise fee budget. | 0.20 | 750.00 | $150.00 |
| 11/06/2015 | FSH | FN | Review docket to determine if any budget was filed by the Debtor after the Final DIP Order was entered and transmit correspondence to Ira D. Kharasch and Shirley S. Cho regarding my findings. | 0.20 | 305.00 | $61.00 |
| 12/09/2015 | IDK | FN | Emails with financial advisor re new DIP budget and Salus paydown status and reserves (.2). | 0.20 | 975.00 | $195.00 |
| | | | | **2.70** | | **$1,847.50** |

## General Business Advice [B410]

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2015 | IDK | GB | E-mails and telephone conference with financial advisor and J. Pomerantz re status on various issues, including latest estimate of value of assets in GOB sale, waterfall analysis needed (.4). | 0.40 | 975.00 | $390.00 |
| 10/16/2015 | IDK | GB | Telephone conferences and emails with financial advisor re outstanding issues and need for call, including latest information from financial advisor on sharing proceeds (.4); Office conferences with J. Hunter re same for litigation issues for financial advisors and related issues (.2); Emails with J. Pomerantz re issues for discussion and conversion (.2). | 0.80 | 975.00 | $780.00 |
| 10/19/2015 | IDK | GB | Emails with Financial Advisor re upcoming call on general issues (.1); Attend call with Financial Advisor and J. Hunter re same on waterfall, questions by co-plaintiffs, conversion issues (.6). | 0.70 | 975.00 | $682.50 |
| 10/21/2015 | IDK | GB | Email Financial Advisor re upcoming call today on case status (.1);  Attend conference call with Financial Advisor and J. Hunter re same, potential | 0.60 | 975.00 | $585.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | distributions to estate and to 503(b)(9)s, and forensic questions (.4); Telephone conference with J. Hunter re follow up to such call (.1). | | | |
| 10/22/2015 | IDK | GB | Emails with Financial Advisor re status of waterfall and reschedule call for tomorrow (.1); Email Financial Advisor and Debtor re timing of new cash collateral budget (.1). | 0.20 | 975.00 | $195.00 |
| 10/23/2015 | IDK | GB | Emails with Financial Advisor and J. Hunter re need to reschedule call on case (.1); Prep for call with Financial Advisor and J. Hunter, including review of draft of Financial Advisor's waterfall analysis (.2); Email and telephone conference with S Cho re same and points for call (.1);   Attend conference call with Financial Advisor and J. Hunter re general case issues and waterfall and litigation issues (.5). | 0.90 | 975.00 | $877.50 |
| 10/30/2015 | IDK | GB | Telephone conferences with financial advisor re status of case and need for more information. | 0.20 | 975.00 | $195.00 |
| 11/03/2015 | IDK | GB | Emails and telephone conference with our financial advisor and J. Hunter re waterfall issues and need to revise same (.6); Telephone conference with financial advisor re follow up to call re same (.1). | 0.70 | 975.00 | $682.50 |
| 11/04/2015 | IDK | GB | Telephone conference with financial advisor re issues on waterfall. | 0.10 | 975.00 | $97.50 |
| 11/05/2015 | IDK | GB | Emails with Debtor's counsel re info needed for our waterfall analysis and potential conversion (.2); Email and telephone conference with S Cho re same (.1). | 0.30 | 975.00 | $292.50 |
| 11/16/2015 | IDK | GB | Emails and telephone conference with financial advisor re waterfall analysis issues and WARN act (.3). | 0.30 | 975.00 | $292.50 |
| 11/18/2015 | IDK | GB | Emails and telephone conference with Debtor counsel re waterfall analysis, possible conversion of case, and related issues (.4). | 0.40 | 975.00 | $390.00 |
| 11/19/2015 | IDK | GB | Telephone conferences with our financial advisor re waterfall issues after getting Debtor's feedback, and potential conversion of case. | 0.20 | 975.00 | $195.00 |
| 11/25/2015 | IDK | GB | Emails and telephone conference with financial advisor re status of case, waterfall update (.4); Emails with O. Katz re status of waterfall and 503(b)(9) claims (.2). | 0.60 | 975.00 | $585.00 |
| 12/04/2015 | IDK | GB | Telephone conference with Financial Advisor re storage of records issue (.1). | 0.10 | 975.00 | $97.50 |
| 12/11/2015 | IDK | GB | Telephone conference with financial advisors re need for more information on waterfall for upcoming mediation and issues re same, including range on 503(b)(9) claims (.5); Emails with financial | 1.30 | 975.00 | $1,267.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    41

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | advisor re same and updated information for waterfall (.2); Emails with debtor's counsel re need for information for waterfall update (.2); Review and consider financial advisor's revised waterfall update (.2); Office conferences with J. Hunter re same (.2). | | | |
| 12/15/2015 | IDK | GB | Telephone conference with financial advisor re result of mediation and next steps in case, and need for information re same (.2); Emails with debtor's counsel re same (.2). | 0.40 | 975.00 | $390.00 |
| 12/22/2015 | IDK | GB | Attend conference call with Debtor and its counsel, our Financial Advisor, regarding case status and next steps in case, potential conversion, timing on resolving 503b9 claims and other key admin claims and Salus litigation. | 0.70 | 975.00 | $682.50 |
| 01/08/2016 | IDK | GB | Emails and telephone conference with Debtor's counsel re timing of conversion and goals to accomplish prior to conversion. | 0.20 | 975.00 | $195.00 |
| 01/20/2016 | IDK | GB | Telephone conferences with financial advisor re new waterfall analysis and proposed stipulations by Debtor. | 0.20 | 975.00 | $195.00 |
| 02/10/2016 | IDK | GB | Emails with Debtor's counsel re need for status call on case status and next steps re conversion (.2); Emails and telephone conference with  A. Caine re status of case and timing of conversion (.1). | 0.30 | 975.00 | $292.50 |
| 02/11/2016 | IDK | GB | Emails with J. Pomerantz re case status and upcoming call today with Debtor's counsel and status of their preference demands (.2);  Attend conference call with Debtor's counsels re case status, status of 503(b)(9) litigation, Salus litigation, and conversion issues (.5);  Emails with S Cho re need for committee call and agenda items, including issues re Lichtenburg stipulation (.2);  Email to Debtor's counsel re its summary of WARN litigation (.1). | 1.00 | 975.00 | $975.00 |
| 02/22/2016 | IDK | GB | Telephone conferences with Gubner re case and conversion issues (.3); Emails with FA re further information for new waterfall/liquidation analysis (.1). | 0.40 | 975.00 | $390.00 |
| 02/23/2016 | IDK | GB | Review correspondence and draft motion from Gubner re conversion (.2);  Emails with Debtor's Counsel re same and process (.2). | 0.40 | 975.00 | $390.00 |
| 02/25/2016 | IDK | GB | Various emails with Debtor's counsel and A Cho re form of conversion motion and timing of filing, Court's statements from hearing yesterday, and local rules (.4); Telephone conferences with financial advisor re status (.1). | 0.50 | 975.00 | $487.50 |
| 02/25/2016 | SSC | GB | Telephone conference with Seflin re conversion. | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:      42

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/25/2016 | SSC | GB | Correspond with Golubchik and Kharasch re conversion. | 0.20 | 750.00 | $150.00 |
| 03/02/2016 | SSC | GB | Review motion to convert case. | 0.10 | 750.00 | $75.00 |
| 03/08/2016 | IDK | GB | Emails with Debtor, S Cho on pending motions and need for extensions of time to object, and status of other items. | 0.20 | 975.00 | $195.00 |
| 03/14/2016 | IDK | GB | Emails with S Cho re upcoming hearing on March 23 re conversion and other matters. | 0.20 | 975.00 | $195.00 |
| 03/18/2016 | IDK | GB | Emails with S Cho re upcoming hearing on 3/23 and hearing binder (.1);  Emails with J Hunter and other creditors on Salus issues (.2). | 0.30 | 975.00 | $292.50 |
| 03/23/2016 | IDK | GB | Email and telephone conference with Hauser at UST re conversion and timing of same and appointment of trustee and potential names (.3). | 0.30 | 975.00 | $292.50 |
| 03/24/2016 | IDK | GB | Emails and telephone conference with I Landsberg, landlord counsel, re status of case and conversion. | 0.20 | 975.00 | $195.00 |
| 03/29/2016 | IDK | GB | Telephone conferences with Brownstein, counsel, re issues on conversion (.2). | 0.20 | 975.00 | $195.00 |
| | | | | **13.80** | | **$13,342.50** |

## General Creditors Comm. [B150]

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2015 | FSH | GC | Update weekly summary. | 0.90 | 305.00 | $274.50 |
| 10/05/2015 | IDK | GC | Emails with attorneys re potential call with committee tomorrow (.1); Review of S. Cho memo to committee of status of pleadings (.1). | 0.20 | 975.00 | $195.00 |
| 10/05/2015 | SSC | GC | Correspond with Committee re status. | 0.10 | 750.00 | $75.00 |
| 10/05/2015 | SSC | GC | Review and revise summary memos. | 0.30 | 750.00 | $225.00 |
| 10/06/2015 | FSH | GC | Create new weekly summary and insert pleadings filed. | 1.30 | 305.00 | $396.50 |
| 10/06/2015 | FSH | GC | Review and respond to numerous correspondence from Shirley S. Cho regarding various issues. | 0.30 | 305.00 | $91.50 |
| 10/07/2015 | FSH | GC | Update weekly summary memo. | 1.20 | 305.00 | $366.00 |
| 10/07/2015 | FSH | GC | Review documents filed with court regarding cure costs for MPG for summary on memo. | 0.30 | 305.00 | $91.50 |
| 10/08/2015 | FSH | GC | Update memo to include orders and pleadings filed. | 2.10 | 305.00 | $640.50 |
| 10/09/2015 | FSH | GC | Update weekly summary and critical dates. | 0.70 | 305.00 | $213.50 |
| 10/12/2015 | JNP | GC | Conference with Eisner Ampner and Ira D. Kharasch regarding status of case and next steps. | 0.30 | 895.00 | $268.50 |
| 10/12/2015 | SSC | GC | Telephone conference with Kharasch re Committee call. | 0.10 | 750.00 | $75.00 |
| 10/12/2015 | SSC | GC | Revise weekly update to Committee. | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:      43

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 10/12/2015 | FSH | GC | Update weekly summary to add new pleadings. | 0.60 | 305.00 | $183.00 |
| 10/14/2015 | SSC | GC | Review and revise Committee update memo. | 0.20 | 750.00 | $150.00 |
| 10/14/2015 | FSH | GC | Update weekly memo with new pleadings filed. | 0.90 | 305.00 | $274.50 |
| 10/15/2015 | FSH | GC | Update weekly report and critical dates. | 0.90 | 305.00 | $274.50 |
| 10/19/2015 | IDK | GC | Telephone conferences with counsel to Google re status of case and its IP and sale of IP. | 0.20 | 975.00 | $195.00 |
| 10/19/2015 | FSH | GC | Prepare new weekly summary memo and add new pleadings. | 0.40 | 305.00 | $122.00 |
| 10/20/2015 | SSC | GC | Review and revise weekly summary memo. | 0.10 | 750.00 | $75.00 |
| 10/20/2015 | SSC | GC | Telephone conference with A. Calscabetta re status. | 0.50 | 750.00 | $375.00 |
| 10/20/2015 | SSC | GC | Correspond with Committee re status. | 0.10 | 750.00 | $75.00 |
| 10/20/2015 | FSH | GC | Update weekly summary to add pleadings. | 0.40 | 305.00 | $122.00 |
| 10/21/2015 | FSH | GC | Update weekly summary to include another stipulation. | 0.30 | 305.00 | $91.50 |
| 10/23/2015 | FSH | GC | Update weekly summary with description of stipulation with Beatrice Home regarding administrative claim. | 0.50 | 305.00 | $152.50 |
| 10/26/2015 | IDK | GC | Emails with S Cho, Financial Advisor re her draft summary to Committee of events, including review of same (.1);  Review emails with Committee re same and re potential sale of litigation assets (.1). | 0.20 | 975.00 | $195.00 |
| 10/26/2015 | SSC | GC | Review and revise summary memo to Committee. | 0.20 | 750.00 | $150.00 |
| 10/27/2015 | FSH | GC | Prepare weekly memo for week ending 10/31 and add new orders that were entered. | 0.50 | 305.00 | $152.50 |
| 10/28/2015 | FSH | GC | Review orders from court and update weekly summary to include same. | 0.30 | 305.00 | $91.50 |
| 11/02/2015 | IDK | GC | Emails with certain committee members and S Cho re next steps in case and re waterfall (.1);  Telephone conferences with financial advisor re same and next draft and issues (.2). | 0.30 | 975.00 | $292.50 |
| 11/03/2015 | FSH | GC | Prepare new weekly pleadings with orders that have been entered. | 0.50 | 305.00 | $152.50 |
| 11/05/2015 | FSH | GC | Update weekly memo to include description of complaint filed. | 0.60 | 305.00 | $183.00 |
| 11/09/2015 | FSH | GC | Update weekly memo to include fee application of Pricewaterhouse Coopers. | 0.40 | 305.00 | $122.00 |
| 11/10/2015 | SSC | GC | Correspond with O. Katz re Committee meetings. | 0.20 | 750.00 | $150.00 |
| 11/11/2015 | SSC | GC | Correspond with Committee re fee applications. | 0.10 | 750.00 | $75.00 |
| 11/11/2015 | FSH | GC | Update weekly memo to include dates for complaint hearing and response. | 0.20 | 305.00 | $61.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    44

