| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Karen Sue Naylor - State Bar No. 144273<br>Chapter 7 Trustee<br>4343 Von Karman Avenue, Suite 300<br>Newport Beach, CA 92660<br>Telephone  (949) 851-7450<br>Facsimile   (949) 851-6926<br>Email   karen@ringstadlaw.com<br><br>Chapter 7 Trustee<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>ANNAS LINENS, INC.<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.:  8:15-bk-13008 TA<br>CHAPTER: 7<br><br>**NOTICE OF MOTION AND MOTION FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE**<br><br>**[LBR 2016-2]**<br><br>[No hearing unless requested under LBR 9013-1(o)] |

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee filed the following motion for court approval of the trustee's request to make cash disbursements.  The court may grant the motion without a hearing unless you file, and serve on the trustee and the United States trustee, a written opposition to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail, electronically, or pursuant to F.R.Civ.P. 5(b)(2)(D), (E), or (F).  If an opposition is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing.  Failure to file an opposition may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is  12/31/2022   .
3. Cash disbursements period:  07/01/2019    to  06/30/2020   .
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 1    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: 5-7-19

*Signature of the chapter 7 trustee or the trustee's attorney*

Karen Sue Naylor, Chapter 7 Trustee
*Printed name of the chapter 7 trustee or the trustee's attorney*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 2016-2.2.MOTION.TRUSTEE.DISBURSE

## DECLARATION OF TRUSTEE

I, <u>Karen Sue Naylor</u>, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| <u>5-7-19</u> | Karen Sue Naylor, Chapter 7 Trustee | /s/ Karen Sue Naylor, Trustee |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

*Insert specific facts of case*:

This case was commenced by the filing of a voluntary Chapter 11 petition on June 14, 2015 by Annas Linens, Inc., the Debtor. By order entered March 30, 2016, the case was converted to one under Chapter 7 and Karen Sue Naylor was appointed as the Chapter 7 Trustee. As this case is a Mega case, there is an extensive amount of information that the Trustee and her counsel were required to obtain and review. There were substantial claims by and against the Debtor, certain vendors and against the Debtor's pre- and post-petition lenders and insiders. In addition, the Debtor had scheduled in excess of $80 million in payments in the 90 days prior to the bankruptcy filing and a considerable number of payments made to or for the benefit of insiders. In conducting due diligence, the Trustee learned that the hard copies of the books and records remain in a storage unit.

Since the Trustee's appointment she has administered several assets for the benefit of the estate, including avoidance actions, complex litigation matters, and recovery from class action settlements. Access to the books and records remains essential until all pending matters are resolved.

STORAGE FEES ($136.70 per month plus document retrieval stipend of $150 per month)
The Trustee is informed that the Debtor stored its physical documents at Docu-Trust located at East Mill Street in San Bernardino, California. The Trustee is informed that there are 312 boxes stored at this facility and has been provided with an inventory of the boxes. The Trustee is further informed that she or her counsel can request certain documents for a fee which will include the storage facility pulling the boxes and delivering them. The Trustee is informed that the cost to pull one box is $2.75 plus $20.00 each way for delivery/pickup. The Trustee seeks a monthly stipend of $ 150.00 for box retrieval and delivery and requests that any amount not used one month can be used in subsequent months in the event there is a large document retrieval required. The Trustee continues to access the documents for investigation and litigation purposes.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ _____ Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ 136.70_____ Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ 150.00_____ Other: Monthly Retrieval Stipend for docs in storage

$ _____ Other: _____

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 5    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

   $ _____ Other: _____

   $ _____ Other: _____

   $ _____ Other: _____

**Total:**  $ 286.70_____   Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

   $_____ Locksmith Services

   $_____ Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

   $_____ Advertising Sale of Assets

   $_____ Books and Records Destruction Costs

   $_____ Postpetition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

   $_____ Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

   $_____ Other: _____

   $_____ Other: _____

   $_____ Other: _____

**Total:**  $ 0.00_____   Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

It is essential for the Trustee to be able to obtain and review documents in connection with this case and in the course of litigation in order to adequately administer the assets in this case and to investigate the financial affairs of the Debtor. In addition, until the case is fully administered, it is also essential for the Trustee to store the documents particularly in light of pending litigation and the administration of claims for the benefit of the estate.

