Nanette D. Sanders (State Bar No. 120169)
nanette@ringstadlaw.com
R. Chase Donahoo (State Bar No. 322191)
chase@ringstadlaw.com
RINGSTAD & SANDERS LLP
4343 Von Karman Avenue, Suite 300
Newport Beach, CA 92660
Telephone: 949-851-7450
Facsimile: 949-851-6926

Counsel for Chapter 7 Trustee,
Karen Sue Naylor

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>ANNA'S LINENS, INC.,<br><br>Debtor. | CASE NO. 8:15-BK-13008 TA<br><br>Chapter 7 Proceeding<br><br>**DECLARATION OF CHAPTER 7 TRUSTEE, KAREN SUE NAYLOR, IN SUPPORT OF INTERIM FEE APPLICATIONS and GENERAL CASE STATUS**<br><br><u>Hearing Date and Time:</u><br><br>Date: June 30, 2020<br>Time: 11:00 a.m.<br>Crtm: Courtroom 5B<br>     411 West Fourth Street<br>     Santa Ana, California 92701 |

I, Karen Sue Naylor, declare:

1. I am the duly appointed, qualified and acting Chapter 7 Trustee for the bankruptcy estate (the "Estate") of Anna's Linens, Inc. (the "Debtor"). The matters set forth herein are of my own personal knowledge and, if called upon to do so, I could and would competently testify as to the truth of the matters set forth herein, except those matters set forth on information and belief, as to which I am informed and believe they are true.

2. I submit this declaration in support of:

  A. The Seventh Interim Application for Allowance of Fees and Reimbursement of Costs filed by Ringstad & Sanders LLP ("R&S") [Docket No. 2779];

  B. The Sixth Interim Fee Application for Allowance of Fees and Expenses filed by Hahn Fife & Company ("Hahn") [Docket No. 2778];

  C. The Second Interim Application for Payment of Fees and/or Expenses filed by Mcleod Law Group, APC ("McLeod") [Docket No. 2780]; and,

  D. The Second Interim Fee Application for Snell & Wilmer LLP for Approval of Compensation and Reimbursement of Expenses ("S&W") [Docket No. 2775].

The R&S, Hahn, McLeod and S&W Applications are herein collectively referred to as the "Applications".

  3. I have reviewed the Applications and I am fully familiar with the services performed by each of the professionals engaged to perform services on behalf of the Estate, which services I believe to have been reasonable and necessary. I have no objection to the Applications and the requests for compensation contained therein.

  4. The Estate presently has on hand sufficient unencumbered funds to satisfy all fees and expenses requested. As set forth in the Declaration of Nanette D. Sanders filed in support of the R&S Application, I am presently holding in excess of $7,100,000 in funds on behalf of the Estate, with $700,000 of these funds earmarked per order of the Court [Dkt. No. 1478].

  5. By way of case update, I can report to the Court that asset liquidation is substantially complete. I am in the process of documenting a proposed resolution with one of the Debtor's former workers' compensation insurance carriers. Pre-petition the Debtor had posted a letter of credit in favor of the carrier, which letter of credit was drawn post-petition with Court approval. The carrier currently holds substantial proceeds which, according to the terms of the operative policy, are to remain with the carrier until all potential claims have been fully and finally resolved. I have negotiated a resolution which will provide for the

return of a portion of the proceeds on hand to the Estate. I anticipate having a motion on file to approve this compromise before the end of the month. I am endeavoring to reach a similar resolution with an additional workers' compensation insurance carrier, which is also holding what I believe to be letter of credit proceeds in excess of any potential liability under the policy. Together I estimate that the funds to be received by the Estate from compromises with these two carriers to be well in excess of $600,000.

