| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan (SBN 128500)<br>KOGAN LAW FIRM, APC<br>11835 W. Olympic Blvd., Suite 695E<br>Los Angeles, California 90064<br>Telephone (310) 954-1690<br>mkogan@koganlawfirm.com<br><br>☑ *Attorney for* Baltic Linen Company, Inc. | |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re ANNA LINENS, INC.

Debtor(s),

Plaintiff(s),

vs.

Debtor(s).

CHAPTER 11

CASE NUMBER 8:15-bk-13008-TA

☐ ADVERSARY NUMBER (if applicable)

☐ See attached list for multiple cases that require an update to the attorneys information

## NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, Michael S. Kogan, Kogan Law Firm, APC , 128500 , mkogan@koganlawfirm.com
  *Name*                                    *Bar ID Number*           *E-Mail Address*

☑ am **counsel of record** or
☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

_____

_____

☑ am **counsel of record** or
☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address 11835 W. Olympic Blvd., Suite 695 E, Los Angeles, CA 90064 _____
New Telephone Number_____ New Facsimile Number _____
New E-Mail Address_____

Notice of Change of Address or Law Firm

(September 2009)

SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:

## ☑ TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:
☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

## ☐ TO BE TERMINATED FROM THE CASE:**
☐ I am, or
☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

## CHECK ONE BOX
☐ The order relieving me/the aforementioned attorney from my firm was entered on:_____
☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
☐ I am, or
☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 4/28/21 _____    _____
Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.