Gail C. Lin (SBN 212334)
RAISNER ROUPINIAN LLP
2945 Townsgate Road, Suite 200
Westlake Village, CA 91361
Telephone: (212) 221-1747
Fax: (212) 221-1747
Email: gcl@raisnerroupinian.com

Jack A. Raisner
René S. Roupinian
RAISNER ROUPINIAN LLP
270 Madison Avenue, Suite 1801
New York, NY 10016
Telephone: (212) 221-1747
Fax: (212) 221-1747
Email: jar@raisnerroupinian.com
Email: rsr@raisnerroupinian.com

*Attorneys for Linda Martz-Gomez and the certified class*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>ANNA'S LINENS, INC.,<br><br>Debtor. | Case No. 8:15-bk-13008-TA<br><br>Chapter 7 Proceeding<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO AUTHORIZE CHAPTER 7 TRUSTEE TO MAKE AN INTERIM DISTRIBUTION OF THE WARN CLASS' ADMINISTRATIVE CLAIM PURSUANT TO APPROVED SETTLEMENT**<br><br>No hearing required |

PLEASE TAKE NOTICE that Raisner Roupinian LLP, Class Counsel for Linda Martz-Gomez and the certified Class in the adversary proceeding styled *Linda Martz-Gomez, on her own behalf and on behalf of all others similarly situated v. Anna's Linens, Inc., et al.,* Adv. Proc. No. 8-15-ap-01293-TA (the "Adversary Proceeding"), hereby respectfully withdraws the pending Motion for an order authorizing the Chapter 7 Trustee to Make an Interim Distribution of the

Page 1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WARN Class' Administrative Claim Pursuant to Approved Settlement [Dkt. No. 2951].

    Dated:  April 29, 2021

                                        By: /s/ *Gail C. Lin*
                                            GAIL C. LIN

                                        *Attorneys for Linda Martz-Gomez and the certified class*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

270 Madison Avenue, Suite 1801
New York, NY 10016


A true and correct copy of the foregoing document entitled (*specify*):  **NOTICE OF WITHDRAWAL OF MOTION TO AUTHORIZE CHAPTER 7 TRUSTEE TO MAKE AN INTERIM DISTRIBUTION OF THE WARN CLASS' ADMINISTRATIVE CLAIM PURSUANT TO APPROVED SETTLEMENT**
 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 29, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

SEE ATTACHED ELECTRONIC MAIL NOTICE LIST

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On April 29, 2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Honorable Theodor C. Albert
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5085 / Courtroom 5B
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 29, 2021 I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Via Email:  Nanette Sanders, nanette@ringstadlaw.com, Chapter 7 Trustee

