| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Karen Sue Naylor - State Bar No. 144273<br>Chapter 7 Trustee<br>4343 Von Karman Avenue, Suite 300<br>Newport Beach, CA 92660<br>Telephone (949) 851-7450<br>Facsimile   (949) 851-6926<br>Email   karen@ringstadlaw.com<br><br>Chapter 7 Trustee<br><br>☐ *Debtor(s) appearing without an attorney*<br>☐ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>ANNA'S LINENS, INC.<br><br><br><br><br><br>Debtor(s). | CASE NO.:  8:15-bk-13008 TA<br>CHAPTER: 7<br><br>**NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE**<br><br>[No hearing unless requested under LBR 9013-1(o)] |

TO PARTIES IN INTEREST:

PLEASE TAKE NOTICE that the duly-appointed chapter 7 trustee has filed the following motion for court approval of the trustee's request to make cash disbursements.  The court may grant the motion authorizing expenditure of estate funds without a hearing unless you file with the court and serve upon the trustee and the United States trustee a written objection to the motion explaining all of the reasons for the opposition WITHIN 14 DAYS AFTER THE DATE OF SERVICE OF THIS NOTICE OF MOTION AND MOTION, plus 3 additional days if you were served by mail or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).  If an objection is timely filed, the trustee will set the matter for hearing and notify you of the date and time of the hearing.  Failure to object may be deemed consent to interim authorization of the expenses requested by the trustee.

The trustee moves for an order authorizing cash disbursements from property of the estate as follows:

1. A brief summary of the case is attached as Exhibit A.
2. The estimated date for submitting a final report is  12/31/2023   .

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 1    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

3. Cash disbursements period: 07/01/2021 to 06/30/2022 .
4. A detailed analysis and justification of the trustee's expenses is included in Exhibit B.
5. Final approval of all expenditures will be sought when the trustee files a Final Account and Report (including those paid in accordance with LBR 2016-2).

Date: 5-5-21

*Signature of the chapter 7 trustee or the trustee's attorney*

Karen Sue Naylor, Chapter 7 Trustee
*Printed name of the chapter 7 trustee or the trustee's attorney*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*                                    Page 2                                    F 2016-2.2.MOTION.TRUSTEE.DISBURSE

## DECLARATION OF TRUSTEE

I, Karen Sue Naylor, the duly appointed chapter 7 trustee, have prepared the foregoing motion to make cash disbursements and believe the amounts specified in each category are reasonable and necessary for an effective and efficient administration of the estate. If this motion proves to be inaccurate or infeasible, I will submit corrected motions as necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 5-5-21 | Karen Sue Naylor, Chapter 7 Trustee | *[signature]* Karen Sue Naylor Trustee |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016 — Page 3 — F 2016-2.2.MOTION.TRUSTEE.DISBURSE

**EXHIBIT "A"**

**SUMMARY/STATUS OF CASE:**

This cash disbursement motion is filed pursuant to LBR 2016-2 of the United States Bankruptcy Court, Central District of California.

Through review of the Debtor's schedules, information obtained from creditors or information obtained at the Debtor's 341(a) meeting or otherwise, this case appears to have assets and/or potential avoidance actions that may be liquidated for the benefit of creditors.

*Insert specific facts of case*:

   This case was commenced by the filing of a voluntary Chapter 11 petition on June 14, 2015 by Anna's Linens, Inc., the Debtor. By order entered March 30, 2016, the case was converted to one under Chapter 7 and Karen Sue Naylor was appointed as the Chapter 7 Trustee. As this case is a Mega case, an extensive amount of information has been obtained and reviewed by the Trustee and her counsel. Since the Trustee's appointment she has administered a multitude of assets for the benefit of the estate, including avoidance actions, complex litigation matters, and recoveries from class action matters. Access to and maintenance of the Debtor's books and records, both hard copies and electronic data, remains essential until all pending matters are resolved.

