3/21/23, 2:52 PM                    CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

---

*Creditor:*    (36478831)          **Claim No: 96**                *Status:*
Betsy Estes                        *Original Filed Date:* 07/30/2015    *Filed by:* CR
4581 W Laurendale Dr               *Original Entered Date:* 07/31/2015   *Entered by:* TL
Fresno CA 93722                                                  *Modified:*

*GUC* Amount claimed: $165.93                                                      **OK**

*History:*

Details  ⦿  96-1  07/30/2015 Claim #96 filed by Betsy Estes, Amount claimed: $165.93 (TL)

*Description:*
*Remarks:*

---

*Creditor:*    (36354637)          **Claim No: 97**                *Status:*
Carolyn Mcclenahan                 *Original Filed Date:* 07/29/2015    *Filed by:* CR
19912 Chesapeake Ln                *Original Entered Date:* 07/31/2015   *Entered by:* TL
Huntington Beach, CA 92646                                       *Modified:*

  Amount claimed: $575.16                                        **Priority—Wages**
  Priority claimed: $575.16                                              **OK**

*History:*

Details  ⦿  97-1  07/29/2015 Claim #97 filed by Carolyn Mcclenahan, Amount claimed: $575.16 (TL)

*Description:*
*Remarks:*

---

*Creditor:*    (36478898)
Naheed Akhtar
37054 Maple St
Newark CA 94560                    *Pursuant to Second Omnibus Objection (Doc 2621) and Order (Doc 2728), Claim No. 98*
  Amount claimed: $108.04          *is reclassified and allowed as an 11 U.S.C. Sect. 507(a)(7) priority unsecured claim*
  Priority claimed: $108.04        *in the amount of $108.04*                        **Priority—Deposits**
                                                                                           **OK**
*History:*

Details ⦿ 98-1 07/29/2015 Claim #98 filed by Naheed Akhtar, Amount claimed: $108.04 (TL)

         2621 11/13/2019 Motion to Disallow Claims
                *Second Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Kan*
                Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)

         2728 01/09/2020 Order Sustaining Second Omnibus Objection To Secured Gift Card/Store Credit Claims: (BNC-PDF) (Related Doc # 2621) 98,119

*Description:*
*Remarks:*

---

*Creditor:*    (36478943)          **Claim No: 99**                *Status:*
Roberta Wishengrad                 *Original Filed Date:* 07/29/2015    *Filed by:* CR
7611 W Laredo                      *Original Entered Date:* 07/31/2015   *Entered by:* TL
Las Vegas NV 89117                                               *Modified:*

*GUC* Amount claimed: $64.84                                                       **OK**

*History:*

Details  ⦿  99-1  07/29/2015 Claim #99 filed by Roberta Wishengrad, Amount claimed: $64.84 (TL)

*Description:*
*Remarks:*

---

*Creditor:*    (36484375)          **Claim No: 100**               *Status:*
City of Weslaco                    *Original Filed Date:* 07/31/2015    *Filed by:* CR
John T Banks                       *Original Entered Date:* 08/03/2015   *Entered by:* TL
3301 Northland Dr Ste 505                                        *Modified:* 05/02/2019
Austin TX 78731                    *Pursuant to Stipulation (Doc 2426) and Order (Doc 2432), Claim No. 100*
  Amount claimed: $1160.53         *is allowed as a priority unsecured claim in the amount of $1,160.53 with such*
  Secured claimed: $1160.53        *priority pursuant to 11 U.S.C. Sect 507(a)(8)*               **Priority—Taxes**
                       Priority allowed: $1160.53                                                      **OK**

*History:*

Details  ⦿  100-1  07/31/2015 Claim #100 filed by City of Weslaco, Amount claimed: $1160.53 (TL)

*Description:*
*Remarks:* (100-1) Claim No. 100-1 Shall Be Allowed As A Priority Unsecured Claim in the Amount of $1,160.53 - SEE DOCUMENT #2432

---

*Creditor:*    (36484377)          **Claim No: 101**               *Status:*
Weslaco Independent School District   *Original Filed Date:* 07/31/2015    *Filed by:* CR

*History:*

Details  ⦿  101-1  07/31/2015 Claim #101 filed by Weslaco Independent School District, Amount claimed: $1954.57 (TL)

*Description:*
*Remarks:* (101-1) Claim No. 101-1 Shall Be Allowed AS A Priority Unsecured Claim in the Amount of $1,954.57 - SEE DOCUMENT #2432

---

3/21/23, 2:52 PM                                   CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

John T Banks                                    *Original Entered Date:* 08/03/2015      *Entered by:* TL
3301 Northland Dr Ste 505                                                                 *Modified:* 05/02/2019
Austin TX 78731

   Amount claimed: $1954.57    *Pursuant to stipulation (Doc 2426) and Order (Doc 2432), Claim No. 101 is allowed as a priority*
   Secured claimed: $1954.57    *unsecured claim in the amount of $1,954.57 with such priority pursuant to 11 U.S.C. Sect 507(a)(8)*
            Priority allowed: $1954.57
                                                                                        *Priority—Taxes*
                                                                                             *OK*
*History:*
   Details  ⌕ 101-1  07/31/2015 Claim #101 filed by Weslaco Independent School District, Amount claimed: $1954.57 (TL)

*Description:*
*Remarks:* (101-1) Claim No. 101-1 Shall Be Allowed AS A Priority Unsecured Claim in the Amount of $1,954.57 - SEE DOCUMENT #2432

---

*Creditor:*      (36484379)              **Claim No: 102**                 *Status:*
Mississippi Dept of Revenue              *Original Filed Date:* 07/31/2015  *Filed by:* CR
Bankruptcy Section                       *Original Entered Date:* 08/03/2015 *Entered by:* TL
PO Box 22808                                                               *Modified:*
Jackson MS 39225                                                                           *Priority—Taxes + GUC*
   Amount claimed: $94.96                                                                        *OK*
   Priority claimed: $89.36

*History:* GUC# 5.60
   Details  ⌕ 102-1  07/31/2015 Claim #102 filed by Mississippi Dept of Revenue, Amount claimed: $94.96 (TL)

*Description:*
*Remarks:*

---

*Creditor:*      (40784586)              **Claim No: 103**                 *Status:* Transferred 2967
JM Partners LLC                          *Original Filed Date:* 07/31/2015  *Filed by:* CR
ATTN: John Marshall                      *Original Entered Date:* 08/03/2015 *Entered by:* TL
6800 Paragon Place, Ste 202                                                *Modified:*
Richmond, VA 23230    Claimant History                                                    *Priority—Wages*
   Amount claimed: $2448.17                                                                     *OK*
   Priority claimed: $2448.17

*History:*
   Details  ⌕ 103-1  07/31/2015 Claim #103 filed by Kenneth P Chica, Amount claimed: $2448.17 (TL)
        ✗ 2967  05/17/2021 Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: Kenneth P Chica (Claim No. 103) To JM Partners LLC
                 Fee Amount $26 To JM Partners LLC Filed by Creditor JM Partners LLC. (Marshall, John) Status: Transferred

*Description:*
*Remarks:*

---

*Creditor:*      (36484401)              **Claim No: 104**                 *Status:*
Commonwealth Edison Co                   *Original Filed Date:* 07/31/2015  *Filed by:* CR
2 Lincoln Center                         *Original Entered Date:* 08/03/2015 *Entered by:* BTM
Attn Bankruptcy Section                                                    *Modified:*
Oakbrook Terrace IL 60181                                                                       *OK*
GUC Amount claimed: $4425.20

*History:*
   Details  ⌕ 104-1  07/31/2015 Claim #104 filed by Commonwealth Edison Co, Amount claimed: $4425.20 (BTM)

*Description:*
*Remarks:*

---

*Creditor:*      (36485458)              **Claim No: 105**                 *Status:*
Pardeep Singh Kapoor                     *Original Filed Date:* 07/31/2015  *Filed by:* CR
3593 Bridge Walk Dr                      *Original Entered Date:* 08/03/2015 *Entered by:* TL
Lawrenceville GA 30044                                                     *Modified:*                  *OK*
GUC Amount claimed: $20.01

*History:*
   Details  ⌕ 105-1  07/31/2015 Claim #105 filed by Pardeep Singh Kapoor, Amount claimed: $20.01 (TL)

*Description:*
*Remarks:*

---

*Creditor:*      (36485488)              **Claim No: 106**                 *Status:*
Joy Campbell                             *Original Filed Date:* 07/24/2015  *Filed by:* CR

*History:*
   Details  ⌕ 106-1  07/24/2015 Claim #106 filed by Joy Campbell, Amount claimed: $27.48 (TL)

*Description:*
*Remarks:*

3/21/23, 2:52 PM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

3053 Austin Point Dr                    *Original Entered Date*: 08/03/2015        *Entered by*: TL
Tucson AZ 85730                                                                    *Modified*:

*GUC* Amount claimed: $27.48                                                       OK

*History*:
Details ⊕ 106-1 07/24/2015 Claim #106 filed by Joy Campbell, Amount claimed: $27.48 (TL)
*Description*:
*Remarks*:

---

*Creditor*:    (36485552)              **Claim No: 107**                    *Status*:
High Eagle International Ltd            *Original Filed Date*: 07/31/2015     *Filed by*: CR
USA Representative Dick Hsu             *Original Entered Date*: 08/03/2015    *Entered by*: TL
8780 19th Street #286                                                        *Modified*:
Alta Loma CA 91701
                                                                             OK
*GUC* Amount claimed: $409291.72

*History*:
Details ⊕ 107-1 07/31/2015 Claim #107 filed by High Eagle International Ltd, Amount claimed: $409291.72 (TL)
*Description*:
*Remarks*:

---

*Creditor*:    (36355782)              **Claim No: 108**                    *Status*:
Columbia Frame Inc                     *Original Filed Date*: 07/31/2015     *Filed by*: CR
6251 Notre Dame East                   *Original Entered Date*: 08/03/2015    *Entered by*: TL
Montreal, CANADA, QC H1N2E9                                                  *Modified*:   No distribution to GUC
*GUC* Amount claimed: $122042.00                             Possible objection but

*History*:
Details ⊕ 108-1 07/31/2015 Claim #108 filed by Columbia Frame Inc, Amount claimed: $122042.00 (TL)
*Description*:
*Remarks*:

---

*Creditor*:    (36486320)              **Claim No: 109**                    *Status*:
Kathleen Weddle                        *Original Filed Date*: 07/31/2015     *Filed by*: CR
7501 E McDowell #2195                   *Original Entered Date*: 08/03/2015    *Entered by*: TL
Scottsdale AZ 85257                                                          *Modified*:
 Amount claimed: $50.00                                          Priority—Deposits
 Priority  claimed: $50.00                                               OK

*History*:
Details ⊕ 109-1 07/31/2015 Claim #109 filed by Kathleen Weddle, Amount claimed: $50.00 (TL)
*Description*:
*Remarks*:

---

*Creditor*:    (36486338)              **Claim No: 110**                    *Status*:
Mallory Minahan                        *Original Filed Date*: 07/31/2015     *Filed by*: CR
131 W Roadrunner Dr                    *Original Entered Date*: 08/03/2015    *Entered by*: TL
Chandler AZ 85286                                                            *Modified*:
                                                                                 OK
*GUC* Amount claimed: $50.00

*History*:
Details ⊕ 110-1 07/31/2015 Claim #110 filed by Mallory Minahan, Amount claimed: $50.00 (TL)
*Description*:
*Remarks*:

---

*Creditor*:    (36486375)              **Claim No: 111**                    *Status*:
Laura P Sellers                        *Original Filed Date*: 07/31/2015     *Filed by*: CR
5355 Silver Creek Dr SW                *Original Entered Date*: 08/03/2015    *Entered by*: TL
Lilburn GA 30047                                                             *Modified*:
 Amount claimed: $8.59                                           Priority—Deposits
 Priority  claimed: $8.59                                                OK

*History*:
Details ⊕ 111-1 07/31/2015 Claim #111 filed by Laura P Sellers, Amount claimed: $8.59 (TL)
*Description*:
*Remarks*:

| | | |
|---|---|---|
| *Creditor:* (36486487)<br>Sally Schlotman<br>361 Murray Dr<br>El Cajon CA 92020<br>Amount claimed: $136.36<br>Priority claimed: $136.36 | **Claim No: 112**<br>*Original Filed Date:* 07/31/2015<br>*Original Entered Date:* 08/03/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* TL<br>*Modified:* |

*Priority—Deposits OK*

*History:*
Details   112-1   07/31/2015 Claim #112 filed by Sally Schlotman, Amount claimed: $136.36 (TL)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36486557)<br>Ann Brecker<br>725 N Juanita #B<br>Redondo Beach, CA 90277<br>Amount claimed: $40.00<br>Priority claimed: $40.00 | **Claim No: 113**<br>*Original Filed Date:* 07/31/2015<br>*Original Entered Date:* 08/03/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* TL<br>*Modified:* |

*Priority—Deposits OK*

*History:*
Details   113-1   07/31/2015 Claim #113 filed by Ann Brecker, Amount claimed: $40.00 (TL)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36489780)<br>Ermine Vardumova<br>10413 Wilsey Ave<br>Tujunga CA 91042<br>Amount claimed: $50.10 | **Claim No: 114**<br>*Original Filed Date:* 08/03/2015<br>*Original Entered Date:* 08/05/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* BTM<br>*Modified:* |

*GUC*    *OK*

*History:*
Details   114-1   08/03/2015 Claim #114 filed by Ermine Vardumova, Amount claimed: $50.10 (BTM)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36490065)<br>Michael R Jurado<br>2717 W Northwood St<br>Santa Ana, CA 92704<br>Amount claimed: $50.00 | **Claim No: 115**<br>*Original Filed Date:* 08/04/2015<br>*Original Entered Date:* 08/05/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* SD8<br>*Modified:* |

*GUC*    *OK*

*History:*
Details   115-1   08/04/2015 Claim #115 filed by Michael R Jurado, Amount claimed: $50.00 (SD8)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (37647601)<br>City of Philadelphia<br>School District of Philadelphia<br>Megan N Harper<br>1401 JFK Blvd, 5th Fl<br>Philadelphia, PA 19102   Claimant History<br>Amount claimed: $16283.32<br>Priority claimed: $11825.80 | **Claim No: 116**<br>*Original Filed Date:* 08/05/2015<br>*Original Entered Date:* 08/05/2015<br>*Last Amendment Filed:* 03/01/2017<br>*Last Amendment Entered:* 03/03/2017 | *Status:*<br>*Filed by:* CR<br>*Entered by:* SD8<br>*Modified:* |

*Priority—Taxes + GUC OK*

*History:* *GUC $ 4,457.52*
Details   116-1   08/05/2015 Claim #116 filed by City of Philadelphia/School Dist. of Philadelphia, Amount claimed: $1662.95 (SD8)
Details   116-2   03/01/2017 Amended Claim #116 filed by City of Philadelphia, Amount claimed: $16283.32 (SD8)
*Description:*
*Remarks:* (116-2) Original not signed

| | | |
|---|---|---|
| *Creditor:* (36356015)<br>Crista D Carson<br>5108 Promised Land Dr<br>Mckinney, TX 75071<br>Priority claimed: $24615.36 | **Claim No: 117**<br>*Original Filed Date:* 08/04/2015<br>*Original Entered Date:* 08/05/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* SD8<br>*Modified:* |

*Superseded / Amended by Claim No. 180-2 X*

*History:*
Details   117-1   08/04/2015 Claim #117 filed by Crista D Carson, Amount claimed: (SD8)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                      CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*    (36356015)                    **Claim No: 118**                    *Status:*
Crista D Carson                              *Original Filed Date:* 08/04/2015    *Filed by:* CR
5108 Promised Land Dr                        *Original Entered Date:* 08/05/2015  *Entered by:* SD8
Mckinney, TX 75071                                                                *Modified:*

  Priority claimed: $3145.77                                        *Superseded / Amended by Claim No. 180-2*
                                                                         X
*History:*
  Details    ⍟ 118-1  08/04/2015 Claim #118 filed by Crista D Carson, Amount claimed: (SD8)
*Description:*
*Remarks:*

*Creditor:*    (36490145)
Tammy Curtiss
525 N Twilight St
Placentia, CA 92870          *Pursuant to Second Omnibus Objection (Doc 2621) and Order (Doc 2728), Claim No. 119*
  Amount claimed: $100.00    *is reclassified and allowed as an 11 U.S.C. Sect. 507(a)(7) priority unsecured*
  Priority claimed: $100.00  *claim in the amount of $100.00*
                                                                  *Priority—Deposits*
*History:*                                                              *OK*
Details ⍟ 119- 08/04/2015 Claim #119 filed by Tammy Curtiss, Amount claimed: $100.00 (SD8)
       1
       2621 11/13/2019 Motion to Disallow Claims
            *Second Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Kan*
            Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
       2728 01/09/2020 Order Sustaining Second Omnibus Objection To Secured Gift Card/Store Credit Claims: (BNC-PDF) (Related Doc # 2621) 98,119
*Description:*
*Remarks:*

*Creditor:*    (36490153)                    **Claim No: 120**                    *Status:*
City of Mobile, Alabama                      *Original Filed Date:* 08/04/2015    *Filed by:* CR
Florence A Kessler                           *Original Entered Date:* 08/05/2015  *Entered by:* SD8
PO Box 1827                                                                       *Modified:*
Mobile, AL 36633-1827                                                 *Priority—Taxes*
  Amount claimed: $12692.08                                                 *OK*
  Priority claimed: $12692.08

*History:*
  Details    ⍟ 120-1  08/04/2015 Claim #120 filed by City of Mobile, Alabama, Amount claimed: $12692.08 (SD8)
*Description:*
*Remarks:*

*Creditor:*    (36490185)                    **Claim No: 121**                    *Status:*
ADP, LLC                                     *Original Filed Date:* 08/04/2015    *Filed by:* CR
Rosella Nunez                                *Original Entered Date:* 08/05/2015  *Entered by:* SD8
1851 N Resler                                                                     *Modified:*
El Paso, TX 79916                                                                        *OK*
*GUC*  Amount claimed: $27963.81

*History:*
  Details    ⍟ 121-1  08/04/2015 Claim #121 filed by ADP, LLC, Amount claimed: $27963.81 (SD8)
*Description:*
*Remarks:*

*Creditor:*    (36490222)                    **Claim No: 122**                    *Status:*
Robin Biederstadt                            *Original Filed Date:* 08/04/2015    *Filed by:* CR
437 Devonshire Dr                            *Original Entered Date:* 08/05/2015  *Entered by:* SD8
Brea, CA 92821                                                                    *Modified:*
*GUC*  Amount claimed: $17.49                                                            *OK*

*History:*
  Details    ⍟ 122-1  08/04/2015 Claim #122 filed by Robin Biederstadt, Amount claimed: $17.49 (SD8)
*Description:*
*Remarks:*

3/21/23, 2:52 PM
CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*   (36490223)
Susan Ginosyan-Khanzadian
3453 E Balch
Fresno, CA 93702

**Claim No: 123**
*Original Filed Date:* 08/04/2015
*Original Entered Date:* 08/05/2015

*Status:*
*Filed by:* CR
*Entered by:* SD8
*Modified:*

*OK*

*GUC*

Amount claimed: $60.84

*History:*

Details   123-1   08/04/2015 Claim #123 filed by Susan Ginosyan-Khanzadian, Amount claimed: $60.84 (SD8)

*Description:*
*Remarks:*

---

*Creditor:*   (36490227)
Shawn Michael Allen
4310 Brookside Oaks
Owings Mills, MD 21117

**Claim No: 124**
*Original Filed Date:* 08/04/2015
*Original Entered Date:* 08/05/2015
*Last Amendment Filed:* 05/16/2022
*Last Amendment Entered:* 05/16/2022

*Status:*
*Filed by:* CR
*Entered by:* Nanette D Sanders
*Modified:*

*Priority—Wages*
*OK*

Amount claimed: $3712.50
Priority  claimed: $3712.50

*History:*

Details   124-1   08/04/2015 Claim #124 filed by Shawn Michael Allen, Amount claimed: (SD8)

Details   124-2   05/16/2022 Amended Claim #124 filed by Shawn Michael Allen, Amount claimed: $3712.50 (Sanders, Nanette)

*Description:* (124-2) This claim supercedes and amends claim 124
*Remarks:*

---

*Creditor:*   (36490255)
John Bradley
114 Andorra
Universal City, TX 78148

Pursuant to First Omnibus Objection (Doc 2560) and Order (Doc 2596), Claim No. 125
is reclassified and allowed as an 11 U.S.C. Sect 507(a)(7) priority unsecured claim
in the amount of $100.00

Amount claimed: $100.00

*Priority*

*History:*

Details   125-1   08/04/2015 Claim #125 filed by John Bradley, Amount claimed: $100.00 (SD8)

*Priority—Deposits*
*OK*

2560   09/30/2019 Motion to Disallow Claims
*First Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen ; Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)*

2596   11/06/2019 Order Sustaining First Omnibus Objection To Secured Gift Card/Store Credit claims: (BNC-PDF) (Related Doc # 2560) Claims Nu

*Description:*
*Remarks:*

---

*Creditor:*   (36490468)   History
City of Baytown Texas
c/o Randall B Strong
407 W Baker Rd Suite T
Baytown TX 77521

**Claim No: 126**
*Original Filed Date:* 08/03/2015
*Original Entered Date:* 08/05/2015
*Last Amendment Filed:* 07/26/2018
*Last Amendment Entered:* 08/14/2018

*Status:*
*Filed by:* CR
*Entered by:* SD8
*Modified:*

*OK*

*GUC*

Amount claimed: $249.87

*History:*

Details   126-1   08/03/2015 Claim #126 filed by City of Baytown Texas, Amount claimed: $249.87 (BTM)

Details   126-2   07/26/2018 Amended Claim #126 filed by City of Baytown Texas, Amount claimed: $249.87 (SD8)

*Description:*
*Remarks:*

---

*Creditor:*   (36491833)
Luis Santamaria
10140 NW 24 Street
Coral Springs FL 33065

**Claim No: 127**
*Original Filed Date:* 08/04/2015
*Original Entered Date:* 08/06/2015

*Status:*
*Filed by:* CR
*Entered by:* BTM
*Modified:*

*Priority—Deposits*
*OK*

Amount claimed: $42.38
Priority  claimed: $42.38

*History:*

Details   127-1   08/04/2015 Claim #127 filed by Luis Santamaria, Amount claimed: $42.38 (BTM)

*Description:*
*Remarks:*

3/21/23, 2:52 PM                              CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*      (36472913)                **Claim No: 128**                  *Status:*
CenturyLink Communications LLC             *Original Filed Date:* 08/03/2015  *Filed by:* CR
Attn Bankruptcy                            *Original Entered Date:* 08/06/2015 *Entered by:* TL
1801 California St Rm 900                                                      *Modified:*                    OK
Denver CO 802022

GUC  Amount claimed: $4.32

*History:*
[Details]  ☐  128-1  08/03/2015 Claim #128 filed by CenturyLink Communications LLC, Amount claimed: $4.32 (TL)
*Description:*
*Remarks:*

*Creditor:*      (36491926)                **Claim No: 129**                  *Status:*
Yvonne Ogard                               *Original Filed Date:* 08/03/2015  *Filed by:* CR
1600 E Vista Way #70                        *Original Entered Date:* 08/06/2015 *Entered by:* TL
Vista CA 92084                                                                *Modified:*                    ok
GUC  No amounts claimed

*History:*
[Details]  ☐  129-1  08/03/2015 Claim #129 filed by Yvonne Ogard, Amount claimed: (TL)
*Description:*
*Remarks:* (129-1) no amount listed

*Creditor:*      (36491927)                **Claim No: 130**                  *Status:*
Mel Merritt                                *Original Filed Date:* 08/03/2015  *Filed by:* CR
1126 La Presa Ave                          *Original Entered Date:* 08/06/2015 *Entered by:* TL
Spring Valley CA 91977                                                        *Modified:*                    OK
GUC  Amount claimed: $43.49

*History:*
[Details]  ☐  130-1  08/03/2015 Claim #130 filed by Mel Merritt, Amount claimed: $43.49 (TL)
*Description:*
*Remarks:*

*Creditor:*      (36491956)                **Claim No: 131**                  *Status:*
Kimberly Y Smith                           *Original Filed Date:* 08/03/2015  *Filed by:* CR
7356 Wayne Ave                             *Original Entered Date:* 08/06/2015 *Entered by:* TL
University City MO 63130                                                      *Modified:*
 Amount claimed: $20.00                                                       Priority — Deposits
 Priority  claimed: $20.00                                                            ok

*History:*
[Details]  ☐  131-1  08/03/2015 Claim #131 filed by Kimberly Y Smith, Amount claimed: $20.00 (TL)
*Description:*
*Remarks:*

*Creditor:*      (36491958)
Sally Canovas                   Pursuant to Fourth Omnibus Objection (Doc 2682) and Order (Doc 2747), Claim No. 132
20034 Dawnmist Dr               allowed as an 11 U.S.C. Sect. 507 (a)(7) priority unsecured claim in the amount
Humble TX 77346                 of $15.00
 Amount claimed: $15.00                                                       Priority — Deposits
 Priority  claimed: $15.00                                                              ok
*History:*
[Details] ☐ 132-  08/03/2015 Claim #132 filed by Sally Canovas, Amount claimed: $15.00 (TL)
        1
        2682 11/25/2019 Motion to Disallow Claims
              *Fourth Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Kare*
              Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
        2747 02/28/2020 Order Sustaining Fourth Omnibus Objection to Secured Gift Card/Store Credit Claims (BNC-PDF) (Related Doc # 2682) Claim Nu
*Description:*
*Remarks:*

*Creditor:*      (36491960)                **Claim No: 133**                  *Status:*
Manjeet Singh                              *Original Filed Date:* 08/03/2015  *Filed by:* CR
1701 Harding Way                           *Original Entered Date:* 08/06/2015 *Entered by:* TL
                                                                             *Modified:*
*History:*
[Details]  ☐  133-1  08/03/2015 Claim #133 filed by Manjeet Singh, Amount claimed: $15.59 (TL)
*Description:*
*Remarks:*

*GUC*  Amount claimed: $15.59                                                      *ok*

*History:*

Details  ⁹  133-1  08/03/2015 Claim #133 filed by Manjeet Singh, Amount claimed: $15.59 (TL)

*Description:*
*Remarks:*

---

*Creditor:*    (36491963)              **Claim No: 134**              *Status:*
Maria Elena Meza                       *Original Filed Date:* 08/03/2015    *Filed by:* CR
9749 Sandalwood Ave                    *Original Entered Date:* 08/06/2015   *Entered by:* TL
Bloomington CA 92316                                                 *Modified:*                *ok*

*GUC*  Amount claimed: $12.96

*History:*

Details  ⁹  134-1  08/03/2015 Claim #134 filed by Maria Elena Meza, Amount claimed: $12.96 (TL)

*Description:*
*Remarks:*

---

*Creditor:*    (36491966)              **Claim No: 135**              *Status:*
Dothan Utilities                       *Original Filed Date:* 08/03/2015    *Filed by:* CR
PO Box 6728                            *Original Entered Date:* 08/06/2015   *Entered by:* TL
Dothan AL 36302                                                      *Modified:*                *ok*

*GUC*  Amount claimed: $2137.74

*History:*

Details  ⁹  135-1  08/03/2015 Claim #135 filed by Dothan Utilities, Amount claimed: $2137.74 (TL)

*Description:*
*Remarks:*

---

*Creditor:*    (36491970)
Rafael Avila              *Pursuant to Omnibus Objection (Doc 3191) and Order (Doc 3249), Claim No. 136*
808 N 2nd St Apt #209     *is disallowed as a priority unsecured claim pursuant to 11 U.S.C. Sect 507(a)(4) in the amount of*
Alhambra CA 91801         *$2,233.10 for unpaid vacation, with the balance of such claim disallowed as a severance claim*
Amount claimed: $12350.36 *that is separately encompassed within the WARN Settlement*
Priority claimed: $12350.36
                          2,233.10                                               *Priority—Wages*
*History:*                                                                               *ok*
Details ⁹ 136-  08/03/2015 Claim #136 filed by Rafael Avila, Amount claimed: $12350.36 (TL)
      1