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/12/2015 | IDK | GC | Telephone conference and emails with S Cho and financial advisor re coordination of next committee meeting (.2). | 0.20 | 975.00 | $195.00 |
| 11/12/2015 | SSC | GC | Telephone conference with T. Calscabetta re Committee call. | 0.10 | 750.00 | $75.00 |
| 11/15/2015 | SSC | GC | Review weekly summary memo. | 0.10 | 750.00 | $75.00 |
| 11/17/2015 | IDK | GC | Telephone conferences and emails with financial advisor re issues on revised waterfall analysis, including review of same (.4); Emails with S Cho re same and need for agenda for committee call tomorrow, and agenda items for same, including review of final draft agenda (.3); Office conference with J. Hunter re same re litigation update (.1); Emails with Committee member re tomorrow's call and today's preferences filed by Debtor (.2); Emails with Debtor counsel re same re preferences and why now (.1). | 1.10 | 975.00 | $1,072.50 |
| 11/17/2015 | SSC | GC | Draft Committee agenda. | 0.40 | 750.00 | $300.00 |
| 11/18/2015 | IDK | GC | Prep for committee call re litigation and waterfall issues (.2); Telephone conference with financial advisor re preparation for call (.1);  Attend committee call on all major issues, waterfall, litigation update vs Salus and split negotiations, proposed resolution of Au Zone lease dispute re cure (1.1); Telephone conferences with J. Pomerantz re result of call and issue of conversion and next steps (.2). | 1.60 | 975.00 | $1,560.00 |
| 11/18/2015 | FSH | GC | Update memo to reflect summaries of the adversary proceedings filed and the stipulations with the UST and PSZJ and LNBYB. | 0.90 | 305.00 | $274.50 |
| 11/20/2015 | IDK | GC | Telephone conference with S Cho re need to set next meeting and agenda item. | 0.20 | 975.00 | $195.00 |
| 11/20/2015 | FSH | GC | Review and analyze stipulations filed and prepare summaries for attorneys of each. | 0.70 | 305.00 | $213.50 |
| 11/23/2015 | IDK | GC | Emails with S Cho re weekly update for Committee, including review of same (.1). | 0.10 | 975.00 | $97.50 |
| 11/23/2015 | SSC | GC | Review and revise weekly summary. | 0.10 | 750.00 | $75.00 |
| 11/23/2015 | SSC | GC | Telephone conference with EA re Shewak claim stipulation. | 0.20 | 750.00 | $150.00 |
| 11/23/2015 | SSC | GC | Correspond with Committee re weekly pleadings filed. | 0.10 | 750.00 | $75.00 |
| 11/23/2015 | SSC | GC | Correspond with T. Arnold re Shewak claim stipulation. | 0.10 | 750.00 | $75.00 |
| 11/23/2015 | SSC | GC | Telephone conference with A. Calscabetta re Committee call items. | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    45

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/24/2015 | FSH | GC | Review and analyze stipulations and orders entered and prepare summaries of each for memo to Committee. | 0.80 | 305.00 | $244.00 |
| 11/25/2015 | FSH | GC | Review and analyze Stipulations with Transplace and the orders approving same and prepare supplemental memo to the Committee regarding the nature and content of such pleadings. | 0.70 | 305.00 | $213.50 |
| 11/25/2015 | FSH | GC | Review and analyze additional orders, pleadings and stipulations filed with the Court and prepare summaries of each for the Committee. | 1.00 | 305.00 | $305.00 |
| 11/30/2015 | IDK | GC | Attend conference call with Committee on all issues, waterfall, conversion, Salus mediation (.6); Telephone conference with Financial Advisor after call re same and need for follow up for Committee (.1). | 0.70 | 975.00 | $682.50 |
| 12/02/2015 | FSH | GC | Review and analyze orders and pleadings received and prepare summaries of each to include in weekly memo to Committee. | 0.80 | 305.00 | $244.00 |
| 12/16/2015 | FSH | GC | Review correspondence from Shirley S. Cho and summarize document filed and respond thereto. | 0.30 | 305.00 | $91.50 |
| 12/16/2015 | FSH | GC | Review and analyze stipulation with MUGA bank and prepare summary for weekly memo to Committee. | 0.30 | 305.00 | $91.50 |
| 12/23/2015 | FSH | GC | Review and analyze stipulations and motions filed and prepare summaries for each to include in weekly memo to Committee. | 0.90 | 305.00 | $274.50 |
| 12/28/2015 | SSC | GC | Review weekly summary memo. | 0.10 | 750.00 | $75.00 |
| 01/04/2016 | FSH | GC | Review and analyze pleadings and orders filed and prepare summary of same for weekly memo. | 1.50 | 305.00 | $457.50 |
| 01/05/2016 | FSH | GC | Review docket and pleadings filed and prepare summaries of same to include in weekly memo to committee. | 0.80 | 305.00 | $244.00 |
| 01/07/2016 | IDK | GC | Telephone conference with committee member re overall case status, whether to convert, and Salus litigation (.4). | 0.40 | 975.00 | $390.00 |
| 01/08/2016 | FSH | GC | Review new pleading filed by Baltic and summarize same to include in weekly summary memo. | 0.70 | 305.00 | $213.50 |
| 01/08/2016 | FSH | GC | Listen to voice mail from creditor and prepare correspondence to Shirley S. Cho regarding response thereto. | 0.20 | 305.00 | $61.00 |
| 01/11/2016 | IDK | GC | Emails with S Cho and committee members re need for committee call this week and agenda re conversion, and logistics of timing of call. | 0.30 | 975.00 | $292.50 |
| 01/11/2016 | SSC | GC | Correspond with Committee re call. | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:     46

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/11/2016 | FSH | GC | Review and analyze application and stipulation and summarize same for weekly memo. | 1.20 | 305.00 | $366.00 |
| 01/12/2016 | IDK | GC | Emails with Committee member and S Cho re upcoming call this week. | 0.10 | 975.00 | $97.50 |
| 01/12/2016 | FSH | GC | Review and analyze new pleadings and orders filed and summarize each to include in weekly memo to creditors. | 0.70 | 305.00 | $213.50 |
| 01/13/2016 | IDK | GC | Emails with attorneys, financial advisor re upcoming committee meeting and status of claims vs credit card companies. | 0.20 | 975.00 | $195.00 |
| 01/14/2016 | IDK | GC | Emails with S Cho and financial advisor re agenda items for committee call tomorrow. | 0.30 | 975.00 | $292.50 |
| 01/14/2016 | SSC | GC | Correspond with Committee re proposed agenda. | 0.20 | 750.00 | $150.00 |
| 01/15/2016 | IDK | GC | Review and consider extensive memo on conversion of case and selection of chapter 7 trustee for preparations for Committee call (.2);  Telephone conference and emails with financial advisor re information for preparation for call on updated waterfall information and 503(b)(9) claims (.3);  Telephone conference and email with Debtor's counsel re case status and potential conversion (.1);  Preparation for committee call (.2);  Attend committee call on case status and next steps (.7). | 1.50 | 975.00 | $1,462.50 |
| 01/15/2016 | JKH | GC | Prepare, attend Committee call. | 0.90 | 825.00 | $742.50 |
| 01/15/2016 | JNP | GC | Participate on Committee call. | 0.80 | 895.00 | $716.00 |
| 01/15/2016 | SSC | GC | Participate on Committee call. | 0.70 | 750.00 | $525.00 |
| 01/15/2016 | SSC | GC | Telephone conference with Brownstein re case status. | 0.10 | 750.00 | $75.00 |
| 01/15/2016 | FSH | GC | Review and analyze numerous documents regarding adversary proceedings and prepare summaries for each for weekly summary and add new deadline dates to critical dates memo. | 1.50 | 305.00 | $457.50 |
| 01/19/2016 | FSH | GC | Review and analyze orders and summarize same for inclusion in weekly memo. | 0.30 | 305.00 | $91.50 |
| 01/20/2016 | SSC | GC | Review weekly pleadings summary memo. | 0.20 | 750.00 | $150.00 |
| 01/21/2016 | FSH | GC | Review and analyze new pleading filed and prepare summary to include in the weekly memo. | 0.50 | 305.00 | $152.50 |
| 01/22/2016 | FSH | GC | Review and analyze daily pleadings and orders filed and summarize each to include in weekly memo. | 0.70 | 305.00 | $213.50 |
| 01/25/2016 | IDK | GC | Emails with S Cho re memo to Committee re status. | 0.20 | 975.00 | $195.00 |
| 01/25/2016 | SSC | GC | Review weekly filed pleadings summary memo. | 0.10 | 750.00 | $75.00 |
| 01/27/2016 | FSH | GC | Review and analyze order on administrative claim and summarize to include in weekly memo. | 0.20 | 305.00 | $61.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    47

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 01/28/2016 | SSC | GC | Telephone conference with creditor S. Lee. | 0.10 | 750.00 | $75.00 |
| 02/01/2016 | FSH | GC | Prepare new weekly summary and review and analyze stipulation filed and summarize for weekly memo to Committee and update critical dates memo to reflect new hearings and deadlines. | 0.40 | 305.00 | $122.00 |
| 02/04/2016 | FSH | GC | Review and analyze 5 orders entered and summarize each to include on weekly memo; prepare updates to attorneys and calendar clerk of new deadlines. | 0.40 | 305.00 | $122.00 |
| 02/05/2016 | SSC | GC | Review Canjoy order and correspond with Brownstein and Kharasch re same (.2); telephone conference with M. Brownstein re same (.1). | 0.30 | 750.00 | $225.00 |
| 02/11/2016 | SSC | GC | Correspond with Committee re call. | 0.10 | 750.00 | $75.00 |
| 02/11/2016 | SSC | GC | Review agenda from I. Kharasch re Committee call. | 0.10 | 750.00 | $75.00 |
| 02/11/2016 | FSH | GC | Review and analyze 4 sets of objections to claims, 4 objections to 503(b)(9) claims and one stipulation and summarize each to include in weekly summary and prepare updates to the critical dates memo. | 1.60 | 305.00 | $488.00 |
| 02/12/2016 | IDK | GC | Emails with S Cho and committee members re coordination and agenda on next committee call (.2); Email and telephone conference with  J Pomerantz re summary of call with Debtor's counsel on next steps in case, including preference process (.2). | 0.40 | 975.00 | $390.00 |
| 02/12/2016 | SSC | GC | Correspond with Committee re call. | 0.10 | 750.00 | $75.00 |
| 02/12/2016 | FSH | GC | Review and analyze documents and orders entered and prepare summary of each for weekly memo and update memo regarding dates and deadlines. | 0.50 | 305.00 | $152.50 |
| 02/17/2016 | IDK | GC | Emails with Debtor re its memo on status of all claim objections and 503(b)(9) claims, including review of same (.2);  Emails with S Cho re same and other documents and agenda to send to Committee re committee call next week (.2). | 0.40 | 975.00 | $390.00 |
| 02/17/2016 | SSC | GC | Draft Committee agenda for Committee call. | 0.30 | 750.00 | $225.00 |
| 02/17/2016 | FSH | GC | Review and analyze documents and oppositions filed and summarize each for weekly memo to Committee | 1.20 | 305.00 | $366.00 |
| 02/18/2016 | IDK | GC | Emails and office conference with S Cho re information for committee for next week's call, and Excel settlement explanation, and her draft agenda/memo to committee (.3). | 0.30 | 975.00 | $292.50 |
| 02/18/2016 | SSC | GC | Revise Committee agenda. | 0.10 | 750.00 | $75.00 |
| 02/18/2016 | SSC | GC | Telephone conference with Lichtenberg re Committee call. | 0.10 | 750.00 | $75.00 |
| 02/18/2016 | SSC | GC | Meet and confer with I. Kharasch re Committee agenda. | 0.20 | 750.00 | $150.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    48