Upon determination that certain books and records can be abandoned or destroyed, the Trustee will apply to the Court for such authority so as to thereafter eliminate the monthly expenditures.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*  Page 6  **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4343 Von Karman Avenue, Suite 300, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/08/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 05/08/2019, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 05/08/2019, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

VIA PERSONAL DELIVERY (To Bin By 5th Floor Elevators)
Hon. Judge Theodor C Albert, U.S. Bankruptcy Court, 411 West Fourth Street, Bin by 5th Floor Elevators/Suite 5085, Santa Ana, CA  92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/08/2019 | Jaimee Zayicek | */s/ Jaimee Zayicek* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015* | Page 7 | **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- **Todd M Arnold**  tma@lnbyb.com
- **Wesley H Avery**  wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- **James C Bastian**  jbastian@shbllp.com
- **Cristina E Bautista**  , ecf.lax.docket@kattenlaw.com
- **Alan Betten**  abetten@sagallaw.com
- **Karen C Bifferato**  kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
- **Mikel R Bistrow**  mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- **Wanda Borges**  ecfcases@borgeslawllc.com
- **Dustin P Branch**  branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Peter M Bransten**  pbransten@glaserweil.com, dsanchez@glaserweil.com
- **Jerrold L Bregman**  ecf@bg.law, jbregman@bg.law
- **Jess R Bressi**  jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Robert Brier**  bbrier@bihlaw.com, smann@bihlaw.com
- **Mark Bringardner**  Mark@stolllaw.com
- **Heather D Brown**  heather@hdbrownlaw.com
- **David L Bruck**  bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com
- **Larry Butler**  notices@becket-lee.com
- **Frank Cadigan**  frank.cadigan@usdoj.gov
- **Gary O Caris**  gcaris@btlaw.com
- **Stephanie Chau**  schau@carltonfields.com
- **Sara Chenetz**  schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com
- **Shirley Cho**  scho@pszjlaw.com
- **Shawn M Christianson**  cmcintire@buchalter.com, schristianson@buchalter.com
- **Ronald Clifford**  rclifford@blakeleyllp.com, ecf@blakeleyllp.com;seb@blakeleyllp.com;info@ecf.inforuptcy.com
- **Cynthia M Cohen**  cynthiacohen@saminicohen.com
- **Leslie A Cohen**  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;odalys@lesliecohenlaw.com
- **Lee A Collins**  LCOLLINS@BOYARMILLER.COM
- **Sean B Cooney**  scooney@shb.com, scooney@shb.com
- **Joseph Corrigan**  Bankruptcy2@ironmountain.com
- **Randy J Creswell**  rcreswell@perkinsthompson.com, lmccleer@perkinsthompson.com
- **Jeffry A Davis**  jdavis@mintz.com, docketing@mintz.com
- **Joseph P Davis**  davisjo@gtlaw.com, wangm@gtlaw.com;laik@gtlaw.com
- **Michael W Davis**  mdavis@bg.law, ecf@bg.law
- **Walter J DeLorrell**  walter.delorrell@sdcounty.ca.gov, nancy.beltran@sdcounty.ca.gov
- **Richard F DeLossa**  rdelossa@kelleydrye.com, wtaylor@kelleydrye.com
- **Denise Diaz**  Denise.Diaz@rmsna.com
- **Eldia M Diaz-Olmo**  diazolmo@villamil.net, eldia.diazolmo@gmail.com
- **John P Dillman**  houston_bankruptcy@publicans.com
- **Caroline Djang**  caroline.djang@bbklaw.com, julie.urquhart@bbklaw.com;sansanee.wells@bbklaw.com;paul.nordlund@bbklaw.com
- **Keith S Dobbins**  keith@kdobbinslaw.com
- **Jonathan R Doolittle**  jdoolittle@reedsmith.com, renee-pelusi-2054@ecf.pacerpro.com;rpelusi@reedsmith.com;ashively@reedsmith.com;dkelley@reedsmith.c