6. As of the date hereof, multiple adversary proceedings remain pending. One, referred to in the R&S Application as the "Warn Act Adversary", involves the claims of the Debtor's former employees for alleged post-petition violations of the Federal and California WARN Act statutes, and seeks multiple six-figures in damages. With the assistance of my special litigation counsel in that matter, settlement discussions are progressing and I hope to have this matter, which will result in a Chapter 11 administrative claim against the Estate, resolved this year. Until this adversary is resolved and the Chapter 11 administrative claim determined/allowed, I am unable to create a claims waterfall analysis demonstrating likely distributions to Chapter 11 administrative creditors, or seek an order of the Court authorizing interim distributions to Chapter 11 administrative creditors.

7. Four preference recovery adversary proceedings are pending against officers of the Debtor who took withdrawals from the Debtor's Deferred Compensation Plan. By these adversary proceedings, I am seeking to recover approximately $1,200,000. As set forth in the R&S Application, these adversary proceedings are being vigorously defended by the defendants, with the Debtor's D&O carrier reimbursing the defendants their costs of defense. Don Fife is my expert witness in these adversary proceedings. His expert report was transmitted to the defendants on June 5, 2020, a discovery cut-off date of August 28, 2020 is pending, and the matters are scheduled for pre-trial conference on October 29, 2020.

8. Lastly, an adversary action was commenced against Scott Gladstone, the Debtor's former president, seeking to recover damages for his alleged negligence in failing to direct the Debtor to abide by the Federal and California WARN Act statutes when he ordered post-petition layoffs. This alleged failure resulted in the commencement of the Warn Act

1  Adversary referenced above. The adversary against Mr. Gladstone is presently being held in
2  abeyance until the Warn Act Adversary is resolved, as such resolution will establish the
3  Estate's alleged damages.

4    9.    I request that the Court allow the fees and costs requested by the Applications
5  and authorize same to be paid forthwith, or in my discretion, based on the facts and
6  circumstances of this case.

7    I declare under penalty of perjury under the laws of the United States that the
8  foregoing is true and correct to the best of my knowledge. Executed this 9th day of June
9  2020 at Newport Beach, California.

Karen Sue Naylor

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4343 Von Karman Avenue, Suite 300, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): **DECLARATION OF CHAPTER 7 TRUSTEE, KAREN SUE NAYLOR, IN SUPPORT OF INTERIM FEE APPLICATIONS, GENERAL CASE STATUS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 9, 2020, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that he following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**SEE ATTACHED ELECTRONIC MAIL NOTICE LIST**

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On June 9, 2020, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Via US Mail**: Honorable Theodor C. Albert, U.S. Bankruptcy Court, Ronald Reagan Federal Building, 411 W. Fourth St., Suite 5085/Bin beside 5th Floor Elevators, Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 9, 2020 | Becky Metzner | /s/ Becky Metzner |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                     F 9013-3.1.PROOF.SERVICE