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

F 9013-3.1.PROOF.SERVICE

| April 29, 2021 | Jenny Hoxha | /s/ Jenny Hoxha |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.
- **Todd M Arnold** tma@lnbyb.com
- **Wesley H Avery** wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- **James C Bastian** jbastian@shulmanbastian.com
- **Cristina E Bautista** , ecf.lax.docket@kattenlaw.com
- **Alan Betten** abetten@sagallaw.com
- **Karen C Bifferato** kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
- **Mikel R Bistrow** mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- **Wanda Borges** ecfcases@borgeslawllc.com
- **Dustin P Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Peter M Bransten** pbransten@glaserweil.com, dsanchez@glaserweil.com
- **Jerrold L Bregman** ecf@bg.law, jbregman@bg.law
- **Jess R Bressi** jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Robert Brier** bbrier@bihlaw.com, smann@bihlaw.com
- **Mark Bringardner** Mark@stolllaw.com
- **Heather D Brown** heather@hdbrownlaw.com
- **David L Bruck** bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com
- **Larry Butler** notices@becket-lee.com
- **Frank Cadigan** frank.cadigan@usdoj.gov
- **Gary O Caris** gcaris@btlaw.com, slmoore@btlaw.com;rsutton@btlaw.com
- **Stephanie Chau** schau@carltonfields.com
- **Shirley Cho** scho@pszjlaw.com
- **Shawn M Christianson** cmcintire@buchalter.com, schristianson@buchalter.com
- **Ronald Clifford** rclifford@blakeleyllp.com, ecf@blakeleyllp.com;info@ecf.inforuptcy.com
- **Cynthia M Cohen** ccohen@brownwhitelaw.com
- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
- **Lee A Collins** LCOLLINS@BOYARMILLER.COM
- **Sean B Cooney** scooney@shb.com, scooney@shb.com
- **Joseph Corrigan** Bankruptcy2@ironmountain.com
- **Randy J Creswell** rcreswell@perkinsthompson.com, lmccleer@perkinsthompson.com
- **Jeffry A Davis** jdavis@mintz.com, docketing@mintz.com
- **Joseph P Davis** davisjo@gtlaw.com, wangm@gtlaw.com;laik@gtlaw.com
- **Michael W Davis** mdavis@dtolaw.com, jmartinez@dtolaw.com
- **Walter J DeLorrell** walter.delorrell@sdcounty.ca.gov, nancy.beltran@sdcounty.ca.gov
- **Richard F DeLossa** rdelossa@kelleydrye.com, wtaylor@kelleydrye.com
- **Denise Diaz** Denise.Diaz@rmsna.com
- **Eldia M Diaz-Olmo** diazolmo@villamil.net, eldia.diazolmo@gmail.com
- **John P Dillman** houston_bankruptcy@publicans.com
- **Caroline Djang** caroline.djang@bbklaw.com, sansanee.wells@bbklaw.com;wilma.escalante@bbklaw.com;lesley.vaquerano@bbklaw.com
- **Keith S Dobbins** keith@kdobbinslaw.com
- **Richard C Donahoo** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Jonathan R Doolittle** jdoolittle@reedsmith.com
- **Glen Dresser** gombd@aol.com
- **Reid E Dyer** reiddyer@mvalaw.com, davidwheeler@mvalaw.com
- **Lei Lei Wang Ekvall** lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Gary B Elmer** gelmer@ciardilaw.com
- **Amanda N Ferns** aferns@fernslaw.com, mmakalintal@fernslaw.com
- **M Douglas Flahaut** flahaut.douglas@arentfox.com
- **Margaret G Foley** mgfoley05@gmail.com
- **Joseph D Frank** jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Roger F Friedman** rfriedman@rutan.com
- **John-Patrick M Fritz** jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **Eric J Fromme** efromme@tocounsel.com, stena@tocounsel.com