   The Trustee has commenced four adversary actions against former insiders to recover funds disbursed from the Debtor's Deferred Compensation Fund, which disbursements the Trustee asserts are avoidable preferential transfers. In connection with those actions, it has been requested that the Trustee provide a copy of a digital back-up drive that was provided to the Trustee by the Debtor at conversion, and which includes information that former officer's determined might be relevant to the ongoing pursuit of assets. In addition to certain of the Debtor's books and records, the backup also contains email files of upper management that the same officers had deemed appropriate to save. The Trustee has been provided with a quote for the back-up drive and the labor costs to create the back-up of approximately $500.00.

   Additionally, pre-conversion, the Unsecured Creditor's Committee ("UCC") obtained and served a Rule 2004 examination order on Salus Capital Partners, LLC ("Salus"), the Debtor's pre and post-petition lender. In response, following agreement between the parties to reduce the scope of the document request, Salus produced in excess of 100,000 pages of documents to the UCC, with the documents maintained by Epiq eDiscovery Solutions, Inc. ("Epiq"). Based upon a review of many of these documents, the Trustee understands that the time period for documents produced focuses on the 1st and 2nd quarter of 2015, the two quarters prior to the Debtor's bankruptcy filing.

   Post-conversion, through June 2019, the Epiq account was maintained by Brutzkus Gubner, the Trustee's special litigation co-counsel in unrelated litigation. With that litigation resolved, the account has been transitioned to the Trustee/Ringstad & Sanders, LLP for continued maintenance. The Trustee has been informed by Epiq that the costs of such maintenance are as follows: $156.00 per month for the files to remain in archive. The estate has agreed to pay this monthly fee to maintain the files and is currently the monthly fee being charged. However, should anyone want to have access to the files, the monthly fee will increase to $390.00 per month just to have access and move the files out of the archives. Thereafter, each user is charged $70.00 per month. In addition, fees are charged on an hourly basis to the user for any instruction needed to access the data, assistance with the location or downloading of files. There may be spikes in these charges for initial use to understand the process and thereafter as assistance may be required. Epiq advises that these services are charged at approximately $200 per hour. If the Trustee is required to put this account in active status for the benefit of the Defendants, she will seek to have them share in costs. For purposes of this motion, the Trustee is seeking authorization for the higher amounts to avoid the expense of supplemental motions.

   STORAGE FEES ($136.70 per month plus document retrieval stipend of $150 per month)
The Trustee is informed that the Debtor stored 312 boxes of documents at Docu-Trust located at East Mill Street in San Bernardino, California. The Trustee is informed that the cost to pull one box is $2.75 plus $20.00 each way for delivery/pickup. The Trustee seeks a monthly stipend of $150.00 for box retrieval and delivery and requests that any amount not used one month can be used in subsequent months in the event there is a large document retrieval required.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 4    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

**EXHIBIT "B"**

**Estimated Recurring Monthly Expenses During the Cash Disbursement Period:**

$ _____ Rent or Mortgage Payment

$ _____ Property Tax

$ _____ Insurance

$ _____ Utilities

$ _____ Repair and Maintenance

$ _____ Property Management

$ _____ Security Services

$ _____ Advertising Sale of Assets

$ _____ Actual Cost of Noticing, Copying and Postage

$ 526.70 Storage of Estate Assets and/or Books and Records

$ _____ Long Distance Telephone

$ _____ Expedited Mail

$ _____ Teletransmission

$ _____ Delivery of Documents

$ _____ Filing and Process Serving

$ _____ Bank Charges for Research and/or Copies

$ _____ Clerk's Charges

$ _____ Court Reporting Fees

$ _____ Witness Fees

$ _____ Transcript Fees

$ _____ Notary Fees

$ _____ Recording Fees

$ _____ Trustee Travel and Lodging (includes lodging, meals, mileage and parking)

$ 140.00 Other: User Fees

$ 400.00 Other: Instructional Information to search digital files

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 5    F 2016-2.2.MOTION.TRUSTEE.DISBURSE