      3191 06/23/2022 Motion to Disallow Claims
              --Omnibus Objection to Priority Claims of Debtor's Former Employees Who Are WARN Settlement Class Members; Memorandum
              Filed by Trustee Karen S Naylor (TR) (Sanders, Nanette)
      3249 07/27/2022 Order Sustaining Omnibus Objection To Priority Claims Of Debtor's Former Employees Who Are Warn Settlement Class Members

*Description:*
*Remarks:*

---

*Creditor:*    (36491978)  History    **Claim No: 137**              *Status:*
Nancy McKenzie                         *Original Filed Date:* 08/03/2015    *Filed by:* CR
3817 N 125th Dr                        *Original Entered Date:* 08/06/2015   *Entered by:* TL
Avondale AZ 85392                                                   *Modified:*
Amount claimed: $1105.70                                              *Priority—Wages*
Priority claimed: $1105.70                                                  *ok*

*History:*

Details  ⁹  137-1  08/03/2015 Claim #137 filed by Nancy McKenzie, Amount claimed: $1105.70 (TL)

*Description:*
*Remarks:*

3/21/23, 2:52 PM

CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

| | | |
|---|---|---|
| *Creditor:* (36491978) History | **Claim No: 138** | *Status:* Disallow 3121 |
| Nancy McKenzie | *Original Filed Date:* 08/03/2015 | *Filed by:* CR |
| 3817 N 125th Dr | *Original Entered Date:* 08/06/2015 | *Entered by:* TL |
| Avondale AZ 85392 | | *Modified:* 03/29/2022 |

Amount claimed: $2687.12    *Pursuant to Objection (Doc 3093) and Order (Doc 3121), Claim No. 138 is not entitled to priority*
Priority claimed: $2687.12    *in any amount pursuant to 11 U.S.C Sect 507(a)(4), and claim is disallowed in its entirety* ✗

*History:*

Details ⁹ 138- 08/03/2015 Claim #138 filed by Nancy McKenzie, Amount claimed: $2687.12 (TL)
1

    3093 02/16/2022 Motion to Disallow Claims
        --*Objection of Chapter 7 Trustee to Claim of Nancy McKenzie [Claim No. 138-1]; Memorandum of Points and Authorities; and Dec*
        Filed by Trustee Karen S Naylor (TR) (Minier, Christopher)

    3121 03/29/2022 Order On Objection Of Chapter 7 Trustee To Claim Of Nancy McKenzie [Claim No. 138-1] (BNC-PDF) (Related Doc # 3093) 138
        follows: 1. The Trustee's Objection is sustained in its entirety; 2. The proof of claim of Nancy McKensie, Claim No. 138-1 (the "Cla
        in any amount pursuant to any subsection of 11 USC §507(a)(4); and 3. The Claim is disallowed in its entirety. Signed on 3/29/20:
        Disallow

*Description:*

*Remarks:* (138-1) The Claim is Disallowed in its Entirety - See Order #[3121]

---

| | | |
|---|---|---|
| *Creditor:* (36491983) | **Claim No: 139** | *Status:* |
| AmeriPOwer LLC | *Original Filed Date:* 08/03/2015 | *Filed by:* CR |
| Law Offices of Jennine Hovell-Cox | *Original Entered Date:* 08/06/2015 | *Entered by:* TL |
| PO Box 16276 | | *Modified:* |
| Sugar Land TX 77496 | | |

Amount claimed: $856.42    *Pursuant to Stipulation (Doc 1398) and Order (Doc 1414), all claims tied to Claim No. 1246A+B* ✗

*History:*

Details ⁹ 139-1 08/03/2015 Claim #139 filed by AmeriPOwer LLC, Amount claimed: $856.42 (TL)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (36491983) | **Claim No: 140** | *Status:* |
| AmeriPOwer LLC | *Original Filed Date:* 08/03/2015 | *Filed by:* CR |
| Law Offices of Jennine Hovell-Cox | *Original Entered Date:* 08/06/2015 | *Entered by:* TL |
| PO Box 16276 | | *Modified:* |
| Sugar Land TX 77496 | | |

Amount claimed: $1476.78    *Pursuant to Stipulation (Doc 1398) and Order (Doc 1414), all claims tied to Claim No. 1246A+B* ✗

*History:*

Details ⁹ 140-1 08/03/2015 Claim #140 filed by AmeriPOwer LLC, Amount claimed: $1476.78 (TL)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (36491983) | **Claim No: 141** | *Status:* |
| AmeriPOwer LLC | *Original Filed Date:* 08/03/2015 | *Filed by:* CR |
| Law Offices of Jennine Hovell-Cox | *Original Entered Date:* 08/06/2015 | *Entered by:* TL |
| PO Box 16276 | | *Modified:* |
| Sugar Land TX 77496 | | |

Amount claimed: $1113.40    *Pursuant to Stipulation (Doc 1398) and Order (Doc 1414), all claims tied to Claim No. 1246A+B* ✗

*History:*

Details ⁹ 141-1 08/03/2015 Claim #141 filed by AmeriPOwer LLC, Amount claimed: $1113.40 (TL)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (36491983) | **Claim No: 142** | *Status:* |
| AmeriPOwer LLC | *Original Filed Date:* 08/03/2015 | *Filed by:* CR |
| Law Offices of Jennine Hovell-Cox | *Original Entered Date:* 08/06/2015 | *Entered by:* TL |
| PO Box 16276 | | *Modified:* |
| Sugar Land TX 77496 | | |

Amount claimed: $833.63    *Pursuant to Stipulation (Doc 1398) and Order (Doc 1414), all claims tied to Claim No. 1246A+B* ✗

*History:*

Details ⁹ 142-1 08/03/2015 Claim #142 filed by AmeriPOwer LLC, Amount claimed: $833.63 (TL)

*Description:*

*Remarks:*

3/21/23, 2:52 PM                                          CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

| | | |
|---|---|---|
| *Creditor:* (36491983) | **Claim No: 143** | *Status:* |
| AmeriPOwer LLC | *Original Filed Date:* 08/03/2015 | *Filed by:* CR |
| Law Offices of Jennine Hovell-Cox | *Original Entered Date:* 08/06/2015 | *Entered by:* TL |
| PO Box 16276 | | *Modified:* |
| Sugar Land TX 77496 | | |

Amount claimed: $1401.68  *Pursuant to Stipulation (Doc 1398) and Order (Doc 1414), all claims tied to Claim No. 1246A+B*

X

*History:*

Details  🔳  143-1  08/03/2015 Claim #143 filed by AmeriPOwer LLC, Amount claimed: $1401.68 (TL)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36491983) | **Claim No: 144** | *Status:* |
| AmeriPOwer LLC | *Original Filed Date:* 08/03/2015 | *Filed by:* CR |
| Law Offices of Jennine Hovell-Cox | *Original Entered Date:* 08/06/2015 | *Entered by:* TL |
| PO Box 16276 | | *Modified:* |
| Sugar Land TX 77496 | | |

Amount claimed: $17918.33  *Pursuant to Stipulation (Doc 1398) and Order (Doc 1414), all claims tied to Claim No. 1246A+B*

X

*History:*

Details  🔳  144-1  08/03/2015 Claim #144 filed by AmeriPOwer LLC, Amount claimed: $17918.33 (TL)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36353619) | **Claim No: 145** | *Status:* |
| Arizona Dept Of Revenue | *Original Filed Date:* 08/06/2015 | *Filed by:* CR |
| 1600 W Monroe | *Original Entered Date:* 08/06/2015 | *Entered by:* Paula Shanahan |
| Phoenix, AZ 85007-2650 | | *Modified:* |

Amount claimed: $3834.24  *Pursuant to Stipulation (Doc 1896) and Order (Doc 1897), Claim allowed at $2,000.00 as secured against*

Priority claimed: $3834.24  *Sales Tax Reserve and shall be paid; and Claim allowed at $1,834.24 as a priority tax claim*

*Secured Tax + Priority*

1,834.24

*History:* Secured 2,000.00                                                                                             *ok*

Details  🔳  145-1  08/06/2015 Claim #145 filed by Arizona Dept Of Revenue, Amount claimed: $3834.24 (Shanahan, Paula)

*Description:* (145-1) 33-0244273
*Remarks:* (145-1) Original POC

| | | |
|---|---|---|
| *Creditor:* (36353619) | **Claim No: 146** | *Status:* |
| Arizona Dept Of Revenue | *Original Filed Date:* 08/06/2015 | *Filed by:* CR |
| 1600 W Monroe | *Original Entered Date:* 08/06/2015 | *Entered by:* Paula Shanahan |
| Phoenix, AZ 85007-2650 | | *Modified:* |

*Ch11*  Amount claimed: $5043.49  *Pursuant to Stipulation (Doc 1896) and Order (Doc 1897), Claim allowed at $5,043.49 as a Ch11*

*Admin*  Priority claimed: $5043.49  *administrative tax claim*

*Ch11 Admin Tax*

*ok*

*History:*

Details  🔳  146-1  08/06/2015 Claim #146 filed by Arizona Dept Of Revenue, Amount claimed: $5043.49 (Shanahan, Paula)

*Description:* (146-1) 33-0244273
*Remarks:* (146-1) Admin Claim

| | | |
|---|---|---|
| *Creditor:* (36492732) | **Claim No: 147** | *Status:* |
| Simrat Saini | *Original Filed Date:* 08/05/2015 | *Filed by:* CR |
| 704 William Moss Blvd | *Original Entered Date:* 08/06/2015 | *Entered by:* TL |
| Stockton CA 95206 | | *Modified:* |

*GUC*  Amount claimed: $142.81                                                                                    *ok*

*History:*

Details  🔳  147-1  08/05/2015 Claim #147 filed by Simrat Saini, Amount claimed: $142.81 (TL)

*Description:*
*Remarks:*

*Creditor:* (36492734)  *Pursuant to First Omnibus Objection (Doc 2560) and Order (Doc 2596), Claim No. 148 is reclassified*
Wahida Mary  *and allowed as an 11 U.S.C. Sect. 507(a)(7) priority unsecured claim in the amount of $89.53*

*Priority — Deposits*

*History:*                                                                                                     *ok*

Details 🔳 148-  08/05/2015 Claim #148 filed by Wahida Mary, Amount claimed: $89.53 (TL)
1

2560 09/30/2019 Motion to Disallow Claims
        *First Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen ...
        Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)*

2596 11/06/2019 Order Sustaining First Omnibus Objection To Secured Gift Card/Store Credit claims: (BNC-PDF) (Related Doc # 2560) Claims Nu...

*Description:*
*Remarks:*

3/21/23, 2:52 PM                                CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

2705 S Barcelona St
Spring Valley CA 91977
  Amount claimed: $89.53

*History:*
  Details ⁹ 148- 08/05/2015 Claim #148 filed by Wahida Mary, Amount claimed: $89.53 (TL)
          1
          2560 09/30/2019 Motion to Disallow Claims
              *First Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen ;*
              Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
          2596 11/06/2019 Order Sustaining First Omnibus Objection To Secured Gift Card/Store Credit claims: (BNC-PDF) (Related Doc # 2560) Claims Nu
*Description:*
*Remarks:*

---

  *Creditor:*      (36492735)              **Claim No: 149**                  *Status:*
  Lisa Mustian                            *Original Filed Date:* 08/05/2015   *Filed by:* CR
  2691 W Quick Draw Way                   *Original Entered Date:* 08/06/2015 *Entered by:* TL
  Queen Creek AZ 85142                                                        *Modified:*             CK
GUC Amount claimed: $54.51

  *History:*
    Details ⁹ 149-1 08/05/2015 Claim #149 filed by Lisa Mustian, Amount claimed: $54.51 (TL)
  *Description:*
  *Remarks:*

---

  *Creditor:*      (36492736)              **Claim No: 150**                  *Status:*
  Karen Montrose                          *Original Filed Date:* 08/05/2015   *Filed by:* CR
  1851 Holmby Ave #303                    *Original Entered Date:* 08/06/2015 *Entered by:* TL
  Los Angeles CA 90025                                                        *Modified:*             OK
GUC Amount claimed: $50.00

  *History:*
    Details ⁹ 150-1 08/05/2015 Claim #150 filed by Karen Montrose, Amount claimed: $50.00 (TL)
  *Description:*
  *Remarks:*

---

  *Creditor:*      (36492756)              **Claim No: 151**                  *Status:*
  Lori Hawkyard                           *Original Filed Date:* 08/05/2015   *Filed by:* CR
  1912 Tamarack                           *Original Entered Date:* 08/06/2015 *Entered by:* TL
  Sanger CA 93657                                                             *Modified:*
  *No amounts claimed*                                                                                ok

  *History:*
    Details ⁹ 151-1 08/05/2015 Claim #151 filed by Lori Hawkyard, Amount claimed: (TL)
  *Description:*
GUC *Remarks:* (151-1) no amount listed

---

  *Creditor:*      (36492787)              **Claim No: 152**                  *Status:*
  Branded Group Inc                       *Original Filed Date:* 08/05/2015   *Filed by:* CR
  William E Ireland Esq                   *Original Entered Date:* 08/06/2015 *Entered by:* TL
  555 S Flower St 45th FL                                                     *Modified:*
  Los Angeles CA 90071                                          Possible objection but No distribution to GUC
GUC Amount claimed: $10913.95

  *History:*
  Details ⁹ 152-1 08/05/2015 Claim #152 filed by Branded Group Inc, Amount claimed: $10913.95 (TL)
  *Description:*
  *Remarks:*

---

  *Creditor:*      (36492788)              **Claim No: 153**                  *Status:*
  Kirkland & Ellis LLP                    *Original Filed Date:* 08/05/2015   *Filed by:* CR
  300 North LaSalle                       *Original Entered Date:* 08/06/2015 *Entered by:* TL
  Chicago IL 60654                                                            *Modified:*
  Amount claimed: $291649.19                             Possible objection but No distribution to GUC
GUC
  *History:*
  Details ⁹ 153-1 08/05/2015 Claim #153 filed by Kirkland & Ellis LLP, Amount claimed: $291649.19 (TL)
  *Description:*
  *Remarks:*

3/21/23, 2:52 PM                                   CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

| | | |
|---|---|---|
| *Creditor:* (36494056) | **Claim No: 154** | *Status:* |
| American Express Travel Related Services | *Original Filed Date:* 08/07/2015 | *Filed by:* CR |
| Company, Inc. | *Original Entered Date:* 08/07/2015 | *Entered by:* Lynn Brown |
| c o Becket and Lee LLP | *Last Amendment Filed:* 06/30/2016 | *Modified:* |
| POB 3001 | *Last Amendment Entered:* 06/30/2016 | |
| Malvern, PA 19355-0701 | | |

*ok*

Amount claimed: $782299.51

*GUC*

*History:*

| | | |
|---|---|---|
| Details | 154-1 | 08/07/2015 Claim #154 filed by American Express Travel Related Services, Amount claimed: $781642.56 (Bharatia, Shraddha) |
| Details | 154-2 | 06/30/2016 Amended Claim #154 filed by American Express Travel Related Services, Amount claimed: $782299.51 (Brown, Lynn) |

*Description:* (154-1) CREDIT CARD DEBT
*Remarks:* (154-2) UPDATE BALANCE

| | | |
|---|---|---|
| *Creditor:* (36494430) | **Claim No: 155** | *Status:* |
| Barbara R Smith | *Original Filed Date:* 08/06/2015 | *Filed by:* CR |
| 1770 Callisia Ct | *Original Entered Date:* 08/07/2015 | *Entered by:* TL |
| Carlsbad CA 92011 | | *Modified:* |

*ok*

Amount claimed: $50.00

*GUC*

*History:*

Details   155-1   08/06/2015 Claim #155 filed by Barbara R Smith, Amount claimed: $50.00 (TL)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36494431) | **Claim No: 156** | *Status:* |
| Don McDermott | *Original Filed Date:* 08/06/2015 | *Filed by:* CR |
| 10480 SW 110th St | *Original Entered Date:* 08/07/2015 | *Entered by:* TL |
| Miami FL 33176 | | *Modified:* |

Amount claimed: $60.00
Priority claimed: $60.00

*Priority - Deposits ok*

*History:*

Details   156-1   08/06/2015 Claim #156 filed by Don McDermott, Amount claimed: $60.00 (TL)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36494432) | **Claim No: 157** | *Status:* |
| Amy Almguist | *Original Filed Date:* 08/06/2015 | *Filed by:* CR |
| 20 McCoy Dr | *Original Entered Date:* 08/07/2015 | *Entered by:* TL |
| Leicester NC 28748 | | *Modified:* |

*ok*

*GUC* Amount claimed: $40.00

*History:*

Details   157-1   08/06/2015 Claim #157 filed by Amy Almguist, Amount claimed: $40.00 (TL)

*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36498529) | **Claim No: 158** | *Status:* |
| American Express Travel Related Services | *Original Filed Date:* 08/10/2015 | *Filed by:* CR |
| Company, Inc. | *Original Entered Date:* 08/10/2015 | *Entered by:* Lynn Brown |
| c o Becket and Lee LLP | | *Modified:* |
| POB 3001 | | |
| Malvern, PA 19355-0701 | | |

*ok*

*GUC* Amount claimed: $38823.21

*History:*

Details   158-1   08/10/2015 Claim #158 filed by American Express Travel Related Services, Amount claimed: $38823.21 (Brown, Lynn)

*Description:* (158-1) CREDIT CARD DEBT
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36498667) | **Claim No: 159** | *Status:* |
| Arizona Public Service (APS) | *Original Filed Date:* 08/07/2015 | *Filed by:* CR |
| Bldg M-M/S 3209-Attn Martha | *Original Entered Date:* 08/10/2015 | *Entered by:* BTM |
| 2043 W Cheryl | | *Modified:* |
| Phoenix AZ 85021 | | |

*History:*

Details   159-1   08/07/2015 Claim #159 filed by Arizona Public Service (APS), Amount claimed: $7033.40 (BTM)

*Description:*
*Remarks:*

3/21/23, 2:52 PM                                     CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

GUC Amount claimed: $7033.40                                                                    ok

*History:*
Details    159-1  08/07/2015 Claim #159 filed by Arizona Public Service (APS), Amount claimed: $7033.40 (BTM)
*Description:*
*Remarks:*

---

*Creditor:*  (36499648)                **Claim No: 160**                      *Status:*
County of Orange                       *Original Filed Date:* 08/10/2015       *Filed by:* CR
P.O. Box 4515                          *Original Entered Date:* 08/10/2015     *Entered by:* David Scallon
Santa Ana, CA 92702-4515                                                      *Modified:*
Attn: Bankruptcy Unit

  Amount claimed: $25445.86                                        Priority-Taxes + GUC
  Secured claimed:      $0.00                                              ok
  Priority claimed: $25438.94

*History:* GUC # 6.92
Details    160-1  08/10/2015 Claim #160 filed by County of Orange, Amount claimed: $25445.86 (Scallon, David)
*Description:* (160-1) Pre-Petition for 2009 & 2015 tax year
*Remarks:* (160-1) Bk#1500100

---

*Creditor:*  (36361561)                **Claim No: 161**                      *Status:* Withdraw 2068
Marks Group LLC                        *Original Filed Date:* 08/10/2015       *Filed by:* AT
DBA Daniel Marks                       *Original Entered Date:* 08/10/2015     *Entered by:* Norman C Sullivan
248 Blue Crane, 1 Drive                *Last Amendment Filed:* 08/26/2015      *Modified:*
Slidell, LA 70461                      *Last Amendment Entered:* 08/26/2015

  Amount claimed: $68313.12
                                              withdrawal of claim filed 1/9/18 (Doc 2068)
*History:*                                                                  X
Details    161-1  08/10/2015 Claim #161 filed by Marks Group LLC, Amount claimed: $68313.12 (Sullivan, Norman)
Details    161-2  08/26/2015 Amended Claim #161 filed by Marks Group LLC, Amount claimed: $68313.12 (Sullivan, Norman)
           2068  01/09/2018 Withdrawal of Claim(s): 161 Filed by Creditor Marks Group LLC. (Garner, John) Status: Withdraw
*Description:*
*Remarks:*

---

*Creditor:*  (36505785)                **Claim No: 162**                      *Status:*
FedEx Tech Connect Inc as Assignee     *Original Filed Date:* 08/12/2015       *Filed by:* CR
of FedEx Express/Ground/Freight/Office *Original Entered Date:* 08/12/2015     *Entered by:* William B Seligstein
3965 Airways Blvd, Module G, 3rd Floor                                        *Modified:*
Memphis, Tennessee 38116                                                                    CK

GUC Amount claimed: $280528.09

*History:*
Details    162-1  08/12/2015 Claim #162 filed by FedEx Tech Connect Inc as Assignee, Amount claimed: $280528.09 (Seligstein, William)
*Description:*
*Remarks:*

---

*Creditor:*  (36509033)                **Claim No: 163**                      *Status:*
Wanda Metter                           *Original Filed Date:* 08/10/2015       *Filed by:* CR
3151 E Ave H                           *Original Entered Date:* 08/13/2015     *Entered by:* RT
Lancaster, CA 93535                    *Last Amendment Filed:* 02/08/2016      *Modified:*
                                       *Last Amendment Entered:* 02/08/2016
                                                                                           OK
GUC Amount claimed: $98.04

*History:*
Details    163-1  08/10/2015 Claim #163 filed by Wanda Metter, Amount claimed: $98.04 (LL2)
Details    163-2  02/08/2016 Amended Claim #163 filed by Wanda Metter, Amount claimed: $98.04 (RT)
*Description:*
*Remarks:*

---

*Creditor:*  (36517334)                **Claim No: 164**                      *Status:*
Marta Diaz                             *Original Filed Date:* 08/17/2015       *Filed by:* CR
6345 SW 138Ct Apt 120                  *Original Entered Date:* 08/18/2015     *Entered by:* BTM
Miami FL 33183                                                                *Modified:*          ok

GUC Amount claimed: $34.22

*History:*
Details    164-1  08/17/2015 Claim #164 filed by Marta Diaz, Amount claimed: $34.22 (BTM)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

| | | |
|---|---|---|
| *Creditor:* (36519032)<br>Karen O'Boyle<br>202 Snow Valley Circle<br>Drums PA 18222 | **Claim No: 165**<br>*Original Filed Date:* 08/17/2015<br>*Original Entered Date:* 08/19/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* BTM<br>*Modified:* |

GUC   Amount claimed: $32.38                                                                    *ok*

*History:*
Details   ❸  165-1  08/17/2015 Claim #165 filed by Karen O'Boyle, Amount claimed: $32.38 (BTM)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36521503)<br>Ameren Missouri<br>PO Box 66881 Mail Code 310<br>Saint Louis MO 63166 | **Claim No: 166**<br>*Original Filed Date:* 08/19/2015<br>*Original Entered Date:* 08/20/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:*<br>*Modified:* |

GUC   Amount claimed: $6869.87                                                                 *ok*

*History:*
Details   ❸  166-1  08/19/2015 Claim #166 filed by Ameren Missouri, Amount claimed: $6869.87 (VSI)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36526164)<br>Canjoy Linens, Inc.<br>c/o Arent Fox LLP<br>Attn: Ismael Bautista, Jr.<br>555 W. Fifth Street, 48th Floor<br>Los Angeles, CA 90013 | **Claim No: 167**<br>*Original Filed Date:* 08/21/2015<br>*Original Entered Date:* 08/21/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* M Douglas Flahaut<br>*Modified:* |

*Possible objection but No distribution to GUC*

GUC   Amount claimed: $270522.54

*History:*
Details   ❸  167-1  08/21/2015 Claim #167 filed by Canjoy Linens, Inc., Amount claimed: $270522.54 (Flahaut, M)
*Description:* (167-1) Goods delivered (See attached Rider)
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36364039)<br>Roind Hometex Co Ltd Di<br>91 Z Zhengxing Road<br>Luoshe Town<br>WU XI JIANGSU, CHINA, 00021-4187 | **Claim No: 168**<br>*Original Filed Date:* 08/21/2015<br>*Original Entered Date:* 08/21/2015 | *Status:* Withdraw 2071<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

 Amount claimed: $2808764.80

*Amended by Claim No. 1066*
*Withdrawal of Claim filed 1/11/18 (Doc 2071)*    ✗

*History:*
Details   ❸  168-1  08/21/2015 Claim #168 filed by Roind Hometex Co Ltd Di, Amount claimed: $2808764.80 (Persaud, Tony)
          2071  01/11/2018 Withdrawal of Claim(s): 168,1066 Filed by Creditor Roind Hometex Co., Ltd.. (Katz, Ori) Status: Withdraw
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36527061)<br>DALLAS COUNTY<br>C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP<br>ATTN: ELIZABETH WELLER<br>2777 N. STEMMONS FREEWAY, SUITE 1000<br>DALLAS, TX 75207 | **Claim No: 169**<br>*Original Filed Date:* 08/21/2015<br>*Original Entered Date:* 08/21/2015 | *Status:* Withdraw 1715<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

 Amount claimed: $104308.83        *Pursuant to Stipulation (Doc 1646) and Order (Doc 1677) and withdrawal (Doc 1715), Claim*
 Priority claimed: $104308.83        *withdrawn*    ✗

*History:*
Details   ❸  169-1  08/21/2015 Claim #169 filed by DALLAS COUNTY, Amount claimed: $104308.83 (Persaud, Tony)
          1715  12/05/2016 Withdrawal of Claim(s): 169 Filed by Creditor Dallas County. (Weller, Elizabeth) Status: Withdraw
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*   (36527072)                 **Claim No: 170**                   *Status:* Withdraw 1719
CITY OF CARROLLTON                       *Original Filed Date:* 08/21/2015    *Filed by:* CR
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP  *Original Entered Date:* 08/21/2015  *Entered by:* Tony Persaud
ATTN: ELIZABETH WELLER                                                        *Modified:*
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX 75207
Amount  claimed: $1364.99          *Pursuant to Stipulation (Doc 1643) and Order (Doc 1672) and Withdrawal (Doc 1719), claim withdrawn*
Secured claimed: $1364.99                                                                        ✗

*History:*
Details  ⁹  170-1  08/21/2015 Claim #170 filed by CITY OF CARROLLTON, Amount claimed: $1364.99 (Persaud, Tony)
            1719  12/05/2016 Withdrawal of Claim(s): 170 Filed by Creditor City of Carrollton. (Weller, Elizabeth) Status: Withdraw

*Description:*
*Remarks:*

*Creditor:*   (36527099)                 **Claim No: 171**                   *Status:* Withdraw 1717
IRVING ISD                               *Original Filed Date:* 08/21/2015    *Filed by:* CR
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP  *Original Entered Date:* 08/21/2015  *Entered by:* Tony Persaud
ATTN: ELIZABETH WELLER                                                        *Modified:*
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX 75207
Amount  claimed: $3811.36          *Pursuant to Stipulation (Doc 1651) and Order (Doc 1682) and Withdrawal (Doc 1717), claim withdrawn*
Secured claimed: $3811.36                                                                       ✗

*History:*
Details  ⁹  171-1  08/21/2015 Claim #171 filed by IRVING ISD, Amount claimed: $3811.36 (Persaud, Tony)
            1717  12/05/2016 Withdrawal of Claim(s): 171 Filed by Creditor Irving ISD. (Weller, Elizabeth) Status: Withdraw

*Description:*
*Remarks:*

*Creditor:*   (36527100)                 **Claim No: 172**                   *Status:* Withdraw 1830
TARRANT COUNTY                           *Original Filed Date:* 08/21/2015    *Filed by:* CR
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP  *Original Entered Date:* 08/21/2015  *Entered by:* Tony Persaud
ATTN: ELIZABETH WELLER                                                        *Modified:*
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX 75207
Amount  claimed: $25624.40         *Pursuant to Stipulation (Doc 1656) and Order (Doc 1667) and Withdrawal (Doc 1830), claim withdrawn*
Secured claimed: $25624.40                                                                      ✗