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 02/18/2016 | SSC | GC | Telephone conference with I. Kharasch re Committee agenda. | 0.10 | 750.00 | $75.00 |
| 02/18/2016 | SSC | GC | Review and revise Committee agenda and materials; correspond with Committee. | 0.50 | 750.00 | $375.00 |
| 02/19/2016 | IDK | GC | Emails with FA re status of items for committee meeting next week and need for call (.2); Attend call with FA next day on issues for new waterfall and status of administrative claims (.2). | 0.40 | 975.00 | $390.00 |
| 02/19/2016 | FSH | GC | Prepare weekly summary memo outline for week ending 2/27. | 0.20 | 305.00 | $61.00 |
| 02/19/2016 | FSH | GC | Review and analyze pleadings and orders and summarize each to include in weekly memo and transmit to Shirley S. Cho with critical dates. | 0.40 | 305.00 | $122.00 |
| 02/22/2016 | IDK | GC | Prepare for committee call today on numerous issues, motions, conversion (.3); Attend committee call on general case status and issues (.5); Telephone conference with Lichtenberg counsel re next steps for their stipulation (.1). | 0.90 | 975.00 | $877.50 |
| 02/22/2016 | JKH | GC | Preparation, attend committee call (.5); Review documents, office conference with Ira D. Kharasch regarding Chapter 7 trustee status regarding tolling agreement and telephone conference with Davis regarding same (1.2). | 1.70 | 825.00 | $1,402.50 |
| 02/22/2016 | JNP | GC | Participate on Committee call. | 0.50 | 895.00 | $447.50 |
| 02/22/2016 | SSC | GC | Committee call. | 0.50 | 750.00 | $375.00 |
| 02/22/2016 | SSC | GC | Review weekly summary memo of pleadings for Committee. | 0.10 | 750.00 | $75.00 |
| 03/04/2016 | SSC | GC | Telephone conference with K. Owens, landlord counsel, re status of case. | 0.10 | 750.00 | $75.00 |
| 03/07/2016 | SSC | GC | Telephone conference with F. Harrison re summaries of motions needed. | 0.10 | 750.00 | $75.00 |
| 03/08/2016 | IDK | GC | Communications with S Cho re pending motions in case  (conversion, Salus, Lichtenberg) and need for committee call re same, and next steps for each motion, including need for A Caine feedback on preference settlements (.4); Emails and telephone conference with Brownstein re his questions for committee call including tolling agreement with Salus and Lichtenberg settlement position and status (.4);  Emails with S Cho re draft of agenda for same, including review of same (.2). | 1.00 | 975.00 | $975.00 |
| 03/08/2016 | SSC | GC | Telephone conference with I. Kharasch re Committee call. | 0.10 | 750.00 | $75.00 |
| 03/08/2016 | SSC | GC | Telephone conference with M. Brownstein re Committee call. | 0.10 | 750.00 | $75.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:    49

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 03/08/2016 | SSC | GC | Correspond with Gubner re Committee call. | 0.10 | 750.00 | $75.00 |
| 03/08/2016 | FSH | GC | Review and analyze all motions set for March 23, 2016 hearing and summarize same to include in weekly memo to Committee.  Prepare correspondence to calendar clerk regarding new dates and update chart regarding same. | 2.50 | 305.00 | $762.50 |
| 03/09/2016 | IDK | GC | Email  and telephone conference with S Cho re issues on agenda for committee call. | 0.30 | 975.00 | $292.50 |
| 03/09/2016 | SSC | GC | Telephone conference with Kharasch re Committee agenda. | 0.10 | 750.00 | $75.00 |
| 03/09/2016 | SSC | GC | Review and revise summary memo to Committee re pending motions. | 0.30 | 750.00 | $225.00 |
| 03/09/2016 | SSC | GC | Correspond with Committee re agenda and materials. | 0.30 | 750.00 | $225.00 |
| 03/09/2016 | SSC | GC | Telephone conference with A. Calscabetta re Committee call. | 0.10 | 750.00 | $75.00 |
| 03/09/2016 | FSH | GC | Review and analyze documents and orders filed and summarize same for weekly memo to Committee and update chart with new dates and deadlines. | 0.50 | 305.00 | $152.50 |
| 03/10/2016 | FSH | GC | Review and analyze new documents and orders and summarize each for weekly memo to Committee. | 0.70 | 305.00 | $213.50 |
| 03/11/2016 | IDK | GC | Prep for committee call on numerous issues, including Salus fee issues and Lichtenburg and opposition to same motion by committee members (.3);  Attend committee call re numerous issues in case (.6). | 0.90 | 975.00 | $877.50 |
| 03/14/2016 | SSC | GC | Telephone conference with Kharasch re Committee call. | 0.10 | 750.00 | $75.00 |
| 03/15/2016 | FSH | GC | Review and analyze orders entered and summarize each to include in weekly memo to Committee. | 0.50 | 305.00 | $152.50 |
| 03/16/2016 | FSH | GC | Review and analyze daily pleadings and orders and summarize each to include in weekly memo to Committee. | 0.90 | 305.00 | $274.50 |
| 03/17/2016 | SSC | GC | Telephone conference with M. Brownstein re hearing. | 0.10 | 750.00 | $75.00 |
| 03/21/2016 | FSH | GC | Review and analyze 9019 motion with P&A and Shewat and summarize to include in weekly memo and update dates for calendar. | 0.40 | 305.00 | $122.00 |
| 03/21/2016 | FSH | GC | Review and analyze orders entered and summarize each for inclusion in the weekly memo to Committee. | 0.50 | 305.00 | $152.50 |
| | | | | **64.40** | | **$34,295.50** |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:    50

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Hearing** | | | | | | |
| 10/26/2015 | SSC | HE | Review matters set for hearing on 10/28. | 0.20 | 750.00 | $150.00 |
| 10/28/2015 | SSC | HE | Appear telephonically for court hearing. | 0.30 | 750.00 | $225.00 |
| 11/19/2015 | SSC | HE | Correspond with Kharasch re hearing. | 0.10 | 750.00 | $75.00 |
| 11/19/2015 | SSC | HE | Telephone conference with Kharasch re hearing. | 0.10 | 750.00 | $75.00 |
| 12/01/2015 | SSC | HE | Telephone conference with F. Harrison re hearing binder. | 0.10 | 750.00 | $75.00 |
| 12/01/2015 | SSC | HE | Review hearing binder and meet and confer with I. Kharasch re hearing. | 0.20 | 750.00 | $150.00 |
| 01/05/2016 | SSC | HE | Correspond with LNBYB re 1/6 hearing status. | 0.10 | 750.00 | $75.00 |
| 01/05/2016 | SSC | HE | Telephone conference with E. Karasik re hearing. | 0.10 | 750.00 | $75.00 |
| 01/06/2016 | SSC | HE | Attend Canjoy hearing telephonically. | 1.00 | 750.00 | $750.00 |
| 02/23/2016 | SSC | HE | Review tentative rulings re 2/24 hearing. | 0.20 | 750.00 | $150.00 |
| 02/25/2016 | SSC | HE | Telephone conference with M. Brownstein re hearing. | 0.20 | 750.00 | $150.00 |
| 03/07/2016 | SSC | HE | Review critical dates and correspond with T. Arnold re 3/9 hearing matters. | 0.10 | 750.00 | $75.00 |
| 03/14/2016 | SSC | HE | Coordinate 3/23 hearing coverage. | 0.10 | 750.00 | $75.00 |
| 03/18/2016 | SSC | HE | Review hearing binder and critical dates re 3/23 hearing matters. | 0.30 | 750.00 | $225.00 |
| | | | | **3.10** | | **$2,325.00** |
| **Insurance Coverage** | | | | | | |
| 10/05/2015 | SSC | IC | Correspond with Golubchik re AFCO. | 0.10 | 750.00 | $75.00 |
| 12/28/2015 | IAWN | IC | Review James KT Hunter email re indemnity, review David Barton's analysis re same on Delaware law, review New York and California insurance law in treatises, research buss case and developments, draft and send short email to James KT Hunter re results of analysis | 1.50 | 850.00 | $1,275.00 |
| | | | | **1.60** | | **$1,350.00** |
| **Operations [B210]** | | | | | | |
| 10/14/2015 | SSC | OP | Telephone conference with A. Calscabetta re status. | 0.30 | 750.00 | $225.00 |
| 10/15/2015 | IDK | OP | Office conferences with M Pagay re conversion issues (.2). | 0.20 | 975.00 | $195.00 |
| 10/20/2015 | SSC | OP | Review and analysis re inventory reconciliation. | 0.20 | 750.00 | $150.00 |
| | | | | **0.70** | | **$570.00** |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    51

Invoice 117787

March 30, 2016

|  |  |  |  | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Ret. of Prof./Other** | | | | | | |
| 10/22/2015 | SSC | RPO | Coordinate retention application filings. | 0.10 | 750.00 | $75.00 |
| 10/22/2015 | SSC | RPO | Review Snell & Wilmer OCP declaration. | 0.10 | 750.00 | $75.00 |
| 10/22/2015 | SSC | RPO | Correspond with Committee co-chairs re retention applications. | 0.20 | 750.00 | $150.00 |
| 01/06/2016 | SSC | RPO | Attention to BDO retention. | 0.10 | 750.00 | $75.00 |
| 01/07/2016 | SSC | RPO | Review A. Calscabetta email re BDO. | 0.10 | 750.00 | $75.00 |
| 01/07/2016 | SSC | RPO | Correspond with LNBYB re BDO. | 0.10 | 750.00 | $75.00 |
| | | | | **0.70** | | **$525.00** |
| **Tax Issues [B240]** | | | | | | |
| 10/14/2015 | SEG | TI | Review Hansen email regarding comments of Arizona DOT on Stipulation and telephone conference with Hansen and email to Ira D. Kharasch and Jeffrey N. Pomerantz regarding same. | 0.30 | 875.00 | $262.50 |
| 10/29/2015 | SEG | TI | Email to Ira D. Kharasch regarding stipulation with Arizona regarding sales taxes and status of case. | 0.10 | 875.00 | $87.50 |
| 10/29/2015 | SEG | TI | Review Golubchik email regarding discussions with State of Arizona regarding changes to Stipulation, tax situation and negotiations with Salus and email to Ira D. Kharasch and Jeffrey N. Pomerantz regarding same. | 0.20 | 875.00 | $175.00 |
| 11/23/2015 | SEG | TI | Review Hehn email regarding arguments of State Board and review attachments and research regarding CA sales taxes and trust issues. | 0.70 | 875.00 | $612.50 |
| 11/23/2015 | SEG | TI | Review I. Kharasch message and emails regarding resolution with SBE regarding sales taxes and emails to I. Kharasch and telephone conference with I. Kharasch and J. Hunter regarding same and information regarding taxes. | 0.50 | 875.00 | $437.50 |
| 11/23/2015 | SEG | TI | Telephone conference with Matt Hehn regarding resolution with CA State Board of Equalization regarding sales taxes. | 0.20 | 875.00 | $175.00 |
| 11/23/2015 | SEG | TI | Follow up with I. Kharasch and J. Hunter regarding discussion with Hehn and sales tax issues. | 0.20 | 875.00 | $175.00 |
| 11/24/2015 | IDK | TI | Telephone conferences with S. Goldich re negotiation of sales taxes with EDD. | 0.10 | 975.00 | $97.50 |
| 12/07/2015 | IDK | TI | E-mails with Debtor and financial advisor re NOL potential asset. | 0.20 | 975.00 | $195.00 |
| | | | | **2.50** | | **$2,217.50** |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    52