om;bobmiller@kilmerlaw.com;cbroock@kilmerlaw.com;llhommedieu@kilmerlaw.com;bgonshorowski@reedsmith.com
- **Glen Dresser**    gombd@aol.com
- **Reid E Dyer**    reiddyer@mvalaw.com, davidwheeler@mvalaw.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Gary B Elmer**    gelmer@ciardilaw.com
- **Amanda N Ferns**    aferns@fernslaw.com, mmakalintal@fernslaw.com
- **M Douglas Flahaut**    flahaut.douglas@arentfox.com
- **Margaret G Foley**    mgfoley05@gmail.com
- **Joseph D Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Roger F Friedman**    rfriedman@rutan.com
- **John-Patrick M Fritz**    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **Thomas M Gaa**    tgaa@bbslaw.com
- **Lauren N Gans**    lgans@shensonlawgroup.com
- **Sidney Garabato**    sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- **Jeffrey K Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **John S Garner**    , semerson@frfirm.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Bernard R Given**    bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com
- **Barry S Glaser**    bglaser@swesq.com, erhee@swesq.com
- **Ronald E Gold**    rgold@fbtlaw.com, joguinn@fbtlaw.com
- **Stanley E Goldich**    sgoldich@pszjlaw.com
- **David B Golubchik**    dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **David M Goodrich**    dgoodrich@wgllp.com, vrosales@wgllp.com;kadele@wgllp.com
- **Leon B Gordon**    bankruptcy@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com;tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com
- **William A Gray**    bgray@sandsanderson.com, rarrington@sandsanderson.com
- **Irving M Gross**    img@lnbyb.com, john@lnbyb.com
- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Ralph P Guenther**    rguenther@montereylaw.com
- **Mirco J Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Mina Hakakian**    mhakakian@lwmpartners.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **James H Henderson**    henderson@title11.com, ginny@title11.com
- **William H Heslup**    william.heslup@illinois.gov
- **Matthew C. Heyn**    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Mark S Horoupian**    mhoroupian@sulmeyerlaw.com, ppenn@sulmeyerlaw.com;mhoroupian@ecf.inforuptcy.com;ppenn@ecf.inforuptcy.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Joan Huh**    joan.huh@cdtfa.ca.gov
- **James KT Hunter**    jhunter@pszjlaw.com
- **Joseph R Ignatuk**    rignatuk@shbllp.com, lverstegen@shbllp.com
- **William E Ireland**    wireland@hbblaw.com, cdraper@hbblaw.com
- **Ronald N Ito**    Ronald.Ito@doj.ca.gov, Valerie.Thompson@doj.ca.gov
- **Nina Z Javan**    nina@wsrlaw.net, brian@wsrlaw.net
- **Kenneth E Johnson**    kjohnson@tocounsel.com, jortiz@tocounsel.com

- **Jeanne M Jorgensen**  jjorgensen@pj-law.com, cpage@pj-law.com
- **Eve H Karasik**  ehk@lnbyb.com
- **Ori Katz**  okatz@sheppardmullin.com, cshulman@sheppardmullin.com;ezisholtz@sheppardmullin.com
- **Doah Kim**  doah.kim@whitecase.com
- **Simon Kimmelman**  skimmelman@sillscummis.com
- **Stuart I Koenig**  Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Jason B Komorsky**  ecf@bg.law, jkomorsky@bg.law
- **Matthew Kramer**  mkramer@wwhgd.com, iperez@wwhgd.com
- **Jeffrey C Krause**  jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Mette H Kurth**  mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- **Jeffrey S Kwong**  jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **David Brian Lally**  davidlallylaw@gmail.com
- **Ian Landsberg**  ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- **William J Levant**  wlevant@kaplaw.com, wlevant@gmail.com
- **Lori A Lewis**  lewisl004@mail.maricopa.gov
- **Gail C Lin**  GL@outtengolden.com, JXH@outtengolden.com;kdeleon@outtengolden.com;JAR@outtengolden.com;RSR@outtengolden.com;rfisher@outtengolden.com;rima-8863@ecf.pacerpro.com;jquinonez@outtengolden.com;bkouroupas@outtengolden.com
- **James V Lombardi**  jlombardi@rossbanks.com, kjohnson@rossbanks.com;cnivens@rossbanks.com
- **Melissa Davis Lowe**  mlowe@shbllp.com, avernon@shbllp.com
- **David J Mahoney**  efilings@spallp.com
- **Kathleen P March**  kmarch@bkylawfirm.com, kmarch3@sbcglobal.net
- **Robert S Marticello**  Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;1garrett@swelawfirm.com;jchung@swelawfirm.com
- **David A Mawhinney**  david.mawhinney@klgates.com
- **Gordon G May**  hpc@ggb-law.com
- **Thor D McLaughlin**  tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Joel S. Miliband**  jmiliband@brownrudnick.com
- **Christopher Minier**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Eric A Mitnick**  MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Klaus P Muthig**  muthigk@mcao.maricopa.gov, geiserr@mcao.maricopa.gov
- **Sean N Nagel**  , ldc@dr-slo.com
- **Karen S. Naylor**  knaylor@burd-naylor.com, Karen@ringstadlaw.com;jaimee@ringstadlaw.com
- **Karen S. Naylor**  Becky@ringstadlaw.com, Karen@ringstadlaw.com;jaimee@ringstadlaw.com
- **Karen S Naylor (TR)**  alane@ringstadlaw.com, knaylor@IQ7technology.com
- **Brian R Nelson**  becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com
- **Mark A Neubauer**  mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
- **Mike D Neue**  mneue@dynamic-law.com, mwjaraki@me.com
- **Kevin M Newman**  knewman@barclaydamon.com, kmnbk@barclaydamon.com