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Todd M Arnold**    tma@lnbyb.com
- **Wesley H Avery**    wes@averytrustee.com, lucy@averytrustee.com;Isabel@averytrustee.com
- **James C Bastian**    jbastian@shulmanbastian.com
- **Cristina E Bautista**    , ecf.lax.docket@kattenlaw.com
- **Alan Betten**    abetten@sagallaw.com
- **Karen C Bifferato**    kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
- **Mikel R Bistrow**    mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- **Wanda Borges**    ecfcases@borgeslawllc.com
- **Dustin P Branch**    branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Peter M Bransten**    pbransten@glaserweil.com, dsanchez@glaserweil.com
- **Jerrold L Bregman**    ecf@bg.law, jbregman@bg.law
- **Jess R Bressi**    jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Robert Brier**    bbrier@bihlaw.com, smann@bihlaw.com
- **Mark Bringardner**    Mark@stolllaw.com
- **Heather D Brown**    heather@hdbrownlaw.com
- **David L Bruck**    bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com
- **Larry Butler**    notices@becket-lee.com
- **Frank Cadigan**    frank.cadigan@usdoj.gov
- **Gary O Caris**    gcaris@btlaw.com, slmoore@btlaw.com;rsutton@btlaw.com
- **Stephanie Chau**    schau@carltonfields.com
- **Shirley Cho**    scho@pszjlaw.com
- **Shawn M Christianson**    cmcintire@buchalter.com, schristianson@buchalter.com
- **Ronald Clifford**    rclifford@blakeleyllp.com, ecf@blakeleyllp.com;info@ecf.inforuptcy.com
- **Cynthia M Cohen**    ccohen@brownwhitelaw.com
- **Leslie A Cohen**    leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
- **Lee A Collins**    LCOLLINS@BOYARMILLER.COM
- **Sean B Cooney**    scooney@shb.com, scooney@shb.com
- **Joseph Corrigan**    Bankruptcy2@ironmountain.com
- **Randy J Creswell**    rcreswell@perkinsthompson.com, lmccleer@perkinsthompson.com
- **Jeffry A Davis**    jdavis@mintz.com, docketing@mintz.com
- **Joseph P Davis**    davisjo@gtlaw.com, wangm@gtlaw.com;laik@gtlaw.com
- **Michael W Davis**    mdavis@dtolaw.com, jmartinez@dtolaw.com
- **Walter J DeLorrell**    walter.delorrell@sdcounty.ca.gov, nancy.beltran@sdcounty.ca.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **Richard F DeLossa**    rdelossa@kelleydrye.com, wtaylor@kelleydrye.com
- **Denise Diaz**    Denise.Diaz@rmsna.com
- **Eldia M Diaz-Olmo**    diazolmo@villamil.net, eldia.diazolmo@gmail.com
- **John P Dillman**    houston_bankruptcy@publicans.com
- **Caroline Djang**    caroline.djang@bbklaw.com, C190@ecfcbis.com;sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com
- **Keith S Dobbins**    keith@kdobbinslaw.com
- **Richard C Donahoo**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Jonathan R Doolittle**    jdoolittle@reedsmith.com
- **Glen Dresser**    gombd@aol.com
- **Reid E Dyer**    reiddyer@mvalaw.com, davidwheeler@mvalaw.com
- **Lei Lei Wang Ekvall**    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Gary B Elmer**    gelmer@ciardilaw.com
- **Amanda N Ferns**    aferns@fernslaw.com, mmakalintal@fernslaw.com
- **M Douglas Flahaut**    flahaut.douglas@arentfox.com
- **Margaret G Foley**    mgfoley05@gmail.com
- **Joseph D Frank**    jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Roger F Friedman**    rfriedman@rutan.com
- **John-Patrick M Fritz**    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **Eric J Fromme**    efromme@tocounsel.com, stena@tocounsel.com
- **Thomas M Gaa**    tgaa@bbslaw.com
- **Lauren N Gans**    lgans@shensonlawgroup.com
- **Sidney Garabato**    sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- **Jeffrey K Garfinkle**    jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **John S Garner**    , semerson@frfirm.com
- **Richard Girgado**    rgirgado@counsel.lacounty.gov
- **Bernard R Given**    bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com
- **Barry S Glaser**    bglaser@lkfirm.com, ksimonian@lkfirm.com
- **Ronald E Gold**    rgold@fbtlaw.com, joguinn@fbtlaw.com
- **Stanley E Goldich**    sgoldich@pszjlaw.com
- **David B Golubchik**    dbg@lnbyb.com, stephanie@lnbyb.com
- **David M Goodrich**    dgoodrich@wgllp.com, vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com
- **Leon B Gordon**    bankruptcy@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com;tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com
- **William A Gray**    bgray@sandsanderson.com, rarrington@sandsanderson.com
- **Irving M Gross**    img@lnbyb.com, john@lnbyb.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **Steven T Gubner**    sgubner@bg.law, ecf@bg.law
- **Ralph P Guenther**    rguenther@montereylaw.com
- **Mirco J Haag**    mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Mina Hakakian**    mhakakian@lwmpartners.com
- **Christopher J Harney**    charney@tocounsel.com, stena@tocounsel.com
- **Michael J Hauser**    michael.hauser@usdoj.gov
- **James H Henderson**    henderson@title11.com, ginny@title11.com
- **William H Heslup**    william.heslup@illinois.gov
- **Matthew C. Heyn**    Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Mark S Horoupian**    mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Brian D Huben**    hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Joan Huh**    joan.huh@cdtfa.ca.gov
- **James KT Hunter**    jhunter@pszjlaw.com
- **Joseph R Ignatuk**    rignatuk@shulmanbastian.com, sseelert@shulmanbastian.com
- **William E Ireland**    wireland@hbblaw.com, cdraper@hbblaw.com
- **Ronald N Ito**    Ronald.Ito@doj.ca.gov, Valerie.Thompson@doj.ca.gov
- **Nina Z Javan**    nina.javan@swmllp.com
- **Kenneth E Johnson**    kjohnson@tocounsel.com, jortiz@tocounsel.com
- **Jeanne M Jorgensen**    jjorgensen@pj-law.com, cpage@pj-law.com
- **Eve H Karasik**    ehk@lnbyb.com
- **Ori Katz**    okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Doah Kim**    doah.kim@whitecase.com
- **Simon Kimmelman**    skimmelman@sillscummis.com
- **Stuart I Koenig**    Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Michael S Kogan**    mkogan@koganlawfirm.com
- **Jason B Komorsky**    ecf@bg.law, jkomorsky@bg.law
- **Matthew Kramer**    mkramer@wwhgd.com, iperez@wwhgd.com
- **Jeffrey C Krause**    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Mette H Kurth**    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Paul B La Scala**    plascala@shb.com, hkeresztes@shb.com
- **David Brian Lally**    davidlallylaw@gmail.com
- **Ian Landsberg**    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com
- **Erin D Leach**    eleach@swlaw.com, tmartin@swlaw.com
- **William J Levant**    wlevant@kaplaw.com, wlevant@gmail.com
- **Lori A Lewis**    lewisl004@mail.maricopa.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**