- **Thomas M Gaa** tgaa@bbslaw.com
- **Lauren N Gans** lgans@shensonlawgroup.com
- **Sidney Garabato** sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- **Jeffrey K Garfinkle** jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **John S Garner** , semerson@frfirm.com
- **Richard Girgado** rgirgado@counsel.lacounty.gov
- **Bernard R Given** bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com
- **Barry S Glaser** bglaser@lkfirm.com, jlee@lkfirm.com
- **Ronald E Gold** rgold@fbtlaw.com, joguinn@fbtlaw.com
- **Stanley E Goldich** sgoldich@pszjlaw.com
- **David B Golubchik** dbg@lnbyb.com, stephanie@lnbyb.com
- **David M Goodrich** dgoodrich@wgllp.com, vrosales@wgllp.com;kadele@wgllp.com;lbracken@wgllp.com
- **Leon B Gordon** bankruptcy@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com;tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com
- **William A Gray** bgray@sandsanderson.com, rarrington@sandsanderson.com
- **Irving M Gross** img@lnbyb.com, john@lnbyb.com
- **Steven T Gubner** sgubner@bg.law, ecf@bg.law
- **Ralph P Guenther** rguenther@montereylaw.com
- **Mirco J Haag** mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Mina Hakakian** mhakakian@lwmpartners.com
- **Christopher J Harney** charney@tocounsel.com, stena@tocounsel.com
- **Michael J Hauser** michael.hauser@usdoj.gov
- **James H Henderson** henderson@title11.com, ginny@title11.com
- **William H Heslup** william.heslup@illinois.gov
- **Matthew C. Heyn** Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Mark S Horoupian** mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Brian D Huben** hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Joan Huh** joan.huh@cdtfa.ca.gov
- **James KT Hunter** jhunter@pszjlaw.com
- **Joseph R Ignatuk** rignatuk@shulmanbastian.com, sseelert@shulmanbastian.com
- **William E Ireland** wireland@hbblaw.com, cdraper@hbblaw.com
- **Ronald N Ito** Ronald.Ito@doj.ca.gov, Valerie.Thompson@doj.ca.gov
- **Nina Z Javan** nina.javan@swmllp.com
- **Kenneth E Johnson** kjohnson@tocounsel.com, jortiz@tocounsel.com
- **Jeanne M Jorgensen** jjorgensen@pj-law.com, cpage@pj-law.com
- **Eve H Karasik** ehk@lnbyb.com
- **Ori Katz** okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Doah Kim** doah.kim@whitecase.com
- **Simon Kimmelman** skimmelman@sillscummis.com
- **Stuart I Koenig** Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Michael S Kogan** mkogan@koganlawfirm.com
- **Jason B Komorsky** ecf@bg.law, jkomorsky@bg.law
- **Matthew Kramer** mkramer@wwhgd.com, iperez@wwhgd.com
- **Jeffrey C Krause** jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Mette H Kurth** mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- **Jeffrey S Kwong** jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Paul B La Scala** plascala@shb.com, hkeresztes@shb.com
- **David Brian Lally** davidlallylaw@gmail.com
- **Ian Landsberg** ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com
- **Erin D Leach** eleach@swlaw.com, tmartin@swlaw.com
- **William J Levant** wlevant@kaplaw.com, wlevant@gmail.com
- **Lori A Lewis** lewisl004@mail.maricopa.gov
- **James V Lombardi** jlombardi@rossbanks.com, kjohnson@rossbanks.com;cnivens@rossbanks.com
- **Melissa Davis Lowe** mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **David J Mahoney** efilings@spallp.com

- **Kathleen P March** kmarch@bkylawfirm.com, kmarch3@sbcglobal.net
- **Robert S Marticello** Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **David A Mawhinney** david.mawhinney@klgates.com
- **Gordon G May** hpc@ggb-law.com
- **Thor D McLaughlin** tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **David W. Meadows** david@davidwmeadowslaw.com
- **Joel S. Miliband** jmiliband@brownrudnick.com
- **Christopher Minier** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Eric A Mitnick** MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Dennette A Mulvaney** dmulvaney@leechtishman.com, lmoya@leechtishman.com
- **Klaus P Muthig** muthigk@mcao.maricopa.gov, geiserr@mcao.maricopa.gov
- **Sean N Nagel** , ldc@dr-slo.com
- **Karen S. Naylor** knaylor@burd-naylor.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Karen S. Naylor** Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Karen S Naylor (TR)** alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- **Brian R Nelson** becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com
- **Mark A Neubauer** mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;ecfla@carltonfields.com
- **Mike D Neue** mikeneue@gmail.com
- **Kevin M Newman** knewman@barclaydamon.com, kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
- **Victor W Newmark** bankruptcy@evict.net
- **William Novotny** william.novotny@mwmf.com
- **Abigail V O'Brient** avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com
- **Juliet Y Oh** jyo@lnbrb.com, jyo@lnbrb.com
- **Keith C Owens** kowens@foxrothschild.com, khoang@foxrothschild.com
- **Ernie Zachary Park** ernie.park@bewleylaw.com
- **Paul J Pascuzzi** ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kristen N Pate** ggpbk@ggp.com
- **Christopher J Petersen** cjpetersen@blankrome.com, gsolis@blankrome.com
- **David M Poitras** dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com
- **David L Pollack** pollack@ballardspahr.com, petlaka@ballardspahr.com
- **Jeffrey N Pomerantz** jpomerantz@pszjlaw.com
- **Kelly L Pope** kpope@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- **David L Prince** dlp@redchamber.com
- **Jennifer Pruski** jpruski@trainorfairbrook.com
- **Brett Ramsaur** brett@ramsaurlaw.com, Kristine@ramsaurlaw.com
-  **Todd C. Ringstad** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Steven B Sacks** , ksieckman@srclaw.com
- **Steven B Sacks** ssacks@sheppardmullin.com, ksieckman@srclaw.com
- **Diane W Sanders** austin.bankruptcy@publicans.com
- **Nanette D Sanders** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Allan D Sarver** ADS@asarverlaw.com
- **Scott A Schiff** sas@soukup-schiff.com
- **Steven R Schlesinger** sschlesinger@jaspanllp.com, smionis@jaspanllp.com;rcoles@jaspanllp.com;tnavruzov@jaspanllp.com
- **Lance A Selfridge** lances@lbbslaw.com, Susan.Awe@lewisbrisbois.com
- **James R Selth** , jselth@yahoo.com;eduardo@wsrlaw.net;gabby@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **Michael J Shane** mshane@eplawyers.com, bsilva@eplawyers.com
- **Jonathan Seligmann Shenson** jshenson@shensonlawgroup.com
- **Jeffrey S Shinbrot** jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **William H Short** bill.short@arlaw.com, candice.carter@arlaw.com
- **Evan D Smiley** esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com
- **Lindsey L Smith** lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Robyn B Sokol** ecf@bg.law, rsokol@bg.law
- **Louis F Solimine** Louis.Solimine@thompsonhine.com