$ 150.00    Other: Monthly retrieval fee for documents in storage

$ _____    Other: _____

$ _____    Other: _____

**Total:** $ 1,216.70    Estimated Recurring Monthly Expenditures During the Cash Disbursement Period

**Total Estimated Other Expenses During the Cash Disbursement Period for Which Court Approval is Sought at this Time:**

$_____    Locksmith Services

$_____    Initial Moving and Storage Costs; Books and Records and/or Property of the Estate

$_____    Advertising Sale of Assets

$_____    Books and Records Destruction Costs

$_____    Postpetition taxes payable pursuant to 11 U.S.C. § 503 (b)(1)(B), but not preconversion taxes

$_____    Prepetition taxes payable pursuant to 11 U.S.C. § 507(a)(2)

$ 175.00    Other: Copy of back-up drive (Estimated)

$ 495.00    Other: Labor to prepare back-up drive (Est $165/hr)

$_____    Other: _____

**Total:** $ 670.00    Estimated Other Expenses During the Cash Disbursement Period

The foregoing expenditures are justified by the following facts:

THE TRUSTEE REQUESTS THAT AMOUNTS NOT UTILIZED ONE MONTH BE ALLOWED TO CARRY OVER TO THE NEXT MONTH AS THE AMOUNTS ABOVE ARE ESTIMATED AT AVERAGE MONTHLY EXPENSES.

It is essential for the Trustee to be able to obtain and review documents in connection with this case and in the course of litigation in order to adequately administer the assets in this case and to investigate the financial affairs of the Debtor. In addition, until the case is fully administered, it is also essential for the Trustee to store the documents particularly in light of pending litigation and the administration of claims for the benefit of the estate.

Upon determination that certain books and records can be abandoned or destroyed, the Trustee will apply to the Court for such authority so as to thereafter eliminate the monthly expenditures.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2016*    Page 6    **F 2016-2.2.MOTION.TRUSTEE.DISBURSE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

4343 Von Karman Avenue, Suite 300, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION AND MOTION UNDER LBR 2016-2 FOR APPROVAL OF CASH DISBURSEMENTS BY THE TRUSTEE; OPPORTUNITY TO REQUEST HEARING; AND DECLARATION OF TRUSTEE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/05/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 05/05/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/05/2021 | Alane Canzone | /s/ Alane Canzone |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016    Page 7    F 2016-2.2.MOTION.TRUSTEE.DISBURSE

Case 8:15-bk-13008-TA    Doc 2957    Filed 05/05/21    Entered 05/05/21 12:34:37    Desc
Main Document    Page 8 of 12