*History:*
Details  ⁹  172-1  08/21/2015 Claim #172 filed by TARRANT COUNTY, Amount claimed: $25624.40 (Persaud, Tony)
            1830  03/28/2017 Withdrawal of Claim(s): 172 Filed by Creditor Tarrant County. (Weller, Elizabeth) Status: Withdraw

*Description:*
*Remarks:*

*Creditor:*   (36527101)
COPPELL ISD
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: ELIZABETH WELLER
2777 N. STEMMONS FREEWAY, SUITE 1000
DALLAS, TX 75207
Amount  claimed: $15688.80         *Pursuant to Stipulation (Doc 1644) and Order (Doc 1673), claim withdrawn*               ✗
Secured claimed: $15688.80            *Withdrawal of Claim filed 4/2/19 (Doc 2411)*

*History:*
Details ⁹ 173-  08/21/2015 Claim #173 filed by COPPELL ISD, Amount claimed: $15688.80 (Persaud, Tony)
         1
         2411 04/02/2019 Withdrawal of Claim(s): 173
                          *Notice of Withdrawal of Claim Nos. 173-1 Following Consummation of Stipulation to Allow Secured Claim of City of Coppell, Texa*
                          Filed by Trustee Karen S Naylor (TR). (Nelson, Brian) Status: Withdraw

*Description:*
*Remarks:*

*Creditor:*   (36527137)                 **Claim No: 174**                   *Status:* Withdraw 1837
BEXAR COUNTY                             *Original Filed Date:* 08/21/2015    *Filed by:* CR

*History:*
Details  ⁹  174-1  08/21/2015 Claim #174 filed by BEXAR COUNTY, Amount claimed: $66085.43 (Persaud, Tony)
            1837  03/28/2017 Withdrawal of Claim(s): 174 Filed by Creditor Bexar County. (Weller, Elizabeth) Status: Withdraw

*Description:*
*Remarks:*

3/21/23, 2:52 PM                    CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP    *Original Entered Date:* 08/21/2015         *Entered by:* Tony Persaud
ATTN: DAVID G. AELVOET                                                                                                   *Modified:*
711 NAVARRO STREET, STE 300
SAN ANTONIO, TX 78205    *Pursuant to Stipulation (Doc 1642) and Order (Doc 1658) and Withdrawal (Doc 1837), claim Withdrawn*
    Amount claimed: $66085.43                                                                                            ✗
    Secured claimed: $66085.43

*History:*
Details    🔾  174-1  08/21/2015 Claim #174 filed by BEXAR COUNTY, Amount claimed: $66085.43 (Persaud, Tony)
              1837  03/28/2017 Withdrawal of Claim(s): 174 Filed by Creditor Bexar County. (Weller, Elizabeth) Status: Withdraw

*Description:*
*Remarks:*


*Creditor:*    (36527161)                        **Claim No: 175**                    *Status:* Withdraw 1835
JUDSON ISD                                        *Original Filed Date:* 08/21/2015    *Filed by:* CR
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP    *Original Entered Date:* 08/21/2015    *Entered by:* Tony Persaud
ATTN: DAVID G. AELVOET                                                                                                   *Modified:*
711 NAVARRO STREET, STE 300
SAN ANTONIO, TX 78205    *Pursuant to Stipulation (Doc 1652) and Order (Doc 1695) and Withdrawal (Doc 1835), claim Withdrawn*
    Amount claimed: $3097.10                                                                                             ✗
    Secured claimed: $3097.10

*History:*
Details    🔾  175-1  08/21/2015 Claim #175 filed by JUDSON ISD, Amount claimed: $3097.10 (Persaud, Tony)
              1835  03/28/2017 Withdrawal of Claim(s): 175 Filed by Creditor Judson isd. (Weller, Elizabeth) Status: Withdraw

*Description:*
*Remarks:*


*Creditor:*    (36527180)                        **Claim No: 176**                    *Status:* Withdraw 1834
CITY OF EL PASO                                   *Original Filed Date:* 08/21/2015    *Filed by:* CR
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP    *Original Entered Date:* 08/21/2015    *Entered by:* Tony Persaud
ATTN: DAVID G. AELVOET                                                                                                   *Modified:*
711 NAVARRO STREET, STE 300
SAN ANTONIO, TX 78205    *Pursuant to Stipulation (Doc 1649) and Order (Doc 1678) and Withdrawal (Doc 1834), claim withdrawn*
    Amount claimed: $38321.87                                                                                            ✗
    Secured claimed: $38321.87

*History:*
Details    🔾  176-1  08/21/2015 Claim #176 filed by CITY OF EL PASO, Amount claimed: $38321.87 (Persaud, Tony)
              1834  03/28/2017 Withdrawal of Claim(s): 176 Filed by Creditor City of El Paso. (Weller, Elizabeth) Status: Withdraw

*Description:*
*Remarks:*


*Creditor:*    (36527192)                        **Claim No: 177**                    *Status:*
YANTAI PACIFIC HOME FASHION CO., LTD              *Original Filed Date:* 08/21/2015    *Filed by:* CR
NO.28 YINGFU ROAD                                 *Original Entered Date:* 08/21/2015    *Entered by:* Tony Persaud
FUSHAN DISTRICT                                                                                                          *Modified:*
YANTAI SHANDONG
CHINA                                        *Possible objection but no distribution to GUC*
GUC  Amount claimed: $1004664.90

*History:*
Details    🔾  177-1  08/21/2015 Claim #177 filed by YANTAI PACIFIC HOME FASHION CO., LTD, Amount claimed: $1004664.90 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*    (36527194)                        **Claim No: 178**                    *Status:* Withdraw 1843
CITY OF BEAUMONT                                  *Original Filed Date:* 08/21/2015    *Filed by:* CR
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP    *Original Entered Date:* 08/21/2015    *Entered by:* Tony Persaud
ATTN: CLAYTON E. MAYFIELD                                                                                                *Modified:*
1148 PARK STREET
BEAUMONT, TX 77701-3614    *Pursuant to Stipulation (Doc 1641) and Order (Doc 1657) and Withdrawal (Doc 1843), claim Withdrawn*
    Amount claimed: $12846.68                                                                                            ✗
    Secured claimed: $12846.68

*History:*
Details    🔾  178-1  08/21/2015 Claim #178 filed by CITY OF BEAUMONT, Amount claimed: $12846.68 (Persaud, Tony)
              1843  04/03/2017 Withdrawal of Claim(s): 178 Filed by Creditor City of Beaumont. (Weller, Elizabeth) Status: Withdraw

*Description:*
*Remarks:*

3/21/23, 2:52 PM                           CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*    (36527218)                   **Claim No: 179**              *Status:*
MAILSOUTH, INC.                             *Original Filed Date:* 08/21/2015   *Filed by:* CR
D/B/A MSPARK                                *Original Entered Date:* 08/21/2015  *Entered by:* Tony Persaud
ATTN: KRISTY CRISWELL                                                       *Modified:*
5901 HWY 52 EAST
HELENA, AL 35080                                                                        *OK*

GUC   Amount claimed: $81036.54

*History:*

Details   179-1   08/21/2015 Claim #179 filed by MAILSOUTH, INC., Amount claimed: $81036.54 (Persaud, Tony)

*Description:*
*Remarks:*


*Creditor:*    (36527234)                   **Claim No: 180**              *Status:*
CARSON, CRISTA                              *Original Filed Date:* 08/21/2015   *Filed by:* CR
5108 PROMISED LAND DR                       *Original Entered Date:* 08/21/2015  *Entered by:* Nanette D Sanders
MCKINNEY, TX 75071                          *Last Amendment Filed:* 12/17/2021  *Modified:*
                                            *Last Amendment Entered:* 12/17/2021

  Amount claimed: $3145.77                                                   *Priority—wages*
  Priority  claimed: $3145.77                                                      *OK*

*History:*
Details   180-1   08/21/2015 Claim #180 filed by CARSON, CRISTA, Amount claimed: $3145.77 (Persaud, Tony)
Details   180-2   12/17/2021 Amended Claim #180 filed by CARSON, CRISTA, Amount claimed: $3145.77 (Sanders, Nanette)
*Description:* (180-2) This claim supercedes claims 117, 118 and 180, and updates creditor address.
*Remarks:*


*Creditor:*    (36527237)                   **Claim No: 181**              *Status:*
GROUP SEDGEFIELD, LLC                       *Original Filed Date:* 08/21/2015   *Filed by:* CR
ATTN: FRED CHIKOVSKY                        *Original Entered Date:* 08/21/2015  *Entered by:* Tony Persaud
2300 N.W. CORPORATE BLVD., SUITE 141                                         *Modified:*
BOCA RATON, FL 33431                          *Possible objection but*     *No distribution to GUC*

GUC   Amount claimed: $182849.10

*History:*
Details   181-1   08/21/2015 Claim #181 filed by GROUP SEDGEFIELD, LLC, Amount claimed: $182849.10 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*    (36527259)                   **Claim No: 182**              *Status:*
WESGOLD, LLC                                *Original Filed Date:* 08/21/2015   *Filed by:* CR
C/O KAPLIN STEWART MELOFF REITER STEIN      *Original Entered Date:* 08/21/2015  *Entered by:* Tony Persaud
ATTN: WILLIAM J. LEVANT                                                      *Modified:*
910 HARVEST DRIVE
BLUE BELL, PA 19422                                                                     *OK*

GUC   Amount claimed: $11769.25

*History:*
Details   182-1   08/21/2015 Claim #182 filed by WESGOLD, LLC, Amount claimed: $11769.25 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*    (36527289)
HIDALGO COUNTY
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: DIANE W. SANDERS
PO BOX 17428                    *Pursuant to Stipulation (Doc 1650) and Order (Doc 1681) and Withdrawal (Docs 2406 + 2409),*
AUSTIN, TX 78760-7428                                                       *Claim withdrawn*
  Amount  claimed: $19013.28
  Secured claimed: $19013.28                                                        *X*
*History:*
Details  183-   08/21/2015 Claim #183 filed by HIDALGO COUNTY, Amount claimed: $19013.28 (Persaud, Tony)
      1
        2406  04/01/2019 Withdrawal of Claim(s): 29,183,192,1392
                *Notice of Withdrawal of Claim Nos. 29-1 and 183-1, 192-1, and 1392-1 Following Consummation of Stipulation to Allow Secured*
                Trustee Karen S Naylor (TR). (Nelson, Brian) Status: Withdraw
        2409  04/02/2019 Withdrawal of Claim(s): 29,183,192,1392
                *Corrected--Notice of Withdrawal of Claim Nos. 29-1 and 183-1, 192-1, and 1392-1 Following Consummation of Stipulation to Allo*
                Filed by Trustee Karen S Naylor (TR). (Nelson, Brian) Status: Withdraw
*Description:*
*Remarks:*

3/21/23, 2:52 PM          CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

History:

Details ⁹ 183-  08/21/2015 Claim #183 filed by HIDALGO COUNTY, Amount claimed: $19013.28 (Persaud, Tony)
    1

         2406 04/01/2019 Withdrawal of Claim(s): 29,183,192,1392
             *Notice of Withdrawal of Claim Nos. 29-1 and 183-1, 192-1, and 1392-1 Following Consummation of Stipulation to Allow Secured (*
             *Trustee Karen S Naylor (TR). (Nelson, Brian) Status: Withdraw*

         2409 04/02/2019 Withdrawal of Claim(s): 29,183,192,1392
             *Corrected--Notice of Withdrawal of Claim Nos. 29-1 and 183-1, 192-1, and 1392-1 Following Consummation of Stipulation to Allo*
             *Filed by Trustee Karen S Naylor (TR). (Nelson, Brian) Status: Withdraw*

Description:
Remarks:


Creditor:    (36527419)
CITY OF MCALLEN
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: DIANE W. SANDERS
PO BOX 17428
AUSTIN, TX 78760-7428    *Pursuant to Stipulation (Doc 1653) and Order (Doc 1683) and Withdrawal (Docs 2407+2410),*
                                       *Claim withdrawn*
  Amount claimed: $1273.49
  Secured claimed: $1273.49                        ✗

History:

Details ⁹ 184-  08/21/2015 Claim #184 filed by CITY OF MCALLEN, Amount claimed: $1273.49 (Persaud, Tony)
    1

         2407 04/01/2019 Withdrawal of Claim(s): 28,184
             *Notice of Withdrawal of Claim Nos. 28-1 and 184-1 Following Consummation of Stipulation to Allow Secured Claim of City of McA*
             *Trustee Karen S Naylor (TR). (Nelson, Brian) Status: Withdraw*

         2410 04/02/2019 Withdrawal of Claim(s): 28,184
             *Corrected--Notice of Withdrawal of Claim Nos. 28-1 and 184-1 Following Consummation of Stipulation to Allow Secured Claim of*
             *Filed by Trustee Karen S Naylor (TR). (Nelson, Brian) Status: Withdraw*

Description:
Remarks:


Creditor:    (36527319)
MCLENNAN COUNTY
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: DIANE W. SANDERS
PO BOX 17428
AUSTIN, TX 78760-7428   *Pursuant to Stipulation (Doc 1654) and Order (Doc 1665) and Withdrawal (Docs 2405+2408),*
  Amount  claimed: $1734.11                            *Claim Withdrawn*
  Secured claimed: $1734.11                       ✗

History:

Details ⁹ 185-  08/21/2015 Claim #185 filed by MCLENNAN COUNTY, Amount claimed: $1734.11 (Persaud, Tony)
    1

         2405 04/01/2019 Withdrawal of Claim(s): 27,185
             *Notice of Withdrawal of Claim Nos. 27-1 and 185-1 Following Consummation of Stipulation to Allow Secured Claim of Mc Lennan*
             *Trustee Karen S Naylor (TR). (Nelson, Brian) Status: Withdraw*

         2408 04/02/2019 Withdrawal of Claim(s): 27,185
             *Corrected--Notice of Withdrawal of Claim Nos. 27-1 and 185-1 Following Consummation of Stipulation to Allow Secured Claim of*
             *Filed by Trustee Karen S Naylor (TR). (Nelson, Brian) Status: Withdraw*

Description:
Remarks:


| Creditor:    (36527341) | Claim No: 186 | Status: |
| THE FLYER, INC. | Original Filed Date: 08/21/2015 | Filed by: CR |
| ATTN: JIM TUCKER | Original Entered Date: 08/21/2015 | Entered by: Tony Persaud |
| 201 KELSEY LANE | | Modified:    *No distribution to GUC* |
| TAMPA, FL 33619 | | |

*GUC*   Amount claimed: $53101.95        *Possible objection but*

History:

Details    ⁹   186-1  08/21/2015 Claim #186 filed by THE FLYER, INC., Amount claimed: $53101.95 (Persaud, Tony)
Description:
Remarks:

3/21/23, 2:52 PM                                  CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*      (36527342)                   **Claim No: 187**                  *Status:*
CLAYTON CONSTRUCTION COMPANY INC              *Original Filed Date:* 08/21/2015  *Filed by:* CR
PO BOX 2998                                   *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
SPARTANBURG, SC 29304                                                            *Modified:*                  OK

Amount claimed: $480.00

*History:*
 Details    ⊙  187-1  08/21/2015 Claim #187 filed by CLAYTON CONSTRUCTION COMPANY INC, Amount claimed: $480.00 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*      (36527343)                   **Claim No: 188**                  *Status:*
HOME FASHIONS INTERNATIONAL, LLC              *Original Filed Date:* 08/21/2015  *Filed by:* CR
ATTN: THOMAS GOLDSTEIN                         *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
315 5TH AVENUE ROOM 601                                                          *Modified:*
NEW YORK, NY 10016                                                                                           OK

Amount claimed: $100815.00

*History:*
 Details    ⊙  188-1  08/21/2015 Claim #188 filed by HOME FASHIONS INTERNATIONAL, LLC, Amount claimed: $100815.00 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*      (36527344)                   **Claim No: 189**                  *Status:*
MINER FLEET MANAGEMENT GROUP LLC              *Original Filed Date:* 08/21/2015  *Filed by:* CR
17319 SAN PEDRO STE 500                        *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
SAN ANTONIO, TX78232                                                             *Modified:*

Amount claimed: $20060.79                     Possible objection but    No distribution to GUC

*History:*
 Details    ⊙  189-1  08/21/2015 Claim #189 filed by MINER FLEET MANAGEMENT GROUP LLC, Amount claimed: $20060.79 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*      (36527345)                   **Claim No: 190**                  *Status:*
HIGH EAGLE INTERNATIONAL, LTD.                *Original Filed Date:* 08/21/2015  *Filed by:* CR
ATTN: DICK HSU                                 *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
8780 19TH STREET, # 286                                                          *Modified:*
ALTA LOMA, CA 91701-4608                                      No distribution to GUC
                                              Possible objection but
Amount claimed: $409291.72

*History:*
 Details    ⊙  190-1  08/21/2015 Claim #190 filed by HIGH EAGLE INTERNATIONAL, LTD., Amount claimed: $409291.72 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*      (36759582)  History         **Claim No: 191**                  *Status:* Transferred 1213
The Natl Union Fire Ins Co of Pittsburgh PA   *Original Filed Date:* 08/21/2015  *Filed by:* CR
Adam L Rosen PLLC                              *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
PO Box 552                                                                       *Modified:*
1051 Port Washington Blvd
Port Washington, New York 11050     Claimant
History                                                                                         OK

Amount claimed: $1199755.90

*History:*
 Details    ⊙  191-1  08/21/2015 Claim #191 filed by TEXTILES FROM EUROPE, Amount claimed: $1199755.90 (Persaud, Tony)
          ✗  1213   11/24/2015 Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: TEXTILES FROM EUROPE (Claim No. 191) To The Natl
                   Union Fire Ins Co of Pittsburgh PA Fee Amount $25 To The Natl Union Fire Ins Co of Pittsburgh PA c/o Diamond
                   McCarthy LLP489 Fifth Ave 21st FlNew York NY 10017 Filed by Creditor The National Union Fire Insurance Company
                   of Pittsburgh PA . (Steinberg, Elizabeth) Status: Transferred
*Description:*
*Remarks:*

Creditor:      (36527289)
HIDALGO COUNTY
C/O LINEBARGER GOGGAN BLAIR SAMPSON LLP
ATTN: DIANE W. SANDERS
PO BOX 17428
AUSTIN, TX 78760-7428          *Pursuant to stipulation (Doc 1650) and Order (Doc 1681) and Withdrawal (Docs 2406+2409),*
Amount  claimed: $14657.77                              *Claim withdrawn*
Secured claimed: $14657.77
                                                          ✗

History:
Details ⁹  192-  08/21/2015 Claim #192 filed by HIDALGO COUNTY, Amount claimed: $14657.77 (Persaud, Tony)
            1
         2406  04/01/2019 Withdrawal of Claim(s): 29,183,192,1392
                           Notice of Withdrawal of Claim Nos. 29-1 and 183-1, 192-1, and 1392-1 Following Consummation of Stipulation to Allow Secured (
                           Trustee Karen S Naylor (TR). (Nelson, Brian) Status: Withdraw
         2409  04/02/2019 Withdrawal of Claim(s): 29,183,192,1392
                           Corrected--Notice of Withdrawal of Claim Nos. 29-1 and 183-1, 192-1, and 1392-1 Following Consummation of Stipulation to Allo
                           Filed by Trustee Karen S Naylor (TR). (Nelson, Brian) Status: Withdraw

Description:
Remarks:


Creditor:      (36527369)
PRINCE GEORGE'S COUNTY, MARYLAND
C/O MEYERS RODBELL & ROSENBAUM, P.A.
6801 KENILWORTH AVENUE, SUITE 400RIVERDA
Amount  claimed: $5887.69   *Pursuant to Fourth Omnibus Objection (Doc 2596) and Order (Doc 2733), Claim No. 193 is*
Secured claimed: $5887.69   *disallowed in its entirety*
                                                                        ✗
History:
Details ⁹  193-  08/21/2015 Claim #193 filed by PRINCE GEORGE'S COUNTY, MARYLAND, Amount claimed: $5887.69 (Persaud, Tony)
            1
         2598  11/11/2019 Motion to Disallow Claims
                           Fourth Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jos
                           Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)

Description:
Remarks:


Creditor:      (36527370)
PRINCE GEORGE'S COUNTY, MARYLAND
C/O MEYERS RODBELL & ROSENBAUM, P.A.
6801 KENILWORTH AVENUE, SUITE 400RIVERDA
Amount  claimed: $2750.48   *Pursuant to Fourth Omnibus Objection (Doc 2598) and Order (Doc 2733), Claim No. 194 is*
Secured claimed: $2750.48   *disallowed in its entirety*
                                                                        ✗
History:
Details ⁹  194-  08/21/2015 Claim #194 filed by PRINCE GEORGE'S COUNTY, MARYLAND, Amount claimed: $2750.48 (Persaud, Tony)
            1
         2598  11/11/2019 Motion to Disallow Claims
                           Fourth Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jos
                           Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)

Description:
Remarks:


Creditor:      (36527371)                  Claim No: 195              Status:
MINER FLEET MANAGEMENT GROUP LLC           Original Filed Date: 08/21/2015    Filed by: CR
17319 SAN PEDRO STE 500                    Original Entered Date: 08/21/2015  Entered by: Tony Persaud
SAN ANTONIO, TX 78232                                                         Modified:
        Amount claimed: $20060.79                                                              *OK*
*GUC*
    History:
    Details     ⁹  195-1  08/21/2015 Claim #195 filed by MINER FLEET MANAGEMENT GROUP LLC, Amount claimed: $20060.79 (Persaud, Tony)
    Description:
    Remarks:


Creditor:      (36527372)                  Claim No: 196              Status:
PIEDMONT NATURAL GAS COMPANY               Original Filed Date: 08/21/2015    Filed by: CR

    History:
    Details  ⁹  196-1  08/21/2015 Claim #196 filed by PIEDMONT NATURAL GAS COMPANY, Amount claimed: $223.63 (Persaud, Tony)
    Description:
    Remarks:

3/21/23, 2:52 PM                                                CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

4339 S TRYON STREET                         *Original Entered Date:* 08/21/2015        *Entered by:* Tony Persaud
CHARLOTTE, NC 28217-1733                                                              *Modified:*
                                                                                                              *Ch 11 Admin*
*Ch 11 Admin*    Amount claimed: $223.63                                                                        *OK*

*History:*

[Details]    196-1   08/21/2015 Claim #196 filed by PIEDMONT NATURAL GAS COMPANY, Amount claimed: $223.63 (Persaud, Tony)

*Description:*
*Remarks:*


*Creditor:*    (36527373)                   **Claim No: 197**                      *Status:*
TEMPERATURE SERVICE COMPANY, INC.           *Original Filed Date:* 08/21/2015       *Filed by:* CR
360 BONNIE LANE                             *Original Entered Date:* 08/21/2015      *Entered by:* Tony Persaud
ELK GROVE VILLAGE, IL 60007                                                         *Modified:*
                                                                                                        *OK*
*GUC*    Amount claimed: $1594.00

*History:*

[Details]    197-1   08/21/2015 Claim #197 filed by TEMPERATURE SERVICE COMPANY, INC., Amount claimed: $1594.00 (Persaud, Tony)

*Description:*
*Remarks:*


*Creditor:*    (36527374)                   **Claim No: 198**                      *Status:*
ADVANTAGE BUILDING & FACILITY SVCS, LLC     *Original Filed Date:* 08/21/2015       *Filed by:* CR
901 S. BOLMAR STREET, BUILDING IIIWEST      *Original Entered Date:* 08/21/2015      *Entered by:* Tony Persaud
C                                                                                  *Modified:*
                                                                                                         *OK*
*GUC*    Amount claimed: $1546.60

*History:*

[Details]    198-1   08/21/2015 Claim #198 filed by ADVANTAGE BUILDING & FACILITY SVCS, LLC, Amount claimed: $1546.60 (Persaud, Tony)

*Description:*
*Remarks:*


*Creditor:*    (36527397)
MARICOPA COUNTY TREASURER
C/O MARICOPA COUNTY ATTORNEY'S OFFICE
ATTN: LORI A. LEWIS
222 N. CENTRAL AVENUE, SUITE 1100
PHOENIX, AZ 85004
Amount claimed: $3786.06     *Pursuant to Second Omnibus Objection (Doc 2496) and Order (Doc 2547), Claim No. 199 is*
Secured claimed: $3786.06    *disallowed in its entirety*                                    ✗

*History:*

[Details]  199-   08/21/2015 Claim #199 filed by MARICOPA COUNTY TREASURER, Amount claimed: $3786.06 (Persaud, Tony)
        1

   2496  06/26/2019 Motion to Disallow Claims
                  *Second Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jc*
                  Filed by Trustee Karen S Naylor (TR) (Nelson, Brian)

   2547  08/01/2019 Order Sustaining Second Omnibus Objection To Secured Claims: - Granting Motion To Disallow Claims (BNC-PDF) (Related Doc

*Description:*
*Remarks:*


*Creditor:*    (36527420)                   **Claim No: 200**                      *Status:*
LUKASIAN HOUSE LLC                          *Original Filed Date:* 08/21/2015       *Filed by:* CR
ATTN: JOSE CERVANTES                        *Original Entered Date:* 08/21/2015      *Entered by:* Tony Persaud
500 SOUTH PALM AVE                                                                  *Modified:*
ALHAMBRA, CA 91803                                                                                        *OK*
*GUC*    Amount claimed: $77798.40

*History:*

[Details]    200-1   08/21/2015 Claim #200 filed by LUKASIAN HOUSE LLC, Amount claimed: $77798.40 (Persaud, Tony)

*Description:*
*Remarks:*


*Creditor:*    (36527421)                   **Claim No: 201**                      *Status:*
ZAK DESIGNS, INC.                           *Original Filed Date:* 08/21/2015       *Filed by:* CR
ATTN: AMY HIGGINS, CREDIT MANAGER           *Original Entered Date:* 08/21/2015      *Entered by:* Tony Persaud
PO BOX 19188                                                                        *Modified:*
SPOKANE, WA 99219-9188

*History:*

[Details]    201-1   08/21/2015 Claim #201 filed by ZAK DESIGNS, INC., Amount claimed: $113624.86 (Persaud, Tony)

*Description:*
*Remarks:*

GUC [handwritten]   OK [handwritten]

Amount claimed: $113624.86

*History:*

Details  ❑  201-1  08/21/2015 Claim #201 filed by ZAK DESIGNS, INC., Amount claimed: $113624.86 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*     (39090736)                      *Claim No: 202*                    *Status:*
Josie Accessories, Inc                          *Original Filed Date:* 08/21/2015  *Filed by:* CR
Elrene Home Fashion/Frank Giacomini             *Original Entered Date:* 08/21/2015 *Entered by:* STE
261 Fifth Avenue                                *Last Amendment Filed:* 09/18/2018 *Modified:*
New York NY 10016    Claimant History           *Last Amendment Entered:* 09/19/2018

GUC [handwritten]  Amount claimed: $163102.30   *Pursuant to Motion (Doc 2124) and Order (Doc 2145), Trustee agreed not to object.* [handwritten]   OK [handwritten]

*History:*

Details  ❑  202-1  08/21/2015 Claim #202 filed by JOSIE ACCESSORIES, INC., Amount claimed: $163102.30 (Persaud, Tony)
Details  ❑  202-2  09/18/2018 Amended Claim #202 filed by Josie Accessories, Inc, Amount claimed: $163102.30 (STE)

*Description:*
*Remarks:*

---

*Creditor:*     (36527433)   History            *Claim No: 203*                    *Status:*
Home Textiles Solutions LLC                     *Original Filed Date:* 08/21/2015  *Filed by:* CR
Attn: James Whitehead                           *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
115 8th Ave                                                                        *Modified:*
Belmar, NJ 07719

  Amount claimed: $15285.00                                          *Superseded/Amended by Claim No. 1148-2* [handwritten]
  Priority claimed: $15285.00                                        X [handwritten]