Invoice 117787

March 30, 2016

| | | | | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| **Travel** | | | | | | |
| 12/02/2015 | IDK | TR | Travel to hearing re fee app (2.5). (billed at 1/2 rate) | 2.50 | 487.50 | $1,218.75 |
| | | | | **2.50** | | **$1,218.75** |

**TOTAL SERVICES FOR THIS MATTER:**                                         $279,230.25

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    53

Invoice 117787

March 30, 2016

## **Expenses**

| | | | |
|---|---|---|---|
| 08/31/2015 | OS | Litigation E. Services Inv. 892868, JKTH | 1,010.00 |
| 09/01/2015 | CC | Conference Call [E105] AT&T Conference Call, IDK | 3.55 |
| 09/01/2015 | CC | Conference Call [E105] AT&T Conference Call, SSC | 15.06 |
| 09/11/2015 | TE | Travel Expense [E110] Garage C, SSC | 4.00 |
| 09/16/2015 | CC | Conference Call [E105] AT&T Conference Call, JNP | 4.37 |
| 09/18/2015 | TE | Travel Expense [E110] Constelation Place Parking (Auction), SSC | 35.00 |
| 09/24/2015 | CC | Conference Call [E105] AT&T Conference Call, IDK | 2.15 |
| 09/30/2015 | OS | Litigation E. Services, Inv. No. 902798, JKTH | 378.60 |
| 10/02/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 20.00 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 20.00 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 20.00 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 20.00 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 20.00 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 1.00 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 3.00 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 3.00 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 20.00 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 20.00 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 20.00 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    54

Invoice 117787

March 30, 2016

| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 20.00 |
| 10/07/2015 | BB | 03751.00002 Bloomberg Charges for 10-07-15 | 0.80 |
| 10/09/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/09/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/13/2015 | FE | 03751.00002 FedEx Charges for 10-13-15 | 7.64 |
| 10/13/2015 | RE | ( 1 @0.10 PER PG) | 0.10 |
| 10/13/2015 | RE2 | SCAN/COPY ( 36 @0.10 PER PG) | 3.60 |
| 10/13/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/13/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/13/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 10/13/2015 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 10/13/2015 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 10/13/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/13/2015 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 10/13/2015 | RE2 | SCAN/COPY ( 9 @0.10 PER PG) | 0.90 |
| 10/13/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 10/13/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/13/2015 | RE2 | SCAN/COPY ( 11 @0.10 PER PG) | 1.10 |
| 10/13/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/13/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Page:    55

Anna's Linen OCC

Invoice 117787

03751      00002

March 30, 2016

| | | | |
|---|---|---|---|
| 10/13/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/13/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 10/15/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 10/15/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 10/21/2015 | RE2 | SCAN/COPY ( 288 @0.10 PER PG) | 28.80 |
| 10/26/2015 | CC | Conference Call [E105] Court Call (October 01, 2015 through October 31, 2015), SSC | 37.00 |
| 10/29/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 10/29/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 10/30/2015 | OS | DTI, Inv. No. 909469, JKTH | 335.00 |
| 11/02/2015 | RE | Reproduction Expense. [E101] 63 pgs, WLR | 6.30 |
| 11/02/2015 | RE2 | SCAN/COPY ( 58 @0.10 PER PG) | 5.80 |
| 11/02/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/02/2015 | RE2 | SCAN/COPY ( 46 @0.10 PER PG) | 4.60 |
| 11/02/2015 | RE2 | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 11/02/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/02/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/02/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/02/2015 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 11/02/2015 | RE2 | SCAN/COPY ( 76 @0.10 PER PG) | 7.60 |
| 11/02/2015 | RE2 | SCAN/COPY ( 60 @0.10 PER PG) | 6.00 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    56
Anna's Linen OCC                                                     Invoice 117787
03751     00002                                                     March 30, 2016

| | | | |
|---|---|---|---|
| 11/02/2015 | RE2 | SCAN/COPY ( 19 @0.10 PER PG) | 1.90 |
| 11/02/2015 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 11/02/2015 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 11/02/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/02/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/03/2015 | RE | Reproduction Expense. [E101] 13 pgs, WLR | 1.30 |
| 11/04/2015 | RE | Reproduction Expense. [E101] 12 pgs, WLR | 1.20 |
| 11/04/2015 | RE2 | SCAN/COPY ( 16 @0.10 PER PG) | 1.60 |
| 11/04/2015 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |
| 11/04/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/04/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/04/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/04/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/04/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/04/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/04/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/05/2015 | RE | Reproduction Expense. [E101] 38 pgs, WLR | 3.80 |
| 11/05/2015 | RE | Reproduction Expense. [E101] 31 pgs, WLR | 3.10 |
| 11/05/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 11/05/2015 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 11/05/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:    57

Invoice 117787

March 30, 2016

| | | | |
|---|---|---|---|
| 11/05/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/05/2015 | RE2 | SCAN/COPY ( 124 @0.10 PER PG) | 12.40 |
| 11/05/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/06/2015 | CC | Conference Call [E105] Court Call, November 01, 2015 through, November 30, 2015, SSC | 35.00 |
| 11/06/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/06/2015 | RE2 | SCAN/COPY ( 124 @0.10 PER PG) | 12.40 |
| 11/06/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/06/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/09/2015 | CC | Conference Call [E105] Court Call, November 01, 2015 through, November 30, 2015, SSC | 65.00 |
| 11/09/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/09/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/11/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/11/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/11/2015 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 11/11/2015 | RE2 | SCAN/COPY ( 148 @0.10 PER PG) | 14.80 |
| 11/11/2015 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 11/11/2015 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 11/11/2015 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 11/11/2015 | RE2 | SCAN/COPY ( 20 @0.10 PER PG) | 2.00 |
| 11/12/2015 | PO | 03751.00002 :Postage Charges for 11-12-15 | 2.74 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    58

Invoice 117787

March 30, 2016

| | | | |
|---|---|---|---|
| 11/12/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/12/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/17/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/17/2015 | RE2 | SCAN/COPY ( 148 @0.10 PER PG) | 14.80 |
| 11/17/2015 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 11/18/2015 | CC | Conference Call [E105] AT&T Conference Call, IDK | 0.75 |
| 11/18/2015 | FE | 03751.00002 FedEx Charges for 11-18-15 | 7.77 |
| 11/18/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/18/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/18/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/18/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/19/2015 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 11/20/2015 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 11/20/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/20/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/20/2015 | RE2 | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 11/20/2015 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 11/20/2015 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 11/20/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 11/20/2015 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |
| 11/20/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    59
Anna's Linen OCC                                                     Invoice 117787
03751      00002                                                     March 30, 2016

| 11/20/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/21/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/21/2015 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 11/23/2015 | CC | Conference Call [E105] AT&T Conference Call, IDK | 6.78 |
| 11/23/2015 | FE | 03751.00002 FedEx Charges for 11-23-15 | 7.77 |
| 11/23/2015 | RE | Reproduction Expense. [E101] 65 pgs, WLR | 6.50 |
| 11/23/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/23/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/23/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 11/24/2015 | LN | 03751.00002 Lexis Charges for 11-24-15 | 55.08 |
| 11/24/2015 | RE | Reproduction Expense. [E101] 27 pgs, WLR | 2.70 |
| 11/24/2015 | RE | Reproduction Expense. [E101] 23 pgs, WLR | 2.30 |
| 11/24/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/24/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/24/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/24/2015 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 11/24/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/24/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/24/2015 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 11/24/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 11/24/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |

Pachulski Stang Ziehl & Jones LLP                                    Page:    60
Anna's Linen OCC                                                     Invoice 117787
03751      00002                                                    March 30, 2016

| | | | |
|---|---|---|---|
| 11/24/2015 | RE2 | SCAN/COPY ( 8 @0.10 PER PG) | 0.80 |
| 11/24/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 11/25/2015 | LN | 03751.00002 Lexis Charges for 11-25-15 | 18.35 |
| 11/30/2015 | CC | Conference Call [E105] AT&T Conference Call, IDK | 8.57 |
| 11/30/2015 | OS | DTI, Inv. 915895, JKTH | 335.00 |
| 12/01/2015 | CC | Conference Call [E105] AT&T Conference Call, IDK | 5.01 |
| 12/01/2015 | CC | Conference Call [E105] AT&T Conference Call, SSC | 0.07 |
| 12/01/2015 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 12/01/2015 | RE2 | SCAN/COPY ( 652 @0.10 PER PG) | 65.20 |
| 12/01/2015 | RE2 | SCAN/COPY ( 87 @0.10 PER PG) | 8.70 |
| 12/01/2015 | RE2 | SCAN/COPY ( 148 @0.10 PER PG) | 14.80 |
| 12/01/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/01/2015 | RE2 | SCAN/COPY ( 148 @0.10 PER PG) | 14.80 |
| 12/01/2015 | RE2 | SCAN/COPY ( 44 @0.10 PER PG) | 4.40 |
| 12/01/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/01/2015 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 12/03/2015 | RE2 | SCAN/COPY ( 224 @0.10 PER PG) | 22.40 |
| 12/07/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/07/2015 | RE2 | SCAN/COPY ( 10 @0.10 PER PG) | 1.00 |
| 12/07/2015 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 12/07/2015 | RE2 | SCAN/COPY ( 31 @0.10 PER PG) | 3.10 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751      00002

Page:    61

Invoice 117787

March 30, 2016

| Date | Code | Description | Amount |
|------|------|-------------|--------|
| 12/07/2015 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 12/07/2015 | WL | 03751.00002 Westlaw Charges for 12-07-15 | 380.10 |
| 12/08/2015 | CC | Conference Call [E105] Courtcall, December 1, 2015 thorugh December 31, 2015 | 35.00 |
| 12/11/2015 | CC | Conference Call [E105] AT&T Conference Call, IDK | 2.98 |
| 12/14/2015 | CC | Conference Call [E105] AT&T Conference Call, IDK | 30.35 |
| 12/14/2015 | RE2 | SCAN/COPY ( 61 @0.10 PER PG) | 6.10 |
| 12/14/2015 | RE2 | SCAN/COPY ( 29 @0.10 PER PG) | 2.90 |
| 12/28/2015 | LN | Lexis/Nexis- Legal Research [E106] | 168.11 |
| 01/12/2016 | RE2 | SCAN/COPY ( 6 @0.10 PER PG) | 0.60 |
| 01/13/2016 | RE2 | SCAN/COPY ( 131 @0.10 PER PG) | 13.10 |
| 01/13/2016 | RE2 | SCAN/COPY ( 17 @0.10 PER PG) | 1.70 |
| 01/13/2016 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 01/14/2016 | CC | Conference Call [E105] Court Call, January 1, 2016 through January 31, 2016, SSC | 65.00 |
| 01/15/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 01/16/2016 | CC | Conference Call [E105] AT&T Conference Call, IDK | 20.50 |
| 01/18/2016 | RE2 | SCAN/COPY ( 15 @0.10 PER PG) | 1.50 |
| 01/20/2016 | TR | Transcript [E116] DTI, Inv. 921360, JKTH | 335.00 |
| 01/21/2016 | LN | 03751.00002 Lexis Charges for 01-21-16 | 697.82 |
| 01/22/2016 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/22/2016 | RE2 | SCAN/COPY ( 14 @0.10 PER PG) | 1.40 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    62