- **Victor W Newmark**  bankruptcy@evict.net
- **William Novotny**  william.novotny@mwmf.com
- **Abigail V O'Brient**  avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com;GJLeon@mintz.com
- **Juliet Y Oh**  jyo@lnbrb.com, jyo@lnbrb.com
- **Keith C Owens**  kowens@venable.com, khoang@venable.com
- **Ernie Zachary Park**  ernie.park@bewleylaw.com
- **Paul J Pascuzzi**  ppascuzzi@ffwplaw.com, lnlasley@ffwplaw.com
- **Kristen N Pate**  ggpbk@ggp.com
- **Christopher J Petersen**  cjpetersen@blankrome.com, gsolis@blankrome.com
- **David M Poitras**  dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com
- **David L Pollack**  pollack@ballardspahr.com, petlaka@ballardspahr.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Kelly L Pope**  kpope@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- **David L Prince**  dlp@redchamber.com
- **Jennifer Pruski**  jpruski@trainorfairbrook.com
- **Brett Ramsaur**  brett@ramsaurlaw.com, martha.araki@gmail.com;info@ramsaurlaw.com
- **Todd C. Ringstad**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Steven B Sacks**  , jnakaso@sheppardmullin.com
- **Steven B Sacks**  ssacks@sheppardmullin.com, jnakaso@sheppardmullin.com
- **Diane W Sanders**  austin.bankruptcy@publicans.com
- **Nanette D Sanders**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Allan D Sarver**  ADS@asarverlaw.com
- **Scott A Schiff**  sas@soukup-schiff.com
- **Steven R Schlesinger**  sschlesinger@jaspanllp.com, smionis@jaspanllp.com;rcoles@jaspanllp.com;tnavruzov@jaspanllp.com
- **Lance A Selfridge**  lances@lbbslaw.com, Susan.Awe@lewisbrisbois.com
- **James R Selth**  jim@wsrlaw.net, jselth@yahoo.com;brian@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **Michael J Shane**  mshane@eplawyers.com, bsilva@eplawyers.com
- **Jonathan Shenson**  jshenson@shensonlawgroup.com
- **Jeffrey S Shinbrot**  jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **William H Short**  bill.short@arlaw.com, candice.carter@arlaw.com
- **Evan D Smiley**  esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Robyn B Sokol**  ecf@bg.law, rsokol@bg.law
- **Louis F Solimine**  Louis.Solimine@thompsonhine.com
- **Owen M Sonik**  osonik@pbfcm.com, tpope@pbfcm.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **Rick A Steinberg**  rsteinberg@nakblaw.com
- **Norman C Sullivan**  jgarner@frfirm.com,semerson@frfirm.com
- **Salina R Thomas**  bankruptcy@co.kern.ca.us
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Daniel R Utain**  dutain@kaplaw.com, kcoughlin@kaplaw.com
- **Kimberly Walsh**  bk-kwalsh@texasattorneygeneral.gov
- **Howard J Weg**  hweg@robinskaplan.com
- **Jeffrey T Wegner**  jeffrey.wegner@kutakrock.com, lisa.peters@kutakrock.com

- **David R. Weinstein**  dweinstein@weinsteinlawfirm.net
- **Daniel J Weintraub**  dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;brian@wsrlaw.net
- **Gilbert B Weisman**  notices@becket-lee.com
- **Elizabeth Weller**  dallas.bankruptcy@publicans.com
- **Lee G Werner**  leegwerner@gmail.com
- **Steven Werth**  swerth@sulmeyerlaw.com, asokolowski@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;asokolowski@ecf.inforuptcy.com;swerth@ecf.inforuptcy.com
- **Brian D Wesley**  brian.wesley@doj.ca.gov
- **Eric R Wilson**  kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- **Brian Barouir Yeretzian**  byeretzian@jhindslaw.com, yeretzian@gmail.com
- **Roye Zur**  rzur@lgbfirm.com, srichmond@lgbfirm.com;emeza@lgbfirm.com;vrichmond@lgbfirm.com

**TO BE SERVED BY UNITED STATES MAIL:**

**John T Banks**
Perdue Brandon Fielder Collins & Mott
3301 Northland Dr, Ste 505
Austin, TX 78731

**Ivan M Castro Ortiz**
Aldarondo & Lopez Bras
ALB Plaza #16 Carr.199, Ste 400
Guaynabo, P.R. 00969

**International Business Machines Credit LLC (ICC)**
IBM Corporation
275 Viger East
Montreal, Quebec H2X 3R7

**IBM Credit LLC**
c/o Paul Wearing
Special Handling Group - MD NC317
North Castle Drive
Armonk, NY 10504

**Christina Flores**
Flores, Flores, Canales & Chu, PLLC
5517 McPherson, Ste 14
Laredo, TX 78041

**Todd R Gabriel**
Law Offices of Todd R Gabriel
3525 Del Mar Heights Rd, Ste 240
San Diego, CA 92130-2122