- **Gail C Lin**   GCL@raisnerroupinian.com, warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com
- **James V Lombardi**   jlombardi@rossbanks.com, kjohnson@rossbanks.com;cnivens@rossbanks.com
- **Melissa Davis Lowe**   mlowe@shulmanbastian.com, sswartzell@shulmanbastian.com
- **David J Mahoney**   efilings@spallp.com
- **Kathleen P March**   kmarch@bkylawfirm.com, kmarch3@sbcglobal.net
- **Robert S Marticello**   Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **David A Mawhinney**   david.mawhinney@klgates.com
- **Gordon G May**   hpc@ggb-law.com
- **Thor D McLaughlin**   tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **David W. Meadows**   david@davidwmeadowslaw.com
- **Joel S. Miliband**   jmiliband@brownrudnick.com
- **Christopher Minier**   becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Eric A Mitnick**   MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Dennette A Mulvaney**   dmulvaney@leechtishman.com, lmoya@leechtishman.com
- **Klaus P Muthig**   muthigk@mcao.maricopa.gov, geiserr@mcao.maricopa.gov
- **Sean N Nagel**   , ldc@dr-slo.com
- **Karen S. Naylor**   knaylor@burd-naylor.com, Karen@ringstadlaw.com;jaimee@ringstadlaw.com
- **Karen S. Naylor**   Becky@ringstadlaw.com, Karen@ringstadlaw.com;jaimee@ringstadlaw.com
- **Karen S Naylor (TR)**   alane@ringstadlaw.com, knaylor@IQ7technology.com
- **Brian R Nelson**   becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com
- **Mark A Neubauer**   mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;schau@carltonfields.com;NDunn@carltonfields.com;ecfla@carltonfields.com
- **Mike D Neue**   mneue@dynamic-law.com
- **Kevin M Newman**   knewman@barclaydamon.com, kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
- **Victor W Newmark**   bankruptcy@evict.net
- **William Novotny**   william.novotny@mwmf.com
- **Abigail V O'Brient**   avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com
- **Juliet Y Oh**   jyo@lnbrb.com, jyo@lnbrb.com
- **Keith C Owens**   kowens@foxrothschild.com, khoang@foxrothschild.com
- **Ernie Zachary Park**   ernie.park@bewleylaw.com
- **Paul J Pascuzzi**   ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kristen N Pate**   ggpbk@ggp.com
- **Christopher J Petersen**   cjpetersen@blankrome.com, gsolis@blankrome.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                            **F 9013-3.1.PROOF.SERVICE**