- **Owen M Sonik** osonik@pbfcm.com, tpope@pbfcm.com
- **Howard Steinberg** steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **Rick A Steinberg** rsteinberg@nakblaw.com
- **Andrew Still** astill@swlaw.com, kcollins@swlaw.com
- **Norman C Sullivan** jgarner@frfirm.com,semerson@frfirm.com
- **Salina R Thomas** bankruptcy@co.kern.ca.us
- **United States Trustee (SA)** ustpregion16.sa.ecf@usdoj.gov
- **Daniel R Utain** dutain@kaplaw.com, kcoughlin@kaplaw.com
- **Kimberly Walsh** bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov
- **Howard J Weg** hweg@robinskaplan.com
- **Jeffrey T Wegner** jeffrey.wegner@kutakrock.com, lisa.peters@kutakrock.com
- **David R. Weinstein** dweinstein@weinsteinlawfirm.net
- **Daniel J Weintraub** dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;eduardo@wsrlaw.net
- **Gilbert B Weisman** notices@becket-lee.com
- **Elizabeth Weller** dallas.bankruptcy@publicans.com
- **Lee G Werner** leegwerner@gmail.com
- **Steven Werth** swerth@sulmeyerlaw.com, cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;swerth@ecf.inforuptcy.com
- **Brian D Wesley** brian.wesley@doj.ca.gov
- **Eric R Wilson** kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- **Brian Barouir Yeretzian** byeretzian@jhindslaw.com, yeretzian@gmail.com
- **Roye Zur** rzur@elkinskalt.com, aaburto@elkinskalt.com;myuen@elkinskalt.com

**SPECIAL NOTICE LIST
(NON ECF FILERS)**

**SERVICE VIA U.S. MAIL**

**John T Banks** Perdue Brandon Fielder Collins & Mott 3301 Northland Dr, Ste 505 Austin, TX 78731

**Ivan M Castro Ortiz** Aldarondo & Lopez Bras ALB Plaza #16 Carr.199, Ste 400 Guaynabo, P.R. 00969

**International Business Machines Credit LLC (ICC)** IBM Corporation 275 Viger East Montreal, Quebec H2X 3R7

**IBM Credit LLC**
c/o Paul Wearing Special Handling Group - MD NC317
North Castle Drive Armonk, NY 10504

**Christina Flores** Flores, Flores, Canales & Chu, PLLC 5517 McPherson, Ste 14 Laredo, TX 78041

**Todd R Gabriel** Law Offices of Todd R Gabriel 3525 Del Mar Heights Rd, Ste 240 San Diego, CA 92130-2122