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

- **Todd M Arnold** tma@lnbyb.com
- **Wesley H Avery** wes@averytrustee.com, lucy@averytrustee.com;alexandria@averytrustee.com
- **James C Bastian** jbastian@shulmanbastian.com
- **Cristina E Bautista** , ecf.lax.docket@kattenlaw.com
- **Alan Betten** abetten@sagallaw.com
- **Karen C Bifferato** kbifferato@connollygallagher.com, kbifferato@connollygallagher.com
- **Mikel R Bistrow** mikel.bistrow@dinsmore.com, caron.burke@dinsmore.com
- **Wanda Borges** ecfcases@borgeslawllc.com
- **Dustin P Branch** branchd@ballardspahr.com, carolod@ballardspahr.com;hubenb@ballardspahr.com
- **Peter M Bransten** pbransten@glaserweil.com, dsanchez@glaserweil.com
- **Jerrold L Bregman** jbregman@bg.law, ecf@bg.law
- **Jess R Bressi** jess.bressi@dentons.com, kimberly.sigismondo@dentons.com
- **Robert Brier** bbrier@bihlaw.com, smann@bihlaw.com
- **Mark Bringardner** Mark@stolllaw.com
- **Heather D Brown** heather@hdbrownlaw.com
- **David L Bruck** bankruptcy@greenbaumlaw.com, cdeluca@greenbaumlaw.com
- **Larry Butler** notices@becket-lee.com
- **RONALD CLIFFORD** rac@rcliffordlaw.com
- **Frank Cadigan** frank.cadigan@usdoj.gov
- **Gary O Caris** gcaris@btlaw.com, slmoore@btlaw.com;rsutton@btlaw.com
- **Stephanie Chau** schau@carltonfields.com, kathompson@carltonfields.com
- **Shirley Cho** scho@pszjlaw.com
- **Shawn M Christianson** cmcintire@buchalter.com, schristianson@buchalter.com
- **Cynthia M Cohen** ccohen@brownwhitelaw.com
- **Leslie A Cohen** leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com;olivia@lesliecohenlaw.com
- **Lee A Collins** LCOLLINS@BOYARMILLER.COM
- **Sean B Cooney** scooney@shb.com, scooney@shb.com
- **Joseph Corrigan** Bankruptcy2@ironmountain.com
- **Randy J Creswell** rcreswell@perkinsthompson.com, lmccleer@perkinsthompson.com
- **Jeffry A Davis** jdavis@mintz.com, docketing@mintz.com
- **Joseph P Davis** davisjo@gtlaw.com, wangm@gtlaw.com;laik@gtlaw.com
- **Michael W Davis** mdavis@dtolaw.com, jmartinez@dtolaw.com
- **Walter J DeLorrell** walter.delorrell@sdcounty.ca.gov, nancy.beltran@sdcounty.ca.gov
- **Richard F DeLossa** rdelossa@kelleydrye.com, wtaylor@kelleydrye.com
- **Denise Diaz** Denise.Diaz@rmsna.com
- **Eldia M Diaz-Olmo** diazolmo@villamil.net, eldia.diazolmo@gmail.com
- **John P Dillman** houston_bankruptcy@publicans.com
- **Caroline Djang** caroline.djang@bbklaw.com, laurie.verstegen@bbklaw.com;wilma.escalante@bbklaw.com
- **Keith S Dobbins** keith@kdobbinslaw.com
- **Richard C Donahoo** becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Jonathan R Doolittle** jdoolittle@reedsmith.com, courtalertecf@pillsburylaw.com
- **Glen Dresser** gombd@aol.com
- **Reid E Dyer** reiddyer@mvalaw.com, davidwheeler@mvalaw.com
- **Lei Lei Wang Ekvall** lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Gary B Elmer** gelmer@ciardilaw.com
- **Amanda N Ferns** aferns@fernslaw.com, mmakalintal@fernslaw.com
- **M Douglas Flahaut** flahaut.douglas@arentfox.com
- **Margaret G Foley** mgfoley05@gmail.com