*History:*

Details  ❑  203-1  08/21/2015 Claim #203 filed by Home Textiles Solutions LLC, Amount claimed: $15285.00 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*     (36527434)                      *Claim No: 204*                    *Status:*
COLUMBIA (NORTHPOINTE) WMS, LLC                 *Original Filed Date:* 08/21/2015  *Filed by:* CR
C/O MENTER RUDIN TRIVELPIECE, P.C.              *Original Entered Date:* 08/21/2015 *Entered by:* SD8
ATTN: KEVIN M NEWMAN                            *Last Amendment Filed:* 01/16/2018 *Modified:*
308 MALTBIE STREET, SUITE 200                   *Last Amendment Entered:* 01/17/2018
SYRACUSE, NY 13204-1439                                                 Ch 11 Admin [handwritten]
  Amount claimed: $413.11                                              OK [handwritten]
  Priority claimed: $413.11

Ch 11 Admin [handwritten]   *History:*

Details  ❑  204-1  08/21/2015 Claim #204 filed by COLUMBIA (NORTHPOINTE) WMS, LLC, Amount claimed: $377.60 (Persaud, Tony)
Details  ❑  204-2  01/16/2018 Amended Claim #204 filed by COLUMBIA (NORTHPOINTE) WMS, LLC, Amount claimed: $413.11 (SD8)

*Description:*
*Remarks:*

---

*Creditor:*     (36527436)                      *Claim No: 205*                    *Status:*
COLUMBIA (NORTHPOINTE) WMS, LLC                 *Original Filed Date:* 08/21/2015  *Filed by:* CR
C/O MENTER RUDIN TRIVELPIECE, P.C.              *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
ATTN: KEVIN M NEWMAN                                                               *Modified:*
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439                                                            OK [handwritten]

GUC [handwritten]  Amount claimed: $0.00

*History:*

Details  ❑  205-1  08/21/2015 Claim #205 filed by COLUMBIA (NORTHPOINTE) WMS, LLC, Amount claimed: $0.00 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*     (36527437)                      *Claim No: 206*                    *Status:*
INLAND WESTERN GLENDALE, LLC                    *Original Filed Date:* 08/21/2015  *Filed by:* CR
C/O MENTER RUDIN & TRIVELPIECE, P.C.            *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
ATTN: KEVIN M NEWMAN                                                               *Modified:*
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439

*History:*

Details  ❑  206-1  08/21/2015 Claim #206 filed by INLAND WESTERN GLENDALE, LLC, Amount claimed: $3742.61 (Persaud, Tony)

*Description:*
*Remarks:*

3/21/23, 2:52 PM                    CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*GUC*  Amount claimed: $3742.61                                                              *OK*

*History:*

Details    206-1  08/21/2015 Claim #206 filed by INLAND WESTERN GLENDALE, LLC, Amount claimed: $3742.61 (Persaud, Tony)

*Description:*
*Remarks:*

---

Creditor:      (36527438)              **Claim No: 207**              *Status:* Withdraw 2958
INLAND WESTERN GLENDALE, LLC           *Original Filed Date:* 08/21/2015    *Filed by:* CR
C/O MENTER RUDIN & TRIVELPIECE, P.C.   *Original Entered Date:* 08/21/2015  *Entered by:* Tony Persaud
ATTN: KEVIN M NEWMAN                                                       *Modified:*
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439
  Amount claimed: $0.00

*Withdrawal of Claim filed 5/10/21 (Doc 2958)*  ✗

*History:*

Details    207-1  08/21/2015 Claim #207 filed by INLAND WESTERN GLENDALE, LLC, Amount claimed: $0.00 (Persaud, Tony)
             2958  05/10/2021 Withdrawal of Claim(s): 207,210 Filed by Creditors Inland Western Glendale, L.L.C., RPAI Lake Worth Towne Crossing
                    Limited Partnership. (Newman, Kevin) Status: Withdraw

*Description:*
*Remarks:*

---

Creditor:      (36527439)              **Claim No: 208**              *Status:*
INLAND WESTERN GLENDALE, LLC           *Original Filed Date:* 08/21/2015    *Filed by:* CR
C/O MENTER RUDIN & TRIVELPIECE, P.C.   *Original Entered Date:* 08/21/2015  *Entered by:* Tony Persaud
ATTN: KEVIN M NEWMAN                                                       *Modified:*
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439
  Amount claimed: $0.00

*Amended by Claim No. 912*  ✗

*History:*

Details    208-1  08/21/2015 Claim #208 filed by INLAND WESTERN GLENDALE, LLC, Amount claimed: $0.00 (Persaud, Tony)

*Description:*
*Remarks:*

---

Creditor:      (36527440)              **Claim No: 209**              *Status:*
RPAI LAKE WORTH TOWNE CROSSING L.P.    *Original Filed Date:* 08/21/2015    *Filed by:* CR
C/O MENTER RUDIN & TRIVELPIECE, P.C.   *Original Entered Date:* 08/21/2015  *Entered by:* Tony Persaud
ATTN: KEVIN M NEWMAN                                                       *Modified:*
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439
*GUC*  Amount claimed: $2475.75                                                              *OK*

*History:*

Details    209-1  08/21/2015 Claim #209 filed by RPAI LAKE WORTH TOWNE CROSSING L.P., Amount claimed: $2475.75 (Persaud, Tony)

*Description:*
*Remarks:*

---

Creditor:      (36527443)              **Claim No: 210**              *Status:* Withdraw 2958
RPAI LAKE WORTH TOWNE CROSSING L.P.    *Original Filed Date:* 08/21/2015    *Filed by:* CR
C/O MENTER RUDIN & TRIVELPIECE, P.C.   *Original Entered Date:* 08/21/2015  *Entered by:* Tony Persaud
ATTN: KEVIN M NEWMAN                                                       *Modified:*
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439
  Amount claimed: $0.00

*Withdrawal of Claim filed 5/10/21 (Doc 2958)*  ✗

*History:*

Details    210-1  08/21/2015 Claim #210 filed by RPAI LAKE WORTH TOWNE CROSSING L.P., Amount claimed: $0.00 (Persaud, Tony)
             2958  05/10/2021 Withdrawal of Claim(s): 207,210 Filed by Creditors Inland Western Glendale, L.L.C., RPAI Lake Worth Towne Crossing
                    Limited Partnership. (Newman, Kevin) Status: Withdraw

*Description:*
*Remarks:*

---

Creditor:      (36527444)              **Claim No: 211**              *Status:*
RPAI LAKE WORTH TOWNE CROSSING L.P.    *Original Filed Date:* 08/21/2015    *Filed by:* CR
C/O MENTER RUDIN & TRIVELPIECE, P.C.   *Original Entered Date:* 08/21/2015  *Entered by:* Tony Persaud
ATTN: KEVIN M NEWMAN                                                       *Modified:*

*History:*

Details    211-1  08/21/2015 Claim #211 filed by RPAI LAKE WORTH TOWNE CROSSING L.P., Amount claimed: $0.00 (Persaud, Tony)

*Description:*
*Remarks:*

308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439

*ok*

**GUC** Amount claimed: $0.00

*History:*
Details    211-1   08/21/2015 Claim #211 filed by RPAI LAKE WORTH TOWNE CROSSING L.P., Amount claimed: $0.00 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36527448)                      **Claim No: 212**                   *Status:*
JOHN R. PARTINGTON, JR.                        *Original Filed Date:* 08/21/2015   *Filed by:* CR
19850 SIDCUP LANE                              *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
HUNTINGTON BEACH, CA 92645                                                         *Modified:*

    Amount claimed: $5932.64                                          *Amended by Claim No. 319-2*
    Priority claimed: $5932.64                                             X

*History:*
Details    212-1   08/21/2015 Claim #212 filed by JOHN R. PARTINGTON, JR., Amount claimed: $5932.64 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36527449)                      **Claim No: 213**                   *Status:* Allow 3302
TASC-EFLEXGROUPCOMINC                          *Original Filed Date:* 08/21/2015   *Filed by:* CR
2302 INTERNATIONAL LANE                         *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
MADISON, WI 53704
    Amount claimed: $41352.01   *Pursuant to Objection (Doc 3274) and Order (Doc 3302), Claim allowed as a priority claim pursuant*
    Priority claimed: $41352.01  *to 11 U.S.C. Sec. 507(a)(5) in the amount of $1,328.82, and the remaining $40,023.19 of the claim*
*History:* GUC 40,023.19   *1328.82  is allowed as a nonpriority unsecured claim*
Details    213-   08/21/2015 Claim #213 filed by TASC-EFLEXGROUPCOMINC, Amount claimed: $41352.01 (Persaud, Tony)   *Priority — Contributions + Guc*
        1                                                                                               *ok*
        3274  09/26/2022 Motion to Disallow Claims
                 --*Objection of Chapter 7 Trustee to Priority Claim of TASC-EFLEXGROUPCOMINC [Claim No. 213-1]; Memorandum of Points ar*
                 Filed by Trustee Karen S Naylor (TR) (Minier, Christopher)
        3302  11/08/2022 Order Granting Motion To Disallow Claims (BNC-PDF) (Related Doc # 3274) 213 Signed on 11/8/2022. IT IS HEREBY ORDEREI
                 sustained; 2. The Claim is allowed as a priority claim pursuant to 11 USC Section 507(a)(5) in the amount of $1,328.82; and 3. Th
                 allowed as a nonpriority unsecured claim. (GD) Status: Allow
*Description:*
*Remarks:*

---

*Creditor:*    (36527450)                      **Claim No: 214**                   *Status:*
NAVEX GLOBAL, INC.                             *Original Filed Date:* 08/21/2015   *Filed by:* CR
6000 MEADOWS ROAD, SUITE 200                   *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
LAKE OSWEGO, OR 97035                                                              *Modified:*         *OK*

**GUC** Amount claimed: $7235.20

*History:*
Details    214-1   08/21/2015 Claim #214 filed by NAVEX GLOBAL, INC., Amount claimed: $7235.20 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36527451)                      **Claim No: 215**                   *Status:*
ROCKY MOUNT M, LLC                             *Original Filed Date:* 08/21/2015   *Filed by:* CR
ATTN: NELSON G. HARRIS                          *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
7320 SIX FORKS ROAD, SUITE 100                                                     *Modified:*
RALEIGH, NC 27615                                                                                      *OK*

**GUC** Amount claimed: $9304.97

*History:*
Details    215-1   08/21/2015 Claim #215 filed by ROCKY MOUNT M, LLC, Amount claimed: $9304.97 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36527452)                      **Claim No: 216**                   *Status:*
INTERDESIGN INC.                               *Original Filed Date:* 08/21/2015   *Filed by:* CR
P.O. BOX 39606                                 *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
SOLON, OH 44139                                                                    *Modified:*
*History:*
Details    216-1   08/21/2015 Claim #216 filed by INTERDESIGN INC., Amount claimed: $29464.86 (Persaud, Tony)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                          CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*GUC* Amount claimed $29464.86    *Pursuant to Motion (Doc 1380) and Order (Doc 1435), Claim deemed allowed*    *OK*

  *History:*

  Details ᵃ  216-1  08/21/2015 Claim #216 filed by INTERDESIGN INC., Amount claimed: $29464.86 (Persaud, Tony)

  *Description:*

  *Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (36527453)<br>PITT COUNTY TAX COLLECTOR<br>PO BOX 875<br>GREENVILLE, NC 27835-0875 | **Claim No: 217**<br>*Original Filed Date:* 08/21/2015<br>*Original Entered Date:* 08/21/2015 | *Status:* Withdraw 2549<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

 Amount  claimed: $1594.83

 Secured claimed: $1594.83          *Withdrawal of Claim filed 8/2/19 (Doc 2549)* ✗

  *History:*

  Details ᵃ  217-1  08/21/2015 Claim #217 filed by PITT COUNTY TAX COLLECTOR, Amount claimed: $1594.83 (Persaud, Tony)

      2549  08/02/2019 Notice of Withdrawal of Claim(s): 217 Filed On August 21, 2015 In The Amount Of $1,594.83 Filed by Creditor Pitt
            County Tax Collector . (Deramus, Glenda) Status: Withdraw

  *Description:*

  *Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (36527454)<br>TESTRITE VISUAL PRODUCTS<br>ATTN: SHARON REINA<br>216 S. NEWMAN ST.<br>HACKENSACK, NJ 07601 | **Claim No: 218**<br>*Original Filed Date:* 08/21/2015<br>*Original Entered Date:* 08/21/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*OK*

*GUC* Amount claimed: $457.80

  *History:*

  Details ᵃ  218-1  08/21/2015 Claim #218 filed by TESTRITE VISUAL PRODUCTS, Amount claimed: $457.80 (Persaud, Tony)

  *Description:*

  *Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (36527455)<br>ALL PRO PLUMBING, CORP<br>5075 E AIRPORT DR<br>ONTARIO, CA 91761 | **Claim No: 219**<br>*Original Filed Date:* 08/21/2015<br>*Original Entered Date:* 08/21/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*OK*

*GUC* Amount claimed: $3337.50

  *History:*

  Details ᵃ  219-1  08/21/2015 Claim #219 filed by ALL PRO PLUMBING, CORP, Amount claimed: $3337.50 (Persaud, Tony)

  *Description:*

  *Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (36527456)<br>VICTORY LIGHTING SERVICES<br>P.O. BOX 542555<br>DALLAS, TX 75354 | **Claim No: 220**<br>*Original Filed Date:* 08/21/2015<br>*Original Entered Date:* 08/21/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*OK*

*GUC* Amount claimed: $417.70

  *History:*

  Details ᵃ  220-1  08/21/2015 Claim #220 filed by VICTORY LIGHTING SERVICES, Amount claimed: $417.70 (Persaud, Tony)

  *Description:*

  *Remarks:*

---

| | | |
|---|---|---|
| *Creditor:*    (36527457)<br>VERISK CRIME ANALYTICS, INC<br>C/O VERISK RETAIL<br>6625 W 78TH ST SUITE 280<br>BLOOMINGTON, MN 55439 | **Claim No: 221**<br>*Original Filed Date:* 08/21/2015<br>*Original Entered Date:* 08/21/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*OK*

*GUC* Amount claimed: $1990.00

  *History:*

  Details ᵃ  221-1  08/21/2015 Claim #221 filed by VERISK CRIME ANALYTICS, INC, Amount claimed: $1990.00 (Persaud, Tony)

  *Description:*

  *Remarks:*

3/21/23, 2:52 PM                                CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*      (36527458)                 **Claim No: 222**                  *Status:*
COLUMBIA (NORTHPOINTE) WMS, LLC            *Original Filed Date:* 08/21/2015   *Filed by:* CR
C/O MENTER RUDIN TRIVELPIECE, P.C.         *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
ATTN: KEVIN M NEWMAN                                                          *Modified:*
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439
GUC  Amount claimed: $5485.27                                                        OK

*History:*
  Details  🔍  222-1  08/21/2015 Claim #222 filed by COLUMBIA (NORTHPOINTE) WMS, LLC, Amount claimed: $5485.27 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*      (36527459)   History      **Claim No: 223**                  *Status:*
ENCHANTE ACCESSORIES, INC.                 *Original Filed Date:* 08/21/2015   *Filed by:* CR
C/O COFACE NORTH AMERICA INSURANCE CO      *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
650 COLLEGE ROAD EAST, SUITE 2005                                             *Modified:*
PRINCETON, NJ 08540
GUC  Amount claimed: $27137.00                                                        OK

*History:*
  Details  🔍  223-1  08/21/2015 Claim #223 filed by ENCHANTE ACCESSORIES, INC., Amount claimed: $27137.00 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*      (36527460)                 **Claim No: 224**                  *Status:*
SPHERE INTERIORS INC                       *Original Filed Date:* 08/21/2015   *Filed by:* CR
535 SOUTH BROADWAY SUITE 215               *Original Entered Date:* 08/21/2015 *Entered by:* Tony Persaud
HICKSVILLE, NY 11801                                                          *Modified:*
GUC  Amount claimed: $12924.17                                                        OK

*History:*
  Details  🔍  224-1  08/21/2015 Claim #224 filed by SPHERE INTERIORS INC, Amount claimed: $12924.17 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*      (36527461)                 **Claim No: 225**                  *Status:*
LIFETIME BRANDS INC.                       *Original Filed Date:* 08/24/2015   *Filed by:* CR
12 APPLEGATE DRIVE                         *Original Entered Date:* 08/24/2015 *Entered by:* Tony Persaud
ROBBINSVILLE, NJ 08691                                                        *Modified:*
GUC  Amount claimed: $278080.01        Possible objection but  No distribution to GUC

*History:*
  Details  🔍  225-1  08/24/2015 Claim #225 filed by LIFETIME BRANDS INC., Amount claimed: $278080.01 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*      (36527462)                 **Claim No: 226**                  *Status:*
IDEAVILLAGE PRODUCTS CORP                  *Original Filed Date:* 08/24/2015   *Filed by:* CR
155 RTE 46 WEST, 4TH FLOOR                 *Original Entered Date:* 08/24/2015 *Entered by:* Tony Persaud
WAYNE, NJ 07470                                                               *Modified:*
GUC  Amount claimed: $13950.00                                                        OK

*History:*
  Details  🔍  226-1  08/24/2015 Claim #226 filed by IDEAVILLAGE PRODUCTS CORP, Amount claimed: $13950.00 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*      (40848880)                 **Claim No: 227**                  *Status:*
Bradford Capital Holdings, LP              *Original Filed Date:* 08/24/2015   *Filed by:* CR
P.O. Box 4353                              *Original Entered Date:* 08/24/2015 *Entered by:* Tony Persaud
Clifton, NJ 07012   Claimant History                                          *Modified:*        503(b)(9)
  Amount claimed: $26256.00                                                                      OK

*History:*
  Details  🔍  227-1  08/24/2015 Claim #227 filed by IDEAVILLAGE PRODUCTS CORP, Amount claimed: $26256.00 (Persaud, Tony)
        ✗  3022  07/01/2021 Transfer of Claim Transfer Agreement 3001 (e) 2 Transferor: IDEAVILLAGE PRODUCTS CORP (Claim No. 227) To
             Bradford Capital Holdings, LP Fee Amount $26 To Bradford Capital Holdings, LP Filed by Broker XCLAIM Inc..
             (Vollenhals, Ryan)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                      CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*   (36527464)   History
PROFORMA GRAPHIC PRINTSOURCE
C/O COFACE N AMERICA INSURANCE COMPANY
650 COLLEGE ROAD EAST, SUITE 2005
PRINCETON, NJ 08520

**Claim No: 228**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:* 05/14/2019

GUC    Amount claimed: $7935.77                                              OK

*History:*
Details   📎 228-1  08/24/2015 Claim #228 filed by PROFORMA GRAPHIC PRINTSOURCE, Amount claimed: $7935.77 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:*   (36527465)
ALAMEDA COUNTY TAX COLLECTOR
1221 OAK STREET
OAKLAND, CA 94612

**Claim No: 229**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

Amount claimed: $3790.56                                        Priority - Taxes
Priority claimed: $3790.56                                                OK

*History:*
Details   📎 229-1  08/24/2015 Claim #229 filed by ALAMEDA COUNTY TAX COLLECTOR, Amount claimed: $3790.56 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:*   (36527466)
IA SAN ANTONIO WESTOVER, LLC
C/O MENTER RUDIN & TRIVELPIECE, P.C.
ATTN: KEVIN M NEWMAN
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439

**Claim No: 230**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:* 02/23/2018

Amount claimed: $11576.56    Pursuant to Motion (Doc 2090) and Order (Doc 2094), claim disallowed in its entirety
                                                                          X

*History:*
Details   📎 230-1  08/24/2015 Claim #230 filed by IA SAN ANTONIO WESTOVER, LLC, Amount claimed: $11576.56 (Persaud, Tony)
*Description:*
*Remarks:* (230-1) This Claim Has Been Disallowed - See Order Entered 2-22-18 - Doc #[2094]

*Creditor:*   (36527467)
IA SAN ANTONIO WESTOVER, LLC
C/O MENTER RUDIN & TRIVELPIECE, P.C.
ATTN: KEVIN M NEWMAN
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439

**Claim No: 231**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by.*
*Entered*
*Modified*

Amount claimed: $9271.48    Pursuant to Motion (Doc 2090) and Order (Doc 2094), Claim disallowed in its entirety
                                                                          X

*History:*
Details 📎 231-  08/24/2015 Claim #231 filed by IA SAN ANTONIO WESTOVER, LLC, Amount claimed: $9271.48 (Persaud, Tony)
       1
       1343 02/10/2016 Motion to Disallow Claims
            Notice Of Motion And Omnibus Motion For Order Disallowing Claims (Duplicate And Amended/ Superseded Claims); Memorandu
            Filed by Debtor Anna's Linens, Inc. (Attachments: # 1 Exhibit) (Kwong, Jeffrey)
*Description:*
*Remarks:* (231-1) This Claim Has Been Disallowed - See Order Entered On 2-22-18 - Doc #[2094]

*Creditor:*   (36527468)
IA SAN ANTONIO WESTOVER, LLC
C/O MENTER RUDIN & TRIVELPIECE, P.C.
ATTN: KEVIN M NEWMAN
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439

**Claim No: 232**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:* 02/23/2018

Amount claimed: $0.00    Pursuant to Motion (Doc 2090) and Order (Doc 2094), Claim disallowed in its entirety
                                                                          X

*History:*
Details   📎 232-1  08/24/2015 Claim #232 filed by IA SAN ANTONIO WESTOVER, LLC, Amount claimed: $0.00 (Persaud, Tony)
*Description:*
*Remarks:* (232-1) This Claim Has Been Disallowed - See Order Entered On 2-22-18 - Doc [#2094]

3/21/23, 2:52 PM                                        CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*        (36527469)                   **Claim No: 233**                      *Status:*
MB HOUSTON NEW FOREST II L.P.                   *Original Filed Date:* 08/24/2015     *Filed by:* CR
C/O MENTER RUDIN & TRIVELPIECE, P.C.            *Original Entered Date:* 08/24/2015   *Entered by:* Tony Persaud
ATTN: KEVIN M NEWMAN                                                                  *Modified:* 02/23/2018
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439
 Amount claimed: $0.00          *Pursuant to Stipulation (Doc 2092) and Order (Doc 2096), claim disallowed* ✗

*History:*
 Details    ⁹  233-1  08/24/2015 Claim #233 filed by MB HOUSTON NEW FOREST II L.P., Amount claimed: $0.00 (Persaud, Tony)
*Description:*
*Remarks:* (233-1) This Claim Has Been Disallowed See Order Entered 2-22-18 Doc # [2095]


*Creditor:*        (36527470)                   **Claim No: 234**                      *Status:*
MB HOUSTON NEW FOREST II L.P.                   *Original Filed Date:* 08/24/2015     *Filed by:* CR
C/O MENTER RUDIN & TRIVELPIECE, P.C.            *Original Entered Date:* 08/24/2015   *Entered by:* Tony Persaud
ATTN: KEVIN M NEWMAN                                                                  *Modified:* 02/23/2018
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439
 Amount claimed: $0.00       *Pursuant to Stipulation (Doc 2092) and Order (Doc 2096), claim disallowed* ✗

*History:*
 Details    ⁹  234-1  08/24/2015 Claim #234 filed by MB HOUSTON NEW FOREST II L.P., Amount claimed: $0.00 (Persaud, Tony)
*Description:*
*Remarks:* (234-1) This Claim Has Been Disallowed - See Order Entered On 2-22-18 - Doc # [2095]


*Creditor:*        (36527471)                   **Claim No: 235**                      *Status:*
MB HOUSTON NEW FOREST II L.P.                   *Original Filed Date:* 08/24/2015     *Filed by:* CR
C/O MENTER RUDIN & TRIVELPIECE, P.C.            *Original Entered Date:* 08/24/2015   *Entered by:* Tony Persaud
ATTN: KEVIN M NEWMAN                                                                  *Modified:* 02/23/2018
308 MALTBIE STREET, SUITE 200
SYRACUSE, NY 13204-1439
 Amount claimed: $0.00     *Pursuant to Stipulation (Doc 2092) and Order (Doc 2096), claim disallowed* ✗

*History:*
 Details    ⁹  235-1  08/24/2015 Claim #235 filed by MB HOUSTON NEW FOREST II L.P., Amount claimed: $0.00 (Persaud, Tony)
*Description:*
*Remarks:* (235-1) This Claim Has Been Disallowed - See Order Entered 2-22-18 - Doc # [2095]


*Creditor:*        (36527472)                   **Claim No: 236**                      *Status:*
CITY OF GASTONIA                                *Original Filed Date:* 08/24/2015     *Filed by:* CR
PO BOX 1748                                     *Original Entered Date:* 08/24/2015   *Entered by:* Tony Persaud
GASTONIA, NC 28053-1748                                                               *Modified:*               OK
 GUC  Amount claimed: $2709.36

*History:*
 Details    ⁹  236-1  08/24/2015 Claim #236 filed by CITY OF GASTONIA, Amount claimed: $2709.36 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*        (36366646)                   **Claim No: 237**                      *Status:*
Vortex Industries Inc                           *Original Filed Date:* 08/24/2015     *Filed by:* CR
3198m Airport Loop Drive                         *Original Entered Date:* 08/24/2015   *Entered by:* Tony Persaud
Costa Mesa, CA 92626                                                                  *Modified:*               OK
 GUC  Amount claimed: $687.12

*History:*
 Details    ⁹  237-1  08/24/2015 Claim #237 filed by Vortex Industries Inc, Amount claimed: $687.12 (Persaud, Tony)
*Description:*
*Remarks:*


*Creditor:*        (36359939)   History         **Claim No: 238**                      *Status:*
Katrina Peterson                                *Original Filed Date:* 08/24/2015     *Filed by:* CR
262 Cresham Dr                                  *Original Entered Date:* 08/24/2015   *Entered by:* Tony Persaud
San Antonio, TX 78218                                                                 *Modified:*
 Priority  Amount claimed: $4043.17                                                   *Priority — Wages*
                                                                                        *ok*
*History:*
 Details    ⁹  238-1  08/24/2015 Claim #238 filed by Katrina Peterson, Amount claimed: $4043.17 (Persaud, Tony)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                  CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

Priority  claimed: $4043.17

*History:*
Details   ⁹  238-1   08/24/2015 Claim #238 filed by Katrina Peterson, Amount claimed: $4043.17 (Persaud, Tony)

*Description:*
*Remarks:*


*Creditor:*       (36528498)
COLLIN COUNTY TAX ASSESSOR/COLLECTOR
C/O GAY MCCALL ISAACKS GORDON ROBERTS PC
777 E. 15TH ST.
PLANO, TX 75074                    *Pursuant to First Omnibus Objection (Doc 2390) and Order (Doc 2459), Claim No. 239*
Amount  claimed: $9883.84          *is disallowed in its entirely*                                        ✗
Secured  claimed: $9883.84

*History:*
Details ⁹ 239-   08/24/2015 Claim #239 filed by COLLIN COUNTY TAX ASSESSOR/COLLECTOR, Amount claimed: $9883.84 (Persaud, Tony)
        1
        2390 03/26/2019 Motion to Disallow Claims
                *First Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jose*
                Filed by Trustee Karen S Naylor (TR) (Nelson, Brian)
        2459 05/24/2019 Order Sustaining First Omnibus Objection To Secured Tax Claims: Motion To Disallow Claims (BNC-PDF) (Related Doc # 2390) 2

*Description:*
*Remarks:*


*Creditor:*       (36528526)           **Claim No: 240**                    *Status:*
SM 101 SIX, LLC                        *Original Filed Date*: 08/24/2015    *Filed by:* CR
C/O GRANT GENOVESE & BARATTA, LLP      *Original Entered Date*: 08/24/2015  *Entered by:* Tony Persaud
ATTN: GORDON G. MAY                                                         *Modified:*
2030 MAIN STREET, SUITE 1600
IRVINE, CA 92614                       *Possible objection but*   No distribution to GUC
GUC  Amount claimed: $20664.22