Invoice 117787

March 30, 2016

| | | | |
|---|---|---|---|
| 01/22/2016 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 01/25/2016 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 01/26/2016 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 01/27/2016 | WL | 03751.00002 Westlaw Charges for 01-27-16 | 165.25 |
| 01/28/2016 | LN | 03751.00002 Lexis Charges for 01-28-16 | 194.97 |
| 01/28/2016 | WL | 03751.00002 Westlaw Charges for 01-28-16 | 178.62 |
| 01/29/2016 | AS | Litigation e. Service  [E107] DTI, Inv. 926478, JKTH | 335.00 |
| 02/09/2016 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/09/2016 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 02/11/2016 | CC | Conference Call [E105] AT&T Conference Call, IDK | 5.02 |
| 02/11/2016 | CC | Conference Call [E105] AT&T Conference Call, IDK | 2.77 |
| 02/12/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/12/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/16/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/16/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/16/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/16/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/18/2016 | RE2 | SCAN/COPY ( 23 @0.10 PER PG) | 2.30 |
| 02/18/2016 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 02/18/2016 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 02/18/2016 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |

Pachulski Stang Ziehl & Jones LLP

Page:    63

Anna's Linen OCC

Invoice 117787

03751    00002

March 30, 2016

| | | | |
|---|---|---|---|
| 02/18/2016 | RE2 | SCAN/COPY ( 21 @0.10 PER PG) | 2.10 |
| 02/18/2016 | RE2 | SCAN/COPY ( 22 @0.10 PER PG) | 2.20 |
| 02/18/2016 | RE2 | SCAN/COPY ( 37 @0.10 PER PG) | 3.70 |
| 02/18/2016 | RE2 | SCAN/COPY ( 49 @0.10 PER PG) | 4.90 |
| 02/18/2016 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/18/2016 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/18/2016 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/18/2016 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/18/2016 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/18/2016 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 02/19/2016 | RE2 | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 02/22/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 02/22/2016 | RE2 | SCAN/COPY ( 35 @0.10 PER PG) | 3.50 |
| 02/22/2016 | RE2 | SCAN/COPY ( 57 @0.10 PER PG) | 5.70 |
| 02/29/2016 | OS | DTI, Inv. 931030, JKTH | 335.00 |
| 03/02/2016 | CC | Conference Call [E105] March 01, 2016 through March 31, 2016, SSC | 35.00 |
| 03/03/2016 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 03/03/2016 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 03/03/2016 | RE2 | SCAN/COPY ( 184 @0.10 PER PG) | 18.40 |
| 03/09/2016 | RE2 | SCAN/COPY ( 229 @0.10 PER PG) | 22.90 |
| 03/09/2016 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    64

Invoice 117787

March 30, 2016

| 03/09/2016 | RE2 | SCAN/COPY ( 144 @0.10 PER PG) | 14.40 |
| 03/11/2016 | CC | Conference Call [E105] AT&T Conference Call, IDK | 8.19 |
| 03/11/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/11/2016 | RE2 | SCAN/COPY ( 5 @0.10 PER PG) | 0.50 |
| 03/11/2016 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/11/2016 | RE2 | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 03/11/2016 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/11/2016 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/14/2016 | FE | 03751.00002 FedEx Charges for 03-14-16 | 8.08 |
| 03/14/2016 | RE2 | SCAN/COPY ( 24 @0.10 PER PG) | 2.40 |
| 03/14/2016 | RE2 | SCAN/COPY ( 32 @0.10 PER PG) | 3.20 |
| 03/14/2016 | RE2 | SCAN/COPY ( 184 @0.10 PER PG) | 18.40 |
| 03/14/2016 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/16/2016 | FE | 03751.00002 FedEx Charges for 03-16-16 | 8.27 |
| 03/16/2016 | RE2 | SCAN/COPY ( 7 @0.10 PER PG) | 0.70 |
| 03/18/2016 | RE2 | SCAN/COPY ( 26 @0.10 PER PG) | 2.60 |
| 03/18/2016 | RE2 | SCAN/COPY ( 51 @0.10 PER PG) | 5.10 |
| 03/18/2016 | RE2 | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 03/18/2016 | RE2 | SCAN/COPY ( 145 @0.10 PER PG) | 14.50 |
| 03/18/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/18/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751     00002

Page:     65

Invoice 117787

March 30, 2016

| | | | |
|---|---|---|---|
| 03/18/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/18/2016 | RE2 | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 03/30/2016 | CC | Conference Call [E105] March 01, 2016 through March 31, 2016, IDK | 35.00 |
| 03/30/2016 | PAC | Pacer - Court Research | 217.40 |

**Total Expenses for this Matter**                     **$6,418.79**

Pachulski Stang Ziehl & Jones LLP

Anna's Linen OCC

03751    00002

Page:    66

Invoice 117787

March 30, 2016

## REMITTANCE ADVICE

**Please include this Remittance Advice with your payment**

For current services rendered through 03/30/2016

| | |
|---|---:|
| Total Fees | $279,230.25 |
| Chargeable costs and disbursements | $6,418.79 |
| Total Due on Current Invoice..................... | $285,649.04 |

Outstanding Balance from prior Invoices as of 03/30/2016     **(May not reflect recent payments)**

| Invoice Number | Invoice Date | Fees Billed | Expenses Billed | Balance Due |
|---|---|---|---|---|
| 111125 | 09/30/2015 | $833,166.25 | $16,842.23 | $273,092.10 |

| | |
|---|---:|
| **Total Amount Due on Current and Prior Invoices** | $558,741.14 |

# EXHIBIT C

ANNA'S LINENS, INC
Chapter 11
Case No. 8:15-13008 TA

**Anna's Linens, Inc. FEE APPLICATION:**

**Date: June 25, 2015 - March 30, 2016**

| **ATTORNEYS:** | Year Admitted | Hourly Rate | Current Hours | Total |
|---|---|---|---|---|
| Ira D. Kharasch (Partner) | 1983 | $  975.00 | 275.8 | $262,567.50 |
| Ira D. Kharasch (Travel) | 1983 | $  487.00 | 9.2 | $4,487.00 |
| Debra I. Grassgreen (Partner) | 1994 | $  925.00 | 8.6 | $7,955.00 |
| Andrew W. Caine (Partner) | 1983 | $  925.00 | 19.2 | $17,760.00 |
| Richard J. Gruber (Counsel) | 1982 | $  925.00 | 17.4 | $16,095.00 |
| Jeffrey N. Pomerantz (Partner) | 1989 | $  895.00 | 89.5 | $79,923.50 |
| Stanley E. Goldich (Partner) | 1980 | $  875.00 | 65 | $55,387.50 |
| David J. Barton (Partner) | 1981 | $  875.00 | 2.3 | $2,012.50 |
| Kenneth Brown (Partner) | 1981 | $  850.00 | 20.2 | $17,170.00 |
| Iain A.W. Nasatir (Partner) | 1981 | $  850.00 | 10.5 | $8,925.00 |
| James K.T. Hunter (Counsel) | 1976 | $  825.00 | 364.3 | $294,277.50 |
| James K.T. Hunter (Counsel) | 1976 | $  412.50 | 4 | $1,650.00 |
| Maxim B. Litvak | 2001 | $  795.00 | 20.4 | $16,218.00 |
| Harry D. Hochman (Counsel) | 1987 | $  750.00 | 106.7 | $80,025.00 |
| Shirley S. Cho (Counsel) | 1997 | $  750.00 | 156.9 | $114,450.00 |
| Shirley S. Cho (Counsel) | 1997 | $  375.00 | 11.2 | $4,200.00 |
| Joshua M. Fried | 1997 | $  750.00 | 4.5 | $3,375.00 |
| Gina F. Brandt (Counsel) | 1976 | $  695.00 | 3.6 | $2,502.00 |
| Jonathan J. Kim (Counsel) | 1996 | $  695.00 | 31.5 | $21,892.50 |
| Jeffrey P. Nolan (Counsel) | 1992 | $  675.00 | 5.5 | $3,712.50 |
| William S. Ramseyer (Counsel) | 1980 | $  650.00 | 23.4 | $11,115.00 |
| Teddy M. Kapur (Partner) | 2004 | $  575.00 | 0.2 | $115.00 |
| Cia H. Mackle (Counsel) | 2006 | $  525.00 | 9.4 | $4,935.00 |
|  |  |  |  |  |
|  |  |  | **1259.3** | **$1,030,748.50** |
|  |  |  |  |  |

ANNA'S LINENS, INC
**Chapter 11**
**Case No. 8:15-13008 TA**

| PARAPROFESSIONALS | Year Admitted | Rate | Current Hours | Total |
|---|---|---|---|---|
| Leslie A. Forrester (Law Librarian) | | $ 325.00 | 2 | $ 650.00 |
| Felice Harrison (Paralegal) | | $ 305.00 | 229.1 | $ 68,991.00 |
| Beth D. Dassa (Paralegal) | | $ 305.00 | 12.9 | $ 3,934.50 |
| Patricia J. Jeffries (Paralegal) | | $ 305.00 | 0.5 | $ 152.50 |
| Michael Matteo (Paralegal) | | $ 275.00 | 28.8 | $ 7,920.00 |
| | | | **273.3** | **$81,648.00** |

TOTAL HOURS                                        1532.60

TOTAL FEES REQUESTED                    **$1,112,396.50**

BLENDED HOURLY RATE INCLUDING            $491.82
PARAPROFESSIONALS

BLENDED HOURLY RATE EXCLUDING           $551.31
PARAPROFESSIONALS

ANNA'S LINENS, INC.
Case No. 8:15-13008 TA

| I.   Services | Professional | Rate | | Hours | | Fees | |
|---|---|---|---|---|---|---|---|
| **Appeals** | JKH | $ | 825.00 | $ | 0.10 | $ | 82.50 |
| | SSC | $ | 750.00 | $ | 0.40 | $ | 300.00 |
| | | | | | | | |
| Subtotal | | | | $ | 0.50 | $ | 382.50 |
| | | | | | | | |
| | | | | | | | |
| **Asset Analysis** | IDK | $ | 975.00 | $ | 6.00 | $ | 5,856.00 |
| | DG | $ | 925.00 | $ | 8.60 | $ | 7,955.00 |
| | JNP | $ | 895.00 | $ | 1.70 | $ | 1,521.50 |
| | DJB | $ | 875.00 | $ | 2.30 | $ | 2,012.50 |
| | JKH | $ | 825.00 | $ | 3.70 | $ | 3,052.50 |
| | MBL | $ | 795.00 | $ | 2.00 | $ | 1,590.00 |
| | JMF | $ | 750.00 | $ | 4.50 | $ | 3,375.00 |
| | SSC | $ | 750.00 | $ | 0.90 | $ | 675.00 |
| | PJJ | $ | 305.00 | $ | 0.50 | $ | 152.50 |
| Subtotal | | | | $ | 30.20 | $ | 26,190.00 |
| | | | | | | | |
| | IDK | | | | | | |
| **Avoidance Actions** | | $ | 975.00 | $ | 0.80 | $ | 779.50 |
| | AWC | $ | 925.00 | $ | 19.20 | $ | 17,760.00 |
| | JNP | $ | 895.00 | $ | 0.10 | $ | 89.50 |
| | JKH | $ | 825.00 | $ | 9.30 | $ | 7,672.50 |
| | SSC | $ | 750.00 | $ | 0.90 | $ | 675.00 |
| | HDH | $ | 750.00 | $ | 2.50 | $ | 1,875.00 |
| | JPN | $ | 675.00 | $ | 5.50 | $ | 3,712.50 |
| | FSH | $ | 305.00 | $ | 0.20 | $ | 61.00 |
| | MAM | $ | 275.00 | $ | 28.80 | $ | 7,920.00 |
| Subtotal | | | | $ | 67.30 | $ | 40,545.00 |
| | | | | | | | |
| | IDK | | | | | | |
| **Asset Disposition** | | $ | 975.00 | $ | 51.80 | $ | 50,505.00 |
| | RGJ | $ | 925.00 | $ | 16.70 | $ | 15,447.50 |
| | JNP | $ | 895.00 | $ | 26.10 | $ | 23,359.50 |
| | JKH | $ | 825.00 | $ | 22.10 | $ | 18,232.50 |
| | MBL | $ | 795.00 | $ | 0.40 | $ | 318.00 |
| | HDH | $ | 750.00 | $ | 37.50 | $ | 28,125.00 |
| | SSC | $ | 750.00 | $ | 24.50 | $ | 18,375.00 |
| | TMK | $ | 575.00 | $ | 0.20 | $ | 115.00 |
| | FSH | $ | 305.00 | $ | 9.70 | $ | 2,958.50 |
| | IDK | | | $ | 189.00 | $ | 157,436.00 |
| **Bankruptcy Litigation** | | $ | 975.00 | $ | 71.60 | $ | 69,810.00 |
| | JNP | $ | 895.00 | $ | 7.10 | $ | 6,354.50 |
| | SEG | $ | 875.00 | $ | 0.60 | $ | 525.00 |
| | KHB | $ | 850.00 | $ | 19.40 | $ | 16,490.00 |
| | JKH | $ | 825.00 | $ | 253.90 | $ | 209,467.50 |
| | MBL | $ | 795.00 | $ | 0.20 | $ | 159.00 |