- **David M Poitras**  dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com
- **David L Pollack**  pollack@ballardspahr.com, petlaka@ballardspahr.com
- **Jeffrey N Pomerantz**  jpomerantz@pszjlaw.com
- **Kelly L Pope**  kpope@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- **David L Prince**  dlp@redchamber.com
- **Jennifer Pruski**  jpruski@trainorfairbrook.com
- **Brett Ramsaur**  brett@ramsaurlaw.com, Kristine@ramsaurlaw.com
- **Todd C. Ringstad**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Steven B Sacks**  , ksieckman@srclaw.com
- **Steven B Sacks**  ssacks@sheppardmullin.com, ksieckman@srclaw.com
- **Diane W Sanders**  austin.bankruptcy@publicans.com
- **Nanette D Sanders**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Allan D Sarver**  ADS@asarverlaw.com
- **Scott A Schiff**  sas@soukup-schiff.com
- **Steven R Schlesinger**  sschlesinger@jaspanllp.com, smionis@jaspanllp.com;rcoles@jaspanllp.com;tnavruzov@jaspanllp.com
- **Lance A Selfridge**  lances@lbbslaw.com, Susan.Awe@lewisbrisbois.com
- **James R Selth**  , jselth@yahoo.com;jamie@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **Michael J Shane**  mshane@eplawyers.com, bsilva@eplawyers.com
- **Jonathan Seligmann Shenson**  jshenson@shensonlawgroup.com
- **Jeffrey S Shinbrot**  jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **William H Short**  bill.short@arlaw.com, candice.carter@arlaw.com
- **Evan D Smiley**  esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Robyn B Sokol**  ecf@bg.law, rsokol@bg.law
- **Louis F Solimine**  Louis.Solimine@thompsonhine.com
- **Owen M Sonik**  osonik@pbfcm.com, tpope@pbfcm.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **Rick A Steinberg**  rsteinberg@nakblaw.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **Norman C Sullivan**  jgarner@frfirm.com,semerson@frfirm.com
- **Salina R Thomas**  bankruptcy@co.kern.ca.us
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Daniel R Utain**  dutain@kaplaw.com, kcoughlin@kaplaw.com
- **Kimberly Walsh**  bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov
- **Howard J Weg**  hweg@robinskaplan.com
- **Jeffrey T Wegner**  jeffrey.wegner@kutakrock.com, lisa.peters@kutakrock.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

- **David R. Weinstein**   dweinstein@weinsteinlawfirm.net
- **Daniel J Weintraub**   dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net
- **Gilbert B Weisman**   notices@becket-lee.com
- **Elizabeth Weller**   dallas.bankruptcy@publicans.com
- **Lee G Werner**   leegwerner@gmail.com
- **Steven Werth**   swerth@sulmeyerlaw.com, cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;swerth@ecf.inforuptcy.com
- **Brian D Wesley**   brian.wesley@doj.ca.gov
- **Eric R Wilson**   kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- **Brian Barouir Yeretzian**   byeretzian@jhindslaw.com, yeretzian@gmail.com
- **Roye Zur**   rzur@elkinskalt.com, aaburto@elkinskalt.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                **F 9013-3.1.PROOF.SERVICE**