- **Joseph D Frank**  jfrank@fgllp.com, mmatlock@fgllp.com;csmith@fgllp.com;jkleinman@fgllp.com;csucic@fgllp.com
- **Roger F Friedman**  rfriedman@rutan.com
- **John-Patrick M Fritz**  jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **Eric J Fromme**  efromme@tocounsel.com, stena@tocounsel.com
- **Thomas M Gaa**  tgaa@bbslaw.com
- **Lauren N Gans**  lgans@shensonlawgroup.com
- **Sidney Garabato**  sgarabato@epiqsystems.com, rjacobs@ecf.epiqsystems.com
- **Jeffrey K Garfinkle**  jgarfinkle@buchalter.com, docket@buchalter.com;dcyrankowski@buchalter.com
- **John S Garner**  , semerson@frfirm.com
- **Richard Girgado**  rgirgado@counsel.lacounty.gov
- **Bernard R Given**  bgiven@loeb.com, mortiz@loeb.com;ladocket@loeb.com;bgiven@ecf.courtdrive.com
- **Barry S Glaser**  bglaser@lkfirm.com, jlee@lkfirm.com
- **Ronald E Gold**  rgold@fbtlaw.com, joguinn@fbtlaw.com
- **Stanley E Goldich**  sgoldich@pszjlaw.com
- **David B Golubchik**  dbg@lnbyb.com, stephanie@lnbyb.com
- **David M Goodrich**  dgoodrich@wgllp.com, kadele@wgllp.com;lbracken@wgllp.com;wgllp@ecf.courtdrive.com
- **Leon B Gordon**  bankruptcy@mvbalaw.com;jwilliams@mvbalaw.com;alocklin@mvbalaw.com;tleday@ecf.courtdrive.com;kmorriss@mvbalaw.com
- **William A Gray**  bgray@sandsanderson.com, rarrington@sandsanderson.com
- **Irving M Gross**  img@lnbyb.com, john@lnbyb.com
- **Steven T Gubner**  sgubner@bg.law, ecf@bg.law
- **Ralph P Guenther**  rguenther@montereylaw.com
- **Mirco J Haag**  mhaag@buchalter.com, dcyrankowski@buchalter.com;docket@buchalter.com
- **Mina Hakakian**  mhakakian@lwmpartners.com
- **Christopher J Harney**  charney@tocounsel.com, stena@tocounsel.com
- **Michael J Hauser**  michael.hauser@usdoj.gov
- **James H Henderson**  henderson@title11.com, ginny@title11.com
- **William H Heslup**  william.heslup@illinois.gov
- **Matthew C. Heyn**  Matthew.Heyn@doj.ca.gov, mcheyn@outlook.com
- **Mark S Horoupian**  mhoroupian@sulmeyerlaw.com, mhoroupian@ecf.inforuptcy.com;ccaldwell@sulmeyerlaw.com
- **Brian D Huben**  hubenb@ballardspahr.com, carolod@ballardspahr.com
- **Joan Huh**  joan.huh@cdtfa.ca.gov
- **James KT Hunter**  jhunter@pszjlaw.com
- **William E Ireland**  wireland@hbblaw.com, edocs@hbblaw.com
- **Ronald N Ito**  Ronald.Ito@doj.ca.gov, Valerie.Thompson@doj.ca.gov
- **Nina Z Javan**  nina.javan@swmllp.com
- **Kenneth E Johnson**  kjohnson@tocounsel.com, jortiz@tocounsel.com
- **Jeanne M Jorgensen**  jjorgensen@pj-law.com, cpage@pj-law.com
- **Eve H Karasik**  ehk@lnbyb.com
- **Ori Katz**  okatz@sheppardmullin.com, lsegura@sheppardmullin.com
- **Doah Kim**  doah.kim@whitecase.com
- **Simon Kimmelman**  skimmelman@sillscummis.com
- **Stuart I Koenig**  Skoenig@leechtishman.com, sfrey@leechtishman.com;jabrams@leechtishman.com
- **Michael S Kogan**  mkogan@koganlawfirm.com
- **Jason B Komorsky**  ecf@bg.law, jkomorsky@bg.law
- **Matthew Kramer**  mkramer@wwhgd.com, iperez@wwhgd.com