*History:*
Details   ⁹  240-1   08/24/2015 Claim #240 filed by SM 101 SIX, LLC, Amount claimed: $20664.22 (Persaud, Tony)

*Description:*
*Remarks:*


*Creditor:*       (36528538)           **Claim No: 241**                    *Status:*
NANTONG FUTONG TEXTILES CO., LTD       *Original Filed Date*: 08/24/2015    *Filed by:* CR
C/O BROWN & JOSEPH, LTD.               *Original Entered Date*: 08/24/2015  *Entered by:* Tony Persaud
2550 W. GOLF ROAD, SUITE 300                                               *Modified:*
ROLLING MEADOWS, IL 60008                                                               OK
GUC  Amount claimed: $110659.20

*History:*
Details   ⁹  241-1   08/24/2015 Claim #241 filed by NANTONG FUTONG TEXTILES CO., LTD, Amount claimed: $110659.20 (Persaud, Tony)

*Description:*
*Remarks:*


*Creditor:*       (36528539)           **Claim No: 242**                    *Status:*
JAMESTOWN SOUTH SHORE CENTER L.P.      *Original Filed Date*: 08/24/2015    *Filed by:* CR
JAMESTOWN SOUTH SHORE CENTER           *Original Entered Date*: 08/24/2015  *Entered by:* Tony Persaud
523 SOUTH SHORE CENTER WEST                                                *Modified:*
ALAMEDA, CA 94501                                                                       OK
GUC  Amount claimed: $14377.42

*History:*
Details   ⁹  242-1   08/24/2015 Claim #242 filed by JAMESTOWN SOUTH SHORE CENTER L.P., Amount claimed: $14377.42 (Persaud, Tony)

*Description:*
*Remarks:*


*Creditor:*       (36528540)           **Claim No: 243**                    *Status:*
SELECT EQUIPMENT SALES, INC.           *Original Filed Date*: 08/24/2015    *Filed by:* CR
6911 8TH STREET                        *Original Entered Date*: 08/24/2015  *Entered by:* Tony Persaud
BUENA PARK, CA 92606                                                        *Modified:*
GUC  Amount claimed: $40481.67                                                          OK

*History:*
Details   ⁹  243-1   08/24/2015 Claim #243 filed by SELECT EQUIPMENT SALES, INC., Amount claimed: $40481.67 (Persaud, Tony)

*Description:*
*Remarks:*

3/21/23, 2:52 PM    CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*History:*
Details    ⁹ 243-1  08/24/2015 Claim #243 filed by SELECT EQUIPMENT SALES, INC., Amount claimed: $40481.67 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36528549)
SACRAMENTO MUNICIPAL UTILITY DISTRICT
PO BOX 15830
MS A253
SACRAMENTO, CA 95852-1830

**Claim No: 244**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

OK

GUC  Amount claimed: $4413.74

*History:*
Details    ⁹ 244-1  08/24/2015 Claim #244 filed by SACRAMENTO MUNICIPAL UTILITY DISTRICT, Amount claimed: $4413.74 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36528550)
BROWARD COUNTY RECORDS, TAXES AND TREASURY DIVISIO
ATTN: BANKRUPTCY SECTION
115 S. ANDREWS AVE. # A-100
FORT LAUDERDALE, FL 33301

Amount  claimed: $11356.84    *Pursuant to First Omnibus Objection (Doc 2390) and Order (Doc 2459), Claim No. 245*
Secured claimed: $11356.84    *is disallowed in its entirety*

✗

*History:*
Details ⁹ 245-  08/24/2015 Claim #245 filed by BROWARD COUNTY RECORDS, TAXES AND TREASURY DIVISIO, Amount claimed: $11356.84 (Persaud,
            1

        2390 03/26/2019 Motion to Disallow Claims
            *First Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jose*
            Filed by Trustee Karen S Naylor (TR) (Nelson, Brian)

        2459 05/24/2019 Order Sustaining First Omnibus Objection To Secured Tax Claims: Motion To Disallow Claims (BNC-PDF) (Related Doc # 2390) 2
*Description:*
*Remarks:*

---

*Creditor:*    (36527456)
VICTORY LIGHTING SERVICES
P.O. BOX 542555
DALLAS, TX 75354

**Claim No: 246**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

GUC  Amount claimed: $417.70    *Possible objection but    No distribution to GUC*

*History:*
Details    ⁹ 246-1  08/24/2015 Claim #246 filed by VICTORY LIGHTING SERVICES, Amount claimed: $417.70 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36528568)
ENJOY HOUSE INDUSTRIES LIMITED
ATTN: SHI MENGQUAN
RM 1102, NO. 26, LANE 169
GONGKANG ROAD, BAOSHAN DISTRICT
SHANGHAI 200431

**Claim No: 247**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*Possible objection but No distribution to GUC*

GUC  Amount  claimed: $82482.00

*History:*
Details    ⁹ 247-1  08/24/2015 Claim #247 filed by ENJOY HOUSE INDUSTRIES LIMITED, Amount claimed: $82482.00 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36528568)
ENJOY HOUSE INDUSTRIES LIMITED
ATTN: SHI MENGQUAN
RM 1102, NO. 26, LANE 169
GONGKANG ROAD, BAOSHAN DISTRICT
SHANGHAI 200431

**Claim No: 248**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

OK

GUC  Amount claimed: $103871.40

*History:*
Details    ⁹ 248-1  08/24/2015 Claim #248 filed by ENJOY HOUSE INDUSTRIES LIMITED, Amount claimed: $103871.40 (Persaud, Tony)
*Description:*
*Remarks:*

3/21/23, 2:52 PM

CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:* (36365043)
Southeastern Freight Lines
PO Box 1691
Columbia, SC 29202

**Claim No: 249**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*OK* *(handwritten)*

*GUC (handwritten)* Amount claimed: $1775.80

*History:*
Details  249-1  08/24/2015 Claim #249 filed by Southeastern Freight Lines, Amount claimed: $1775.80 (Persaud, Tony)

*Description:*
*Remarks:*

*Creditor:* (36528600)
CITY OF ROSENBERG
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: MICHAEL J. DARLOW
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

**Claim No: 250**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:* 05/02/2019

*(handwritten) Pursuant to Stipulation (Doc 2426) and Order (Doc 2432), Claim No. 250 is allowed as a priority unsecured claim in the amount of $1,039.08 with such priority pursuant to 11 U.S.C. Sect. 507(a)(8)*

Amount claimed: $1179.41
Secured claimed: $1179.41

Priority allowed: $1039.08

*(handwritten) Priority—Taxes OK*

*History:*
Details  250-1  08/24/2015 Claim #250 filed by CITY OF ROSENBERG, Amount claimed: $1179.41 (Persaud, Tony)

*Description:*
*Remarks:* (250-1) Claim No. 250-1 Shall Be Allowed As A Priority Unsecured Claim in the Amount of $1,039.08 - See Document # 2432

*Creditor:* (36528621)
CITY OF HOUSTON
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: MICHAEL J. DARLOW
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

**Claim No: 251**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015
*Last Amendment Filed:* 08/23/2016
*Last Amendment Entered:* 08/23/2016

*Status:*
*Filed by:* CR
*Entered by:* Michael J Darlow
*Modified:* 05/02/2019

*(handwritten) Pursuant to Stipulation (Doc 2426) and Order (Doc 2432), Claim No. 251-2 is allowed as a priority unsecured claim in the amount of $1,068.13 with such priority pursuant to 11 U.S.C. Sect. 507(a)(8)*

Amount claimed: $3638.78
Secured claimed: $3638.78

Priority allowed: $1068.13

*(handwritten) Priority—Taxes OK*

*History:*
Details  251-1  08/24/2015 Claim #251 filed by CITY OF HOUSTON, Amount claimed: $1717.05 (Persaud, Tony)
Details  251-2  08/23/2016 Amended Claim #251 filed by CITY OF HOUSTON, Amount claimed: $3638.78 (Darlow, Michael)

*Description:* (251-2) Ad Valorem Property Taxes
*Remarks:* (251-2) Claim No. 251-2 Which Amends And Supercedes Claim No. 251-1 - Shall Be Allowed As A Priority Unsecured Claim in the Amount $1,068.13 - See Document #2432

*Creditor:* (36528622)
GALENA PARK INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: OWEN M. SONIK
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

**Claim No: 252**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:* 05/02/2019

*(handwritten) Pursuant to Stipulation (Doc 2426) and Order (Doc 2432), Claim No. 252 is allowed as a priority unsecured claim in the amount of $2,703.80 with such priority pursuant to 11 U.S.C. Sect 507(a)(8)*

Amount claimed: $3412.13
Secured claimed: $3412.13

Priority allowed: $2703.80

*(handwritten) Priority—Taxes OK*

*History:*
Details  252-1  08/24/2015 Claim #252 filed by GALENA PARK INDEPENDENT SCHOOL DISTRICT, Amount claimed: $3412.13 (Persaud, Tony)

*Description:*
*Remarks:* (252-1) Claim No. 252-1 Shall Be Allowed As A Priority Unsecured Claim in the amount of $2,703.80 - See Document #2432

*Creditor:* (36528623)
ALIEF INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: CARL O. SANDIN
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008

**Claim No: 253**
*Original Filed Date:* 08/24/2015
*Original Entered Date:* 08/24/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:* 05/02/2019

*(handwritten) Pursuant to Stipulation (Doc 2426) and Order (Doc 2432), Claim No. 253 is allowed as a priority unsecured claim in the amount of $2,274.43 with such priority pursuant to 11 U.S.C Sect. 507(a)(8)*

Amount claimed: $3351.52

*History:*
Details  253-1  08/24/2015 Claim #253 filed by ALIEF INDEPENDENT SCHOOL DISTRICT, Amount claimed: $3351.52 (Persaud, Tony)

*Description:*
*Remarks:* (253-1) Claim No. 253-1 Shall Be Allowed As A Priority Unsecured Claim - See Document #2432

*(handwritten) Priority—Taxes OK*

3/21/23, 2:52 PM                                                          CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Priority* Secured claimed: $3351.52
        *2,274.43* Priority allowed: $2274.43

*History:*

Details    253-1    08/24/2015 Claim #253 filed by ALIEF INDEPENDENT SCHOOL DISTRICT, Amount claimed: $3351.52 (Persaud, Tony)

*Description:*

*Remarks:* (253-1) Claim No. 253-1 Shall Be Allowed As A Priority Unsecured Claim - See Document #2432

---

| Creditor: (36528630) | Claim No: 254 | Status: |
|---|---|---|
| KLEIN INDEPENDENT SCHOOL DISTRICT | Original Filed Date: 08/24/2015 | Filed by: CR |
| C/O PERDUE BRANDON FIELDER COLLINS MOTT | Original Entered Date: 08/24/2015 | Entered by: Michael J Darlow |
| ATTN: CARL O. SANDIN | Last Amendment Filed: 08/23/2016 | Modified: 05/02/2019 |
| 1235 NORTH LOOP WEST, SUITE 600 | Last Amendment Entered: 08/23/2016 | |
| HOUSTON, TX 77008 | | |

Amount claimed: $3242.88    *Pursuant to Stipulation (Doc 2426) and Order (Doc 2432), Claim No. 254-2 is allowed as a*
Secured claimed: $3242.88    *Priority unsecured claim in the amount of $3,242.88 with such priority pursuant + 11 U.S.C. Sec 507(a)(8)*

*Priority*                              Priority allowed: $3242.88                        *Priority-Taxes*
                                                                                          *OK*

*History:*

Details    254-1    08/24/2015 Claim #254 filed by KLEIN INDEPENDENT SCHOOL DISTRICT, Amount claimed: $4485.78 (Persaud, Tony)

Details    254-2    08/23/2016 Amended Claim #254 filed by KLEIN INDEPENDENT SCHOOL DISTRICT, Amount claimed: $3242.88 (Darlow, Michael)

*Description:* (254-2) Ad Valorem Property Taxes

*Remarks:* (254-2) Claim No. 254-2 Which Amends and Supersedes Claim No. 254-1 On The Court's Claims Registers Shall Be Allowed As A Priority Unsecured Claim in the Amount of $3,242.88 - See Document #2432

---

| Creditor: (36528664) | | |
|---|---|---|
| HUMBLE INDEPENDENT SCHOOL DISTRICT | | |
| C/O PERDUE BRANDON FIELDER COLLINS MOTT | | |
| ATTN: CARL O. SANDIN | | |
| 1235 NORTH LOOP WEST, SUITE 600 | | |
| HOUSTON, TX 77008 | | |

        *Pursuant to Stipulation (Doc 2426) and Order (Doc 2432) and First-Omnibus Objection (Doc 2390) and*
Amount claimed: $5000.00    *Order (Doc 2459), Claim No. 255 is allowed as an 11 U.S.C. Sect. 507(a)(8) priority unsecured claim*
Secured claimed: $5000.00    *in the amount of $3,526.98*                                    *Priority-Taxes*
        *3,526.98*       · Priority allowed: $3526.98                                        *OK*

*History:*

Details    255-1    08/24/2015 Claim #255 filed by HUMBLE INDEPENDENT SCHOOL DISTRICT, Amount claimed: $5000.00 (Persaud, Tony)

2390    03/26/2019 Motion to Disallow Claims
            *First Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jose;*
            Filed by Trustee Karen S Naylor (TR) (Nelson, Brian)

2459    05/24/2019 Order Sustaining First Omnibus Objection To Secured Tax Claims: Motion To Disallow Claims (BNC-PDF) (Related Doc # 2390) 2

*Description:*

*Remarks:* (255-1) Claim No. 255-1 Shall Be Allowed As A Priority Unsecured Claim in the Amount of $3526.98 - See Document #2432

---

| Creditor: (36528680) | Claim No: 256 | Status: |
|---|---|---|
| HARRIS COUNTY MUNICIPAL UTILITY | Original Filed Date: 08/24/2015 | Filed by: CR |
| DISTRICT # 285 | Original Entered Date: 08/24/2015 | Entered by: Tony Persaud |
| ATTN: CARL O. SANDIN | | Modified: 05/02/2019 |
| 1235 NORTH LOOP WEST, SUITE 600 | | |
| HOUSTON, TX 77008 | | |

        *Pursuant to Stipulation (Doc 2426) and Order (Doc 2432), Claim No. 256 is allowed as*
Amount claimed: $2029.15    *a priority unsecured claim in the amount of $1,447.12 with such priority pursuant*
Secured claimed: $2029.15    *to 11 U.S.C. Sect 507(a)(8)*
        *1,447.12*    Priority allowed: $1447.12                     *Priority — Taxes*
*Priority*                                                           *OK*

*History:*

Details    256-1    08/24/2015 Claim #256 filed by HARRIS COUNTY MUNICIPAL UTILITY, Amount claimed: $2029.15 (Persaud, Tony)

*Description:*

*Remarks:* (256-1) Claim No. 256-1 - Shall Be Allowed As A Priority Unsecured Claim in the Amount of $1447.12 - See Document #2432

---

| Creditor: (36528680) | Claim No: 257 | Status: |
|---|---|---|
| HARRIS COUNTY MUNICIPAL UTILITY | Original Filed Date: 08/24/2015 | Filed by: CR |
| DISTRICT # 285 | Original Entered Date: 08/24/2015 | Entered by: Tony Persaud |
| ATTN: CARL O. SANDIN | | Modified: 05/02/2019 |

*History:*

Details    257-1    08/24/2015 Claim #257 filed by HARRIS COUNTY MUNICIPAL UTILITY, Amount claimed: $822.58 (Persaud, Tony)

*Description:*

*Remarks:* (257-1) Claim No. 257-1 Shall Be Allowed As A Priority Unsecured Claim in the Amount of $485.04 - See Document #2432

3/21/23, 2:52 PM                          CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008
Amount claimed:$822.58
Secured claimed: $822.58

*Pursuant to Stipulation (Doc 2426) and Order (Doc 2432), Claim No. 257 is allowed as a
priority unsecured claim in the amount of $485.04 with such priority pursuant to 11 U.S.C. Sect.
507(a)(8)*

*Priority — Taxes OK*

**Priority** 485.04   Priority allowed: $485.04

*History:*
Details  257-1  08/24/2015 Claim #257 filed by HARRIS COUNTY MUNICIPAL UTILITY, Amount claimed: $822.58 (Persaud, Tony)
*Description:*
*Remarks:* (257-1) Claim No. 257-1 Shall Be Allowed As A Priority Unsecured Claim in the Amount of $485.04 - See Document #2432

---

Creditor:  (36528723)
FOUNTAINHEAD MUNICIPAL UTILITY DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: CARL O. SANDIN
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008
Amount  claimed: $1448.94
Secured claimed: $1448.94

Claim No: 258
Original Filed Date: 08/24/2015
Original Entered Date: 08/24/2015
Last Amendment Filed: 08/23/2016
Last Amendment Entered: 08/23/2016

Status:
Filed by: CR
Entered by: Michael J Darlow
Modified: 05/02/2019

*Pursuant to Stipulation (Doc 2426) and Order (Doc 2432), Claim No. 258-2 is allowed as a
Priority unsecured claim in the amount of $1,448.94 with such priority pursuant to 11 U.S.C. Sect.
507(a)(8)*

*Priority — Taxes OK*

**Priority**  Priority allowed: $1448.94

*History:*
Details  258-1  08/24/2015 Claim #258 filed by FOUNTAINHEAD MUNICIPAL UTILITY DISTRICT, Amount claimed: $2097.67 (Persaud, Tony)
Details  258-2  08/23/2016 Amended Claim #258 filed by FOUNTAINHEAD MUNICIPAL UTILITY DISTRICT, Amount claimed: $1448.94 (Darlow, Michael)
*Description:* (258-2) Ad Valorem Property Taxes
*Remarks:* (258-2) Claim No. 258-2 On Court's Claim Register Which Amends and Supersedes Claim No. 258-1 on the Court's Claim Register Shall Be Allowed As A Priority Unsecured Claim in the Amount of $1448.94 - See Document #2432

---

Creditor:  (36528725)
CLEAR CREEK INDEPENDENT SCHOOL DISTRICT
C/O PERDUE BRANDON FIELDER COLLINS MOTT
ATTN: CARL O. SANDIN
1235 NORTH LOOP WEST, SUITE 600
HOUSTON, TX 77008
Amount  claimed: $3809.12
Secured  claimed: $3809.12

Claim No: 259
Original Filed Date: 08/24/2015
Original Entered Date: 08/24/2015
Modified: 05/02/2019

Status:
Filed by: CR
Entered by: Tony Persaud

*Pursuant to Stipulation (Doc 2426) and Order (Doc 2432), Claim No. 259 is allowed as a
priority unsecured claim in the amount of $3,034.40 with such priority pursuant to 11 U.S.C. Sect.
507(a)(8)*

*Priority — Taxes OK*

**Priority** 3,034.40

*History:*
Details  259-1  08/24/2015 Claim #259 filed by CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, Amount claimed: $3809.12 (Persaud, Tony)
*Description:*
*Remarks:* (259-1) Claim No. 259-1 Shall Be Allowed As A Priority Unsecured Claim in the Amount of $30334.40 - See Document #2432

---

Creditor:  (36528730)
MARIA COCONATE
4118 N. OSCEOLA
NORRIDGE, IL 60706
Amount claimed: $65.69
Secured claimed: $0.00
Priority  claimed: $65.69

*Pursuant to Third Omnibus Objection (Doc 2655) and Order (Doc 2744), Claim No. 260
allowed as an 11 U.S.C. Sect 507(a)(7) priority unsecured claim in the amount of $65.69*

*Priority — Deposits OK*

*History:*
Details 260-1  08/24/2015 Claim #260 filed by MARIA COCONATE, Amount claimed: $65.69 (Persaud, Tony)
2655 11/18/2019 Motion to Disallow Claims
    Third Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen
    Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
    2744 02/21/2020 Order Sustaining Third Omnibus Objection To Secured Gift Card/Store Credit Claims: (Related Doc # 2655) 48,260,300,306,395,
*Description:*
*Remarks:*

---

Creditor:  (36358173)
Harold Import Co Inc
747 Vasser Ave
Lakewood, NJ 08701
Amount claimed: $1414.00

Claim No: 261
Original Filed Date: 08/24/2015
Original Entered Date: 08/24/2015

Status:
Filed by: CR
Entered by: Tony Persaud
Modified:

*GUC*   *OK*

*History:*
Details  261-1  08/24/2015 Claim #261 filed by Harold Import Co Inc, Amount claimed: $1414.00 (Persaud, Tony)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                        CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

History:
Details  ⊃  261-1  08/24/2015 Claim #261 filed by Harold Import Co Inc, Amount claimed: $1414.00 (Persaud, Tony)
Description:
Remarks:

| | | |
|---|---|---|
| Creditor:  (36366814) | Claim No: 262 | Status: |
| White Nelson Diehl Evans LLP | Original Filed Date: 08/24/2015 | Filed by: CR |
| 2875 Michelle Drive | Original Entered Date: 08/24/2015 | Entered by: Tony Persaud |
| Suite 300 | | Modified: |
| Irvine, CA 92606 | | |

*ok*

GUC Amount claimed: $7000.00

History:
Details  ⊃  262-1  08/24/2015 Claim #262 filed by White Nelson Diehl Evans LLP, Amount claimed: $7000.00 (Persaud, Tony)
Description:
Remarks:

| | | |
|---|---|---|
| Creditor:  (36528757) | Claim No: 263 | Status: |
| CARPENTER CO. | Original Filed Date: 08/24/2015 | Filed by: CR |
| 5016 MONUMENT AVE. | Original Entered Date: 08/24/2015 | Entered by: Tony Persaud |
| RICHMOND, VA 23230 | | Modified: |

*ok*

GUC Amount claimed: $9812.05

History:
Details  ⊃  263-1  08/24/2015 Claim #263 filed by CARPENTER CO., Amount claimed: $9812.05 (Persaud, Tony)
Description:
Remarks:

| | | |
|---|---|---|
| Creditor:  (36529737) | Claim No: 264 | Status: |
| Duska Cumbo | Original Filed Date: 08/21/2015 | Filed by: CR |
| 11 445 - 216 St Apt 9 | Original Entered Date: 08/24/2015 | Entered by: BTM |
| Lakewood CA 90715 | | Modified: |

*ok*

GUC Amount claimed: $60.00

History:
Details  ⊃  264-1  08/21/2015 Claim #264 filed by Duska Cumbo, Amount claimed: $60.00 (BTM)
Description:
Remarks:

| | | |
|---|---|---|
| Creditor:  (36532126) | Claim No: 265 | Status: |
| ALLSTATE FLORAL INC. | Original Filed Date: 08/25/2015 | Filed by: CR |
| 14038 PARK PLACE | Original Entered Date: 08/25/2015 | Entered by: Tony Persaud |
| CERRITOS, CA 90703 | | Modified: |

*ok*

GUC Amount claimed: $10226.70

History:
Details  ⊃  265-1  08/25/2015 Claim #265 filed by ALLSTATE FLORAL INC., Amount claimed: $10226.70 (Persaud, Tony)
Description:
Remarks:

| | | |
|---|---|---|
| Creditor:  (36532130) | Claim No: 266 | Status: |
| VICKIE CARTONY, ESQ., SBN 145501 | Original Filed Date: 08/25/2015 | Filed by: CR |
| 14440 CIVIC DRIVE, BLD. A | Original Entered Date: 08/25/2015 | Entered by: Tony Persaud |
| VICTORVILLE, CA 92392 | | Modified: |

*Possible objection but    No distribution to GUC*

GUC Amount claimed: $50000.00

History:
Details  266-1  08/25/2015 Claim #266 filed by VICKIE CARTONY, ESQ., SBN 145501, Amount claimed: $50000.00 (Persaud, Tony)
Description:
Remarks:

| | | |
|---|---|---|
| Creditor:  (36532192) | Claim No: 267 | Status: |
| US SECURITY ASSOCIATES, INC. | Original Filed Date: 08/25/2015 | Filed by: CR |
| 200 MANSELL COURT, 5TH FLOORROSWELL, | Original Entered Date: 08/25/2015 | Entered by: Tony Persaud |
| GA | | Modified: |

*ok*

GUC Amount claimed: $12886.64
History:
Details  ⊃  267-1  08/25/2015 Claim #267 filed by US SECURITY ASSOCIATES, INC., Amount claimed: $12886.64 (Persaud, Tony)
Description:
Remarks:

3/21/23, 2:52 PM                                CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*History:*

Details ⁹  267-1  08/25/2015 Claim #267 filed by US SECURITY ASSOCIATES, INC., Amount claimed: $12886.64 (Persaud, Tony)

*Description:*

*Remarks:*

---

*Creditor:*    (36532196)                          **Claim No: 268**                 *Status:*
ALABAMA POWER COMPANY                      *Original Filed Date:* 08/25/2015   *Filed by:* CR
C/O BALCH & BINGHAM LLP                     *Original Entered Date:* 08/25/2015 *Entered by:* Tony Persaud
ATTN: ERIC T. RAY                                                              *Modified:*
PO BOX 306
BIRMINGHAM, AL 35201
                                                                                           **ok**
GUC Amount claimed: $3465.37

*History:*

Details ⁹  268-1  08/25/2015 Claim #268 filed by ALABAMA POWER COMPANY, Amount claimed: $3465.37 (Persaud, Tony)

*Description:*

*Remarks:*

---

*Creditor:*    (36527341)                          **Claim No: 269**                 *Status:*
THE FLYER, INC.                              *Original Filed Date:* 08/25/2015   *Filed by*
ATTN: JIM TUCKER                             *Original Entered Date:* 08/25/2015 *Entered*
201 KELSEY LANE          **Pursuant to Motion (Doc 1352) and Order (Doc 1431), Court reclassified 503(b)(9) claim** *Modifie*
TAMPA, FL 33619          **in the amount of $10,469.29 to general unsecured claim in the amount of**
GUC Amount claimed: $10469.29   **$53,101.95**
                         **53,101.95**                                              **OK**
*History:*

Details ⁹ 269-  08/25/2015 Claim #269 filed by THE FLYER, INC., Amount claimed: $10469.29 (Persaud, Tony)
       1

       1352 02/11/2016 Motion to Disallow Claims
            *Notice Of Motion And Omnibus Motion Objecting To Improperly Classified § 503(b)(9) Administrative Expense Claims; Memorand*
            Filed by Debtor Anna's Linens, Inc. (Kwong, Jeffrey)

*Description:*

*Remarks:*

---

*Creditor:*    (36357011)                          **Claim No: 270**                 *Status:*
Edmar Corporation                            *Original Filed Date:* 08/25/2015   *Filed by:* CR
100 Armstrong Road                           *Original Entered Date:* 08/25/2015 *Entered by:* Tony Persaud
Suite 101                                                                      *Modified:*
Plymouth, MA 02360
                                                                                           **ok**
GUC Amount claimed: $5931.65

*History:*

Details ⁹  270-1  08/25/2015 Claim #270 filed by Edmar Corporation, Amount claimed: $5931.65 (Persaud, Tony)

*Description:*

*Remarks:*

---

*Creditor:*    (36355782)                          **Claim No: 271**                 *Status:*
Columbia Frame Inc                           *Original Filed Date:* 08/25/2015   *Filed by:* CR
6251 Notre Dame East                         *Original Entered Date:* 08/25/2015 *Entered by:* Tony Persaud
Montreal, CANADA, QC H1N2E9                                                    *Modified:*
GUC Amount claimed: $122042.00              **Possible objection but No distribution to GUC**

*History:*

Details ⁹  271-1  08/25/2015 Claim #271 filed by Columbia Frame Inc, Amount claimed: $122042.00 (Persaud, Tony)

*Description:*

*Remarks:*

---

*Creditor:*    (36355822)                          **Claim No: 272**                 *Status:*
Conference Group                             *Original Filed Date:* 08/25/2015   *Filed by:* CR
254 Chapman Road                             *Original Entered Date:* 08/25/2015 *Entered by:* Tony Persaud
Topkis Bldg Suite 200                                                          *Modified:*
Newark, DE 19702
                                                                                           **ok**
GUC Amount claimed: $14214.64