ANNA'S LINENS, INC.
Chapter 11
Case No. 8:15-13008 TA

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | SSC | $ | 750.00 | $ | 9.10 | $ | 6,825.00 |
|  | HDH | $ | 750.00 | $ | 17.90 | $ | 13,425.00 |
|  | JJK | $ | 695.00 | $ | 31.50 | $ | 21,892.50 |
|  | GFB | $ | 695.00 | $ | 3.60 | $ | 2,502.00 |
|  | CHM | $ | 525.00 | $ | 9.40 | $ | 4,935.00 |
|  | LAF | $ | 325.00 | $ | 1.00 | $ | 325.00 |
|  | FSH | $ | 305.00 | $ | 7.10 | $ | 2,165.50 |
|  | BDD | $ | 305.00 | $ | 12.80 | $ | 3,904.00 |
| **Subtotal** |  |  |  | $ | **445.20** | $ | **358,780.00** |
|  |  |  |  |  |  |  |
|  | IDK |  |  |  |  |  |
| **Case Administration** |  | $ | 975.00 | $ | 1.20 | $ | 1,170.00 |
|  | HDH | $ | 750.00 | $ | 0.30 | $ | 225.00 |
|  | SSC | $ | 750.00 | $ | 3.40 | $ | 2,550.00 |
|  | FSH | $ | 305.00 | $ | 35.60 | $ | 10,858.00 |
|  | BDD | $ | 305.00 | $ | 0.10 | $ | 30.50 |
| **Subtotal** |  |  |  | $ | **40.60** | $ | **14,833.50** |
|  |  |  |  |  |  |  |
|  | IDK |  |  |  |  |  |
| **Claims Admin/Obj** |  | $ | 975.00 | $ | 17.10 | $ | 16,672.50 |
|  | JNP | $ | 895.00 | $ | 0.30 | $ | 268.50 |
|  | JKH | $ | 825.00 | $ | 3.60 | $ | 2,970.00 |
|  | SSC | $ | 750.00 | $ | 16.90 | $ | 12,675.00 |
|  | FSH | $ | 305.00 | $ | 12.80 | $ | 3,904.00 |
| **Subtotal** |  |  |  | $ | **50.70** | $ | **36,490.00** |
|  |  |  |  |  |  |  |
| **Compensation of** | IDK |  |  |  |  |  |
| **Professionals** |  | $ | 975.00 | $ | 8.00 | $ | 1,462.50 |
|  | JNP | $ | 895.00 | $ | 0.40 | $ | 179.00 |
|  | SEG | $ | 875.00 | $ | 1.70 | $ | - |
|  | JKH | $ | 825.00 | $ | 7.90 | $ | 247.50 |
|  | HDH | $ | 750.00 | $ | 0.60 | $ | 450.00 |
|  | SSC | $ | 750.00 | $ | 15.40 | $ | 8,325.00 |
|  | WLR | $ | 650.00 | $ | 23.40 | $ | 11,115.00 |
|  | LAF | $ | 325.00 | $ | 1.00 | $ | 325.00 |
|  | FSH | $ | 305.00 | $ | 19.40 | $ | 5,032.50 |
| **Subtotal** |  |  |  | $ | **77.80** | $ | **27,136.50** |
| **Compensation of** | SSC |  |  |  |  |  |
| **Professionals - Others** |  | $ | 750.00 | $ | 1.30 | $ | 975.00 |
| **Subtotal** |  |  |  | $ | **1.30** | $ | **975.00** |
|  |  |  |  |  |  |  |
|  | IDK |  |  |  |  |  |
| **Executory Contracts** |  | $ | 975.00 | $ | 2.70 | $ | 2,632.50 |
|  | RJG | $ | 925.00 | $ | 0.70 | $ | 647.50 |
|  | JNP | $ | 895.00 | $ | 1.00 | $ | 895.00 |

ANNA'S LINENS, INC.
Chapter 11
Case No. 8:15-13008 TA

| | | | | | |
|---|---|---|---|---|---|
| | SSC | $ | 750.00 | $ 1.90 | $ 1,425.00 |
| | FSH | $ | 305.00 | $ 3.70 | $ 1,128.50 |
| **Subtotal** | | | | **$ 10.00** | **$ 6,728.50** |
| | | | | | |
| | IDK | | | | |
| **Employee Benefits** | | $ | 975.00 | $ 3.50 | $ 3,412.50 |
| | JNP | $ | 895.00 | $ 0.70 | $ 626.50 |
| | KHB | $ | 850.00 | $ 0.80 | $ 680.00 |
| | SSC | $ | 750.00 | $ 8.30 | $ 6,225.00 |
| | HDH | $ | 750.00 | $ 2.50 | $ 1,875.00 |
| | FSH | $ | 305.00 | $ 3.20 | $ 976.00 |
| **Subtotal** | | | | **$ 19.00** | **$ 13,795.00** |
| | | | | | |
| **Financial Filings** | JNP | $ | 895.00 | $ 0.20 | $ 179.00 |
| | JKH | $ | 825.00 | $ 0.30 | $ 247.50 |
| | SSC | $ | 750.00 | $ 1.20 | $ 900.00 |
| | FSH | $ | 305.00 | $ 7.60 | $ 2,318.00 |
| **Subtotal** | | | | **$ 9.30** | **$ 3,644.50** |
| | | | | | |
| **Financing** | IDK | $ | 975.00 | $ 41.70 | $ 40,657.50 |
| | JNP | $ | 895.00 | $ 10.70 | $ 9,576.50 |
| | SEG | $ | 875.00 | $ 0.20 | $ 175.00 |
| | JKH | $ | 825.00 | $ 10.20 | $ 8,415.00 |
| | MBL | $ | 795.00 | $ 17.80 | $ 14,151.00 |
| | HDH | $ | 750.00 | $ 40.30 | $ 30,225.00 |
| | SSC | $ | 750.00 | $ 7.90 | $ 5,925.00 |
| | FSH | $ | 305.00 | $ 9.90 | $ 3,019.50 |
| **Subtotal** | | | | **$ 138.70** | **$ 112,144.50** |
| | | | | | |
| **General Business Advice** | IDK | $ | 975.00 | $ 13.30 | $ 12,967.50 |
| | SSC | $ | 750.00 | $ 0.50 | $ 375.00 |
| **Subtotal** | | | | **$ 13.80** | **$ 13,342.50** |
| | | | | | |
| **General Creditors Committee** | | | | | |
| | IDK | $ | 975.00 | $ 41.50 | $ 40,462.50 |
| | JNP | $ | 895.00 | $ 24.70 | $ 22,106.50 |
| | JKH | $ | 825.00 | $ 4.10 | $ 3,382.50 |
| | SSC | $ | 750.00 | $ 38.00 | $ 28,500.00 |
| | FSH | $ | 305.00 | $ 103.20 | $ 31,476.00 |
| **Subtotal** | | | | **$ 211.50** | **$ 125,927.50** |
| | | | | | |
| **Hearing** | SSC | $ | 750.00 | $ 3.10 | $ 2,325.00 |
| **Subtotal** | | | | **$ 3.10** | **$ 2,325.00** |
| | | | | | |
| **Insurance Coverage** | IDK | $ | 975.00 | $ 0.40 | $ 390.00 |
| | IAWN | $ | 850.00 | $ 10.50 | $ 8,925.00 |

DOCS_LA 293994 v1

**ANNA'S LINENS, INC.**
**Chapter 11**
**Case No. 8:15-13008 TA**

| | | | | | | |
|---|---|---|---|---|---|---|
| SSC | $ | 750.00 | $ | 0.40 | $ | 300.00 |
| **Subtotal** | | | $ | **11.30** | $ | **9,615.00** |

ANNA'S LINENS, INC.
Chapter 11
Case No. 8:15-13008 TA

| | | | | | | |
|---|---|---|---|---|---|---|
| **Litigation - Non Bankruptcy** | JNP | $ | 895.00 | $ | 0.20 | $ | 179.00 |
| | JKH | $ | 825.00 | $ | 0.60 | $ | 495.00 |
| Subtotal | | | | $ | 0.80 | $ | 674.00 |
| | | | | | | | |
| | SSC | | | | | | |
| **Meeting of Creditors** | | $ | 750.00 | $ | 3.00 | $ | 2,250.00 |
| | FSH | $ | 305.00 | $ | 0.20 | $ | 61.00 |
| Subtotal | | | | $ | 3.20 | $ | 2,311.00 |
| | | | | | | | |
| **Operations** | IDK | $ | 975.00 | $ | 5.80 | $ | 5,655.00 |
| | JNP | $ | 895.00 | $ | 0.50 | $ | 447.50 |
| | SSC | $ | 750.00 | $ | 6.10 | $ | 4,575.00 |
| Subtotal | | | | $ | 12.40 | $ | 10,677.50 |
| | | | | | | | |
| **Retention of Professionals** | JNP | $ | 895.00 | $ | 0.30 | $ | 268.50 |
| | SSC | $ | 750.00 | $ | 3.00 | $ | 2,250.00 |
| | FSH | $ | 305.00 | $ | 4.00 | $ | 1,220.00 |
| Subtotal | | | | $ | 7.30 | $ | 3,738.50 |
| | IDK | $ | 975.00 | $ | 0.70 | $ | 682.50 |
| **Retention of Other Professionals** | | | | | | | |
| | JNP | $ | 895.00 | $ | 3.90 | $ | 3,490.50 |
| | SSC | $ | 750.00 | $ | 7.40 | $ | 5,550.00 |
| | FSH | $ | 305.00 | $ | 7.30 | $ | 2,226.50 |
| Subtotal | | | | $ | 19.30 | $ | 11,949.50 |
| **Stay Litigation** | IDK | $ | 975.00 | $ | 0.20 | $ | 195.00 |
| | SSC | $ | 750.00 | $ | 0.20 | $ | 150.00 |
| Subtotal | | | | $ | 0.40 | $ | 345.00 |
| | | | | | | | |
| **Tax Issues** | IDK | $ | 975.00 | $ | 9.50 | $ | 9,262.50 |
| | JNP | $ | 895.00 | $ | 11.60 | $ | 10,382.00 |
| | SEG | $ | 875.00 | $ | 62.50 | $ | 54,687.50 |
| | HDH | $ | 750.00 | $ | 5.10 | $ | 3,825.00 |
| | JKH | $ | 825.00 | $ | 48.50 | $ | 40,012.50 |
| | SSC | $ | 750.00 | $ | 3.10 | $ | 2,325.00 |
| | FSH | $ | 305.00 | $ | 5.20 | $ | 1,586.00 |
| Subtotal | | | | $ | 145.50 | $ | 122,080.50 |
| **Travel** | IDK | $ | 487.00 | $ | 9.20 | $ | 4,485.00 |
| | JKH | $ | 412.00 | $ | 4.00 | $ | 1,650.00 |
| | SSC | $ | 375.00 | $ | 11.20 | $ | 4,200.00 |
| Subtotal | | | | $ | 24.40 | $ | 10,335.00 |