- **Jeffrey C Krause**    jkrause@gibsondunn.com, dtrujillo@gibsondunn.com;jstern@gibsondunn.com
- **Mette H Kurth**    mkurth@foxrothschild.com, mette-kurth-7580@ecf.pacerpro.com
- **Jeffrey S Kwong**    jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **David Brian Lally**    davidlallylaw@gmail.com
- **Ian Landsberg**    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;cbullock@sklarkirsh.com
- **Erin D Leach**    eleach@swlaw.com, tmartin@swlaw.com;dmwilliams@swlaw.com
- **William J Levant**    wlevant@kaplaw.com, wlevant@gmail.com
- **Lori A Lewis**    lewisl004@mail.maricopa.gov
- **Gail C Lin**    GCL@raisnerroupinian.com, warnlawyers@raisnerroupinian.com;jenny--hoxha--5459@ecf.pacerpro.com;rrllp@ecf.courtdrive.com
- **James V Lombardi**    jlombardi@rossbanks.com, kjohnson@rossbanks.com;cnivens@rossbanks.com
- **Melissa Davis Lowe**    mlowe@shulmanbastian.com, avernon@shulmanbastian.com
- **David J Mahoney**    efilings@spallp.com
- **Kathleen P March**    kmarch@bkylawfirm.com, kmarch3@sbcglobal.net
- **Robert S Marticello**    Rmarticello@swelawfirm.com, gcruz@swelawfirm.com;lgarrett@swelawfirm.com;jchung@swelawfirm.com
- **David A Mawhinney**    david.mawhinney@klgates.com
- **Gordon G May**    hpc@ggb-law.com
- **Thor D McLaughlin**    tmclaughlin@allenmatkins.com, igold@allenmatkins.com
- **David W. Meadows**    david@davidwmeadowslaw.com
- **Joel S. Miliband**    jmiliband@brownrudnick.com
- **Christopher Minier**    becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Eric A Mitnick**    MitnickLaw@aol.com, mitnicklaw@gmail.com
- **Dennette A Mulvaney**    dmulvaney@leechtishman.com, lmoya@leechtishman.com
- **Klaus P Muthig**    muthigk@mcao.maricopa.gov, geiserr@mcao.maricopa.gov
- **Sean N Nagel**    , ldc@dr-slo.com
- **Karen S. Naylor**    knaylor@burd-naylor.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Karen S. Naylor**    Becky@ringstadlaw.com, Karen@ringstadlaw.com;Arlene@ringstadlaw.com
- **Karen S Naylor (TR)**    alane@ringstadlaw.com, knaylor@IQ7technology.com;ecf.alert+Naylor@titlexi.com
- **Brian R Nelson**    becky@ringstadlaw.com, brian@ringstadlaw.com;arlene@ringstadlaw.com
- **Mark A Neubauer**    mneubauer@carltonfields.com, mlrodriguez@carltonfields.com;smcloughlin@carltonfields.com;ecfla@carltonfields.com
- **Mike D Neue**    mikeneue@gmail.com
- **Kevin M Newman**    knewman@barclaydamon.com, kmnbk@barclaydamon.com;kevin-newman-8809@ecf.pacerpro.com
- **Victor W Newmark**    bankruptcy@evict.net
- **William Novotny**    william.novotny@mwmf.com
- **Abigail V O'Brient**    avobrient@mintz.com, docketing@mintz.com;DEHashimoto@mintz.com;nleali@mintz.com;ABLevin@mintz.com
- **Juliet Y Oh**    jyo@lnbrb.com, jyo@lnbrb.com
- **Keith C Owens**    kowens@foxrothschild.com, khoang@foxrothschild.com
- **Ernie Zachary Park**    ernie.park@bewleylaw.com
- **Paul J Pascuzzi**    ppascuzzi@ffwplaw.com, docket@ffwplaw.com
- **Kristen N Pate**    ggpbk@ggp.com
- **Christopher J Petersen**    cjpetersen@blankrome.com, gsolis@blankrome.com
- **David M Poitras**    dpoitras@wedgewood-inc.com, dpoitras@jmbm.com;dmarcus@wedgewood-inc.com;aguisinger@wedgewood-inc.com;jchoi@wedgewood-inc.com
- **David L Pollack**    pollack@ballardspahr.com, petlaka@ballardspahr.com
- **Jeffrey N Pomerantz**    jpomerantz@pszjlaw.com