*History:*

Details ⁹  272-1  08/25/2015 Claim #272 filed by Conference Group, Amount claimed: $14214.64 (Persaud, Tony)

*Description:*

*Remarks:*

---

3/21/23, 2:52 PM                          CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

---

| | | |
|---|---|---|
| *Creditor:* (36357538) | **Claim No: 273** | *Status:* |
| Fayette County Tax Commissioner | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| George Wingo | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| PO Box 70 | | *Modified:* |
| Fayetteville, GA 30214 | | |

  Amount claimed: $2604.32

  Priority claimed: $2604.32

*(handwritten: Priority—Taxes ok)*

*History:*

Details   273-1   08/25/2015 Claim #273 filed by Fayette County Tax Commissioner, Amount claimed: $2604.32 (Persaud, Tony)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (36532221) | **Claim No: 274** | *Status:* |
| WINGAR INDUSTRIES, INC. | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| 5678 BANDINI BOULEVARD | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| BELL, CA 90201 | | *Modified:* |

*(handwritten: GUC)* Amount claimed: $33024.64   *(handwritten: ok)*

*History:*

Details   274-1   08/25/2015 Claim #274 filed by WINGAR INDUSTRIES, INC., Amount claimed: $33024.64 (Persaud, Tony)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (36532222) | **Claim No: 275** | *Status:* |
| DONNA DEE WRIGHT | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| 12341 ANGEL FOOD LN | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| FORT WORTH, TX 76244 | | *Modified:* |

*(handwritten: GUC)* Amount claimed: $16.23   *(handwritten: ok)*

*History:*

Details   275-1   08/25/2015 Claim #275 filed by DONNA DEE WRIGHT, Amount claimed: $16.23 (Persaud, Tony)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (36532223) | **Claim No: 276** | *Status:* |
| YMF CARPETS, INC. | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| 5 TRUMAN DRIVE SOUTH | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| EDISON, NJ 08817 | | *Modified:* |

*(handwritten: GUC)* Amount claimed: $174921.00   *(handwritten: ok)*

*History:*

Details   276-1   08/25/2015 Claim #276 filed by YMF CARPETS, INC., Amount claimed: $174921.00 (Persaud, Tony)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (36358674) | **Claim No: 277** | *Status:* |
| Jackson Emc | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| PO Box 100 | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| Jefferson, GA 30549-0100 | | *Modified:* |

*(handwritten: GUC)* Amount claimed: $2562.06   *(handwritten: ok)*

*History:*

Details   277-1   08/25/2015 Claim #277 filed by Jackson Emc, Amount claimed: $2562.06 (Persaud, Tony)

*Description:*

*Remarks:*

---

| | | |
|---|---|---|
| *Creditor:* (36532225) | **Claim No: 278** | Status: Allow 3120 |
| RISE MECHANICAL, INC. | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |

*History:*

Details   278-1   08/25/2015 Claim #278 filed by RISE MECHANICAL, INC., Amount claimed: $7685.95 (Persaud, Tony)

    3088 02/15/2022 Motion to Disallow Claims

        --*Objection of Chapter 7 Trustee to Claim of Rise Mechanical, Inc. [Claim No. 278-1]; Memorandum of Points and Authorities; and*
        Filed by Trustee Karen S Naylor (TR) (Minier, Christopher)

    3120 03/29/2022 Order On Objection Of Chapter 7 Trustee To Claim Of Rise Mechanical, Inc. [Claim No. 278-1] (BNC-PDF) (Related Doc # 3088)
        follows: 1. The Trustee's Objection is sustained in its entirety; 2. The proof of claim of Rise Mechanical, Claim No. 278-1 (the "Cla
        amount pursuant to 11 USC § 507(a)(4); and 3. The Claim shall be allowed as (i) an unsecured Chapter 11 administrative expens
        pursuant to 11 USC § 503(b)(1), and (ii) a nonpriority unsecured claim in the amount of $7,135.95. Signed on 3/29/2022. (Deramu

*Description:*

*Remarks:* (278-1) Allowed As Unsecured Ch 11 Administrative Expense Claim in the Amount Of $550.00 and nonpriority unsecured claim in the amount of $7

3/21/23, 2:52 PM

24635 MOSQUERO LANE
MISSION VIEJO, CA 92691

*Original Entered Date:* 08/25/2015

*Entered by:* Tony Persaud
*Modified:* 03/29/2022

Amount claimed: $7685.95

*Pursuant to Motion (Doc 3088) and Order (Doc 3120), Claim is not entitled to priority in any amount pursuant to 11 U.S.C. Sect 507(a)(4), and Claim shall be allowed a (i) an unsecured Ch 11 Admin expense claim in the amount of $550.00 pursuant to 11 U.S.C. Sect 503(b)(1), and (ii) a nonpriority unsecured claim in the amount of $7,135.95*

Priority claimed: $7685.95

Ch 11 Admin    $550.00

Ch 11 Admin + GUC

GUC $7,135.95

*History:*

ok

Details       278-   08/25/2015 Claim #278 filed by RISE MECHANICAL, INC., Amount claimed: $7685.95 (Persaud, Tony)
              1

3088  02/15/2022 Motion to Disallow Claims
      --Objection of Chapter 7 Trustee to Claim of Rise Mechanical, Inc. [Claim No. 278-1]; Memorandum of Points and Authorities; and
      Filed by Trustee Karen S Naylor (TR) (Minier, Christopher)

3120  03/29/2022 Order On Objection Of Chapter 7 Trustee To Claim Of Rise Mechanical, Inc. [Claim No. 278-1] (BNC-PDF) (Related Doc # 3088)
      follows: 1. The Trustee's Objection is sustained in its entirety; 2. The proof of claim of Rise Mechanical, Claim No. 278-1 (the "Cla
      amount pursuant to 11 USC § 507(a)(4); and 3. The Claim shall be allowed as (i) an unsecured Chapter 11 administrative expens
      pursuant to 11 USC § 503(b)(1), and (ii) a nonpriority unsecured claim in the amount of $7,135.95. Signed on 3/29/2022. (Deramu

*Description:*

*Remarks:* (278-1) Allowed As Unsecured Ch 11 Administrative Expense Claim in the Amount Of $550.00 and nonpriority unsecured claim in the amount of $7

*Creditor:*       (36358474)
Imperial Irrigation District
PO Box 937
Imperial, CA 92251-0937

**Claim No: 279**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

GUC   Amount claimed: $2300.15

ok

*History:*

Details       279-1   08/25/2015 Claim #279 filed by Imperial Irrigation District, Amount claimed: $2300.15 (Persaud, Tony)

*Description:*

*Remarks:*

*Creditor:*       (36361208)
Magdalena Negrete
3509 W 112th Street
Inglewood, CA 90303

**Claim No: 280**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

Amount claimed: $2894.40

Priority claimed: $2894.40

Priority - Wages
ok

*History:*

Details       280-1   08/25/2015 Claim #280 filed by Magdalena Negrete, Amount claimed: $2894.40 (Persaud, Tony)

*Description:*

*Remarks:*

*Creditor:*       (36532280)
MAX'S WHOLESALE IMPORT EXPORT INC.
2410 E 38TH STREET
VERNON, CA 90058

**Claim No: 281**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

GUC   Amount claimed: $256469.74

ok

*History:*

Details       281-1   08/25/2015 Claim #281 filed by MAX'S WHOLESALE IMPORT EXPORT INC., Amount claimed: $256469.74 (Persaud, Tony)

*Description:*

*Remarks:*

*Creditor:*       (36532296)
PAMELA E. MAYHARD
231 ALEWINE AVE
TALLAPOOSA, GA 30176-1271

**Claim No: 282**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

GUC   Amount claimed: $21.39

ok

*History:*

Details       282-1   08/25/2015 Claim #282 filed by PAMELA E. MAYHARD, Amount claimed: $21.39 (Persaud, Tony)

*Description:*

*Remarks:*

*Creditor:*       (36356095)
Cumberland County
County Courthouse

**Claim No: 283**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*History:*

Details       283-1   08/25/2015 Claim #283 filed by Cumberland County, Amount claimed: $1199.69 (Persaud, Tony)

*Description:*

*Remarks:*

117 Dick Street Room 530
Fayetteville, NC 28301
  Amount claimed: $1199.69
  Priority claimed: $1199.69

*Priority—Taxes*
*ok*

*History:*
  [Details] ⊘ 283-1  08/25/2015 Claim #283 filed by Cumberland County, Amount claimed: $1199.69 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*      (36355496)              **Claim No: 284**                     *Status:*
City Of Oxnard                          *Original Filed Date:* 08/25/2015     *Filed by:* CR
Utility Billing                         *Original Entered Date:* 08/25/2015   *Entered by:* Tony Persaud
305 W Third Street                                                           *Modified:*
Oxnard, CA 93030-5790

*GUC* Amount claimed: $517.06                                                                              *OK*

*History:*
  [Details] ⊘ 284-1  08/25/2015 Claim #284 filed by City Of Oxnard, Amount claimed: $517.06 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*      (36532298)              **Claim No: 285**                     *Status:*
COMLOCK SECURITY GROUP, INC.            *Original Filed Date:* 08/25/2015     *Filed by:* CR
DBA COMMERCIAL LOCK & SECURITY          *Original Entered Date:* 08/25/2015   *Entered by:* Tony Persaud
302 W KATELLA AVENUE                                                         *Modified:*
ORANGE, CA 92867

*GUC* Amount claimed: $270.50                                                                              *OK*

*History:*
  [Details] ⊘ 285-1  08/25/2015 Claim #285 filed by COMLOCK SECURITY GROUP, INC., Amount claimed: $270.50 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*      (36357541)              **Claim No: 286**                     *Status:*
Fayetteville Publishing Company         *Original Filed Date:* 08/25/2015     *Filed by:* CR
458 Whitfield Street                     *Original Entered Date:* 08/25/2015   *Entered by:* Tony Persaud
Fayetteville, NC 28302                                                        *Modified:*

*GUC* Amount claimed: $2506.53                                                                             *ok*

*History:*
  [Details] ⊘ 286-1  08/25/2015 Claim #286 filed by Fayetteville Publishing Company, Amount claimed: $2506.53 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*      (36532299)              **Claim No: 287**                     *Status:*
BCP HOME, INC.                          *Original Filed Date:* 08/25/2015     *Filed by:* CR
DBA ARROW HOME FASHIONS                 *Original Entered Date:* 08/25/2015   *Entered by:* Tony Persaud
20 MORRIS LANE                                                               *Modified:*
SCARSDALE, NY 10583

*GUC* Amount claimed: $197935.20                                                                           *oK*

*History:*
  [Details] ⊘ 287-1  08/25/2015 Claim #287 filed by BCP HOME, INC., Amount claimed: $197935.20 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*      (36358511)              **Claim No: 288**                     *Status:*
Inland Janitor Supply                   *Original Filed Date:* 08/25/2015     *Filed by:* CR
516 E Sixth Street                       *Original Entered Date:* 08/25/2015   *Entered by:* Tony Persaud
Corona, CA 92879-1523                                                         *Modified:*

*GUC* Amount claimed: $483.96                                                                              *OK*

*History:*
  [Details] ⊘ 288-1  08/25/2015 Claim #288 filed by Inland Janitor Supply, Amount claimed: $483.96 (Persaud, Tony)

*Description:*
*Remarks:*

---

3/21/23, 2:52 PM                                    CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*    (36354425)    History
Cabarrus County Tax Collector
PO Box 707
Concord, NC 28026

*Pursuant to Fourth omnibus Objection (Doc 2598) and Order (Doc 2733), Claim No. 289 is disallowed in its entirety*    ✗

Amount claimed: $437.63
Priority claimed: $437.63

*History:*
Details 🔎 289-1    08/25/2015 Claim #289 filed by Cabarrus County Tax Collector, Amount claimed: $437.63 (Persaud, Tony)
        2598 11/11/2019 Motion to Disallow Claims
                *Fourth Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jos*
                Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)

*Description:*
*Remarks:*

---

*Creditor:*    (36532307)                          **Claim No: 290**                    *Status:*
STOCKTON PACIFIC ASSOCIATES, LLC                  *Original Filed Date:* 08/25/2015    *Filed by:* CR
C/O SEQUOIA LAND INVESTMENTS                      *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
1-C GATE FIVE ROAD                                                                     *Modified:*
SAUSALITO, CA 94965
                                                                                       OK
GUC Amount claimed: $11463.62

*History:*
Details 🔎 290-1    08/25/2015 Claim #290 filed by STOCKTON PACIFIC ASSOCIATES, LLC, Amount claimed: $11463.62 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36527454)                          **Claim No: 291**                    *Status:*
TESTRITE VISUAL PRODUCTS                           *Original Filed Date:* 08/25/2015    *Filed by:* CR
ATTN: SHARON REINA                                 *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
216 S. NEWMAN ST.                                                                      *Modified:*
HACKENSACK, NJ 07601
GUC Amount claimed: $457.80             *Possible objection but No distribution to GUC*

*History:*
Details 🔎 291-1    08/25/2015 Claim #291 filed by TESTRITE VISUAL PRODUCTS, Amount claimed: $457.80 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36358130)                          **Claim No: 292**                    *Status:*
Gwinnett County Tax Commissioner                  *Original Filed Date:* 08/25/2015    *Filed by:* CR
PO Box 372                                         *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
Lawrenceville, GA 30046                                                                *Modified:*
                                                                                       Priority — Taxes
Amount claimed: $3392.15                                                                      ok
Priority claimed: $3392.15

*History:*
Details 🔎 292-1    08/25/2015 Claim #292 filed by Gwinnett County Tax Commissioner, Amount claimed: $3392.15 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36358130)                          **Claim No: 293**                    *Status:*
Gwinnett County Tax Commissioner                  *Original Filed Date:* 08/25/2015    *Filed by:* CR
PO Box 372                                         *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
Lawrenceville, GA 30046                                                                *Modified:*
                                                                                       Priority — Taxes
Amount claimed: $4574.85                                                                      ok
Priority claimed: $4574.85

*History:*
Details 🔎 293-1    08/25/2015 Claim #293 filed by Gwinnett County Tax Commissioner, Amount claimed: $4574.85 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36358130)                          **Claim No: 294**                    *Status:*
Gwinnett County Tax Commissioner                  *Original Filed Date:* 08/25/2015    *Filed by:* CR

*History:*
Details 🔎 294-1    08/25/2015 Claim #294 filed by Gwinnett County Tax Commissioner, Amount claimed: $3402.80 (Persaud, Tony)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

PO Box 372                          *Original Entered Date*: 08/25/2015        *Entered by*: Tony Persaud
Lawrenceville, GA 30046                                                        *Modified*:
 Amount claimed: $3402.80                                                                    Priority—Taxes
 Priority  claimed: $3402.80                                                                      ok

*History:*
 Details    294-1   08/25/2015 Claim #294 filed by Gwinnett County Tax Commissioner, Amount claimed: $3402.80 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36366572)            **Claim No: 295**                  *Status:*
Viejas Outlet Center                 *Original Filed Date*: 08/25/2015   *Filed by*: CR
5005 Willows Road                    *Original Entered Date*: 08/25/2015 *Entered by*: Tony Persaud
Suite 229
Alpine, CA 91901
                                                                                        No distribution to GUC
GUC Amount claimed: $72000.00        Possible objection but

*History:*
 Details    295-1   08/25/2015 Claim #295 filed by Viejas Outlet Center, Amount claimed: $72000.00 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36532310)            **Claim No: 296**                  *Status:*
SUNNY TRAN                           *Original Filed Date*: 08/25/2015   *Filed by*: CR
3404 LOMBARD DR                      *Original Entered Date*: 08/25/2015 *Entered by*: Tony Persaud
SANTA ANA, CA 92704                                                      *Modified*:
GUC Amount claimed: $60.00                                                                   ok

*History:*
 Details    296-1   08/25/2015 Claim #296 filed by SUNNY TRAN, Amount claimed: $60.00 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36532311)            **Claim No: 297**                  *Status:*
SATENIK VARTANIAN                    *Original Filed Date*: 08/25/2015   *Filed by*: CR
629 N. 21ST. STREET                  *Original Entered Date*: 08/25/2015 *Entered by*: Tony Persaud
MONTEBELLO, CA 90640                                                     *Modified*:
 Amount claimed: $139.36                                                         Priority—Deposits
 Priority  claimed: $139.36                                                            OK

*History:*
 Details    297-1   08/25/2015 Claim #297 filed by SATENIK VARTANIAN, Amount claimed: $139.36 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36532314)            **Claim No: 298**                  *Status:*
JULEE MA                             *Original Filed Date*: 08/25/2015   *Filed by*: CR
5084 SEQUOIA AVE.                    *Original Entered Date*: 08/25/2015 *Entered by*: Tony Persaud
CYPRESS, CA 90630                                                        *Modified*:
GUC Amount claimed: $49.99                                                                   ok

*History:*
 Details    298-1   08/25/2015 Claim #298 filed by JULEE MA, Amount claimed: $49.99 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36532315)            **Claim No: 299**                  *Status:*
MARY LYDON                           *Original Filed Date*: 08/25/2015   *Filed by*: CR
4125 LUSK DR                         *Original Entered Date*: 08/25/2015 *Entered by*: SD8
SACRAMENTO, CA 95864                 *Last Amendment Filed*: 03/09/2017   *Modified*:
                                     *Last Amendment Entered*: 03/10/2017
GUC Amount claimed: $43.19                                                                    OK

*History:*
 Details    299-1   08/25/2015 Claim #299 filed by MARY LYDON, Amount claimed: $43.19 (Persaud, Tony)
 Details    299-2   03/09/2017 Amended Claim #299 filed by MARY LYDON, Amount claimed: $43.19 (SD8)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                                CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*    (36532325)    History
CANDICE DANFORD
18365 W Monterosa St
GOODYEAR, AZ 85395

*Pursuant to Third Omnibus Objection (Doc 2655) and Order (Doc 2744), Claim No. 300 allowed as an 11 U.S.C. Sect. 507(a)(7) priority unsecured claim in the amount of $45.61*

*Priority - Deposits*
*OK*

*Priority*
Amount claimed: $45.61    $45.61

*History:*

Details ⁹ 300- 08/25/2015 Claim #300 filed by CANDICE DANFORD, Amount claimed: $45.61 (Persaud, Tony)
        1

        2655 11/18/2019 Motion to Disallow Claims
             *Third Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen*
             Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)

        2744 02/21/2020 Order Sustaining Third Omnibus Objection To Secured Gift Card/Store Credit Claims: (Related Doc # 2655) 48,260,300,306,395,⸰

*Description:*
*Remarks:*

---

*Creditor:*    (36532327)                 **Claim No: 301**                    *Status:*
PITNEY BOWES INCORPORATED             *Original Filed Date:* 08/25/2015    *Filed by:* CR
ATTN: BANKRUPTCY DEPT.                *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
27 WATERVIEW DR                                                          *Modified:*
SHELTON, CT 06484
                                                                                            OK
GUC Amount claimed: $1243.70

*History:*

Details ⁹ 301-1 08/25/2015 Claim #301 filed by PITNEY BOWES INCORPORATED, Amount claimed: $1243.70 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36532328)                 **Claim No: 302**                    *Status:*
CITY OF ST LOUIS COLLECTOR OF REV     *Original Filed Date:* 08/25/2015    *Filed by:* CR
EARNINGS TAX DIV                      *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
410 CITY HALL                                                            *Modified:*
1200 MARKET STREET
ST LOUIS, MO 63103-2841                                                  *Priority - Taxes*
                                                                              *OK*
 Amount claimed: $0.00
 Priority claimed: $0.00

*History:*

Details ⁹ 302-1 08/25/2015 Claim #302 filed by CITY OF ST LOUIS COLLECTOR OF REV, Amount claimed: $0.00 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36532329)                 **Claim No: 303**                    *Status:*
LESLIE B. HUYNH                       *Original Filed Date:* 08/25/2015    *Filed by:* CR
3675 CHAMOUNE AVE.                    *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
SAN DIEGO, CA 92105                                                      *Modified:*
                                                                                            OK
GUC Amount claimed: $30.29

*History:*

Details ⁹ 303-1 08/25/2015 Claim #303 filed by LESLIE B. HUYNH, Amount claimed: $30.29 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*    (36532330)                 **Claim No: 304**                    *Status:*
LINDA S. MIDDERS                      *Original Filed Date:* 08/25/2015    *Filed by:* CR
386 CONNEMARA CROSSINGLAWRENCEVILLE,  *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
GA                                                                      *Modified:*
                                                                        *Priority - Deposits*
 Amount claimed: $17.15                                                       *OK*
 Priority claimed: $17.15

*History:*

Details ⁹ 304-1 08/25/2015 Claim #304 filed by LINDA S. MIDDERS, Amount claimed: $17.15 (Persaud, Tony)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                      CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*      (36532336)                **Claim No: 305**                *Status:*
DENISE M. WRIGHT                           *Original Filed Date:* 08/25/2015     *Filed by:* CR
101 KENNEDY AVE.                           *Original Entered Date:* 08/25/2015   *Entered by:* Tony Persaud
VENTURA, CA 93003                                                               *Modified:*                    OK

*GUC* Amount claimed: $4.00

*History:*

Details  ⁹ 305-1  08/25/2015 Claim #305 filed by DENISE M. WRIGHT, Amount claimed: $4.00 (Persaud, Tony)

*Description:*
*Remarks:*

*Creditor:*      (36532339)
JENNIFER CARAVANTES
P.O. BOX 781235              *Pursuant to Third Omnibus Objection (Doc 2655) and Order (Doc 2744), Claim No. 306*
LOS ANGELES, CA             *allowed as an 11 U.S.C. Sect 507(a)(7) priority unsecured claim In the amount of $45.00*

*Priority* Amount claimed: $45.00                                              *Priority—Deposits*
                                                                                        OK
*History:*

Details ⁹ 306-  08/25/2015 Claim #306 filed by JENNIFER CARAVANTES, Amount claimed: $45.00 (Persaud, Tony)
        1

        2655 11/18/2019 Motion to Disallow Claims
                 *Third Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen*
                 Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)

        2744 02/21/2020 Order Sustaining Third Omnibus Objection To Secured Gift Card/Store Credit Claims: (Related Doc # 2655) 48,260,300,306,395,⁣

*Description:*
*Remarks:*

*Creditor:*      (36532383)
SHABANA WALI
3225 SWEETWATER SPRINGS BLVD. #71   *Pursuant to First Omnibus Objection (Doc 2560) and Order (Doc 2596), Claim No. 307 is*
SPRING VALLEY, CA 91978             *reclassified and allowed as an 11 U.S.C. Sect 507(a)(7) priority unsecured claim in the*
   Amount  claimed: $147.81         *amount of $147.81*
   Secured claimed: $147.81                                                     *Priority—Deposits*
*Priority*                                                                               OK
*History:*

Details ⁹ 307-  08/25/2015 Claim #307 filed by SHABANA WALI, Amount claimed: $147.81 (Persaud, Tony)
        1

        2560 09/30/2019 Motion to Disallow Claims
                 *First Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen ⁣*
                 Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)

        2596 11/06/2019 Order Sustaining First Omnibus Objection To Secured Gift Card/Store Credit claims: (BNC-PDF) (Related Doc # 2560) Claims Nu⁣

*Description:*
*Remarks:*

*Creditor:*      (36357355)                **Claim No: 308**                *Status:*
Ernestina Quijas                           *Original Filed Date:* 08/25/2015     *Filed by:* CR
15421 Nelson Ave                           *Original Entered Date:* 08/25/2015   *Entered by:* Nanette D Sanders
La Puente, CA 91744                        *Last Amendment Filed:* 05/16/2022    *Modified:*
                                           *Last Amendment Entered:* 05/16/2022
                                                                               *Priority—Wages*
   Amount claimed: $12475.00                                                            OK
   Priority  claimed: $12475.00

*History:*

Details   ⁹ 308-1  08/25/2015 Claim #308 filed by Ernestina Quijas, Amount claimed: $39596.13 (Persaud, Tony)
Details   ⁹ 308-2  05/16/2022 Amended Claim #308 filed by Ernestina Quijas, Amount claimed: $12475.00 (Sanders, Nanette)

*Description:* (308-2) This claim supercedes and amends claim 308
*Remarks:*

*Creditor:*      (36528757)                **Claim No: 309**                *Status:*
CARPENTER CO.                              *Original Filed Date:* 08/25/2015     *Filed by:* CR
5016 MONUMENT AVE.                         *Original Entered Date:* 08/25/2015   *Entered by:* Tony Persaud
RICHMOND, VA 23230                                                              *Modified:*   No distribution to GUC
*GUC* Amount claimed: $9812.05                                 *Possible objection but*

*History:*

Details  ⁹ 309-1  08/25/2015 Claim #309 filed by CARPENTER CO., Amount claimed: $9812.05 (Persaud, Tony)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                        CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

| | | |
|---|---|---|
| *Creditor:*    (36532386)<br>CONSOL PARTNER LLC<br>1409A 3RD STREET<br>SANTA MONICA, CA 90401 | **Claim No: 310**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*GUC* Amount claimed: $18000.00                                                                    *OK*

*History:*

Details    🔎 310-1  08/25/2015 Claim #310 filed by CONSOL PARTNER LLC, Amount claimed: $18000.00 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (36532389)<br>BARBARA V. MEILLEUR<br>18 TARRYMORE LN. SW<br>CONCORD, NC 28027 | **Claim No: 311**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

 Amount claimed: $20.00                                             *Priority—Deposits*
 Priority  claimed: $20.00                                                       *OK*

*History:*

Details    🔎 311-1  08/25/2015 Claim #311 filed by BARBARA V. MEILLEUR, Amount claimed: $20.00 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (36532404)<br>DIANE KELA<br>4332 NESTLE AVE<br>CYPRESS, CA 90630 | **Claim No: 312**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*GUC* Amount claimed: $75.00                                                                     *OK*

*History:*

Details    🔎 312-1  08/25/2015 Claim #312 filed by DIANE KELA, Amount claimed: $75.00 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (36532327)<br>PITNEY BOWES INCORPORATED<br>ATTN: BANKRUPTCY DEPT.<br>27 WATERVIEW DR<br>SHELTON, CT 06484 | **Claim No: 313**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*Possible objection but No distribution to GUC*

*GUC* Amount claimed: $1243.70

*History:*

Details    🔎 313-1  08/25/2015 Claim #313 filed by PITNEY BOWES INCORPORATED, Amount claimed: $1243.70 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (36532405)<br>MARCI SISSON<br>9328 ST. ANDREWS DR.<br>SANTEE, CA 92071 | **Claim No: 314**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

 Amount claimed: $25.00                                             *Priority—Deposits*
 Priority  claimed: $25.00                                                       *OK*

*History:*

Details    🔎 314-1  08/25/2015 Claim #314 filed by MARCI SISSON, Amount claimed: $25.00 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (36532431)<br>SHANA FACIANE<br>5605 PLUM POINT CT<br>SUGAR LAND, TX 77479 | **Claim No: 315**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015<br>*Last Amendment Filed:* 12/21/2021<br>*Last Amendment Entered:* 12/21/2021 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Nanette D Sanders<br>*Modified:* |

*Priority—Wages*
*OK*

 Amount claimed: $4613.07
 Priority  claimed: $4613.07

*History:*

Details    🔎 315-1  08/25/2015 Claim #315 filed by SHANA FACIANE, Amount claimed: $16920.00 (Persaud, Tony)
Details    🔎 315-2  12/21/2021 Amended Claim #315 filed by SHANA FACIANE, Amount claimed: $4613.07 (Sanders, Nanette)

*Description:* (315-2) This claim supercedes and amends claim 315.