DOCS_LA 293994 v1

**ANNA'S LINENS, INC.**
**Chapter 11**
**Case No. 8:15-13008 TA**

| | | |
|---|---|---|
| **Total Hrs.** | $ | 1,532.60 |
| **Total Services** | $ | 1,112,396.50 |

ANNA'S LINENS, INC
Chapter 11
Case No. 8:15-13008 TA

**Monthly Fees by Category**

| | June | July | August | September | October | November | December | January | February | March | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Appeals | $ - | $ - | $ - | $ - | $ - | $ 82.50 | $ - | $ 75.00 | $ 150.00 | $ 75.00 | $ 382.50 |
| Asset Analysis/ Recovery | $ - | $ - | $ 8,629.00 | | $ 6,514.50 | $ 4,710.00 | $ 4,179.00 | $ 749.00 | $ 1,402.50 | $ - | $ 26,184.00 |
| Avoidance Actions | $ - | $ - | $ 525.00 | $ 13,102.50 | $ 3,612.50 | $ 8,604.50 | $ 11,150.00 | $ 1,080.00 | $ 1,541.00 | $ 930.00 | $ 40,545.50 |
| Asset Disposition | $ 45,117.50 | $ 57,866.00 | $ 10,526.50 | $ 42,490.00 | $ 1,188.50 | $ - | $ - | $ - | $ 247.50 | $ - | $ 157,436.00 |
| Bankruptcy Litigation | $ 1,829.00 | $ 48,205.50 | $ 106,800.00 | $ 87,951.50 | $ 16,858.50 | $ 13,695.00 | $ 37,537.00 | $ 32,376.50 | $ 6,475.00 | $ 7,052.00 | $ 358,780.00 |
| Case Administration | $ 1,740.00 | $ 6,995.00 | $ 630.00 | $ 1,935.50 | $ 1,525.00 | $ 427.00 | $ 532.50 | $ 532.50 | $ 516.00 | $ - | $ 14,833.50 |
| Claims Admin and Objections | $ - | $ 2,295.50 | $ 3,625.00 | $ 1,736.00 | $ 4,999.00 | $ 3,101.50 | $ 3,551.50 | $ 6,741.50 | $ 6,726.00 | $ 3,714.00 | $ 36,490.00 |
| Compensation of Professionals | $ - | $ 75.00 | $ 982.00 | $ 247.50 | $ 10,997.00 | $ 13,488.00 | $ 1,347.00 | $ - | $ - | $ - | $ 27,136.50 |
| Compensation of Proessionals/Others | $ - | $ - | $ - | $ - | $ - | $ 975.00 | $ - | $ - | $ - | $ - | $ 975.00 |
| Employee Benefits/Pension | $ 2,322.50 | $ 1,694.00 | $ 3,311.50 | $ 6,467.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,795.00 |
| General Creditors Committee | $ 16,399.00 | $ 32,557.50 | $ 17,052.00 | $ 25,623.50 | $ 5,741.50 | $ 7,064.00 | $ 776.50 | $ 8,115.00 | $ 7,498.50 | $ 5,100.00 | $ 125,927.50 |
| Insurance Coverage | $ - | $ 5,980.00 | $ 75.00 | $ 2,210.00 | $ 75.00 | $ - | $ 1,275.00 | $ - | $ - | $ - | $ 9,615.00 |
| Executory Contracts | $ - | $ 955.50 | $ 375.00 | $ 3,688.00 | $ - | $ 1,365.00 | $ - | $ 345.00 | $ - | $ - | $ 6,728.50 |
| Financing | $ 2,489.50 | $ 95,772.00 | $ 7,699.00 | $ 4,336.50 | $ 1,441.50 | $ 211.00 | $ 195.00 | $ - | $ - | $ - | $ 112,144.50 |
| Financial Filings | $ - | $ 2,549.50 | $ 211.00 | $ 514.50 | $ - | $ - | $ - | $ 122.00 | $ - | $ 247.50 | $ 3,644.50 |
| General Business Advice | $ - | $ - | $ - | $ - | $ 3,705.00 | $ 2,535.00 | $ 2,437.50 | $ 390.00 | $ 2,835.00 | $ 1,440.00 | $ 13,342.50 |
| Hearing | $ - | $ - | $ - | $ - | $ 375.00 | $ 150.00 | $ 225.00 | $ 900.00 | $ 300.00 | $ 375.00 | $ 2,325.00 |
| Litigation/Non-Bankruptcy | $ - | $ 89.50 | $ 584.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 674.00 |
| Meeting of Creditors | $ - | $ - | $ - | $ 2,311.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ 2,311.00 |
| Operations | $ 2,540.00 | $ 7,567.50 | $ - | $ - | $ 570.00 | $ - | $ - | $ - | $ - | $ - | $ 10,677.50 |
| Retention of Professionals | $ 1,344.00 | $ 2,394.50 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 3,738.50 |
| Retention of Professionals/Others | $ 2,404.50 | $ 5,774.50 | $ 89.50 | $ 3,156.00 | $ 300.00 | $ - | $ - | $ 225.00 | $ - | $ - | $ 11,949.50 |
| Stay Litigation | $ - | $ - | $ 345.00 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 345.00 |
| Tax Issues | $ - | $ 114,193.00 | $ 895.00 | $ 4,775.00 | $ 525.00 | $ 1,497.50 | $ 195.00 | $ - | $ - | $ - | $ 122,080.50 |
| Travel | $ 1,023.75 | $ 3,892.50 | $ 1,500.00 | $ 2,700.00 | $ - | $ - | $ 1,218.75 | $ - | $ - | $ - | $ 10,335.00 |
| **Totals** | $ 77,209.75 | $ 388,857.00 | $ 163,855.00 | $ 203,244.50 | $ 58,428.00 | $ 57,906.00 | $ 64,619.75 | $ 51,651.50 | $ 27,691.50 | $ 18,933.50 | $ 1,112,396.50 |

DOCS_LA 293994 v1

ANNA'S LINENS, INC.
**Chapter 11**
**Case No. 8:15-13008 TA**

### II. EXPENSES

| | |
|---|---|
| Attorney Service | $335.00 |
| Bloomberg | $287.80 |
| Conference Call | $829.27 |
| Federal Express | $561.48 |
| Guest Parking | $60.00 |
| Lexis/Nexis (Legal Research) | $1,300.60 |
| Outside Reproduction Services | $3,474.41 |
| Pacer | $789.40 |
| Postage | $526.17 |
| Reproduction Expense | $1,565.60 |
| Reproduction/Scan Copy | $2,047.80 |
| Travel Expense | $252.42 |
| Transcript | $1,043.75 |
| Westlaw (Legal Research) | $10,187.32 |
| **TOTAL:** | **$23,261.02** |

DOCS_LA 293994 v1

| Monthly Expenses by Category | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **II. Expenses** | June | July | August | September | October | November | December | January | February | March | Total |
| Attorney Service | | | | | | | | $ 335.00 | | | $ 335.00 |
| Bloomberg | | $ 100.00 | | | $ 187.10 | | | | | | $ 287.10 |
| Conference Call | $ 88.15 | $ 132.25 | $ 150.75 | $ 60.13 | $ 37.00 | $ 116.10 | $ 73.41 | $ 85.50 | $ 7.79 | $ 78.19 | $ 829.27 |
| Fed Ex | | $ 485.55 | $ 16.07 | $ 20.33 | $ 7.64 | $ 15.54 | | | $ 16.35 | | $ 561.48 |
| Guest Parking | | | $ 60.00 | | | | | | | | $ 60.00 |
| Lexis Nexis | | $ 166.27 | | | | $ 73.43 | $ 168.11 | $ 892.79 | | | $ 1,300.60 |
| Legal Vision | | $ 654.33 | $ 1,436.48 | $ 378.60 | $ 335.00 | $ 335.00 | | | $ 335.00 | | $ 3,474.41 |
| Pacer | $ 22.30 | $ 277.10 | $ 157.70 | $ 114.90 | $ 83.20 | $ 58.30 | $ 13.40 | $ 7.20 | $ 23.50 | $ 31.80 | $ 789.40 |
| Postage | | $ 427.03 | $ 81.59 | $ 14.81 | | $ 2.74 | | | | | $ 526.17 |
| Reproduction | $ 96.80 | $ 1,064.20 | $ 362.60 | $ 14.70 | $ 0.10 | $ 27.20 | | | | | $ 1,565.60 |
| Reproduction Scan | $ 66.80 | $ 597.00 | $ 555.80 | $ 268.20 | $ 55.40 | $ 178.30 | $ 152.60 | $ 24.80 | $ 36.10 | $ 112.80 | $ 2,047.80 |
| Transcript | | $ 708.75 | | | | | | $ 335.00 | | | $ 1,043.75 |
| Travel Expense | | $ 4.00 | $ 160.19 | $ 88.23 | | | | | | | $ 252.42 |
| Westlaw | $ 695.40 | $ 6,335.94 | $ 76.73 | $ 2,355.28 | | $ 380.70 | $ 343.97 | | | | $ 10,188.02 |
| **Total Expenses** | **$ 969.45** | **$ 10,952.42** | **$ 3,057.91** | **$ 3,315.18** | **$ 705.44** | **$ 806.61** | **$ 788.22** | **$ 2,024.26** | **$ 402.39** | **$ 239.14** | **$ 23,261.02** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  **SECOND INTERIM AND FINAL APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 25, 2015 THROUGH MARCH 30, 2016; DECLARATION OF JEFFREY N. POMERANTZ** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **November 15, 2017** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **November 15, 2017**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **November 15, 2017**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA FEDEX**
Honorable Theodor C. Albert
United States Bankruptcy Court
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5040/Courtroom 5B
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| November 15, 2017 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                        **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:294207.1 03751/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