- **Kelly L Pope**  kpope@downeybrand.com, mfrazier@downeybrand.com;courtfilings@downeybrand.com
- **David L Prince**  dlp@redchamber.com
- **Jennifer Pruski**  jpruski@trainorfairbrook.com
- **Brett Ramsaur**  brett@ramsaurlaw.com, stacey@ramsaurlaw.com
- **Todd C. Ringstad**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Steven B Sacks**  , ksieckman@srclaw.com
- **Steven B Sacks**  ssacks@sheppardmullin.com, ksieckman@srclaw.com
- **Diane W Sanders**  austin.bankruptcy@publicans.com
- **Nanette D Sanders**  becky@ringstadlaw.com, arlene@ringstadlaw.com
- **Allan D Sarver**  ADS@asarverlaw.com
- **Scott A Schiff**  sas@soukup-schiff.com
- **Steven R Schlesinger**  sschlesinger@jaspanllp.com, smionis@jaspanllp.com;rcoles@jaspanllp.com;tnavruzov@jaspanllp.com
- **Lance A Selfridge**  lances@lbbslaw.com, Susan.Awe@lewisbrisbois.com
- **James R Selth**  , jselth@yahoo.com;dairi@wsrlaw.net;vinnet@ecf.inforuptcy.com
- **Michael J Shane**  mshane@eplawyers.com, bsilva@eplawyers.com
- **Jonathan Seligmann Shenson**  jshenson@shensonlawgroup.com
- **Jeffrey S Shinbrot**  jeffrey@shinbrotfirm.com, sandra@shinbrotfirm.com
- **William H Short**  bill.short@arlaw.com, candice.carter@arlaw.com
- **Evan D Smiley**  esmiley@swelawfirm.com, gcruz@swelawfirm.com;csheets@swelawfirm.com;hdavis@swelawfirm.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Robyn B Sokol**  ecf@bg.law, rsokol@leechtishman.com;lmoya@leechtishman.com
- **Louis F Solimine**  Louis.Solimine@thompsonhine.com
- **Owen M Sonik**  osonik@pbfcm.com, tpope@pbfcm.com
- **Howard Steinberg**  steinbergh@gtlaw.com, pearsallt@gtlaw.com;laik@gtlaw.com
- **Rick A Steinberg**  rsteinberg@nakblaw.com
- **Andrew Still**  astill@swlaw.com, kcollins@swlaw.com
- **Norman C Sullivan**  jgarner@frfirm.com,semerson@frfirm.com
- **Salina R Thomas**  bankruptcy@co.kern.ca.us
- **United States Trustee (SA)**  ustpregion16.sa.ecf@usdoj.gov
- **Daniel R Utain**  dutain@kaplaw.com, kcoughlin@kaplaw.com
- **Kimberly Walsh**  bk-kwalsh@texasattorneygeneral.gov, sherri.simpson@oag.texas.gov
- **Howard J Weg**  hweg@robinskaplan.com
- **Jeffrey T Wegner**  jeffrey.wegner@kutakrock.com, lisa.peters@kutakrock.com
- **David R. Weinstein**  dweinstein@weinsteinlawfirm.net
- **Daniel J Weintraub**  dan@wsrlaw.net, vinnet@ecf.inforuptcy.com;gabby@wsrlaw.net;dairi@wsrlaw.net
- **Gilbert B Weisman**  notices@becket-lee.com
- **Elizabeth Weller**  dallas.bankruptcy@publicans.com
- **Lee G Werner**  leegwerner@gmail.com
- **Steven Werth**  swerth@sulmeyerlaw.com, cblair@sulmeyerlaw.com;mviramontes@sulmeyerlaw.com;dperez@sulmeyerlaw.com;swerth@ecf.inforuptcy.com
- **Brian D Wesley**  brian.wesley@doj.ca.gov
- **Eric R Wilson**  kdwbankruptcydepartment@kelleydrye.com, MVicinanza@ecf.inforuptcy.com
- **Brian Barouir Yeretzian**  byeretzian@jhindslaw.com, yeretzian@gmail.com
- **Roye Zur**  rzur@elkinskalt.com, aaburto@elkinskalt.com;myuen@elkinskalt.com

**TO BE SERVED BY UNITED STATES MAIL:**

**John T Banks**
Perdue Brandon Fielder Collins & Mott
3301 Northland Dr, Ste 505
Austin, TX 78731

**Ivan M Castro Ortiz**
Aldarondo & Lopez Bras
ALB Plaza #16 Carr.199, Ste 400
Guaynabo, P.R. 00969

**International Business Machines Credit LLC (ICC)**
IBM Corporation
275 Viger East
Montreal, Quebec H2X 3R7

**IBM Credit LLC**
c/o Paul Wearing
Special Handling Group - MD NC317
North Castle Drive
Armonk, NY 10504

**Christina Flores**
Flores, Flores, Canales & Chu, PLLC
5517 McPherson, Ste 14
Laredo, TX 78041

**Todd R Gabriel**
Law Offices of Todd R Gabriel
3525 Del Mar Heights Rd, Ste 240
San Diego, CA 92130-2122