*Remarks:*

3/21/23, 2:52 PM                    CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:* (36527374)
ADVANTAGE BUILDING & FACILITY SVCS, LLC
901 S. BOLMAR STREET, BUILDING IIIWEST
C

**Claim No: 316**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

GUC Amount claimed: $1546.60

*Possible objection but No distribution to GUC*

*History:*
Details  316-1  08/25/2015 Claim #316 filed by ADVANTAGE BUILDING & FACILITY SVCS, LLC, Amount claimed: $1546.60 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36366184)
Tucson Electric Power Company
PO Box 80077
Prescott, AZ 86304-8077

**Claim No: 317**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

GUC Amount claimed: $6836.75

*OK*

*History:*
Details  317-1  08/25/2015 Claim #317 filed by Tucson Electric Power Company, Amount claimed: $6836.75 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36364746)
Sharon Magro
22 Palmento Way
Irvine, CA 92612

**Claim No: 318**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:* Withdraw 3076
*Filed by:* CR
*Entered by:* Tony Persaud

Amount claimed: $20461.00
Priority claimed: $20461.00

*Withdrawal of Claim filed 1/28/22 (Doc 3076)*
X

*History:*
Details  318-1  08/25/2015 Claim #318 filed by Sharon Magro, Amount claimed: $20461.00 (Persaud, Tony)
        3076  01/28/2022 Withdrawal of Claim(s): 318 *of Sharon Magro* Filed by Trustee Karen S Naylor (TR). (Sanders, Nanette) Status:
              Withdraw
*Description:*
*Remarks:*

*Creditor:* (36532434)
JOHN R. PARTINGTON,JR.
19850 SIDCUP LANE
HUNTINGTON BEACH, CA 92646

**Claim No: 319**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015
*Last Amendment Filed:* 12/21/2021
*Last Amendment Entered:* 12/21/2021

*Status:*
*Filed by:* CR
*Entered by:* Nanette D Sanders
*Modified:*

Amount claimed: $5932.64
Priority claimed: $5932.64

*Priority – Wages*
*OK*

*History:*
Details  319-1  08/25/2015 Claim #319 filed by JOHN R. PARTINGTON,JR., Amount claimed: $25011.12 (Persaud, Tony)
Details  319-2  12/21/2021 Amended Claim #319 filed by JOHN R. PARTINGTON,JR., Amount claimed: $5932.64 (Sanders, Nanette)
*Description:* (319-2) This claim supercedes and amends claims 212 and 319.
*Remarks:*

*Creditor:* (36532435)
TRACI MCKENZIE
4829 WHITESETT AVE #106
VALLEY VILLAGE, CA 91607

*Pursuant to Fourth Omnibus Objection (Doc 2682) and Order (Doc 2747), Claim No. 320*
*allowed as an 11 U.S.C. Sect 507(a)(7) priority unsecured claim in the amount*
*of $16.01*

Amount claimed: $16.01
Secured claimed: $16.01
Priority claimed: $16.01

*Priority – Deposits*
*OK*

*History:*
Details  320-1  08/25/2015 Claim #320 filed by TRACI MCKENZIE, Amount claimed: $16.01 (Persaud, Tony)
        2682  11/25/2019 Motion to Disallow Claims
              *Fourth Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Kare...*
              Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
        2747  02/28/2020 Order Sustaining Fourth Omnibus Objection to Secured Gift Card/Store Credit Claims (BNC-PDF) (Related Doc # 2682) Claim N...
*Description:*
*Remarks:*

3/21/23, 2:52 PM

*Creditor:*    (36355628)
City Of Visalia
315 East Acequia Avenue
Vasalia, CA 93291

Amount claimed: $550.94
Priority claimed: $550.94

**Claim No: 321**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*Priority – Taxes ok*

*History:*
Details    321-1   08/25/2015 Claim #321 filed by City Of Visalia, Amount claimed: $550.94 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:*    (36532436)
SHARETA FREEMAN
415 W LAUREL APT 108
SAN ANTONIO, TX 78212-4649

Amount claimed: $0.00
Priority claimed: $0.00

**Claim No: 322**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*Priority – Wages ok*

*History:*
Details    322-1   08/25/2015 Claim #322 filed by SHARETA FREEMAN, Amount claimed: $0.00 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:*    (36365936)
Timesnews Publishing Co Inc
707 S Main Street
Burlington, NC 27215

*GUC* Amount claimed: $1670.09

**Claim No: 323**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*ok*

*History:*
Details    323-1   08/25/2015 Claim #323 filed by Timesnews Publishing Co Inc, Amount claimed: $1670.09 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:*    (36532438)
UPS PROTECTION INC
1401 E. BALL RD. UNIT G
YORBA LINDA, CA 92887

*GUC* Amount claimed: $2700.00

**Claim No: 324**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*OK*

*History:*
Details    324-1   08/25/2015 Claim #324 filed by UPS PROTECTION INC, Amount claimed: $2700.00 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:*    (36365836)
Theodore Nelson
53 Gates Court
Matawan, NJ 07747

Amount claimed: $0.00

**Claim No: 325**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:* Withdraw 2939
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:* 01/29/2021

*Withdrawal of Claim filed 1/29/21 (Doc 2939)*
*X*

*History:*
Details    325-1   08/25/2015 Claim #325 filed by Theodore Nelson, Amount claimed: $0.00 (Persaud, Tony)
        2939   01/29/2021 Withdrawal of Claim(s): 70,325 Filed by Creditor Theodore R Nelson. (Lin, Gail) Status: Withdraw
*Description:*
*Remarks:*

*Creditor:*    (36355753)
Cobb Emc
PO Box 369
Marietta, GA 30061-0369

*GUC* Amount claimed: $823.71

**Claim No: 326**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*ok*

*History:*
Details    326-1   08/25/2015 Claim #326 filed by Cobb Emc, Amount claimed: $823.71 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:*    (36532466)
GENIECO, INC.
200 N LAFLIN STREET
CHICAGO, IL 60607

**Claim No: 327**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*Chll Admin OK* (handwritten)

Amount claimed: $27382.80

*Chll Admin* (handwritten)

*History:*

Details    327-1    08/25/2015 Claim #327 filed by GENIECO, INC., Amount claimed: $27382.80 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*    (36356931)
Dynamite Decorations DBA Estex Home
Fashions
284 5th Avenue
New York, NY 10001

**Claim No: 328**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*ok* (handwritten)

*GUC* (handwritten)    Amount claimed: $70768.12

*History:*

Details    328-1    08/25/2015 Claim #328 filed by Dynamite Decorations DBA Estex Home, Amount claimed: $70768.12 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*    (36532480)
HIRERIGHT, INC.
ATTN: MICHELE WADDELL
100 CENTERVIEW DR., STE 300
NASHVILLE, TN 37203

**Claim No: 329**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*ok* (handwritten)

*GUC* (handwritten)    Amount claimed: $6450.03

*History:*

Details    329-1    08/25/2015 Claim #329 filed by HIRERIGHT, INC., Amount claimed: $6450.03 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*    (36532482)
CONTRA COSTA COUNTY TREASURER TAX COLLECTOR
ATTN: BANKRUPTCY
P.O. BOX 967
MARTINEZ, CA 94553

*Pursuant to Third Omnibus Objection (Doc 2524) and Order (Doc 2554), Claim No. 330 is reclassified and allowed as an 11 U.S.C. Sect. 507(a)(8)(B) priority unsecured claim in the amount of $1,544.57* (handwritten)

Amount  claimed: $1544.57
~~Secured claimed: $1544.57~~

*Priority* (handwritten, left margin)

*Priority-Taxes OK* (handwritten)

*History:*

Details    330-    08/25/2015 Claim #330 filed by CONTRA COSTA COUNTY TREASURER TAX COLLECTOR, Amount claimed: $1544.57 (Persaud, Tony)
          1

          2524   07/11/2019 Motion to Disallow Claims
                 *Third Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jose*
                 Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)

          2554   08/15/2019 Order Sustaining Third Omnibus Objection To Secured Tax Claims(BNC-PDF) (Related Doc # 2524) 330,780,950,951,952,1270,1

*Description:*
*Remarks:*

---

*Creditor:*    (36367050)
Yolanda Robinson
949 E Mulkey St
Fort Worth, TX 76104

*Pursuant to Motion (Doc 3176) and Order (3229), Claim No. 331 is disallowed in its entirety for lack of adequate documentation* (handwritten)

*X* (handwritten)

Amount claimed: $2500.00
Priority  claimed: $2500.00

*History:*

Details    331-    08/25/2015 Claim #331 filed by Yolanda Robinson, Amount claimed: $2500.00 (Persaud, Tony)
          1

          3176   05/19/2022 Motion to Disallow Claims
                 *--Omnibus Objection to Priority Claims of Debtor's Former Employees in Texas for Severance and/or Vacation Pay; Memorandum*
                 Filed by Trustee Karen S Naylor (TR) (Sanders, Nanette)

          3229   07/13/2022 Order Granting Motion To Disallow Claims (BNC-PDF) (Related Doc # 3176) 331,752,814,1083,1296,1320 - Please See Order Fi

*Description:*
*Remarks:*

3/21/23, 2:52 PM                                     CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

| | | |
|---|---|---|
| *Creditor:*  (36532487) | **Claim No: 332** | *Status:* |
| NOEMI M PEREZ | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| (FOR CHASON YOKO INOUYE) | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| 1144 W HOUSTON AVE | | *Modified:* |
| FULLERTON, CA 92633 | | |

GUC Amount claimed: $0.00    *Possible objection but  No distribution to GUC*

*History:*
   [Details]  ⊃  332-1  08/25/2015 Claim #332 filed by NOEMI M PEREZ, Amount claimed: $0.00 (Persaud, Tony)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (36365795) | **Claim No: 333** | *Status:* |
| The Newnan Times Herald | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| 16 Jefferson Street | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| PO Box 1052 | | *Modified:* |
| Newnan, GA 30264 | | |

GUC Amount claimed: $4342.80                            *OK*

*History:*
   [Details]  ⊃  333-1  08/25/2015 Claim #333 filed by The Newnan Times Herald, Amount claimed: $4342.80 (Persaud, Tony)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (36532522) | **Claim No: 334** | *Status:* |
| SUZANNE MALONE | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| 1002 PINE FOREST CT. | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| VENICE, FL 34293 | | *Modified:* |

   Amount claimed: $52.96                              *Priority–Deposits*
   Priority claimed: $52.96                                    *OK*

*History:*
   [Details]  ⊃  334-1  08/25/2015 Claim #334 filed by SUZANNE MALONE, Amount claimed: $52.96 (Persaud, Tony)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*  (36532524) | **Claim No: 335** | *Status:* |
| RUBY DRIELING | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| 5091 CC ROAD | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| SAUCIER, MS 39574 | | *Modified:* |

   Amount claimed: $50.00                              *Priority–Deposits*
   Priority claimed: $50.00                                    *OK*

*History:*
   [Details]  ⊃  335-1  08/25/2015 Claim #335 filed by RUBY DRIELING, Amount claimed: $50.00 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:*  (36532531)
EVE DELA CRUZ
5100 MAPLEWOOD AVE APT #103       *Pursuant to First Omnibus Objection (Doc 2560) and Order (Doc 2596), Claim No. 336 is*
LOS ANGELES, CA90004              *reclassified and allowed as an 11 U.S.C. Sect 507(a)(7) priority unsecured claim in the*
   Amount claimed: $50.00         *amount of $50.00*
   Secured claimed: $50.00                                *Priority–Deposits*
   Priority claimed: $50.00                                       *OK*

*History:*
[Details] ⊃ 336-   08/25/2015 Claim #336 filed by EVE DELA CRUZ, Amount claimed: $50.00 (Persaud, Tony)
        1
        2560  09/30/2019 Motion to Disallow Claims
               *First Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen*
               Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
        2596  11/06/2019 Order Sustaining First Omnibus Objection To Secured Gift Card/Store Credit claims: (BNC-PDF) (Related Doc # 2560) Claims Nu
*Description:*
*Remarks:*

*Creditor:*   (36532534)
NORMA S. FLORES
1675 DENNIS BABJACK
EL PASO, TX 79936

**Claim No: 337**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*GUC* Amount claimed: $33.23                                                                 *OK*

*History:*
Details  337-1  08/25/2015 Claim #337 filed by NORMA S. FLORES, Amount claimed: $33.23 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*   (36532652)
KATRIN MOUSSESIAN
2501 STORY PLACE GLENDALE, CA 91206

**Claim No: 338**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

Amount claimed: $89.14
Priority claimed: $89.14                                         *Priority—Deposits OK*

*History:*
Details  338-1  08/25/2015 Claim #338 filed by KATRIN MOUSSESIAN, Amount claimed: $89.14 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*   (36532653)
MUJEEB DOST
7500 ALABAMA AVE #136
CANOGA PARK, CA 91303

**Claim No: 339**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*GUC* Amount claimed: $250.00                                                              *OK*

*History:*
Details  339-1  08/25/2015 Claim #339 filed by MUJEEB DOST, Amount claimed: $250.00 (Persaud, Tony)
          2744  02/21/2020 Order Sustaining Third Omnibus Objection To Secured Gift Card/Store Credit Claims: (Related Doc # 2655)
                48,260,300,306,395,400,442,444,491,495,500,509,584,597,641,843,845,1342,1372,1462 Signed on 2/21/2020.
                PLEASE SEE ORDER FOR FURTHER RULING (Deramus, Glenda)
*Description:*
*Remarks:*

---

*Creditor:*   (36532662)
MARIBEL PEREA
9733 BERT ST
PICO RIVERA, CA90660

**Claim No: 340**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

Amount claimed: $21.98
Priority claimed: $21.98                                        *Priority—Deposits OK*

*History:*
Details  340-1  08/25/2015 Claim #340 filed by MARIBEL PEREA, Amount claimed: $21.98 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*   (36532663)
LINDA MCDUFFIE
8419 BIRD RUN DR.
MISSOURI CITY, TX 77489

*Pursuant to First Omnibus Objection (Doc 2560) and Order (Doc 2596), Claim No. 341 is reclassified and allowed as an 11 U.S.C. Sect 507(a)(7) priority unsecured claim in the amount of $40.00*

Amount claimed: $40.00
Priority claimed: $40.00                                        *Priority—Deposits OK*

*History:*
Details  341-1  08/25/2015 Claim #341 filed by LINDA MCDUFFIE, Amount claimed: $40.00 (Persaud, Tony)
          2560  09/30/2019 Motion to Disallow Claims
                *First Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen*
                Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
          2596  11/06/2019 Order Sustaining First Omnibus Objection To Secured Gift Card/Store Credit claims: (BNC-PDF) (Related Doc # 2560) Claims Nu
*Description:*
*Remarks:*

3/21/23, 2:52 PM                               CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

| | | |
|---|---|---|
| *Creditor:*    (36532665)<br>DANIEL HOPPE<br>13389 WHEELER AV<br>SYLMAR, CA 91342 | **Claim No: 342**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

  Amount claimed: $27.23
  Priority claimed: $27.23

*Priority—Deposits OK*

*History:*
Details    342-1  08/25/2015 Claim #342 filed by DANIEL HOPPE, Amount claimed: $27.23 (Persaud, Tony)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (36532676)<br>QUYNH NGUYEN<br>3825 HIGH STREET, APT #207OAKLAND, CA<br>94 | **Claim No: 343**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

  Amount claimed: $54.20
  Priority claimed: $54.20

*Priority—Deposits OK*

*History:*
Details    343-1  08/25/2015 Claim #343 filed by QUYNH NGUYEN, Amount claimed: $54.20 (Persaud, Tony)
*Description:*
*Remarks:*

| | | |
|---|---|---|
| *Creditor:*    (36532682)<br>YOLANDA SMITH<br>10022 REDBUD TREE CT.<br>CHARLOTTE, NC 28273 | **Claim No: 344**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

  Amount claimed: $0.00

*OK*

*History:*
Details    344-1  08/25/2015 Claim #344 filed by YOLANDA SMITH, Amount claimed: $0.00 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:*    (36532689)
GRACIELS AVITIA FLORES
6640 RUBY SUMMIT AVE
LAS VEGAS, NV 89110

*Pursuant to First Omnibus objection (Doc 2560) and Order (Doc 2596), Claim No. 345 is reclassified and allowed as an 11 U.S.C. Sect 507(a)(7) priority unsecured claim in the amount of $75.00*

  Amount claimed: $75.00
  Secured claimed: $75.00
  Priority claimed: $75.00

*Priority—Deposits OK*

*History:*
Details    345-  08/25/2015 Claim #345 filed by GRACIELS AVITIA FLORES, Amount claimed: $75.00 (Persaud, Tony)
            1
          2560  09/30/2019 Motion to Disallow Claims
                  First Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen ;
                  Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
          2596  11/06/2019 Order Sustaining First Omnibus Objection To Secured Gift Card/Store Credit claims: (BNC-PDF) (Related Doc # 2560) Claims Nu
*Description:*
*Remarks:*

*Creditor:*    (36532737)
PRAFULLATA P. PATEL
2425 MERCED ST.
FRESNO, CA 93721

*Pursuant to First Omnibus objection (Doc 2560) and Order (Doc 2596), Claim No. 346 is reclassified and allowed as an 11 U.S.C. Sect 507(a)(7) priority unsecured claim in the amount of $100.00*

  Amount claimed: $100.00
  Secured claimed: $100.00

*Priority—Deposits OK*

*Priority*
*History:*
Details    346-  08/25/2015 Claim #346 filed by PRAFULLATA P. PATEL, Amount claimed: $100.00 (Persaud, Tony)
            1
          2560  09/30/2019 Motion to Disallow Claims
                  First Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen ;
                  Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
          2596  11/06/2019 Order Sustaining First Omnibus Objection To Secured Gift Card/Store Credit claims: (BNC-PDF) (Related Doc # 2560) Claims Nu
*Description:*
*Remarks:*

3/21/23, 2:52 PM
CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

| | | |
|---|---|---|
| *Creditor:*      (36532740) | **Claim No: 347** | *Status:* |
| MOBILE AREA WATER & SEWER SYSTEM (MAWSS) | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| ATTN: 2368 | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| MOBILE, AL 36652 | | *Modified:* |

OK

GUC Amount claimed: $137.74

*History:*

Details   347-1   08/25/2015 Claim #347 filed by MOBILE AREA WATER & SEWER SYSTEM (MAWSS), Amount claimed: $137.74 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (36532741) | **Claim No: 348** | *Status:* |
| DINEIKO WRIGHT | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| 370 TAIT ROAD | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| STOCKBRIDGE, GA 30281 | | *Modified:* |

Amount claimed: $145.40
Priority claimed: $145.40

Priority–Deposits
OK

*History:*

Details   348-1   08/25/2015 Claim #348 filed by DINEIKO WRIGHT, Amount claimed: $145.40 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (36532776) | **Claim No: 349** | *Status:* |
| ESTEFANA GARCIA | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| 310 W. AVIATION DR. | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| TUCSON, AZ 85714 | | *Modified:* |

OK

GUC Amount claimed: $86.39

*History:*

Details   349-1   08/25/2015 Claim #349 filed by ESTEFANA GARCIA, Amount claimed: $86.39 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (36533146) | **Claim No: 350** | *Status:* |
| WILSON, DARLENE C. | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| 22630 CUYAMA RD. | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| APPLE VALLEY, CA 92307 | | *Modified:* |

OK

GUC Amount claimed: $150.00

*History:*

Details   350-1   08/25/2015 Claim #350 filed by WILSON, DARLENE C., Amount claimed: $150.00 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (36533091) | **Claim No: 351** | *Status:* |
| ANN NAVARRO | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| 3763 SUGAR SPRING RD | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| GASTONIA, NC 28054 | | *Modified:* |

OK

GUC Amount claimed: $28.80

*History:*

Details   351-1   08/25/2015 Claim #351 filed by ANN NAVARRO, Amount claimed: $28.80 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:*      (36533141) | **Claim No: 352** | *Status:* |
| SHERRY FORTENBERRY | *Original Filed Date:* 08/25/2015 | *Filed by:* CR |
| P.O. BOX 361 | *Original Entered Date:* 08/25/2015 | *Entered by:* Tony Persaud |
| ICARD, NC 28666 | | *Modified:* |

OK

GUC Amount claimed: $50.00

*History:*

Details   352-1   08/25/2015 Claim #352 filed by SHERRY FORTENBERRY, Amount claimed: $50.00 (Persaud, Tony)

*Description:*

*Remarks:*

3/21/23, 2:52 PM                                                CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*        (36533103)
CYNTHIA LINDBERG        *Pursuant to Fourth Omnibus Objection (Doc 2682) and Order (Doc 2747), Claim No. 353*
10721 OVERHILL DR.        *allowed as an 11 U.S.C. Sect 507(a)(7) Priority unsecured claim in the amount of*
SANTA ANA, CA 92705        *$163.00*
   Amount claimed: $163.00                                            *Priority - Deposits*
   Priority  claimed: $163.00                                            *OK*

*History:*
   [Details] ⁹ 353-  08/25/2015 Claim #353 filed by CYNTHIA LINDBERG, Amount claimed: $163.00 (Persaud, Tony)
              1
           2682 11/25/2019 Motion to Disallow Claims
                 *Fourth Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Kare*
                 Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
           2747 02/28/2020 Order Sustaining Fourth Omnibus Objection to Secured Gift Card/Store Credit Claims (BNC-PDF) (Related Doc # 2682) Claim Nu
*Description:*
*Remarks:*

*Creditor:*        (36533119)                    **Claim No: 354**              *Status:*
JUDITH USI                            *Original Filed Date:* 08/25/2015     *Filed by:* CR
3248 EASY AVENUE                      *Original Entered Date:* 08/25/2015   *Entered by:* Tony Persaud
LONG BEACH, CA 90810-2517                                                  *Modified:*
*GUC* Amount claimed: $79.95                                                             *OK*

*History:*
   [Details] ⁹  354-1  08/25/2015 Claim #354 filed by JUDITH USI, Amount claimed: $79.95 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:*        (36533088)
ALDINE INDEPENDENT SCHOOL DISTRICT
TAX OFFICE
14909 ALDINE WESTFIELD ROAD
HOUSTON, TX 77032          *Pursuant to Second Omnibus Objection (Doc 2496) and Order (Doc 2547), Claim No. 355*
   Amount  claimed: $2990.02        *allowed as an 11 U.S.C. Sect 507(a)(8)(B) priority unsecured claim in the*
   Secured claimed: $2990.02        *amount of $2,990.02*                        *Priority - Taxes*
   Priority  claimed: $2990.02                                                       *OK*

*History:*
   [Details] ⁹ 355-  08/25/2015 Claim #355 filed by ALDINE INDEPENDENT SCHOOL DISTRICT, Amount claimed: $2990.02 (Persaud, Tony)
              1
           2496 06/26/2019 Motion to Disallow Claims
                 *Second Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jc*
                 Filed by Trustee Karen S Naylor (TR) (Nelson, Brian)
           2547 08/01/2019 Order Sustaining Second Omnibus Objection To Secured Claims: - Granting Motion To Disallow Claims (BNC-PDF) (Related Doc
*Description:*
*Remarks:*

*Creditor:*        (36533110)                    **Claim No: 356**              *Status:*
ESSIE B PHILLIPS                      *Original Filed Date:* 08/25/2015     *Filed by:* CR
1643 WEST 45TH STREET                 *Original Entered Date:* 08/25/2015   *Entered by:* Tony Persaud
LOS ANGELES, CA 90062                                                      *Modified:*
*GUC* Amount claimed: $0.00               *Possible objection but No distribution to GUC*

*History:*
   [Details] ⁹  356-1  08/25/2015 Claim #356 filed by ESSIE B PHILLIPS, Amount claimed: $0.00 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:*        (36533100)                    **Claim No: 357**              *Status:*
COOKE COMMUNICATIONS NORTH CAROLINA   *Original Filed Date:* 08/25/2015     *Filed by:* CR
LLC DBA THE DAILY REFLECTOR           *Original Entered Date:* 08/25/2015   *Entered by:* Tony Persaud
PO BOX 1967                                                                *Modified:*
GREENVILLE, NC 27835-1967                                                               *OK*
*GUC* Amount claimed: $1257.51

*History:*
   [Details] ⁹  357-1  08/25/2015 Claim #357 filed by COOKE COMMUNICATIONS NORTH CAROLINA, Amount claimed: $1257.51 (Persaud, Tony)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                     CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

| | | |
|---|---|---|
| *Creditor:* (36533099)<br>CITY OF SUMTER<br>PO BOX 310<br>SUMTER, SC 29151-0310 | **Claim No: 358**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*GUC* Amount claimed: $735.55                                                                                      *OK*

*History:*

Details  ◌  358-1  08/25/2015 Claim #358 filed by CITY OF SUMTER, Amount claimed: $735.55 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36533126)<br>MIREYA MIRANDA<br>18425 SANTAR STREET<br>ROWLAND HEIGHTS, CA 91748 | **Claim No: 359**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*GUC* Amount claimed: $0.00                           *Possible objection but   No distribution to Guc*

*History:*

Details  ◌  359-1  08/25/2015 Claim #359 filed by MIREYA MIRANDA, Amount claimed: $0.00 (Persaud, Tony)

*Description:*

*Remarks:*

*Creditor:* (36533098)
CITY OF MESQUITE
MESQUITE INDEPENDENT SCHOOL DISTRICT
C/O SCHUERENBERG & GRIMES
120 W. MAIN, SUITE 201
MESQUITE, TX 75149

*Pursuant to Second Omnibus Objection (Doc 2496) and Order (Doc 2547), Claim No. 360*
Amount claimed: $5704.13   *allowed as an 11 U.S.C. Sect 507(a)(8)(B) priority unsecured claim in the amount*
Secured claimed: $5704.13   *of $5,704.13*

*Priority*                                                                       *Priority-Taxes*
*History:*                                                                              *OK*

Details  ◌  360-  08/25/2015 Claim #360 filed by CITY OF MESQUITE, Amount claimed: $5704.13 (Persaud, Tony)
              1

      2496  06/26/2019 Motion to Disallow Claims
              *Second Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jc*
              Filed by Trustee Karen S Naylor (TR) (Nelson, Brian)

      2547  08/01/2019 Order Sustaining Second Omnibus Objection To Secured Claims: - Granting Motion To Disallow Claims (BNC-PDF) (Related Doc

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36533145)<br>WALTON EMC<br>842 US HIGHWAY 78<br>MONROE, GA 30655 | **Claim No: 361**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*GUC* Amount claimed: $368.03                                                                                      *OK*

*History:*

Details  ◌  361-1  08/25/2015 Claim #361 filed by WALTON EMC, Amount claimed: $368.03 (Persaud, Tony)

*Description:*

*Remarks:*

| | | |
|---|---|---|
| *Creditor:* (36533137)<br>ROBERT J. STOLL JR. SBN 47173<br>11601 WILSHIRE BLVD. SUITE 200<br>LOS ANGELES, CA 90025 | **Claim No: 362**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*GUC* Amount claimed: $1000000.00        *Possible objection but*        *No distribution to GUC*

*History:*

Details  ◌  362-1  08/25/2015 Claim #362 filed by ROBERT J. STOLL JR. SBN 47173, Amount claimed: $1000000.00 (Persaud, Tony)

*Description:*

*Remarks:*

3/21/23, 2:52 PM                              CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:* (36533102)                **Claim No: 363**                  *Status:* Withdraw 3283
COUNTY OF ORANGE                      *Original Filed Date:* 08/25/2015   *Filed by:* CR
ATTN: BANKRUPTCY UNIT                 *Original Entered Date:* 08/25/2015 *Entered by:* Tony Persaud
P.O. BOX 4515                                                            *Modified:*
SANTA ANA, CA 92702-4515

Amount claimed: $25445.86                          *Withdrawal of Claim filed 10/19/22 (Doc 3285)*
Priority claimed: $25438.94                                        X

*History:*
Details   363-1  08/25/2015 Claim #363 filed by COUNTY OF ORANGE, Amount claimed: $25445.86 (Persaud, Tony)
          3283  10/19/2022 Withdrawal of Claim(s): 363 Filed by Creditor County of Orange Treasurer-Tax Collector. (Scallon, David) Warning:
                See docket entry no: 3284 for corrective action. Modified on 10/19/2022 (SD8). Status: Withdraw
*Description:*
*Remarks:*