**In re Anna's Linens, Inc.**
**USBC, Central District of California, Santa Ana Division Case No. 8:15-bk-13008-TA**

- *Todd M Arnold    tma@lnbyb.com*
- *Wesley H Avery    wavery@thebankruptcylawcenter.com, lucy@averytrustee.com*
- *James C Bastian    jbastian@shbllp.com*
- *Cristina E Bautista    , ecf.lax.docket@kattenlaw.com,nicole.jones@kattenlaw.com*
- *Sabrina Beavens    sbeavens@iurillolaw.com, ciurillo@iurillolaw.com*
- *Alan Betten    abetten@sagallaw.com*
- *Karen C Bifferato    kbifferato@connollygallagher.com, kbifferato@connollygallagher.com*
- *Mikel R Bistrow    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com*
- *Wanda Borges    ecfcases@borgeslawllc.com*
- *Dustin P Branch    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com;Pollack@ballardspahr.com*
- *Peter M Bransten    pbransten@glaserweil.com, kmorin@lgbfirm.com*
- *Jerrold L Bregman    ecf@brutzkusgubner.com, jbregman@brutzkusgubner.com*
- *Jess R Bressi    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com*
- *Robert Brier    bbrier@bihlaw.com, smann@bihlaw.com*
- *Mark Bringardner    Mark@stolllaw.com*
- *Heather D Brown    heather@hdbrownlaw.com*
- *David L Bruck    bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com*
- *Larry Butler    secured@becket-lee.com*
- *Frank Cadigan    frank.cadigan@usdoj.gov*
- *Gary O Caris    gcaris@diamondmccarthy.com, vgarcia@diamondmccarthy.com*
- *Shirley Cho    scho@pszjlaw.com*
- *Shawn M Christianson    cmcintire@buchalter.com, schristianson@buchalter.com*
- *Gail L Chung    GL@outtengolden.com, JXH@outtengolden.com;rmasubuchi@outtengolden.com;kdeleon@outtengolden.com;JAR@outtengolden.com;RSR@outtengolden.com;rfisher@outtengolden.com;rima-8863@ecf.pacerpro.com*
- *Ronald Clifford    rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com*
- *Cynthia M Cohen    ccohen@glaserweil.com, lmoya@glaserweil.com*
- *Leslie A Cohen    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;allie@lesliecohenlaw.com*
- *Lee A Collins    LCOLLINS@BOYARMILLER.COM*
- *Sean B Cooney    scooney@shb.com, scooney@shb.com*
- *Joseph Corrigan    Bankruptcy2@ironmountain.com*
- *Randy J Creswell    rcreswell@perkinsthompson.com, lmccleer@perkinsthompson.com*
- *Jeffry A Davis    jdavis@mintz.com, docketing@mintz.com*
- *Joseph P Davis    davisjo@gtlaw.com, wangm@gtlaw.com;laik@gtlaw.com*
- *Michael W Davis    mdavis@brutzkusgubner.com, ecf@brutzkusgubner.com*
- *Richard F DeLossa    rdelossa@kelleydrye.com, wtaylor@kelleydrye.com*
- *Denise Diaz    Denise.Diaz@rmsna.com*
- *Eldia M Diaz-Olmo    diazolmo@villamil.net, eldia.diazolmo@gmail.com*
- *John P Dillman    houston_bankruptcy@publicans.com*
- *Caroline Djang    cdjang@rutan.com*
- *Keith S Dobbins    kdobbinslaw@aol.com*
- *Jonathan R Doolittle    jdoolittle@reedsmith.com, renee-pelusi-2054@ecf.pacerpro.com;rpelusi@reedsmith.com;ashively@reedsmith.com;dkelley@reedsmith.com;bobmiller@kilmerlaw.com;cbroock@kilmerlaw.com;llhommedieu@kilmerlaw.com*
- *Glen Dresser    gombd@aol.com*
- *Reid E Dyer    reiddyer@mvalaw.com, davidwheeler@mvalaw.com*
- *Lei Lei Wang Ekvall    lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com*
- *Gary B Elmer    gelmer@ciardilaw.com*
- *Amanda N Ferns    aferns@fernslaw.com, mmakalintal@fernslaw.com*
- *M Douglas Flahaut    flahaut.douglas@arentfox.com*
- *Margaret G Foley    mgfoley05@gmail.com*
- *Joseph D Frank    jfrank@fgllp.com, rheiligman@fgllp.com;ccarpenter@fgllp.com;jkleinman@fgllp.com*
- *Roger F Friedman    rfriedman@rutan.com*
- *John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com*
- *Lauren N Gans    lgans@shensonlawgroup.com*
- *Sidney Garabato    sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com*
- *Jeffrey K Garfinkle    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com*
- *John S Garner    , semerson@frfirm.com*
- *Richard Girgado    rgirgado@counsel.lacounty.gov*
- *Barry S Glaser    bglaser@swesq.com, erhee@swesq.com*
- *Ronald E Gold    rgold@fbtlaw.com, joguinn@fbtlaw.com*
- *Stanley E Goldich    sgoldich@pszjlaw.com*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- *David B Golubchik   dbg@lnbyb.com, dbg@ecf.inforuptcy.com*
- *David M Goodrich   dgoodrich@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;dgoodrich@ecf.inforuptcy.com;kmccamey@sulmeyerlaw.com*
- *Leon B Gordon   sonya.ragsdale@mvbalaw.com*
- *William A Gray   bgray@sandsanderson.com, rarrington@sandsanderson.com*
- *Irving M Gross   img@lnbyb.com, john@lnbyb.com*
- *Steven T Gubner   sgubner@bg.law, ecf@bg.law*
- *Ralph P Guenther   rguenther@montereylaw.com*
- *Chad V Haes   chaes@marshackhays.com, ecfmarshackhays@gmail.com*
- *Mina Hakakian   mhakakian@lwmpartners.com*
- *Michael J Hauser   michael.hauser@usdoj.gov*
- *James H Henderson   henderson@title11.com, ginny@title11.com*
- *William H Heslup   william.heslup@illinois.gov*
- *Matthew C. Heyn   Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com*
- *Mark S Horoupian   mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;dperez@sulmeyerlaw.com;ppenn@ecf.inforuptcy.com*
- *Brian D Huben   hubenb@ballardspahr.com, carolod@ballardspahr.com*
- *James KT Hunter   jhunter@pszjlaw.com*
- *William E Ireland   wireland@hbblaw.com, cdraper@hbblaw.com*
- *Ronald N Ito   Ronald.Ito@doj.ca.gov, Susan.Lincoln@doj.ca.gov*
- *Jeanne M Jorgensen   jjorgensen@pj-law.com, cpage@pj-law.com*
- *Eve H Karasik   ehk@lnbyb.com*
- *Ori Katz   okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com*
- *Doah Kim   doah.kim@whitecase.com*
- *Simon Kimmelman   skimmelman@sillscummis.com*
- *Stuart I Koenig   Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com*
- *Michael S Kogan   mkogan@koganlawfirm.com*
- *Jason B Komorsky   ecf@brutzkusgubner.com, jkomorsky@brutzkusgubner.com*
- *Matthew Kramer   mkramer@wwhgd.com, iperez@wwhgd.com*
- *Jeffrey C Krause   jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com*
- *Mette H Kurth   mkurth@foxrothschild.com, pchlum@foxrothschild.com;mette-kurth-7580@ecf.pacerpro.com*
- *Jeffrey S Kwong   jsk@lnbyb.com, jsk@ecf.inforuptcy.com*
- *David Brian Lally   davidlallylaw@gmail.com*
- *Ian Landsberg   ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com*
- *William J Levant   wlevant@kaplaw.com, wlevant@gmail.com*

- *Lori A Lewis   lewisl004@mail.maricopa.gov*
- *James V Lombardi   jlombardi@rossbanks.com, kjohnson@rossbanks.com*
- *Melissa Davis Lowe   mdavis@shbllp.com, sswartzell@shbllp.com*
- *David J Mahoney   efilings@spallp.com*
- *Kathleen P March   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net*
- *Robert S Marticello   Rmarticello@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com*
- *David A Mawhinney   david.mawhinney@klgates.com*
- *Gordon G May   hpc@ggb-law.com*
- *Thor D McLaughlin   tmclaughlin@allenmatkins.com, igold@allenmatkins.com*
- *David W. Meadows   david@davidwmeadowslaw.com*
- *Christopher Minier   becky@ringstadlaw.com*
- *Eric A Mitnick   MitnickLaw@aol.com*
- *Sean N Nagel   , ldc@dr-slo.com*
- *Karen S. Naylor   knaylor@burd-naylor.com*
- *Karen S Naylor (TR)   acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com;knaylor@IQ7technology.com*
- *Brian R Nelson   becky@ringstadlaw.com, brian@ringstadlaw.com*
- *Mike D Neue   mneue@dynamic-law.com, mwjaraki@me.com*
- *Kevin N Newman   knewman@menterlaw.com, kmnbk@menterlaw.com*
- *Victor W Newmark   bankruptcy@evict.net*
- *William Novotny   william.novotny@mwmf.com*
- *Abigail V O'Brient   avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com*
- *Juliet Y Oh   jyo@lnbrb.com, jyo@lnbrb.com*
- *Keith C Owens   kowens@venable.com, bclark@venable.com;khoang@venable.com;DGIge@venable.com*
- *Ernie Zachary Park   ernie.park@bewleylaw.com*
- *Paul J Pascuzzi   ppascuzzi@ffwplaw.com*
- *Kristen N Pate   ggpbk@ggp.com*
- *Christopher J Petersen   cjpetersen@blankrome.com, gsolis@blankrome.com*
- *David M Poitras   dpoitras@jmbm.com, bt@jmbm.com;vr@jmbm.com;dmp@ecf.inforuptcy.com*
- *David L Pollack   pollack@ballardspahr.com, petlaka@ballardspahr.com*
- *Jeffrey N Pomerantz   jpomerantz@pszjlaw.com*
- *Kelly L Pope   kpope@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com*
- *David L Prince   dlp@redchamber.com*
- *Jennifer Pruski   jpruski@trainorfairbrook.com*
- *David M Reeder   dmr@vrmlaw.com, jle@vrmlaw.com*
- *Steven B Sacks   , jnakaso@sheppardmullin.com*
- *Steven B Sacks   ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com*
- *Diane W Sanders   austin.bankruptcy@publicans.com*
- *Nanette D Sanders   becky@ringstadlaw.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012
DOCS_LA:294207.1 03751/002

F 9013-3.1.PROOF.SERVICE

- *Allan D Sarver    ADS@asarverlaw.com*
- *Scott A Schiff    sas@soukup-schiff.com*
- *Lance A Selfridge    lances@lbbslaw.com, Susan.Awe@lewisbrisbois.com*
- *James R Selth    jim@wsrlaw.net, jselth@yahoo.com;melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com*
- *Michael J Shane    mshane@eplawyers.com, bsilva@eplawyers.com*
- *Jeffrey S Shinbrot    jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com*
- *William H Short    bill.short@arlaw.com, candice.carter@arlaw.com*
- *Evan D Smiley    esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com*
- *Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com*
- *Louis F Solimine    Louis.Solimine@thompsonhine.com*
- *Owen M Sonik    osonik@pbfcm.com, tpope@pbfcm.com*
- *Howard Steinberg    steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com*
- *Rick A Steinberg    rsteinberg@nakblaw.com*
- *Norman C Sullivan    jgarner@frfirm.com,semerson@frfirm.com*
- *Salina R Thomas    bankruptcy@co.kern.ca.us*
- *United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov*

- *Daniel R Utain    dutain@kaplaw.com, kcoughlin@kaplaw.com*
- *Kimberly Walsh    bk-kwalsh@texasattorneygeneral.gov*
- *Howard J Weg    hweg@robinskaplan.com*
- *Jeffrey T Wegner    jeffrey.wegner@kutakrock.com, lisa.peters@kutakrock.com*
- *David R. Weinstein    dweinstein@weinsteinlawfirm.net*
- *Daniel J Weintraub    dan@wsrlaw.net, melissa@wsrlaw.net;vinnet@ecf.inforuptcy.com*
- *Gilbert B Weisman    notices@becket-lee.com*
- *Elizabeth Weller    dallas.bankruptcy@publicans.com*
- *Lee G Werner    leegwerner@gmail.com*
- *Steven Werth    swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;kmccamey@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com*
- *Brian D Wesley    brian.wesley@doj.ca.gov*
- *Eric R Wilson    kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com*
- *Brian Barouir Yeretzian    byeretzian@jhindslaw.com, yeretzian@gmail.com*
- *Roye Zur    rzur@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;njanbay@lgbfirm.com*

**2.  <u>SERVED BY UNITED STATES MAIL</u>:**

Matthew C. Heyn
Deputy Attorney General
300 South Spring Street, # 1702
Los Angeles, CA 90013

John T Banks
Perdue Brandon Fielder Collins & Mott
3301 Northland Dr, Ste 505
Austin, TX 78731

Ivan M Castro Ortiz
Aldarondo & Lopez Bras
ALB Plaza #16 Carr.199, Ste 400
Guaynabo, P.R. 00969

Elizabeth Banda Calvo
Perdue Brandon Fielder Collins & Mott LL
500 E Border St Ste 640
Arlington, TX 76010

Eboney Cobb
Perdue Brandon Fielder Collins & Mott LL
500 E Border St Ste 640
Arlington, TX 76010

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:294207.1 03751/002

**F 9013-3.1.PROOF.SERVICE**

International Business Machines
Credit LLC (ICC)
IBM Corporation
275 Viger East
Montreal, Quebec H2X 3R7

IBM Credit LLC
c/o Paul Wearing
Special Handling Group - MD NC317
North Castle Drive
Armonk, NY 10504

Christina Flores
Flores, Flores, Canales & Chu, PLLC
5517 McPherson, Ste 14
Laredo, TX 78041

Todd R Gabriel
Law Offices of Todd R Gabriel
3525 Del Mar Heights Rd, Ste 240Christina Flores
Flores, Flores, Canales & Chu, PLLC
5517 McPherson, Ste. 14
Laredo, Texas 78041

Rebecca J. Winthrop
Norton Rose Fulbright US LLP
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:294207.1 03751/002