*Creditor:* (36533093)                **Claim No: 364**                  *Status:*
BODENHEIMER PLUMBING SERVICE, INC.   *Original Filed Date:* 08/25/2015   *Filed by:* CR
2860 RIDGEWOOD PARK DRIVE            *Original Entered Date:* 08/25/2015 *Entered by:* Tony Persaud
WINSTON SALEM, NC 27107                                                  *Modified:*
GUC Amount claimed: $993.94                                                            ok

*History:*
Details   364-1  08/25/2015 Claim #364 filed by BODENHEIMER PLUMBING SERVICE, INC., Amount claimed: $993.94 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533107)                **Claim No: 365**                  *Status:*
ELECTRIC CITY UTILITIES              *Original Filed Date:* 08/25/2015   *Filed by:* CR
CITY OF ANDERSON                     *Original Entered Date:* 08/25/2015 *Entered by:* Tony Persaud
PO BOX 63061                                                             *Modified:*
CHARLOTTE, NC 28263-3061                                                            ok
GUC Amount claimed: $69.95

*History:*
Details   365-1  08/25/2015 Claim #365 filed by ELECTRIC CITY UTILITIES, Amount claimed: $69.95 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533094)                **Claim No: 366**                  *Status:*
CENTRAL SHOPPING PLAZA MERCHANTS     *Original Filed Date:* 08/25/2015   *Filed by:* CR
ASSOCIATION INC                      *Original Entered Date:* 08/25/2015 *Entered by:* Tony Persaud
PO BOX 350940                                                            *Modified:*
MIAMI, FL 33135-0940                                                            ok
GUC Amount claimed: $193.20

*History:*
Details   366-1  08/25/2015 Claim #366 filed by CENTRAL SHOPPING PLAZA MERCHANTS, Amount claimed: $193.20 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533089)
ALDINE INDEPENDENT SCHOOL DISTRICT
TAX OFFICE
14909 ALDINE WESTFIELD ROAD
HOUSTON, TX 77032                     *Pursuant to Second Omnibus Objection (Doc 2496) and Order (Doc 2547), Claim No. 367*
Amount claimed: $2990.02             *is disallowed in its entirety*
Secured claimed: $2990.02                                                 X
Priority claimed: $2990.02

*History:*
Details  367-  08/25/2015 Claim #367 filed by ALDINE INDEPENDENT SCHOOL DISTRICT, Amount claimed: $2990.02 (Persaud, Tony)
        1
        2496  06/26/2019 Motion to Disallow Claims
               *Second Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jo
               Filed by Trustee Karen S Naylor (TR) (Nelson, Brian)
        2547  08/01/2019 Order Sustaining Second Omnibus Objection To Secured Claims: - Granting Motion To Disallow Claims (BNC-PDF) (Related Doc
*Description:*
*Remarks:*

3/21/23, 2:52 PM                              CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:* (36533104)
DANA LEE KLETT
2956 E. COUNTRY SHADOWS ST.
GILBERT, AZ 85298
Amount claimed: $237.29

*GUC* *OK*

**Claim No: 368**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*History:*
Details  368-1  08/25/2015 Claim #368 filed by DANA LEE KLETT, Amount claimed: $237.29 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533096)
CITY OF ANAHEIM
201 S ANAHEIM BOULEVARD
PO BOX 3069
ANAHEIM, CA 92803-3069
Amount claimed: $2780.51

*GUC* *OK*

**Claim No: 369**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*History:*
Details  369-1  08/25/2015 Claim #369 filed by CITY OF ANAHEIM, Amount claimed: $2780.51 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533139)
SHERRI V BRADLEY
340 E 105TH ST
LOS ANGELES, CA 90003
 Amount claimed: $226.79
 Priority claimed: $226.79

*Priority—Wages OK*

**Claim No: 370**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*History:*
Details  370-1  08/25/2015 Claim #370 filed by SHERRI V BRADLEY, Amount claimed: $226.79 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533097)
CITY OF HICKORY
PO BOX 398
HICKORY, NC 28603
Amount claimed: $146.81

*GUC* *OK*

**Claim No: 371**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*History:*
Details  371-1  08/25/2015 Claim #371 filed by CITY OF HICKORY, Amount claimed: $146.81 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533116)
JENNIFER JOHNSON
6826 WINLOCK AVENUE
CITRUS HEIGHTS, CA 95621
 Amount claimed: $300.00
 Priority claimed: $300.00

*Priority—Wages OK*

**Claim No: 372**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*History:*
Details  372-1  08/25/2015 Claim #372 filed by JENNIFER JOHNSON, Amount claimed: $300.00 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533112)
HAYDAY INC.
401 N W 38TH COURT
MIAMI, FL 33126
Amount claimed: $37403.69

*GUC* *OK*

**Claim No: 373**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*History:*
Details  373-1  08/25/2015 Claim #373 filed by HAYDAY INC., Amount claimed: $37403.69 (Persaud, Tony)
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

| | | |
|---|---|---|
| Creditor:      (36533092)<br>APRIL BECTON<br>4951 WARWICK AVENUE<br>SAINT LOUIS, MO 64113 | **Claim No: 374**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

Amount claimed: $507.00
Priority claimed: $507.00

*Priority—Wages*
*OK*

*History:*

Details    374-1   08/25/2015 Claim #374 filed by APRIL BECTON, Amount claimed: $507.00 (Persaud, Tony)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| Creditor:      (36533120)<br>KILLEEN DAILY HERALD<br>D/B/A FRANK MAYBORN ENTERPRISES, INC.<br>ATTN: COLLEEN BRADY<br>P.O. BOX 1300<br>KILLEEN, TX 76540 | **Claim No: 375**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*OK*

*GUC* Amount claimed: $4613.06

*History:*

Details    375-1   08/25/2015 Claim #375 filed by KILLEEN DAILY HERALD, Amount claimed: $4613.06 (Persaud, Tony)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| Creditor:      (36533121)<br>LIBERTY MUTUAL INSURANCE COMPANY<br>PO BOX 1525<br>100 LIBERTY WAY<br>DOVER, NH 03821-1525 | **Claim No: 376**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony P...<br>*Modified:* |

Amount  claimed: $76652.00
Secured claimed: $76652.00

*Pursuant to Motion (Doc 1350) and Order (Doc 1571), Claim withdrawn*     X

*History:*

Details   376-    08/25/2015 Claim #376 filed by LIBERTY MUTUAL INSURANCE COMPANY, Amount claimed: $76652.00 (Persaud, Tony)
         1
         1350 02/11/2016 Motion to Disallow Claims
              *Notice Of Motion And Omnibus Motion Objecting To Completely Or Partially Paid/ Satisfied Claims; Memorandum Of Points And ...
              Filed by Debtor Anna's Linens, Inc. (Kwong, Jeffrey)*

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| Creditor:      (36533113)<br>HOUSEWARES INTERNATIONAL, INC.<br>6015 RANDOLPH STREET<br>CITY OF COMMERCE, CA 90040 | **Claim No: 377**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015<br>*Last Amendment Filed:* 05/25/2018<br>*Last Amendment Entered:* 05/25/2018 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Jeffrey S Shinbrot<br>*Modified:* |

*GUC* Amount claimed: $21581.08     *Pursuant to Motion (Doc 2315) and Order (Doc 2329), Trustee will not object*
                                                                                                                *OK*

*History:*

Details    377-1   08/25/2015 Claim #377 filed by HOUSEWARES INTERNATIONAL, INC., Amount claimed: $21051.00 (Persaud, Tony)
Details    377-2   05/25/2018 Amended Claim #377 filed by HOUSEWARES INTERNATIONAL, INC., Amount claimed: $21581.08 (Shinbrot,
                   Jeffrey)

*Description:*
*Remarks:*

---

| | | |
|---|---|---|
| Creditor:      (36533095)<br>CHASTAIN MEADOWS 2014, LLC<br>6810 N. STATE RD. 7<br>COCONUT CREEK, FL 33073 | **Claim No: 378**<br>*Original Filed Date:* 08/25/2015<br>*Original Entered Date:* 08/25/2015 | *Status:*<br>*Filed by:* CR<br>*Entered by:* Tony Persaud<br>*Modified:* |

*GUC* Amount claimed: $22216.67

*OK*

*History:*

Details    378-1   08/25/2015 Claim #378 filed by CHASTAIN MEADOWS 2014, LLC, Amount claimed: $22216.67 (Persaud, Tony)

*Description:*
*Remarks:*

---

*Creditor:*  (38252296)
California Department of Tax and Fee
Administration/Special Ops. MIC 55
PO Box 942879
Sacramento, CA 94279-0055   Claimant History
~~*Secured*~~ Amount-claimed: $156171.00
Priority claimed: $156171.00
*History:*   $140,553.90  tax claim

**Claim No: 379**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015
Last Amendment Filed: 12/26/2017
Last Amendment Entered: 12/28/2017

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:* 01/09/2018

*[handwritten: (Doc 2056), claim allowed at $15,617.10 as secured]*
*[handwritten: Pursuant to Stipulation (Doc 2054) and Order (Doc 2056), claim allowed at $15,617.10 as secured and claim allowed at $140,553.90 as priority against sales tax reserve and shall be paid; and claim allowed at $140,553.90 as priority    Secured + Priority = Taxes   OK]*

| | | |
|---|---|---|
| Details | 379-1 | 08/25/2015 Claim #379 filed by STATE BOARD OF EQUALIZATION, Amount claimed: $156171.00 (Persaud, Tony) |
| Details | 379-2 | 11/09/2017 Amended Claim #379 filed by STATE BOARD OF EQUALIZATION, Amount claimed: $4326.00 (Geary, Victoria) |
| Details | 379-3 | 12/22/2017 Amended Claim #379 filed by STATE BOARD OF EQUALIZATION, Amount claimed: $156171.00 (Huh, Joan) |
| Details | 379-4 | 12/26/2017 Amended Claim #379 filed by California Department of Tax and Fee, Amount claimed: $156171.00 (BUS) |

*Description:* (379-4) Taxes
*Remarks:*

---

*Creditor:*  (36533109)
EMPRESAS PUERTORRIQUENAS DE
DESARROLLO INC
P.O. BOX 366006
SAN JUAN, PR 00936-6006
*[handwritten: GUC]* Amount claimed: $107352.63

**Claim No: 380**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*[handwritten: OK]*

*History:*

| | | |
|---|---|---|
| Details | 380-1 | 08/25/2015 Claim #380 filed by EMPRESAS PUERTORRIQUENAS DE, Amount claimed: $107352.63 (Persaud, Tony) |

*Description:*
*Remarks:*

---

*Creditor:*  (36533111)
GREENSBORO NEWS & RECORD
200 EAST MARKET STREET
GREENSBORO, NC 27401
*[handwritten: GUC]* Amount claimed: $3501.57

**Claim No: 381**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*[handwritten: OK]*

*History:*

| | | |
|---|---|---|
| Details | 381-1 | 08/25/2015 Claim #381 filed by GREENSBORO NEWS & RECORD, Amount claimed: $3501.57 (Persaud, Tony) |

*Description:*
*Remarks:*

---

*Creditor:*  (36533106)
E&E CO LTD
D/B/A JLA HOME
45875 NORTHPORT LOOP EAST
FREMONT, CA 94538
*[handwritten: GUC]* Amount claimed: $176657.00

**Claim No: 382**
*Original Filed Date:* 08/25/2015
*Original Entered Date:* 08/25/2015

*Status:*
*Filed by:* CR
*Entered by:* Tony Persaud
*Modified:*

*[handwritten: OK]*

*History:*

| | | |
|---|---|---|
| Details | 382-1 | 08/25/2015 Claim #382 filed by E&E CO LTD, Amount claimed: $176657.00 (Persaud, Tony) |

*Description:*
*Remarks:*

---

*Creditor:*  (36533090)
ALDINE INDEPENDENT SCHOOL DISTRICT
TAX OFFICE
14909 ALDINE WESTFIELD ROAD
HOUSTON, TX 77032
Amount  claimed: $2990.02
Secured claimed: $2990.02
Priority  claimed: $2990.02

*[handwritten: Pursuant to Second Omnibus Objection (Doc 2496) and Order (Doc 2547), Claim No. 383 is disallowed in its entirety   X]*

*History:*

Details  383-   08/25/2015 Claim #383 filed by ALDINE INDEPENDENT SCHOOL DISTRICT, Amount claimed: $2990.02 (Persaud, Tony)
         1

       2496 06/26/2019 Motion to Disallow Claims
              *Second Omnibus Objection to Secured Tax Claims; Memorandum of Points and Authorities; Declarations of Karen Sue Naylor, Jc*
              Filed by Trustee Karen S Naylor (TR) (Nelson, Brian)

         2547 08/01/2019 Order Sustaining Second Omnibus Objection To Secured Claims: - Granting Motion To Disallow Claims (BNC-PDF) (Related Doc

*Description:*
*Remarks:*

3/21/23, 2:52 PM                                                CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*  (36533131)                **Claim No: 384**                  *Status:*
MYBUYS, INC.                           *Original Filed Date:* 08/25/2015    *Filed by:* CR
101 N. MAIN ST., 6TH FLOOR             *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
ANN ARBOR, MI 48104                                                        *Modified:*

*GUC* Amount claimed: $35119.54                                           OK

*History:*
Details  384-1  08/25/2015 Claim #384 filed by MYBUYS, INC., Amount claimed: $35119.54 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*  (36533133)                **Claim No: 385**                  *Status:*
NELDA BAEZ                             *Original Filed Date:* 08/25/2015    *Filed by:* CR
4307 DUPONT LANE                       *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
TUCKER, GA 30084                                                           *Modified:*

 Amount claimed: $10782.73
 Priority claimed: $10782.73                              *Superseded / Amended by Claim No. 386-2*
                                                                        X

*History:*
Details  385-1  08/25/2015 Claim #385 filed by NELDA BAEZ, Amount claimed: $10782.73 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*  (36533134)                **Claim No: 386**                  *Status:*
NILDA L BAEZ                           *Original Filed Date:* 08/25/2015    *Filed by:* CR
4307 DUPONT LANE                       *Original Entered Date:* 08/25/2015  *Entered by:* Nanette D Sanders
TUCKER, GA 30084                       *Last Amendment Filed:* 05/25/2022   *Modified:*
                                       *Last Amendment Entered:* 05/25/2022

 Amount claimed: $4438.26                                  *Priority — Wages*
 Priority claimed: $4438.26                                         OK

*History:*
Details  386-1  08/25/2015 Claim #386 filed by NILDA L BAEZ, Amount claimed: $10782.73 (Persaud, Tony)
Details  386-2  05/25/2022 Amended Claim #386 filed by NILDA L BAEZ, Amount claimed: $4438.26 (Sanders, Nanette)
*Description:* (386-2) This claim supercedes and amends claims 57, 385 and 386.
*Remarks:*

---

*Creditor:*  (36533132)                **Claim No: 387**                  *Status:*
NATASHIA MELVIN                       *Original Filed Date:* 08/25/2015    *Filed by:* CR
4517 YORKDALE DR                      *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
DECATUR, GA 30035                                                          *Modified:*

*GUC* Amount claimed: $45.00                                              OK

*History:*
Details  387-1  08/25/2015 Claim #387 filed by NATASHIA MELVIN, Amount claimed: $45.00 (Persaud, Tony)
*Description:*
*Remarks:*

---

*Creditor:*  (36533101)                **Claim No: 388**                  *Status:* Allow 2871
COUNTWISE, LLC                        *Original Filed Date:* 08/25/2015    *Filed by:* CR
1149 SAWGRASS CORP PARKWAY            *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
SUNRISE, FL 33323                                                          *Modified:*
 Amount claimed: $18465.00    *Pursuant to Motion (Doc 2851) and Order (Doc 2871), Claim No. 388 is reclassified and allowed*
*GUC* Secured claimed: $18465.00   *as a general unsecured claim in the amount of $18,645.00*                OK
                 18,645.00
*History:*
Details  388-  08/25/2015 Claim #388 filed by COUNTWISE, LLC, Amount claimed: $18465.00 (Persaud, Tony)
        1
         2851  09/30/2020 Motion to Disallow Claims
               --Objection of Chapter 7 Trustee to Claim of Countwise LLC; Memorandum of Points and Authorities; Declaration of R. Chase Do
               Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
         2871  11/04/2020 Order Sustaining Objection To Claim Of Countwise LLC (BNC-PDF) (Related Doc # 2851) 388 Signed on 11/4/2020. HEREBY
               ORDERS That: 1. Claim Number 388 On The Court's Claims Register Filed By Countwise LLC Is Reclassified And Allowed As A
               General Unsecured Claim In The Amount Of $18,645.00. (Deramus, Glenda) Status: Allow
*Description:*
*Remarks:*

3/21/23, 2:52 PM                          CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:* (36533136)                 **Claim No: 389**                    *Status:*
R66D, INC. DBA CRYSTAL ART GALLERY     *Original Filed Date:* 08/25/2015    *Filed by:* CR
ATTN: ELENA MENDEZ                     *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
4950 S SANTA FE AVENUE                                                      *Modified:*
VERNON, CA 90058
                                                                           Chill Adm - 503(b)(9) + GUC
Amount claimed: $42508.00 18,100.00                                                       OK

*Chill permit* *History:* GUC 24,408.00

Details    🔊 389-1   08/25/2015 Claim #389 filed by R66D, INC. DBA CRYSTAL ART GALLERY, Amount claimed: $42508.00 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533130)                 **Claim No: 390**                    *Status:*
MOHAWK RUG & TEXTILE                   *Original Filed Date:* 08/25/2015    *Filed by:* CR
ATTNK KIRSTY TALLEY                    *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
PO BOX 12069
CALHOUN, GA 30703          Pursuant to Motion (Doc 2015) and Order (Doc 2045), Trustee will not object

GUC Amount claimed: $530434.92                                                             OK

*History:*
Details    🔊 390-1   08/25/2015 Claim #390 filed by MOHAWK RUG & TEXTILE, Amount claimed: $530434.92 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533118)                 **Claim No: 391**                    *Status:*
JIMCO LAMP AND MANUFACTURING CO.       *Original Filed Date:* 08/25/2015    *Filed by:* CR
11759 HIGHWAY 63                       *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
PO BOX 490                                                                  *Modified:*
BONO, AR 72416          Pursuant to Motion (Doc 1380) and Order (Doc 1435), claim allowed as general unsecured

GUC Amount claimed: $11547.20                                                              OK

*History:*
Details    🔊 391-1   08/25/2015 Claim #391 filed by JIMCO LAMP AND MANUFACTURING CO., Amount claimed: $11547.20 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533125)                 **Claim No: 392**                    *Status:*
MERENO, VERONICA ANGELICA             *Original Filed Date:* 08/25/2015    *Filed by:* CR
P.O. BOX 9165                          *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
MORENO VALLEY, CA 92552                                                     *Modified:*

GUC Amount claimed: $35.62                                                                 OK

*History:*
Details    🔊 392-1   08/25/2015 Claim #392 filed by MERENO, VERONICA ANGELICA, Amount claimed: $35.62 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533143)                 **Claim No: 393**                    *Status:*
TOMMY DANG                            *Original Filed Date:* 08/25/2015    *Filed by:* CR
7963 MONTEVINA DR                     *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
SACRAMENTO, CA 95829                                                        *Modified:*
                                                                                          OK
GUC Amount claimed: $92.24

*History:*
Details    🔊 393-1   08/25/2015 Claim #393 filed by TOMMY DANG, Amount claimed: $92.24 (Persaud, Tony)
*Description:*
*Remarks:*

*Creditor:* (36533135)     Pursuant to Fifth Omnibus Objection (Doc 2812) and Order (Doc 2866), Claim No. 394 allowed as an
PAMELA SLAUGHTER           11 U.S.C. Sect 507(a)(7) priority unsecured claim in the amount of $24.58
10866 PINOLE RD
APPLE VALLEY, CA 92308                                                        Priority - Deposits
*History:*                                                                                 OK
Details 🔊 394-   08/25/2015 Claim #394 filed by PAMELA SLAUGHTER, Amount claimed: $24.58 (Persaud, Tony)
       1
       2812 09/18/2020 Motion to Disallow Claims
            *Fifth Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen ...*
            Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
       2866 10/28/2020 Order Sustaining Fifth Omnibus Objection To Secured Gift Card/Store Credit Claims Granting Motion To Disallow Claims (BNC-PI
*Description:*
*Remarks:*

3/21/23, 2:52 PM                                      CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

Amount  claimed: $24.58
Secured  claimed:  $0.00
Priority  claimed: $24.58

*History:*

[Details] ⁹ 394- 08/25/2015 Claim #394 filed by PAMELA SLAUGHTER, Amount claimed: $24.58 (Persaud, Tony)
        1

        2812 09/18/2020 Motion to Disallow Claims
             *Fifth Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen ?*
             Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)

        2866 10/28/2020 Order Sustaining Fifth Omnibus Objection To Secured Gift Card/Store Credit Claims Granting Motion To Disallow Claims (BNC-PI

*Description:*
*Remarks:*

Creditor:    (36533108)
ELIZABETH OSMUNDSON
1638 SEVILLE ST
PLACENTIA, CA 92870

Amount  claimed: $64.04
Secured  claimed:  $0.00
Priority  claimed: $64.04

*[handwritten]* Pursuant to Third Omnibus Objection (Doc 2655) and Order (Doc 2744), Claim No. 395
allowed as an 11 U.S.C. Sect. 507(a)(7) priority unsecured claim in the amount of $64.04

*[handwritten]* Priority - Deposits
OK

*History:*

[Details] ⁹ 395- 08/25/2015 Claim #395 filed by ELIZABETH OSMUNDSON, Amount claimed: $64.04 (Persaud, Tony)
        1

        2655 11/18/2019 Motion to Disallow Claims
             *Third Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen*
             Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)

        2744 02/21/2020 Order Sustaining Third Omnibus Objection To Secured Gift Card/Store Credit Claims: (Related Doc # 2655) 48,260,300,306,395,

*Description:*
*Remarks:*

| Creditor:    (36533123) | Claim No: 396 | Status: |
| MARIBEL C HERNANDEZ | Original Filed Date: 08/25/2015 | Filed by: CR |
| 6431 RUGBY AVE UNIT Q | Original Entered Date: 08/25/2015 | Entered by: Tony Persaud |
| HUNTINGTON PARK, CA 90255 | | Modified: |

*[handwritten]* GUC   *[handwritten]* OK

Amount claimed: $139.02

*History:*

[Details] ⁹ 396-1 08/25/2015 Claim #396 filed by MARIBEL C HERNANDEZ, Amount claimed: $139.02 (Persaud, Tony)

*Description:*
*Remarks:*

| Creditor:    (36533127) | Claim No: 397 | Status: |
| MIRIAM M. BOADA | Original Filed Date: 08/25/2015 | Filed by: CR |
| 4 RIDGE CREST CIRCLE | Original Entered Date: 08/25/2015 | Entered by: Tony Persaud |
| POMONA, CA 91766 | | Modified: |

*[handwritten]* GUC   *[handwritten]* OK

Amount claimed: $55.78

*History:*

[Details] ⁹ 397-1 08/25/2015 Claim #397 filed by MIRIAM M. BOADA, Amount claimed: $55.78 (Persaud, Tony)

*Description:*
*Remarks:*

| Creditor:    (36533087) | Claim No: 398 | Status: |
| ABDULHAMID HAMDAN | Original Filed Date: 08/25/2015 | Filed by: CR |
| 12210 TRURO AVE | Original Entered Date: 08/25/2015 | Entered by: Tony Persaud |
| HAWTHORNE, CA 90250 | | Modified: |

*[handwritten]* GUC   *[handwritten]* OK

Amount claimed: $14.16

*History:*

[Details] ⁹ 398-1 08/25/2015 Claim #398 filed by ABDULHAMID HAMDAN, Amount claimed: $14.16 (Persaud, Tony)

*Description:*
*Remarks:*

3/21/23, 2:52 PM                                                          CM/ECF - U.S. Bankruptcy Court (NG 1.6.4 - LIVE)

*Creditor:*    (36533140)                          **Claim No: 399**                    *Status:*
SHERRY BRADLEY                                     *Original Filed Date:* 08/25/2015    *Filed by:* CR
714 E. MAIN ST.                                    *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
MAIDEN, NC 28650                                                                        *Modified:*

GUC  Amount claimed: $69.43                                                                                    OK

*History:*

    Details    399-1    08/25/2015 Claim #399 filed by SHERRY BRADLEY, Amount claimed: $69.43 (Persaud, Tony)

*Description:*
*Remarks:*


*Creditor:*    (36533124)
MARY MOORE
379 AMBER CT
UPLAND, CA 91786
    Amount claimed: $40.00      *Pursuant to Third Omnibus Objection (Doc 2655) and Order (Doc 2744), Claim No. 400*
    Secured claimed: $40.00     *allowed as an 11 U.S.C. Sect 507(a)(7) priority unsecured claim in the amount of $40.00*
    Priority  claimed: $40.00
                                                                        *Priority—Deposits*
*History:*                                                                     *OK*
Details   400-    08/25/2015 Claim #400 filed by MARY MOORE, Amount claimed: $40.00 (Persaud, Tony)
         1
         2655 11/18/2019 Motion to Disallow Claims
              *Third Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Karen*
              Filed by Trustee Karen S Naylor (TR) (Donahoo, Richard)
         2744 02/21/2020 Order Sustaining Third Omnibus Objection To Secured Gift Card/Store Credit Claims: (Related Doc # 2655) 48,260,300,306,395,
*Description:*
*Remarks:*


*Creditor:*    (36533105)                          **Claim No: 401**                    *Status:*
DIANE SCHERBARTH,                                  *Original Filed Date:* 08/25/2015    *Filed by:* CR
32 ZACATE PL                                       *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
FREMONT, CA 94539                                                                       *Modified:*

GUC  Amount claimed: $87.00                                                                                    OK

*History:*

    Details    401-1    08/25/2015 Claim #401 filed by DIANE SCHERBARTH,, Amount claimed: $87.00 (Persaud, Tony)

*Description:*
*Remarks:*


*Creditor:*    (36533128)
MIRIAM TORRES DE VIVEROS
1661 AUTUMN RUST DR          *Pursuant to Sixth Omnibus Objection (Doc 2974) and Order (Doc 3016), Claim No. 402*
LAS VEGAS, NV 89119          *allowed as an 11 U.S.C. Sect 507(a)(7) priority unsecured claim in the amount*
    Amount  claimed: $0.00    *of $325.00*
    Secured claimed: $0.00                                                 *Priority—Deposits*
Priority                              325.00                                      *OK*
*History:*
Details   402-    08/25/2015 Claim #402 filed by MIRIAM TORRES DE VIVEROS, Amount claimed: $0.00 (Persaud, Tony)
         1
         2974 05/27/2021 Motion to Disallow Claims
              --Sixth Omnibus Objection to Secured Gift Card/Store Credit Claims; Memorandum of Points and Authorities; Declaration of Kare
              Filed by Trustee Karen S Naylor (TR) (Teesdale, Ashley)
         3016 06/29/2021 Order Sustaining Sixth Omnibus Objection To Secured Gift Card/Store Credit Claims Granting Motion To Disallow Claims (BNC-P
*Description:*
*Remarks:*


*Creditor:*    (36533138)                          **Claim No: 403**                    *Status:*
SAMARIA EDWARDS                                    *Original Filed Date:* 08/25/2015    *Filed by:* CR
2619 GENERAL PATTON ST                             *Original Entered Date:* 08/25/2015  *Entered by:* Tony Persaud
LAKE CHARLES, LA 70615-8115                                                             *Modified:*
    Amount claimed: $0.00                                                 *Priority—Contributions*
    Priority  claimed: $0.00                                                      *OK*

*History:*

    Details    403-1    08/25/2015 Claim #403 filed by SAMARIA EDWARDS, Amount claimed: $0.00 (Persaud, Tony)

*Description:*
*Remarks:*